**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0010C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE ITS ANSWER**
**TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(2) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests leave to file the Government's answer to the plaintiff's complaint in this case. The Government's answer was originally due on March 8, 2004. However, on March 8, 2004, the Government filed a motion to stay or, in the alternative for coordinated discovery. On May 12, 2004, the Court entered an order staying discovery on rate of acceptance and damages issues, with exceptions not related to the answer. Initially, the Government interpreted the order as a stay of proceedings in this case, except for requirements that the Government make available to the plaintiff discovery that had been provided in related spent nuclear fuel cases. However, counsel for plaintiff in this case has notified us that plaintiff does not believe that the Court's order suspends the Government's obligation to file its answer to plaintiff's complaint, and plaintiff has requested that we file an answer. Although it is not clear to us from the Court's order that the Court ordered defendant to file its answer by a date certain or that the Court otherwise denied the Government's motion to stay, we have acquiesced in the plaintiff's request and have prepared an answer to plaintiff's complaint. A copy of that answer accompanies this motion. Although it is not clear whether we need to file a motion for leave to

answer plaintiff's complaint at this time, we are doing so out of an abundance of caution.

For the foregoing reasons, defendant respectfully requests that to the extent the Government's answer is out of time, the Court grant this motion for leave to file the Government's answer to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0347
Fax: (202) 514-8624

August 6, 2004

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on this 6th day of August 2004, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE ITS ANSWER TO PLAINTIFF'S COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sharon A. Snyder