IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR LEAVE TO FILE**
**INSTANTER JOINT PRELIMINARY STATUS REPORT**

Plaintiff, Energy Northwest, and defendant (collectively "the Parties") move for leave to file the attached Joint Preliminary Status Report. In support of their motion, the Parties state as follows:

1. On May 12, 2004, the Court ordered that "discovery in this case on the rate of acceptance or damages issues, and/or any discovery duplicative of information from previous coordinated discovery in [spent nuclear fuel] cases, be stayed through December 31, 2004." The May 12, 2004 order, particularly as it applied to "damages issues," effectively stayed all discovery in this case.

2. On August 11, 2004, the Government filed its answer to Plaintiff's complaint.

3. In light of the Court's May 12, 2004 order, the Parties were not certain whether the Court desired the parties to file a Joint Preliminary Status Report as generally prescribed in Appendix A to the Rules of the United States Court of Federal Claims. Out of an abundance of caution, however, the Parties have prepared a Joint Preliminary Status Report, which is attached as Exhibit A. The parties believe that that the Joint Preliminary Status Report will assist the

Court by informing the Court of the Parties' respective positions on various issues. The Parties therefore respectfully move for leave to file their Joint Preliminary Status Report.

WHEREFORE, the Parties respectfully request that this Court enter an order granting them leave to file instanter the attached Joint Preliminary Status Report.

Dated: November 22, 2004

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

COUNSEL FOR PLAINTIFF

Of counsel:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Lisa M. Eddington
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
(202) 616-0347 telephone
(202) 307-2503 facsimile

Of Counsel:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585