# In the United States Court of Federal Claims

No. 04-10 C
(Filed: December 6, 2004)

****************************************
*
**ENERGY NORTHWEST**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*******************************************

**ORDER**

On November 22, 2004, Plaintiff filed a joint motion for leave to file a Joint Preliminary Status Report (JPSR). The JPSR was attached to the motion for leave.

The Court hereby **GRANTS** the joint motion for leave to file. Nevertheless, pursuant to the particular strictures of electronic case filing (ECF), the underlying JPSR must now be separately filed in order to appear on the case docket. Accordingly, the parties are directed to re-submit the JPSR for official filing.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge