# In the United States Court of Federal Claims

No. 04-10 C
(Filed: March 30, 2005)

****************************************
**ENERGY NORTHWEST**, *

Plaintiff, *

v. *

**THE UNITED STATES,** *

Defendant. *
****************************************

## ORDER

On March 30, 2005, the Court held a preliminary status conference with the parties to discuss, *inter alia*, a schedule for consideration of dispositive motions and for discovery. The Court hereby memorializes its plans at this point for further proceedings:

1) the parties shall defer the filing of any dispositive motion on contract liability; the Court anticipates that its decision on contract liability in *Consumers Energy v. United States*, #02-1894 C, will be issued before the end of April and that either Plaintiff or Defendant here will be directed to show cause why the same holding should not apply in this case as well;

2) Plaintiff shall defer its RCFC 26(a) disclosures to Defendant until after the Court has made a decision on contract liability in this case;

3) if the Court makes such a finding of contract liability against Defendant, the Court will order a telephonic status conference to discuss a schedule of discovery and, in particular, to review whether to hold an initial trial limited to the issue of rate of SNF acceptance and related acceptance schedule issues.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge