# In the United States Court of Federal Claims

No. 04-10 C
(Filed: May 9, 2005)

****************************************
**ENERGY NORTHWEST,** *
Plaintiff, *
v. *
**THE UNITED STATES,** *
Defendant. *
****************************************

**ORDER TO SHOW CAUSE**

On April 29, 2005, the Court issued an opinion granting summary judgment on contract liability in favor of the plaintiff in the case of *Consumers Energy v. United States*, # 02-1894 (see attached Docket Entry 82).

The Court hereby **ORDERS** Defendant to show cause, on or before **June 9, 2005**, why the same holding should not apply in this case as well. Plaintiff may file a response, which shall be due on or before **June 23, 2005**; Defendant may file a reply, due on or before **June 30, 2005.**

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge