IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-10C |
| | ) | (Chief Judge Damich) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant, the United States, respectfully requests an enlargement of time of eight days, to and including June 17, 2005, within which to file Defendant's Response To Court's Order To Show Cause. Defendant's response is currently due on June 9, 2005. The extension will bring the date for plaintiff's response to July 1, 2005, and defendant's reply to July 8, 2005. This is defendant's first request for an enlargement of time for this purpose. Plaintiff, Energy Northwest, does not oppose this request for an enlargement of time.

The additional time is necessary because the Government has been occupied with several other spent nuclear fuel cases. Those cases, include, but are not limited to, the preparation for oral argument in the Federal Circuit in Indiana Michigan Power Co. v. United States, No. 04-5122 (Fed. Cir.), which was conducted on Monday, June 6; pretrial filings due on Friday, June 10, 2005 in the TVA v. United States, No. 01-249C (Fed. Cl.); and a briefing due in Nebraska Public Power District v. United States, No. 01-116C (Fed. Cl.), on Tuesday, June 14, 2005.

For these reasons, defendant respectfully requests that the Court grant the motion for an enlargement of time to file the Government's response, to and including June 17, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder

SHARON A. SNYDER
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-616-0347
Fax: 202-307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

June 9, 2005

CERTIFICATE OF FILING

I hereby certify that on June 9, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder