APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *U.S. DOE | BIG ROCK 1 | WEST VALLEY | BWR | 73 03 02 | 25 | 3.5 | 433.7 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 73 03 03 | 2 | 0.4 | 434.0 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 73 03 03 | 11 | 2.2 | 436.2 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 73 03 03 | 51 | 9.9 | 446.0 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 1 PWR POOL | PWR | 73 03 16 | 7 | 3.2 | 449.2 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 2 PWR POOL | PWR | 73 03 16 | 43 | 19.7 | 468.8 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 73 03 16 | 3 | 1.4 | 470.2 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 73 03 30 | 26 | 3.2 | 473.3 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 73 04 13 | 148 | 28.9 | 502.2 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 73 04 14 | 104 | 20.3 | 522.4 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 73 07 08 | 55 | 22.5 | 544.9 |
| PACIFIC GAS AND ELECT | HUMBOLDT BAY | HUMBOLDT BAY | BWR | 73 08 31 | 51 | 3.9 | 548.8 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 73 09 29 | 50 | 9.5 | 558.3 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 1 | BWR | 73 10 09 | 52 | 5.4 | 563.6 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 73 11 03 | 24 | 2.9 | 566.5 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 73 11 30 | 2 | 0.1 | 566.5 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 73 12 28 | 20 | 3.9 | 570.4 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 73 12 31 | 2 | 0.1 | 570.4 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 74 01 01 | 12 | 4.6 | 575.0 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 74 03 11 | 44 | 8.6 | 583.5 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 74 03 15 | 111 | 21.5 | 605.0 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 74 03 15 | 11 | 2.2 | 607.2 |
| *U.S. DOE | BIG ROCK 1 | WEST VALLEY | BWR | 74 03 23 | 13 | 1.8 | 608.9 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 74 03 31 | 148 | 28.8 | 637.7 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 74 03 31 | 32 | 6.2 | 643.8 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 74 04 06 | 74 | 28.7 | 672.5 |
| *U.S. DOE | POINT BEACH 1 | INEL | PWR | 74 04 06 | 3 | 1.2 | 673.6 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 74 04 13 | 72 | 14.1 | 687.7 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 1 PWR POOL | PWR | 74 05 04 | 102 | 45.1 | 732.7 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 74 05 04 | 2 | 0.9 | 733.6 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 74 05 11 | 37 | 10.1 | 743.7 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 74 06 03 | 18 | 2.5 | 746.1 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 74 07 01 | 72 | 26.4 | 772.5 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 74 08 30 | 208 | 40.7 | 813.1 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 1 | BWR | 74 08 31 | 37 | 3.8 | 816.9 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 74 10 05 | 46 | 20.9 | 837.7 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 74 10 13 | 328 | 63.4 | 901.0 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 74 10 16 | 36 | 14.4 | 915.4 |
| DUKE POWER COMPANY | OCONEE 1 | MCGUIRE 1 | PWR | 74 10 19 | 12 | 5.7 | 921.0 |
| DUKE POWER COMPANY | OCONEE 1 | MCGUIRE 2 | PWR | 74 10 19 | 6 | 2.9 | 923.8 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 3 | PWR | 74 10 19 | 35 | 16.4 | 940.2 |
| VIRGINIA POWER | SURRY 1 | SURRY DRY STORAGE | PWR | 74 10 24 | 18 | 8.2 | 948.4 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 1 | INDIAN POINT 1 | PWR | 74 10 31 | 120 | 22.8 | 971.2 |
| PACIFIC GAS AND ELECT | HUMBOLDT BAY | HUMBOLDT BAY | BWR | 74 10 31 | 27 | 2.1 | 973.2 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 74 11 03 | 156 | 30.0 | 1003.2 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 74 12 22 | 85 | 16.5 | 1019.6 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 75 01 09 | 1 | 0.2 | 1019.8 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 75 01 10 | 71 | 13.8 | 1033.6 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 75 01 10 | 10 | 2.0 | 1035.5 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 75 02 08 | 25 | 9.4 | 1044.8 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 75 03 10 | 25 | 9.9 | 1054.7 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | MORRIS | PWR | 75 03 13 | 53 | 19.3 | 1073.9 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 75 03 29 | 44 | 20.0 | 1093.9 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 75 03 30 | 112 | 22.0 | 1115.8 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 75 04 16 | 141 | 27.4 | 1143.2 |
| VIRGINIA POWER | SURRY 2 | SURRY DRY STORAGE | PWR | 75 04 26 | 26 | 11.9 | 1155.0 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 75 05 02 | 152 | 57.9 | 1212.9 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 75 05 09 | 25 | 3.0 | 1215.9 |
| *U.S. DOE | HADDAM NECK | BATTELLE | PWR | 75 05 17 | 1 | 0.5 | 1216.3 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 75 05 17 | 48 | 19.8 | 1236.0 |
| PACIFIC GAS AND ELECT | HUMBOLDT BAY | HUMBOLDT BAY | BWR | 75 05 31 | 33 | 2.6 | 1238.6 |
| IES UTILITIES, INC | DUANE ARNOLD | DUANE ARNOLD | BWR | 75 06 06 | 2 | 0.4 | 1238.9 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 1 | BWR | 75 09 01 | 64 | 6.6 | 1245.5 |
| *U.S. DOE | DRESDEN 1 | INEL | BWR | 75 09 01 | 2 | 0.3 | 1245.7 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 75 09 12 | 144 | 28.2 | 1273.9 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 75 09 12 | 25 | 4.9 | 1278.7 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 75 09 12 | 243 | 47.1 | 1325.7 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 75 09 14 | 200 | 38.9 | 1364.5 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 75 09 26 | 29 | 13.1 | 1377.6 |
| VIRGINIA POWER | SURRY 1 | SURRY DRY STORAGE | PWR | 75 09 26 | 44 | 19.9 | 1397.5 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 75 10 03 | 94 | 18.3 | 1415.7 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 75 10 18 | 40 | 9.7 | 1425.4 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 75 10 25 | 32 | 14.4 | 1439.7 |
| *U.S. DOE | TURKEY POINT 3 | INEL | PWR | 75 10 25 | 5 | 2.3 | 1442.0 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 1 PWR POOL | PWR | 75 10 31 | 45 | 20.4 | 1462.4 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 2 PWR POOL | PWR | 75 10 31 | 6 | 2.8 | 1465.1 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 75 10 31 | 1 | 0.5 | 1465.6 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 75 11 16 | 16 | 6.4 | 1471.9 |
| *CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 75 12 20 | 205 | 84.4 | 1556.3 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 75 12 28 | 56 | 11.0 | 1567.2 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 76 01 03 | 156 | 30.2 | 1597.3 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 76 01 29 | 132 | 25.5 | 1622.8 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 76 01 30 | 37 | 14.6 | 1637.3 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 76 01 31 | 22 | 3.0 | 1640.3 |
| DUKE POWER COMPANY | OCONEE 1 | MCGUIRE 1 | PWR | 76 02 08 | 19 | 9.0 | 1649.2 |
| DUKE POWER COMPANY | OCONEE 1 | MCGUIRE 2 | PWR | 76 02 08 | 20 | 9.4 | 1658.6 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE DRY STORAGE | PWR | 76 02 08 | 12 | 5.7 | 1664.2 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 3 | PWR | 76 02 08 | 9 | 4.3 | 1668.4 |
| BABCOCK AND WILCOX COMPANY | OCONEE 1 | BABCOCK AND WILCOX | PWR | 76 02 08 | 0 | 0.1 | 1668.4 |
| IES UTILITIES, INC | DUANE ARNOLD | DUANE ARNOLD | BWR | 76 02 13 | 80 | 15.1 | 1683.4 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 76 02 14 | 11 | 4.4 | 1687.8 |
| *GPU NUCLEAR | THREE MILE ISLAND 1 | THREE MILE ISLAND 1 | PWR | 76 02 21 | 30 | 14.0 | 1701.7 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 76 02 26 | 34 | 13.4 | 1715.1 |
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 76 03 05 | 49 | 22.3 | 1737.4 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 76 03 05 | 40 | 16.0 | 1753.4 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 76 03 15 | 156 | 30.0 | 1783.4 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 1 | BWR | 76 03 19 | 4 | 0.8 | 1784.1 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 2 | PEACHBOTTOM 2 | BWR | 76 03 26 | 186 | 36.3 | 1820.3 |
| *U.S. DOE | PEACHBOTTOM 2 | INEL | BWR | 76 03 26 | 2 | 0.4 | 1820.7 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 76 03 30 | 72 | 32.8 | 1853.5 |
| DUKE POWER COMPANY | OCONEE 2 | MCGUIRE 1 | PWR | 76 04 07 | 4 | 1.9 | 1855.3 |
| DUKE POWER COMPANY | OCONEE 2 | MCGUIRE 2 | PWR | 76 04 07 | 33 | 15.4 | 1870.6 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 76 04 07 | 2 | 1.0 | 1871.6 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE DRY STORAGE | PWR | 76 04 07 | 2 | 1.0 | 1872.5 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 3 | PWR | 76 04 07 | 1 | 0.5 | 1873.0 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 76 04 18 | 6 | 2.8 | 1875.7 |
| VIRGINIA POWER | SURRY 2 | SURRY DRY STORAGE | PWR | 76 04 22 | 21 | 9.3 | 1884.9 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 76 04 22 | 43 | 19.4 | 1904.3 |
| *U.S. DOE | SURRY 2 | INEL | PWR | 76 04 22 | 10 | 4.5 | 1908.8 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 76 05 18 | 53 | 21.8 | 1930.6 |
| PACIFIC GAS AND ELECT | HUMBOLDT BAY | HUMBOLDT BAY | BWR | 76 07 03 | 184 | 13.3 | 1943.8 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 76 09 11 | 164 | 31.7 | 1975.5 |
| DUKE POWER COMPANY | OCONEE 3 | MCGUIRE 2 | PWR | 76 09 18 | 1 | 0.5 | 1975.9 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 76 09 19 | 120 | 23.6 | 1999.5 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 76 09 20 | 148 | 28.7 | 2028.1 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | MORRIS | PWR | 76 09 30 | 53 | 19.3 | 2047.3 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 76 10 01 | 124 | 24.3 | 2071.6 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 76 10 01 | 32 | 12.9 | 2084.4 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 76 10 02 | 36 | 12.9 | 2097.2 |
| VIRGINIA POWER | SURRY 1 | SURRY DRY STORAGE | PWR | 76 10 17 | 72 | 32.3 | 2129.4 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 76 10 17 | 17 | 7.6 | 2137.0 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 76 10 22 | 40 | 16.1 | 2153.0 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 76 10 30 | 1 | 0.5 | 2153.5 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 2 PWR POOL | PWR | 76 10 30 | 51 | 23.3 | 2176.7 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 76 11 14 | 57 | 25.3 | 2201.9 |
| *INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 76 12 23 | 63 | 28.6 | 2230.4 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 3 | PEACHBOTTOM 3 | BWR | 76 12 25 | 188 | 35.9 | 2266.3 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 77 01 01 | 23 | 9.1 | 2275.3 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT DRY STORAGE | PWR | 77 01 01 | 9 | 3.6 | 2278.8 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 77 01 08 | 42 | 19.2 | 2298.0 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 77 01 17 | 45 | 17.7 | 2315.6 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 77 01 27 | 50 | 23.3 | 2338.9 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 77 03 03 | 37 | 14.3 | 2353.1 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 77 03 05 | 160 | 30.8 | 2383.9 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 77 03 12 | 4 | 0.8 | 2384.6 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| IES UTILITIES, INC | DUANE ARNOLD | DUANE ARNOLD | BWR | 77 03 12 | 74 | 13.9 | 2398.5 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 77 03 18 | 35 | 13.9 | 2412.3 |
| *GPU NUCLEAR | THREE MILE ISLAND 1 | THREE MILE ISLAND 1 | PWR | 77 03 19 | 53 | 24.6 | 2436.9 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 77 03 20 | 183 | 35.6 | 2472.4 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 77 04 09 | 70 | 27.3 | 2499.7 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 77 04 16 | 41 | 16.1 | 2515.7 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 77 04 24 | 128 | 24.9 | 2540.5 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 2 | PEACHBOTTOM 2 | BWR | 77 04 27 | 172 | 32.3 | 2572.7 |
| BABCOCK AND WILCOX COMPANY | OCONEE 1 | BABCOCK AND WILCOX | PWR | 77 05 08 | 0 | 0.1 | 2572.7 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 77 05 09 | 34 | 15.2 | 2587.9 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 77 05 11 | 32 | 3.9 | 2591.8 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 77 05 28 | 35 | 16.3 | 2608.0 |
| DUKE POWER COMPANY | OCONEE 2 | MCGUIRE 2 | PWR | 77 05 28 | 38 | 17.7 | 2625.7 |
| BABCOCK AND WILCOX COMPANY | OCONEE 2 | BABCOCK AND WILCOX | PWR | 77 05 28 | 0 | 0.1 | 2625.7 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 77 06 04 | 36 | 8.7 | 2634.3 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 1 | BWR | 77 06 14 | 66 | 6.9 | 2641.1 |
| *NEW YORK POWER AUTHORITY | FITZPATRICK | FITZPATRICK | BWR | 77 06 22 | 132 | 25.9 | 2666.9 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 77 07 23 | 20 | 2.7 | 2669.6 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE DRY STORAGE | PWR | 77 08 05 | 50 | 23.5 | 2693.0 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 3 | PWR | 77 08 05 | 10 | 4.7 | 2697.7 |
| BABCOCK AND WILCOX COMPANY | OCONEE 1 | BABCOCK AND WILCOX | PWR | 77 08 05 | 0 | 0.1 | 2697.7 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 77 08 06 | 428 | 82.6 | 2780.3 |
| SACRAMENTO MUNICIP UTIL DISTR | RANCHO SECO 1 | RANCHO SECO 1 | PWR | 77 08 20 | 20 | 9.3 | 2789.5 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 77 08 21 | 112 | 20.6 | 2810.1 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 77 09 10 | 20 | 3.8 | 2813.8 |
| VIRGINIA POWER | SURRY 2 | SURRY DRY STORAGE | PWR | 77 09 10 | 54 | 24.2 | 2838.0 |
| *U.S. DOE | SURRY 2 | INEL | PWR | 77 09 10 | 2 | 1.0 | 2838.9 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 77 09 10 | 25 | 11.4 | 2850.3 |
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 77 09 10 | 64 | 29.1 | 2879.3 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 1 | BWR | 77 09 10 | 86 | 16.2 | 2895.5 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | HARRIS 1 | BWR | 77 09 10 | 54 | 10.2 | 2905.6 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 77 09 11 | 196 | 37.7 | 2943.3 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 1 | BROWNS FERRY 1 | BWR | 77 09 13 | 168 | 32.9 | 2976.1 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 77 09 19 | 12 | 2.4 | 2978.5 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 77 09 30 | 52 | 19.0 | 2997.4 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 77 10 04 | 48 | 19.2 | 3016.5 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 77 10 15 | 52 | 21.4 | 3037.9 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | MORRIS | PWR | 77 10 15 | 1 | 0.5 | 3038.3 |
| DUKE POWER COMPANY | OCONEE 3 | MCGUIRE 2 | PWR | 77 10 21 | 61 | 28.3 | 3066.5 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 77 11 11 | 35 | 14.1 | 3080.5 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 77 11 20 | 45 | 17.9 | 3098.4 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 77 11 23 | 27 | 12.3 | 3110.6 |
| *U.S. DOE | TURKEY POINT 3 | INEL | PWR | 77 11 23 | 13 | 6.0 | 3116.5 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 77 11 30 | 1 | 0.1 | 3116.5 |
| *CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 78 01 06 | 68 | 27.4 | 3143.8 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 78 01 15 | 180 | 34.8 | 3178.6 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT DRY STORAGE | PWR | 78 01 23 | 39 | 14.6 | 3193.1 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 78 01 23 | 73 | 27.0 | 3220.0 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 2 PWR POOL | PWR | 78 01 27 | 40 | 18.3 | 3238.2 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 1 PWR POOL | PWR | 78 01 27 | 6 | 2.8 | 3241.0 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 78 01 27 | 7 | 3.2 | 3244.2 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 78 02 02 | 61 | 28.2 | 3272.4 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 78 02 04 | 64 | 28.7 | 3301.0 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 78 02 13 | 60 | 27.1 | 3328.0 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 78 03 03 | 24 | 4.5 | 3332.5 |
| FLORIDA POWER CORP | CRYSTAL RIVER 3 | CRYSTAL RIVER 3 | PWR | 78 03 03 | 3 | 1.4 | 3333.9 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 78 03 05 | 176 | 34.1 | 3367.9 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 78 03 05 | 60 | 11.5 | 3379.3 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 78 03 10 | 124 | 24.1 | 3403.4 |
| *GPU NUCLEAR | THREE MILE ISLAND 1 | THREE MILE ISLAND 1 | PWR | 78 03 18 | 73 | 33.9 | 3437.3 |
| IES UTILITIES, INC | DUANE ARNOLD | DUANE ARNOLD | BWR | 78 03 18 | 116 | 21.8 | 3459.1 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 2 | BROWNS FERRY 1 | BWR | 78 03 18 | 132 | 25.9 | 3484.9 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 78 03 18 | 1 | 0.5 | 3485.4 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 78 03 22 | 44 | 17.7 | 3503.0 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 78 03 25 | 41 | 16.2 | 3519.1 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 78 03 27 | 41 | 16.2 | 3535.2 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 78 03 28 | 52 | 20.7 | 3555.8 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 3 | PEACHBOTTOM 3 | BWR | 78 04 02 | 252 | 47.7 | 3603.5 |
| *INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 78 04 06 | 64 | 29.2 | 3632.6 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 78 04 21 | 41 | 16.1 | 3648.6 |
| *U.S. DOE | SURRY 1 | INEL | PWR | 78 04 22 | 1 | 0.5 | 3649.1 |
| VIRGINIA POWER | SURRY 1 | SURRY DRY STORAGE | PWR | 78 04 22 | 14 | 6.4 | 3655.5 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 78 04 22 | 28 | 12.8 | 3668.3 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 78 04 30 | 1 | 0.1 | 3668.3 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 1 | PWR | 78 06 06 | 28 | 13.0 | 3681.2 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE DRY STORAGE | PWR | 78 06 06 | 37 | 17.2 | 3698.4 |
| *NEW YORK POWER AUTHORITY | INDIAN POINT 3 | INDIAN POINT 3 | PWR | 78 06 08 | 64 | 29.3 | 3727.6 |
| IES UTILITIES, INC | DUANE ARNOLD | DUANE ARNOLD | BWR | 78 06 17 | 4 | 0.8 | 3728.4 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 78 07 14 | 133 | 50.7 | 3779.0 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 78 08 13 | 60 | 27.2 | 3806.1 |
| DUKE POWER COMPANY | OCONEE 1 | MCGUIRE 2 | PWR | 78 09 02 | 18 | 8.4 | 3814.5 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 78 09 02 | 4 | 1.9 | 3816.4 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE DRY STORAGE | PWR | 78 09 02 | 16 | 7.5 | 3823.8 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 3 | PWR | 78 09 02 | 18 | 8.4 | 3832.1 |
| *U.S. DOE | OCONEE 1 | BABCOCK AND WILCOX | PWR | 78 09 02 | 0 | 0.1 | 3832.1 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 3 | BROWNS FERRY 3 | BWR | 78 09 08 | 3 | 0.6 | 3832.7 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 2 | PEACHBOTTOM 2 | BWR | 78 09 09 | 260 | 48.8 | 3881.4 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 2 | PWR | 78 09 15 | 36 | 13.3 | 3894.7 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | MORRIS | PWR | 78 09 15 | 16 | 6.0 | 3900.6 |
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 78 09 15 | 65 | 29.6 | 3930.1 |



0305

EOT0010023

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 78 09 16 | 168 | 31.1 | 3961.2 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 78 09 16 | 106 | 19.6 | 3980.7 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 2 | CALVERT CLIFFS 1 | PWR | 78 09 16 | 72 | 28.5 | 4009.2 |
| *NEW YORK POWER AUTHORITY | FITZPATRICK | FITZPATRICK | BWR | 78 09 17 | 136 | 25.5 | 4034.7 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 78 09 20 | 33 | 13.3 | 4047.9 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 78 10 14 | 8 | 1.5 | 4049.4 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 78 10 15 | 44 | 16.4 | 4065.7 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 78 10 21 | 40 | 9.4 | 4075.1 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 1 | BWR | 78 10 31 | 464 | 47.1 | 4122.2 |
| DUKE POWER COMPANY | OCONEE 2 | MCGUIRE 2 | PWR | 78 11 04 | 48 | 22.3 | 4144.4 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 78 11 04 | 5 | 2.4 | 4146.8 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE DRY STORAGE | PWR | 78 11 04 | 12 | 5.6 | 4152.3 |
| SACRAMENTO MUNICIP UTIL DISTR | RANCHO SECO 1 | RANCHO SECO 1 | PWR | 78 11 14 | 56 | 26.0 | 4178.2 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 1 | BROWNS FERRY 1 | BWR | 78 11 26 | 26 | 5.0 | 4183.2 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 78 11 27 | 40 | 16.1 | 4199.2 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 79 01 01 | 30 | 13.7 | 4212.9 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | BRUNSWICK 1 | BWR | 79 01 02 | 37 | 6.9 | 4219.8 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | HARRIS 1 BWR POOL | BWR | 79 01 02 | 2 | 0.4 | 4220.2 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 79 01 17 | 193 | 37.3 | 4257.4 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 79 01 27 | 48 | 19.8 | 4277.2 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | MORRIS | PWR | 79 01 27 | 1 | 0.5 | 4277.6 |
| *U.S. DOE | FORT ST VRAIN | INEL | HTG | 79 02 01 | 246 | 3.0 | 4280.6 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 79 02 02 | 26 | 3.5 | 4284.1 |
| *U.S. DOE | SURRY 2 | INEL | PWR | 79 02 04 | 8 | 3.7 | 4287.7 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 79 02 04 | 44 | 20.2 | 4307.9 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 79 02 10 | 40 | 15.7 | 4323.6 |
| *GPU NUCLEAR | THREE MILE ISLAND 1 | THREE MILE ISLAND 1 | PWR | 79 02 16 | 52 | 24.2 | 4347.7 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 2 | BWR | 79 03 02 | 87 | 16.4 | 4364.0 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | HARRIS 1 | BWR | 79 03 02 | 45 | 8.5 | 4372.5 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 79 03 03 | 168 | 31.2 | 4403.6 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 79 03 08 | 46 | 21.2 | 4424.7 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 79 03 09 | 69 | 31.2 | 4455.9 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 79 03 10 | 72 | 26.6 | 4482.4 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 79 03 17 | 158 | 30.4 | 4512.7 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 79 03 17 | 43 | 7.9 | 4520.6 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 79 03 22 | 29 | 11.7 | 4532.2 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 79 03 25 | 28 | 3.4 | 4535.6 |
| *U.S. DOE | THREE MILE ISLAND 2 | INEL | PWR | 79 03 28 | 177 | 82.5 | 4618.1 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 79 03 30 | 65 | 30.2 | 4648.2 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 79 04 01 | 68 | 25.3 | 4673.5 |
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 79 04 03 | 38 | 17.5 | 4691.0 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 79 04 05 | 65 | 29.2 | 4720.1 |
| *INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 79 04 06 | 66 | 29.9 | 4749.9 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 79 04 07 | 164 | 31.2 | 4781.1 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 2 PWR POOL | PWR | 79 04 11 | 4 | 1.8 | 4782.8 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | HARRIS 1 | PWR | 79 04 11 | 42 | 18.1 | 4800.8 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 79 04 11 | 2 | 0.9 | 4801.7 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 79 04 21 | 72 | 28.5 | 4830.1 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 79 04 22 | 188 | 35.3 | 4865.4 |
| FLORIDA POWER CORP | CRYSTAL RIVER 3 | CRYSTAL RIVER 3 | PWR | 79 04 23 | 56 | 26.1 | 4891.4 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 2 | BROWNS FERRY 1 | BWR | 79 04 27 | 156 | 29.5 | 4920.9 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 79 04 28 | 148 | 28.1 | 4949.0 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 1 | PWR | 79 04 28 | 4 | 1.9 | 4950.8 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE DRY STORAGE | PWR | 79 04 28 | 61 | 28.2 | 4979.0 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 79 04 30 | 41 | 16.5 | 4995.4 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 79 05 26 | 13 | 5.3 | 5000.6 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 79 06 16 | 63 | 28.3 | 5028.9 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 3 | BROWNS FERRY 3 | BWR | 79 08 24 | 97 | 18.2 | 5047.0 |
| *CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 79 09 08 | 68 | 26.5 | 5073.5 |
| *NEW YORK POWER AUTHORITY | INDIAN POINT 3 | INDIAN POINT 3 | PWR | 79 09 14 | 76 | 34.7 | 5108.2 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 3 | PEACHBOTTOM 3 | BWR | 79 09 15 | 272 | 51.7 | 5159.8 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 79 09 22 | 139 | 25.7 | 5185.4 |
| VIRGINIA POWER | NORTH ANNA 1 | NORTH ANNA 1 | PWR | 79 09 25 | 51 | 23.4 | 5208.8 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 79 10 05 | 24 | 9.7 | 5218.5 |
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 79 10 06 | 70 | 32.0 | 5250.4 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 2 | CALVERT CLIFFS 1 | PWR | 79 10 13 | 64 | 23.7 | 5274.1 |
| *INDIANA & MICH ELEC COMPANY | COOK 2 | COOK 1 | PWR | 79 10 19 | 71 | 32.7 | 5306.7 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 79 11 21 | 4 | 1.9 | 5308.5 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE DRY STORAGE | PWR | 79 11 21 | 61 | 28.4 | 5336.8 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 3 | PWR | 79 11 21 | 2 | 1.0 | 5337.8 |
| *U.S. DOE | OCONEE 1 | BABCOCK AND WILCOX | PWR | 79 11 21 | 0 | 0.1 | 5337.8 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 79 11 24 | 180 | 35.0 | 5372.7 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 79 11 30 | 35 | 16.2 | 5388.8 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 79 12 01 | 37 | 17.0 | 5405.8 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 1 | BROWNS FERRY 1 | BWR | 80 01 02 | 362 | 68.0 | 5473.7 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 80 01 02 | 40 | 16.2 | 5489.8 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 80 01 04 | 92 | 17.0 | 5506.7 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 80 01 05 | 153 | 27.6 | 5534.3 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 80 01 11 | 73 | 26.3 | 5560.5 |
| SACRAMENTO MUNICIP UTIL DISTR | RANCHO SECO 1 | RANCHO SECO 1 | PWR | 80 01 14 | 65 | 30.2 | 5590.7 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 80 01 18 | 40 | 14.8 | 5605.4 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 80 02 02 | 200 | 38.5 | 5643.9 |
| IES UTILITIES, INC | DUANE ARNOLD | DUANE ARNOLD | BWR | 80 02 09 | 88 | 16.6 | 5660.4 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 80 02 22 | 147 | 27.1 | 5687.5 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 80 02 22 | 1 | 0.2 | 5687.6 |
| FLORIDA POWER CORP | CRYSTAL RIVER 3 | CRYSTAL RIVER 3 | PWR | 80 02 26 | 44 | 20.5 | 5708.1 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 80 03 01 | 152 | 28.7 | 5736.7 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 2 | BWR | 80 03 01 | 98 | 18.4 | 5755.1 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | HARRIS 1 | BWR | 80 03 01 | 34 | 6.4 | 5761.4 |
| DUKE POWER COMPANY | OCONEE 2 | MCGUIRE 2 | PWR | 80 03 04 | 4 | 1.9 | 5763.3 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 80 03 04 | 2 | 1.0 | 5764.2 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE DRY STORAGE | PWR | 80 03 04 | 59 | 27.4 | 5791.6 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 3 | PWR | 80 03 04 | 3 | 1.4 | 5793.0 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 80 03 15 | 88 | 33.1 | 5826.1 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 2 | PEACHBOTTOM 2 | BWR | 80 03 23 | 276 | 51.3 | 5877.3 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 80 03 30 | 36 | 14.2 | 5891.5 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 2 | PWR | 80 04 08 | 32 | 11.9 | 5903.3 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 1 | PWR | 80 04 08 | 2 | 0.8 | 5904.0 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 3 | PWR | 80 04 08 | 18 | 6.7 | 5910.7 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 80 04 11 | 32 | 12.9 | 5923.5 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 80 04 11 | 53 | 24.4 | 5947.9 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 80 05 02 | 59 | 27.0 | 5974.8 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 80 05 03 | 53 | 21.9 | 5996.6 |
| *NEW YORK POWER AUTHORITY | FITZPATRICK | FITZPATRICK | BWR | 80 05 06 | 160 | 30.0 | 6026.6 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 80 05 09 | 33 | 13.3 | 6039.8 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | BRUNSWICK 1 | BWR | 80 05 26 | 238 | 44.4 | 6084.2 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | HARRIS 1 BWR POOL | BWR | 80 05 26 | 7 | 1.4 | 6085.5 |
| *INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 80 05 30 | 65 | 27.9 | 6113.4 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | MSC | 80 06 30 | N/A | 0.1 | 6113.4 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 80 08 08 | 5 | 2.2 | 6115.5 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | HARRIS 1 | PWR | 80 08 08 | 48 | 20.6 | 6136.1 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 80 08 16 | 73 | 28.0 | 6164.0 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 80 08 30 | 224 | 42.4 | 6206.4 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 80 08 31 | 40 | 16.0 | 6222.4 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 2 | BROWNS FERRY 1 | BWR | 80 09 05 | 352 | 66.0 | 6288.3 |
| VIRGINIA POWER | SURRY 1 | SURRY DRY STORAGE | PWR | 80 09 14 | 68 | 31.1 | 6319.4 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 80 09 14 | 4 | 1.9 | 6321.2 |
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 80 09 19 | 64 | 29.5 | 6350.6 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 80 09 26 | 92 | 17.0 | 6367.6 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 80 09 30 | 4 | 0.1 | 6367.6 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 80 10 04 | 168 | 31.2 | 6398.7 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 80 10 17 | 54 | 24.5 | 6423.1 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 80 10 18 | 70 | 27.2 | 6450.2 |
| *U.S. DOE | CALVERT CLIFFS 1 | HANFORD | PWR | 80 10 18 | 1 | 0.4 | 6450.6 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 80 10 31 | 22 | 2.9 | 6453.4 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 80 11 01 | 76 | 14.0 | 6467.4 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 80 11 07 | 53 | 24.4 | 6491.8 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 80 11 08 | 36 | 16.5 | 6508.3 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 80 11 09 | 12 | 1.5 | 6509.7 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 3 | BROWNS FERRY 3 | BWR | 80 11 23 | 376 | 70.3 | 6580.0 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 80 11 26 | 8 | 3.3 | 6583.2 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE DRY STORAGE | PWR | 80 12 05 | 52 | 24.1 | 6607.3 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 1 | PWR | 80 12 05 | 15 | 7.0 | 6614.2 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 80 12 05 | 1 | 0.5 | 6614.7 |
| VIRGINIA POWER | NORTH ANNA 1 | NORTH ANNA 1 | PWR | 80 12 28 | 63 | 29.0 | 6643.7 |