DOE/RW-0331P

*Office of Civilian Radioactive Waste Management*

# Annual Capacity Report

*December 1991*

*U.S. Department of Energy*
*Office of Civilian Radioactive Waste Management*

HQ0002356

Available from:

**U.S. Department of Energy**
Office of Scientific and Technical Information
Post Office Box 62
Oak Ridge, TN 37831

DOE/RW-0331P

*Office of Civilian Radioactive*
*Waste Management*

# Annual Capacity Report

***December 1991***

***U.S. Department of Energy***
*Office of Civilian Radioactive Waste Management*
*Washington, DC 20585*

## CONTENTS

SUMMARY . . . . . . . . . . v

1.0 INTRODUCTION . . . . . . . . . . 1

1.1 PURPOSE OF THE ANNUAL CAPACITY REPORT . . . . . . . . . . 1

1.2 STAFF-TO-STAFF TECHNICAL EXCHANGES . . . . . . . . . . 2

1.3 SUBMITTAL OF COMMENTS ON THE ANNUAL CAPACITY REPORT . . . . . 2

2.0 WASTE ACCEPTANCE PROJECTIONS . . . . . . . . . . 4

3.0 ALLOCATION OF THE FEDERAL WASTE MANAGEMENT SYSTEM'S ANNUAL ACCEPTANCE CAPACITY . . . . . . . . . . 6

3.1 PROCEDURE FOR ALLOCATION OF ANNUAL ACCEPTANCE CAPACITY . . . . 6

3.2 DELIVERY COMMITMENT SCHEDULES . . . . . . . . . . 7

4.0 ACR ISSUE RESOLUTION PROCESS . . . . . . . . . . 10

4.1 STATUS OF THE ACR ISSUE RESOLUTION PROCESS . . . . . . . . . . 10

REFERENCES . . . . . . . . . . 12

APPENDIX A . . . . . . . . . . A.1

APPENDIX B . . . . . . . . . . B.1