DOE/RW-0418

# 1992 Annual Capacity Report

**Revision 1**

**May 1993**

**U.S. Department of Energy**
Office of Civilian Radioactive Waste Management
Washington, DC 20585

HQ0002316

# CONTENTS

SUMMARY . . . . . . . . . . v

1.0 INTRODUCTION . . . . . . . . . . 1
- 1.1 PURPOSE OF THE ANNUAL CAPACITY REPORT (ACR) . . . . . . . . 1
- 1.2 STAFF-TO-STAFF TECHNICAL EXCHANGES . . . . . . . . . . 2
- 1.3 SUBMITTAL OF COMMENTS ON THE ACR . . . . . . . . . . 2

2.0 WASTE ACCEPTANCE PROJECTIONS . . . . . . . . . . 3
- (Table 2.1 - Projected Nominal Waste Acceptance Rates for Spent Nuclear Fuel) . . . . . . . . . . 4

3.0 ALLOCATION OF THE CIVILIAN RADIOACTIVE WASTE MANAGEMENT SYSTEM'S PROJECTED ANNUAL ACCEPTANCE CAPACITY . . . . . . . . . . 5
- 3.1 PROCEDURE FOR ALLOCATING PROJECTED ACCEPTANCE CAPACITY . . . . . . . . . . 5
- 3.2 DELIVERY COMMITMENT SCHEDULES . . . . . . . . . . 6
- (Table 3.1 - Summary of Purchasers' Annual Allocations) . . . . . . . . . . 8

4.0 ACR ISSUE RESOLUTION PROCESS . . . . . . . . . . 9
- 4.1 STATUS OF THE ACR ISSUE RESOLUTION PROCESS . . . . . . . . . . 9

REFERENCES . . . . . . . . . . 11

APPENDIX - ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS FOR THE DISPOSAL OF SPENT NUCLEAR FUEL . . . . . . . . . . A.1

## SUMMARY

The Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR Part 961) requires the Department of Energy (DOE) to issue an Annual Capacity Report (ACR) for planning purposes. This report is the fifth in the series published by DOE. In May 1993, DOE published the 1992 Acceptance Priority Ranking (APR) that established the order in which DOE will allocate projected acceptance capacity. As required by the Standard Contract, the acceptance priority ranking is based on the date the spent nuclear fuel (SNF) was permanently discharged, with the owners of the oldest SNF, on an industry-wide basis, given the highest priority. The 1992 ACR applies the projected waste acceptance rates in Table 2.1 to the 1992 APR, resulting in individual allocations for the owners and generators of the SNF. These allocations are listed in detail in the Appendix, and summarized in Table 3.1.

The projected waste acceptance rates for SNF presented in Table 2.1 are nominal and assume a site for a Monitored Retrievable Storage (MRS) facility will be obtained; the facility will initiate operations in 1998; and the statutory linkages between the MRS facility and the repository set forth in the Nuclear Waste Policy Act of 1982, as amended (NWPA), will be modified. During the first ten years following projected commencement of Civilian Radioactive Waste Management System (CRWMS) operation, the total quantity of SNF that could be accepted is projected to be 8,200 metric tons of uranium (MTU). This is consistent with the storage capacity licensing conditions imposed on an MRS facility by the NWPA. The annual acceptance rates provide an approximation of the system throughput and are subject to change as the program progresses. The ACR allocates only that portion of the CRWMS capacity assigned to SNF that originated from civilian nuclear reactors and is covered by the Standard Contract, and DOE-owned SNF from civilian nuclear reactors and civilian development programs.

Section 1.0 provides a discussion of the requirement for the ACR and the role it plays in DOE's interaction with the Purchasers in implementing the provisions of

the Standard Contract. The CRWMS projected acceptance schedule is presented in Section 2.0. Section 3.0 discusses the basis and procedures for allocating acceptance capacity to each Purchaser, summarizes the annual allocations for the 10-year period covered by this report, and addresses Delivery Commitment Schedules (DCS). A description of the ACR Issue Resolution Process (IRP) and a report on its current status are provided in Section 4.0. The Appendix is a detailed listing of the annual acceptance capacity allocations for Purchasers with allocations in the first 10 years of projected CRWMS operations. Previous publications of the ACR included an additional Appendix, listing SNF by the date of permanent discharge. Since this information is published separately as the 1992 APR, it is no longer included here.

## 1.0 INTRODUCTION

The Nuclear Waste Policy Act of 1982 (NWPA)[1], as amended, assigns the Federal Government responsibility for the disposal of spent nuclear fuel (SNF) and high-level radioactive waste (HLW). The Director of the Department of Energy's (DOE) Office of Civilian Radioactive Waste Management (OCRWM) is responsible for carrying out the functions assigned to the Secretary of Energy (Secretary) by the NWPA. Section 302(a) of the NWPA authorizes the Secretary to enter into contracts[*] with owners or generators[**] of commercial SNF and/or HLW. The Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste[2] (Standard Contract) established the contractual mechanism for DOE's acceptance and disposal of SNF and HLW. It includes the requirements and operational responsibilities of the parties to the Standard Contract in the areas of administrative matters, fees, terms of payment, waste acceptance criteria, and waste acceptance procedures. The Standard Contract provides for the acquisition of title to the SNF and/or HLW by DOE, its transportation to DOE facilities, and its subsequent disposal.

### 1.1 PURPOSE OF THE ANNUAL CAPACITY REPORT

Under the terms of the Standard Contract (Article IV), the Annual Capacity Report (ACR) is to project DOE's annual receiving capacity and present the annual acceptance capacity allocations to the Purchasers for 10 years following the projected commencement of DOE facility operations. An allocation is a portion of the nominal acceptance capacity (measured in metric tons of uranium -- MTU) in a particular year for an individual Purchaser. These capacity allocations, as listed in the Appendix, form the basis for the Purchasers' submittal of Delivery Commitment Schedules (DCS), as discussed further in Section 3.2. As specified in the Standard Contract, the

[*] Individual contracts are based upon the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR Part 961).

[**] Owners and generators of SNF and HLW who have entered into agreements with DOE and/or have paid fees for purchase of disposal services are referred to as "Purchasers."

ACR is for planning purposes only and, thus, is not contractually binding on either DOE or the Purchasers.

## 1.2 STAFF-TO STAFF TECHNICAL EXCHANGES

DOE and the Purchasers recognized that there is a need for coordination in the implementation of the provisions of the Standard Contract in order for both parties to carry out all of their responsibilities. Identification and resolution of Standard Contract-related issues and the development of procedures for effective and equitable implementation of the Civilian Radioactive Waste Management System (CRWMS) are elements of an iterative process that requires the cooperative efforts of both parties. In the 1987 ACR[3], DOE offered to cooperate with the Purchasers to identify, prioritize, and evaluate solutions to issues of mutual concern arising from implementation of the Standard Contract. Interactions to date with representatives of Edison Electric Institute's Utility Nuclear Waste and Transportation Program (EEI/UWASTE) and the U.S. Council for Energy Awareness (USCEA), jointly representing 64 of the 66 owners or generators of commercial SNF, indicate a desire by both DOE and the Purchasers to continue these staff-to-staff technical exchanges. The status of these exchanges is presented in Section 4.0.

## 1.3 SUBMITTAL OF COMMENTS ON THE ANNUAL CAPACITY REPORT

Written comments are again requested, especially from the Purchasers, on the content of this ACR. Comments received on previous ACRs were used to identify issues that needed to be addressed by DOE and the Purchasers in the implementation of the Standard Contract provisions. Comments on this ACR should be addressed to:

Ms. Nancy Montgomery
Office of Civilian Radioactive Waste Management, RW-432
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

## 2.0 WASTE ACCEPTANCE PROJECTIONS

The NWPA and the Standard Contract condition waste acceptance by DOE upon the commencement of operation of a repository or a Monitored Retrievable Storage (MRS) facility. Section 302(a)(5) of the NWPA directs that contracts entered into in accordance with Section 302(a) of the NWPA are to provide that DOE will take title to SNF following commencement of operation of a repository. In response to this statutory requirement, the Standard Contract provides in Article II that "the services to be provided by DOE under this contract shall begin, after commencement of facility operations, not later than January 31, 1998...." Section 142 of the NWPA authorizes DOE to site, construct, and operate an MRS facility for temporary SNF storage prior to disposal in a repository.

The acceptance rates in Table 2.1 are nominal and do not reflect the MRS facility schedule linkages with the repository development that were imposed by the NWPA, but are consistent with the 10,000 MTU storage capacity limit contained in the NWPA for an MRS facility before a repository starts operation. These acceptance rates assume commencement of facility operations in 1998. If the current linkages between MRS facility construction and repository construction authorization are maintained, it is estimated that facility operations and initial acceptance of SNF by DOE could not start until at least 2007.

Operation of the CRWMS with the nominal waste acceptance rates presented in Table 2.1 would result in the receipt of 8,200 MTU of SNF at the MRS facility during the first 10 years. This table provides only an approximation of the system throughput rates and is subject to change depending on congressional action regarding the conditions for the siting of an MRS facility, and the system design and configuration. DOE will further define and specify the system operating and waste acceptance parameters as the program progresses, and inform the Purchasers accordingly at the earliest feasible time. Until the SNF is accepted by DOE, Section 111(a)(5) of the NWPA assigns the waste owners and generators the primary

responsibility to provide for, and pay the costs of, interim storage.

TABLE 2.1

Projected Nominal Waste Acceptance Rates for Spent Nuclear Fuel

| Year | SNF (MTU) |
|---|---|
| 1998 | 400 |
| 1999 | 600 |
| 2000 | 900 |
| 2001 | 900 |
| 2002 | 900 |
| 2003 | 900 |
| 2004 | 900 |
| 2005 | 900 |
| 2006 | 900 |
| 2007 | 900 |
| TOTAL | 8,200 |

## 3.0 ALLOCATION OF THE CIVILIAN RADIOACTIVE WASTE MANAGEMENT SYSTEM'S PROJECTED ANNUAL ACCEPTANCE CAPACITY

DOE is required to accept for disposal all commercial SNF/HLW from its owners or generators, as prescribed by the NWPA. However, since acceptance capacity will be limited in any given year, an acceptance priority ranking is established in the Standard Contract to allocate the projected acceptance capacity to individual Purchasers. The ranking is based on the date of permanent discharge* of the SNF, with the owners of the oldest SNF, on an industry-wide basis, given the highest priority.

The tables in the Appendix list the Purchasers' annual allocations for each of the first 10 years** of projected CRWMS operation. Table 3.1 presents a summary of all Purchasers' annual allocations based on the nominal waste acceptance rates for the 10-year period covered by this report. Fuel assembly reinsertions identified during the reporting period ending December 31, 1991 have resulted in changes to the APR. The allocations in years 7 and 10 have been adjusted to reflect reinsertions by three Purchasers of SNF previously identified as being permanently discharged. The Notes to Tables A.1 through A.10 identify the three Purchasers reporting reinsertions affecting the first ten years of projected CRWMS operation.

### 3.1 PROCEDURE FOR ALLOCATING PROJECTED ACCEPTANCE CAPACITY

The waste acceptance process begins with Purchasers' submittal of the Nuclear Fuel Data Form, RW-859, which provides DOE with information concerning the quantities and characteristics of SNF currently in inventory. These characteristics include the date on which the SNF was permanently discharged.

* The term "date of permanent discharge" means the date the reactor went subcritical for the purpose of permanently discharging the spent nuclear fuel, as reported to DOE by the Purchasers on the Nuclear Fuel Data Form, RW-859.

** The term "year," when used in reference to capacity allocation in this report, means the calendar year, beginning January 1 and ending December 31.

In accordance with the Standard Contract, an annual Acceptance Priority Ranking (APR) report and an ACR are issued. The APR establishes the order in which DOE allocates projected SNF acceptance capacity. As required by the Standard Contract, the priority ranking is based on the date the SNF was permanently discharged, with the owners of the oldest SNF, on an industry-wide basis, given the highest priority. All permanently discharged SNF, regardless of its subsequent classification*** for delivery, qualifies for an allocation based on an oldest-fuel-first (OFF) priority. There are currently no procedures for ranking high-level radioactive waste; however, such procedures are being developed for nonfuel components. Temporarily discharged SNF and projected SNF discharges will not be ranked.

The APR is the basis for allocating projected SNF acceptance capacity to each owner in the ACR. The ACR applies a 10-year projected nominal waste acceptance rate to the APR, resulting in individual capacity allocations. An allocation is a specified acceptance capacity (measured in metric tons of uranium) in a particular year for an individual Purchaser.

## 3.2 DELIVERY COMMITMENT SCHEDULES

The allocations in the ACR are the basis for DCS submittals, which represent the next step in the SNF acceptance process outlined in the Standard Contract. The DCS informs DOE of the Purchasers' plans for utilizing their allocations of projected SNF acceptance capacity. This information will assist DOE in meeting its contractual waste acceptance responsibilities and in developing the waste management system.

Article V.B of the Standard Contract states that, beginning January 1, 1992, Purchasers shall begin submitting DCSs, for DOE approval, that identify all SNF the Purchasers plan to deliver beginning 63 months thereafter. A DCS is submitted for only one designated delivery site and only one fuel type (Boiling Water Reactor –

*** The Standard Contract (Appendix E) requires the Purchaser to classify SNF as Standard, Nonstandard, and/or Failed, prior to delivery.

BWR, Pressurized Water Reactor -- PWR, or Other). Both the Purchasers' and DOE's ability to commit to a specific delivery date over 63 months in the future is limited. Therefore, only the year of delivery is designated on the DCS. The DCS also includes information concerning the proposed transport mode and the range of permanent discharge dates for the fuel to be delivered. Due to the limited projected annual acceptance capacity of the CRWMS, only DCSs submitted by Purchasers who have an allocation in the particular delivery year will be considered for approval. A summary of Purchaser allocations, to be used as the basis for DCS submittals, is presented in Table 3.1. This table supercedes all previously published versions of Table 3.1. The DCS form and instructions have previously been sent to the Purchasers. The instructions state that, once a Purchaser has an allocation, the SNF to be delivered need not be the SNF that earned the Purchaser an allocation.

The actual number of DCSs submitted by a Purchaser will vary according to the number of allocations they have in the ACR and the number of DCSs they choose to submit for each allocation. However, the total MTU requested may not exceed the Purchaser's total MTU allocation for that year. Once a Purchaser has submitted a DCS, DOE shall approve or disapprove the DCS within 3 months of receipt. The information on the Purchasers' approved DCSs will assist DOE in implementing the waste acceptance process. Approved DCSs will be the basis for the Purchasers' Final Delivery Schedules (FDS), to be submitted at least 12 months prior to the delivery year. As provided in Article V.E of the Standard Contract, the Purchasers also have the right to exchange approved DCSs with other Purchasers, subject to DOE's approval.

All but one of the Purchasers with an allocation in 1998, the first year of projected CRWMS operations, submitted DCSs prior to the September 30, 1992, deadline. Additionally, several Purchasers submitted DCSs for years other than 1998. All of these DCSs are currently being processed by DOE. To assist Purchasers in assessing the status of DCS submittals, DOE will provide information on all approved DCSs upon request.

TABLE 3.1 SUMMARY OF PURCHASERS' ANNUAL ALLOCATIONS (MTU)*

| PURCHASER | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 | YEAR 6 | YEAR 7 | YEAR 8 | YEAR 9 | YEAR 10 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALABAMA POWER COMPANY | -- | -- | -- | -- | -- | 21.14 | -- | -- | 24.37 | 12.89 | 58.39 |
| ARIZONA PUBLIC SERVICE | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| ARK POWER & LIGHT COMP | -- | -- | -- | 23.22 | 28.20 | -- | 30.11 | -- | 46.37 | -- | 127.90 |
| BABCOCK AND WILCOX COM | -- | -- | <0.01 | 0.02 | -- | -- | -- | -- | -- | -- | 0.02 |
| BALTIMORE GAS & ELEC | -- | -- | -- | 12.55 | 41.44 | 28.46 | 52.12 | -- | 55.25 | 29.51 | 219.33 |
| BOSTON EDISON COMPANY | -- | 3.88 | 25.42 | 82.60 | -- | -- | 11.41 | 5.52 | -- | 42.68 | 171.52 |
| CAROLINA POWER & LIGHT | -- | 70.08 | 24.31 | 23.69 | 50.45 | 32.00 | 20.59 | 93.08 | -- | 49.50 | 363.70 |
| CLEVELAND ELEC ILLUM | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| COMMONWEALTH EDISON CO | 21.10 | 60.43 | 153.85 | 121.01 | 163.76 | 175.30 | 66.84 | 107.76 | 98.17 | 98.15 | 1066.37 |
| CONNECTICUT YANKEE ATO | 65.46 | 22.47 | 19.75 | 21.77 | 21.81 | 20.19 | -- | 21.81 | -- | 21.83 | 215.09 |
| CONSOLIDATED EDISON CO | 2.92 | 27.66 | 32.74 | -- | 27.00 | -- | 28.29 | 2.26 | 22.15 | -- | 143.03 |
| CONSUMERS POWER COMPAN | -- | 2.46 | 87.34 | 2.67 | 27.31 | 3.49 | 26.49 | -- | 2.83 | 30.80 | 183.38 |
| DAIRYLAND POWER COOP | 0.72 | 5.99 | 3.00 | 3.86 | -- | 3.37 | -- | -- | 1.45 | 3.29 | 21.68 |
| DETROIT EDISON COMPANY | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| U.S. DOE | 18.06 | 11.08 | 3.24 | 4.50 | 7.30 | 72.81 | 16.32 | -- | 3.26 | 19.90 | 156.48 |
| DUKE POWER COMPANY | -- | 24.81 | 47.61 | 62.41 | 58.35 | 56.12 | 61.12 | 31.55 | 63.48 | 66.31 | 471.75 |
| DUQUESNE LIGHT COMPANY | -- | -- | -- | -- | -- | -- | 16.13 | -- | -- | 24.37 | 40.51 |
| FLORIDA POWER & LIGHT | -- | 20.82 | 37.00 | 40.42 | 32.85 | 40.82 | 71.32 | 33.08 | 52.15 | 37.63 | 366.08 |
| FLORIDA POWER CORP | -- | -- | -- | -- | 1.39 | -- | 26.01 | 20.40 | -- | 30.15 | 77.95 |
| G. E. URANIUM MGT. | 145.23 | -- | -- | -- | -- | -- | -- | -- | -- | -- | 145.23 |
| GENERAL ATOMICS | <0.01 | <0.01 | -- | -- | <0.01 | -- | -- | <0.01 | <0.01 | <0.01 | <0.01 |
| GEORGIA POWER COMPANY | -- | -- | -- | 0.75 | 4.49 | -- | 35.24 | -- | 56.39 | 15.18 | 112.06 |
| GPU NUCLEAR | 31.10 | 42.97 | 46.79 | 49.40 | 33.88 | 55.21 | -- | 27.58 | -- | -- | 286.92 |
| GULF STATES UTILITIES | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| HOUSTON LIGHTING & PWR | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| ILLINOIS POWER COMPANY | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| INDIANA & MICH ELEC CO | -- | -- | -- | 28.51 | 29.11 | -- | 62.41 | 27.89 | 69.70 | -- | 217.63 |
| IOWA ELEC LIGHT & PWR | -- | -- | 15.38 | 13.88 | 21.79 | 0.75 | -- | 16.53 | 15.49 | -- | 83.83 |
| KANSAS GAS AND ELEC | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| LONG ISL LIGHT COMPANY | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| LOUISIANA POWER AND LT | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| MAINE YANKEE ATOMIC | -- | 26.31 | 57.86 | 27.24 | -- | 50.64 | -- | 26.25 | 28.17 | -- | 216.47 |
| MISSISSIPPI POWER & LT | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| NEBRASKA PUB POWER DIS | -- | -- | -- | 23.52 | 13.75 | -- | 31.18 | 28.65 | 20.96 | -- | 118.06 |
| NHY DIVISION OF PSNH | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| NIAGARA MOHAWK POWER | 9.30 | 48.97 | 38.80 | 30.73 | -- | 31.15 | -- | -- | 36.82 | -- | 195.78 |
| NORTHEAST UTIL SVC COM | 5.44 | 40.64 | 28.19 | 24.27 | 41.89 | 26.50 | 28.08 | 59.08 | -- | 28.34 | 282.43 |
| NORTHERN STATES POWER | -- | 26.13 | 83.50 | 29.84 | 33.86 | 17.51 | 32.51 | 43.23 | 35.66 | 16.02 | 318.26 |
| OMAHA PUB POWER DIST | -- | -- | 9.32 | 12.82 | 18.91 | 16.36 | -- | 14.73 | -- | 14.59 | 86.73 |
| PACIFIC GAS AND ELECT | 7.25 | 6.08 | 2.58 | 13.02 | -- | -- | -- | -- | -- | -- | 28.94 |
| PENN POWER & LIGHT | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| PHILADELPHIA ELEC COMP | -- | -- | 36.27 | 68.04 | 47.67 | 48.72 | 51.64 | 51.27 | 40.52 | 50.73 | 394.85 |
| PORTLAND GENERAL ELEC | -- | -- | -- | -- | 0.46 | -- | -- | 24.36 | 16.10 | 17.00 | 57.92 |
| POWER AUTH OF NY STATE | -- | -- | -- | 25.83 | 3.65 | 51.07 | 34.68 | 30.00 | -- | 69.78 | 215.01 |
| PUB SVC CO OF COLORADO | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| PUB SVC ELEC & GAS COM | -- | -- | -- | -- | -- | -- | 17.48 | 29.44 | -- | 25.75 | 72.68 |
| ROCHESTER GAS & ELEC | 31.98 | 4.60 | 24.38 | 16.04 | 16.10 | 15.70 | -- | 14.15 | 5.86 | 6.72 | 135.52 |
| SACRAMENTO MUNICIP UT | -- | -- | -- | 9.26 | -- | 25.92 | -- | 30.13 | 18.92 | -- | 84.24 |
| S. CAROLINA ELEC & GAS | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| SOUTHERN CALIF EDISON | 35.56 | 20.46 | 19.29 | 19.22 | -- | 19.20 | -- | 19.21 | -- | -- | 132.93 |
| TENNESSEE VALLEY AUTH | -- | -- | -- | -- | 58.63 | 5.49 | 115.53 | 65.92 | 116.11 | 52.32 | 414.00 |
| TEXAS UTILITIES GENERA | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| TOLEDO EDISON COMPANY | -- | -- | -- | -- | -- | -- | -- | -- | -- | 25.03 | 25.03 |
| UNION ELEC COMPANY | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| VALLECITOS NUCLEAR CEN | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| VERMONT YANKEE NUCLEAR | -- | 72.80 | -- | 11.94 | 8.63 | 27.44 | 25.64 | 16.93 | -- | 22.11 | 185.49 |
| VIRGINIA POWER | -- | 8.17 | 69.38 | 43.85 | 54.69 | 20.14 | 23.40 | 32.88 | 28.97 | 52.78 | 334.27 |
| WASH PUB POWER SUPPLY | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| WISCONSIN ELEC POWER | 16.28 | 43.01 | 19.77 | 27.07 | 36.74 | 24.83 | 9.64 | 12.84 | 16.07 | 21.73 | 227.97 |
| WISCONSIN PUB SVC CORP | -- | -- | 4.38 | 17.63 | 16.04 | -- | 5.20 | 13.23 | 16.43 | 14.46 | 87.37 |
| YANKEE ATOMIC ELEC COM | 9.84 | 10.09 | 9.65 | 8.62 | -- | 9.40 | -- | -- | 8.46 | -- | 56.06 |
| NOMINAL TOTAL | 400 | 600 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 8200 |

* The allocations in years 7 and 10 have been adjusted from the 1991 ACR to reflect reinsertions by three Purchasers. The reinsertions were of SNF previously identified as being permanently discharged. See NOTES TO TABLES A.1 THROUGH A.10.

## 4.0 ACR ISSUE RESOLUTION PROCESS

A comprehensive review of the Standard Contract conducted in 1986 in preparation for issuing the first ACR, indicated that although the Standard Contract included considerable information regarding waste acceptance criteria and procedures, it did not provide sufficient detail and guidance to enable either DOE or the Purchasers to carry out their respective contractual responsibilities and plan for the orderly transfer of spent fuel to the Federal waste management system. Since 1987, DOE has been working cooperatively with utility representatives (EEI/UWASTE and USCEA) on many of the issues that must be resolved in order to implement the terms and conditions of the Standard Contract. These staff-to-staff technical exchanges are referred to as the ACR Issue Resolution Process (IRP). The objective of the ACR IRP is to resolve the Standard Contract related issues while retaining waste management flexibility and equity among the Purchasers, and ensuring the safe, effective and economical operation of the CRWMS.

### 4.1 STATUS OF THE ACR ISSUE RESOLUTION PROCESS

Thirty-four Standard Contract related issues were identified as requiring resolution. These issues cover a wide variety of topics and range from a need to make minor word changes in the Standard Contract to enhance clarity or resolve inconsistencies, to the development of formal waste acceptance criteria and procedures including DCS exchanges among Purchasers.

Since 1989, the ACR IRP has focused on priority issues that need resolution for DOE and the Purchasers to implement their near-term contractual responsibilities. The Purchasers have formally submitted consensus positions on 18 of these issues. During 1992, DOE and the ACR Response Team continued to build on their progress toward resolving these priority issues. DOE is developing official positions on as many of the 18 issues as possible. Utility consensus positions and the results of DOE analyses are being considered in developing DOE's positions on these issues.

In March 1992, DOE met with the ACR Response Team to discuss DOE's preliminary draft positions on 13 of these issues, as well as the instructions for completing the DCS. DOE is planning to issue a Notice of Proposed Rulemaking to address a number of these issues in mid-1993.

## REFERENCES


1. "Nuclear Waste Policy Act of 1982," Public Law 97-425 (January 7, 1983) and the "Nuclear Waste Policy Amendments Act of 1987," Title V, Subtitle A, Public Law 100-203 (December 22, 1987).

2. U.S. Department of Energy, "Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste," Code of Federal Regulations, Title 10, Part 961 (1990).

3. U.S. Department of Energy, Annual Capacity Report, DOE/RW-146, Washington, D.C. (June 1987).