IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff Energy Northwest, respectfully requests an enlargement of time to respond to Defendant's Response To The Court's Order To Show Cause And Defendant's Motion For Summary Judgment to and including July 28, 2005. In support of this motion, Plaintiff states as follows:

1. On May 9, 2005 the Court issued an Order To Show Cause ("OSC") why the Court's April 29, 2005 Opinion and Order on contract liability in *Consumers Energy v. United States*, Case No. 02-1894 (Fed. Cl. May 9, 2005) should not apply in the present case. The OSC provided that Defendant would file a response on or before June 9, 2005, Plaintiff would file a response on or before June 23, 2005, and Defendant would file a reply on or before June 30, 2005.

2. On June 9, 2005 Defendant filed an unopposed motion for an enlargement of time to and including June 17, 2005 to file its response to the OSC. The Court granted that motion on June 10, 2005, and ordered that Plaintiff's response would be due on or before July 1, 2005, and Defendant's reply would be due on July 8, 2005.

3. On June 17, 2005 Defendant filed its response to the OSC. However, Defendant's response also includes an affirmative motion for summary judgment pursuant to RCFC 56.

4. Pursuant to the Court's June 10, 2005 Order, Plaintiff's response to the Order to Show Cause is currently due on July 1, 2005. Pursuant to RCFC 7.2(c), responses to summary judgment motions are ordinarily due 28 days following service of the motion. Plaintiffs received a notification through the ECF system setting a July 18, 2005 due date for Plaintiff's response to Defendant's summary judgment motion, but no order of the Court has been entered.

5. Plaintiff seeks an enlargement of time for several reasons:

a. The enlargement will allow counsel for Plaintiff to fully and completely respond to Defendant's motion. Counsel requires additional time to consult with its client, and prepare the materials required by RCFC 56.

b. The enlargement will also allow counsel for Plaintiff to comply with the schedule for expert discovery in another Spent Fuel case pending before another judge of this Court, *South Carolina Electric & Gas Co. et. al. v. United States,* Case No. 01-101 (Lettow, J.). In that case, counsel for plaintiffs will be required to defend the depositions of certain of plaintiffs' expert witnesses prior to the date set for submission of Defendant's expert reports on July 22, 2005.

c. The enlargement will also accommodate the previously scheduled business travel and vacation of two attorneys for the Plaintiff.

6. This is Plaintiff's first request for an enlargement of time for this purpose.

7. Counsel for Plaintiff has discussed this request for an enlargement of time with Counsel for Defendant, and Defendant agrees to this enlargement of time.

WHEREFORE, pursuant to RCFC 6(b) and 6.1, Plaintiff respectfully requests an enlargement of time to respond to Defendant's Response To The Court's Order To Show Cause And Defendant's Motion For Summary Judgment to and including July 28, 2005.

Dated: June 24, 2005

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Lisa M. Eddington
Christopher Tompkins
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

*Attorneys for Plaintiff*

**CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2005, a copy of foregoing "Unopposed Motion For Enlargement Of Time To Respond To Defendant's Response To The Court's Order To Show Cause And Defendant's Motion For Summary Judgment" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Norman M. Hirsch