Contingency plans are being further developed for each of the program areas below the level of detail discussed in this chapter. More information on these contingency plans is provided in the subsequent chapters of this Mission Plan and in various program documents listed in the bibliography.

Contingency plans will continue to be pursued as necessary until a satisfactory solution has been demonstrated. Failure to solve this national problem would prolong the potential risks resulting from the dispersed accumulation of radioactive waste--risks that Congress appropriately recognized and responded to by passing the Nuclear Waste Policy Act.

In summary, the DOE plans to conduct those authorized activities that will lead to a capability to permanently dispose of spent fuel and high-level waste. The DOE will evaluate, propose, and, where appropriate, add features that will enhance the credibility, reliability, and performance of the program. The DOE will continue to prepare contingency plans that could become operational as needed in the future.

## 2.5 ADDITIONAL CONSIDERATIONS

A number of additional factors must be considered in understanding and carrying out the strategy of the program. Some of the principal factors are briefly discussed below.

### 2.5.1 DEFENSE WASTE

The President recently accepted the DOE's confirmation of the Act's presumption that high-level waste generated in defense programs should be emplaced in one or more of the civilian geologic repositories. This conclusion emerged from an evaluation of the use of the civilian repositories for the disposal of such defense waste. Since the evaluation concluded that there are no compelling reasons related to health and safety, national security, regulations, transportation, or public acceptability to develop, build, and operate a repository for defense waste only, the DOE is planning to emplace defense waste in the civilian repositories. Negotiations are under way with other DOE offices to both establish an equitable cost-sharing method and to develop a waste-acceptance schedule that integrates the two major waste streams.

### 2.5.2 OTHER HIGH-LEVEL WASTES

The Act includes in the definition of high-level radioactive waste "other highly radioactive material that the [Nuclear Regulatory] Commission, consistent with existing law, determines by rule requires permanent isolation." There are a number of additional wastes that may be designated high-level wastes by virtue of a future NRC rulemaking. The program is maintaining the flexibility to be able to accept wastes, including other DOE-generated defense wastes, that may require permanent disposal. The full costs would be borne by

the owners and generators, and a cost formula and waste-acceptance schedule would be established after such a designation.

### 2.5.3 SECOND REPOSITORY

The Act authorizes the DOE to conduct siting activities for a second repository and to submit to Congress a proposal for the authorization of a second repository. Furthermore, the Act stipulates that the first repository is to have a limited capacity until the second repository is in operation. The specified limits are spent fuel containing no more than 70,000 metric tons of uranium (MTU) or the high-level waste resulting from the reprocessing of such a quantity of spent fuel. Since current projections indicate that approximately 130,000 MTU of civilian spent fuel will require disposal through the year 2020, a second repository is required to accommodate the expected inventory. In the discussion of Section 2.6, the operating assumption, consistent with the intent of the Act, is that there will be at least two repositories.

## 2.6 PROGRAM ASSUMPTIONS FOR WASTE-SYSTEM COMPONENTS

Table 2-1 presents a select set of reference assumptions currently used in program planning and development. These assumptions cover the types and quantities of waste to be disposed of in a repository, the modes by which the waste will be transported and the expected distances, and the capacities and schedules for the two repositories and the MRS facility. The assumptions and their interrelationships are subject to change on the basis of future Congressional actions, DOE recommendations, future rates of spent-fuel generation, actual program progress, technological advancements, and a host of other variables. The values or ranges specified in Table 2-1 are intended to provide a representative magnitude of system-component capability. The various components can be adjusted as future conditions warrant.

Table 2-1. Program Assumptions About the Waste and the Components of the Waste-Management System

---

I. ASSUMPTIONS ABOUT THE WASTE

A. <u>Waste Types</u>

1. Spent fuel from commercial nuclear reactors is the dominant waste form. The spent-fuel assemblies are assumed to be consolidated and packaged before emplacement in a geologic repository.

2. Existing commercial high-level waste (from the West Valley Demonstration Project) is assumed to be accepted for disposal. No new commercial high-level waste is assumed to require disposal.

Table 2-1. Program Assumptions About the Waste and the Components of the Waste-Management System (Continued)

I. ASSUMPTIONS ABOUT THE WASTE (Continued)

A. Waste Types (Continued)

3. Defense high-level waste requiring disposal in a geologic repository will be accepted by the civilian waste-management system.

4. Other wastes determined by the Nuclear Regulatory Commission to require permanent geologic disposal will be accepted.

B. Waste Quantities

1. The Energy Information Administration (EIA) "middle-case" forecast of 130,000 metric tons of uranium (MTU) for the cumulative spent-fuel generation through the year 2020 is assumed. The EIA forecast assumes a constant level of fuel burnup in the reactor for the entire projection period: the design implications of extended fuel burnup are being examined. Other projections are being monitored.

2. Approximately 650 MTU equivalent of commercial high-level waste from West Valley will be accepted at the repository. No additional commercial reprocessing of spent fuel is assumed, although system designs will include the capability to handle solidified high-level waste from commercial reprocessing.

3. Defense waste will be accepted at approximately the rate of its generation from the atomic energy defense facilities. It is assumed that approximately 20,000 canisters of solidified high-level defense waste will be available for geologic disposal by the year 2020. The actual quantities and the acceptance rate have not yet been determined; they are the subject of current analyses by the DOE.

C. Waste Age

The spent fuel received for disposal is assumed to have a minimum cooling age of 5 years, although certain system-component designs are based on receiving fuel that has a maximum decay-heat rate of 1 kilowatt per metric ton of uranium, which is equivalent to current pressurized-water-reactor spent fuel that has been discharged from the reactor for approximately 10 years. This assumption will be reviewed to determine the effects of age on system performance and cost effectiveness.

Table 1-1. Program Assumptions About the Waste and the Components of the Waste-Management System (Continued)

## II. ASSUMPTIONS ABOUT TRANSPORTATION

A. Shipment Mode

From reactors to the repository or to the MRS facility (if authorized by Congress): 70 percent by rail, 30 percent by truck.

From the MRS facility to the repository: 100 percent by rail.

B. Distance Traveled

Average distances for potential routes from reactors to a repository in the indicated host rock or to the MRS facility are presented below in the first two columns. For waste shipped first to the MRS facility, the last column shows distances from the MRS facility to the repository.

| | Distance (miles) | | |
|---|---|---|---|
| | Reactors to facility | | MRS to repository |
| Facility | Truck | Rail | Rail |
| Basalt repository | 2190 | 2360 | 2590 |
| Salt repository | 1320 | 1450 | 1250 |
| Tuff repository | 2040 | 2270 | 2380 |
| Crystalline-rock repository | 760 | 900 | 610 |
| MRS facility | 790 | 920 | -- |

## III. ASSUMPTIONS ABOUT AN MRS FACILITY

A. Proposed Capacity

The initial authorized capacity will be proposed to be 15,000 MTU. If necessary, the DOE will request Congressional approval to modify this capacity.

B. Waste Receipt Rate

The waste-acceptance rate will be approximately 3000 MTU per year of spent fuel or equivalent high-level waste.

C. MRS Startup Dates

The MRS facility will begin operations as early as 1996. In 1998, after a 2-year ramp-up period, the MRS facility will achieve the design acceptance rate.

Table 2-1. Program Assumptions About the Waste and the Components of the Waste-Management System (Continued)

IV. ASSUMPTIONS ABOUT GEOLOGIC REPOSITORIES

A. Number of Repositories

Two

B. Design Capacity for Each Repository

The design capacity for each of the two repositories is assumed to be 70,000 MTU. The capacity for both repositories can be expanded if the geologic conditions permit, but the capacity of the first repository cannot exceed 70,000 MTU until the second repository begins operation.

C. Repository-Startup Dates for the Authorized System

The operation of the first repository will be conducted in two phases, with phase 1 starting operation in 1998 and phase 2 starting operation in 2001. The second repository will start receiving spent fuel in 2006.

D. Host-Rock Options

Basalt, salt, and tuff for the first repository; two of the first-repository host rocks and crystalline rock (granite) for the second repository.

E. Other Design Assumptions

Designs include provision to maintain capability to begin waste retrieval for up to 50 years from the date on which the first waste package is emplaced.

## 2.7 WASTE-ACCEPTANCE SCHEDULES

The DOE is committed to accept waste from the signatories of the standard disposal contracts on a firm schedule that begins no later than January 31, 1998. Table 2-2 shows a schedule that is based on the current estimated emplacement capacities of the two planned geologic repositories, one of which is currently authorized. This schedule accords with the repository schedules and attendant operating characteristics presented in this document.

On the basis of the integrated system approach described in the improved-performance plan (Section 2.3), the DOE has identified many possible waste-acceptance schedules, depending on the size and the operating characteristics of the system facilities. One such waste-acceptance schedule that illustrates

Table 2-2. Waste-Acceptance Schedule--Authorized System
(Metric tons of uranium (MTU) per year)

| Year | Spent-Fuel Generation[A] | | First Repository | | | | Second Repository | | Cumulative Spent-Fuel Acceptance | Spent-Fuel Backlog |
|---|---|---|---|---|---|---|---|---|---|---|
| | Annual | Cumulative | Spent Fuel | High-Level Waste[B,C] | Total | Cumulative | Spent Fuel | Cumulative | | |
| Pre 1998 | | 40,100 | | | | | | | | 40,100 |
| 1998 | 2900 | 43,000 | 400 | | 400 | 400 | | | 400 | 42,600 |
| 1999 | 3000 | 46,000 | 400 | | 400 | 800 | | | 800 | 45,200 |
| 2000 | 3000 | 49,000 | 400 | | 400 | 1,200 | | | 1,200 | 47,800 |
| 2001 | 3000 | 52,000 | 900 | | 900 | 2,100 | | | 2,100 | 49,900 |
| 2002 | 3000 | 55,000 | 1800 | | 1800 | 3,900 | | | 3,900 | 51,100 |
| 2003 | 3100 | 58,100 | 3000 | 400 | 3400 | 7,300 | | | 6,900 | 51,200 |
| 2004 | 3300 | 61,400 | 3000 | 400 | 3400 | 10,700 | | | 9,900 | 51,500 |
| 2005 | 3400 | 64,800 | 3000 | 400 | 3400 | 14,100 | | | 12,900 | 51,900 |
| 2006 | 3800 | 68,600 | 3000 | 400 | 3400 | 17,500 | 900 | 900 | 16,800 | 51,800 |
| 2007 | 4100 | 72,700 | 3000 | 400 | 3400 | 20,900 | 1800 | 2,700 | 21,600 | 51,100 |
| 2008 | 4700 | 77,400 | 3000 | 400 | 3400 | 24,300 | 1800 | 4,500 | 26,400 | 51,000 |
| 2009 | 4800 | 81,900 | 3000 | 400 | 3400 | 27,700 | 1800 | 6,300 | 31,200 | 50,700 |
| 2010 | 4500 | 86,400 | 3000 | 400 | 3400 | 31,100 | 1800 | 8,100 | 36,000 | 50,400 |
| 2011 | 4000 | 90,400 | 3000 | 400 | 3400 | 34,500 | 2400 | 10,500 | 41,400 | 49,000 |
| 2012 | 4100 | 94,500 | 3000 | 400 | 3400 | 37,900 | 3000 | 13,500 | 47,400 | 47,100 |
| 2013 | 4200 | 98,700 | 3000 | 400 | 3400 | 41,300 | 3000 | 16,500 | 53,400 | 45,300 |
| 2014 | 4200 | 102,900 | 3000 | 400 | 3400 | 44,700 | 3000 | 19,500 | 59,400 | 43,500 |
| 2015 | 4300 | 107,200 | 3000 | 400 | 3400 | 48,100 | 3000 | 22,500 | 65,400 | 41,800 |
| 2016 | 4300 | 111,500 | 3000 | 400 | 3400 | 51,500 | 3000 | 25,500 | 71,400 | 40,100 |
| 2017 | 4500 | 116,000 | 3000 | 400 | 3400 | 54,900 | 3000 | 28,500 | 77,400 | 38,600 |
| 2018 | 4700 | 120,700 | 3000 | 400 | 3400 | 58,300 | 3000 | 31,500 | 83,400 | 37,300 |
| 2019 | 4700 | 125,400 | 3000 | 400 | 3400 | 61,700 | 3000 | 34,500 | 89,400 | 36,000 |
| 2020 | 4900 | 130,300 | 3000 | 400 | 3400 | 65,100 | 3000 | 37,500 | 95,400 | 34,900 |
| 2021[D] | | | 3000 | 400 | 3400 | 68,500 | 3000 | 40,500 | 101,400 | 28,900 |
| 2022 | | | 1100 | 400 | 1800 | 70,000 | 3000 | 43,500 | 105,500 | 24,800 |
| 2023 | | | | | | | 3000 | 46,500 | 108,500 | 21,800 |
| 2024 | | | | | | | 3000 | 49,500 | 111,500 | 18,800 |
| 2025 | | | | 8000[E] | | | 3000 | 52,500 | 114,500 | 15,800 |
| 2026 | | | | | | | 3000 | 55,500 | 117,500 | 12,800 |
| 2027 | | | | | | | 3000 | 58,500 | 120,500 | 9,800 |
| 2028 | | | | | | | 3000 | 61,500 | 123,500 | 6,800 |
| 2029 | | | | | | | 3000 | 64,500 | 126,500 | 3,800 |
| 2030 | | | | | | | 3000 | 67,500 | 129,500 | 800 |
| 2031 | | | | | | | 800 | 68,300 | 130,300 | |

[A] Data from Commercial Nuclear Power 1984: Prospects for the United States and the World, DOE/EIA 0438(84), November 1984. Includes discharge from decommissioned reactors.

[B] Approximate waste-acceptance rates for high-level waste from atomic energy defense activities and commercial high-level waste from the West Valley Demonstration Project. Quantities have been "normalized" to metric tons of uranium (MTUs) on a curie-equivalent basis. Direct comparison with spent fuel is not equivalent, because defense high-level waste (DHLW) and commercial high-level waste (CHLW) resulted from the reprocessing of spent fuel. In the example, 400 MTU of defense waste equals 800 canisters. Actual acceptance rates are to be negotiated between Defense Programs and the Office of Civilian Radioactive Waste Management in the DOE.

[C] The first repository currently is designed to begin operation in two phases. This example shows the acceptance of DHLW and CHLW in the first phase when the second phase reaches its maximum receipt rate.

[D] The Energy Information Administration projects spent-fuel generation only through the year 2020. For waste created after 2020, either the capacity of the first two repositories could be increased or additional repositories could be built.

[E] The example shows a total of 8000 MTU of DHLW and CHLW emplaced by the year 2022. Additional DHLW can be accommodated by extending the operation of the first repository, emplacing DHLW in the second repository, or constructing additional repositories, as indicated in footnote D.



0201

HQ0005306

Table 2-3. Waste-Acceptance Schedule--Improved-Performance System
(Metric tons of uranium (MTU) per year)

| Year | Spent-Fuel Generation[A] | | MRS Acceptance | MRS Inventory[B] | First Repository | | | | Second Repository | | Cumulative Spent-Fuel Acceptance | Spent-Fuel Backlog |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Annual | Cumulative | | | SF from MRS | High-Level Waste[C] | Total | Cumulative Total Waste | Spent fuel | Cumulative | | |
| Pre 1998 | | 40,100 | 2200 | 2,200 | | | | | | | 2,200 | 37,900 |
| 1998 | 2900 | 43,000 | 3000 | 4,800 | 400 | | 400 | 400 | | | 5,200 | 37,800 |
| 1999 | 3000 | 46,000 | 3000 | 7,400 | 400 | | 400 | 800 | | | 8,200 | 37,800 |
| 2000 | 3000 | 49,000 | 3000 | 10,000 | 400 | | 400 | 1,200 | | | 11,200 | 37,600 |
| 2001 | 3000 | 52,000 | 3000 | 12,100 | 900 | | 900 | 2,100 | | | 14,200 | 37,800 |
| 2002 | 3000 | 55,000 | 3000 | 13,300 | 1800 | | 1800 | 3,900 | | | 17,200 | 37,800 |
| 2003 | 3100 | 58,100 | 3000 | 13,300 | 3000 | 400 | 3400 | 7,300 | | | 20,200 | 37,900 |
| 2004 | 3300 | 61,400 | 3000 | 13,300 | 3000 | 400 | 3400 | 10,700 | | | 23,200 | 38,200 |
| 2005 | 3400 | 64,800 | 3000 | 13,300 | 3000 | 400 | 3400 | 14,100 | | | 26,200 | 38,600 |
| 2006 | 3800 | 68,600 | 3000 | 13,300 | 3000 | 400 | 3400 | 17,500 | 900 | 900 | 30,100 | 38,500 |
| 2007 | 4100 | 72,700 | 3000 | 13,300 | 3000 | 400 | 3400 | 20,900 | 1800 | 2,700 | 34,900 | 37,800 |
| 2008 | 4700 | 77,400 | 3000 | 13,300 | 3000 | 400 | 3400 | 24,300 | 1800 | 4,500 | 39,700 | 37,700 |
| 2009 | 4500 | 81,900 | 3000 | 13,300 | 3000 | 400 | 3400 | 27,700 | 1800 | 6,300 | 44,500 | 37,400 |
| 2010 | 4500 | 86,400 | 3000 | 13,300 | 3000 | 400 | 3400 | 31,100 | 1800 | 8,100 | 49,300 | 37,100 |
| 2011 | 4000 | 90,400 | 3000 | 13,300 | 3000 | 400 | 3400 | 34,500 | 2400 | 10,500 | 54,700 | 35,700 |
| 2012 | 4100 | 94,500 | 3000 | 13,300 | 3000 | 400 | 3400 | 37,900 | 3000 | 13,500 | 60,700 | 33,800 |
| 2013 | 4200 | 98,700 | 3000 | 13,300 | 3000 | 400 | 3400 | 41,300 | 3000 | 16,500 | 66,700 | 32,000 |
| 2014 | 4200 | 102,900 | 3000 | 13,300 | 3000 | 400 | 3400 | 44,700 | 3000 | 19,500 | 72,700 | 30,200 |
| 2015 | 4300 | 107,200 | 3000 | 13,300 | 3000 | 400 | 3400 | 48,100 | 3000 | 22,500 | 78,700 | 28,500 |
| 2016 | 4300 | 111,500 | 3000 | 13,300 | 3000 | 400 | 3400 | 51,500 | 3000 | 25,500 | 84,700 | 26,800 |
| 2017 | 4500 | 116,000 | 2800 | 13,100 | 3000 | 400 | 3400 | 54,900 | 3000 | 28,500 | 90,500 | 25,500 |
| 2018 | 4700 | 120,700 | | 10,100 | 3000 | 400 | 3400 | 58,300 | 3000 | 31,500 | 93,500 | 27,200 |
| 2019 | 4700 | 125,400 | | 7,100 | 3000 | 400 | 3400 | 61,700 | 3000 | 34,500 | 96,500 | 28,900 |
| 2020 | 4900 | 130,100 | | 4,100 | 3000 | 400 | 3400 | 65,100 | 3000 | 37,500 | 99,500 | 30,800 |
| 2021 | | | | 1,100 | 3000 | 400 | 3400 | 68,500 | 3000 | 40,500 | 102,500 | 27,800 |
| 2022 | | | | | 1100 | 400 | 1500 | 70,000 | 3000 | 43,500 | 105,500 | 24,800 |
| 2023 | | | | | | | | | 3000 | 46,500 | 108,500 | 21,800 |
| 2024 | | | | | | | | | 3000 | 49,800 | 111,800 | 18,800 |
| 2025 | | | | | | | | | 3000 | 52,500 | 114,500 | 15,800 |
| 2026 | | | | | | 8000 | | | 3000 | 55,500 | 117,500 | 12,800 |
| 2027 | | | | | | | | | 3000 | 58,500 | 120,500 | 9,800 |
| 2028 | | | | | | | | | 3000 | 61,500 | 123,500 | 6,800 |
| 2029 | | | | | | | | | 3000 | 64,500 | 126,500 | 3,800 |
| 2030 | | | | | | | | | 3000 | 67,500 | 129,500 | 800 |
| 2031 | | | | | | | | | 800 | 68,300 | 130,300 | |

[A]Data from Commercial Nuclear Power 1984: Prospects for the United States and the World, DOE/EIA 0438(84), November 1984. Includes discharge from decommissioned reactors.

[B]The MRS facility is assumed to reach a constant acceptance rate and discharge to the first repository as fast as the first repository can accept spent fuel. The MRS facility will stop accepting spent fuel when its inventory will fill the first repository.

[C]See footnotes b and c in Table 2-2.

the quantities of waste the DOE could accept beginning in 1996 with the completion of an integral MRS facility is presented in Table 2-3. This schedule assumes that one MRS facility services the first repository. Other scenarios are possible, such as a larger MRS facility servicing part or all of both repositories, or two MRS facilities servicing two repositories.

Included in Tables 2-2 and 2-3 are possible acceptance schedules for defense high-level waste (DHLW) produced in national defense programs and commercial high-level waste (CHLW) from the West Valley Demonstration Project. These schedules are based on the assumption that the DHLW and CHLW would be emplaced in phase 1 of the first repository after phase 2 begins operating and reaches its design capacity (see Section 3.1 for a discussion of the first-repository phases). These schedules are for illustrative purposes only at this time. The amount of defense waste to be disposed of in the repository, and the actual acceptance rates, have not yet been determined by the DOE.

A comparison of the two acceptance schedules shows the following advantages of the improved-performance plan over the authorized plan for the acceptance of civilian spent fuel:

1. Spent-fuel acceptance can begin as soon as the integral MRS facility begins operation, possibly 1 to 2 years ahead of the repository.

2. System waste-acceptance rates with the integral MRS facility ramp up and reach the design level sooner, thus easing the problem of spent-fuel storage during the critical years around 1998.

3. In the particular example depicted in Table 2-3, the spent-fuel backlog after 1998 never exceeds the cumulative spent-fuel inventory in 1998. In other words, with the exception of a few years just before the startup of the second repository, the acceptance rate matches or exceeds the rate of spent-fuel generation after 1998.

The choice of the receipt rate for the integral MRS facility establishes the bounds by which the integrated waste-management system would accept and package spent fuel during the critical years from 1998 to the startup of the second repository in 2006. The rate at which the integral MRS facility would accept spent fuel is based on two major considerations:

1. The need to relieve the utilities of onsite-fuel-storage pressures that could result in the disruption of orderly nuclear reactor operations after January 31, 1998.

2. The need to operate the overall system in an orderly, cost-effective manner, which implies the handling of suitably aged nuclear fuel and the maintenance of fairly constant receipt and packaging rates over extended periods of time.

The representative waste-acceptance schedule for the improved-performance system described in this chapter is designed to achieve the following DOE objectives:

1. Accept civilian spent fuel at an annual rate that will allow the utilities to maintain orderly operations of their nuclear power plants, recognizing that the oldest spent fuel will have the highest priority for acceptance consistent with the DOE's current contracts with the waste generators.

2. Accept the current planning-base spent-fuel inventory of 130,000 MTU consistent with the objective of cost-effective operations while providing tangible evidence that the DOE fully intends to dispose of spent fuel in a timely manner.

3. Ensure that the rate of defense-waste acceptance does not disrupt the orderly and timely acceptance of spent fuel and civilian high-level waste.

4. Emplace the inventory of defense waste in a repository in a timely manner after the waste has been solidified and encapsulated. This objective accords with the President's decision to dispose of defense waste in a civilian geologic repository in a cost-effective manner.

It should be emphasized that this schedule is only an approximation of how the system may operate and is subject to considerable variation. The DOE will further define and specify the system acceptance parameters as the program progresses.

Should the Congress decide not to authorize an integrated MRS facility, the waste-acceptance schedule shown in Table 2-2 is an example of a plan the DOE is likely to follow.

The DOE will continue to use the Energy Information Administration's "middle-case" forecasts of gross electricity generation by nuclear power plants and the attendant spent-fuel discharges as the principal planning basis for the overall waste-management program. The DOE will consider other forecasts of nuclear power growth as conditions warrant. The waste-acceptance schedule will serve as a planning base that will be updated annually in response to the latest forecasts of nuclear power growth. Under the terms of the contracts for disposal services that have been signed between the DOE and the utilities, an annual capacity report with projected annual receiving capacities and rankings will be issued by the DOE beginning in 1987. In 1991, the DOE will begin to publish firm waste-acceptance schedules for individual reactors, including shipment allocations.

DOE/RW-0128

# OCRWM Mission Plan Amendment

## With Comments on the Draft Amendment and Responses to the Comments

*June 1987*

U.S. Department of Energy
Office of Civilian Radioactive Waste Management
Washington, DC 20585

at both sites as the DOE receives evidence that quality-assurance requirements are satisfied.

## EXTENSION OF THE SCHEDULE FOR THE FIRST REPOSITORY

Beginning with the comments on the proposed DOE siting guidelines,[26] which were issued on February 7, 1983, shortly after the Act was signed by the President, and continuing through the comments on the 1984 draft Mission Plan[27] and the Project Decision Schedule,[28] many parties have insisted that, given the controversial nature of the program, the schedule specified by the Act was not realistic and not achievable.* They pointed out that the schedule was not reconcilable with the siting process mandated by the Act--to achieve one it was necessary to sacrifice the other--and suggested that the DOE ask the Congress for schedule relief.

The DOE attempted to meet both objectives and developed an aggressive schedule that would allow the first repository to start accepting waste in January 1998. This schedule, first reported in the 1984 draft of the Mission Plan[27] and later revised in the 1985 Mission Plan,[1] resulted from a careful evaluation of the feasible options for each phase of the program and was based on innovative approaches to the development of the repository, such as the integration into the construction of the repository of the exploratory shafts used for site characterization and the construction of the repository in two phases. At the same time, the DOE insisted that the schedule would not be allowed to prevail over the need for technical excellence and public participation.

As already mentioned, several important milestones have been achieved. However, the experience gained in achieving those milestones and advances in the technical planning of the program, coupled with a decrease in the budget for fiscal year 1987** and uncertainty about fiscal year 1988, have led the DOE to reassess and rebaseline the program for the first repository and to revise its schedule (see Table 1). The new schedule shows a 5-year extension of the date for waste acceptance at the first repository, from 1998 to 2003. (As explained later, the DOE could nonetheless start accepting waste in 1998 at an MRS facility.)

The schedule remains aggressive and success oriented. As explained more fully in Appendix B, most of the extension occurs in the near term, during the site-characterization and site-selection phases. The activities scheduled for these phases include the preparation and public review of the site characterization plans, the construction of the exploratory shafts, the underground

---

*Summaries of these comments and the DOE's responses can be found in Volume II of the 1985 Mission Plan.[1]

**In the budget appropriation for fiscal year 1987, the Congress provided $499 million of the $710 million requested by the DOE and withheld $79 million of the $499 million pending the certification of good-faith efforts in consultation and cooperation with States and affected Indian Tribes.

# Appendix F

## WASTE-ACCEPTANCE SCHEDULE

### F.1 INTRODUCTION

The 1985 Mission Plan presented representative waste-acceptance schedules for the authorized system and the improved-performance system.[1] Because of the intent to postpone indefinitely site-specific activities for the second repository, the rebaselined schedule for the first repository, and the revised estimate of when an MRS facility could begin receiving waste, it was necessary to develop a revised waste-acceptance schedule as a reference for planning purposes and for fee-adequacy assessments.

Like the schedule in the 1985 Mission Plan, the schedule presented here is only an approximation of how the system may operate and is subject to considerable variation. The DOE will further define and specify the system operating and waste-acceptance parameters as the program progresses. The DOE will use the forecasts made by the DOE's Energy Information Administration (EIA) of gross electricity generation by nuclear power plants and the attendant spent-fuel discharges as the planning basis for the overall waste-management program. The DOE will consider other forecasts of nuclear power growth as conditions warrant. The waste-acceptance schedule will serve as a planning base that will be updated annually in response to the latest forecasts of nuclear power growth.

Under the terms of the contract[2] that has been signed between the DOE and the owners and generators of spent fuel and high-level waste, an annual capacity report with projected annual receiving capacities and rankings will be issued by the DOE for planning purposes beginning in 1987. In 1991, the DOE is required to begin publishing annual acceptance priority rankings for spent-fuel receipt by the DOE. Beginning January 1, 1992, the utilities are to submit to the DOE for approval delivery commitment schedules based on these rankings. These schedules will form the basis for final delivery schedules to be submitted by the utilities not less than 12 months before the actual delivery dates.

The above-mentioned contract provides for the DOE's acquisition of title to spent nuclear fuel and high-level waste, transportation, and subsequent disposal. Under the contract, these services are to be provided "after commencement of facility operations, not later than January 31, 1998." Table F-1 shows an illustrative schedule that is consistent with that requirement and reflects the DOE's current plans for the development of the improved-performance waste-management system.

### F.2 KEY CHANGES IN THE WASTE-ACCEPTANCE SCHEDULE

The key changes in Table F-1 from the corresponding table in the 1985 Mission Plan (Table 2-3) are as follows:

Office of Civilian Radioactive Waste Management

# Annual Capacity Report

*June 1987*

U.S. Department of Energy
Office of Civilian Radioactive Waste Management
Washington, DC [illegible]

7 0 1 4 6 4 3 1 2

**Department of Energy**
Washington, DC 20585

This Annual Capacity Report is the first in a series to be published by the Department of Energy. The report, required by the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste, provides, for planning purposes, the projected annual receiving capacity and annual acceptance rankings for the first 10 years of waste management system operations.

The projections in this initial report are based on current plans and best available information; they are not contractually binding. Nevertheless, this first report represents a significant milestone -- it starts the essential process of communicating to owners and generators of spent nuclear fuel and high-level radioactive waste how the Department intends to discharge its responsibilities under the Contract. Even more importantly, it activates a mechanism through which Contract holders can express their views on how the waste management system can achieve maximum efficiency, while assuring equity among the parties. In a full-cost recovery program such as that mandated by the Nuclear Waste Policy Act of 1982, this represents no small challenge.

As the waste management system evolves, we will need to cooperate closely to ensure that the decisions that are made serve us well in the years ahead. I am confident that, together, we will succeed.

Ben C. Rusche, Director
Office of Civilian Radioactive
Waste Management

7 0 1 4 6 4 3 1 3

*Celebrating the U.S. Constitution Bicentennial — 1787-1987*

the annual acceptance ranking relating to DOE contracts for the disposal of SNF and/or HLW including, to the extent available, capacity information for ten (10) years following the projected commencement of operation of the initial DOE facility." As specified in the Contract, the ACR is for planning purposes only and, thus, is not contractually binding on either DOE or the Purchasers. The ACR will be published each year through 1990.

Beginning in 1991, the ACR acceptance ranking will be converted into an Annual Priority Ranking for receipt of SNF/HLW. In 1992, based on this priority ranking, the Purchasers will submit to DOE for approval, Delivery Commitment Schedules identifying the SNF/HLW that Purchasers propose to deliver to the DOE waste management system (WMS). Once approved, these schedules will become the basis for Final Delivery Schedules to be submitted by the Purchasers not less than 12 months before the date of DOE's anticipated acceptance of title to the SNF/HLW and subsequent transport to a DOE facility.

## 1.2 THE ROLE OF THE ANNUAL CAPACITY REPORT

DOE recognizes that the Standard Disposal Contract may not provide sufficient detail and guidance to enable DOE and the Purchasers to carry out all of their contractual responsibilities and/or for the Purchasers to make certain spent fuel management decisions. Additional information, beyond that required by the Contract, could facilitate long-range waste management planning. Consequently, future ACRs will be expanded to include documentation of the resolution of Contract-related issues and WMS decisions which might affect the Purchasers' planning and operational decisions.

BEST AVAILABLE COPY

### 1.2.1 Expanded Scope of The Annual Capacity Report

This report identifies several topics that go beyond the scope of the ACR reporting requirements. Additional Contract guidance may be needed to fully address such issues as the criteria and procedures for acceptance of consolidated SNF, fuel storage containers, nonfuel-bearing components, or dual-purpose casks. DOE also expects to develop and report on procedures for submittal and criteria for approval of Delivery Commitment

7 0 1 4 6 4 3 1 8

DB0001251