TABLE B.8.

ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, YEAR 8

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| BOSTON EDISON COMPANY | 30 | | 5.6 | | |
| PILGRIM 1 | | 30 | | 5.6 | BWR |
| CAROLINA POWER & LIGHT COMPANY | 430 | | 93.1 | | |
| BRUNSWICK 1 | | 245 | | 45.7 | BWR |
| BRUNSWICK 2 | | 132 | | 24.8 | BWR |
| ROBINSON 2 | | 53 | | 22.7 | PWR |
| COMMONWEALTH EDISON COMPANY | 483 | | 107.8 | | |
| DRESDEN 3 | | 200 | | 38.5 | BWR |
| QUAD CITIES 1 | | 224 | | 42.4 | BWR |
| ZION 2 | | 59 | | 27.0 | PWR |
| CONNECTICUT YANKEE ATOMIC POWER | 53 | | 21.9 | | |
| HADDAM NECK | | 53 | | 21.9 | PWR |
| CONSOLIDATED EDISON COMPANY | 5 | | 2.3 | | |
| INDIAN POINT 2 | | 5 | | 2.3 | PWR |
| DUKE POWER COMPANY | 68 | | 31.6 | | |
| OCONEE 2 | | 68 | | 31.6 | PWR |
| FLORIDA POWER & LIGHT COMPANY | 88 | | 33.1 | | |
| ST LUCIE 1 | | 88 | | 33.1 | PWR |
| FLORIDA POWER CORP | 44 | | 20.5 | | |
| CRYSTAL RIVER 3 | | 44 | | 20.5 | PWR |
| GENERAL ATOMICS | 4 | | 0.1 | | |
| GENERAL ATOMICS | | 4 | | 0.1 | RCH |
| GPU NUCLEAR | 153 | | 27.6 | | |
| OYSTER CREEK 1 | | 153 | | 27.6 | BWR |
| IES UTILITIES, INC | 88 | | 16.6 | | |
| DUANE ARNOLD | | 88 | | 16.6 | BWR |
| INDIANA & MICH ELEC COMPANY | 65 | | 27.9 | | |
| COOK 1 | | 65 | | 27.9 | PWR |
| MAINE YANKEE ATOMIC | 73 | | 26.3 | | |
| MAINE YANKEE | | 73 | | 26.3 | PWR |
| NEBRASKA PUB POWER DIS | 152 | | 28.7 | | |
| COOPER STATION | | 152 | | 28.7 | BWR |
| NEW YORK POWER AUTHORITY | 160 | | 30.0 | | |
| FITZPATRICK | | 160 | | 30.0 | BWR |
| NORTHEAST UTIL SVC COMPANY | 241 | | 59.1 | | |
| MILLSTONE 1 | | 168 | | 31.2 | BWR |
| MILLSTONE 2 | | 73 | | 28.0 | PWR |

* The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to independent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.

** BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.8. (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| NORTHERN STATES POWER COMPANY | 188 | | 43.3 | | |
| MONTICELLO | | 148 | | 27.3 | BWR |
| PRAIRIE ISLAND 1 | | 40 | | 16.0 | PWR |
| OMAHA PUB POWER DIST | 40 | | 14.8 | | |
| FORT CALHOUN | | 40 | | 14.8 | PWR |
| PHILADELPHIA ELEC COMPANY | 276 | | 51.3 | | |
| PEACHBOTTOM 2 | | 276 | | 51.3 | BWR |
| PORTLAND GENERAL ELEC | 53 | | 24.4 | | |
| TROJAN | | 53 | | 24.4 | PWR |
| PUB SVC ELEC & GAS COMPANY | 64 | | 29.5 | | |
| SALEM 1 | | 64 | | 29.5 | PWR |
| ROCHESTER GAS & ELEC | 36 | | 14.2 | | |
| GINNA | | 36 | | 14.2 | PWR |
| SACRAMENTO MUNICIP UTIL DISTR | 65 | | 30.2 | | |
| RANCHO SECO 1 | | 65 | | 30.2 | PWR |
| SOUTHERN CALIF EDISON COMPANY | 52 | | 19.3 | | |
| SAN ONOFRE 1 | | 52 | | 19.3 | PWR |
| TENNESSEE VALLEY AUTHORITY | 352 | | 66.0 | | |
| BROWNS FERRY 2 | | 352 | | 66.0 | BWR |
| VERMONT YANKEE NUCLEAR POWER CORP | 92 | | 17.0 | | |
| VERMONT YANKEE 1 | | 92 | | 17.0 | BWR |
| VIRGINIA POWER | 72 | | 32.9 | | |
| SURRY 1 | | 72 | | 32.9 | PWR |
| WISCONSIN ELEC POWER COMPANY | 32 | | 12.9 | | |
| POINT BEACH 2 | | 32 | | 12.9 | PWR |
| WISCONSIN PUB SVC CORP | 33 | | 13.3 | | |
| KEWAUNEE | | 33 | | 13.3 | PWR |
| TOTAL SNF | 3492 | 3492 | 901.3 | 901.6 | |

| | |
|---|---|
| NO. OF PURCHASERS | 29 |
| NO. OF FUEL ORIGINATORS | 35 |
| NO. OF PWR ASSEMBLIES | 1068 |
| NO. OF BWR ASSEMBLIES | 2420 |
| NO. OF RCH ASSEMBLIES | 4 |

* The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to independent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.

** BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.9.

ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, YEAR 9

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| ALABAMA POWER COMPANY | 53 | | 24.4 | | |
| FARLEY 1 | | 53 | | 24.4 | PWR |
| ARK POWER & LIGHT COMPANY | 103 | | 46.4 | | |
| ARKANSAS NUCLEAR 1 | | 68 | | 31.5 | PWR |
| ARKANSAS NUCLEAR 2 | | 35 | | 15.0 | PWR |
| BALTIMORE GAS & ELEC COMPANY | 143 | | 55.3 | | |
| CALVERT CLIFFS 1 | | 70 | | 27.2 | PWR |
| CALVERT CLIFFS 2 | | 73 | | 28.2 | PWR |
| COMMONWEALTH EDISON COMPANY | 433 | | 98.2 | | |
| DRESDEN 2 | | 226 | | 42.2 | BWR |
| QUAD CITIES 2 | | 143 | | 26.7 | BWR |
| ZION 1 | | 64 | | 29.4 | PWR |
| CONSOLIDATED EDISON COMPANY | 49 | | 22.2 | | |
| INDIAN POINT 2 | | 49 | | 22.2 | PWR |
| CONSUMERS POWER COMPANY | 22 | | 2.9 | | |
| BIG ROCK 1 | | 22 | | 2.9 | BWR |
| DAIRYLAND POWER COOP | 12 | | 1.5 | | |
| LACROSSE | | 12 | | 1.5 | BWR |
| U.S. DOE | 241 | | 3.3 | | |
| CALVERT CLIFFS 1 | | 1 | | 0.4 | PWR |
| FORT ST VRAIN | | 240 | | 2.9 | HTG |
| DUKE POWER COMPANY | 137 | | 63.5 | | |
| OCONEE 1 | | 69 | | 32.0 | PWR |
| OCONEE 3 | | 68 | | 31.6 | PWR |
| FLORIDA POWER & LIGHT COMPANY | 114 | | 52.2 | | |
| TURKEY POINT 3 | | 78 | | 35.7 | PWR |
| TURKEY POINT 4 | | 36 | | 16.5 | PWR |
| GENERAL ATOMICS | 7 | | 0.1 | | |
| GENERAL ATOMICS | | 7 | | 0.1 | RCH |
| GEORGIA POWER COMPANY | 304 | | 56.4 | | |
| HATCH 1 | | 228 | | 42.5 | BWR |
| HATCH 2 | | 76 | | 14.0 | BWR |
| IES UTILITIES, INC | 84 | | 15.5 | | |
| DUANE ARNOLD | | 84 | | 15.5 | BWR |
| INDIANA & MICH ELEC COMPANY | 156 | | 69.8 | | |
| COOK 1 | | 64 | | 27.5 | PWR |
| COOK 2 | | 92 | | 42.3 | PWR |

* The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to independent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.

** BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.9. (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| MAINE YANKEE ATOMIC | 73 | | 28.2 | | |
| MAINE YANKEE | | 73 | | 28.2 | PWR |
| NEBRASKA PUB POWER DIS | 112 | | 21.0 | | |
| COOPER STATION | | 112 | | 21.0 | BWR |
| NIAGARA MOHAWK POWER CORP | 200 | | 36.9 | | |
| NINE MILE POINT 1 | | 200 | | 36.9 | BWR |
| NORTHERN STATES POWER COMPANY | 145 | | 35.7 | | |
| MONTICELLO | | 104 | | 19.2 | BWR |
| PRAIRIE ISLAND 2 | | 41 | | 16.5 | PWR |
| PHILADELPHIA ELEC COMPANY | 216 | | 40.6 | | |
| PEACHBOTTOM 3 | | 216 | | 40.6 | BWR |
| PORTLAND GENERAL ELEC | 35 | | 16.1 | | |
| TROJAN | | 35 | | 16.1 | PWR |
| ROCHESTER GAS & ELEC | 15 | | 5.9 | | |
| GINNA | | 15 | | 5.9 | PWR |
| SACRAMENTO MUNICIP UTIL DISTR | 41 | | 19.0 | | |
| RANCHO SECO 1 | | 41 | | 19.0 | PWR |
| TENNESSEE VALLEY AUTHORITY | 621 | | 116.2 | | |
| BROWNS FERRY 1 | | 245 | | 45.9 | BWR |
| BROWNS FERRY 3 | | 376 | | 70.3 | BWR |
| VIRGINIA POWER | 63 | | 29.0 | | |
| NORTH ANNA 1 | | 63 | | 29.0 | PWR |
| WISCONSIN ELEC POWER COMPANY | 40 | | 16.1 | | |
| POINT BEACH 1 | | 8 | | 3.3 | PWR |
| POINT BEACH 2 | | 32 | | 12.9 | PWR |
| WISCONSIN PUB SVC CORP | 41 | | 16.5 | | |
| KEWAUNEE | | 41 | | 16.5 | PWR |
| YANKEE ATOMIC ELEC COMPANY | 36 | | 8.5 | | |
| YANKEE-ROWE 1 | | 36 | | 8.5 | PWR |
| TOTAL SNF | 3496 | 3496 | 901.4 | 902.0 | |

| | |
|---|---|
| NO. OF PURCHASERS | 27 |
| NO. OF FUEL ORIGINATORS | 39 |
| NO. OF PWR ASSEMBLIES | 1205 |
| NO. OF BWR ASSEMBLIES | 2044 |
| NO. OF HTG ASSEMBLIES | 240 |
| NO. OF RCH ASSEMBLIES | 7 |

* The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to independent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.

** BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.10. (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| GEORGIA POWER COMPANY | 84 | | 15.2 | | |
| HATCH 1 | | 32 | | 5.8 | BWR |
| HATCH 2 | | 52 | | 9.5 | BWR |
| NEW YORK POWER AUTHORITY | 264 | | 69.8 | | |
| FITZPATRICK | | 188 | | 35.1 | BWR |
| INDIAN POINT 3 | | 76 | | 34.7 | PWR |
| NORTHEAST UTIL SVC COMPANY | 73 | | 28.4 | | |
| MILLSTONE 2 | | 73 | | 28.4 | PWR |
| NORTHERN STATES POWER COMPANY | 40 | | 16.1 | | |
| PRAIRIE ISLAND 1 | | 40 | | 16.1 | PWR |
| OMAHA PUB POWER DIST | 40 | | 14.6 | | |
| FORT CALHOUN | | 40 | | 14.6 | PWR |
| PHILADELPHIA ELEC COMPANY | 276 | | 50.8 | | |
| PEACHBOTTOM 2 | | 276 | | 50.8 | BWR |
| PORTLAND GENERAL ELEC | 37 | | 17.0 | | |
| TROJAN | | 37 | | 17.0 | PWR |
| PUB SVC ELEC & GAS COMPANY | 56 | | 25.8 | | |
| SALEM 1 | | 56 | | 25.8 | PWR |
| ROCHESTER GAS & ELEC | 18 | | 6.8 | | |
| GINNA | | 18 | | 6.8 | PWR |
| TENNESSEE VALLEY AUTHORITY | 280 | | 52.4 | | |
| BROWNS FERRY 3 | | 280 | | 52.4 | BWR |
| TOLEDO EDISON COMPANY | 53 | | 25.1 | | |
| DAVIS-BESSE 1 | | 53 | | 25.1 | PWR |
| VERMONT YANKEE NUCLEAR POWER CORP | 120 | | 22.2 | | |
| VERMONT YANKEE 1 | | 120 | | 22.2 | BWR |
| VIRGINIA POWER | 115 | | 52.8 | | |
| NORTH ANNA 1 | | 48 | | 22.1 | PWR |
| NORTH ANNA 2 | | 54 | | 24.8 | PWR |
| SURRY 2 | | 13 | | 6.0 | PWR |
| WISCONSIN ELEC POWER COMPANY | 54 | | 21.8 | | |
| POINT BEACH 1 | | 25 | | 10.1 | PWR |
| POINT BEACH 2 | | 29 | | 11.7 | PWR |
| WISCONSIN PUB SVC CORP | 37 | | 14.5 | | |
| KEWAUNEE | | 37 | | 14.5 | PWR |
| TOTAL SNF | 3020 | 3020 | 901.2 | 901.8 | |

* The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to independent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.

** BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.10. (Continued)

| | | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|---|
| PURCHASER/FUEL ORIGINATOR | | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| NO. OF PURCHASERS | 29 | | | | | |
| NO. OF FUEL ORIGINATORS | 43 | | | | | |
| NO. OF PWR ASSEMBLIES | 1383 | | | | | |
| NO. OF BWR ASSEMBLIES | 1636 | | | | | |
| NO. OF RCH ASSEMBLIES | 1 | | | | | |

* The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to independent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.

** BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

## NOTES TO TABLES B.1 THROUGH B.10

### SNF Cycle Adjustments Affecting the 1994 APR

| Purchaser | Originator / Location | Allocation Year | 1992 ACR #Assy | 1992 ACR MTU | 1994 ACR #Assy | 1994 ACR MTU | Explanation |
|---|---|---|---|---|---|---|---|
| U.S. DOE | Big Rock 1/West Val | 1 | 12 | 1.58 | 47 | 6.4 | Big Rock Point cycle adjustments |
| U.S. DOE | Big Rock 1/West Val | 2 | 73 | 9.92 | 38 | 5.2 | Big Rock Point cycle adjustments |
| Pacific Gas & Elect | Humboldt Bay | 2 | 80 | 6.08 | 78 | 6.0 | 2 assemblies discharged in 1975 not 1974 |
| Pacific Gas & Elect | Humboldt Bay | 3 | 34 | 2.58 | 33 | 2.6 | 3 assemblies discharged in 1976 not 1975, and 2 assemblies discharged in 1975 not 1974 |
| Pacific Gas & Elect | Humboldt Bay | 4 | 181 | 13.02 | 184 | 13.3 | 3 assemblies discharged in 1976, not 1975 |

## APPENDIX C

CHANGES FROM 1992 APR TO 1994 APR
BY RANKING DATE

**APPENDIX C**
**CHANGES FROM 1992 APR TO 1994 APR**

| Ranking Date | Purchaser | Originator / Location | 1992 APR #Assy | 1992 APR MTU | Annex B #Assy | Annex B MTU | 1994 APR #Assy | 1994 APR MTU | Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 69 09 06 | Commonwealth Edison | Dresden 1 / 3 | 55 | 5.63 | 55 | 5.62 | 55 | 5.7 | RW-859 revision for Annex "B" adjustments |
| 71 02 28 | U.S. DOE | Big Rock 1/ West Valley | 0 | 0.00 | | | 5 | 0.7 | Big Rock Point cycle adjustments |
| 71 09 10 | Commonwealth Edison | Dresden 1 / 2 | 63 | 6.45 | 63 | 6.44 | 63 | 6.5 | RW-859 revision for Annex "B" adjustments |
| 71 09 18 | Niagara Mohawk Pwr. | Nine Mile Point 1 | 17 | 3.29 | 17 | 3.28 | 17 | 3.3 | RW-859 revision for Annex "B" adjustments |
| 72 03 20 | U.S. DOE | Big Rock 1/ West Valley | 6 | 0.83 | | | 36 | 4.9 | Big Rock Point cycle adjustments |
| 72 04 02 | Niagara Mohawk Pwr. | Nine Mile Point 1 | 31 | 6.01 | 31 | 6.02 | 31 | 6.1 | RW-859 revision for Annex "B" adjustments |
| 73 02 06 | So. Calif Edison | San Onofre 1 | 4 | 1.29 | 4 | 1.25 | 4 | 1.3 | RW-859 revision for Annex "B" adjustments |
| 73 03 02 | U.S. DOE | Big Rock 1/ West Valley | 37 | 5.01 | | | 25 | 3.5 | Big Rock Point cycle adjustments |
| 73 08 31 | Pacific Gas & Elec | Humboldt Bay | 52 | 3.96 | | | 51 | 3.9 | 1 assembly discharged in 1974, not 1973 |
| 74 03 23 | U.S. DOE | Big Rock 1/ West Valley | 23 | 3.13 | | | 13 | 1.8 | Big Rock Point cycle adjustments |
| 74 03 31 | Commonwealth Edison | Quad Cities 1 | 32 | 6.14 | 32 | 6.18 | 32 | 6.2 | RW-859 revision for Annex "B" adjustments |
| 74 05 04 | Carolina Pwr & Light | Robinson 2/Brunswick 1 | 102 | 45.03 | 102 | 45.01 | 102 | 45.1 | RW-859 revision for Annex "B" adjustments |
| 74 06 03 | U.S. DOE | Big Rock 1/ West Valley | 13 | 1.77 | | | 0 | 0.0 | Big Rock Point cycle adjustments |
| 74 10 31 | Pacific Gas & Elec | Humboldt Bay | 28 | 2.12 | | | 27 | 2.1 | 2 assemblies discharged in 1975, not 1974, & 1 assembly discharged in 1974, not 1973. |
| 74 12 22 | Commonwealth Edison | Quad Cities 2 / 1 | 85 | 16.29 | 85 | 16.41 | 85 | 16.5 | RW-859 revision for Annex "B" adjustments |
| 75 01 09 | Commonwealth Edison | Quad Cities 1 | 1 | 0.19 | 1 | 0.20 | 1 | 0.2 | RW-859 revision for Annex "B" adjustments |
| 75 05 31 | Pacific Gas & Elec | Humboldt Bay | 34 | 2.58 | | | 33 | 2.6 | 3 assemblies discharged in 1976, not 1975, & 2 assemblies discharged in 1975, not 1974. |
| 75 09 26 | Virginia Power | Surry 1 | 29 | 13.07 | 29 | 13.06 | 29 | 13.1 | RW-859 revision for Annex "B" adjustments |
| 75 10 03 | Commonwealth Edison | Quad Cities 2 / 1 | 94 | 18.03 | 94 | 18.24 | 94 | 18.3 | RW-859 revision for Annex "B" adjustments |
| 75 10 31 | Carolina Pwr & Light | Robinson 2/Brunswick 1 | 45 | 20.39 | 45 | 20.37 | 45 | 20.4 | RW-859 revision for Annex "B" adjustments |
| 75 10 31 | Carolina Pwr & Light | Robinson 2/Brunswick 2 | 6 | 2.75 | 6 | 2.74 | 6 | 2.8 | RW-859 revision for Annex "B" adjustments |
| 76 01 03 | Commonwealth Edison | Quad Cities 1 | 156 | 29.86 | 156 | 30.12 | 156 | 30.2 | RW-859 revision for Annex "B" adjustments |
| 76 02 26 | Wisconsin Elec Pwr | Point Beach 2/1 | 34 | 13.40 | 34 | 13.39 | 34 | 13.4 | RW-859 revision for Annex "B" adjustments |
| 76 07 03 | Pacific Gas & Elec | Humboldt Bay | 181 | 13.02 | | | 184 | 13.3 | 3 assemblies discharged in 1976, not 1975 |
| 76 09 11 | Commonwealth Edison | Quad Cities 2 / 1 | 164 | 31.22 | 164 | 31.67 | 164 | 31.7 | RW-859 revision for Annex "B" adjustments |
| 77 01 08 | Commonwealth Edison | Zion 2/1 | 42 | 19.05 | 42 | 19.18 | 42 | 19.2 | RW-859 revision for Annex "B" adjustments |
| 77 03 05 | Niagara Mohawk Pwr. | Nine Mile Point 1 | 160 | 30.73 | 160 | 30.74 | 160 | 30.8 | RW-859 revision for Annex "B" adjustments |
| 77 03 20 | Commonwealth Edison | Quad Cities 1 | 183 | 35.32 | 183 | 35.57 | 183 | 35.6 | RW-859 revision for Annex "B" adjustments |
| 77 09 10 | Virginia Power | Surry 2/Dry Storage | 54 | 24.14 | 54 | 24.12 | 54 | 24.2 | RW-859 revision for Annex "B" adjustments |
| 78 01 15 | Commonwealth Edison | Quad Cities 2 / 1 | 180 | 34.34 | 180 | 34.77 | 180 | 34.8 | RW-859 revision for Annex "B" adjustments |
| 78 03 25 | Rochester Gas & Elec | Ginna | 41 | 16.10 | 41 | 16.11 | 41 | 16.2 | RW-859 revision for Annex "B" adjustments |
| 79 01 02 | Carolina Pwr & Light | Brunswick 1 | 37 | 6.90 | 37 | 6.89 | 37 | 6.9 | RW-859 revision for Annex "B" adjustments |
| 79 02 04 | U.S. DOE | Surry 2/INEL | 8 | 3.66 | 8 | 3.65 | 8 | 3.7 | RW-859 revision for Annex "B" adjustments |
| 79 02 04 | Virginia Power | Surry 2/1 | 44 | 20.14 | 44 | 20.15 | 44 | 20.2 | RW-859 revision for Annex "B" adjustments |
| 79 03 02 | Carolina Pwr & Light | Brunswick 2/Harris 1 | 45 | 8.43 | 45 | 8.44 | 45 | 8.5 | RW-859 revision for Annex "B" adjustments |
| 79 03 03 | Niagara Mohawk Pwr. | Nine Mile Point 1 | 168 | 31.15 | 168 | 31.14 | 168 | 31.2 | RW-859 revision for Annex "B" adjustments |
| 79 04 11 | Carolina Pwr & Light | Robinson 2/Brunswick 2 | 4 | 1.72 | 4 | 1.71 | 4 | 1.8 | RW-859 revision for Annex "B" adjustments |

APPENDIX C (Continued)
CHANGES FROM 1992 APR TO 1994 APR

| Ranking Date | Purchaser | Originator / Location | 1992 APR #Assy | 1992 APR MTU | Annex B #Assy | Annex B MTU | 1994 APR #Assy | 1994 APR MTU | Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 80 03 01 | Carolina Pwr & Light | Brunswick 2 | 98 | 18.35 | 98 | 18.36 | 98 | 18.4 | RW-859 revision for Annex "B" adjustments |
| 80 03 01 | Carolina Pwr & Light | Brunswick 2/Harris 1 | 34 | 6.37 | 34 | 6.38 | 34 | 6.4 | RW-859 revision for Annex "B" adjustments |
| 80 05 26 | Carolina Pwr & Light | Brunswick 1 | 238 | 44.38 | 238 | 44.36 | 238 | 44.4 | RW-859 revision for Annex "B" adjustments |
| 80 10 18 | Baltimore Gas & Elec | Calvert Cliffs 1 | 70 | 27.12 | 70 | 27.14 | 70 | 27.2 | RW-859 revision for Annex "B" adjustments |
| 80 10 31 | Consumers Power | Big Rock 1 | 22 | 2.83 | 22 | 2.82 | 22 | 2.9 | RW-859 revision for Annex "B" adjustments |
| 81 03 07 | Niagra Mohawk Pwr. | Nine Mile Point 1 | 200 | 36.82 | 200 | 36.83 | 200 | 36.9 | RW-859 revision for Annex "B" adjustments |
| 81 09 10 | Commonwealth Edison | Zion 2 | 64 | 29.21 | 64 | 29.27 | 64 | 29.3 | RW-859 revision for Annex "B" adjustments |
| 81 11 07 | U.S. DOE | Surry 2/INEL | 40 | 18.31 | 40 | 18.32 | 40 | 18.4 | RW-859 revision for Annex "B" adjustments |
| 82 03 07 | Virginia Power | North Anna 2/1 | 54 | 24.76 | 54 | 24.77 | 54 | 24.8 | RW-859 revision for Annex "B" adjustments |
| 82 04 24 | Carolina Pwr & Light | Brunswick 2 | 155 | 29.04 | 155 | 29.05 | 155 | 29.1 | RW-859 revision for Annex "B" adjustments |
| 82 05 17 | Virginia Power | North Anna 1 | 53 | 24.37 | 53 | 24.36 | 53 | 24.4 | RW-859 revision for Annex "B" adjustments |
| 82 11 08 | Arkansas P & L | Arkansas Nuclear 1 | 70 | 32.52 | | | 69 | 32.1 | 1 assembly reinserted in cycle 11 |
| 82 12 11 | Carolina Pwr & Light | Brunswick 1 | 39 | 7.28 | 39 | 7.27 | 39 | 7.3 | RW-859 revision for Annex "B" adjustments |
| 83 01 21 | Pub Svc Elec & Gas | Salem 2 | 70 | 32.13 | | | 68 | 31.3 | 2 assemblies reinserted in cycle 8 |
| 83 04 02 | Virginia Power | North Anna 2/1 | 55 | 25.31 | 55 | 25.30 | 55 | 25.4 | RW-859 revision for Annex "B" adjustments |
| 83 04 06 | Florida Power & Light | Turkey Point 3 | 50 | 22.85 | | | 49 | 22.4 | 1 assembly reinserted in cycle 13 |
| 84 03 10 | Carolina Pwr & Light | Brunswick 2 | 181 | 33.61 | 181 | 33.63 | 181 | 33.7 | RW-859 revision for Annex "B" adjustments |
| 84 03 17 | Niagara Mohawk Pwr. | Nine Mile Point 1 | 216 | 39.23 | 216 | 39.27 | 216 | 39.3 | RW-859 revision for Annex "B" adjustments |
| 84 05 12 | Virginia Power | North Anna 1 | 69 | 31.70 | 69 | 31.69 | 69 | 31.7 | RW-859 revision for Annex "B" adjustments |
| 84 08 02 | Virginia Power | North Anna 2/1 | 59 | 27.06 | | | 58 | 26.7 | 1 assembly reinserted in cycle 10, North Anna 1 |
| 84 09 15 | Tennessee Valley Auth | Browns Ferry 2/1 | 604 | 110.49 | | | 603 | 110.4 | 1 assembly reinserted in cycle 7 |
| 84 10 24 | Southern Calif Edison | San Onofre 2 | 64 | 27.31 | | | 64 | 27.4 | Ranking date was 10/20/84 in 1992 APR |
| 85 01 11 | Northern States Pwr | Prairie Island 1 | 6 | 2.22 | | | 5 | 1.9 | 1 assembly reinserted in cycle 11 |
| 85 03 20 | Virginia Power | Surry 2/1 | 52 | 23.81 | 52 | 23.80 | 52 | 23.9 | RW-859 revision for Annex "B" adjustments |
| 85 08 22 | Tennessee Valley Auth | Sequoyah 1 | 72 | 33.04 | | | 56 | 25.7 | 16 assemblies reinserted in cycle 6, Sequoyah 2 |
| 85 09 01 | Southern Calif Edison | San Onofre 3 | 65 | 27.76 | | | 64 | 27.4 | 1 assembly reinserted in cycle 6 |
| 85 10 04 | Wisconsin Electric Pwr | Point Beach 2/1 | 24 | 9.63 | | | 22 | 8.7 | 1 assembly reinserted in cycle 19, Point Beach 2 & 1 assembly reinserted in cycle 20, Point Beach 1. |
| 85 11 04 | Virginia Power | North Anna 1 | 46 | 21.13 | 46 | 21.14 | 46 | 21.2 | RW-859 revision for Annex "B" adjustments |
| 86 02 02 | Virginia Power | North Anna 2/1 | 46 | 21.19 | | | 38 | 17.5 | 8 assemblies reinserted in cycle 9 |
| 86 03 08 | Niagara Mohawk Pwr. | Nine Mile Point 1 | 200 | 35.40 | 200 | 35.49 | 200 | 35.5 | RW-859 revision for Annex "B" adjustments |
| 86 03 21 | Pub Svc Elec &Gas | Salem 1 | 75 | 34.37 | | | 69 | 31.7 | 6 assemblies reinserted in cycle 11 |
| 86 04 04 | Alabama Power | Farley 2 | 68 | 31.23 | | | 64 | 29.4 | 4 assemblies reinserted in cycle 9 |
| 86 09 20 | Northeast Utilities Svc | Millstone 2 | 57 | 23.14 | 57 | 23.15 | 57 | 23.2 | RW-859 revision for Annex "B" adjustments |
| 86 09 27 | Wisconsin Electric Pwr | Point Beach 2/1 | 30 | 12.08 | | | 29 | 11.7 | 1 assembly reinserted in cycle 21 |
| 86 10 02 | Pub Svc Elec &Gas | Salem 2 | 67 | 30.74 | | | 57 | 26.2 | 10 assemblies reinserted in cycle 8 |
| 87 02 14 | Carolina Pwr & Light | Brunswick 1 | 172 | 31.52 | 172 | 31.54 | 172 | 31.6 | RW-859 revision for Annex "B" adjustments |
| 87 02 24 | Wisconsin Public Svc | Kewaunee | 37 | 13.98 | | | 29 | 11.0 | 8 assemblies reinserted in cycle 18 |
| 87 03 13 | Baltimore Gas & Elec | Calvert Cliffs 2/1 | 87 | 33.37 | | | 86 | 33.0 | 1 assembly reinserted in cycle 10 |

## APPENDIX C (Continued)
## CHANGES FROM 1992 APR TO 1994 APR

| Ranking Date | Purchaser | Originator / Location | 1992 APR #Assy | 1992 APR MTU | Annex B #Assy | Annex B MTU | 1994 APR #Assy | 1994 APR MTU | Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 87 04 19 | Virginia Power | North Anna 1 | 55 | 25.34 | | | 47 | 21.7 | 8 assemblies reinserted in cycle 10 |
| 87 06 06 | Long Island Power Auth | Shoreham | 560 | 102.48 | | | 254 | 46.5 | Transferred 306 assemblies to Limerick |
| 87 08 24 | Virginia Power | North Anna 2/1 | 65 | 30.06 | 65 | 29.95 | 65 | 30.0 | RW-859 revision for Annex "B" adjustments |
| 87 08 29 | Southern Cal Edison | San Onofre 2 | 113 | 47.84 | | | 113 | 47.9 | Ranking date was 08/28/87 in 1992 APR |
| 87 10 02 | Pub Svc Elec & Gas | Salem 1 | 76 | 34.99 | | | 70 | 32.3 | 6 assemblies reinserted in cycle 11 |
| 87 10 02 | Arizona Public Svc | Palo Verde 1 | 74 | 31.46 | | | 73 | 31.1 | 1 assembly reinserted in cycle 5 |
| 87 12 19 | Niagara Mohawk Pwr. | Nine Mile Point 1 | 176 | 31.04 | 176 | 31.12 | 176 | 31.2 | RW-859 revision for Annex "B" adjustments |
| 87 12 31 | Northeast Utilities Svc | Millstone 2 | 77 | 31.25 | 77 | 31.29 | 77 | 31.3 | RW-859 revision for Annex "B" adjustments |
| 88 02 02 | Duke Power | Oconee 2/1 | 60 | 27.79 | | | 52 | 24.1 | 8 assemblies reinserted in cycle 13 |
| 88 02 05 | Rochester Gas & Elec | Ginna | 35 | 12.31 | | | 33 | 11.7 | 1 assembly reinserted in cycle 22 & 1 assembly reinserted in cycle 23. |
| 88 02 20 | Arizona Public Svc | Palo Verde 2 | 86 | 36.21 | | | 85 | 35.9 | 1 assembly reinserted in cycle 5 |
| 88 03 02 | Wisconsin Public Svc | Kewaunee | 35 | 13.29 | | | 33 | 12.6 | 1 assembly reinserted in cycle 18 & 1 assembly reinserted in cycle 19. |
| 88 04 01 | Louisiana Pwr & Light | Waterford 3 | 82 | 32.59 | | | 81 | 32.2 | 1 assembly reinserted in cycle 6 |
| 88 04 08 | Baltimore Gas & Elec | Calvert Cliffs 1 | 96 | 37.31 | | | 95 | 37.0 | 1 assembly reinserted in cycle 11 |
| 88 07 29 | Carolina Pwr & Light | Harris 1 | 51 | 23.71 | | | 47 | 21.9 | 4 assemblies reinserted in cycle 5 |
| 88 08 31 | Pub Svc Elec & Gas | Salem 2 | 86 | 39.56 | | | 82 | 37.8 | 4 assemblies reinserted in cycle 8 |
| 88 10 08 | Georgia Power | Vogtle 1 | 84 | 39.06 | | | 67 | 31.2 | 17 assemblies reinserted in cycle 3, Vogtle 2 |
| 88 11 10 | Carolina Pwr & Light | Brunswick 1 | 184 | 33.66 | 184 | 33.65 | 184 | 33.7 | RW-859 revision for Annex "B" adjustments |
| 89 01 18 | Tenessee Valley Auth | Sequoyah 2/1 | 80 | 36.75 | | | 72 | 33.1 | 8 assemblies reinserted in cycle 7 |
| 89 02 20 | Virginia Power | North Anna 2/1 | 69 | 31.89 | 69 | 31.68 | 69 | 31.7 | RW-859 revision for Annex "B" adjustments |
| 89 02 25 | Virginia Power | North Anna 1 | 65 | 29.99 | | | 58 | 26.7 | 4 assemblies reinserted in cycle 9 & 3 assemblies in cycle 10 of North Anna 2 |
| 89 03 03 | Arizona Public Svc | Palo Verde 3 | 70 | 29.85 | | | 69 | 29.5 | 1 assembly reinserted in cycle 4 |
| 89 03 17 | Baltimore Gas & Elec | Calvert Cliffs 2/1 | 93 | 36.20 | | | 89 | 34.7 | 4 assemblies reinserted in cycle 10 |
| 89 03 29 | Northern States Power | Prairie Island 2/1 | 45 | 16.38 | 44 | 16.02 | 44 | 16.1 | RW-859 revision for Annex "B" adjustments & 1 assembly reinserted in cycle 16. |
| 89 03 30 | Pub Svc Elec & Gas | Salem 1 | 78 | 36.20 | | | 65 | 30.2 | 4 assemblies reinserted in cycle 11 & 9 assemblies reinserted in cycle 12 |
| 89 05 20 | Duke Power | Oconee 2/1 | 52 | 24.10 | | | 43 | 20.0 | 9 assemblies reinserted in cycle 13 |
| 89 09 03 | Detroit Edison | Enrico Fermi 2 | 220 | 40.48 | | | 128 | 23.6 | 92 assemblies reinserted in cycle 5 |
| 89 09 22 | Alabama Power | Farley 1 | 75 | 34.74 | | | 74 | 34.3 | 1 assembly reinserted in cycle 12 |
| 90 01 08 | Duke Power | McGuire 1 | 75 | 31.91 | | | 70 | 29.8 | 5 assemblies reinserted in cycle 9 |
| 90 01 27 | Duke Power | Catawba 1 | 73 | 31.08 | | | 69 | 29.4 | 4 assemblies reinserted in cycle 7 |
| 90 02 17 | Omaha Public Power | Ft. Calhoun | 40 | 14.08 | | | 39 | 13.8 | 1 assembly reinserted in cycle 4 |
| 90 02 23 | Georgia Power | Vogtle 1 | 84 | 39.06 | | | 75 | 34.9 | 9 assemblies reinserted in cycle 5 |
| 90 08 21 | Virginia Power | North Anna 2/1 | 63 | 29.22 | 63 | 29.00 | 63 | 29.0 | RW-859 revision for Annex "B" adjustments |
| 90 09 01 | Commonwealth Edison | Byron 2/1 | 84 | 35.77 | | | 79 | 33.7 | 5 assemblies reinserted in cycle 4 |

## APPENDIX C (Continued)
## CHANGES FROM 1992 APR TO 1994 APR

| Ranking Date | Purchaser | Originator / Location | 1992 APR #Assy | 1992 APR MTU | Annex B #Assy | Annex B MTU | 1994 APR #Assy | 1994 APR MTU | Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 90 09 08 | Tennessee Valley Auth | Sequoyah 2/1 | 79 | 36.43 | | | 78 | 36.0 | 1 assembly reinserted in cycle 6 |
| 90 09 12 | Duke Power | Oconee 2/1 | 52 | 24.12 | | | 48 | 22.3 | 4 assemblies reinserted in cycle 13 |
| 90 09 14 | Georgia Power | Vogtle 2/1 | 84 | 38.89 | | | 76 | 35.2 | 8 assemblies reinserted in cycle 5 |
| 90 09 21 | Union Elec | Callaway 1 | 96 | 40.88 | | | 71 | 30.3 | 13 assemblies reinserted in cycle 6 & 12 assemblies reinserted in cycle 7 |
| 90 09 23 | Commonwealth Edison | Dresden 2 | 168 | 29.08 | | | 168 | 29.1 | Ranking date was 09/22/90 in 1992 APR |
| 90 09 27 | Carolina Pwr & Light | Brunswick 1 | 159 | 29.29 | 159 | 29.28 | 159 | 29.3 | RW-859 revision for Annex "B" adjustments |
| 91 01 12 | Virginia Power | North Anna 1 | 85 | 39.32 | 84 | 38.48 | 84 | 38.5 | RW-859 revision for Annex "B" adjustments & 1 assembly reinserted in cycle 9, North Anna 2 |
| 91 01 15 | Houston Lighting & Power | South Texas 1 | 76 | 41.18 | | | 63 | 34.2 | 13 assemblies reinserted in cycle 5 |
| 91 02 09 | Pub Svc Elec & Gas | Salem 1 | 69 | 32.05 | | | 65 | 30.2 | 4 assemblies reinserted in cycle 11 |
| 91 02 13 | Duke Power | Oconee 3 | 52 | 24.11 | 52 | 24.10 | 52 | 24.2 | RW-859 revision for Annex "B" adjustments |
| 91 03 04 | Portland General Elec | Trojan | 53 | 24.48 | 53 | 24.52 | 53 | 24.6 | RW-859 revision for Annex "B" adjustments |
| 91 03 08 | Alabama Power | Farley 1 | 64 | 29.71 | | | 63 | 29.3 | 1 assembly reinserted in cycle 12 |
| 91 03 08 | Pennsylvania P&L | Susquehanna 2/1 | 235 | 40.67 | | | 231 | 40.0 | 4 assemblies reinserted in cycle 6 |
| 91 03 20 | Duke Power | Catawba 1 | 73 | 30.91 | | | 69 | 29.3 | 4 assemblies reinserted in cycle 7 |
| 91 03 22 | Rochester Gas & Elec | Ginna | 37 | 13.17 | | | 29 | 10.4 | 8 assemblies reinserted in cycle 22 |
| 91 03 29 | Detroit Edison | Enrico Fermi 2 | 228 | 41.04 | | | 136 | 24.5 | 92 assemblies reinserted in cycle 4 |
| 91 03 30 | Virginia Power | Surry 2/1 | 69 | 31.70 | | | 81 | 37.3 | 12 assemblies reclassified temporary to permanent |
| 91 04 12 | Duquesne Light | Beaver Valley 1 | 73 | 33.91 | | | 57 | 26.5 | 16 assemblies reinserted in cycle 10 |
| 91 05 04 | Boston Edison | Pilgrim 1 | 169 | 29.77 | | | 168 | 29.8 | 1 assembly reclassified permanent to temporary |
| 91 08 31 | Toledo Edison | Davis-Besse 1 | 58 | 27.16 | | | 57 | 26.7 | 1 assembly reinserted in cycle 9 |
| 91 09 20 | Duke Power | McGuire 1 | 78 | 33.04 | | | 62 | 26.3 | 16 assemblies reinserted in cycle 9 |
| 91 11 09 | Pub Svc Elec & Gas | Salem 2 | 70 | 32.48 | | | 66 | 30.7 | 4 assemblies reclassified permanent to temporary |
| 91 11 15 | GPU Nuclear | Three Mile Island 1 | 81 | 37.58 | 81 | 37.59 | 81 | 37.6 | RW-859 revision for Annex "B" adjustments |
| 91 11 28 | Consumers Power | Big Rock 1 | 20 | 2.64 | | | 20 | 2.7 | Ranking date was 11/15/91 in 1992 APR |
| 91 11 28 | N Y Power Authority | Fitzpatrick | 152 | 28.03 | | | 152 | 27.2 | Individual assembly weights changed & ranking date was 10/01/91 in 1992 APR |