## SUMMARY

The Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR Part 961) requires the Department of Energy (DOE) to issue an Annual Capacity Report (ACR) for planning purposes. This report is the fourth in the series published by DOE. In December 1991, the Department published the 1991 Acceptance Priority Ranking (APR) that established the order in which the Department will allocate acceptance capacity. As required by the Standard Contract, the priority ranking for acceptance capacity is based on the date the spent nuclear fuel (SNF) was permanently discharged, with the owners of the oldest SNF, on an industry-wide basis, given the highest priority. The 1991 ACR applies the waste acceptance rates in Table 2.1 to the 1991 APR, resulting in individual Purchaser allocations. These allocations are listed in Appendix A and summarized in Table 3.1

The projected waste acceptance rates for SNF presented in Table 2.1 assume: a site for a Monitored Retrievable Storage (MRS) facility will be obtained and the facility will initiate operations in 1998; and the statutory schedule linkages between the MRS facility and the repository set forth in the Nuclear Waste Policy of 1982, as amended (NWPA) will be modified. During the first 10 years following projected commencement of Federal Waste Management System (FWMS) operation, the total quantity of SNF that could be accepted is projected to be 8,200 MTU. This is consistent with the storage capacity licensing conditions imposed on an MRS facility by the NWPA. The annual acceptance rates provide an approximation of the system throughput and are subject to change as the program progresses. The ACR allocates only that portion of the FWMS capacity assigned to SNF originating from reactors and covered by the Standard Contract and DOE-owned SNF from commercial industry and civilian development programs.

Section 1.0 provides a discussion of the requirement for the ACR and the role it plays in the Department's interaction with the Purchasers in implementing the provisions of the Standard Contract. The FWMS projected

# 1.0 INTRODUCTION

The Nuclear Waste Policy Act of 1982, as amended (NWPA)[1] assigns the Federal Government responsibility for the disposal of spent nuclear fuel (SNF) and high-level radioactive waste (HLW). The Director of the Department of Energy's (DOE) Office of Civilian Radioactive Waste Management (OCRWM) is responsible for carrying out the functions of the Secretary of Energy (Secretary) under the NWPA. Section 302(a) of the NWPA authorizes the Secretary to enter into contracts* with owners or generators** of commercial SNF and/or HLW. The Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste[2] (Standard Contract) established the contractual mechanism for DOE acceptance and disposal of SNF and HLW. It establishes the requirements and operational responsibilities of the parties to the Standard Contract in the areas of administrative matters, fees, terms of payment for disposal services, waste acceptance criteria, and waste acceptance procedures. The Standard Contract provides for the acquisition of title to the SNF and/or HLW by DOE, its transportation to DOE facilities, and its subsequent disposal.

## 1.1 PURPOSE OF THE ANNUAL CAPACITY REPORT

Under the terms of the Standard Contract (Article IV), the Annual Capacity Report (ACR) is to project DOE's annual receiving capacity and present the annual acceptance capacity allocations to the Purchasers for ten years following the projected commencement of DOE facility operations. Although the 1990 ACR indicated that it would be the last ACR published, DOE has elected to continue publication of the ACR after discussions with the Purchasers. As specified in the Standard Contract, the ACR is for planning purposes only and thus is not contractually binding on either DOE or the

---

*Individual contracts are based upon the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR Part 961).

**Owners or generators of SNF and HLW who have entered into agreements with DOE and/or have paid fees for purchase of disposal services are referred to as "Purchasers."

Purchasers. Beginning in January 1992, the Purchasers may submit Delivery Commitment Schedules (DCS) to DOE identifying the range of SNF that the Purchasers propose to deliver to the Federal Waste Management System (FWMS) beginning sixty-three months thereafter. The Purchasers' allocations for each delivery year are presented in Tables A.1 through A.10 in Appendix A, and should be used as the basis for submitting DCSs. An allocation is a specified acceptance capacity (measured in MTU) in a particular year for an individual Purchaser.

## 1.2 STAFF-TO-STAFF TECHNICAL EXCHANGES

DOE and the Purchasers recognized that there is a need for coordination in the implementation of the provisions of the Standard Contract in order for both parties to carry out all of their responsibilities. Identification and resolution of Standard Contract-related issues and the development of procedures for the effective and equitable implementation of the FWMS are elements of an iterative process that requires the cooperative efforts of both parties. In the 1987 ACR[3], DOE offered to cooperate with the Purchasers to identify, prioritize, and evaluate solutions to issues of mutual concern arising from implementation of the Standard Contract. Interactions to date with representatives of Edison Electric Institute's Utility Nuclear Waste and Transportation Program (EEI/UWASTE) and the U.S. Council for Energy Awareness (USCEA), jointly representing sixty-four of the sixty-six owners or generators of commercial SNF, indicate a desire by both DOE and the Purchasers to continue these staff-to-staff technical exchanges. The status of these exchanges is presented in Section 4.0.

## 1.3 SUBMITTAL OF COMMENTS ON THE ANNUAL CAPACITY REPORT

Written comments are again requested, especially from the Purchasers, on the content of this ACR. Comments received on previous ACRs were used to identify issues that needed to be addressed by DOE and the Purchasers in the

implementation of the Standard Contract provisions. Comments on this ACR should be addressed to:

Mr. Alan Brownstein
Office of Civilian Radioactive Waste Management, RW-432
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

## 2.0 WASTE ACCEPTANCE PROJECTIONS

The waste acceptance projections used in this ACR are representative of a FWMS configuration authorized by the NWPA, which includes a Monitored Retrievable Storage (MRS) facility. Article II of the Standard Contract specifies that "The services to be provided by DOE under this contract shall begin, after the commencement of facility operations, not later than January 31, 1998...." DOE recognizes that, under current conditions, waste acceptance at a DOE facility can begin in 1998 only if the Federal Government is able to consummate a timely agreement, which is enacted into Federal law, with a host State or Indian Tribe for the siting of an MRS facility. The Office of Nuclear Waste Negotiator, the head of which is a representative of the Federal Government appointed by the President, is actively seeking a State or Indian Tribe willing to host an MRS facility or a geological repository.

The acceptance rates in Table 2.1 do not reflect the MRS facility schedule linkages with the repository development that were imposed by the NWPA, but are consistent with the 10,000 MTU storage capacity limit contained in the NWPA for an MRS facility before a repository starts operation. These acceptance rates assume commencement of facility operations in 1998. If the current linkages between MRS facility construction and repository construction authorization are maintained, it is estimated that commencement of facility operations and initial acceptance of SNF by DOE could not start until at least 2007.

Operation of the FWMS with the waste acceptance rates presented in Table 2.1 would result in the receipt of 8,200 MTU of SNF at the MRS facility during the first ten years of operations. This table provides only an approximation of the system throughput rates and is subject to change depending on the system design and configuration and Congressional action regarding the conditions for the siting of an MRS facility. DOE will further define and specify the system operating and waste acceptance parameters as the program progresses and inform the Purchasers accordingly at the earliest feasible time. Under current conditions, the owners and generators of SNF will

continue to be responsible for storing their spent fuel until acceptance by DOE.

TABLE 2.1

Projected Waste Acceptance Rates for Spent Nuclear Fuel

| Year | | SNF (MTU) |
|---|---|---|
| 1998 | | 400 |
| 1999 | | 600 |
| 2000 | | 900 |
| 2001 | | 900 |
| 2002 | | 900 |
| 2003 | | 900 |
| 2004 | | 900 |
| 2005 | | 900 |
| 2006 | | 900 |
| 2007 | | 900 |
| | TOTAL | 8,200 |

## 3.0 ALLOCATION OF THE FEDERAL WASTE MANAGEMENT SYSTEM'S ANNUAL ACCEPTANCE CAPACITY

DOE is required to accept for disposal all commercial SNF/HLW from owners or generators, as prescribed by the NWPA. However, since acceptance capacity will be limited in any given year, an acceptance priority ranking is established in the Standard Contract to allocate the projected acceptance capacity to individual Purchasers. The ranking is based on the date the SNF was permanently discharged, with the owners of the oldest SNF, on an industry-wide basis, given the highest priority. Tables in Appendix A list the Purchasers' annual allocations for each of the first ten years of projected FWMS operation. The table in Appendix B is extracted from the 1991 Acceptance Priority Ranking (APR) and chronologically lists the SNF which provides the basis for the allocation of acceptance capacity. Table 3.1 presents a summary of Purchasers' annual allocations for the ten year period covered by this report.

## 3.1 PROCEDURE FOR ALLOCATION OF ANNUAL ACCEPTANCE CAPACITY

The allocation process apportions projected acceptance capacity to the Purchasers on an annual basis. The priority for acceptance capacity allocation is based on the 1991 APR. The permanent discharge date for each spent fuel assembly is the basis for determining the Purchasers' positions in the APR. Acceptance capacity allocated in the ACR is expressed in terms of MTU. All SNF, regardless of its subsequent classification for delivery,* qualifies for an allocation based on an OFF priority on an industry-wide basis. There are currently no procedures for assigning priority ranking to non-fuel components or high-level radioactive waste. Priority ranking has not been afforded to temporarily discharged fuel or to projected SNF discharges.

---

*The Standard Contract (Appendix E) requires the Purchaser to classify SNF as standard, nonstandard and/or failed SNF prior to delivery.

After the SNF was listed in accordance with the APR, it was divided into ten groupings, each of whose cumulative MTU equals the projected annual acceptance capacity to be allocated. The annual groupings were then summed for each reactor and aggregated by Purchaser. The Purchasers' allocations for each year are presented in Tables A.1 through A.10 in Appendix A.

The tables in Appendix A list the owners of the SNF alphabetically, with a sublisting of the reactors that were the source of the qualifying SNF by the number of assemblies and their equivalent MTU. The exact order of deliveries within each year will not be specified until the Purchasers' Final Delivery Schedules (FDS) are approved by DOE.

As in past ACRs, allocations in the 1991 ACR are based on a 1-year allocation period. DOE continues to investigate the impacts on the system of expanding these allocation periods from eighteen to thirty-six months. Use of expanded allocation periods could result in a reduction in the frequency of deliveries when serving each Purchaser. Final results of this study are not yet available. DOE will keep Purchasers apprised of the results of this analysis.

### 3.2 DELIVERY COMMITMENT SCHEDULES

The Standard Contract provides that beginning January 1, 1992, Purchasers shall submit to DOE DCSs that identify all SNF the Purchasers plan to deliver to DOE beginning sixty-three months thereafter. Due to the limited projected annual acceptance capacity of the FWMS, only DCSs submitted by Purchasers with an allocation in the delivery year may be approved.

A summary of Purchaser allocations is presented in Table 3.1. These allocations are the basis for DCS submittals. Among other things, the DCS identifies the range of discharge dates from which the SNF will ultimately be selected for delivery. The DCS does not restrict the Purchaser to deliver the specified SNF that was the basis for the allocation. DCS forms and instructions will be sent to Purchasers in early 1992.

The information contained on the Purchasers' approved DCSs will assist DOE in implementing the waste acceptance process. Approved DCSs will be the basis for the Purchasers' FDSs, to be submitted twelve months prior to delivery. As provided in Article V of the Standard Contract, the Purchasers also have the right to exchange approved DCSs with other Purchasers, subject to DOE approval.

TABLE 3.1 SUMMARY OF PURCHASERS' ANNUAL ALLOCATIONS (MTU)

| PURCHASER | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 | YEAR 6 | YEAR 7 | YEAR 8 | YEAR 9 | YEAR 10 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALABAMA POWER COMPANY | -- | -- | -- | -- | -- | 21.1 | -- | -- | 24.4 | 12.9 | 58.4 |
| ARIZONA PUBLIC SERVICE COMPANY | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| ARK POWER & LIGHT COMPANY | -- | -- | -- | 23.2 | 28.2 | -- | 30.1 | -- | 46.4 | -- | 127.9 |
| BABCOCK AND WILCOX COMPANY | -- | -- | <0.1 | <0.1 | -- | -- | -- | -- | -- | -- | <0.1 |
| BALTIMORE GAS & ELEC COMPANY | -- | -- | -- | 12.6 | 41.4 | 28.5 | 52.1 | -- | 55.3 | 29.5 | 219.3 |
| BOSTON EDISON COMPANY | -- | 3.9 | 25.4 | 82.6 | -- | -- | 11.4 | 5.5 | -- | 42.7 | 171.5 |
| CAROLINA POWER & LIGHT COMPANY | -- | 70.1 | 24.3 | 23.7 | 50.4 | 32.0 | 20.6 | 93.1 | -- | 49.5 | 363.7 |
| CLEVELAND ELEC ILLUM COMPANY | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| COMMONWEALTH EDISON COMPANY | 21.1 | 60.4 | 153.8 | 121.0 | 163.8 | 175.3 | 66.8 | 107.8 | 98.2 | 98.2 | 1066.4 |
| CONNECTICUT YANKEE ATOMIC POWER | 65.5 | 22.5 | 19.8 | 21.8 | 21.8 | 20.2 | -- | 21.8 | -- | 21.8 | 215.1 |
| CONSOLIDATED EDISON COMPANY | 2.9 | 27.7 | 32.7 | -- | 27.0 | -- | 28.3 | 2.3 | 22.2 | -- | 143.0 |
| CONSUMERS POWER COMPANY | -- | 2.5 | 87.3 | 2.7 | 27.3 | 3.5 | 26.5 | -- | 2.8 | 30.8 | 183.4 |
| DAIRYLAND POWER COOP | 0.7 | 6.0 | 3.0 | 3.9 | -- | 3.4 | -- | -- | 1.4 | 3.3 | 21.7 |
| DETROIT EDISON COMPANY | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| U.S. DOE | 18.1 | 11.1 | 3.2 | 4.5 | 7.3 | 72.8 | 16.3 | -- | 3.3 | 19.9 | 156.5 |
| DUKE POWER COMPANY | -- | 24.8 | 47.6 | 62.4 | 58.3 | 56.1 | 61.1 | 31.5 | 63.5 | 66.3 | 471.7 |
| DUQUESNE LIGHT COMPANY | -- | -- | -- | -- | -- | -- | 16.6 | -- | -- | 24.4 | 41.0 |
| FLORIDA POWER & LIGHT COMPANY | -- | 20.8 | 37.0 | 40.4 | 32.8 | 40.8 | 71.3 | 33.1 | 52.1 | 37.6 | 366.1 |
| FLORIDA POWER CORP | -- | -- | -- | -- | 1.4 | -- | 26.0 | 20.4 | -- | 30.1 | 78.0 |
| G. E. URANIUM MGT. CORP | 145.0 | -- | -- | -- | -- | -- | -- | -- | -- | -- | 145.0 |
| GENERAL ATOMICS | <0.1 | <0.1 | -- | -- | <0.1 | -- | -- | <0.1 | <0.1 | <0.1 | <0.1 |
| GEORGIA POWER COMPANY | -- | -- | -- | 0.7 | 4.5 | -- | 35.2 | -- | 56.4 | 15.2 | 112.1 |
| GPU NUCLEAR | 31.1 | 43.0 | 46.8 | 49.4 | 33.9 | 55.2 | -- | 27.6 | -- | -- | 286.9 |
| GULF STATES UTILITIES | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| HOUSTON LIGHTING & POWER | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| ILLINOIS POWER COMPANY | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| INDIANA & MICH ELEC COMPANY | -- | -- | -- | 28.5 | 29.1 | -- | 62.4 | 27.9 | 69.7 | -- | 217.6 |
| IOWA ELEC LIGHT & POWER COMPANY | -- | -- | 15.4 | 13.9 | 21.8 | 0.8 | -- | 16.5 | 15.5 | -- | 83.8 |
| KANSAS GAS AND ELECTRIC COMPANY | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| LONG ISL LIGHT COMPANY | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| LOUISIANA POWER AND LIGHT | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| MAINE YANKEE ATOMIC | -- | 26.3 | 57.9 | 27.2 | -- | 50.6 | -- | 26.2 | 28.2 | -- | 216.5 |
| MISSISSIPPI POWER & LIGHT | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| NEBRASKA PUB POWER DIS | -- | -- | -- | 23.5 | 13.8 | -- | 31.2 | 28.7 | 21.0 | -- | 118.1 |
| NHY DIVISION OF PSNH | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| NIAGARA MOHAWK POWER CORP | 9.3 | 49.0 | 38.8 | 30.7 | -- | 31.1 | -- | -- | 36.8 | -- | 195.8 |
| NORTHEAST UTIL SVC COMPANY | 5.4 | 40.6 | 28.2 | 24.3 | 41.9 | 26.5 | 28.1 | 59.1 | -- | 28.3 | 282.4 |
| NORTHERN STATES POWER COMPANY | -- | 26.1 | 83.5 | 29.8 | 33.9 | 17.5 | 32.5 | 43.2 | 35.7 | 16.0 | 318.3 |
| OMAHA PUB POWER DIST | -- | -- | 9.3 | 12.8 | 18.9 | 16.4 | -- | 14.7 | -- | 14.6 | 86.7 |
| PACIFIC GAS AND ELECT | 7.2 | 6.1 | 2.6 | 13.0 | -- | -- | -- | -- | -- | -- | 28.9 |
| PENNSYLVANIA POWER & LIGHT | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| PHILADELPHIA ELEC COMPANY | -- | -- | 36.3 | 68.0 | 47.7 | 48.7 | 51.6 | 51.3 | 40.5 | 50.7 | 394.9 |
| PORTLAND GENERAL ELEC | -- | -- | -- | -- | 0.5 | -- | -- | 24.4 | 16.1 | 17.5 | 58.4 |
| POWER AUTH OF NY STATE | -- | -- | -- | 25.8 | 3.7 | 51.1 | 34.7 | 30.0 | -- | 69.8 | 215.0 |
| PUB SVC COMPANY OF COLORADO | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| PUB SVC ELEC & GAS COMPANY | -- | -- | -- | -- | -- | -- | 17.5 | 29.4 | -- | 25.8 | 72.7 |
| ROCHESTER GAS & ELEC | 32.0 | 4.6 | 24.4 | 16.0 | 16.1 | 15.7 | -- | 14.1 | 5.9 | 6.7 | 135.5 |
| SACRAMENTO MUNICIP UTIL DISTR | -- | -- | -- | 9.3 | -- | 25.9 | -- | 30.1 | 18.9 | -- | 84.2 |
| SOUTH CAROLINA ELEC & GAS CO | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| SOUTHERN CALIF EDISON COMPANY | 35.6 | 20.5 | 19.3 | 19.2 | -- | 19.2 | -- | 19.2 | -- | -- | 132.9 |
| TENNESSEE VALLEY AUTHORITY | -- | -- | -- | -- | 58.6 | 5.5 | 115.5 | 65.9 | 116.1 | 52.3 | 414.0 |
| TEXAS UTILITIES GENERATING CO | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| TOLEDO EDISON COMPANY | -- | -- | -- | -- | -- | -- | -- | -- | -- | 25.0 | 25.0 |
| UNION ELEC COMPANY | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| VERMONT YANKEE NUCLEAR POWER CORP | -- | 72.8 | -- | 11.9 | 8.6 | 27.4 | 25.6 | 16.9 | -- | 22.1 | 185.5 |
| VIRGINIA POWER | -- | 8.2 | 69.4 | 43.9 | 54.7 | 20.1 | 23.4 | 32.9 | 29.0 | 52.8 | 334.3 |
| WASH PUB POWER SUPPLY SYSTEM | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| WISCONSIN ELEC POWER COMPANY | 16.3 | 43.0 | 19.8 | 27.1 | 36.7 | 24.8 | 10.0 | 12.8 | 16.1 | 21.7 | 228.4 |
| WISCONSIN PUB SVC CORP | -- | -- | 4.4 | 17.6 | 16.0 | -- | 5.2 | 13.2 | 16.4 | 14.5 | 87.4 |
| YANKEE ATOMIC ELEC COMPANY | 9.8 | 10.1 | 9.7 | 8.6 | -- | 9.4 | -- | -- | 8.5 | -- | 56.1 |
| TOTAL | 400 | 600 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 8200 |



HQ0002369

0415

HQR-001-2370

## 4.0 ACR ISSUE RESOLUTION PROCESS

In the 1987 ACR, DOE indicated that many Standard Contract-related issues will require analysis and resolution so that the FWMS can achieve maximum efficiency while attempting to assure equity among the parties. EEI/UWASTE and USCEA established an ACR Committee to represent the Purchasers in staff-to-staff technical exchanges with DOE. The ACR Committee is represented by an ACR Response Team in its interactions with DOE. DOE and the Purchasers' representatives initiated a cooperative effort in 1987, in response to an offer by DOE, to address and ultimately develop recommendations for resolution of Standard Contract-related issues. The dual objectives of this process are to retain SNF/HLW management flexibility and equity among the Purchasers while providing for the effective and economical functioning of the FWMS.

### 4.1 STATUS OF THE ACR ISSUE RESOLUTION PROCESS

DOE has prepared a list of thirty-four Standard Contract-related issues that are under consideration by the ACR Response Team. In May 1989, DOE submitted preliminary draft discussion papers to the ACR Response Team for review and comment. These papers discussed several issues, including canister specifications, classification of SNF for delivery, DOE acceptance of multi-element sealed canisters and transportable storage casks, failed fuel, and waste selection for delivery.

DOE met with the ACR Response Team in November 1989 to discuss the issue of waste selection for delivery and in March 1990 to discuss the Purchasers' position on proposed canister specifications.

In October 1990, the ACR Response Team met with DOE and presented the Purchasers' positions on seven of the original thirty-four issues. The ACR Response Team indicated that these positions represented the consensus, not necessarily unanimous, non-binding views of the Purchasers. The issues addressed were: clarification of the phrase "all SNF" as applied to DCS

instructions; whether Purchasers should be subject to sanctions for improperly described SNF after DOE acceptance; the Purchaser two-month and ±20 percent flexibility clause in the Standard Contract's DCS/FDS process; whether the ACR and FDS should be adjusted to accommodate for full cask loads; whether acceptance priority should be provided for emergency deliveries and shutdown reactors; and the use of Nuclear Waste Fund (NWF) monies for capital improvements to Purchasers' facilities. In June 1991, the ACR Response Team submitted their consensus positions on eleven additional issues. DOE is evaluating the Purchasers' responses to all eighteen issues.

## REFERENCES

1. "Nuclear Waste Policy Act of 1982," Public Law 97-425 (January 7, 1983) and the "Nuclear Waste Policy Amendments Act of 1987," Title V, Subtitle A, Public Law 100-203 (December 22, 1987).

2. U.S. Department of Energy, "Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste," *Code of Federal Regulations*, Title 10, Part 961 (1990).

3. U.S. Department of Energy, *Annual Capacity Report*, DOE/RW-0146, Washington, D.C. (June 1987).

## APPENDIX A

## ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS FOR THE DISPOSAL OF SPENT NUCLEAR FUEL

Tables A.1 through A.10 present the listing of Purchasers' allocations in each of the first ten years of projected FWMS operations. An allocation is a specified acceptance capacity (measured in MTU) in a particular year for an individual Purchaser. The number of assemblies that was the basis for each allocation is also included. This information was summed for each reactor from which the fuel was permanently discharged (fuel originator) and grouped alphabetically by Purchaser. The basis of this ordering is presented in Appendix B, which is extracted from the 1991 Acceptance Priority Ranking. To determine which Purchasers receive allocations for each year, the MTU equivalents for the SNF that the Purchaser permanently discharged, as ordered in Appendix B, were summed until the projected capacity for each year was completely utilized. In order to achieve an exact total, it was necessary to split the groups of SNF that would cause the annual total to be exceeded. In these cases, the remaining SNF was used as part of the Purchaser's allocation for the following year. The exact order of delivery within each year is not specified until the Purchasers' FDS are approved by DOE.

TABLE A.1

ANNUAL ACCEPTANCE ALLOCATION, YEAR 1

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| COMMONWEALTH EDISON COMPANY | 206 | | 21.10 | |
| DRESDEN 1 | | 206 | | 21.10 |
| CONNECTICUT YANKEE ATOMIC POWER | 156 | | 65.46 | |
| HADDAM NECK | | 156 | | 65.46 |
| CONSOLIDATED EDISON COMPANY | 15 | | 2.92 | |
| INDIAN POINT 1 | | 15 | | 2.92 |
| DAIRYLAND POWER COOP | 6 | | 0.72 | |
| LACROSSE | | 6 | | 0.72 |
| U.S. DOE | 55 | | 18.06 | |
| BIG ROCK 1 | | 12 | | 1.58 |
| GINNA | | 40 | | 15.29 |
| POINT BEACH 1 | | 3 | | 1.19 |
| G. E. URANIUM MGT. CORP (MORRIS OPERATION) | 753 | | 144.96 | |
| DRESDEN 2 | | 753 | | 144.96 |
| GENERAL ATOMICS | 19 | | <0.01 | |
| GENERAL ATOMICS | | 19 | | <0.01 |
| GPU NUCLEAR | 160 | | 31.10 | |
| OYSTER CREEK 1 | | 160 | | 31.10 |
| NIAGARA MOHAWK POWER CORP | 48 | | 9.30 | |
| NINE MILE POINT 1 | | 48 | | 9.30 |
| NORTHEAST UTIL SVC COMPANY | 28 | | 5.44 | |
| MILLSTONE 1 | | 28 | | 5.44 |
| PACIFIC GAS AND ELECT | 95 | | 7.25 | |
| HUMBOLDT BAY | | 95 | | 7.25 |
| ROCHESTER GAS & ELEC | 81 | | 31.98 | |
| GINNA | | 81 | | 31.98 |
| SOUTHERN CALIF EDISON COMPANY | 97 | | 35.56 | |
| SAN ONOFRE 1 | | 97 | | 35.56 |
| WISCONSIN ELEC POWER COMPANY | 41 | | 16.28 | |
| POINT BEACH 1 | | 41 | | 16.28 |

TABLE A.1 (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES | | MTU | |
|---|---|---|---|---|
| | PURCHASER | ORIGINATOR | PURCHASER | ORIGINATOR |
| YANKEE ATOMIC ELEC COMPANY | 36 | | 9.84 | |
| YANKEE-ROWE 1 | | 36 | | 9.84 |
| TOTAL SNF | 1796 | 1796 | 399.96 | 399.96 |

NO. OF PURCHASERS 15
NO. OF FUEL ORIGINATORS 17

TABLE A.2

ANNUAL ACCEPTANCE ALLOCATION, YEAR 2

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| BOSTON EDISON COMPANY | 20 | | 3.88 | |
| PILGRIM 1 | | 20 | | 3.88 |
| CAROLINA POWER & LIGHT COMPANY | 157 | | 70.08 | |
| ROBINSON 2 | | 157 | | 70.08 |
| COMMONWEALTH EDISON COMPANY | 355 | | 60.43 | |
| DRESDEN 1 | | 89 | | 9.14 |
| DRESDEN 2 | | 139 | | 26.71 |
| DRESDEN 3 | | 95 | | 18.44 |
| QUAD CITIES 1 | | 32 | | 6.14 |
| CONNECTICUT YANKEE ATOMIC POWER | 55 | | 22.47 | |
| HADDAM NECK | | 55 | | 22.47 |
| CONSOLIDATED EDISON COMPANY | 145 | | 27.66 | |
| INDIAN POINT 1 | | 145 | | 27.66 |
| CONSUMERS POWER COMPANY | 18 | | 2.46 | |
| BIG ROCK 1 | | 18 | | 2.46 |
| DAIRYLAND POWER COOP | 50 | | 5.99 | |
| LACROSSE | | 50 | | 5.99 |
| U.S. DOE | 76 | | 11.08 | |
| BIG ROCK 1 | | 73 | | 9.92 |
| POINT BEACH 1 | | 3 | | 1.17 |
| DUKE POWER COMPANY | 53 | | 24.81 | |
| OCONEE 1 | | 53 | | 24.81 |
| FLORIDA POWER & LIGHT COMPANY | 46 | | 20.82 | |
| TURKEY POINT 3 | | 46 | | 20.82 |
| GENERAL ATOMICS | 4 | | <0.01 | |
| GENERAL ATOMICS | | 4 | | <0.01 |
| GPU NUCLEAR | 220 | | 42.97 | |
| OYSTER CREEK 1 | | 220 | | 42.97 |
| MAINE YANKEE ATOMIC | 72 | | 26.31 | |
| MAINE YANKEE | | 72 | | 26.31 |

TABLE A.2 (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| NIAGARA MOHAWK POWER CORP | 252 | | 48.97 | |
| NINE MILE POINT 1 | | 252 | | 48.97 |
| NORTHEAST UTIL SVC COMPANY | 208 | | 40.64 | |
| MILLSTONE 1 | | 208 | | 40.64 |
| NORTHERN STATES POWER COMPANY | 135 | | 26.13 | |
| MONTICELLO | | 135 | | 26.13 |
| PACIFIC GAS AND ELECT | 80 | | 6.08 | |
| HUMBOLDT BAY | | 80 | | 6.08 |
| ROCHESTER GAS & ELEC | 12 | | 4.60 | |
| GINNA | | 12 | | 4.60 |
| SOUTHERN CALIF EDISON COMPANY | 57 | | 20.46 | |
| SAN ONOFRE 1 | | 57 | | 20.46 |
| VERMONT YANKEE NUCLEAR POWER CORP | 378 | | 72.81 | |
| VERMONT YANKEE 1 | | 378 | | 72.81 |
| VIRGINIA POWER | 18 | | 8.17 | |
| SURRY 1 | | 18 | | 8.17 |
| WISCONSIN ELEC POWER COMPANY | 110 | | 43.01 | |
| POINT BEACH 1 | | 74 | | 28.63 |
| POINT BEACH 2 | | 36 | | 14.37 |
| YANKEE ATOMIC ELEC COMPANY | 37 | | 10.09 | |
| YANKEE-ROWE 1 | | 37 | | 10.09 |
| TOTAL SNF | 2558 | 2558 | 599.92 | 599.92 |

NO. OF PURCHASERS 23
NO. OF FUEL ORIGINATORS 28

TABLE A.3

ANNUAL ACCEPTANCE ALLOCATION, YEAR 3

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| BABCOCK AND WILCOX COMPANY | 0 | | <0.01 | |
| OCONEE 1 | | 0 | | <0.01 |
| BOSTON EDISON COMPANY | 132 | | 25.42 | |
| PILGRIM 1 | | 132 | | 25.42 |
| CAROLINA POWER & LIGHT COMPANY | 56 | | 24.31 | |
| BRUNSWICK 2 | | 4 | | 0.72 |
| ROBINSON 2 | | 52 | | 23.58 |
| COMMONWEALTH EDISON COMPANY | 763 | | 153.85 | |
| DRESDEN 1 | | 64 | | 6.55 |
| DRESDEN 2 | | 173 | | 33.25 |
| DRESDEN 3 | | 141 | | 27.39 |
| QUAD CITIES 1 | | 157 | | 30.05 |
| QUAD CITIES 2 | | 179 | | 34.32 |
| ZION 1 | | 49 | | 22.29 |
| CONNECTICUT YANKEE ATOMIC POWER | 48 | | 19.75 | |
| HADDAM NECK | | 48 | | 19.75 |
| CONSOLIDATED EDISON COMPANY | 72 | | 32.74 | |
| INDIAN POINT 2 | | 72 | | 32.74 |
| CONSUMERS POWER COMPANY | 227 | | 87.34 | |
| BIG ROCK 1 | | 22 | | 3.00 |
| PALISADES | | 205 | | 84.34 |
| DAIRYLAND POWER COOP | 25 | | 3.00 | |
| LACROSSE | | 25 | | 3.00 |
| U.S. DOE | 10 | | 3.24 | |
| DRESDEN 1 | | 2 | | 0.20 |
| HADDAM NECK | | 1 | | 0.41 |
| PEACHBOTTOM 2 | | 2 | | 0.38 |
| TURKEY POINT 3 | | 5 | | 2.24 |
| DUKE POWER COMPANY | 102 | | 47.61 | |
| OCONEE 1 | | 60 | | 28.11 |
| OCONEE 2 | | 42 | | 19.50 |
| FLORIDA POWER & LIGHT COMPANY | 82 | | 37.00 | |
| TURKEY POINT 3 | | 32 | | 14.36 |
| TURKEY POINT 4 | | 50 | | 22.64 |

TABLE A.3 (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR |
|---|---|---|---|---|
| GPU NUCLEAR | 198 | | 46.79 | |
| OYSTER CREEK 1 | | 168 | | 32.86 |
| THREE MILE ISLAND 1 | | 30 | | 13.93 |
| IOWA ELEC LIGHT & POWER COMPANY | 82 | | 15.38 | |
| DUANE ARNOLD | | 82 | | 15.38 |
| MAINE YANKEE ATOMIC | 152 | | 57.86 | |
| MAINE YANKEE | | 152 | | 57.86 |
| NIAGARA MOHAWK POWER CORP | 200 | | 38.80 | |
| NINE MILE POINT 1 | | 200 | | 38.80 |
| NORTHEAST UTIL SVC COMPANY | 144 | | 28.19 | |
| MILLSTONE 1 | | 144 | | 28.19 |
| NORTHERN STATES POWER COMPANY | 389 | | 83.50 | |
| MONTICELLO | | 349 | | 67.54 |
| PRAIRIE ISLAND 1 | | 40 | | 15.96 |
| OMAHA PUB POWER DIST | 25 | | 9.32 | |
| FORT CALHOUN | | 25 | | 9.32 |
| PACIFIC GAS AND ELECT | 34 | | 2.58 | |
| HUMBOLDT BAY | | 34 | | 2.58 |
| PHILADELPHIA ELEC COMPANY | 186 | | 36.27 | |
| PEACHBOTTOM 2 | | 186 | | 36.27 |
| ROCHESTER GAS & ELEC | 62 | | 24.38 | |
| GINNA | | 62 | | 24.38 |
| SOUTHERN CALIF EDISON COMPANY | 53 | | 19.29 | |
| SAN ONOFRE 1 | | 53 | | 19.29 |
| VIRGINIA POWER | 154 | | 69.38 | |
| SURRY 1 | | 73 | | 32.96 |
| SURRY 2 | | 81 | | 36.42 |
| WISCONSIN ELEC POWER COMPANY | 50 | | 19.77 | |
| POINT BEACH 1 | | 16 | | 6.37 |
| POINT BEACH 2 | | 34 | | 13.40 |
| WISCONSIN PUB SVC CORP | 11 | | 4.38 | |
| KEWAUNEE | | 11 | | 4.38 |