CERTIFICATE OF FILING

I hereby certify that on June 28, 2005, a duplicate copy of the foregoing "DEFENDANT'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE AND MOTION FOR SUMMARY JUDGMENT ON LIABILITY" was re-filed electronically. The same document was originally filed with the Court on June 17, 2005, under the ECF entry for a response to the Court's show cause order. The document was re-filed on June 28, 2005, under the ECF entry for motions for summary judgment and was re-filed to permit defendant to comply with the Court's order dated June 21, 2005, regarding the filing of defendant's proposed findings of uncontroverted fact. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.