IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff Energy Northwest respectfully requests a 14-day enlargement of time to respond to Defendant's Response To The Court's Order To Show Cause And Defendant's Motion For Summary Judgment to and including August 11, 2005. In support of this motion, Plaintiff states as follows:

1. On May 9, 2005 the Court issued an Order To Show Cause ("OSC") why the Court's April 29, 2005 Opinion and Order on contract liability in *Consumers Energy v. United States*, Case No. 02-1894 (Fed. Cl. May 9, 2005) should not apply in the present case.

2. On June 17, 2005 Defendant filed its response to the OSC. Defendant's response also includes an affirmative motion for summary judgment pursuant to RCFC 56.

3. On June 24, Plaintiff filed a motion for an extension of time to file Plaintiff's response until July 28, 2005. The Court granted that motion on June 27, 2005.

4. Plaintiff seeks an additional enlargement of time for several reasons:

a. Counsel for Plaintiff has not made as much progress on its response as anticipated because of its compliance with the schedule for expert discovery in another

Spent Fuel case pending before another judge of this Court, *South Carolina Electric & Gas Co. et. al. v. United States,* Case No. 01-101 (Lettow, J.), including producing expert-related documents and defense of the deposition of Plaintiffs' damages expert prior to the date set for submission of Defendant's expert reports on July 22, 2005.

c. One attorney for Plaintiff with substantial responsibilities related to preparation of the response in this matter has been traveling on other matters.

d. This extension will accommodate the schedules of personnel at Energy Northwest who have been involved in assisting in preparation of the response.

e. This extension will also allow counsel for Plaintiff sufficient time to complete preparation of the documents required by RCFC 56, including Plaintiff's response to the Government's proposed findings of uncontroverted fact, Plaintiff's proposed findings of uncontroverted fact, and Plaintiff's appendix.

5. This is Plaintiff's second request for an enlargement of time for this purpose.

6. Counsel for Plaintiff has discussed this request for an enlargement of time with Counsel for Defendant, and Defendant agrees to this enlargement of time.

WHEREFORE, pursuant to RCFC 6(b) and 6.1, Plaintiff respectfully requests an enlargement of time to respond to Defendant's Response To The Court's Order To Show Cause And Defendant's Motion For Summary Judgment to and including August 11, 2005.

Dated: July 21, 2005

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Lisa M. Eddington
Christopher Tompkins
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

*Attorneys for Plaintiff*

**CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July, 2005, a copy of foregoing "Agreed Motion For Enlargement Of Time To Respond To Defendant's Response To The Court's Order To Show Cause And Defendant's Motion For Summary Judgment" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Norman M. Hirsch