IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-10C |
| v. | ) | (Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO FILE IN PAPER FORM THE APPENDIX TO PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE AND MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to General Order No. 42A, Plaintiff Energy Northwest respectfully files this motion seeking authorization to file in paper form the appendix to Plaintiff's Response to the Court's Order to Show Cause and Memorandum in Opposition to Defendant's Motion for Summary Judgment ("Response"). In support of this motion, Plaintiff states as follows:

1. In response to this Court's May 9, 2005 Order to Show Cause, and this Court's subsequent July 25, 2005 Order, Energy Northwest is scheduled to file its Response on or before August 11, 2005. Energy Northwest plans to file an accompanying appendix with excerpts of the various documents upon which Energy Northwest relies.

2. General Order No. 42A provides that a party may, in cases assigned to the ECF System for electronic filing, request authorization to file in some other format where the size of the filing exceeds the file size limit. Energy Northwest seeks leave to file the appendix to its Response in paper form because the size of the appendix will exceed the standard megabyte limitation of the Court's ECF system.

3. Filing a paper copy of the appendix on August 11, 2005 will not prejudice any party, as Energy Northwest will provide appropriate copies to the Court and opposing counsel in accordance with the Rules of the United States Court of Federal Claims.

4. Counsel for Energy Northwest has discussed this motion with counsel for the Government, who has stated that the Government has no objection to this motion.

WHEREFORE, Energy Northwest respectfully requests this Court authorize Energy Northwest to file in paper form the appendix to Plaintiff's Response to the Court's Order to Show Cause and Memorandum in Opposition to Defendant's Motion for Summary Judgment.

Dated: August 8, 2005

Respectfully submitted,

/s Norman M. Hirsch

NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 823-2782 (tel.)
(312) 840-7782 (fax)

COUNSEL FOR PLAINTIFF
ENERGY NORTHWEST

Of Counsel
William D. Heinz
David Jiménez-Ekman
Lisa M. Eddington
Christopher Tompkins
Nada Djordjevic
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350 (tel.)
(312) 527-0484 (fax)

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005
(202) 639-6000 (tel.)
(202) 639-6066 (fax)

**CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2005, a copy of the foregoing Unopposed Motion to File in Paper Form the Appendix to Plaintiff's Response to the Court's Order to Show Cause and Memorandum in Opposition to Defendant's Motion for Summary Judgment was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Norman M. Hirsch