**Corrected Certificate Of Filing And Certificate Of Service**

I hereby certify that on the 11th day of August, 2005, a copy of "Plaintiff's Response To The Court's Order To Show Cause And Memorandum In Opposition To Defendant's Motion For Summary Judgment" was filed electronically. I understand that notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Pursuant to the Court's August 10, 2005 Order, the Appendix To Plaintiff's Response To The Court's Order To Show Cause And Memorandum In Opposition To Defendant's Motion For Summary Judgment (the "Appendix") was filed in paper form with the Clerk's office. A copy of the Appendix was also served by Federal Express on:

Sharon A. Snyder
Trial Attorney
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
ATTN: Classification Unit, 8th Floor
1100 L Street NW
Washington, D.C. 20530

/s Norman M. Hirsch