IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 04-10C<br>(Chief Judge Damich) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant, the United States, respectfully requests an enlargement of time of 21 days, to and including September 19, 2005, within which to file Defendant's Reply To Court's Order To Show Cause. Defendant's response is currently due on August 29, 2005, pursuant to a Docket Entry, posted August 11, 2005. This is defendant's first request for an enlargement of time for this purpose. Plaintiff, Energy Northwest, does not oppose this request for an enlargement of time.

The additional time is necessary because the Plaintiff's Response to the Court's Order to Show Cause and Opposition to Defendant's Motion for Summary Judgment is lengthy, including an 88 page, 221 paragraph Proposed Findings of Fact. The Government needs the additional time to review the submission and properly respond to it. In addition, the Government has been occupied with several other cases. Those cases, include, but are not limited to, continuing settlement negotiations in Archuleta v. United States, No. 99-205 (Federal Claims); pre-trial submissions in P.R.Contractors v. United States, No.03-30 (Federal Claims); and discovery in the spent nuclear fuel case Pacific Gas & Electric v. United States, No. 04-0074 (Federal Claims).

For these reasons, defendant respectfully requests that the Court grant the motion for an enlargement of time to file the Government's reply, to and including September 19, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder

SHARON A. SNYDER
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-616-0347
Fax: 202-307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

August 25, 2005

CERTIFICATE OF FILING

I hereby certify that on August 25, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder