# Comparison of DCSs to 1991 APR (MTU)

| Purchaser | 98 Year 1 | 99 Year 2 | 00 Year 3 | 01 Year 4 | 02 Year 5 | 03 Year 6 | 04 Year 7 | 05 Year 8 | 06 Year 9 | 07 Year 10 | ACR Allocation Total | Total MTU Claimed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama Power Company | - | - | - | - | - | 21.10 | - | - | 24.40 | 12.90 | 58.40 | - |
| Arizona Public Service Company | - | - | - | - | - | - | - | - | - | - | - | - |
| Ark Power & Light Company | - | - | - | 23.30 | 28.20 | - | 30.10 | - | 46.40 | - | 128.00 | 23.30 |
| Babcock & Wilcox | - | - | 0.01 | 0.01 | - | - | - | - | - | - | 0.02 | 0.01 |
| Baltimore Gas & Electric[3] | [illegible] | - | - | 12.55 | [illegible] | [illegible] | [illegible] | - | [illegible] | [illegible] | 219.59 | 219.59 |
| Boston Edison | - | 3.88 | 25.42 | 82.60 | - | - | [illegible] | 5.50 | - | 42.70 | 171.51 | 123.31 |
| Carolina Power & Light | - | 70.00 | 23.92 | 23.50 | 50.30 | 32.00 | [illegible] | 93.10 | - | 49.50 | 362.80 | 188.20 |
| Cleveland Electric Illuminating Co. | - | - | - | - | - | - | - | - | - | - | - | - |
| Commonwealth Edison | 21.10 | 60.43 | 153.85 | 121.90 | [illegible] | [illegible] | 66.80 | 107.80 | 98.20 | 98.20 | 1,067.78 | 696.78 |
| Connecticut Yankee | 64.16 | 22.21 | 19.73 | 21.50 | 21.60 | [illegible] | - | 21.80 | - | 21.80 | 212.96 | 169.36 |
| Consolidated Edison | 2.92 | 27.66 | 32.74 | - | [illegible] | - | [illegible] | [illegible] | [illegible] | - | 143.22 | 143.22 |
| Consumer Power Co.[1] | - | 2.50 | 87.30 | 2.70 | 27.40 | [illegible] | [illegible] | - | [illegible] | [illegible] | 183.60 | 183.60 |
| Dairyland Power Cooperative | 0.72 | 5.99 | 3.00 | 3.86 | - | 3.37 | - | - | 1.45 | 3.29 | 21.68 | 21.68 |
| Detroit Edison | - | - | - | - | - | - | - | - | - | - | - | - |
| DOE | 18.06 | 11.08 | 3.20 | 4.50 | 7.30 | 72.80 | 16.30 | - | 3.30 | 19.90 | 156.44 | 29.14 |
| Duke Power[2] | - | 24.57 | 47.29 | 62.40 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 471.31 | 471.31 |
| Duquesne Light Co. | - | - | - | - | - | - | [illegible] | - | - | [illegible] | 40.60 | 40.60 |
| Florida Power & Light | - | 20.82 | 37.00 | 40.43 | 32.85 | 40.82 | 71.32 | 33.08 | 52.14 | 37.63 | 366.09 | 366.09 |
| Florida Power Corporation | - | - | - | - | - | - | 26.00 | 20.40 | - | 30.10 | 76.50 | - |
| GE - Morris Facility - GE | 145.19 | - | - | - | - | - | - | - | - | - | 145.19 | 145.19 |
| General Atomics | 0.01 | 0.01 | - | - | 0.01 | - | - | 0.01 | 0.01 | 0.01 | 0.06 | 0.06 |
| Georgia Power Corporation | - | - | - | 0.80 | 4.50 | - | 35.20 | - | 56.40 | 15.20 | 112.10 | 5.30 |
| GPU Nuclear | 31.10 | 42.97 | 46.79 | 49.50 | [illegible] | [illegible] | - | [illegible] | - | - | 287.05 | 287.05 |
| Gulf States Utilities | | | | | - | - | - | - | - | - | - | - |
| Houston Lighting & Power | - | - | - | - | - | - | - | - | - | - | - | - |
| Illinois Power Corporation | - | - | - | - | - | - | - | - | - | - | - | - |
| Indiana & Michigan Power Co. | - | - | - | 28.51 | 29.11 | - | 62.42 | 27.89 | 69.70 | - | 217.63 | 217.63 |
| IES Utilities Inc. | - | - | 15.38 | 13.90 | 21.80 | - | - | 16.50 | 15.50 | - | 83.08 | 15.38 |
| Kansas Gas and Electric | - | - | - | - | - | - | - | - | - | - | - | - |
| Long Island Power Authority | - | - | - | - | - | - | - | - | - | - | - | - |
| Louisiana Power & Light | - | - | - | - | - | - | - | - | - | - | - | - |
| Maine Yankee | - | 26.30 | 57.90 | 27.20 | - | 50.60 | - | 26.20 | 28.20 | - | 216.40 | 216.40 |
| Mississippi Power & Light | - | | | | - | | - | | | - | - | - |
| Nebraska Public Power District | - | - | - | 23.50 | 13.80 | - | 31.20 | 28.70 | 21.00 | - | 118.20 | - |
| NHY Division of PSNH | - | - | - | - | - | - | - | - | - | - | - | - |
| Niagara Mohawk Power Corporation | 9.30 | 48.97 | 38.80 | 30.80 | - | [illegible] | - | - | [illegible] | - | 195.97 | 195.97 |
| Northeast Utilities | 5.31 | 40.58 | 28.01 | 24.20 | [illegible] | 26.50 | [illegible] | 59.10 | - | 28.30 | 282.10 | 168.20 |
| Northern States Power | - | 26.13 | 83.50 | 29.90 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 318.54 | 318.54 |
| Omaha Public Power District | - | - | 9.32 | 12.90 | [illegible] | [illegible] | - | 14.70 | - | 14.60 | 86.96 | 57.66 |
| Pacific Gas & Electric | 7.17 | 6.00 | 2.50 | 13.25 | - | - | - | - | - | - | 28.92 | 28.92 |
| Pennsylvania Power & Light | - | - | - | - | - | - | - | - | - | - | - | - |
| Philadelphia Electric - PECO Energy Co. | - | - | 36.27 | 68.10 | [illegible] | [illegible] | [illegible] | 51.30 | 40.50 | 50.70 | 394.77 | 252.27 |
| Portland General Electric | - | - | - | - | 0.45 | - | - | [illegible] | [illegible] | [illegible] | 57.95 | 57.95 |
| Power Authority of New York State | - | - | - | 25.83 | [illegible] | 51.10 | 34.70 | 30.00 | - | 69.80 | 215.08 | 29.48 |
| Public Services Co. of Colorado | - | - | - | - | - | - | - | - | - | - | - | - |
| Public Service Elec. & Gas Company | - | - | - | - | - | - | 17.50 | 29.40 | - | 25.80 | 72.70 | - |
| Rochester Gas & Electric | 32.00 | 4.60 | 24.10 | 16.10 | [illegible] | 15.70 | - | 14.10 | 5.90 | 6.70 | 135.40 | 93.00 |
| Sacramento Municipal Utility District | - | - | - | 9.26 | - | 25.92 | - | 30.13 | 18.92 | - | 84.23 | 84.23 |
| South Carolina Electric & Gas | - | - | - | - | - | - | - | - | - | - | - | - |
| Southern California Edison | 35.55 | 20.46 | 19.29 | 19.30 | - | 19.20 | - | [illegible] | - | - | 133.10 | 113.90 |
| Tennessee Valley Authority | - | - | - | - | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 414.40 | 414.40 |
| Texas Utilities Electric | - | - | - | - | - | - | - | - | - | - | - | - |
| Toledo Edison Company | - | - | - | - | - | - | - | - | - | 25.00 | 25.00 | - |
| Union Electric Company | - | - | - | - | - | - | - | - | - | - | - | - |
| Vermont Yankee | - | 72.80 | - | 11.90 | 8.60 | 27.40 | 25.60 | 16.90 | - | 22.10 | 185.30 | 185.30 |
| Virginia Power | - | 8.17 | 69.38 | 43.90 | [illegible] | 20.10 | 23.40 | 32.90 | 29.00 | 52.80 | 334.35 | 132.25 |
| Washington Public Power Supply | - | - | - | - | - | - | - | - | - | - | - | - |
| Wisconsin Electric | 16.30 | 43.00 | 19.80 | 27.10 | 36.70 | 24.80 | 9.64 | 12.80 | 16.10 | 21.70 | 227.94 | 227.94 |
| Wisconsin Public Service Corporation | - | - | 4.38 | 17.63 | 16.04 | - | 5.20 | 13.23 | 16.43 | 14.46 | 87.37 | 87.37 |
| Yankee Atomic | 9.80 | 10.09 | 9.65 | 8.70 | - | [illegible] | - | - | 8.50 | - | 56.14 | 47.64 |
| ACR Allocation Total[1,2] | 398.70 | 599.22 | 898.53 | 901.53 | 899.20 | 899.22 | 899.58 | 899.85 | 900.82 | 899.79 | 8,196.44 | 6,058.23 |
| Total MTU Claimed | 398.70 | 599.22 | 895.33 | 815.72 | 828.10 | 640.72 | 618.38 | 374.55 | 551.72 | 335.79 | 6,058.23 | |

| Legend | |
|---|---|
| (black) | Approved DCS |
| (dark grey) | Void DCS or DCS Not Approved by DOE - after 1996 |
| (light grey) | Submitted DCS |

NOTES

1/ Consumer Power Co. DCS total in Year 7 (2004) exceeds their 1991 APR allocation by 3.6 MTU. DOE declined to process this DCS.
[The amounts referred to have been changed to reflect the 1991 APR]

2/ Duke Power Co. DCS total in Year 8, 9, 10 (2005-2007) exceeds their 1991 APR allocation by 100+ MTU each year. DOE declined to process these DCSs.
[The amounts referred to have been changed to reflect the 1991 APR]

3/ Baltimore Gas & Electric submitted a DCS for 0 MTU for year 1. DOE declined to process this DCS.

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: [illegible]

1.2 DCS Identification Number: [illegible]

1.3 Contact Person:
(a) Name: [illegible]
(b) Telephone: ( [illegible] ) [illegible]

1.4 Contract Number: [illegible]

1.5 Reactor/Facility Information:
(a) Name: B&W Nuclear Environmental Services, Inc: Nuclear Materials Engineering
(b) Address: Mt. Athos Rd. (Rt. 726 off 460 East)
(c) City: [illegible]
(d) State: [illegible]
(e) Zip Code: [illegible]

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 25-Ton Max.
2.2 Proposed Shipping Mode: Truck X; Rail ____; Barge ____
2.3 Proposed Delivery Year: Year 3 (CY-2000) **
2.4 Range of Discharge Dates: [illegible] to [illegible]
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) Less Than 0.01
2.6 Number of Assemblies: BWR ____ PWR ____ Other Less Than 1

**The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed under the Act

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 ____________________ April 7, [illegible]
Authorized Purchaser Signature — Date

3.2 [illegible]
Name (Please Type or Print)

3.3 General Manager, Nuclear Decommissioning Projects
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____________________
Technical Representative — Title — Date

____________________
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

7/30/92

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 98-0501-4367-01

1.2 Contact Person:
(a) Name: Robert H. Beall
(b) Telephone (include Area Code): (410)260-4018

1.3 Contract Number: DE-CR01-83NE44367

1.4 Reactor/Facility Information:
(a) Name: Calvert Cliffs Nuclear Power Pl
(b) Address: 1650 Calvert Cliffs Pkwy
(c) City, State & Zip Code: Lusby, MD 20657

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 100
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail ____; Barge X
2.4 Proposed Delivery Date: 1998
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 12 31 76 to 03 19 92
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 0 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR 0 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 9/28/92
Authorized Purchaser Signature — Date

3.2 Robert H. Beall — Name (Please Type or Print)

3.3 Senior Engineer — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

Technical Representative — Title — Date

4.2

Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CTR00614

**Department of Energy**
Washington, DC 20585

Mr. P. A. File, PE
Nuclear Fuel Management
Baltimore Gas & Electric Company
Calvert Cliffs Nuclear Power Plant
1650 Calvert Cliffs Parkway
Lusby, Maryland 20585

FEB 05 1996

Dear Mr. File:

The Department of Energy (DOE) has reviewed and approved Delivery Commitment Schedule (DCS) 01-0501-4367-01, dated September 25, 1995, submitted by Baltimore Gas & Electric Company for spent nuclear fuel from Calvert Cliffs 1. A copy of the approved DCS is enclosed for your records. The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed pursuant to law.

If you have any questions, please contact Doug Baptist of my staff on (202) 634-4427 or Phil Smith, Office of Civilian Radioactive Waste Management, on (202) 586-5646.

Sincerely,

Beth A. Tomasoni

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc: Mark Shubert



Printed with soy ink on recycled paper

Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

Information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for ...sal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this ...ction of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Baltimore Gas & Electric Co.

1.2 DCS Identification Number: 01-0501-4367-01

1.3 Contact Person:
(a) Name: Mark Shubert
(b) Telephone: ( 410 ) 260-6742

1.4 Contract Number: DE-CR01-83NE44367

1.5 Reactor/Facility Information:
(a) Name: Calvert Cliffs Nuclear Power Plant
(b) Address: 1650 Calvert Cliffs Parkway
(c) City: Lusby
(d) State: MD (e) Zip Code: 20657

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ___; Rail ___; Barge X
2.3 Proposed Delivery Year: 2001 **
2.4 Range of Discharge Dates: (Earliest to Latest) 12 31 76 (Mo/Day/Yr) to 03 17 89 (Mo/Day/Yr)
2.5 Metric Tons Uranium: (Initial) 12.55
2.6 Number of Assemblies: BWR ___ PWR 32 Other ___

**The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed under the Act.

## 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] — Authorized Purchaser Signature — Date: 9/25/95

3.2 Mr. Penney A. File — Name (Please Type or Print)

3.3 PE - Nuclear Fuel Management — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

4.2 [signature] — Technical Representative — Title — Date: 12/20/95

[signature] — Contracting Officer — Date: 2/5/95

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

Mr. Penney A. File
Baltimore Gas and Electric Company
Calvert Cliffs Nuclear Power Plant
1650 Calvert Cliffs Parkway
Lusby, MD 20657

MAR 13 1997

Dear Mr. File:

The Department of Energy has received your Delivery Commitment Schedule (DCS) submitted pursuant to Article V.B of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste.

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

As you know, my letter of December 17, 1996, invited submission of views by all contract holders on how the anticipated delay can best be accommodated. The Department looks forward to receipt of those views by March 14, 1997, and will advise you promptly of further developments in this program as they occur.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc:
Mark Shubert



Printed with soy ink on recycled paper

/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

Information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Baltimore Gas & Electric, Co.

1.4 Contract Number: DE-CR01-83NE44367

1.2 DCS Identification Number: ~~01~~ 02 #2 -0501-4367-01

1.5 Reactor/Facility Information:
(a) Name: Calvert Cliffs Nuclear Pwr. Plt.
(b) Address: 1650 Calvert Cliffs Parkway
(c) City: Lusby
(d) State: MD (e) Zip Code: 20657

1.3 Contact Person:
(a) Name: Mark Shubert
(b) Telephone: ( 410 ) 495-6742

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail ____; Barge X
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: 12 31 76 Mo/Day/Yr to 03 17 89 Mo/Day/Yr
(Earliest to Latest)
2.5 Metric Tons Uranium: (Initial) 41.44
2.6 Number of Assemblies: BWR ____ PWR 112 Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] Authorized Purchaser Signature 9/12/96 Date

3.2 Mr. Penney A. File
Name (Please Type or Print)

3.3 PE-Nuclear Fuel Management
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved Void 2/27/97

4.2 [signature] Technical Representative COTR Title 1/3/97 Date

[signature] Contracting Officer 1/7/97 Date VOID 3/13/97

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

JAN 1 3 1998

Mr. Mark Shubert
Baltimore Gas & Electric Company (1st Floor NEF)
1650 Calvert Cliffs Parkway
Lusby, MD 20657

Dear Mr. Shubert:

The Department of Energy has received your Delivery Commitment Schedule (DCS) for Calvert Cliffs Nuclear Power Plant, DCS number (03-0501-4367-01) submitted pursuant to Article V.B of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste.

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at (202) 426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at (202) 586-9198.

Sincerely,

Beth A. Tomasoni

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc:
Mr. Penney A. File

| Post-it® Fax Note 7671 | Date 7/1/99 | # of pages ▶ 1 |
|---|---|---|
| To Dale Gardner | From Mark Shubert | |
| Co./Dept. | Co. BGE | |
| Phone # | Phone # 410 495-6742 | |
| Fax # | Fax # | |

Printed with soy ink on recycled paper

**Department of Energy**
Washington, DC 20585

October 7, 1998

Mr. Penny File
Principal Engineer-Nuclear Fuel
Baltimore Gas & Electric Company
Calvert Cliffs Nuclear Power Plant
1650 Calvert Cliffs Parkway
Lusby, MD 20657

Dear Mr. File:

The Department of Energy received your Delivery Commitment Schedule (DCS) for the Calvert Cliffs Nuclear Power Plant (contract number DE-CR01-83NE44367) scheduled for delivery in January 2004, submitted pursuant to Article V. B., and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/ or High-Level Radioactive Waste (10 CFR 961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc
Mark Shubert, Engineer



... soy ink on recycled paper

NWPA-830C
(Revised 05/97)

OMB No. 1901-0260
Expires: 07/31/00

9/23/98

## U.S. DEPARTMENT OF ENERGY
### APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Statistics and Methods Group, EI-70, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503. According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Baltimore Gas & Electric Co.

1.2 DCS Identification Number: 04-0501-4367-01

1.3 Contact Person:
(a) Name: Mark Shubert
(b) Telephone: ( 410 ) 495-6742

1.4 Contract Number: DE-CR01-83NE44367

1.5 Reactor/Facility Information:
(a) Name: Calvert Cliffs Nuclear Power Plant
(b) Address: 1650 Calvert Cliffs Parkway
(c) City: Lusby
(d) State: MD (e) Zip Code: 20657

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail ____; Barge X
2.3 Proposed Delivery Year: 2004
2.4 Range of Discharge Dates: 12 31 76 to 02 19 93
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 52.2
2.6 Number of Assemblies: BWR ____ PWR 136 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.4 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 M. [signature] for Penney File — 9/10/98
Authorized Purchaser Signature — Date

3.2 Penney File
Name (Please Type or Print)

3.3 Principal Engineer - Nuclear Fuel Mgmt.
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____ Technical Representative — Title — Date

____ Contracting Officer — Date

Copy Distribution. 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

NOV 16 2000

Mr. Penny A. File
Principal Engineer – Nuclear Fuel Management
Constellation Energy Group
Calvert Cliffs Nuclear Power Plant
1650 Calvert Cliffs Parkway
Lusby, MD 20657

Dear Mr. File:

The Department of Energy received your two Delivery Commitment Schedules (DCSs) for Calvert Cliffs Nuclear Plant, DCS numbers 06-0501-4367-01 and 07-0501-4367-01 (contract number DE-CR01-83NE44374) for 2006 and 2007. The DCSs were submitted pursuant to Article V.B. and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10CFR961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0077, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Herbert D. Watkins
Contracting Officer
Headquarters Procurement Services

cc: Mr. Mark Shubert

Printed with soy ink on recycled paper

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Calvert Cliffs Nuclear Power Plant INC

1.4 Contract Number: DE-CR01-83NE44367

1.2 DCS Identification Number: 06-0501-4367-01

1.5 Reactor/Facility Information:
(a) Name: Calvert Cliffs Nuclear Pwr. Plt.
(b) Address: 1650 Calvert Cliffs Pkwy.
(c) City: Lusby
(d) State: MD (e) Zip Code: 20657

1.3 Contact Person:
(a) Name: Mark Shubert
(b) Telephone: (410) 495-6742

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ___; Rail ___; Barge X
2.3 Proposed Delivery Year: 2006
2.4 Range of Discharge Dates: 12 31 1976 to 03 18 1995
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 55.~~X~~3
2.6 Number of Assemblies: BWR ___ PWR 143 Other ___

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 9/28/00
Authorized Purchaser Signature — Date

3.2 Penney File
Name (Please Type or Print)

3.3 Principal Engineer-Nuclear Fuel Mgmt.
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ___
Technical Representative — Title — Date

___
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

Information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Calvert Cliffs Nuclear Power Plant Inc

1.4 Contract Number: DE-CR01-83NE44367

1.2 DCS Identification Number: 07-0501-4367-01

1.5 Reactor/Facility Information:
(a) Name: Calvert Cliffs Nuclear Pwr. Plt.
(b) Address: 1650 Calvert Cliffs Pwy.
(c) City: Lusby
(d) State: MD (e) Zip Code: 20657

1.3 Contact Person:
(a) Name: MARK SHUBERT
(b) Telephone: ( 410 ) 495-6742

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail ____; Barge X
2.3 Proposed Delivery Year: 2007
2.4 Range of Discharge Dates: 12 31 1996 to 03 30 1996
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 29.6
2.6 Number of Assemblies: BWR ____ PWR 76 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 9/28/00
Authorized Purchaser Signature Date

3.2 Penney File
Name (Please Type or Print)

3.3 Principal Engineer-Nuclear Fuel Mgmt.
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____
Technical Representative Title Date

____
Contracting Officer Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

— 6 1993

Mr. Sherwood R. Zimmerman
Manager, Nuclear Fuels Management
and Safety Analysis
Carolina Power & Light Company
411 Fayetteville Street
P.O. Box 1551
Raleigh, NC 27602

Dear Mr Zimmerman:

The Department of Energy (DOE) has reviewed and approved the Delivery Commitment Schedule (DCS) submitted by Carolina Power & Light Company dated September 30, 1993, (DCS number 99-0705-4481-01) for spent nuclear fuel from HB Robinson. A copy of the approved DCS is enclosed for your records.

If you have any questions concerning this action, please contact Doug Baptist of my staff on (202) 634-4427 or Nancy Slater of the Department's Office of Civilian Radioactive Waste Management on (202) 586-8320.

Beth Tomasoni
Beth Tomasoni
Contracting Officer
Office of Placement and
Administration

Enclosure

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

NWPA-830C

Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: [illegible]

1.2 Contact Person:
(a) Name: [illegible]
(b) Telephone (include Area Code): [illegible]

1.3 Contract Number: [illegible]

1.4 Reactor/Facility Information:
(a) Name: H B ROBINSON PLANT
(b) Address: [illegible]
(c) City, State & Zip Code: [illegible]SVILLE, SC [illegible]

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 75
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail X; Barge ____
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: [illegible] 11 83 to 5 [illegible] [illegible]
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) [illegible] (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR [illegible] Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 ____________________
Authorized Purchaser Signature — Date

3.2 [illegible]
Name (Please Type or Print)

3.3 [illegible] - NUCLEAR FUELS [illegible]
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] — Chief, Logistics and Utility Interface Branch — Oct. 20, 1993
Technical Representative — Title — Date

4.2 [signature] — [illegible]
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

CPL-0000117

**Department of Energy**
Washington, DC 20585
January 23, 1995

Mr. S. R. Zimmerman
Manager, Nuclear Fuels
Carolina Power & Light Company
P. O. Box 1551
Raleigh, NC 27602

Dear Mr. Zimmerman

The Department of Energy (DOE) has reviewed and approved the two Delivery Commitment Schedules (DCSs) submitted by Carolina Power and Light Company dated October 10, 1994 (DCS numbers 00-0705-4481-01 and 00-0701-4481-02) for spent nuclear fuel from Robinson 2 and Brunswick 1. A copy of the approved DCSs are enclosed for your records.

If you have any questions, please contact Doug Baptist of my staff on (202) 634-4427 or Phil Smith, Office of Civilian Radioactive Waste Management, on (202) 586-5646.

Beth Tomasoni
Contracting Officer
Office of Placement and Administration

Printed with soy ink on recycled paper

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

CPL-0000090

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 00-0705-4481-01

1.2 Contact Person:
(a) Name: Bob Kunita
(b) Telephone (include Area Code): 919-546-6388

1.3 Contract Number: DE-CR01-83NE44481

1.4 Reactor/Facility Information:
(a) Name: H. B. Robinson Plant
(b) Address: S.C. Highway 151 & 23
(c) City, State & Zip Code: Hartsville, SC 29550-0790

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 75
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.4 Proposed Delivery Date: 2000
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 8 8 80 to 11 11 88
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 23.2 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR 54 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 10/10/94

3.2 Sherwood R. Zimmerman — Name (Please Type or Print)

3.3 Manager - Nuclear Fuels Management & Safe Analysis — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Technical Representative — Title: Team Leader — Date: 12-9-94

4.2 [signature] Contracting Officer — Date: 1/11/95

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

CPL-0000095

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 00-0701-4481-02

1.2 Contact Person:
(a) Name: Bob Kunita
(b) Telephone (include Area Code): 919-546-6388

1.3 Contract Number: DE-CR01-83NE44481

1.4 Reactor/Facility Information:
(a) Name: Brunswick Plant
(b) Address: Highway 87
(c) City, State & Zip Code: Southport, NC 28461-0429

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 75
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.4 Proposed Delivery Date: 2000
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 3 19 76 Mo / Day / Yr to 3 19 76 Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 0.72 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 4 PWR ____ Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] Authorized Purchaser Signature — 10/10/94 Date

3.2 Sherwood R. Zimmerman — Name (Please Type or Print)

3.3 Manager - Nuclear Fuels Management & Safety Analysis — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Technical Representative — Team Leader Title — 12-9-94 Date

4.2 [signature] Contracting Officer — 1/11/95 Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

CPL-0000096

Department of Energy
Washington, DC 20585

FEB 0 5 1996

Mr. Daniel C. Poteralski
Manager, Nuclear Fuels, Management & Safety Analysis
Carolina Power & Light Company, OHS9B5
412 S. Wilmington Street
Raleigh, NC 27601

Dear Mr. Poteralski:

The Department of Energy (DOE) has reviewed Delivery Commitment Schedules (DCS) 01-0705-4481-01 and 01-0705-4481-02, dated September 26, 1995, submitted by Carolina Power & Light Company.

DCS 01-0705-4481-01 for spent nuclear fuel from Robinson 2 has been approved. A copy of the approved DCS is enclosed for your records. The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed pursuant to law.

DOE has determined for DCS 01-0705-4481-02 that Item 1.2 (DCS identification number) and Item 1.5 (Reactor Name) are inconsistent. Specifically, both items are supposed to indicate the same designated delivery site. According to Item 1.2, the delivery site is Robinson 2 (#0705), but according to Item 1.5, the delivery site is Harris Nuclear Plant (#0703). These two items must be consistent for DOE to review and approve the DCS. As a result, DOE has disapproved this DCS. Consistent with Article V - "Delivery of SNF and/or HLW", Paragraph B.1 of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste, I am requesting that you submit a revised DCS to correct this error within 30 days of receipt of this notice. A copy of the disapproved DCS is enclosed for your records. To assist you in revising this DCS, a copy of the "Instructions for Completing the Appendix C Delivery Commitment Schedule" is enclosed as are additional DCS forms.

If you have any questions, please contact Doug Baptist of my staff on (202) 634-4427 or Phil Smith, Office of Civilian Radioactive Waste Management, on (202) 586-5646.

Sincerely,

Beth A. Tomasoni

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc: Bob Kunita

Wrong - Filing is for RNP fuel located at HNP

Printed with soy ink on recycled paper

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

CPL-0000051

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: CAROLINA POWER & LIGHT CO.

1.2 DCS Identification Number: 01-0705-4481-01

1.3 Contact Person:
(a) Name: BOB KUNITA
(b) Telephone: ( 919 ) 546-6388

1.4 Contract Number: DE-CR01-83NE44481

1.5 Reactor/Facility Information:
(a) Name: H.B. ROBINSON PLANT
(b) Address: SC HIGHWAY 151 & 23
(c) City: HARTSVILLE
(d) State: SC (e) Zip Code: 29550-0790

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 75
2.2 Proposed Shipping Mode: Truck ___; Rail X; Barge ___
2.3 Proposed Delivery Year: 2001 *
2.4 Range of Discharge Dates: (Earliest to Latest) 4 11 79 Mo/Day/Yr to 8 8 80 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 2.1
2.6 Number of Assemblies: BWR ___ PWR 5 Other ___

*The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed under the act.

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 D.C. Poteralski [signature] — Authorized Purchaser Signature — Date: 9/26/95

3.2 D.C. POTERALSKI — Name (Please Type or Print)

3.3 MGR - NUCLEAR FUELS MGMT & SAFETY ANALYSIS — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

4.2 12/15/95 [signature] — Technical Representative — Title — Date

[signature] — Contracting Officer — Date: 2/5/96

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

CPL-0000053

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 06/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: CAROLINA POWER & LIGHT CO.

1.2 DCS Identification Number: 01-0705-4481-02

1.3 Contact Person:
(a) Name: BOB KUNITA
(b) Telephone: (919) 546-6388

1.4 Contract Number: DE-CR01-83NE44481

1.5 Reactor/Facility Information:
(a) Name: HARRIS NUCLEAR PLANT
(b) Address: STATE ROAD 1134
(c) City: NEW HILL
(d) State: NC (e) Zip Code: 27562-0165

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 75
2.2 Proposed Shipping Mode: Truck ____; Rail X; Barge ____
2.3 Proposed Delivery Year: 2001 *
2.4 Range of Discharge Dates: (Earliest to Latest) 4 11 79 Mo/Day/Yr to 8 8 80 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 21.4
2.6 Number of Assemblies: BWR ____ PWR 50 Other ____

*The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed under the act.

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 D.C. Poteralski (signature) — Authorized Purchaser Signature — Date: 9/26/95

3.2 D.C. POTERALSKI — Name (Please Type or Print)

3.3 MGR-NUCLEAR FUELS MGMT & SAFETY ANALYSIS — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☒ Disapproved

4.2 (signature) — Technical Representative — Title — Date: 12/15/95

(signature) — Contracting Officer — Date: 2/5/96

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

CPL-0000052

**Department of Energy**
Washington, DC 20585

APR 10 1996

Mr. Daniel C. Poteralski
Manager, Nuclear Fuels, Management & Safety Analysis
Carolina Power & Light Company, OHS9B5
412 S. Wilmington Street
Raleigh, NC 27601

Dear Mr. Poteralski:

The Department of Energy (DOE) has reviewed Delivery Commitment Schedule (DCS) 01-0703-4481-02, dated February 26, 1995, submitted by Carolina Power & Light Company.

DCS 01-0703-4481-02 for spent nuclear fuel from Robinson 2 has been approved. A copy of the approved DCS is enclosed for your records. The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed pursuant to law.

If you have any questions, please contact Doug Baptist of my staff on (202) 634-4455 or Phil Smith, Office of Civilian Radioactive Waste Management, on (202) 586-5646.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc: Bob Kunita

Printed with soy ink on recycled paper

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
'e Order

CPL-0000047

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 06/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: CAROLINA POWER & LIGHT CO

1.2 DCS Identification Number: 01-0703-4481-02 *

1.3 Contact Person:
(a) Name: BOB KUNITA
(b) Telephone: ( 919 ) 546-6388

1.4 Contract Number: DE-CR01-83NE44481

1.5 Reactor/Facility Information:
(a) Name: HARRIS NUCLEAR PLANT*
(b) Address: STATE ROAD 1134
(c) City: NEW HILL
(d) State: NC (e) Zip Code: 27562-0165

*Based on Robinson allocation for Robinson fuel stored at Harris.

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 75
2.2 Proposed Shipping Mode: Truck ___; Rail X ; Barge ___ *
2.3 Proposed Delivery Year: 2001 *
2.4 Range of Discharge Dates: (Earliest to Latest) 4 11 79 Mo/Day/Yr to 8 8 80 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 21.4
2.6 Number of Assemblies: BWR ___ PWR 50 Other ___

*The proposed delivery date is dependent upon the existence of an operationa repository or an interim storage facility constructed pursuant to la

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 2/26/96

3.2 D. C. POTERALSKI — Name (Please Type or Print)

3.3 MGR-NUCLEAR FUELS MGMT & SAFETY ~~ANALYSIS~~ — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

4.2 [signature] Technical Representative — Title: COTR — Date: 3/11/96

[signature] Contracting Officer — Date: 4/10/96

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

CPL-0000048

**CP&L**

Carolina Power & Light Company
PO Box 1551
411 Fayetteville Street Mall
Raleigh NC 27602

September 25, 1996

File: NF-4024.0405
Serial: NF-96A-0455

Ms. Beth Tomasoni
Office of Placement and Administration
U.S. Department of Energy
PR-322.1
1000 Independence Ave. SW
Washington, DC 20585

Subject: Delivery Commitment Schedule

Dear Ms. Tomasoni:

Enclosed are completed Delivery Commitment Schedules for CP&L's Robinson Unit 2 and Brunswick Unit 2 Plant's allocation for Year 5 which we are submitting pursuant to our contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (DE-CR01-83NE44481). Information on these Schedules was developed in accordance with the Instructions for Completing the Appendix C - Delivery Commitment Schedule (NWPA-830C, 9/10/93); and we are, therefore, not identifying specific fuel assembly serial numbers. All of the fuel is now physically located at Robinson and Brunswick; however, because of CP&L's ongoing spent fuel shipping program, the location of spent fuel on CP&L's system will undoubtedly be different at the time DOE takes delivery. It is our understanding that the final selection of the location and fuel to be delivered will be specified by CP&L in the Final Delivery Schedule.

If you have any questions concerning this letter or the enclosed Delivery Commitment Schedules, please contact Bob Kunita at 919/546-6388.

Very truly yours,

D. C. Poteralski

D. C. Poteralski
Manager - Nuclear Fuels
Management & Safety Analysis

dcs96.wpd

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

Enclosures (2)

cc: U.S. Department of Energy
Chief, Logistics and Utility Interface Branch
Office of Civilian Radioactive Waste Management
RW-432
1000 Independence Ave.
Washington, DC 20585

Bob Kunita

dcs96.wpd

**Protected Material**
**To Be Enclosed Only In Accordance**
**With U.S. Court of Federal Claims**
**Protective Order**

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Carolina Power & Light Co.

1.2 DCS Identification Number: 02-0702-4481-01

1.3 Contact Person:
(a) Name: Bob Kunita
(b) Telephone: ( 919 ) 546-6388

1.4 Contract Number: DE-CR01-83NE44481

1.5 Reactor/Facility Information:
(a) Name: Brunswick Nuclear Plant
(b) Address: Highway 87
(c) City: Southport
(d) State: NC (e) Zip Code: 28461-0429

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 75
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: 3 2 79 (Mo/Day/Yr) to 4 23 82 (Mo/Day/Yr)
(Earliest to Latest)
2.5 Metric Tons Uranium: (Initial) 26.2
2.6 Number of Assemblies: BWR 140 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 9/26/96

3.2 D. C. Poteralski — Name (Please Type or Print)

3.3 Mgr.-Nuclear Fuels Mgmt. & Safety Analysis — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unitas States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____ Technical Representative ____ Title ____ Date

____ Contracting Officer ____ Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

CPL-0000037

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Carolina Power & Light Co.

1.4 Contract Number: DE-CR01-83NE44481

1.2 DCS Identification Number: 02-0705-4481-02

1.5 Reactor/Facility Information:
(a) Name: H. B. Robinson Plant
(b) Address: SC Highway 151 & 23
(c) City: Hartsville
(d) State: SC (e) Zip Code: 29550-0790

1.3 Contact Person:
(a) Name: Bob Kunita
(b) Telephone: ( 919 ) 546-6388

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 75
2.2 Proposed Shipping Mode: Truck ____; Rail X; Barge ____
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: 3 16 73 Mo/Day/Yr to 4 28 95 Mo/Day/Yr
(Earliest to Latest)
2.5 Metric Tons Uranium: (Initial) 24.1
2.6 Number of Assemblies: BWR ____ PWR 55 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Date: 7/26/95
Authorized Purchaser Signature

3.2 D. C. Poteralski
Name (Please Type or Print)

3.3 Mgr.-Nuclear Fuels Mgmt. & Safety Analysis
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____________________
Technical Representative Title Date

____________________
Contracting Officer Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

CPL-0000038

**Department of Energy**
Washington, DC 20585

May 3, 1999

Mr. B. H. Clark (HNP-03)
Carolina Power & Light Company
P.O. Box 165
New Hill, NC 27562

Dear Mr. Clark:

The Department of Energy received your Delivery Commitment Schedule (DCS) for the Robinson Nuclear 2 Plant DCS number 04-0705-4481-01 (contract number DE-CR01-83NE44481) for 2004 submitted pursuant to Article V. B., and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR 961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc: Bob Kunita (HNP-05)

Printed with soy ink on recycled paper

/30C
/d 05/97)

U.S. DEPARTMENT OF ENERGY
APPENDIX C - DELIVERY COMMITMENT SCHEDULE

OMB No. 1901-0260
Expires: 07/31/00

Information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Statistics and Methods Group, EI-70, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503. According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Carolina Power & Light Co.

1.2 DCS Identification Number: 04-0705-4481-01

1.3 Contact Person:
(a) Name: Rob Kunita
(b) Telephone: ( 919 ) 362-3132 or 362-3020

1.4 Contract Number: DE-CR01-83NE44481

1.5 Reactor/Facility Information:
(a) Name: Robinson Nuclear Plant
(b) Address: 3581 W. Entrance Rd.
(c) City: Hartsville
(d) State: SC (e) Zip Code: 29550-9487

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 75
2.2 Proposed Shipping Mode: Truck ___; Rail X ; Barge ___
2.3 Proposed Delivery Year: 2004
2.4 Range of Discharge Dates: (Earliest to Latest) 04 28 95 Mo/Day/Yr to 09 07 96 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 20.48
2.6 Number of Assemblies: BWR ___ PWR 47 Other ___

## 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (Identified in Item 1.4 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] Brozia H. Clark  1/24/99
Authorized Purchaser Signature — Date

3.2 B. H. Clark (Tel. 919-362-2020)
Name (Please Type or Print)

3.3 Plant General Manager - Harris
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2
Technical Representative — Title — Date

Contracting Officer — Date

Copy Distribution 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Commonwealth Edison Company
125 South Clark Street
P.O. Box 767
Chicago, IL 60690-0767

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

ComEd

September 28, 1995

U. S. Department of Energy
Ms. Beth A. Tomasoni
DOE Contracting Officer
Office of Placement and Administration
PR-322.2
1000 Independence Avenue, S.W.
Washington, DC 20585

Subject: 1995 Delivery Commitment Schedule

Dear Ms. Tomasoni:

Attached in accordance with Article V.B of the U.S. Department of Energy Contract Number DE-CR01-83NE44372, Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (the Contract), are five Delivery Commitment Schedule (DCS) Forms for the year 2001. These forms describe the pickup of 121.9 MTU of spent nuclear fuel by DOE. This represents approximately 274 assemblies which are to be picked up from ComEd's Zion Station.

Please notify ComEd of the approval of this schedule within 30 days.

If you have any questions on this submittal, please call me at (708)663-5783.

Sincerely,

Kenneth S. Petersen
Fuel Buyer

Attachments

cc: U.S. Department of Energy
Chief, Logistics and Utility Interface Branch
Office of Civilian Radioactive Waste Management
RW-432
1000 Independence Avenue, S.W.
Washington, DC 20585

CE 122262

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Commonwealth Edison

1.2 DCS Identification Number: 01-1012-4372-03

1.3 Contact Person:
(a) Name: Kenneth S. Petersen
(b) Telephone: ( 708 ) 663-5783

1.4 Contract Number: DE-CR01-83NE44372

1.5 Reactor/Facility Information:
(a) Name: Zion Station
(b) Address: 101 Shiloh Blvd.
(c) City: Zion
(d) State: IL (e) Zip Code: 60099

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ___; Rail X ; Barge ___
2.3 Proposed Delivery Year: 2001
2.4 Range of Discharge Dates: (Earliest to Latest) 9 10 77 Mo/Day/Yr to 9 10 77 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 29.1
2.6 Number of Assemblies: BWR ___ PWR 65 Other ___

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 9-11-95

3.2 Louis O. DelGeorge — Name (Please Type or Print)

3.3 Vice President — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ______ Technical Representative — Title — Date

______ Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

CE 122263

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

1.1 Name of Purchaser: Commonwealth Edison

1.4 Contract Number: DE-CR01-83NE44372

1.2 DCS Identification Number: 01-1012-4372-05

1.5 Reactor/Facility Information:
(a) Name: Zion Station
(b) Address: 101 Shiloh Blvd.
(c) City: Zion
(d) State: IL (e) Zip Code: 60099

1.3 Contact Person:
(a) Name: Kenneth S. Petersen
(b) Telephone: (708 ) 663-5783

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: 2001
2.4 Range of Discharge Dates: 9 15 78 to 9 15 78
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 22.6
2.6 Number of Assemblies: BWR ____ PWR 51 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 9-11-95

3.2 Louis O. DelGeorge — Name (Please Type or Print)

3.3 Vice President — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____ Technical Representative — Title — Date

____ Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CE 122264

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

1.1 Name of Purchaser: Commonwealth Edison

1.4 Contract Number: DE-CR01-83NE44372

1.2 DCS Identification Number: 01-1012-4372-01

1.5 Reactor/Facility Information:
(a) Name: Zion Station
(b) Address: 101 Shiloh Blvd.
(c) City: Zion
(d) State: IL (e) Zip Code: 60099

1.3 Contact Person:
(a) Name: Kenneth S. Petersen
(b) Telephone: ( 708 ) 663-5783

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: 2001
2.4 Range of Discharge Dates: 3 5 76 to 3 5 76
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 22.3
2.6 Number of Assemblies: BWR ____ PWR 50 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] — Authorized Purchaser Signature — Date: 9-11-95

3.2 Louis O. DelGeorge — Name (Please Type or Print)

3.3 Vice President — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____ Technical Representative ____ Title ____ Date

____ Contracting Officer ____ Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CE 122265

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

1.1 Name of Purchaser: Commonwealth Edison

1.2 DCS Identification Number: 01-1012-4372-04

1.3 Contact Person:
(a) Name: Kenneth S. Petersen
(b) Telephone: ( 708 ) 663-5783

1.4 Contract Number: DE-CR01-83NE44372

1.5 Reactor/Facility Information:
(a) Name: Zion Station
(b) Address: 101 Shiloh Blvd.
(c) City: Zion
(d) State: IL (e) Zip Code: 60099

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: 2001
2.4 Range of Discharge Dates: 2 4 78 to 2 4 78
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 28.7
2.6 Number of Assemblies: BWR ____ PWR 65 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 9-11-95
Authorized Purchaser Signature — Date

3.2 Louis O. DelGeorge
Name (Please Type or Print)

3.3 Vice President
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____________________
Technical Representative — Title — Date

____________________
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CE 122266

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

1.1 Name of Purchaser: Commonwealth Edison

1.4 Contract Number: DE-CR01-83NE44372

1.2 DCS Identification Number: 01-1012-4372-02

1.5 Reactor/Facility Information:
(a) Name: Zion Station
(b) Address: 101 Shiloh Blvd.
(c) City: Zion
(d) State: IL (e) Zip Code: 60099

1.3 Contact Person:
(a) Name: Kenneth S. Petersen
(b) Telephone: ( 708 ) 663-5783

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: 2001
2.4 Range of Discharge Dates: 1 8 77 to 1 8 77
(Earliest to Latest) Mo/Day/Yr Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 19.2
2.6 Number of Assemblies: BWR ____ PWR 43 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 9-11-95

3.2 Louis O. DelGeorge — Name (Please Type or Print)

3.3 Vice President — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____ Technical Representative — Title — Date

____ Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

CE 122267

**Department of Energy**
Washington, DC 20585

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

JAN 13 1998

Mr. Kenneth S. Petersen
Fuel Buyer
Commonwealth Edison Company
1411 Opus Place, Suite 200
Downers Grove, Il 60515-5701

Dear Mr. Petersen:

The Department of Energy has received your Delivery Commitment Schedule (DCS) for Zion Station, Unit 1, DCS number 03-1012-4372-01 submitted pursuant to Article V.B of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste.

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at (202) 426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at (202) 586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc:
Michael D. Lyster

CE17386

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

U.S. DEPARTMENT OF ENERGY
APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Commonwealth Edison

1.2 DCS Identification Number: 03-1012-4372-01

1.3 Contact Person:
(a) Name: Kenneth S. Petersen
(b) Telephone: ( 630 ) 663-5783

1.4 Contract Number: DE-CR01-83NE44372

1.5 Reactor/Facility Information:
(a) Name: Zion Station
(b) Address: 101 Shiloh Blvd.
(c) City: Zion
(d) State: IL (e) Zip Code: 60099

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X; Barge ____
2.3 Proposed Delivery Year: 2003
2.4 Range of Discharge Dates: 09 15 78 to 09 20 96
(Earliest to Latest) Mo/Day/Yr Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 175.3
2.6 Number of Assemblies: BWR ____ PWR 405 Other ____

## 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] 9/26/97
Authorized Purchaser Signature Date

3.2 Michael D. Lyster
Name (Please Type or Print)

3.3 General Manager
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____________________
Technical Representative Title Date

____________________
Contracting Officer Date

CE 091766

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Northeast
Utilities System

Millstone Offices • Rope Ferry Rd., Waterford, CT

P.O. Box 128
Waterford, CT 06385-0128
(860) 447-1791

U.S. Department of Energy
DOE Contracting Officer
Office of Placement and Administration
PR-322.1
1000 Independence Avenue, S.W.
Washington, DC 20585

September 30, 1996
NE-96-F-331

Dear Ms. Tomasoni:

Attached you will find Delivery Commitment Schedules for Millstone Point Unit 1, Millstone Point Unit 2, and Connecticut Yankee Atomic Power Company (CYAPCO) for spent nuclear fuel to be removed in 2002. These forms are being submitted in accordance with Standard Contracts for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste, #DE-CR01-83NE44399, #DE-CR01-83NE44467, and #DE-CR01-83NE44469 and is based on the March, 1995 Acceptance Priority Ranking and Annual Capacity Report.

Northeast Utilities Service Company ("NUSCO"), a wholly-owned subsidiary of Northeast Utilities, provides various administrative and technical support functions for operating companies in the Northeast Utilities System. Pursuant to an agreement between NUSCO and CYAPCO, NUSCO also furnishes similar support for CYAPCO. This includes work in nuclear engineering and fuel management. Because of the large ownership interest held by wholly-owned subsidiaries of Northeast Utilities in CYAPCO, certain NUSCO officers are also officers of CYAPCO. Mr. Feigenbaum is one of these officers.

If you have any questions concerning these forms, please contact me at (860) 440-2068.

Sincerely yours,

Robert A. Isakson
Nuclear Fuel

RAI:dmj
Attachments

cc: U.S. Department of Energy
Chief, Logistics and Utility Interface Branch
Office of Civilian Radioactive Waste Management
RW-432
1000 Independence Avenue, S.W.
Washington, DC 20585

053422-9 REV. 12-93

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Connecticut Yankee Atomic Power Co.

1.4 Contract Number: DE-CR01-83NE44469

1.2 DCS Identification Number: 02-5701-4469-01 (handwritten: 6601)

1.5 Reactor/Facility Information:
(a) Name: G.E. Morris Operators
(b) Address: 7555 East Collins Road
(c) City: Morris
(d) State: IL (e) Zip Code: 60450

1.3 Contact Person:
(a) Name: Mr. Robert Isakson
(b) Telephone: (860) 440-2068

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 5 Tons (Currently under review, may increase)
2.2 Proposed Shipping Mode: Truck x ; Rail ____ ; Barge ____
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: (Earliest to Latest) 04 01 71 Mo/Day/Yr to 02 28 79 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 13.0
2.6 Number of Assemblies: BWR ____ PWR 31 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor; is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 7/30/96
Authorized Purchaser Signature — Date

3.2 Ted C. Feigenbaum
Name (Please Type or Print)

3.3 Executive Vice President Connecticut Yankee Atomic Power Co.
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____________________
Technical Representative — Title — Date

____________________
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

HQ0011514

HQR-006-1012



HQR-006-1012

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Connecticut Yankee Atomic Power Co.

1.2 DCS Identification Number: 02-5701-4469-02

1.3 Contact Person:
(a) Name: Mr. Robert Isakson
(b) Telephone: (860 ) 440-2068

1.4 Contract Number: DE-CR01-83NE44469

1.5 Reactor/Facility Information:
(a) Name: Haddam Neck
(b) Address: Injun Hollow Road
(c) City: Haddam Neck
(d) State: CT (e) Zip Code: 06424

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 5 Tons (Currently under review, May increase)
2.2 Proposed Shipping Mode: Truck x ; Rail ___ ; Barge ___
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: (Earliest to Latest) 06 01 76 Mo/Day/Yr to 10 30 77 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 8.6
2.6 Number of Assemblies: BWR ___ PWR 21 Other ___

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — 9/30/96 Date

3.2 Ted C. Feigenbaum — Name (Please Type or Print)

3.3 Executive Vice President Connecticut Yankee Atomic Power Co — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ___ Technical Representative ___ Title ___ Date

___ Contracting Officer ___ Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

HQ0011508

HQR-006-1006



HQR-006-1006