OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

nformation is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract …posal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting …en for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 98-1102-4373-01

1.2 Contact Person:
(a) Name: Dr. Henri M. Gueron
(b) Telephone (include Area Code): (212) 460-4821

1.3 Contract Number: DE-CR01-83NE44373

1.4 Reactor/Facility Information:
(a) Name: Indian Point Station
(b) Address: Broadway & Bleakley Ave.
(c) City, State & Zip Code: Buchanan, N.Y. 10511

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 40
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck x ; Rail ____; Barge ____
2.4 Proposed Delivery Date: 1998
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 03 30 76 Mo / Day / Yr to 01 29 93 Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 2.92 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR 6 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [illegible signature] — Authorized Purchaser Signature — September 23, 1992 — Date

3.2 Dr. Henri M. Gueron — Name (Please Type or Print)

3.3 Director Nuclear Fuel & Coal Supply — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

[illegible signature] — Technical Representative — [illegible] — Title — [illegible] — Date

4.2 [illegible signature] — Contracting Officer — [illegible] — Date — [illegible]

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM

INTENTIONALLY LEFT BLANK

INTENTIONALLY LEFT BLANK

A-830C

REVISED

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-1102-4373-01

1.2 Contact Person:
(a) Name: Joseph A. Pezzello
(b) Telephone (include Area Code): (212) 460-4821

1.3 Contract Number: DE-CR01-83NE44373

1.4 Reactor/Facility Information:
(a) Name: Indian Point Station
(b) Address: Broadway & Bleakley Ave.
(c) City, State & Zip Code: Buchanan, N.Y. 10511

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 40
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck x ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 03 30 76 Mo / Day / Yr to 01 29 93 Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 27.66 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR 61 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — January 10, 1994 Date

3.2 Joseph A. Pezzello — Name (Please Type or Print)

3.3 Principal Engineer Nuclear Fuel Supply — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Technical Representative — Chief, Logistics and Utility Interface Branch Title — 2/2?/94 Date

4.2 [signature] Contracting Officer — 3/8/94 Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRW Copy

INTENTIONALLY LEFT BLANK

4

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

Information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting den for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, ering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect his collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 00-1102-4373-01

1.2 Contact Person:
(a) Name: Joseph A. Pezzello
(b) Telephone (include Area Code): (212) 460-4821

1.3 Contract Number: DE-CR01-83NE44373

1.4 Reactor/Facility Information:
(a) Name: Indian Point Station
(b) Address: Broadway & Bleakley Ave.
(c) City, State & Zip Code: Buchanan, N.Y. 10511

### DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 40
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X; Rail ____; Barge ____
2.4 Proposed Delivery Date: 2000
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 03 30 76 to 01 29 93 (Mo / Day / Yr to Mo / Day / Yr)
2.7 Metric Tons Uranium: (Initial) 32.74 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR 72 Other ____

### CERTIFICATIONS

chaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that chaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 Joseph A. Pezzello — September 29, 1994
Authorized Purchaser Signature — Date

3.2 Joseph A. Pezzello
Name (Please Type or Print)

3.3 Principal Engineer Reactor & Fuel Engineering
Title (Please Type or Print)

LE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or udulent statements as to any matter within its jurisdiction.

### NOTIFICATION OF DOE APPROVAL

4.1. Approved by DOE
[signature] — Team Leader — 12-2-94
Technical Representative — Title — Date

4.2 [signature] — 1/11/95
Contracting Officer — Date

Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1

NWPA-830C

APPROVED BY DOE ON JULY 23, 1993

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-1201-4374-02

1.2 Contact Person:
(a) Name: GRBoss
(b) Telephone (include Area Code): 616-547-6537 Ext: 251

1.3 Contract Number: DE-CR01-83NE44374

1.4 Reactor/Facility Information:
(a) Name: Big Rock Point Nuclear Plant
(b) Address: 10269 US 31 North
(c) City, State & Zip Code: Charlevoix, MI 49720

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 24 tn transfer, 60 tn shipping
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 7 23 77 to 10 31 80
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 0.59 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 5 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 4/22/93
Authorized Purchaser Signature — Date

3.2 D P Hoffman
Name (Please Type or Print)

3.3 Vice President Nuclear Operations
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] RW-432 [illegible] 7/14/93
Technical Representative — Title — Date

4.2 [signature]
Contracting Officer — Date

01001950

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-1201-4374-03

1.2 Contact Person:
(a) Name: GRBoss
(b) Telephone (include Area Code): 616-547-6537 Ext: 251

1.3 Contract Number: DE-CR01-83NE44374

1.4 Reactor/Facility Information:
(a) Name: Big Rock Point Nuclear Plant
(b) Address: 10269 US 31 North
(c) City, State & Zip Code: Charlevoix, MI 49720

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 24 ton transfer; 60 ton shipping
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 1 30 76 to 1 2 89
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 1.64 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 14 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 4/22/93
Authorized Purchaser Signature — Date

3.2 D P Hoffman
Name (Please Type or Print)

3.3 Vice President Nuclear Operations
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

[signature] — Chief, ... RW-432 — 7/6/93
Technical Representative — Title — Date

4.2 [signature] 7/20/93
Contracting Officer — Date

01001951

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-1201-4374-04

1.2 Contact Person:
(a) Name: GRBoss
(b) Telephone (include Area Code): 616/547-8251

1.3 Contract Number: DE-CR01-83NE44374

1.4 Reactor/Facility Information:
(a) Name: Big Rock Point
(b) Address: 10269 US 31 North
(c) City, State & Zip Code: Charlevoix, MI 49720

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 25 ton transfer, 60 ton shipping
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 06 02 74 (Mo / Day / Yr) to 06 26 93 (Mo / Day / Yr)
2.7 Metric Tons Uranium: (Initial) 0.10 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 1 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] — Authorized Purchaser Signature — Date: 8/20/93

3.2 D P Hoffman — Name (Please Type or Print)

3.3 Vice President Nuclear Operations — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] — Technical Representative
Title: Chief, Logistics and Utility Interface Branch
Date: 12-14-93

4.2 [signature] — Contracting Officer
Date: 1/14/94

01001805

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-1201-4374-01

1.2 Contact Person:
(a) Name: GRBoss
(b) Telephone (include Area Code): 616/547-8251

1.3 Contract Number: DE-CR01-83NE44374

1.4 Reactor/Facility Information:
(a) Name: Big Rock Point
(b) Address: 10269 US 31 North
(c) City, State & Zip Code: Charlevoix, MI 49720

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 25 ton transfer, 60 ton shipping
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 06 02 74 to 06 26 93
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 0.17 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR ____ Other 189 pins

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — 5/20/93 Date

3.2 D P Hoffman — Name (Please Type or Print)

3.3 Vice President Nuclear Operations — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Technical Representative — Chief, Logistics and Utility Interface Branch (Title) — 12-14-93 (Date)

4.2 [signature] Contracting Officer — 1/14/94 Date

01001806

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 00-1201-4374-01

1.2 Contact Person:
(a) Name: GRBoss
(b) Telephone (include Area Code): 616-547-6537 Ext: 251

1.3 Contract Number: DE-CR01-83NE44374

1.4 Reactor/Facility Information:
(a) Name: Big Rock Point Nuclear Plant
(b) Address: 10269 US 31 North
(c) City, State & Zip Code: Charlevoix, MI 49720

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 24 ton transfer; 60 ton shipping
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 2000
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 7 23 77 Mo / Day / Yr to 10 31 80 Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 3.84 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 30 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — 4/-1/-5 Date

3.2 D P Hoffman — Name (Please Type or Print)

3.3 Vice President Nuclear Operations — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

[signature] Technical Representative — RW-432 Chief, U.T.I.T. [illegible] Title — 7/16/97 Date

4.2 [signature] Contracting Officer — 7/22/97 Date

01001953

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 00-1204-4374-04

1.2 Contact Person:
(a) Name: Paul Kluskowski
(b) Telephone (include Area Code): 616/764-8913 ext 113

1.3 Contract Number: DE-CR01-83NE44374

1.4 Reactor/Facility Information:
(a) Name: Palisades
(b) Address: 27780 Blue Star Highway
(c) City, State & Zip Code: Covert, MI 49043

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 100 ton
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.4 Proposed Delivery Date: 2000
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 01 01 76 Mo / Day / Yr to 06 04 93 Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 24.00 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR 60 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 8/20/93

3.2 D P Hoffman — Name (Please Type or Print)

3.3 Vice President Nuclear Operations — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Technical Representative — Title: Chief, Logistics and Utility Interface Branch — Date: 12-14-93

4.2 [signature] Contracting Officer — Date: 1/14/94

01001802

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 00-1204-4374-03

1.2 Contact Person:
(a) Name: Paul Kluskowski
(b) Telephone (include Area Code): 616/764-8913 ext: 113

1.3 Contract Number: DE-CR01-83NE44374

1.4 Reactor/Facility Information:
(a) Name: Palisades
(b) Address: 27780 Blue Star Highway
(c) City, State & Zip Code: Covert, MI 49043

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 100 ton
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.4 Proposed Delivery Date: 2000
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 01 01 76 to 06 04 93
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 24.25 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR 60 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 5/20/93

3.2 D P Hoffman — Name (Please Type or Print)

3.3 Vice President Nuclear Operations — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Technical Representative — Title: Chief, Logistics and Utility Interface Branch — Date: 12-14-93

4.2 [signature] Contracting Officer — Date: 1/14/94

01001803

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 00-1201-4374-02

1.2 Contact Person:
(a) Name: GRBoss
(b) Telephone (include Area Code): 616/547-8251

1.3 Contract Number: DE-CR01-83NE44374

1.4 Reactor/Facility Information:
(a) Name: Big Rock Point
(b) Address: 10269 US 31 North
(c) City, State & Zip Code: Charlevoix, MI 49720

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): ______
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 2000
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 06 02 74 to 06 26 93
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 35.21 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 267 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 8/20/93
Authorized Purchaser Signature Date

3.2 D P Hoffman
Name (Please Type or Print)

3.3 Vice President Nuclear Operations
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Chief, Logistics and Utility Interface Branch 12-14-93
Technical Representative Title Date

4.2 [signature] 1/14/94
Contracting Officer Date

01001804

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

Darlene,
please file under
Spent Fuel + Delivery Commitment
Schedule

Ms. Ruth Harrington
Consumer's Power Company
1945 West Parnell Road
Jackson, Michigan 49201

MAR 0 5 1996

Dear Ms. Harrington:

The Department of Energy (DOE) has reviewed and approved the Delivery Commitment Schedules (DCS) submitted by Consumers Power Company dated October 16, 1995 (DCS number 02-1204-4374-01) for spent nuclear fuel from Palisades and (DCS number 01-1201-4374-01) for spent nuclear fuel from Big Rock Point. Copies of the approved DCSs are enclosed for your records. The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed pursuant to law.

Additionally, item 1.2 of one of the DCSs has been completed incorrectly. As stated in the DCS Instructions, Item 1.2 should be a 12-digit unique identification number, where the first two digits correspond to the last two digits of the delivery year. The correct DCS numbers should be:

| DCS number as submitted | Correct DCS number |
|---|---|
| 00-1204-4374-01 | 02-1204-4374-01 |

If you have any questions, please contact Doug Baptist of my staff on (202) 634-4455 or Elissa Turner, Office of Civilian Radioactive Waste Management, on (202) 586-1710.

Sincerely,

Beth A. Tomasoni

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

01001415

Printed with soy ink on recycled paper

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Consumers Power Company

1.2 DCS Identification Number: 01 - 1201 - 4374 - 01

1.3 Contact Person:
(a) Name: T.C. Hort
(b) Telephone: ( 616 ) 547-8267

1.4 Contract Number: DE - CR01 - 83NE44374

1.5 Reactor/Facility Information:
(a) Name: Big Rock Point
(b) Address: 10269 U.S. 31 North
(c) City: Charlevoix
(d) State: MI (e) Zip Code: 49720

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 25 Tons Transfer; 60 Ton Shipping
2.2 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.3 Proposed Delivery Year: 2001 *
2.4 Range of Discharge Dates: 10 01 94 to 12 31 94
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 2.7
2.6 Number of Assemblies: BWR 20 PWR ____ Other ____

*The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed under the act.

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 ____________________ Authorized Purchaser Signature ____________ Date

3.2 Robert Fenech — Name (Please Type or Print)

3.3 Vice President, NOD — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 [X] Approved [ ] Disapproved

4.2 [signature] Technical Representative — COTR Title — 11/30/96 Date

[signature] Contracting Officer — Date

01001416

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Consumers Power Company

1.4 Contract Number: DE - CR01 - 83NE44374

1.2 DCS Identification Number: DO-1204 - 4374 - 01

1.5 Reactor/Facility Information:
(a) Name: Palisades Nuclear Plant
(b) Address: 27780 Blue Star HWY
(c) City: Covert
(d) State: MI. (e) Zip Code: 49043

1.3 Contact Person:
(a) Name: Allen Williams
(b) Telephone: ( 616 ) 764-8913 ext. 0113

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 100 Ton
2.2 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.3 Proposed Delivery Year: 2002 *
2.4 Range of Discharge Dates: (Earliest to Latest) 1 1 76 Mo/Day/Yr to 10 31 90 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 21.8
2.6 Number of Assemblies: BWR ____ PWR 53 Other ____

* The proposed delivery date is dependent upon the existence of an operational repository or an inter storage facility constructed under the act.

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 ________ Authorized Purchaser Signature ________ Date

3.2 Robert Fenech — Name (Please Type or Print)

3.3 Vice President, NOD — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

4.2 [signature] Technical Representative — [illegible] Title — 1/30/96 Date

[signature] Contracting Officer — [illegible] Date

01001417

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C
Revised 09/10/93

OMB No. 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Consumers Power Company

1.2 DCS Identification Number: 02-1201-4374-02

1.3 Contact Person:
(a) Name: TC Mort
(b) Telephone: (616) 547-8267

1.4 Contract Number: DE-CR01-83NE44374

1.5 Reactor/Facility Information:
(a) Name: Big Rock Point
(b) Address: 10269 US 31 North
(c) City: Charlevoix
(d) State: MI (e) Zip Code: 49720

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 25 Tons Transfer, 60 Ton Shipping
2.2 Proposed Shipping Mode: Truck X ; Rail ___ ; Barge ___
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: (Earliest to Latest) 01 06 96 Mo/Day/Yr to 01 06 96 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 3.0
2.6 Number of Assemblies: BWR 72 PWR - Other --

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — 11-1-96 Date

3.2 RA Fenech — Name (Please Type or Print)

3.3 Vice President NOD — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ______ Technical Representative ______ Title ______ Date

______ Contracting Officer ______ Date

01000086

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

RW?A-830C
Revised 09/10/93

OMB No., 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave. S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Consumers Power Company

1.2 DCS Identification Number: 02-1204-4374-03

1.3 Contact Person:
(a) Name: Scott Hawn
(b) Telephone: ( 616 ) 764-3179

1.4 Contract Number: DE-CR01-83NE44374

1.5 Reactor/Facility Information:
(a) Name: Palisades Nuclear Plant
(b) Address: 27780 Blue Star HWY
(c) City: Covert
(d) State: MI (e) Zip Code: 49043

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 100 Ton
2.2 Proposed Shipping Mode: Truck X ; Rail ___ ; Barge ___
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: (Earliest to Latest) 1 1 76 Mo/Day/Yr to 10 31 90 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 2.6
2.6 Number of Assemblies: BWR ___ PWR 6 Other ___

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — 12-6-96 Date

3.2 Robert Fenech — Name (Please Type or Print)

3.3 Vice President, NOD — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ___ Technical Representative ___ Title ___ Date

___ Contracting Officer ___ Date

01000087

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Consumers Energy Company

1.2 DCS Identification Number: 03-1204-4374-01

1.3 Contact Person:
(a) Name: RS Hawn
(b) Telephone: ( 616 ) 764-3179

1.4 Contract Number: DE-CR01-83NE44374

1.5 Reactor/Facility Information:
(a) Name: Palisades Nuclear Plant
(b) Address: 27780 Blue Star Memorial Highway
(c) City: Covert
(d) State: MI (e) Zip Code: 49043

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 100 Ton
2.2 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.3 Proposed Delivery Year: 2003
2.4 Range of Discharge Dates: (Earliest to Latest) 0101 76 Mo/Day/Yr to 10 31 90 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 3.5
2.6 Number of Assemblies: BWR ____ PWR 9 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 1/26/99

3.2 T.J. Palmisano — Name (Please Type or Print)

3.3 Site Vice President — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____ Technical Representative ____ Title ____ Date

____ Contracting Officer ____ Date

01000072

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

February 22, 1999

Mr. Thomas J. Palmisano
Site Vice President
Consumers Energy Company
Palisades Nuclear Plant
27780 Blue Star Memorial Highway
Covert, MI 49043

Dear Mr. Palismano:

The Department of Energy has received your Delivery Commitment Schedule (DCS) number 03-1204-4374-01 for the Palisades Nuclear Plant (contract number DE-CR01-83NE44374) for 2003, submitted pursuant to Article V. B., and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR 961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc: R. Scott Hawn

01000066

Printed with soy ink on recycled paper

**Department of Energy**
Washington, DC 20585

February 22, 1999

Mr. Thomas J. Palmisano
Site Vice President
Consumers Energy Company
Palisades Nuclear Plant
27780 Blue Star Memorial Highway
Covert, MI 49043

Dear Mr. Palmisano:

The Department of Energy received your Delivery Commitment Schedules (DCSs) for the Big Rock Point Restoration Project DCS number 04-1201-4374-01 and the Palisades Nuclear Power Plant DCS number 04-1204-4374-02 (contract number DE-CR01-83NE44374 used for both DCSs) for 2004 submitted pursuant to Article V. B., and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR 961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc: R. Scott Hawn
Kevin J. Shields

01000073

Printed with soy ink on recycled paper

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Consumers Energy Company

1.2 DCS Identification Number: 04-1201-4374-01

1.3 Contact Person:
(a) Name: KJ Shields
(b) Telephone: (616 )547-8293

1.4 Contract Number: DE-CR01-83NE44374

1.5 Reactor/Facility Information:
(a) Name: Big Rock Point
(b) Address: 10269 US 31 North
(c) City: Charlevoix
(d) State: MI (e) Zip Code: 49720

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 25 tons transfer, 60 ton shipping
2.2 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.3 Proposed Delivery Year: 2004
2.4 Range of Discharge Dates: 11 01 90 to 09 01 97
(Earliest to Latest) Mo/Day/Yr Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 10.469
2.6 Number of Assemblies: BWR 82 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 11/26/98
Authorized Purchaser Signature Date

3.2 TJ Palmisano
Name (Please Type or Print)

3.3 Site Vice President
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____________________
Technical Representative Title Date

____________________
Contracting Officer Date

01000088

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Consumers Energy Company

1.2 DCS Identification Number: 04-1204-4374-02

1.3 Contact Person:
(a) Name: RS Hawn
(b) Telephone: ( 616 ) 764-3179

1.4 Contract Number: DE-CR01-83NE44374

1.5 Reactor/Facility Information:
(a) Name: Palisades Nuclear Plant
(b) Address: 27780 Blue Star Memorial Highway
(c) City: Covert
(d) State: MI (e) Zip Code: 49043

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 100 Ton
2.2 Proposed Shipping Mode: Truck x ; Rail ___ ; Barge ___
2.3 Proposed Delivery Year: 2004
2.4 Range of Discharge Dates: 01 01 76 Mo/Day/Yr to 10 31 90 Mo/Day/Yr
(Earliest to Latest)
2.5 Metric Tons Uranium: (Initial) 19.41
2.6 Number of Assemblies: BWR ___ PWR 48 Other ___

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 10/26/98

3.2 TJ Palmisano — Name (Please Type or Print)

3.3 Site Vice President — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ___ Technical Representative ___ Title ___ Date

___ Contracting Officer ___ Date

01000089

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C
(Revised 05/97)

OMB No. 1901-0260
Expires: 07/31/00

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Statistics and Methods Group, EI-70, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503. According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Consumers Energy Company

1.2 DCS Identification Number: 06-1204-4374-01

1.3 Contact Person:
(a) Name: R.S. Hawn
(b) Telephone: (616 )764-3179

1.4 Contract Number: DE-CR01-83NE 44374

1.5 Reactor/Facility Information:
(a) Name: Palisades Nuclear Plant
(b) Address: 27780 Blue Star Memorial Highway
(c) City: Covert
(d) State: MI. (e) Zip Code: 49043

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 100 Ton
2.2 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.3 Proposed Delivery Year: 2006
2.4 Range of Discharge Dates: 01 01 76 (Mo/Day/Yr) to 12 31 99 (Mo/Day/Yr)
(Earliest to Latest)
2.5 Metric Tons Uranium: (Initial) 2.9
2.6 Number of Assemblies: BWR ____ PWR 7 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.4 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] — Authorized Purchaser Signature — Date: 5/22/2002

3.2 T.J. Palmisano — Name (Please Type or Print)

3.3 Site Vice President — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____ Technical Representative ____ Title ____ Date

____ Contracting Officer ____ Date

01000090

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

OCT 2 5 2000

Mr. R. Scott Hawn
Reactor Engineering Supervisor
Consumers Energy Company
Palisades Nuclear Plant
27780 Blue Star Memorial Highway
Covert, MI 49043

Dear Mr. Hawn:

The Department of Energy received your Delivery Commitment Schedule (DCS) for Palisades Nuclear Plant, DCS number 06-1204-4374-01 (contract number DE-CR01-83NE44374) for 2006. The DCS was submitted pursuant to Article V.B. and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10CFR961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0077, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Herbert D. Watkins
Contracting Officer
Headquarters Procurement Services

cc:
Mr. Om P. Jolly
cc: MG Wilson M-923A

01000067



Printed with soy ink on recycled paper

NMC
Committed to Nuclear Excellence

Palisades Nuclear Plant
Operated by Nuclear Management Company, LLC

September 27, 2001
OPJ 00-094

U.S. Department of Energy
DOE Contracting Officer
Office of Placement and Administration
PR-322.2
1000 Independence Avenue, S.W.
Washington, DC 20585

Subject: Delivery Commitment Schedules For 2007
Contract: DE-CR01-83NE44374

Please find the Delivery Commitment Schedules (DCS) for Palisades 30.8 MTU, for 2007.

To date, we have submitted DCS forms that reflected a total of 152.9 MTU of spent fuel from our Palisades and Big Rock Power plants. We have received DOE approval for 114.3 MTU of our previously submitted DCS forms. Your Department has not acted upon the previously requested 38.6 MTU of DCS forms.

In accordance with our contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste # DE-CR01-83NE44374, Article V, Paragraph B, Delivery Commitment Schedule, DOE is requested to approve the attached DCS within three (3) months of the receipt or advise us of the reason for your disapproval and request a revised DCS from us. The approval request for 30.8 MTU and our previous requests for 38.6 MTU now total 69.4 MTU requiring approval action by DOE.

If you have any questions, please contact me at (616) 764-2058.

Sincerely,

O.P. Jolly
Senior Engineer

cc: GMKrieser, NMC
RSHawn, Palisades
DESexton, M-645B
PAHarden, Palisades
JPBroschak, Palisades
TCBordine, Palisades
DEBarth, M-1031

U.S. Department of Energy
Chief, Logistics & Utility Interface Branch
Office of Civilian Radioactive Waste Mgt.
RW-432
1000 Independence Avenue, S.W.
Washington, DC 20585

01000068



27780 Blue Star Memorial Highway • Covert, MI 49043
Telephone: 616.764.2000

NWPA-830C
(Revised 05/97)

OMB No. 1901-0260
Expires: 07/31/00

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal ~ent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of ation is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and eting and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Statistics and Methods Group, EI-70, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503. According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Consumers Energy Company

1.2 DCS Identification Number: 07-1204-4374-01

1.3 Contact Person:
(a) Name: R. S. Hawn
(b) Telephone: ( 616 ) 764-3179

1.4 Contract Number: DE-CR01-83NE44374

1.5 Reactor/Facility Information:
(a) Name: Palisades Nuclear Plant
(b) Address: 27780 Blue Star Memorial Highway
(c) City: Covert
(d) State: MI (e) Zip Code: 49043

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 100 Ton
2.2 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.3 Proposed Delivery Year: 2007
2.4 Range of Discharge Dates: 01 01 76 Mo/Day/Yr to 05 30 2001 Mo/Day/Yr
(Earliest to Latest)
2.5 Metric Tons Uranium: (Initial) 30.8
2.6 Number of Assemblies: BWR ____ PWR 80 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.4 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] for DECooper — Authorized Purchaser Signature; Date: 9-27-01

3.2 DECooper — Name (Please Type or Print)

3.3 Site Vice President — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 Technical Representative ____ Title ____ Date ____

Contracting Officer ____ Date ____

01000070

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Department of Energy
Washington, DC 20585

DEC 22 1992

Mr. William L. Berg
General Manager
Dairyland Power Cooperative
3200 East Avenue South
P.O. Box 817
LaCrosse, WI 54602-0817

Dear Mr. Berg:

The Department of Energy (DOE) has reviewed and approved the seven Delivery Commitment Schedules (DCS) submitted by Dairyland Power Cooperative dated September 24, 1992, (DCS numbers 98-1301-4377-01, 99-1301-4377-01, 00-1301-4377-01, 01-1301-4377-01, 03-1301-4377-01, 06-1301-4377-01, and 07-1301-4377-01). Copies of the approved DCSs are enclosed for your records.

During our review of your DCSs, DOE noted an apparent inconsistency between the information provided in Item 2.1 ("Type Cask Required") of the DCSs and that previously provided to DOE by Dairyland Power as part of the Facility Interface Capability Assessment (FICA) effort. Specifically, the DCSs indicate that LaCrosse can accommodate a cask with a maximum loaded lifting weight of 50 tons. Although the FICA data is in agreement with this, it also indicates that your site has a floor load limit of 36 tons. DOE would appreciate an explanation of this apparent inconsistency.

If you have any questions concerning this action, please contact Nick Graham of my staff on (202) 634-4415 or Nancy Montgomery of the Department's Office of Civilian Radioactive Waste Management on (202) 586-8320.

Linda Strand
Contracting Officer
Office of Placement and
Administration

Enclosures

cc: S. J. Raffety

INTENTIONALLY LEFT BLANK

98-1301-4377-01

/A-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

Information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 98-1301-4377-01

1.2 Contact Person:
(a) Name: Seymour J. Raffety
(b) Telephone (include Area Code): 608-689-2331

1.3 Contract Number: DE-CR01-83NE44377

1.4 Reactor/Facility Information:
(a) Name: La Crosse
(b) Address: Rt. 1, Box 275
(c) City, State & Zip Code: Genoa, WI 54632

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 50
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X; Rail ____; Barge ____
2.4 Proposed Delivery Date: 1998
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 08 19 72 to 03 30 73
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 0.72 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 6 PWR ____ Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] 9-24-92
Authorized Purchaser Signature — Date

3.2 William L. Berg — 3.3 General Manager
Name (Please Type or Print) — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

[signature] Branch Chief, RW-432 12/4/92
Technical Representative — Title — Date

4.2 [signature] Contracting Officer 12/31/92
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCR opy

99-1301-4377-01

A-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-1301-4377-01

1.2 Contact Person:
(a) Name: Seymour J. Raffety
(b) Telephone (include Area Code): 608-689-2331

1.3 Contract Number: DE-CR01-83NE44377

1.4 Reactor/Facility Information:
(a) Name: La Crosse
(b) Address: Rt. 1, Box 275
(c) City, State & Zip Code: Genoa, WI 54632

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 50
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 08 19 72 to 04 09 82
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 5.99 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 51 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 William L. Berg [signature] — Authorized Purchaser Signature — Date: 9-24-92

3.2 William L. Berg — Name (Please Type or Print)

3.3 General Manager — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

[signature] — Technical Representative — Title: Branch Chief RW-432 — Date: 12/7/92

4.2 [signature] — Contracting Officer — Date: Contracting Officer 12/22/92

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM;

A-830C

00-1301-4377-01

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

...formation is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for ...isposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 00-1301-4377-01

1.2 Contact Person:
(a) Name: Seymour J. Raffety
(b) Telephone (include Area Code): 608-689-2331

1.3 Contract Number: DE-CR01-83NE44377

1.4 Reactor/Facility Information:
(a) Name: La Crosse
(b) Address: Rt. 1, Box 275
(c) City, State & Zip Code: Genoa, WI 54632

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 50
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.4 Proposed Delivery Date: 2000
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 08 19 72 Mo / Day / Yr to 11 05 83 Mo / Day / Yr
7 Metric Tons Uranium: (Initial) 3.00 (Discharged) (Not Required)
Number of Assemblies: BWR 27 PWR ____ Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that Purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 William L. Berg — Authorized Purchaser Signature — 9-24-92 Date

3.2 William L. Berg — Name (Please Type or Print)

3.3 General Manager — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

[signature] Technical Representative — Branch Chief Title — 12-1-92 Date

4.2 [signature] Contracting Officer — Contract Officer — 12/2/92 Date

Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pin...

A-830C

01-1301-4377-01

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 01-1301-4377-01

1.2 Contact Person:
(a) Name: Seymour J. Raffety
(b) Telephone (include Area Code): 608-689-2331

1.3 Contract Number: DE-CR01-83NE44377

1.4 Reactor/Facility Information:
(a) Name: La Crosse
(b) Address: Rt. 1, Box 275
(c) City, State & Zip Code: Genoa, WI 54632

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 50
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 2001
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 08 19 72 to 03 11 85
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 3.86 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 35 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 William L Berg (signature) 9-24-92
Authorized Purchaser Signature — Date

3.2 William L. Berg — 3.3 General Manager
Name (Please Type or Print) — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
(signature) Branch Chief RW-[illegible] 1/7/[illegible]
Technical Representative — Title — Date

4.2 (signature) Contracting Officer 1/27/92
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM;

A-830C

03-1301-4377-01

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

nformation is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 03-1301-4377-01

1.2 Contact Person:
(a) Name: Seymour J. Raffety
(b) Telephone (include Area Code): 608-689-2331

1.3 Contract Number: DE-CR01-83NE44377

1.4 Reactor/Facility Information:
(a) Name: La Crosse
(b) Address: Rt. 1, Box 275
(c) City, State & Zip Code: Genoa, WI 54632

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 50
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.4 Proposed Delivery Date: 2003
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 08 19 72 Mo / Day / Yr to 03 07 86 Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 3.37 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 31 PWR ____ Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 William L. Berg [signature] — Authorized Purchaser Signature — 9-24-92 Date

3.2 William L. Berg — Name (Please Type or Print)

3.3 General Manager — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Technical Representative — Title: Branch Chief — Date: 12/1/92

4.2 [signature] Contracting Officer — Contracting Officer — Date: 12/22/92

A-830C

06-1301-4377-01

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 06-1301-4377-01

1.2 Contact Person:
(a) Name: Seymour J. Raffety
(b) Telephone (include Area Code): 608-689-2331

1.3 Contract Number: DE-CR01-83NE44377

1.4 Reactor/Facility Information:
(a) Name: La Crosse
(b) Address: Rt. 1, Box 275
(c) City, State & Zip Code: Genoa, WI 54632

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 50
2.2 Shipping Lot Number: **(Not Required) (Assigned by DOE)**
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 2006
2.5 DOE Assigned Delivery Commitment Date: **(Not Required) (Assigned by DOE)**
2.6 Range of Discharge Dates: 08 19 72 to 04 30 87
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 1.45 (Discharged) **(Not Required)**
2.8 Number of Assemblies: BWR 13 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 William L Berg (signature) — 9-24-92
Authorized Purchaser Signature — Date

3.2 William L. Berg
Name (Please Type or Print)

3.3 General Manager
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

[illegible signature] — [illegible] — 12/4/92
Technical Representative — Title — Date

4.2 [illegible signature] — Contracting Officer — 12/23/92
Contracting Officer — Date

Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 F

07-1301-4377-01

NPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

T... mation is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract fo... osal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 07-1301-4377-01

1.2 Contact Person:
(a) Name: Seymour J. Raffety
(b) Telephone (include Area Code): 608-689-2331

1.3 Contract Number: DE-CR01-83NE44377

1.4 Reactor/Facility Information:
(a) Name: La Crosse
(b) Address: Rt. 1, Box 275
(c) City, State & Zip Code: Genoa, WI 54632

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 50
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 2007
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 03 19 72 to 04 30 87
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 3.29 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 30 PWR ____ Other ____

## 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 William L. Berg (signature) — 9-24-92
Authorized Purchaser Signature — Date

3.2 William L. Berg
Name (Please Type or Print)

3.3 General Manager
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

(signature) — (title, handwritten) — (date, handwritten)
Technical Representative — Title — Date

4.2 (signature) — (handwritten) — (date, handwritten)
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM ... py

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 98-7002-0000-01

1.2 Contact Person:
(a) Name: Jeffrey Williams
(b) Telephone (include Area Code): (202) 586-9620

1.3 Contract Number: N/A

1.4 Reactor/Facility Information:
(a) Name: INEL
(b) Address: Idaho Operations Office/DOE
(c) City, State & Zip Code: Idaho Falls, Idaho 83402

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 100
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.4 Proposed Delivery Date: 1998
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 09 30 72 to 09 30 72 (Mo / Day / Yr to Mo / Day / Yr)
2.7 Metric Tons Uranium: (Initial) 1.194 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR 3 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 Victor Trebules (signature) — 9-30-92
Authorized Purchaser Signature — Date

3.2 Victor W. Trebules
Name (Please Type or Print)

3.3 Director, Storage Division
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

Technical Representative — Title — Date

4.2

Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-C
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contr for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public repor burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sourc gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other asp of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washingt D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 98-7005-0000-01

1.2 Contact Person:
(a) Name: Jeffrey Williams
(b) Telephone (include Area Code): (202) 586-9620

1.3 Contract Number: N/A

1.4 Reactor/Facility Information:
(a) Name: West Valley
(b) Address: P.O. Box 191
(c) City, State & Zip Code: West Valley N.Y. 14171-0191

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 101
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.4 Proposed Delivery Date: 1998
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 02 04 71 to 04 15 72
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 15.29 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR 40 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic orig has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and th purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 Victor Trebules 9-30-92
Authorized Purchaser Signature — Date

3.2 Victor W. Trebules
Name (Please Type or Print)

3.3 Director, Storage Division
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

Technical Representative — Title — Date

4.2

Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-026
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 98-7005-0000-02

1.2 Contact Person:
(a) Name: Jeffrey Williams
(b) Telephone (include Area Code): (202) 586-9620

1.3 Contract Number: N/A

1.4 Reactor/Facility Information:
(a) Name: West Valley
(b) Address: P.O. Box 191
(c) City, State & Zip Code: West Valley N.Y. 14171-0191

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 101
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail x ____; Barge ____
2.4 Proposed Delivery Date: 1998
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 06 21 68 03 20 72
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 1.58 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 12 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 Victor Trebules (signature) 9-30-92
Authorized Purchaser Signature — Date

3.2 Victor W. Trebules
Name (Please Type or Print)

3.3 Director, Storage Division
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

Technical Representative — Title — Date

4.2

Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy