NWPA-8300

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-7005-0000-01

1.2 Contact Person:
(a) Name: Jeffrey Williams
(b) Telephone (include Area Code): (202) 586-9620

1.3 Contract Number: N/A

1.4 Reactor/Facility Information:
(a) Name: West Valley
(b) Address: 10282 Rock Springs Rd.
(c) City, State & Zip Code: West Valley, NY 14171

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 101
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail X; Barge ____
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 03 02 73 Mo / Day / Yr to 06 03 74 Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 9.92 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 73 PWR ____ Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 Victor W. Trebules — 2-3-93
Authorized Purchaser Signature — Date

3.2 Victor W. Trebules
Name (Please Type or Print)

3.3 Director, Storage Division
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

Technical Representative — Title — Date

4.2 Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-7002-0000-01

1.2 Contact Person:
(a) Name: Jeffrey Williams
(b) Telephone (include Area Code): (202) 586-9620

1.3 Contract Number: N/A

1.4 Reactor/Facility Information:
(a) Name: INEL
(b) Address: Idaho Operations Office/DOE
(c) City, State & Zip Code: Idaho Falls, Idaho 83402

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): ______
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 04 06 74 to 04 06 74
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 1.167 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR 3 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 Victor Trebules (signature) 9-30-92
Authorized Purchaser Signature — Date

3.2 Victor W. Trebules
Name (Please Type or Print)

3.3 Director, Storage Division
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

______________________
Technical Representative — Title — Date

4.2 ______________________
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

February 22, 1999

Mr. Sushil C. Jain
Senior Vice President, Nuclear Service Group
Duquesne Light Company
Beaver Valley Power Station
Route 168
Shippingport, PA 15077

Dear Mr. Jain:

The Department of Energy received your Delivery Commitment Schedules (DCSs) for the Beaver Valley Power Station Unit #1 DCS number 04-1601-4380-01 and DCS number 07-1601-4380-01 (contract number DE-CR01-83NE44380 used for both DCSs) for 2004 and 2007 – submitted pursuant to Article V. B., and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/ or High-Level Radioactive Waste (10 CFR 961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc: Robert D. Scherer

Printed with soy ink on recycled paper

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

OEP-0000001

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Duquesne Light Company

1.2 DCS Identification Number: 04-1601-4380-01

1.3 Contact Person:
(a) Name: Robert D. Scherer
(b) Telephone: ( 412 ) 393-6901

1.4 Contract Number: DE-CR01-83NE44380

1.5 Reactor/Facility Information:
(a) Name: Beaver Valley Power Station
(b) Address: Route 168 Unit #1
(c) City: Shippingport
(d) State: PA (e) Zip Code: 15077

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 120 ton
2.2 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.3 Proposed Delivery Year: 2004 - Year 7
2.4 Range of Discharge Dates: (Earliest to Latest) 11 30 79 Mo/Day/Yr to 06 10 83 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 16.2
2.6 Number of Assemblies: BWR ____ PWR 35 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 12/10/98
Authorized Purchaser Signature — Date

3.2 Sushil C. Jain
Name (Please Type or Print)

3.3 Senior Vice President Nuclear Services Group
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____________________
Technical Representative — Title — Date

____________________
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

OEP-0000004

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

NWPA-830C
Revised 09/10/93

OMB No.. 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Duquesne Light Company

1.4 Contract Number: DE-CR01-83NE44380

1.2 DCS Identification Number: 07-1601-4380-01

1.5 Reactor/Facility Information:
(a) Name: Beaver Valley Power Station Unit #1
(b) Address: Route 168
(c) City: Shippingport
(d) State: PA (e) Zip Code: 15077

1.3 Contact Person:
(a) Name: Robert D. Scherer
(b) Telephone: ( 412 ) 393-6901

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 120 ton
2.2 Proposed Shipping Mode: Truck X; Rail ____; Barge ____
2.3 Proposed Delivery Year: 2007 - Year 10
2.4 Range of Discharge Dates: (Earliest to Latest) 06 10 83 Mo/Day/Yr to 10 11 84 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 24.4
2.6 Number of Assemblies: BWR ____ PWR 53 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date 12/10/98

3.2 Sushil C. Jain — Name (Please Type or Print)

3.3 Senior Vice Pres., Nuc. Svcs. — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____ Technical Representative ____ Title ____ Date

____ Contracting Officer ____ Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

OEP-0000005

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

**Department of Energy**
Washington, DC 20585

August 19, 1993

Mr. James M. Kerbey
Manager, Fuel Operations
Analysis & Projects Finance
General Electric Company
175 Curtner Avenue
San Jose, CA 95125

Dear Mr. Kerbey:

On September 25, 1992, General Electric (GE) submitted a Delivery Commitment Schedule (DCS) No. 98-6601-4384-01 to the Department of Energy (DOE) for 145.238773 MTU of spent nuclear fuel (SNF) at its GE Morris Operation facility. The DCS reflected the initial uranium loading submitted by GE on Annex B to Appendix G of the Standard Contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (Contract) on June 21, 1985. Fees paid by GE to the Nuclear Waste Fund were based on this initial uranium loading.

During our review of GE's request, we noted that Nuclear Regulatory Commission Forms 741 indicate that between January and February of 1978, approximately 0.047 MTU of SNF covered by GE's Contract No. DE-CR01-83NE44384 were transferred for disposal from GE's Vallecitos facility to Nuclear Engineering Company, Inc. We understand that the total amount of SNF currently owned by GE under Contract No.DE-CR01-83NE44384 is now 145.19 MTU. This number is consistent with the revised Annex B submitted by GE on March 18, 1993. Based on GE's revised Annex B submittal, we have therefore disapproved DCS No. 98-6601-4384-01, dated September 25, 1992. A copy of the disapproved DCS is enclosed for your records.

On June 29, 1993, GE submitted a revised DCS No. 98-6601-4384-01 for 145.191549 MTU. This DCS is consistent with the revised Annex B submittal made by GE on March 18, 1993. The DOE has approved GE's revised DCS No. 98-6601-4384-01, dated June 29, 1993; however, we approved the DCS for 145.19 MTU, consistent with the Annual Capacity Report (ACR), which allocates projected system capacity to two decimal places. A copy of the approved DCS is enclosed for your records. The next ACR will be revised to reflect GE's allocation of 145.19 MTU in Year 1 of waste management system operation.

In your March 18, 1993 letter, GE also offered to waive its right to refund of any amounts previously paid to the Nuclear Waste Fund for an initial uranium loading greater than 145.19 MTU, if DOE concurred with the revision. The DOE accepts GE's offer to waive a refund and appreciates GE's willingness to work cooperatively to resolve this issue. We particularly appreciate the assistance of Ms. Judith Cerny.

As an adjunct to the DOE's review of GE's DCS No. 98-6601-4384-01, we noted an apparent inconsistency between the information provided in Item 2.1 ("Type Cask Required") in the DCS and that previously provided to DOE by GE as part of the Facility Interface Capability Assessment (FICA) effort. Specifically, DCS No. 98-6601-4384-01 indicates that the GE Morris Operation facility can accommodate a cask with a maximum loaded lifting weight of 120 tons. While the FICA data indicates that the site capability is 125 tons, the cask drop analysis was performed based on the IF-300, which limits the facility to 68 tons. The DOE would appreciate an explanation of this apparent inconsistency.

If you have any questions concerning this action, please contact Nick Graham of my staff on (202) 634-4415 or Nancy Slater of the Department's Office of Civilian Radioactive Waste Management on (202) 586-8320.

Beth Tomasoni
Beth Tomasoni
Contracting Officer
Office of Placement and
Administration

Enclosures

cc: J. E. Ellis
J. D. Kesman
J. E. Cerny

OOC

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 98-6601-4384-01

1.2 Contact Person:
(a) Name: Mr. James E. Ellis
(b) Telephone (include Area Code): (815) 942-5590

1.3 Contract Number: DE-CR01-83NE44384

1.4 Reactor/Facility Information:
(a) Name: GE Morris Operation
(b) Address: 7555 E. Collins
(c) City, State & Zip Code: Morris, Il 60450

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 120 Tons
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail X; Barge ____
2.4 Proposed Delivery Date: 1998
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 06 05 70 to 02 19 72
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 145.191549 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 753 PWR ____ Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] June 29, 1993
Authorized Purchaser Signature — Date

3.2 JAMES M. KERBEY — Name (Please Type or Print)

3.3 MANAGER, FUEL OPERATIONS ANALYSIS AND PROJECTS FINANCE — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Branch Chief, RW-432 7/23/93
Technical Representative — Title — Date

4.2 [signature] 8/19/93
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

98-7599-4 366-0
OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

REVISED

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 98-7599-4366-01

1.2 Contact Person:
(a) Name: DR JUNAID RAZVI
(b) Telephone (Include Area Code): 619/455-2441

1.3 Contract Number: DE-CR01-83NE44366

1.4 Reactor/Facility Information:
(a) Name: GENERAL ATOMICS
(b) Address: 3550 GENERAL ATOMICS COURT
(c) City, State & Zip Code: SAN DIEGO CA 92121-1194

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): BMI-1 USA/5957/B( )F, 11.83 TONS
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 1998 **
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 11/11/67 Mo / Day / Yr to 11 /30 /72 Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 0.01 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR ____ Other 19

**The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed under the Act.

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 KEITH E ASMUSSEN *Keith E. Asmussen* 5/12/94
Authorized Purchaser Signature — Date

3.2 DR KEITH E ASMUSSEN
Name (Please Type or Print)

3.3 DIRECTOR, LICENSING, SAFETY AND NUCLEAR COMPLIANCE
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] 6/29/95
Technical Representative — Title — Date

4.2 [signature] 7/27/95
Contracting Officer — Date

VPA-830C
vised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

Information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for posal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this lection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including gestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and ulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### IDENTIFICATION INFORMATION

1.1 Name of Purchaser: GENERAL ATOMICS

1.2 DCS Identification Number: 99--7599-4366-01

1.3 Contact Person:
(a) Name: DR. JUNAID RAZVI
(b) Telephone: 619 455-2441

1.4 Contract Number: DE-CR01-83NE44366

1.5 Reactor/Facility Information:
(a) Name: GENERAL ATOMICS
(b) Address: 3550 GENERAL ATOMICS COURT
(c) City: SAN DIEGO
(d) State: CA (e) Zip Code: 92121-1194

### DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): BMI-1 USA/5957/B()F, 11.83 TONS

2.2 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____

2.3 Proposed Delivery Year: 1999 **

2.4 Range of Discharge Dates: (Earliest to Latest) 11 01 73 Mo/Day/Yr to 06 30 89 Mo/Day/Yr

2.5 Metric Tons Uranium: (Initial) 0.01

2.6 Number of Assemblies: BWR ____ PWR ____ Other 43

**The proposed delivery date is dependent upon the existence of an operation repository or an interim storage facility constructed under the Act.

### CERTIFICATIONS

aser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic , has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and urchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] Authorized Purchaser Signature — Date: 8/31/94

3.2 DR. KEITH E. ASMUSSEN — Name (Please Type or Print)

3.3 DIRECTOR, LSNC — Title (Please Type or Print)

18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States lse, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### OTIFICATION OF DOE ACTION

1 ☒ Approved ☐ Disapproved

2 [signature] Technical Representative — Title — Date: 6/27/95

[signature] Contracting Officer — Date: 7/27/95



ribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

RWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: GENERAL ATOMICS

1.4 Contract Number: DE-CR01-83NE44366

1.2 DCS Identification Number: 02-7599-4366-01

1.5 Reactor/Facility Information:
(a) Name: GENERAL ATOMICS
(b) Address: 3550 GENERAL ATOMICS COURT
(c) City: SAN DIEGO
(d) State: CA (e) Zip Code: 92121-1194

1.3 Contact Person:
(a) Name: DR. JUNAID RAZVI
(b) Telephone: 619 455-2641

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): BMI-1 USA/5957/B()F, 11.83 TONS
2.2 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.3 Proposed Delivery Year: 2002 **
2.4 Range of Discharge Dates: 06 30 89 to 10 21 93
(Earliest to Latest) Mo/Day/Yr Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 0.01
2.6 Number of Assemblies: BWR ____ PWR ____ Other 43

** The proposed delivery date is dependent upon the existence of an operation repository or an interim storage facility constructed under the Act.

## 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 Keith E. Asmussen (signature) 8/31/94
Authorized Purchaser Signature Date

3.2 DR. KEITH E. ASMUSSEN
Name (Please Type or Print)

3.3 DIRECTOR, LSNC
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

4.2 (signature) 6/27/95
Technical Representative Title Date

(signature) 1/27/95
Contracting Officer Date



Distribution: 1 White, DOE-Contracting Officer; 2 Blue, 1 Goldenrod, Utility Copy

WPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: GENERAL ATOMICS

1.4 Contract Number: DE-CR01-83NE44366

1.2 DCS Identification Number: 05-7599-4366-01

1.5 Reactor/Facility Information:
(a) Name: GENERAL ATOMICS
(b) Address: 3550 GENERAL ATOMICS COURT
(c) City: SAN DIEGO
(d) State: CA (e) Zip Code: 92121-1194

1.3 Contact Person:
(a) Name: DR. JUNAID RAZVI
(b) Telephone: 619 455-2441

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): BMI-1 USA/5957/B()F, 11.83 TONS
2.2 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____ **The proposed delivery date is dependent upon the existence of an operation repository or an interim storage facility constructed under the Act.
2.3 Proposed Delivery Year: 2005 **
2.4 Range of Discharge Dates: 10 21 93 to 10 21 93
(Earliest to Latest) Mo/Day/Yr Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 0.01
2.6 Number of Assemblies: BWR ____ PWR ____ Other 43

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 Keith E. Asmussen — Authorized Purchaser Signature — Date: 8/31/94

3.2 DR. KEITH E. ASMUSSEN — Name (Please Type or Print)
3.3 DIRECTOR, LSNC — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 [X] Approved [ ] Disapproved

4.2 [signature] Technical Representative — Title — Date: 6/29/95

[signature] Contracting Officer — Date: 1/27/95



Copy Distribution: 1 White, DOE-Contracting Officer; 2 ... E-EIA; 1 Goldenrod, Utility Copy

NPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: GENERAL ATOMICS

1.4 Contract Number: DE-CR01-83NE44366

1.2 DCS Identification Number: 06-7599-4366-01

1.5 Reactor/Facility Information:
(a) Name: GENERAL ATOMICS
(b) Address: 3550 GENERAL ATOMICS COURT
(c) City: SAN DIEGO
(d) State: CA (e) Zip Code: 92121-1194

1.3 Contact Person:
(a) Name: DR. JUNAID RAZVI
(b) Telephone: (619 )455-2441

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): BMI-1 USA/5957/B()F, 11.83 TONS
2.2 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.3 Proposed Delivery Year: 2006 **
2.4 Range of Discharge Dates: 10 21 93 to 10 21 93
(Earliest to Latest) Mo/Day/Yr Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 0.01
2.6 Number of Assemblies: BWR ____ PWR ____ Other 43

~~The proposed delivery date~~ is dependent upon the existence of an operation repository or an interim storage facility constructed under the Act.

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 Keith E Asmussen 8/31/94
Authorized Purchaser Signature Date

3.2 DR. KEITH E. ASMUSSEN
Name (Please Type or Print)

3.3 DIRECTOR, LSNC
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 [X] Approved [ ] Disapproved

4.2 [signature] 6/29/95
Technical Representative Title Date

[signature] 7/31/95
Contracting Officer Date



Copy Distribution: 1 White, DOE-Contracting Officer; DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: GENERAL ATOMICS

1.2 DCS Identification Number: 07-7599-4366-01

1.3 Contact Person:
(a) Name: DR. JUNAID RAZVI
(b) Telephone: 619 455-2441

1.4 Contract Number: DE-CR01-83NE44366

1.5 Reactor/Facility Information:
(a) Name: GENERAL ATOMICS
(b) Address: 3550 GENERAL ATOMICS COURT
(c) City: SAN DIEGO
(d) State: CA (e) Zip Code: 92121-1194

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): BMI-1 USA/5957/B()F, 11.83 TONS
2.2 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.3 Proposed Delivery Year: 2007 **
2.4 Range of Discharge Dates: 10 21 93 to 04 30 98
(Earliest to Latest) Mo/Day/Yr Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 0.01
2.6 Number of Assemblies: BWR ____ PWR ____ Other 43

**The proposed delivery date is dependent upon the existence of an operation repository or an interim storage facility constructed under the Act.

## 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] Authorized Purchaser Signature — Date: 8/31/94

3.2 DR. KEITH E. ASMUSSEN — Name (Please Type or Print)

3.3 DIRECTOR, LSNC — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 [X] Approved [ ] Disapproved

4.2 [signature] Technical Representative — Title — Date: 6/29/95

[signature] Contracting Officer — Date: 7/27/95



Copy Distribution: 1 White, DOE-Contracting Officer; ...nk, DOE-EIA; 1 Goldenrod, Utility Copy

NPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: IES Utilities Inc.

1.2 DCS Identification Number: 00-2401-4390-01

1.3 Contact Person:
(a) Name: Walter C. Nodean
(b) Telephone: ( 319 ) 398-4669

1.4 Contract Number: DE-CR01-83NE44390

1.5 Reactor/Facility Information:
(a) Name: Duane Arnold Energy Center
(b) Address: 3277 DAEC Road
(c) City: Palo
(d) State: IA (e) Zip Code: 52324

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 81
2.2 Proposed Shipping Mode: Truck ___; Rail X ; Barge ___
2.3 Proposed Delivery Year: 2000
2.4 Range of Discharge Dates: 06 - 75 to 02 - 83
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 15.38
2.6 Number of Assemblies: BWR 83 PWR ___ Other ___

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 11/28/94
Authorized Purchaser Signature Date

3.2 John F. Franz, Jr.
Name (Please Type or Print)

3.3 Vice President, Nuclear
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ___
Technical Representative Title Date

___
Contracting Officer Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CTR00618

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 98-3101-4398-01

1.2 Contact Person:
(a) Name: William R. D'Angelo
(b) Telephone (include Area Code): (315) 428-7408

1.3 Contract Number: DE-CR01-83NE44398

1.4 Reactor/Facility Information:
(a) Name: Nine Mile Point Unit 1
(b) Address: Lakeview Road
(c) City, State & Zip Code: Scriba, NY 13093

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.4 Proposed Delivery Date: 1998
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 9/1/71 to 9/21/92
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 9.30 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 48 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 W. R. D'Angelo /Ext [signature] 9/25/92
Authorized Purchaser Signature — Date

3.2 William R. D'Angelo
Name (Please Type or Print)

3.3 Supervisor - Fuels
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

Technical Representative — Title — Date

4.2 

Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

DEC [illegible] 1992

Mr. W. R. D'Angelo
Supervisor, Fuels
Niagara Mohawk Power Corporation
301 Plainfield Road
Syracuse, NY 13212

Dear Mr. D'Angelo:

The Department of Energy (DOE) has reviewed and approved the Delivery Commitment Schedule (DCS) submitted by Niagara Mohawk Power Corporation (Niagara Mohawk) dated September 25, 1992, (DCS number 98-3101-4398-01). A copy of the approved DCS is enclosed for your records.

During our review of your DCS, DOE noted an apparent inconsistency between the information provided in Item 2.1 ("Type Cask Required") of the DCS and that previously provided to DOE by Niagara Mohawk as part of the Facility Interface Capability Assessment (FICA) effort. Specifically, the DCS indicates that the Nine Mile Point Unit 1 Nuclear Generating Facility can accommodate a cask with a maximum loaded lifting weight of 125 tons, while the FICA data indicates that your site capability is 100 tons (operational limit as of July 12, 1988). DOE would appreciate an explanation of this apparent inconsistency.

Should you have any questions concerning this action, please contact Nick Graham of my staff on (202)634-4415 or Nancy Montgomery of the Department's Office of Civilian Radioactive Waste Management on (202)586-8320.

Linda Strand
Contracting Officer
Office of Placement and
Administration

Enclosure

NM 004675

**Department of Energy**
Washington, DC 20585

DEC 0 6 1993

Mr. W. R. D'Angelo
Supervisor, Fuels
Niagara Mohawk Power Corporation
301 Plainfield Road
Syracuse, NY 13212

Dear Mr. D'Angelo:

The Department of Energy (DOE) has reviewed and approved the Delivery Commitment Schedule (DCS) submitted by Niagara Mohawk Power Corporation (Niagara Mohawk) dated September 10, 1993, (DCS number 99-3101-4398-01) for spent nuclear fuel from Nine Mile Point Unit 1. A copy of the approved DCS is enclosed for your records.

If you have any questions concerning this action, please contact Doug Baptist of my staff on (202) 634-4427 or Nancy Slater of the Department's Office of Civilian Radioactive Waste Management on (202) 586-8320.

Beth Tomasoni
Beth Tomasoni
Contracting Officer
Office of Placement and
Administration

Enclosure

NM 004673

F830C

OMB No.: 1901-026
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-3101-4398-01

1.2 Contact Person:
(a) Name: William R. D'Angelo
(b) Telephone (include Area Code): (315) 428-7408

1.3 Contract Number: DE-CR01-83NE44398

1.4 Reactor/Facility Information:
(a) Name: Nine Mile Point Unit 1
(b) Address: Lake Road
(c) City, State & Zip Code: Lycoming, NY 13093

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 9 / 1 / 71 to 4 / 16 / 93
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 48.97 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 252 PWR ____ Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 W. R. D'Angelo (signature) — 4/13/93
Authorized Purchaser Signature — Date

3.2 W. R. D'Angelo
Name (Please Type or Print)

3.3 Supervisor - Fuels
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
(signature) — Chief, Logistics and Utility Interface Branch — Oct. 20, 1993
Technical Representative — Title — Date

4.2 (signature) — 12/3/93
Contracting Officer — Date

HQ0006612

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

HQR-004-0184



HQR-004-0184

**Department of Energy**
Washington, DC 20585

JAN 18 1995

Mr. J. E. Knittel
Director Nuclear Accounting
Niagara Mohawk Power Corporation
Nine Mile Point Unit 2
P. O. Box 63
Lycoming, NY 13093

Dear Mr. Knittel:

The Department of Energy (DOE) has reviewed and approved the Delivery Commitment Schedule (DCS) submitted by Niagara Mohawk Power Corporation (Niagara Mohawk) dated September 30, 1994 (DCS number 99-3101-4398-01) for spent nuclear fuel from Nine Mile Point 1. A copy of the approved DCS is enclosed for your records.

Please note that the DCS Identification Number (Item 1.1) has been changed from 99-3101-4398-01 to 00-3101-4398-01 as a result of a phone conservation between Mr. William R. D'Angelo of Niagara Mohawk and Mr. Phil Smith of DOE on October 27, 1994. This change brings the DCS into compliance with the DCS Instructions which state that the first two digits of the DCS Identification Number correspond with the last two digits of the delivery year (Item 2.4).

If you have any questions, please contact Doug Baptist of my staff on (202) x4451 634-4427 or Phil Smith, Office of Civilian Radioactive Waste Management, on (202) 586-5646.

Beth Tomasoni
Beth Tomasoni
Contracting Officer
Office of Placement and Administration

cc: W.R. D'Angelo

NM 004671



rcled paper

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

[Th]is information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract [fo]r Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: DC 99-3101-4398-01

1.2 Contact Person:
(a) Name: W.R. D'Angelo
(b) Telephone (include Area Code): (315) 428-7408

1.3 Contract Number: DE-CR01-83NE44398

1.4 Reactor/Facility Information:
(a) Name: Nine Mile Point Unit 1
(b) Address: Lake Road
(c) City, State & Zip Code: Lycoming, NY 13093

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.4 Proposed Delivery Date: 2000
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 9 / 1 /71 to 9 / 1 /94
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 38.80 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 230 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 W.R. D'Angelo [signature] 9/30/94
Authorized Purchaser Signature — Date

3.2 W.R. D'Angelo — Name (Please Type or Print)
3.3 Supervisor, Fuels — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Team Leader 12-2-94
Technical Representative — Title — Date

4.2 [signature] 1/11/95
Contracting Officer — Date

NM 004672

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

Mr. William R. D'Angelo
Supervisor, Fuels
Niagara Mohawk Power Corporation
Engineering Services Building
Nine Mile Point Unit 2
P.O. Box 63, Lake Road
Lycoming, NY 13093

JAN 2 5 1996

Mr. D'Angelo:

The Department of Energy (DOE) has reviewed and approved Delivery Commitment Schedule (DCS) 01-3101-4398-01, dated September 27, 1995, submitted by Niagara Mohawk Power Corporation for spent nuclear fuel from Nine Mile Point 1. A copy of the approved DCS is enclosed for your records. The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed pursuant to law.

Although this DCSs has been approved, DOE's review of your DCS noted that based on the values given in Items 2.5 (30.8 Metric Tons Uranium) and 2.6 (184 Assemblies) of the DCS, the average Uranium content you propose to deliver is 0.167 MTU/assembly. Based on the information previously submitted to DOE on the Nuclear Fuel Data Form, RW-859, Niagara Mohawk Power Corporation has no assemblies that meet this criteria. The lowest MTU/assembly in the reported range of discharge dates is 0.172 MTU/assembly. DOE would appreciate an explanation of this apparent inconsistency.

If you have any questions, please contact Doug Baptist of my staff on (202) 634-~~4427~~ 4455 or Phil Smith, Office of Civilian Radioactive Waste Management, on (202) 586-5646.

Sincerely,

Beth A. Tomasoni

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc: P. O'Neill

NM 004667

ık on recycled paper

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

nis information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Niagara Mohawk Power Corporation

1.2 DCS Identification Number: 01-3101-4398-01

1.3 Contact Person:
(a) Name: Peter O'Neill
(b) Telephone: ( 315 ) 349-7138

1.4 Contract Number: DE-CR01-83NE44398

1.5 Reactor/Facility Information:
(a) Name: Nine Mile Point Unit 1
(b) Address: Lake Road
(c) City: Lycoming
(d) State: NY (e) Zip Code: 13093

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ___; Rail X ; Barge___
2.3 Proposed Delivery Year: 2001 *
2.4 Range of Discharge Dates: 9 /1 /71 to 12/1/ 96
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 30.8
2.6 Number of Assemblies: BWR 184 PWR ___ Other ___

*The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility construct under the Act.

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 W. R. D'Angelo (signature) — Authorized Purchaser Signature — Date: 9/27/91

3.2 William R. D'Angelo — Name (Please Type or Print)

3.3 Supervisor - Fuels — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

4.2 (signature) — Technical Representative — Title — Date: 12/4/95

(signature) — Contracting Officer — Date: 1/25/96

NM 004668

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

Information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Niagara Mohawk Power Corporation

1.2 DCS Identification Number: 03-3101-4398-01

1.3 Contact Person:
(a) Name: W. R. D'Angelo
(b) Telephone: (315) 349-1948

1.4 Contract Number: DE-CR01-83NE44398

1.5 Reactor/Facility Information:
(a) Name: Nine Mile Point Unit 1
(b) Address: Lake Road
(c) City: Lycoming
(d) State: NY (e) Zip Code: 13093

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: 2003
2.4 Range of Discharge Dates: (Earliest to Latest) 9 1 71 (Mo/Day/Yr) to 9 1 97 (Mo/Day/Yr)
2.5 Metric Tons Uranium: (Initial) 31.2
2.6 Number of Assemblies: BWR 184 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 W.R. D'Angelo [signature] — Authorized Purchaser Signature — Date: 9/5/97

3.2 William R. D'Angelo — Name (Please Type or Print)

3.3 Senior Fuel Contract Administrator — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ______ Technical Representative ______ Title ______ Date

______ Contracting Officer ______ Date

NM 004664

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

JAN 09 1998

Mr. William R. D'Angelo
Senior Fuel Contract Administrator
Nine Mile Point Nuclear Station
Lake Point Road, P.O. Box 63
Lycoming, NY 13093

Dear Mr. D'Angelo:

The Department of Energy has received your Delivery Commitment Schedules (DCSs) for Nine Mile Point, Unit 1 (03-3101-4398-01) submitted pursuant to Article V.B of the Standard Contract for Disposal of Spent Nuclear Fuel and/ or High Level Radioactive Waste.

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at (202) 426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at (202) 586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

NM 004661

recycled paper

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Niagara Mohawk Power Corporation

1.2 DCS Identification Number: 06-3101-4398-01

1.3 Contact Person:
(a) Name: William D'Angelo
(b) Telephone: (315) 349-1940

1.4 Contract Number: DE-CR01-83NE44398

1.5 Reactor/Facility Information:
(a) Name: Nine Mile Point Unit 1
(b) Address: Lake Road
(c) City: Lycoming
(d) State: NY
(e) Zip Code: [illegible]

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X; Barge ____
2.3 Proposed Delivery Year: [illegible]
2.4 Range of Discharge Dates: [illegible] Mo/Day/Yr to 9 1 00 Mo/Day/Yr
(Earliest to Latest)
2.5 Metric Tons Uranium: (Initial) [illegible] 36.9
2.6 Number of Assemblies: BWR 210 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 9/27/[illegible]

3.2 William R. D'Angelo — Name (Please Type or Print)

3.3 Senior Fuel Contract Administrator — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____ Technical Representative — Title — Date

____ Contracting Officer — Date

NM 004657

Copy Distribution: 1 White, DOE-Contracting Officer; [illegible] nk, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

NOV 1 6 2000

Mr. William R. D'Angelo
Senior Fuel Contract Administrator
Niagara Mohawk Power Corporation
Nine Mile Point Unit 2
Engineering Services Building
P.O. Box 63
Lycoming, NY 13093-0063

Dear Mr. D'Angelo:

The Department of Energy received your Delivery Commitment Schedule (DCS) for Nine Mile Point Unit 1, DCS number 06-3101-4398-01 (contract number DE-CR01-83NE44398) for 2006. The DCS was submitted pursuant to Article V.B. and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10CFR961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0077, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Herbert D. Watkins
Contracting Officer
Headquarters Procurement Services

Glenn Gasconsr
202-586-1047 (fax)

NM 004677

ink on recycled paper

Department of Energy
Washington, DC 20585

MAR 10 1993

Mr. E. F. Murphy
Supervisor, Nuclear Fuel Supply
Northeast Utilities
P.O. Box 270
Hartford, CT 06141-0270

Dear Mr. Murphy:

The Department of Energy (DOE) has reviewed and approved the two revised Delivery Commitment Schedules (DCS) submitted by the Northeast Utilities dated January 20, 1993, (DCS numbers 98-3201-4399-01 and 98-5701-4469-01). A copy of the approved DCSs is enclosed for your records.

If you have any questions concerning this action, please contact Nick Graham of my staff on (202) 634-4415 or Nancy Montgomery of the Department's Office of Civilian Radioactive Waste Management on (202) 586-8320.

Beth Tomasoni
Contracting Officer
Office of Placement and
Administration

Enclosures

cc: J. McKissick

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 98-3201-4399-01

1.2 Contact Person:
(a) Name: Jean McKissick
(b) Telephone (include Area Code): (203) 665-5867

1.3 Contract Number: DE-CR01-83NE44399

1.4 Reactor/Facility Information:
(a) Name: Millstone Unit 1
(b) Address: Rope Ferry Road
(c) City, State & Zip Code: Waterford, CT 06385

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 75 Tons (see attached)
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE) NE-93-F-036
2.3 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.4 Proposed Delivery Date: 1998
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 02 01 78 to 03 31 78
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 5.31 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 27 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 E. F. Murphy 1-20-93
Authorized Purchaser Signature — Date

3.2 Edward F. Murphy
Name (Please Type or Print)

3.3 Supervisor, Nuclear Fuel Supply
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
Alan Brown — Branch Chief-RW-432 — 2/17/93
Technical Representative — Title — Date

4.2 [signature] 3/10/93
Contracting Officer — Date

HQ0011591

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-3201-4399-01

1.2 Contact Person:
(a) Name: E. F. Murphy
(b) Telephone (include Area Code): (203) 665-5553

1.3 Contract Number: DE-CR01-83NE44399

1.4 Reactor/Facility Information:
(a) Name: Millstone Unit 1
(b) Address: Rope Ferry Road
(c) City, State & Zip Code: Waterford, CT 06385

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 75 tons
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck x ; Rail ____; Barge ____
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 09 01 74 (Mo / Day / Yr) to 05 31 79 (Mo / Day / Yr) (Earliest to Latest)
2.7 Metric Tons Uranium: (Initial) 40.58 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 208 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 Edward F. Murphy [signature] — 9-29-93
Authorized Purchaser Signature — Date

3.2 Edward F. Murphy
Name (Please Type or Print)

3.3 Supervisor, Nuclear Fuel Supply
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] — Chief, Logistics and Utility Interface Branch — 12-14-93
Technical Representative — Title — Date

4.2 [signature] — 1/14/94
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

HQ0011603


HQR-006-110

**Department of Energy**
Washington, DC 20585

February 9, 1994

RECEIVED
FEB 14 1994
NUCLEAR FUEL ENG

Mr. Edward F. Murphy
Supervisor, Nuclear Fuel Supply
Northeast Utilities
P.O. Box 270
Hartford, CT 06141-0270

Dear Mr. Murphy:

The Department of Energy (DOE) has reviewed the Delivery Commitment Schedule (DCS) submitted by Northeast Utilities Service Company (Northeast Utilities) dated September 29, 1993 (DCS number 99-5701-4469-01) for spent nuclear fuel from Haddam Neck. Section 3.0 ("Certifications") of the DCS has been completed incorrectly.

Specifically, as stated in the DCS Instructions, Section 3.0 must be completed by an individual who is duly authorized to bind the Purchaser. This individual certifies that the Purchaser has the legal right to deliver the spent nuclear fuel described in the DCS to DOE. Our records indicate that the Standard Contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (Standard Contract) for delivery of spent nuclear fuel from Haddam Neck was executed by Connecticut Yankee Atomic Power Company (CYAPCO), not Northeast Utilities. Accordingly, it is not clear to us how Edward F. Murphy of Northeast Utilities is duly authorized to bind CYAPCO for delivery of Haddam Neck spent nuclear fuel.

In transmitting DCS No. 99-5702-4469-01 to DOE, Northeast Utilities enclosed a copy of an internal memorandum, in which Mr. E. A. DeBarba delegated authority for signing DCSs to Mr. Murphy, an employee of Northeast Utilities. This internal memorandum is not sufficient to accomplish this purpose for spent nuclear fuel from CYAPCO's Haddam Neck plant. We recommend that for Mr. Murphy to sign future DCSs for CYAPCO, and thereby bind CYAPCO, the CYAPCO Board of Directors should pass a resolution authorizing Mr. Murphy to bind CYAPCO. The resolution would, in turn, need to be formally transmitted to the Contracting Officer.

As a result of this error, DCS No. 99-5701-4469-01 has been disapproved. A copy of the disapproved DCS is enclosed for your records. Consistent with Article V.B.1 of the Standard Contract, I am requesting that you submit a revised DCS to correct this error within 30 days of receipt of this notice.

If you have any questions concerning this action, please contact Doug Baptist of my staff on (202) 634-4427 or Nancy Slater of the Department's Office of Civilian Radioactive Waste Management on (202) 586-8320.

Beth Tomasoni

Beth Tomasoni
Contracting Officer
Office of Placement and
Administration

Enclosure

cc: J. McKissick

5.4.e

**Department of Energy**
Washington, DC 20585

JAN 18 1995

Mr. R. L. Bigelow
Supervisor, Nuclear Fuel Supply
Northeast Utilities
P.O. Box 270
Hartford, CT 06141-0270

Dear Mr. Bigelow

The Department of Energy (DOE) has reviewed and approved the revised Delivery Commitment Schedule (DCS) submitted by Northeast Utilities Service Company (Northeast Utilities) on behalf of Connecticut Yankee Atomic Power Company (CYAPCO) dated September 28, 1994 (DCS number 00-5701-4469-01) for spent nuclear fuel from Haddam Neck. A copy of the approved DCS is enclosed for your records.

During our review of your DCS, DOE noted that Item 2.1 ("Type Cask Required") of the DCS still indicates a limit of 5 tons. Your January 22, 1993 response letter to our inquiry of the apparent inconsistency between the information provided in Item 2.1 of the DCS and that previously provided to DOE as part of the Facility Interface Capability Assessment (FICA) effort and the RW-859 form indicated that "engineering is reviewing the cask drop analysis associated with the Heavy Loads Program (NUREG-0612CY) and until completed there is a restriction on heavy loads within the spent fuel pool which requires special Plant Operating Review Committee approval to deviate from." DOE would appreciate knowing if that analysis has been completed and if there is any new information available which would change this DCS Item.

If you have any questions, please contact Doug Baptist of my staff on (202) 634-4427 or Phil Smith, Office of Civilian Radioactive Waste Management, on (202) 586-5646.

Beth Tomasoni

Beth Tomasoni
Contracting Officer
Office of Placement and Administration

cc: Robert Isakson

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 00-3201-4399-01

1.2 Contact Person:
(a) Name: Robert A. Isakson
(b) Telephone (include Area Code): (203) 665-3702

1.3 Contract Number: DE-CR01-83NE44399

1.4 Reactor/Facility Information:
(a) Name: Millstone Unit 1
(b) Address: Rope Ferry Road
(c) City, State & Zip Code: Waterford, CT 06385

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 75 tons
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 2000
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 09 01 74 to 10 31 76
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 28.01 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 143 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] — Authorized Purchaser Signature — Date: 9/28/94

3.2 Eric A. DeBarba — Name (Please Type or Print)

3.3 Vice President-Nuclear, Eng. Serv. Division — Title (Please Type or Print)
Northeast Utilities Service Company

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] — Technical Representative — Title: Team Leader — Date: 12-2-94

4.2 [signature] — Contracting Officer — Date: 1/11/95

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

HQ0011568



HQR-006-1066

HQR-006-1066

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Northeast Utilities Service Company

1.2 DCS Identification Number: 01-3201-4399-01

1.3 Contact Person:
(a) Name: Mr. Robert Isakson
(b) Telephone: ( 860 ) 665-3702

1.4 Contract Number: DE-CR01-83NE44399

1.5 Reactor/Facility Information:
(a) Name: Millstone Unit 1
(b) Address: Rope Ferry Road
(c) City: Waterford
(d) State: CT (e) Zip Code: 06385

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 75 Tons
2.2 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.3 Proposed Delivery Year: 2001 *
2.4 Range of Discharge Dates: 10 01 76 to 03 31 78
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 24.2
2.6 Number of Assemblies: BWR 124 PWR ____ Other ____

*The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed under the Act.

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 9/28/95
Authorized Purchaser Signature — Date

3.2 Eric A. DeBarba
Name (Please Type or Print)

3.3 Vice President-Nuclear, Eng. Serv. Di
Northeast Utilities Service Company
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

HQ0017028

4.2 [signature] 12/4/95
Technical Representative — Title — Date

[signature] 1/25/96
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

HQR-009-0887



HQR-009-0887

Northeast Utilities System

Millstone Offices • Rope Ferry Rd., Waterford, CT

P.O. Box 128
Waterford, CT 06385-0128
(860) 447-1791

U.S. Department of Energy
DOE Contracting Officer
Office of Placement and Administration
PR-322.1
1000 Independence Avenue, S.W.
Washington, DC 20585

September 30, 1996
NE-96-F-331

Dear Ms. Tomasoni:

Attached you will find Delivery Commitment Schedules for Millstone Point Unit 1, Millstone Point Unit 2, and Connecticut Yankee Atomic Power Company (CYAPCO) for spent nuclear fuel to be removed in 2002. These forms are being submitted in accordance with Standard Contracts for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste, #DE-CR01-83NE44399, #DE-CR01-83NE44467, and #DE-CR01-83NE44469 and is based on the March, 1995 Acceptance Priority Ranking and Annual Capacity Report.

Northeast Utilities Service Company ("NUSCO"), a wholly-owned subsidiary of Northeast Utilities, provides various administrative and technical support functions for operating companies in the Northeast Utilities System. Pursuant to an agreement between NUSCO and CYAPCO, NUSCO also furnishes similar support for CYAPCO. This includes work in nuclear engineering and fuel management. Because of the large ownership interest held by wholly-owned subsidiaries of Northeast Utilities in CYAPCO, certain NUSCO officers are also officers of CYAPCO. Mr. Feigenbaum is one of these officers.

If you have any questions concerning these forms, please contact me at (860) 440-2068.

Sincerely yours,

Robert A. Isakson
Nuclear Fuel

RAI:dmj
Attachments

cc: U.S. Department of Energy
Chief, Logistics and Utility Interface Branch
Office of Civilian Radioactive Waste Management
RW-432
1000 Independence Avenue, S.W.
Washington, DC 20585

053422-9 REV. 12-95

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Northeast Utilities Service Company

1.2 DCS Identification Number: 02-3201-4399-01

1.3 Contact Person:
(a) Name: Mr. Robert Isakson
(b) Telephone: ( 860 ) 440-2068

1.4 Contract Number: DE-CR01-83NE44399

1.5 Reactor/Facility Information:
(a) Name: Millstone Unit 1
(b) Address: Rope Ferry Road
(c) City: Waterford
(d) State: CT (e) Zip Code: 06385

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 75 Tons (Currently under review, may increase)
2.2 Proposed Shipping Mode: Truck x ; Rail ____ ; Barge ____
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: (Earliest to Latest) 10 01 75 Mo/Day/Yr to 05 31 79 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 24.1
2.6 Number of Assemblies: BWR 127 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — 9/30/96 Date

3.2 Ted C. Feigenbaum — Name (Please Type or Print)

3.3 Executive Vice President Northeast Utilities Service Company — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____ Technical Representative ____ Title ____ Date

____ Contracting Officer ____ Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

HQ0011521



HQR-006-1019

HQR-006-1019

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Northeast Utilities Service Company

1.2 DCS Identification Number: 02-3202-4467-01

1.3 Contact Person:
(a) Name: Mr. Robert Isakson
(b) Telephone: (860 ) 440-2068

1.4 Contract Number: DE-CR01-83NE44467

1.5 Reactor/Facility Information:
(a) Name: Millstone Unit 2
(b) Address: Rope Ferry Road
(c) City: Waterford
(d) State: CT (e) Zip Code: 06385

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 75 Tons (Currently under review, may increase)
2.2 Proposed Shipping Mode: Truck x ; Rail ___; Barge ___
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: 12 01 77 to 04 30 79
(Earliest to Latest) Mo/Day/Yr Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 17.9
2.6 Number of Assemblies: BWR ___ PWR 46 Other ___

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — 9/30/96 Date

3.2 Ted C. Feigenbaum — Name (Please Type or Print)

3.3 Executive Vice President Northeast Utilities Service Company — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ______ Technical Representative ______ Title ______ Date

______ Contracting Officer ______ Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

HQ0011526

HQR-006-1024



HQR-006-1024

Department of Energy
Washington, DC 20585

MAR 13 1997

MAR 19 1997
NUCLEAR FUEL ENG.

Mr. Lee O. Hill, Supervisor
Nuclear Fuel Supply
Northeast Utilities Service Company
P.O. Box 270
Hartford, Connecticut 06141

Dear Mr. Hill:

The Department of Energy has received your Delivery Commitment Schedules (DCS) submitted pursuant to Article V.B of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste.

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

As you know, my letter of December 17, 1996, invited submission of views by all contract holders on how the anticipated delay can best be accommodated. The Department looks forward to receipt of those views by March 14, 1997, and will advise you promptly of further developments in this program as they occur.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

Printed with soy ink on recycled paper

INTENTIONALLY LEFT BLANK