Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/07

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Northeast Utilities Service Company

1.2 DCS Identification Number: 04-3201-4399-01

1.3 Contact Person:
(a) Name: Mr. Lee O. Hill, Jr.
(b) Telephone: (860 )832-4762

1.4 Contract Number: DE-CR01-83NE44399

1.5 Reactor/Facility Information:
(a) Name: Millstone Unit 1
(b) Address: Rope Ferry Road
(c) City: Waterford
(d) State: CT (e) Zip Code: 06385

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 75 tons, subject to attached restrictions
2.2 Proposed Shipping Mode: Truck x ; Rail ___ ; Barge ___
2.3 Proposed Delivery Year: 2004
2.4 Range of Discharge Dates: 05 01 79 to 10 31 80
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 28.1
2.6 Number of Assemblies: BWR 152 PWR -- Other ___

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.4 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 David B. Amerine — Authorized Purchaser Signature — Date: 9-28-98

3.2 David B. Amerine — Name (Please Type or Print)

3.3 Vice President-NUSCO — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ___ Technical Representative ___ Title ___ Date

___ Contracting Officer ___ Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

HQ0011474



HQR-006-0972

HQR-006-0972

Xcel Energy℠

414 Nicollet Mall
Minneapolis, MN 55401-1993

September 27, 2000

U.S. Department of Energy
Attn: Mr. Herbert Watkins
DOE Contracting Officer
Office of Placement and Administration
PR-322.2
1000 Independence Avenue, S.W.
Washington, DC 20585

Dear Mr. Watkins:

Enclosed are Northern States Power Company's Delivery Commitment Schedule (NWPA-830C) and Final Delivery Schedule (Appendix D). The Delivery Commitment Schedule is for fuel to be delivered to the DOE in the year 2006 and the Final Delivery Schedule is for fuel to be delivered to the DOE in the year 2002.

Please review the revised submittals and consider their approval.

If you have any questions, please call Jon Kapitz at 651/388-6758.

Sincerely,

Scott Northard for

David Wilks
President, Energy Supply

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Orde

NSP-0001740

NWPA-830C
(Revised 05/97)

OMB No. 1901-0260
Expires: 07/31/00

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Statistics and Methods Group, EI-70, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503. According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Northern States Power Company

1.2 DCS Identification Number: 06-3302-4400-01

1.3 Contact Person:
(a) Name: Jon Kapitz
(b) Telephone: ( 651 ) 388-1121

1.4 Contract Number: DE-CR01-83-NE44400

1.5 Reactor/Facility Information:
(a) Name: Prairie Island Nuclear Plant
(b) Address: 1717 Wakonade Dr. E.
(c) City: Welch
(d) State: MN (e) Zip Code: 55089

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: 2006
2.4 Range of Discharge Dates: (Earliest to Latest) 03 03 73 Mo/Day/Yr to 04 28 2000 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) ____
2.6 Number of Assemblies: BWR ____ PWR 35.67 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (Identified in Item 1.4 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 Scott Northard (signature) — Authorized Purchaser Signature — 9-29-00 Date

3.2 Scott Northard — Name (Please Type or Print)

3.3 Director, Nuclear Asset Management — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____ Technical Representative ____ Title ____ Date

____ Contracting Officer ____ Date

NSP-0001741

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Xcel Energy℠

414 Nicollet Mall
Minneapolis, MN 55401-1993

September 13, 2001

U.S. Department of Energy
Attn: Mr. Herbert Watkins
DOE Contracting Officer
Office of Placement and Administration
PR-322.2
1000 Independence Avenue, S.W.
Washington, DC 20585

Dear Mr. Watkins:

Enclosed are Northern States Power Company's Delivery Commitment Schedule (NWPA-830C) and Final Delivery Schedule (Appendix D.) The Delivery Commitment Schedule is for fuel to be delivered to the DOE in the year 2007 and the Final Delivery Schedule if for fuel to be delivered to the DOE in the year 2003.

Please review the revised submittals and consider their approval.

If you have any questions, please call Jon Kapitz at 651/338-6758.

Sincerely,

Scott Northard for

David Wilks
President, Energy Supply

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

NSP-0001736

NWPA-830C
(Revised 05/97)

OMB No. 1901-0260
Expires: 07/31/00

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Statistics and Methods Group, EI-70, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503. According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser:
Northern States Power

1.2 DCS Identification Number:
07-3302-4400-01

1.3 Contact Person:
(a) Name: Jon Kapitz
(b) Telephone: ( 651 ) 388-1121

1.4 Contract Number:
DE-CR01-83-NE44400

1.5 Reactor/Facility Information:
(a) Name: XXXXXXX Prairie Island Nuclear Plant
(b) Address: 1717 Wakonade Drive East
(c) City: Welch
(d) State: MN (e) Zip Code: 55089

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail XX ; Barge ____
2.3 Proposed Delivery Year: 2007
2.4 Range of Discharge Dates: 03-03-73 to 01-19-2001
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 16.1
2.6 Number of Assemblies: BWR ____ PWR 45 Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (Identified in Item 1.4 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 ____________________ 9/17/01
Authorized Purchaser Signature Date

3.2 Scott Northard
Name (Please Type or Print)

3.3 Director, Nuclear Asset Management
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____________________
Technical Representative Title Date

____________________
Contracting Officer Date

NSP-0001737

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

Revised 6/8/94

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 98-3503-4402-01

1.2 Contact Person:
(a) Name: M. C. Davis
(b) Telephone (Include Area Code): (415) 973-4550

1.3 Contract Number: DE-CR01-83NE44402

1.4 Reactor/Facility Information:
(a) Name: Humboldt Bay Power Plant
(b) Address: Buhne Point Road
(c) City, State & Zip Code: Eureka, CA 95501

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 25 Tons
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 1998 (year 1)
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 06 05 71 to 08 25 72
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 7.17 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 94 PWR ____ Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 Judith L Sellers (signature) 6/8/94
Authorized Purchaser Signature — Date

3.2 Judith L. Sellers
Name (Please Type or Print)

3.3 Director, Nuclear Fuel Management
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

Technical Representative — Title — Date

4.2

Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

Revised 6/8/94

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-3503-4402-01

1.2 Contact Person:
(a) Name: M. C. Davis
(b) Telephone (Include Area Code): (415)973-4550

1.3 Contract Number: DE-CR01-83NE44402

1.4 Reactor/Facility Information:
(a) Name: Humboldt Bay Power Plant
(b) Address: Buhne Point Road
(c) City, State & Zip Code: Eureka, CA 95501

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 25 tons
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.4 Proposed Delivery Date: 1999 (year 2)
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 08 31 73 Mo / Day / Yr to 10 31 74 Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 6.00 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 79 PWR ____ Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 Judith L Sellers — Authorized Purchaser Signature — 6/8/94 Date

3.2 Judith L. Sellers — Name (Please Type or Print)

3.3 Director, Nuclear Fuel Management — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

Technical Representative ____ Title ____ Date ____

4.2 ____
Contracting Officer ____ Date ____

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CTR01320

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

Revised 6/8/94

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 00-3503-4402-01

1.2 Contact Person:
(a) Name: M. C. Davis
(b) Telephone (Include Area Code): (415)973-4550

1.3 Contract Number: DE-CR01-83NE44402

1.4 Reactor/Facility Information:
(a) Name: Humboldt Bay Power Plant
(b) Address: Buhne Point Road
(c) City, State & Zip Code: Eureka, CA 95501

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 25 tons
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 2000 (year 3)
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 05 31 75 (Mo / Day / Yr) to 05 31 75 (Mo / Day / Yr) (Earliest to Latest)
2.7 Metric Tons Uranium: (Initial) 2.50 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 33 PWR ____ Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 Judith L Sellers — Authorized Purchaser Signature — 6/8/94 Date

3.2 Judith L. Sellers — Name (Please Type or Print)
3.3 Director, Nuclear Fuel Management — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

Technical Representative ____ Title ____ Date ____

4.2 Contracting Officer ____ Date ____

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

Revised 6/8/94

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 01-3503-4402-01

1.2 Contact Person:
(a) Name: M. C. Davis
(b) Telephone (Include Area Code): (415)973-4550

1.3 Contract Number: DE-CR01-83NE44402

1.4 Reactor/Facility Information:
(a) Name: Humboldt Bay Power Plant
(b) Address: Buhne Point Road
(c) City, State & Zip Code: Eureka, CA 95501

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 25 Tons
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.4 Proposed Delivery Date: 2001 (year 4)
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 07 03 76 to 07 03 76
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 13.25 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 184 PWR ____ Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 Judith L. Sellers [signature] — 6/8/94
Authorized Purchaser Signature — Date

3.2 Judith L. Sellers
Name (Please Type or Print)

3.3 Director, Nuclear Fuel Management
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

Technical Representative — Title — Date

4.2
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CTR01320

Department of Energy
Washington, DC 20585

W. H. SMITH. III
MAY 19 1995

Mr. W. H. Smith
Manager, Purchasing Department (S17-1)
PECO Energy Company
2301 Market Street
Philadelphia, PA 19101

MAY 11 1995

Dear Mr. Smith:

The Department of Energy (DOE) has reviewed and approved the Delivery Commitment Schedule (DCS) submitted by PECO Energy Company dated April 4, 1995 (DCS number 00-3704-4405-01) for spent nuclear fuel from Peach Bottom 2. A copy of the approved DCS is enclosed for your records.

This DCS has been approved; however, during our review of your DCS, DOE noted that there is an apparent inconsistency between the information provided in Item 2.2 ("Proposed Shipment Mode") of the DCS and that previously provided to DOE as part of the Facility Interface Capability Assessment (FICA) effort.

Specifically, the DCS indicates that Peach Bottom 2 has both rail and barge shipping modes. FICA indicates that there are no on-site rail or barge facilities at Peach Bottom and that the nearest off-site rail system is 25 miles away and that the nearest off-site barge facility is 25 miles away. DOE would appreciate an explanation of this apparent inconsistency.

If you have any questions, please contact Doug Baptist of my staff on (202) 634-4427 or Phil Smith, Office of Civilian Radioactive Waste Management, on (202) 586-5646.

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc: Matt Eyre, PECO Energy

Printed with soy ink on recycled paper

000543

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: PECO Energy

1.2 DCS Identification Number: 00-3704-4405-01

1.3 Contact Person:
(a) Name: Matt Eyre
(b) Telephone: ( 610 ) 640-6829

1.4 Contract Number: DE-CR01-83NE44405

1.5 Reactor/Facility Information:
(a) Name: Peach Bottom Atomic Power Station
(b) Address: Lay Road
(c) City: Delta
(d) State: PA (e) Zip Code: 17314

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 100
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge X
2.3 Proposed Delivery Year: 2000
2.4 Range of Discharge Dates: 03 26 76 to 09 16 94
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 36.27
2.6 Number of Assemblies: BWR 186 PWR 0 Other 0

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 ______________________ Authorized Purchaser Signature ______ Date

3.2 H. J. Diamond — Name (Please Type or Print)

3.3 Director-Fuel & Services Division — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

4.2 ______________________ Technical Representative ______ Title ______ Date

______________________ Contracting Officer ______ Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

000544

**Department of Energy**
Washington, DC 20585

APR 0 2 1996

Mr. Matt Eyre
Fuel Projects Engineer
PECO Energy Company
Nuclear Group Headquarters
965 Chesterbrook Blvd.
Wayne, PA 01987-5691

Dear Mr. Eyre:

The Department of Energy has reviewed and approved the Delivery Commitment Schedule (DCS) submitted by PECO Company dated January 31, 1996, (DCS number 01-3704-4405-01) for spent nuclear fuel from Peach Bottom Atomic Power Stations. A copy of the approved DCS is enclosed for your records. The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed pursuant to law.

If you have any questions, please contact Doug Baptist of my staff on (202) 634-4455 or Elissa Turner, Office of Civilian Radioactive Waste Management, on (202) 586-1710.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

Printed with soy ink on recycled paper

000650

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: PECO Energy Company

1.2 DCS Identification Number: 01-3704-4405-01

1.3 Contact Person:
(a) Name: Matt Eyre
(b) Telephone: (610) 640-6829

1.4 Contract Number: DE-CR01-83NE 44405

1.5 Reactor/Facility Information:
(a) Name: Peach Bottom Atomic Power Sta
(b) Address: Lay Road
(c) City: Delta
(d) State: PA (e) Zip Code: 17314

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 100
2.2 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.3 Proposed Delivery Year: 2001
2.4 Range of Discharge Dates: (Earliest to Latest) 01 26 86 Mo/Day/Yr to 09 30 95 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 68.1
2.6 Number of Assemblies: BWR 360 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 1/5/96

3.2 H. J. Diamond — Name (Please Type or Print)

3.3 Director, Fuel & Services Div. — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____ Technical Representative ____ Title ____ Date

____ Contracting Officer ____ Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

000651

NWPA-830C
Revised 09/10/93

COPY

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: PECO Energy

1.2 DCS Identification Number: 02-3705-4405-01

1.3 Contact Person:
(a) Name: Matt Eyre
(b) Telephone: (610 ) 640-6829

1.4 Contract Number: DE-CR01-83NE44405

1.5 Reactor/Facility Information:
(a) Name: Peach Bottom Atomic Power Sta.
(b) Address: Lay Road
(c) City: Delta
(d) State: PA (e) Zip Code: 17314

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 100
2.2 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: (Earliest to Latest) 0126 96 (Mo/Day/Yr) to 1031 96 (Mo/Day/Yr)
2.5 Metric Tons Uranium: (Initial) 47.4
2.6 Number of Assemblies: BWR 252 PWR 0 Other 0

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 2/10/97

3.2 H. J. Diamond — Name (Please Type or Print)

3.3 Director, Fuel & Svcs. Div. — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

000657A

4.2 ____ Technical Representative ____ Title ____ Date

____ Contracting Officer ____ Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

c: Drew
Kevin/Matt

**Department of Energy**
Washington, DC 20585

MAR 1 3 1997

file: DOE

Mr. Hugh J. Diamond
Director
Fuel & Services Division
PECO Energy Company
965 Chesterbrook Blvd. (62A-5)
Wayne, PA 19087-5691

Dear Mr. Diamond:

The Department of Energy has received your Delivery Commitment Schedules (DCS) submitted pursuant to Article V.B of the **Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste.**

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

As you know, my letter of December 17, 1996, invited submission of views by all contract holders on how the anticipated delay can best be accommodated. The Department looks forward to receipt of those views by March 14, 1997, and will advise you promptly of further developments in this program as they occur.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc:
Matt Eyre

HUGH J. DIAMOND

MAR 2 1 1997

FUEL & SERVICES DIV.

Printed with soy ink on recycled paper

000658

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: PECO Energy

1.2 DCS Identification Number: 03-3704-4405-01

1.3 Contact Person:
(a) Name: Matt Eyre
(b) Telephone: (610) 640-6829

1.4 Contract Number: DE-CR01-83NE 44405

1.5 Reactor/Facility Information:
(a) Name: Peach Bottom Atomic Power Station
(b) Address: Lay Road
(c) City: Delta
(d) State: PA (e) Zip Code: 17314

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 100
2.2 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.3 Proposed Delivery Year: 2003
2.4 Range of Discharge Dates: 3 27 76 to 01 01 98
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 48.8
2.6 Number of Assemblies: BWR 260 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 K. W. Hunt (signature) 4/6/98
Authorized Purchaser Signature Date

3.2 K. W. Hunt
Name (Please Type or Print)

3.3 Director, Fuel & Services Div.
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____________________
Technical Representative Title Date

____________________
Contracting Officer Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

000663

**Department of Energy**
Washington, DC 20585

August 19, 1999

Mr. Kenneth W. Hunt
Director, Fuel & Services Division
PECO Energy Company
965 Chesterbrook Blvd., 62A-5
Wayne, PA 19087-5691

Dear Mr. Hunt:

The Department of Energy received your Delivery Commitment Schedule (DCS) for the Peach Bottom Atomic Power Station Unit #3 DCS number 04-3705-4405-01 (contract number DE-CR01-83NE44405) for 2004 submitted pursuant to Article V. B., and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/ or High-Level Radioactive Waste (10 CFR 961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc: Matthew L. Eyre

Printed with soy ink on recycled paper

000602

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: PECO Energy

1.2 DCS Identification Number: 04-3705-4405-01

1.3 Contact Person:
(a) Name: Matthew L. Eyre
(b) Telephone: ( 610 ) 640-6829

1.4 Contract Number: DE-CR01-83NE 44405

1.5 Reactor/Facility Information:
(a) Name: Peach Bottom Atomic Power Station
(b) Address: Lay Road
(c) City: Delta
(d) State: PA (e) Zip Code: 17314

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 100
2.2 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.3 Proposed Delivery Year: 2004
2.4 Range of Discharge Dates: 01 26 76 to 01 01 99
(Earliest to Latest) Mo/Day/Yr Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 51.7
2.6 Number of Assemblies: BWR 272 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 K.W. Hunt [signature] 6/8/99
Authorized Purchaser Signature Date

3.2 K. W. Hunt
Name (Please Type or Print)

3.3 Director, Fuel & Services Division
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____________________
Technical Representative Title Date

____________________
Contracting Officer Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

000666

**Portland General Electric Company**

Stephen M. Quennoz
Trojan Site Executive

August 19, 1996

VPN-020-96

U. S. Department of Energy
DOE Contracting Officer
Office of Placement and Administration
PR-322.2
1000 Independence Avenue, S. W.
Washington, DC 20585

Dear Sir or Madam:

Submittal of Delivery Commitment Schedule

Please find enclosed a completed Delivery Commitment Schedule for Portland General Electric's Year 5 allocation of projected Federal waste management system (FWMS) acceptance capacity. This submittal is being made in accordance with the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR 961).

Questions concerning this submittal may be directed to Jerry Cooper of my staff at (503) 556-7418.

Sincerely,

Stephen M. Quennoz

Stephen M. Quennoz
Trojan Site Executive

Enclosure

c: U. S. Department of Energy
Chief, Logistics and Utility Interface Branch
Office of Civilian Radioactive Waste Management
RW-432
1000 Independence Avenue, S. W.
Washington, DC 20585

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Portland General Electric Company

1.4 Contract Number: DE-CR01-83NE44406

1.2 DCS Identification Number: 02-3801-4406-01

1.5 Reactor/Facility Information:
(a) Name: Trojan Nuclear Plant
(b) Address: 71760 Columbia River Hwy.
(c) City: Rainier
(d) State: OR (e) Zip Code: 97048

1.3 Contact Person:
(a) Name: Jerry Cooper
(b) Telephone: (503) 556-7418

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125 tons
2.2 Proposed Shipping Mode: Truck ____; Rail xx; Barge ____
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: 4 01 78 to 4 30 78
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 0.45
2.6 Number of Assemblies: BWR ____ PWR 1 Other ____

## 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 Stephen M Quennoz — 8/19/96
Authorized Purchaser Signature — Date

3.2 Stephen M. Quennoz
Name (Please Type or Print)

3.3 Trojan Site Executive
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____________________
Technical Representative — Title — Date

____________________
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

PGE 00004

NWPA-830C
(Revised 05/97)

OMB No. 1901-0260
Expires: 07/31/00

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Statistics and Methods Group, EI-70, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503. According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Portland General Electric Co.

1.2 DCS Identification Number: 05-3801-4406-01

1.3 Contact Person:
(a) Name: Jerry Cooper
(b) Telephone: (503) 556-7418

1.4 Contract Number: DE-CR01-83NE44406

1.5 Reactor/Facility Information:
(a) Name: Trojan Nuclear Plant
(b) Address: 71760 Columbia River Hwy
(c) City: Rainier
(d) State: OR (e) Zip Code: 97048

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail x; Barge ____
2.3 Proposed Delivery Year: 2005
2.4 Range of Discharge Dates: 03 17 78 (Mo/Day/Yr) to 11 09 92 (Mo/Day/Yr)
(Earliest to Latest)
2.5 Metric Tons Uranium: (Initial) 24.4
2.6 Number of Assemblies: BWR ____ PWR 53 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.4 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] — Authorized Purchaser Signature — Date: 9/21/99

3.2 Stephen M. Quennoz — Name (Please Type or Print)

3.3 VP Nuclear and Thermal Operations — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____ Technical Representative ____ Title ____ Date

____ Contracting Officer ____ Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

December 20, 1999

Mr. Stephen M. Quennoz
Vice President Nuclear and Thermal Operations
Portland General Electric Company
Trojan Nuclear Plant
71760 Columbia River Highway
Rainier, OR 97048

Dear Mr. Quennoz:

This responds to your letter of September 21, 1999. The Department of Energy received your Delivery Commitment Schedule (DCS) for Trojan Nuclear Plant DCS number 05-3801-4406-01 (contract number DE-CR01-83NE44406) for 2005. The DCS was submitted pursuant to Article V.B. and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10CFR961).

The Department is not able at this time to approve your FDS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

Furthermore, your letter stated that " PGE does not concede that the rate of acceptance in the latest DOE acceptance priority ranking report (DOE/RW-0457, March 1995) meets DOE's commitments under the contract. To the contrary, PGE protests the low rate of acceptance and the adequacy of the schedule in DOE's acceptance priority ranking." The Contracting Officer's letter of May 5, 1995 transmitted the Acceptance Priority Ranking & Annual Capacity Report (DOE/RW-0457), March 1995, to your company. In this letter, the Contracting Officer stated that the APR/ACR Report establishes the order in which the Department will allocate projected Federal waste acceptance capacity, and through the application of projected nominal acceptance rates, represents individual allocations for the owners and generators (Purchasers) of civilian spent nuclear fuel for the initial years of the Department's waste acceptance.

Enclosed for your information is a copy of a letter from the Director of the Office of Civilian Radioactive Waste Management that addresses the issue of priority acceptance from shutdown reactors.

Printed with soy ink on recycled paper

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Arnold A. Gjerstad
Contracting Officer
Headquarters Procurement Services

cc: Jerry Cooper

Jerry Cooper

PGE

**Portland General Electric Company**
*Trojan Nuclear Plant*
*71760 Columbia River Hwy*
*Rainier, OR 97048*
*(503) 556-3713*

September 26, 2000

VPN-043-00

U.S. Department of Energy
DOE Contracting Officer
Office of Placement and Administration
PR-322.2
1000 Independence Avenue, SW
Washington, DC 20585

Submittal of Delivery Commitment Schedule

Portland General Electric Company (PGE) desires, at the very least, to retain its position in the acceptance priority ranking relative to other nuclear utilities. In fact, PGE asks that the U.S. Department of Energy (DOE) consider even earlier acceptance for shutdown plants, which is within DOE's authority under paragraph B.1(b) of Article VI of the Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (DOE Contract No. DE-CR01-83NE44406). PGE does not concede that the rate of acceptance in the latest DOE acceptance priority ranking report (DOE/RW-0457, March 1995) meets DOE's commitments under the contract. To the contrary, PGE protests the low rate of acceptance and the adequacy of the schedule in DOE's acceptance priority ranking.

With these qualifications, in order to protect its priority relative to other nuclear utilities, PGE submits in accordance with paragraph B.1 of Article V of the contract a completed Delivery Commitment Schedule for PGE's Year 9 allocation of projected waste management system acceptance capacity. Please note that the information is being submitted on a form that expired July 31, 2000, since current forms have not yet been printed. This status on availability of current forms was confirmed by Thomas Pollog, of the DOE Waste Acceptance and Transportation Division of the Office of Civilian Radioactive Waste Management (RW-44), in a telephone conversation with Lanny Dusek of my staff on September 20, 2000. Questions concerning this submittal may be directed to Jerry Cooper of my staff at (503) 556-7418.

Sincerely,

Stephen M. Quennoz

Stephen M. Quennoz
Vice President, Nuclear
and Thermal Operations

Enclosure

144

c: U. S. Department of Energy
Chief, Logistics and Utility Interface Branch
Office of Civilian Radioactive Waste Management
RW-432
1000 Independence Avenue, SW
Washington, DC 20585

NWPA-830C
(Revised 05/97)

OMB No. 1901-0260
Expires: 07/31/00

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Statistics and Methods Group, EI-70, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503. According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Portland General Electric Co.

1.2 DCS Identification Number: 0S-3801-4406-01

1.3 Contact Person:
(a) Name: Jerry Cooper
(b) Telephone: (503) 556-7418

1.4 Contract Number: DE-CR01-83NE44406

1.5 Reactor/Facility Information:
(a) Name: Trojan Nuclear Plant
(b) Address: 71760 Columbia River Hwy
(c) City: Rainier
(d) State: OR (e) Zip Code: 97048

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail x; Barge ____
2.3 Proposed Delivery Year: 2005
2.4 Range of Discharge Dates: 03 17 78 to 11 09 92
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 15.1
2.6 Number of Assemblies: BWR ____ PWR 35 Other ____

## 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.4 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 ______________________ Authorized Purchaser Signature ______ Date

3.2 Stephen M. Quennoz — Name (Please Type or Print)

3.3 VP Nuclear and Thermal Operations — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ______ Technical Representative ______ Title ______ Date

______ Contracting Officer ______ Date

Copy Distribution: 1 White, DOE-Contracting Officer; ... DOE-EIA; 1 Goldenrod, Utility Copy



PGE 00007

PGE

**Portland General Electric Company**
*Trojan Nuclear Plant*
*71760 Columbia River Hwy*
*Rainier, OR 97048*
*(503) 556-3713*

October 10, 2001

VPN-042-2001

U.S. Department of Energy
DOE Contracting Officer
Office of Placement and Administration
PR-322.2
1000 Independence Avenue, SW
Washington, DC 20585

<u>Submittal of Delivery Commitment Schedule</u>

Portland General Electric Company (PGE) desires, at the very least, to retain its position in the acceptance priority ranking relative to other nuclear utilities. In fact, PGE asks that the U.S. Department of Energy (DOE) consider even earlier acceptance for shutdown plants, which is within DOE's authority under paragraph B.1(b) of Article VI of the Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (DOE Contract No. DE-CR01-83NE44406). PGE does not concede that the rate of acceptance in the latest DOE acceptance priority ranking report (DOE/RW-0457, March 1995) meets DOE's commitments under the contract. To the contrary, PGE protests the low rate of acceptance and the adequacy of the schedule in DOE's acceptance priority ranking.

With these qualifications, in order to protect its priority relative to other nuclear utilities, PGE submits in accordance with paragraph B.1 of Article V of the contract a completed Delivery Commitment Schedule for PGE's Year 10 allocation of projected waste management system acceptance capacity. Please note that the information is being submitted on a form that expired July 31, 2000, since current forms have not yet been printed. This status on availability of current forms was confirmed by Thomas Pollog, of the DOE Waste Acceptance and Transportation Division of the Office of Civilian Radioactive Waste Management (RW-44), in a telephone conversation with Jerry Cooper of my staff on October 4, 2001. Questions concerning this submittal may be directed to Jerry Cooper of my staff at (503) 556-7418.

Sincerely,

Stephen M. Quennoz

Stephen M. Quennoz
Vice President, Power Supply/Generation

Enclosure

c: U.S. Department Of Energy
Chief, Logistics and Utility Interface Branch
Office of Civilian Radioactive Waste Management
RW-432
1000 Independence Avenue, S.W.
Washington, DC 20585

Energy Information Administration
National Energy Information Center
1000 Independence Avenue, S.W.
Washington, DC 20585

D. Aamodt, PGE
D. Stewart-Smith, Oregon Office of Energy

NWPA-830C
(Revised 05/97)

OMB No. 1901-0260
Expires: 07/31/00

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Statistics and Methods Group, EI-70, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503. According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Portland General Electric Co.

1.2 DCS Identification Number: 07-3801-4406-01

1.3 Contact Person:
(a) Name: Jerry Cooper
(b) Telephone: (503) 556-7418

1.4 Contract Number: DE-CR01-83NE44406

1.5 Reactor/Facility Information:
(a) Name: Trojan Nuclear Plant
(b) Address: 71760 Columbia River Hwy.
(c) City: Rainier
(d) State: OR (e) Zip Code: 97048

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X; Barge ____
2.3 Proposed Delivery Year: 2007
2.4 Range of Discharge Dates: 03 17 78 to 11 09 92
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 17.0
2.6 Number of Assemblies: BWR ____ PWR 37 Other ____

## 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.4 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 Stephen M Quennoz [signature] — 10/10/01
Authorized Purchaser Signature — Date

3.2 Stephen M. Quennoz
Name (Please Type or Print)

3.3 Vice President, Power Supply/Generation
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____________________
Technical Representative — Title — Date

____________________
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Offic[illegible] 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



PGE 00010

Department of Energy
Washington, DC 20585

RECEIVED JAN 4 199(

DEC 22 1992

Distr. to Ginna
NSARB
Response Instructions:
No response required

Dr. Robert C. McCready
Vice President, Ginna Nuclear Production
Rochester Gas & Electric Company
89 East Avenue
Rochester, NY 14649-0001

Dear Dr. McCready:

Consistent with the Standard Contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste, the Department of Energy has reviewed and approved the Delivery Commitment Schedule (DCS) submitted by Rochester Gas & Electric Company dated September 29, 1992, (DCS number 98-4401-4419-01). A copy of the approved DCS is enclosed for your records.

If you have any questions concerning this action, please contact Nick Graham of my staff on (202) 634-4415 or Nancy Montgomery of the Department's Office of Civilian Radioactive Waste Management on (202) 586-8320.

Linda Strand
Contracting Officer
Office of Placement and
Administration

Enclosure

cc: H. W. Brew
J. P. Ortiz

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

RGE-0000034

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 96-4401-4419-01

1.2 Contact Person:
(a) Name: Jaime P. Ortiz
(b) Telephone (include Area Code): 716-724-8128

1.3 Contract Number: DE-CR01-83NE 4419

1.4 Reactor/Facility Information:
(a) Name: R.E. Ginna
(b) Address: 1503 Lake Rd.
(c) City, State & Zip Code: Ontario, New York 14519

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 22 . Design Rated Load 30, Maximum Critical Load
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ; Barge
2.4 Proposed Delivery Date: 1998
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 10 6 72 to 4 1 92
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 32 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ___ PWR 80 Other ___

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 9/29/92
Authorized Purchaser Signature — Date

3.2 Dr. Robert C. Mecredy — Name (Please Type or Print)
3.3 Vice President, Ginna Nuclear Production — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] — Technical Representative; Branch Chief, RW-432 — Title; 12/4/92 — Date

4.2 [signature] — Contracting Officer; Date [illegible]

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

RGE-0000035

**Department of Energy**
Washington, DC 20585

JAN 18 1995

Mr. H. W. Brew
Rochester Gas & Electric Corporation
89 East Avenue
Rochester, NY 14649

Dear Mr. Brew:

The Department of Energy (DOE) has reviewed and approved the Delivery Commitment Schedule (DCS) submitted by Rochester Gas and Electric Corporation (RG&E) dated September 30, 1994 (DCS number 00-4401-4419-01) for spent nuclear fuel from R. E. Ginna. A copy of the approved DCS is enclosed for your records.

Please note that the earliest discharge date (Item 2.4) has been changed from 04/02/90 to 03/03/85 as a result of a phone conservation between Mr. Jaime P. Ortiz of RG&E and Mr. Phil Smith of DOE on October 25, 1994. This change makes the DCS consistent with the discharge dates indicated in the DCS transmittal letter from R. C. Mecredy (RG&E) to B. Tomasoni (DOE) dated September 30, 1994.

If you have any questions, please contact Doug Baptist of my staff on (202) 634-4427 or Phil Smith, Office of Civilian Radioactive Waste Management, on (202) 586-5646.

Beth Tomasoni
Beth Tomasoni
Contracting Officer
Office of Placement and Administration

cc: Jeime P. Ortiz

Printed with soy ink on recycled paper

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

RGE-0000016

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Rochester Gas & Electric Corporation

1.4 Contract Number: DE-CR01-83NE44419

1.2 DCS Identification Number: 00-4401-4419-01

1.5 Reactor/Facility Information:
(a) Name: R.E. Ginna Nuclear Power Plant, Unit 1
(b) Address: 1503 Lake Road
(c) City: Ontario
(d) State: NY (e) Zip Code: 14519

1.3 Contact Person:
(a) Name: Jaime P. Ortiz
(b) Telephone: ( 716 ) 724-8128

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 30, maximum critical load
2.2 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.3 Proposed Delivery Year: 2009
2.4 Range of Discharge Dates: [illegible] 030385 to 03 22 93
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 24.1
2.6 Number of Assemblies: BWR ____ PWR 68 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 Robert C. Mecredy — 9/30/94
Authorized Purchaser Signature — Date

3.2 Dr. Robert C. Mecredy
Name (Please Type or Print)

3.3 Vice President, Nuclear Operations
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 [X] Approved [ ] Disapproved

4.2 Harold A. Slater — Team Leader — 12-2-94
Technical Representative — Title — Date

[illegible]
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

RGE-0000017

**Department of Energy**
Washington, DC 20585

JUL 0 9 1996

Mr. H.W. Brew
Rochester Gas & Electric Corporation
89 East Avenue
Rochester, NY 14649

Dear Mr. Brew:

The Department of Energy (DOE) has reviewed and approved the Delivery Commitment Schedule (DCS) submitted by Rochester Gas & Electric Corporation dated January 23, 1996, (DCS number 01-4401-4419-01) for spent nuclear fuel from R.E. Ginna Power Plant, Unit 1. A copy of the approved DCS is enclosed for your records. The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed pursuant to law.

If you have any questions, please contact Doug Baptist of my staff on (202) 634-4455 or Elissa Turner, Office of Civilian Radioactive Waste Management, on (202) 586-1710.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

Printed with soy ink on recycled paper

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Rochester Gas & Electric Corporation

1.2 DCS Identification Number: 01-4401-4419-01

1.3 Contact Person:
(a) Name: Jaime Ortiz
(b) Telephone: ( 716 ) 724-8128

1.4 Contract Number: DE-CR01-83NE44419

1.5 Reactor/Facility Information:
(a) Name: R.E. Ginna Nuclear Power Plant, Unit 1
(b) Address: 1503 Lake Road
(c) City: Ontario, NY
(d) State: NY (e) Zip Code: 14519

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 30, maximum critical load
2.2 Proposed Shipping Mode: Truck x ; Rail ___ ; Barge ___
2.3 Proposed Delivery Year: 2001
2.4 Range of Discharge Dates: (Earliest to Latest) 06 24 72 Mo/Day/Yr to 04 02 95 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 16.1
2.6 Number of Assemblies: BWR ___ PWR 45 Other ___

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the ~~legal right to deliver~~ such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 01/23/96

3.2 Dr. Robert C. Mecredy — Name (Please Type or Print)

3.3 Vice President, Nuclear Operations — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

4.2 [signature] Technical Representative — Title — Date

Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

RGE-0000008

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave. S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Rochester Gas & Electric Corporation

1.2 DCS Identification Number: 02-4401-4419-01

1.3 Contact Person:
(a) Name: Jaime Ortiz
(b) Telephone: ( 716 ) 724-8128

1.4 Contract Number: DE-CR01-83NE44419

1.5 Reactor/Facility Information:
(a) Name: R.E. Ginna Nuclear Power Plant, Unit 1
(b) Address: 1503 Lake Road
(c) City: Ontario, NY 14519
(d) State: NY (e) Zip Code: 14519

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 30, maximum critical load
2.2 Proposed Shipping Mode: Truck x ; Rail ____ ; Barge ____
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: 03 10 94 Mo/Day/Yr to 04 08 96 Mo/Day/Yr
(Earliest to Latest)
2.5 Metric Tons Uranium: (Initial) 16.2
2.6 Number of Assemblies: BWR ____ PWR 46 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 9/30/96
Authorized Purchaser Signature — Date

3.2 Dr. Robert C. Mecredy
Name (Please Type or Print)

3.3 Vice President, Nuclear Operations
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____
Technical Representative — Title — Date

____
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

RGE-0000005

**Department of Energy**
Washington, DC 20585

Copies to: J. Clark
R Smith
T Yunk

XC: J. Ortiz

MAR 13 1997

Dr. Robert C. Mecredy
Vice President
Nuclear Operations
Rochester Gas & Electric Corporation
89 East Avenue
Rochester, NY 14649-0001

Dear Dr. Mecredy:

The Department of Energy has received your Delivery Commitment Schedule (DCS) submitted pursuant to Article V.B of the **Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste.**

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

As you know, my letter of December 17, 1996, invited submission of views by all contract holders on how the anticipated delay can best be accommodated. The Department looks forward to receipt of those views by March 14, 1997, and will advise you promptly of further developments in this program as they occur.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc:
Jamie Ortiz

Printed with soy ink on recycled paper

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

[illegible] under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract [illegible] Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting [illegible] collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, [illegible] the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect [illegible] collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, [illegible] and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 98-6601-4418-01

1.2 Contact Person:
(a) Name: Stephen W. Stilwagen
(b) Telephone (include Area Code): (714) 587-5420

1.3 Contract Number: DE-CR01-83NE44418

1.4 Reactor/Facility Information: (Morris Operations)
(a) Name: General Electric Company
(b) Address: 7555 East Collins Road
(c) City, State & Zip Code: Morris, Illinois 60450-9740

(If Edison is unable to expand San Onofre spent fuel storage or DOE is unable to meet it's commitment to begin receipt of spent fuel in 1998, Edison may elect to substitute similar spent fuel stored at San Onofre for the spent fuel identified on this DCS).

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 120 Tons
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail X; Barge ____
2.4 Proposed Delivery Date: 1998
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 10 02 70 Mo / Day / Yr to 02 06 73 Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 35.55 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR 97 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: September 29, 1992

3.2 Paul D. Byers — Name (Please Type or Print)

3.3 Manager of Nuclear Fuel — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

[signature] Technical Representative — Title: Branch Chief, [illegible] — Date: 12/2/92

4.2 [signature] Contracting Officer — Contracting Officer — Date: 12/2/92

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, C[illegible] ... Copy

OMB No.: 1901-0260
Expires: 11/30/93

JOC

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-6601-4418-01

1.2 Contact Person:
(a) Name: Stephen W. Stilwagen
(b) Telephone (Include Area Code): (714) 454-4412

1.3 Contract Number: DE-CR01-83NE44418

1.4 Reactor/Facility Information:
(a) Name: General Electric Company
(b) Address: 7555 East Collins Road
(c) City, State & Zip Code: Morris, Illinois 60450-9740

(If Edison is unable to expand San Onofre spent fuel storage or DOE is unable to meet its commitment to begin receipt of spent fuel in 1998, Edison may elect to substitute similar spent fuel stored at ~~San Onofre for the spent fuel identified~~ on this DCS.

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 120 Tons
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck_____; Rail X; Barge_____
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 02 06 73 Mo / Day / Yr to 03 13 75 Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 20.46 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR _____ PWR 57 Other _____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] Authorized Purchaser Signature — February 16, 1994 Date

3.2 Paul D. Myers Name (Please Type or Print)

3.3 Manager of Nuclear Fuel Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Technical Representative — Branch Chief RW-432 Title — 3/22/94 Date

4.2 [signature] Contracting Officer — 3/24/94 Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, [illegible] ... Goldenrod, Utility Copy

GE 18/22

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 00-6601-4418-01

1.2 Contact Person:
(a) Name: Stephen W. Stilwagen
(b) Telephone (include Area Code): (714) 454-4412

1.3 Contract Number: DE-CR01-83NE44418

1.4 Reactor/Facility Information:
(a) Name: General Electric Company
(b) Address: 7555 East Collins Road
(c) City, State & Zip Code: Morris, Illinois 60450-9740

(If Edison is Unable to expand San Onofre spent fuel storage or DOE is unable to meet it's commitment to begin receipt of spent fuel in 1998, Edison may elect to substitute similar spent fuel stored at San Onofre for the spent fuel identified on this DCS).

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 120 Tons
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.4 Proposed Delivery Date: 2000
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 03 13 75 Mo / Day / Yr to 09 30 76 Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 19.29 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR 53 Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] Authorized Purchaser Signature — Date: September 15, 1994

3.2 Paul D. Myers — Name (Please Type or Print)

3.3 Manager of Nuclear Fuel — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Technical Representative — Title: Team Leader — Date: 12-2-94

4.2 [signature] Contracting Officer — Date: 1/11/95

Copy Distribution: 1 White, DOE-Contracting Officer; 2 B ... Utility Copy