OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

Information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 01-6601-4418-01

1.2 Contact Person: Stanley C. Beers
(a) Name:
(b) Telephone (include Area Code): (714) 458-4750

1.3 Contract Number: DE-CR01-83NE44418

1.4 Reactor/Facility Information: (Morris Operations)
(a) Name: General Electric Company
(b) Address: 7555 East Collins Road
(c) City, State & Zip Code: Morris, Illinois 60450-9740

(If Edison is unable to expand San Onofre spent fuel storage or DOE is unable to meet it's commitment to begin receipt of spent fuel in 1998, Edison may elect to ~~substitute similar spent fuel stored at~~ San Onofre for the spent fuel identified on this DCS.)

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 120 Tons
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail x ; Barge ____
2.4 Proposed Delivery Date: 2001 *
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 09 30 76 to 09 30 76 (Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 19.3 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR 53 Other ____

"*The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed under the act."

## 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] August 18, 1995
Authorized Purchaser Signature — Date

3.2 Paul D. Myers
Name (Please Type or Print)

3.3 Manager of Nuclear Fuel
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] — Technical Representative — Title — 10/24/95 Date

4.2 [signature] 11/29/95
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DX ... y Copy

DOC
Rvsd 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Southern California Edison

1.2 DCS Identification Number: 03-4701-4418-01

1.3 Contact Person:
(a) Name: Stanley C. Beers
(b) Telephone: (949 ) 368-8553

1.4 Contract Number: DE-CR01-83NE44418

1.5 Reactor/Facility Information: 1
(a) Name: San Onofre Nuclear Gen Station
(b) Address: 5000 Pacific Coast Hwy
(c) City: San Clemente
(d) State: CA (e) Zip Code: 92672

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 120 Tons
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: 2005
2.4 Range of Discharge Dates: 04/08/80 — to 04/08/80 —
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 19.3
2.6 Number of Assemblies: BWR ____ PWR 52 Other ____

## 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] Authorized Purchaser Signature — Date: 9/28/99

3.2 Paul D. Myers — Name (Please Type or Print)

3.3 Mgr. Nuclear Fuel Management — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ________ Technical Representative — Title — Date

________ Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer — Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

April 3, 2000

Mr. Paul D. Myers
Manager
Nuclear Fuel Management
Southern California Edison
P.O. Box 128
San Clemente, CA 92674-0128

Dear Mr. Myers:

The Department of Energy received your Delivery Commitment Schedule (DCS) for San Onofre Nuclear Generating Station Unit #1, DCS number 05-4701-4418-01 (contract number DE-CR01-83NE44418) for 2005. The DCS was submitted pursuant to Article V.B. and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10CFR961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0045, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Arnold A. Gjerstad
Contracting Officer
Headquarters Procurement Services

cc: Stanley C. Beers

NWPA-830C
(Revised 05/97)

OMB No. 1901-0260
Expires: 07/31/00

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

Information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Statistics and Methods Group, EI-70, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503. According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Tennessee Valley Authority

1.2 DCS Identification Number: 07-4805-4420-01

1.3 Contact Person:
(a) Name: Donald L. Hutson
(b) Telephone: (423) 751-4759

1.4 Contract Number: DE-CR01-83NE44420

1.5 Reactor/Facility Information:
(a) Name: Browns Ferry Nuclear Plant
(b) Address: Browns Ferry Road
(c) City: Athens
(d) State: AL (e) Zip Code: 35611

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail ____; Barge X
2.3 Proposed Delivery Year: 2007
2.4 Range of Discharge Dates: 9 13 77 (Mo/Day/Yr) to 4 16 00 (Mo/Day/Yr)
(Earliest to Latest)
2.5 Metric Tons Uranium: (Initial) 52.4
2.6 Number of Assemblies: BWR 286 PWR ____ Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.4 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] Authorized Purchaser Signature — Date: 9/7/01

3.2 John B. Carden III — Name (Please Type or Print)

3.3 Contract Manager — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____ Technical Representative ____ Title ____ Date

____ Contracting Officer ____ Date

Copy Distribution: 1 White, DOE-Contracting Officer; 7 ---- DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CONFIDENTIAL TVA000983

September 10, 1993

VIRGINIA POWER

U. S. Department of Energy
DOE Contracting Officer
Office of Placement and Administration
PR-322.1
1000 Independence Avenue, S.W.
Washington, DC 20585

Dear Sir:

DELIVERY COMMITMENT SCHEDULE
CONTRACT NO DE-CR01-83NE44423

In accordance with the terms of the subject contract and the supplementary instructions, enclosed is a Delivery Commitment Schedule for Virginia Power's spent fuel disposal allocation in 1999.

Very truly yours,

R. M. Berryman, Manager
Nuclear Analysis and Fuels

Enclosure

cc: U. S. Department of Energy
Chief, Logistics and Utility Interface Branch
Office of Civilian Radioactive Waste Management

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

NWPA-830C

99-5203-4423-0_

OMB No : 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-5203-4423-01

1.2 Contact Person:
(a) Name: Brian H. Wakeman
(b) Telephone (include Area Code): 804-273-2250

1.3 Contract Number: DE-CR01-83NE44423

1.4 Reactor/Facility Information:
(a) Name: Surry Power Station
(b) Address: End of Route 650
(c) City, State & Zip Code: Surry, VA 23883

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail ____; Barge X
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 06 30 83 to 09 10 88
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 8.17 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR 18 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 R M Berryman (signature) 9/10/93
Authorized Purchaser Signature — Date

3.2 R. M. Berryman
Name (Please Type or Print)

3.3 Manager-Nuclear Analysis and Fuel
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

Technical Representative — Title — Date

4.2

Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

VAP-0002060

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 00-5203-4423-01

1.2 Contact Person:
(a) Name: Brian H. Wakeman
(b) Telephone (include Area Code): 804-273-2250

1.3 Contract Number: DE-CR01-83NE44423

1.4 Reactor/Facility Information:
(a) Name: Surry Power Station
(b) Address: End of Route 650
(c) City, State & Zip Code: Surry, VA 23883

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail ____; Barge X
2.4 Proposed Delivery Date: 2000
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 05 10 86 to 03 06 93
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 69.38 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR 154 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 Ron Berryman — 9/27/94
Authorized Purchaser Signature — Date

3.2 R. M. Berryman
Name (Please Type or Print)

3.3 Manager-Nuclear Analysis and Fuel
Title (Please Type or Print)

**TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.**

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

______ Technical Representative ______ Title ______ Date

4.2 ______ Contracting Officer ______ Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Innsbrook Technical Center
5000 Dominion Boulevard
Glen Allen, Virginia 23060

VIRGINIA POWER

September 27, 1996

U. S. Department of Energy
DOE Contracting Officer
Office of Placement and Administration
PR-322.2
1000 Independence Avenue, S.W.
Washington, D.C. 20585

Dear Sir:

DELIVERY COMMITMENT SCHEDULE
CONTRACT NO DE-CR01-83NE44423

In accordance with the terms of the subject contract and the supplementary instructions, enclosed is a Delivery Commitment Schedule for Virginia Power's spent fuel disposal allocation in 2002.

Very truly yours,

R. M. Berryman

R. M. Berryman, Manager
Nuclear Analysis and Fuel

Enclosure

cc: U. S. Department of Energy
Chief, Logistics and Utility Interface Branch
Office of Civilian Radioactive Waste Management

bc: Mr. J. P. O'Hanlon - IN/2SW
Mr. M. R. Kansler - IN/2E
Mr. D. A. Christian - Surry
Mr. N. P. Wolfhope - IN/3SW
Mr. B. H. Wakeman - IN/3SW BHW
Mr. W. R. Wright - IN/2SW
NAF File 4.1.11



Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

02-5203-4423-01

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Virginia Electric and Power Company

1.2 DCS Identification Number: 02-5203-4423-01

1.3 Contact Person:
(a) Name: Brian H. Wakeman
(b) Telephone: ( 804 ) 273-2250

1.4 Contract Number: DE-CR01-83NE44423

1.5 Reactor/Facility Information:
(a) Name: Surry Power Station
(b) Address: End of Route 650
(c) City: Surry
(d) State: VA (e) Zip Code: 23883

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail ____; Barge X
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: (Earliest to Latest) 03 06 93 Mo/Day/Yr to 02 04 95 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 54.7
2.6 Number of Assemblies: BWR ____ PWR 121 Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 R. M. Berryman (signature) — Authorized Purchaser Signature — Date: 9/26/96

3.2 R. M. Berryman — Name (Please Type or Print)

3.3 Manager-Nuclear Analysis & Fuel — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____ Technical Representative ____ Title ____ Date

____ Contracting Officer ____ Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

VAP-0001929

Department of Energy
Washington, DC 20585

MAR 1 3 1997

Mr. R.M. Berryman
Manager, Nuclear Analysis and Fuel
Virginia Power
5000 Dominion Boulevard
Glen Allen, VA 23060

Dear Mr. Berryman:

The Department of Energy has received your Delivery Commitment Schedule (DCS) submitted pursuant to Article V.B of the **Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste.**

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

As you know, my letter of December 17, 1996, invited submission of views by all contract holders on how the anticipated delay can best be accommodated. The Department looks forward to receipt of those views by March 14, 1997, and will advise you promptly of further developments in this program as they occur.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc:
Brian H. Wakeman

Printed with soy ink on recycled paper

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 00-5501-4429-01

1.2 Contact Person:
(a) Name: Stanley F. Wozniak
(b) Telephone (include Area Code): 414-433-1338

1.3 Contract Number: DE-CR01-83NE44429

1.4 Reactor/Facility Information:
(a) Name: Kewaunee Nuclear Power Plant
(b) Address: Route 1, P.O. Box 48
(c) City, State & Zip Code: Kewaunee, WI 54216

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 2000
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 2 14 76 to 2 14 76
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 4.38 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 0 PWR 11 Other 0

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 Stanley F. Wozniak [signature] Sept. 3, 1992
Authorized Purchaser Signature — Date

3.2 Stanley F. Wozniak — Name (Please Type or Print)
3.3 Director-Nuclear Fuel — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

Technical Representative — Title — Date

4.2
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CTR00623

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 01-5501-4429-01

1.2 Contact Person:
(a) Name: Stanley F. Wozniak
(b) Telephone (include Area Code): 414-433-1338

1.3 Contract Number: DE-CR01-83NE44429

1.4 Reactor/Facility Information:
(a) Name: Kewaunee Nuclear Power Plant
(b) Address: Route 1, P.O. Box 48
(c) City, State & Zip Code: Kewaunee, WI 54216

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 2001
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 1 17 77 to 1 17 77
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 17.63 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 0 PWR 45 Other 0

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 Stanley F. Wozniak (signature) — Authorized Purchaser Signature — Sept. 3, 1992 — Date

3.2 Stanley F. Wozniak — Name (Please Type or Print)

3.3 Director-Nuclear Fuel — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

Technical Representative — Title — Date

4.2 Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CTR00623

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 02-5501-4429-01

1.2 Contact Person:
(a) Name: Stanley F. Wozniak
(b) Telephone (include Area Code): 414-433-1338

1.3 Contract Number: DE-CR01-83NE44429

1.4 Reactor/Facility Information:
(a) Name: Kewaunee Nuclear Power Plant
(b) Address: Route 1, P.O. Box 48
(c) City, State & Zip Code: Kewaunee, WI 54216

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 2002
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 4 21 78 to 4 21 78
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 16.04 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 0 PWR 41 Other 0

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature: Stanley F. Wozniak] Sept. 3, 1992
Authorized Purchaser Signature — Date

3.2 Stanley F. Wozniak
Name (Please Type or Print)

3.3 Director-Nuclear Fuel
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

Technical Representative — Title — Date

4.2
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CTR00623

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 04-5501-4429-01

1.2 Contact Person:
(a) Name: Stanley F. Wozniak
(b) Telephone (include Area Code): 414-433-1338

1.3 Contract Number: DE-CR01-83NE44429

1.4 Reactor/Facility Information:
(a) Name: Kewaunee Nuclear Power Plant
(b) Address: Route 1, P.O. Box 48
(c) City, State & Zip Code: Kewaunee, WI 54216

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.4 Proposed Delivery Date: 2004
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 5 26 79 to 5 26 79
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 5.20 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 0 PWR 13 Other 0

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature: Stanley F. Wozniak] — Authorized Purchaser Signature — Sept. 3, 1992 — Date

3.2 Stanley F. Wozniak — Name (Please Type or Print)

3.3 Director-Nuclear Fuel — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

______ Technical Representative ______ Title ______ Date

4.2 ______ Contracting Officer ______ Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 05-5501-4429-01

1.2 Contact Person:
(a) Name: Stanley F. Wozniak
(b) Telephone (include Area Code): 414-433-1338

1.3 Contract Number: DE-CR01-83NE44429

1.4 Reactor/Facility Information:
(a) Name: Kewaunee Nuclear Power Plant
(b) Address: Route 1, P.O. Box 48
(c) City, State & Zip Code: Kewaunee, WI 54216

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 2005
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 5 09 80 Mo / Day / Yr to 5 09 80 Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 13.23 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 0 PWR 33 Other 0

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 Stanley F. Wozniak (signature) — Authorized Purchaser Signature    Sept. 3, 1992 — Date

3.2 Stanley F. Wozniak — Name (Please Type or Print)    3.3 Director-Nuclear Fuel — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

Technical Representative    Title    Date

4.2 ____________________

Contracting Officer    Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CTR00623

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 06-5501-4429-01

1.2 Contact Person:
(a) Name: Stanley F. Wozniak
(b) Telephone (Include Area Code): 414-433-1338

1.3 Contract Number: DE-CR01-83NE44429

1.4 Reactor/Facility Information:
(a) Name: Kewaunee Nuclear Power Plant
(b) Address: Route 1, P.O. Box 48
(c) City, State & Zip Code: Kewaunee, WI 54216

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.4 Proposed Delivery Date: 2006
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 4 20 81 to 4 20 81
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 16.43 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 0 PWR 41 Other 0

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 *Stanley F. Wozniak* — Authorized Purchaser Signature — *Sept. 3, 1992* — Date

3.2 Stanley F. Wozniak — Name (Please Type or Print)

3.3 Director-Nuclear Fuel — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

Technical Representative — Title — Date

4.2 Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CTR00623

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 07-5501-4429-01

1.2 Contact Person:
(a) Name: Stanley F. Wozniak
(b) Telephone (include Area Code): 414-433-1338

1.3 Contract Number: DE-CR01-83NE44429

1.4 Reactor/Facility Information:
(a) Name: Kewaunee Nuclear Power Plant
(b) Address: Route 1, P.O. Box 48
(c) City, State & Zip Code: Kewaunee, WI 54216

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: -- -2007 - -- -
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 4 09 82 to 4 09 82
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 14.46 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 0 PWR 37 Other 0

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 Stanley F. Wozniak — Authorized Purchaser Signature    Sept. 3, 1992 — Date

3.2 Stanley F. Wozniak — Name (Please Type or Print)    3.3 Director-Nuclear Fuel — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

Technical Representative    Title    Date

4.2 Contracting Officer    Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CTR00623

**Department of Energy**
Washington, DC 20585

JUN 14 1995

Mr. J. M. Buchheit
Senior Fuels Engineer
Yankee Atomic Electric Company
580 Main Street
Bolton, MA 01740-1398

Dear Mr. Buchheit:

The Department of Energy (DOE) has reviewed and approved the Delivery Commitment Schedule (DCS) submitted by Yankee Atomic Electric Company dated March 28, 1995, (DCS number 00-5601-4428-01) for spent nuclear fuel from Yankee Rowe 1. A copy of the approved DCS is enclosed for your records. The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed under the act.

If you have any questions, please contact Doug Baptist of my staff on (202) 634-4427 or Phil Smith, Office of Civilian Radioactive Waste Management, on (202) 586-5646.

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

Printed with soy ink on recycled paper

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Yankee Atomic Electric Company

1.4 Contract Number: DE-CR01-83NE44428

1.2 DCS Identification Number: 005601442801

1.5 Reactor/Facility Information:
(a) Name: Yankee Nuclear Power Station
(b) Address: Star Route
(c) City: Rowe
(d) State: MA (e) Zip Code: 01367

1.3 Contact Person:
(a) Name: J. M. Buchheit
(b) Telephone: (508) 779-6711

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 37
2.2 Proposed Shipping Mode: Truck x ; Rail ____ ; Barge ____
2.3 Proposed Delivery Year: 2000 **
2.4 Range of Discharge Dates: 2 12 72 to 10 01 91
(Earliest to Latest) Mo/Day/Yr Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 9.65
2.6 Number of Assemblies: BWR ____ PWR 40 Other ____

**The proposed delivery date is dependent upon the existence of an operatio repository or an interim storage facility constructed under the Ac

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] Authorized Purchaser Signature — Date: March 28, 1995

3.2 R. M. Grube — Name (Please Type or Print)

3.3 Director, Fuel Management Departmen — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

4.2 [signature] Technical Representative — Title: Tech Lead - Waste Acceptance Div. — Date: 4/19/95

[signature] Contracting Officer — Date: 6/14/95

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Arkansas Power & Light Company

1.2 DCS Identification Number: 01-0401-4363-01

1.3 Contact Person:
(a) Name: Frank B. Rives
(b) Telephone: ( 501 ) 368-5750

1.4 Contract Number: DE CR0183NE44363

1.5 Reactor/Facility Information:
(a) Name: Arkansas Nuclear One Units 1&2
(b) Address: Route 3, Box 137G
(c) City: Russellville
(d) State: Arkansas (e) Zip Code: 72801-9399

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 100
2.2 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.3 Proposed Delivery Year: 2001 *
2.4 Range of Discharge Dates: 01/27/77 to 09/06/93
(Earliest to Latest) Mo/Day/Yr Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 23.3
2.6 Number of Assemblies: BWR ____ PWR 50 Other ____

*The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed under the act.

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] Authorized Purchaser Signature — December 28, 1995 Date

3.2 Frank B. Rives — Name (Please Type or Print)

3.3 Director, Nuclear Fuels — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

4.2 [signature] Technical Representative — COTR Title — 1/30/96 Date

[signature] Contracting Officer — 3/5/96 Date

Copy Distribution: 1 White, DOE-Contracting Officer; ...nk, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

MAR 1 3 1997

Mr. Joseph A. Pezzello
Principal Engineer
Reactor & Fuel Engineering
Consolidated Edison Company of
New York, Inc.
4 Irving Place (Room 643S)
New York, NY 10003

DCS 02-1102-4373-01

Dear Mr. Pezzello:

The Department of Energy has received your Delivery Commitment Schedule (DCS) submitted pursuant to Article V.B of the **Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste**.

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

As you know, my letter of December 17, 1996, invited submission of views by all contract holders on how the anticipated delay can best be accommodated. The Department looks forward to receipt of those views by March 14, 1997, and will advise you promptly of further developments in this program as they occur.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

...collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for ...Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this ...information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the ...and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including ...for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and ...atory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Consolidated Edison Co. of NY

1.4 Contract Number: DE-CR01-83NE44373

1.2 DCS Identification Number: 02-1102-4373-01

1.5 Reactor/Facility Information:
(a) Name: Indian Point Station
(b) Address: Broadway & Bleakley Ave.
(c) City: Buchanan
(d) State: N.Y. (e) Zip Code: 10511

1.3 Contact Person:
(a) Name: Joseph A. Pezzello
(b) Telephone: ( 212 ) 460-4821

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 40
2.2 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: ~~03 30 76~~ to 02 04 95
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 27.10
2.6 Number of Assemblies: BWR ____ PWR 60 Other ____

## 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: Sept. 27, 1996

3.2 Joseph A. Pezzello — Name (Please Type or Print)

3.3 Principal Engineer Reactor & Fuel Engineering — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 [X] Approved [X] Disapproved

Void 4/21/97 DKJ

4.2 [signature] Technical Representative — Title: COTR — Date: 12/30/96

[signature] Contracting Officer — Date: 1/14/97 Void 3/13/97

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

February 16, 2000

DCS
04-1102-4373-0

Mr. Joseph A. Pezzello
Principal Engineer
Reactor & Fuel Engineering
Consolidated Edison of New York, Inc.
4 Irving Place
New York, NY 10003

Dear Mr. Pezzello:

This responds to your letter of September 24, 1999. The Department of Energy received your Delivery Commitment Schedule (DCS) for Indian Point Station Unit 2 DCS number 04-1102-4373-01 (contract number DE-CR01-83NE44373) for 2004. The DCS was submitted pursuant to Article V.B. and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10CFR961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0045, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Arnold A. Gjerstad
Contracting Officer
Headquarters Procurement Services

6/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Consolidated Edison Co. of N.Y., Inc.

1.4 Contract Number: DE-CR01-83NE44373

1.2 DCS Identification Number: 04-1102-4373-01

1.5 Reactor/Facility Information:
(a) Name: Indian Point Station
(b) Address: Broadway & Bleakley Ave.
(c) City: Buchanan
(d) State: N.Y. (e) Zip Code: 10511

1.3 Contact Person:
(a) Name: Joseph A. Pezzello
(b) Telephone: ( 212 ) 460-4821

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 40
2.2 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.3 Proposed Delivery Year: Annual Acceptance Capacity Allocations, Year 7
2.4 Range of Discharge Dates: 03 30 76 to 02 04 95
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 28.3
2.6 Number of Assemblies: BWR ____ PWR 62 Other ____

## 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 Joseph A. Pezzello — September 24, 1999
Authorized Purchaser Signature — Date

3.2 Joseph A. Pezzello
Name (Please Type or Print)

3.3 Principal Engineer Reactor & Fuel Engineering
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____________________
Technical Representative — Title — Date

____________________
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

February 16, 2000

DC
05-1102-4373-01

Mr. Joseph A. Pezzello
Principal Engineer
Reactor & Fuel Engineering
Consolidated Edison Company of New York, Inc.
4 Irving Place
New York, NY 10003

Dear Mr. Pezzello:

This responds to your letter of September 27, 1999. The Department of Energy received your Delivery Commitment Schedule (DCS) for Indian Point Station Unit 2 DCS number 05-1102-4373-01 (contract number DE-CR01-83NE44373) for 2005. The DCS was submitted pursuant to Article V.B. and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10CFR961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0045, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Arnold A. Gjerstad
Contracting Officer
Headquarters Procurement Services

OMB No.: 1901-0260
Expires: 08/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

...formation is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for ...osal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this ...ection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Consolidated Edison Co. of N.Y., Inc.

1.4 Contract Number: DE-CR01-83NE44373

1.2 DCS Identification Number: 05-1102-4373-01

1.5 Reactor/Facility Information:
(a) Name: Indian Point Station
(b) Address: Broadway & Bleakley Ave.
(c) City: Buchanan
(d) State: N.Y. (e) Zip Code: 10511

1.3 Contact Person:
(a) Name: Joseph A. Pezzello
(b) Telephone: (212) 460-4821

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 40
2.2 Proposed Shipping Mode: Truck X ; Rail ___ ; Barge ___
2.3 Proposed Delivery Year: 2005 Annual Acceptance Capacity Allocations, Year 8
2.4 Range of Discharge Dates: (Earliest to Latest) 03-30-76 Mo/Day/Yr to 02-04-95 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 2.3
2.6 Number of Assemblies: BWR ___ PWR 5 Other ___

## 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 Joseph A. Pezzello — Authorized Purchaser Signature — September 27, 1999 — Date

3.2 Joseph A. Pezzello — Name (Please Type or Print)

3.3 Principal Engineer Reactor & Fuel Engineering — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ___ Technical Representative ___ Title ___ Date

___ Contracting Officer ___ Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE ...; ...IA; 1 Goldenrod, Utility Copy

(2)

**Department of Energy**
Washington, DC 20585

OCT 2 5 2000

Mr. Joseph A. Pezzello
Principal Engineer
Reactor & Fuel Engineering
Consolidated Edison Company of New York, Inc.
1 Park Place
Peeskill, NY 10566

Dear Mr. Pezzello:

The Department of Energy received your Delivery Commitment Schedule (DCS) for Indian Point 2, DCS number 06-1102-4373-01 (contract number DE-CR01-83NE44373) for 2006. The DCS was submitted pursuant to Article V.B. and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10CFR961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0077, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Herbert D. Watkins
Contracting Officer
Headquarters Procurement Services

DOC
Rev 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Consolidated Edison Co. of N.Y., Inc.

1.4 Contract Number: DE-CR01-83NE44373

1.2 DCS Identification Number: 06-1102-4373-01

1.5 Reactor/Facility Information:
(a) Name: Indian Point Station
(b) Address: ~~Broadway & Bleakley Ave.~~
(c) City: ~~Buchanan~~
(d) State: ~~N.Y.~~ (e) Zip Code: ~~10511~~

1.3 Contact Person:
(a) Name: Joseph A. Pezzello
(b) Telephone: (914) 788-3262

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 40
2.2 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.3 Proposed Delivery Year: Annual Acceptance Capacity Allocations, Year 9
2.4 Range of Discharge Dates: (Earliest to Latest) ~~03-30-76~~ Mo/Day/Yr to ~~10-05-87~~ Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 22.2
2.6 Number of Assemblies: BWR ____ PWR 49 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 Joseph A. Pezzello (signature) — Authorized Purchaser Signature — September 14, 2000 — Date

3.2 Joseph A. Pezzello — Name (Please Type or Print)

3.3 Principal Engineer Reactor & Fuel Engineering — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____ Technical Representative ____ Title ____ Date

____ Contracting Officer ____ Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

copy to Schuler Bamford Wrobel Ortiz

**Department of Energy**
Washington, DC 20585

MAR 0 8 1994

Dr. Robert C. Mecredy
Vice President, Ginna Nuclear Production
Rochester Gas & Electric Company
89 East Avenue
Rochester, NY 14649-0001

Dear Dr Mecredy:

The Department of Energy (DOE) has reviewed and approved the revised Delivery Commitment Schedule (DCS) submitted by Rochester Gas & Electric Company, dated January 12, 1994, (DCS number 99-4401-4419-01) for spent nuclear fuel from R. E. Ginna. A copy of the approved DCS is enclosed for your records.

If you have any questions concerning this action, please contact Doug Baptist of my staff on (202) 634-4415 or Nancy Slater of the Department's Office of Civilian Radioactive Waste Management on (202)586-8320.

Beth Tomasoni
Contracting Officer
Office of Placement and
Administration

Enclosures

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

RGE-0000026

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-4401-4419-01

1.2 Contact Person:
(a) Name: Jaime P. Ortiz
(b) Telephone (include Area Code): 716-724-8126

1.3 Contract Number: DE-CR01-83NE44419

1.4 Reactor/Facility Information:
(a) Name: R.E. Ginna
(b) Address: 1503 Lake Road
(c) City, State & Zip Code: Ontario New York 14519

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 32, Design Rated Load. 30, Maximum Critical Load
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 04 02 90 to 04 01 91
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 4.6 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR 13 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 ____________ 01/12/94
Authorized Purchaser Signature — Date

3.2 Dr. Robert C. Mecredy
Name (Please Type or Print)

3.3 Vice President, Ginna Nuclear Production
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] — Chief, Logistics and Utility Interface Branch — 2/1/94
Technical Representative — Title — Date

4.2 [signature] — 3/3/94
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Protected Material
To Be Enclosed Only In Accordance
With U.S. Court of Federal Claims
Protective Order

RGE-0000027

## DISSENTING VIEWS OF REPRESENTATIVE EDWARD J. MARKEY

### H.R. 6598 As Reported

H.R. 6598 does not approach the standards for which we should strive when passing legislation from our Committee.

Members of this Committee were assigned the responsibility for passing a bill which would establish our nation's policy for handling thousands of tons of highly radioactive nuclear wastes—wastes which will remain dangerous for tens of thousands of years to come. In formulating this policy, Members of this Committee should have kept five basic premises in mind: (1) The bill should provide a comprehensive solution to the waste dilemma; (2) Its focus should be dedicated to permanent waste disposal; (3) It should include a strong and constitutionally acceptable state participation provision; (4) It should include safeguards which would ensure the protection of the surrounding environment and community; and (5) It should include a public participation mechanism which would allow all public concerns to be addressed and which would ensure public confidence in the national nuclear waste policy.

The bill as reported from this Committee fails to fulfill any of these prerequisites. It is a bill of which no one should by proud.

### THE TEN-PERCENT SOLUTION (MILITARY WASTE EXCLUSION)

Except for a limited set of state participation provisions, the reported bill will not apply to wastes generated by the Department of Defense. Military wastes account for 90 percent of the wastes by volume on this country. By passing a bill which only superficially applies to military wastes, we have produced a measure which addresses only 10 percent of the current waste problem. To be accurate, the bill should be renamed the "Civilian" Nuclear Waste Policy Act. And we should inform the American public that Congress, once again, has avoided solving the nuclear waste dilemma by ignoring 90 percent of the problem.

### "PERMANENT SOLUTION? IT'S NOT OUR JOB"

At the outset, it should be stated with perfect clarity that there is no short-term interim nuclear waste storage problem. Technology is presently available to store waste which is on-hand at nuclear power utilities and to store waste which will be generated in the next few years. The "problem" is that utilities are unwilling to take advantage of storage technologies—waiting instead for the federal government to take responsibility for the waste. In this respect, H.R. 6598 is the utilities' dream.

In early 1981, the Reagan Administration directed the Department of Energy to pursue development of on-site technologies for





storing spent nuclear fuel. In line with this, H.R. 6598 allows for accelerated licensing procedures for on-site capacity expansion including interim licensing for additional on-site storage *before* the public hearing process is completed. This particular provision stands as a testament to the apparent belief among some Members of this Committee that civilian nuclear power generation and public participation are mutually exclusive propositions. I do not support this belief; however the interim licensing provisions in this bill should more than adequately address industries' supposed need for additional capacity in the near future.

Yet, the bill reported from our Committee goes even further. For the first time in American history, we are mandating that high-level nuclear waste *storage* is a federal responsibility rather than a utility responsibility. Instead of bending to the mandates of the domestic nuclear power industry, we should have focused on what the American people want and deserve. We have done just the opposite. We have passed a bill which sets up a massive Away-From-Reactor short-term storage program and/or a "long-term" (although not long-term when compared to the tens of thousands of years in which the plutonium will remain radioactive) Monitored Retrievable Storage program—each of which could serve to undermine the urgency or necessity of permanent high-level nuclear waste disposal.

It is highly unlikely in an era of fiscal conservatism which will extend into the indifinite future, that federal funds will be found for both interim storage and permanent disposal. In addition, nothing could be more redundant, wasteful and fiscally irresponsible than developing a long-term retrievable storage program when in fact the final repository will be designed with a retrievability capability of up to 50 years.

In addition, a federal interim storage will double the risks associated with transporting high-level nuclear waste. Rather than storing waste at the site where it is generated until it is trucked to a site for final disposal, we will now transport waste twice—once to the interim storage location and again to the final repository. In doing so, we will effectively and unnecessarily subject citizens across this country to double the risk of exposure in the event of an accident. We will also put our national security at additional risk by giving individuals or groups with terrorist motives twice the opportunity to divert the highly radioactive waste for clandestine purposes.

### STATES RIGHTS

The state role provision incorporated into H.R. 6598 is unconstitutional. It states that one House of Congress must sustain a state objection to the siting of a repository or else construction on the site may proceed. A similar state objection provision was proclaimed unconstitutional by a District of Columbia Court of Appeals on January 29, 1982, in a case known as *Consumer Energy Council of America et al. versus the Federal Energy Regulatory Commission et al.* In that decision, the one-House congressional veto was *proclaimed unconstitutional, "both by preventing the President from exercising his veto power and by permitting legisla-*

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - - - - -x
YANKEE ATOMIC ELECTRIC COMPANY :
(98-126C)(Merow, S.J.) :
CONNECTICUT YANKEE ATOMIC POWER COMPANY :
(98-154C)(Merow, S.J.) :
FLORIDA POWER & LIGHT COMPANY :
(98-483C)(Wilson, J.) :
NORTHERN STATES POWER COMPANY :
(98-484C)(Wiese,J.) :
DUKE POWER, A Division of :
DUKE ENERGY CORP. :
(98-485C)(Sypolt,J.) :
INDIANA MICHIGAN POWER COMPANY :
(98-486C)(Hodges, J.) :
SACRAMENTO MUNICIPAL UTILITY DISTRICT :
(98-488C)(Yock, S.J.) :
SOUTHERN NUCLEAR OPERATING COMPANY, :
et al. :
(98-488C)(Yock, S.J.) :
COMMONWEALTH EDISON COMPANY :
(98-621C)(Hewitt, J.) :
BOSTON EDISON COMPANY :
(99-447C)(Allegra, J.) :
GPU NUCLEAR, INCORPORATED :

Certified Copy

(00-440C)(Bush, J.) :
WISCONSIN ELECTRIC POWER COMPANY :
(00-697C)(Merow, S.J.) :
POWER AUTHORITY OF THE STATE OF NEW YORK :
(00-703C)(Damich, J.) :
OMAHA PUBLIC POWER DISTRICT :
(01-115C)(Bush, J.) :
NEBRASKA PUBLIC POWER DISTRICT :
(01-116C)(Sypolt, J.) :
TENNESSEE VALLEY AUTHORITY :
(01-249C)(Bruggink, J.) :
Plaintiffs, :
v. :Discovery
THE UNITED STATES, :Judge:
Defendant. :(Judge
- - - - - - - - - - - - - - - - - - - - - -xSypolt)

McLean, Virginia

Tuesday, April 9, 2002

Deposition of ALAN BROWNSTEIN, a witness, called for examination by counsel for Plaintiffs in the above-entitled matter, pursuant to notice, the witness being duly sworn by CATHERINE S. BOYD, a Notary Public in and for the Commonwealth of Virginia, taken at the offices of Shaw Pittman, LLP, 1650 Tysons

Page 62

testimony?
A. In the mission plan or the mission plan amendments.
Q. Okay. And how did you go about doing that?
Explain to me what you mean by that.
A. My responsibilities did not include developing a waste acceptance rate that was done by other parts of the program, and in order to complete the things that I was responsible for, we needed a waste acceptance rate, and I used documents available elsewhere in the program.
Q. Who was responsible for developing the waste acceptance rates reflected on page 26 of Exhibit 2?
A. I don't recall. As I testified, this document came out before I was an employee, so I don't know who, who was responsible for that.
I don't recall who was responsible for that.
Q. What office within DOE was responsible for preparing this data, do you know?
A. OCRWM.
Q. Was there a division or branch within OCRWM that was responsible for preparing the

Page 63

waste acceptance schedule at page 26 of Brownstein 2?
A. There probably was, but I just don't recall.
Q. Do you see the first sentence of this section under the heading 2.7, waste-acceptance schedules, on page 25?
(The witness reviewed the document.)
THE WITNESS: Yes.
BY MR. TOMASZCZUK:
Q. It says, "The DOE is committed to accept waste from the signatories of the standard disposal contracts on a firm schedule that begins no later than January 31, 1998"?
A. Yes.
Q. Is that an accurate statement?
MR. BANES: Objection. Calls for a legal conclusion.
It's vague.
BY MR. TOMASZCZUK:
Q. I'm not asking for your understanding as a, as an attorney.
A. The statement is what it is. You read it correctly.
Q. Is it an accurate statement? Do you

understand my question?
A. I don't.
MR. BANES: Same objection.
BY MR. TOMASZCZK:
Q. Well, is it true that DOE under the contract is committed to accept waste from the signatories of standard disposal contracts on a firm schedule that begins no later than January 31, 1998?
MR. BANES: Objection. Calls for a legal conclusion.
Go ahead.
THE WITNESS: I don't believe that. I believe that this is a, a goal.
I don't believe that it accurately represents what the contract calls for.
BY MR. TOMASZCZUK:
Q. Did you ever discuss that view with anyone?
A. I'm sure that I must have, but I don't recall specifically who or circumstances.
Q. You would at least agree the first sentence doesn't talk about goals, does it?
MR. BANES: Objection -- vague, argumentative.

Page 65

THE WITNESS: The word goal is not used in the first sentence.
BY MR. TOMASZCZUK:
Q. Do you know to whom this mission plan was disseminated?
A. The document was public. It was all -- it was public, all interested parties, all interested people.
I don't know the mailing list.
Q. Do you know why it was prepared?
A. I believe, I believe it was required under the NWPA.
(There was a pause in the proceedings.)
BY MR. TOMASZCZUK:
Q. There are two tables which appear near the end of this excerpt on pages 26 and 27.
(The witness reviewed the document.)
THE WITNESS: Okay.
BY MR. TOMASZCZUK:
Q. And are you familiar with these two tables?
A. I have seen them before, generally familiar with them.
Q. Do you know what they purport to

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - - - -x

YANKEE ATOMIC ELECTRIC COMPANY :
(98-126C)(Merow, S.J.) :
CONNECTICUT YANKEE ATOMIC POWER COMPANY :
(98-154C)(Merow, S.J.) :
FLORIDA POWER & LIGHT COMPANY :
(98-483C)(Wilson, J.) :
NORTHERN STATES POWER COMPANY :
(98-484C)(Wiese,J.) :
DUKE POWER, A Division of :
DUKE ENERGY CORP. :
(98-485C)(Sypolt,J.) :
INDIANA MICHIGAN POWER COMPANY :
(98-486C)(Hodges, J.) :
SACRAMENTO MUNICIPAL UTILITY DISTRICT :
(98-488C)(Yock, S.J.) :
SOUTHERN NUCLEAR OPERATING COMPANY, :
et al. :
(98-488C)(Yock, S.J.) :
COMMONWEALTH EDISON COMPANY :
(98-621C)(Hewitt, J.) :
BOSTON EDISON COMPANY :
(99-447C)(Allegra, J.) :
GPU NUCLEAR, INCORPORATED :

Page 2

(00-440C)(Bush, J.) :
WISCONSIN ELECTRIC POWER COMPANY :
(00-697C)(Merow, S.J.) :
POWER AUTHORITY OF THE STATE OF NEW YORK :
(00-703C)(Damich, J.) :
OMAHA PUBLIC POWER DISTRICT :
(01-115C)(Bush, J.) :
NEBRASKA PUBLIC POWER DISTRICT :
(01-116C)(Sypolt, J.) :
TENNESSEE VALLEY AUTHORITY :
(01-249C)(Bruggink, J.) :
Plaintiffs, :
v. :Discovery
THE UNITED STATES, :Judge:
Defendant. :(Judge
--------------------xSypolt)
McLean, Virginia
Tuesday, March 12, 2002

Deposition of BILLY M. COLE, a witness, called for examination by counsel for Plaintiffs in the above-entitled matter, pursuant to notice, the witness being duly sworn by CATHERINE S. BOYD, a Notary Public in and for the Commonwealth of Virginia, taken at the offices of Shaw Pittman, LLP, 1650 Tysons

Page 3

Boulevard, McLean, Virginia 22102-4859, at 10:30 a.m., Tuesday, March 12, 2002, and the proceedings being taken down by Stenotype by CATHERINE S. BOYD and transcribed under her direction.

Page 4

APPEARANCES:

On behalf of the Plaintiffs Florida Power & Light Company, Northern States Power Company, Duke Power, Indiana Michigan Power Company, Boston Edison Company, GPU Nuclear, Incorporated, Power Authority of the State of New York, Omaha Public Power District, Nebraska Public Power District:
DEVON E. HEWITT, ESQ.
Shaw Pittman, LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703)(770-7962)

On behalf of the Plaintiffs Southern Nuclear Operating Company, Alabama Power, Georgia Power:
M. STANFORD BLANTON, ESQ.
Balch & Bingham, LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203
(205)251-8100

Page 5

APPEARANCES (Con't)

On behalf of Plaintiff Commonwealth Edison Company:
THEODORE T. EIDUKAS, ESQ.
Jenner & Block, LLC
One IBM Plaza
Chicago, Illinois 60611-7603
(312) 222-9350

On behalf of Plaintiff Sacramento Municipal Utility District:
TIMOTHY R. MACDONALD, ESQ.
Arnold & Porter
Suite 4500
370 Seventeenth Street
Denver, Colorado 80202-1370
(303)(863-2334)

On behalf of Plaintiff Wisconsin Electric Power Company:
DONALD J. CARNEY, ESQ.
Perkins Coie, LLP
607 14th Street, N.W.
Washington, D.C. 20005-2011

Page 6

(202) 434-1675)

On behalf of the Defendant:

R. ALAN MILLER, ESQ.
ERIN E. POWELL, ESQ.
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, D.C.
(202) 616-0383

ALSO PRESENT
SCOTT VANCE

Page 7

CONTENTS

| WITNESS | EXAMINATION BY COUNSEL FOR | |
|---|---|---|
| Billy M. Cole | PLAINTIFF | DEFENDANT |
| By Ms. Hewitt | 8 | |

Afternoon Session - Page 105

EXHIBITS

| COLE EXHIBIT NO. | PAGE NO. |
|---|---|
| 1 | 80 |
| 2 | 197 |

Page 8

PROCEEDINGS

Whereupon,
BILLY M. COLE,
was called as a witness by counsel for Plaintiffs, and having been duly sworn by the Notary Public, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR PLAINTIFFS
BY MS. HEWITT:

Q. Good morning, Mr. Cole. My name is Devon Hewitt, and I represent ten of the Plaintiffs in the nuclear utility cases or the spent fuel cases as we call them.
We are here to do your deposition today.
Have you ever had your deposition taken before?
A. No.
Q. Generally what happens is that people ask you questions, and you're required obviously to tell the answers to the best of your recollection truthfully.
Today you will be asked questions by me primarily, but after I'm completed with my questions, other attorneys here representing

Page 9

other Plaintiffs in the action will be allowed to also ask you questions primarily as a follow-up or something that I may have missed.
A. Um-hm.
Q. If you don't understand a question that I have asked, will you agree to ask me to rephrase it or explain what I'm saying so you absolutely understand the question?
A. Certainly, I will.
Q. And if at any time after you have answered a question, if you feel the need to amend something or clarify something that you remembered later, feel free to raise it at a break or on the record, and we'll clarify your earlier answer.
A. Okay.
Q. Will you agree to do that?
A. Yep.
Q. Okay. Also we're relatively informal here, so if you would like a break at any time, please feel free to raise it.
I think what we might do today is go maybe straight through until 12:30 and then break for lunch, but we may stop halfway if we think we all need to just stretch our leg or

Page 150

like, you know, this is what our facility will look like once Congress allows us to build it, and this is what it's going to be in the first year of operation.
If it's '98, hallelujah.
Q. Did you believe that their recognition that they would not meet the 1998 date in the contract was a breach of that contract?
MR. MILLER: Objection. Calls for a legal conclusion.
THE WITNESS: Do I believe it? I don't like the term breach of a contract.
It meant that DOE could not live up to its, all of its roles and responsibilities, yes, I felt, but I have to qualify that.
It's only because -- it's not because DOE didn't do everything it could to do it, to get the job done.
Their hands were tied. They tried. Congress wouldn't let them do it.
BY MS. HEWITT:
Q. What do you mean by that?
A. Every time they came up with a solution, Congress changed the rules.
They had solutions, interim solutions

Page 151

along the way that if somebody would allow them to implement, we would have had a facility starting to take fuel in '98, but they kept changing the rules, and they're still changing them today.
Q. And is it your opinion that the MRS was one of those solutions?
A. Yes. The MRS was a solution. They had an MRS sited. They had it designed. I think the company Golder Associates or something designed the first one.
It was to be sited at Clinch River, Tennessee, land that was owned by the federal government. Was all ready to go. Even part of the facilities were already there.
DOE said let's go do it. Whoa, wait a minute. We can't have a solution. Hence the Waste Management Amendments Act.
Well, you can't have MRS until you have this. Maybe that's why that came about.
The license for repository, you don't have a license, so we're not going to let you have it.
Q. Did, did DOE at that time believe it wasn't living up to its responsibilities in

Page 152

that?
A. Absolutely it believed it. These guys are -- they're hard working, dedicated people. They were trying to solve this problem they were given, and most definitely they believed it.
Q. Did they have any concerns about liability they may have to the utilities for failing to meet those responsibilities?
A. No, not the people that I dealt with weren't concerned with liabilities.
We were concerned with solving the problem, you know, getting fuel moved and getting facilities built.
Q. Did you develop the acceptance rates that are included in the 1992 Annual Capacity Report?
A. Yeah. They're the same as the other.
Q. And are they based on the same factors that you used?
A. Yes. From that point on, from '91 on, the fundamental acceptance rate used by the program, and I think it's still probably being used today, is this one.
That's the only one ever had any kind of bases, and may have changed something in the

Page 153

last year or two, but I doubt it, because I think once the, once the litigation and stuff started, then everything kind of broke down.
Q. Do you recall whether or not this capacity report was amended or revised in any way?
A. I remember one of them, that we had to come out with a revision, and I can't remember which one it was and the purpose right now, but I do -- yeah.
There was one that we had to put out an amendment to. I wonder what it was.
Q. I'm going to hand you a document that's entitled 1992 Annual Capacity Report Revision 1 dated May 1993.
A. Oh, yeah.
Q. Take a look at that, and if you would give me back the 1992 or the, well, whatever, 1992 Annual Capacity Report that stated 1993. Make me crazy!
(The witness reviewed the document.)
THE WITNESS: I'm trying to remember what the revision was.
There was an error in the data that we got from the Energy Information Administration

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

\- - - - - - - - - - - - - - - - - - - - - - -x
YANKEE ATOMIC ELECTRIC COMPANY, :
(98-126C) (Merow, S.J.) :
CONNECTICUT YANKEE ATOMIC POWER COMPANY, :
(98-154C) (Merow, S.J.) :
MAINE YANKEE ATOMIC POWER COMPANY, :
(98-474C) (Merow, S. J.) :
Plaintiffs, : Discovery
: Judge
v. : (Judge
: Sypolt)
THE UNITED STATES, :
Defendant. :
\- - - - - - - - - - - - - - - - - - - - - - -x

VOLUME I

Pages 1 - 228

Deposition of BILLY M. COLE, held at the offices of Spriggs & Hollingsworth, 1350 I Street, N.W., Ninth Floor, Washington, D.C., commencing at 10:30 a.m., Tuesday, June 4, 2002, before Heidi L. Jeffreys, RDR, CRR, Notary Public.

APPEARANCES OF COUNSEL:

ON BEHALF OF PLAINTIFFS:

FOR YANKEE ATOMIC ELECTRIC POWER COMPANY, CONNECTICUT YANKEE ATOMIC POWER COMPANY, AND MAINE YANKEE ATOMIC POWER COMPANY:

SPRIGGS & HOLLINGSWORTH
BY: JERRY STOUCK, ESQUIRE
1350 I Street, N.W.
Washington, D.C. 20005-3305
(202) 898-5389

ON BEHALF OF THE DEFENDANTS:
FOR THE UNITED STATES:

U.S. DEPARTMENT OF JUSTICE
BY: HEIDE L. HERRMANN, ESQUIRE
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0290



INDEX

WITNESS


| ON BEHALF OF THE PLAINTIFFS: | Examination by: | Page |
|---|---|---|
| B. M. Cole | Mr. Stouck | 5 |


EXHIBITS


| No. | Description | Page |
|---|---|---|
| 8 | Defendant's witness list | 20 |
| 9 | Deposition transcript | 24 |
| 10 | Memo (Coles to McKee and Wegeng) | 37 |
| 11 | Letter dated 4-11-83 | 112 |
| 12 | CSFM program document | 116 |
| 13 | Article | 118 |
| 14 | Article | 126 |
| 15 | Letter dated 12-15-86 | 129 |
| 16 | Contract | 136 |
| 17 | Letter dated 12-30-86 | 140 |
| 18 | Letter dated 2-8-87 | 151 |
| 19 | Letter dated 3-5-87 | 151 |
| 20 | Memo dated 6-5-87 | 157 |
| 21 | Letter dated 12-22-87 | 169 |
| 22 | Memo dated 10-5-90 | 174 |
| 23 | '89 ACR draft | 174 |
| 24 | Memo dated 8-14-91 | 182 |
| 25 | Letter dated 3-13-97 | 195 |




EXHIBITS (Continuing)


| No. | Description | Page |
|---|---|---|
| 26 | Memo dated 4-22-91 | 200 |
| 27 | Memo dated 6-28-91 | 200 |
| 28 | Memo dated 6-18-92 | 202 |
| 29 | Memo dated 6-29-92 | 205 |
| 30 | Letter dated 12-29-92 | 216 |




BILLY M. COLE, called as a witness, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. STOUCK:

Q. Good morning, Mr. Cole. We've met briefly before we went on the record. I'm Jerry Stouck. I'm a lawyer. I represent three utility companies in this litigation, Yankee Atomic Electric, Connecticut Atomic Power Company, and Maine Yankee Atomic Power Company.
I'm aware that you were previously deposed for several days in another phase of this litigation, and I'm familiar with that testimony, and I will ask you some questions, just some follow-up questions, about some of the things you said then.
My first question, though, is have you done anything subsequent to the last deposition to prepare for today's deposition?

A. Nothing.

Q. Okay. Prior to the last deposition did you do anything different to prepare for today's deposition? For instance, today's deposition is in the three cases I mentioned.

A. I didn't do anything to prepare for either, because I didn't really know what to prepare. This is,