IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-10C |
| | ) | (Chief Judge Damich) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant, the United States, respectfully requests an enlargement of time of four weeks, to and including June 23, 2006, within which to file Defendant's Response to Plaintiff's Motion To Set Schedule for Discovery and Trial On Damages. Defendant's response is currently due on May 26, 2006. This is defendant's first request for an enlargement of time for this purpose. Counsel for Plaintiff, Norman Hirsch, has represented that plaintiff, Energy Northwest, does not oppose an enlargement of time, but opposes our request for a four-week enlargement..

The additional time is necessary because counsel for the Government must submit expert reports in the spent nuclear fuel ("SNF") case, System Fuels, Inc., v. United States, Case No. 04-2624 (Judge Braden), on May 26, 2006. In addition, counsel is involved in the two-week SNF trial Pacific Gas & Electric v. United States, Case No. 04-0074 (Judge Hewitt), scheduled to begin on June 5, 2006. Finally, counsel is scheduled to appear at a Fairness Hearing for the proposed settlement of a class action, set for June 1, 2006 in Archuleta v. United States, Case No. 99-205 (Judge Smith). Thus, because of the press of other cases, the Government needs the additional four weeks to review the plaintiff's submission and properly respond to it.

For these reasons, defendant respectfully requests that the Court grant the motion for an enlargement of time to file the Government's response, to and including June 23, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/ Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

May 24, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 24, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder