IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-010C |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO THE GOVERNMENT'S REQUEST FOR FOUR-WEEK EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO MOTION TO SET SCHEDULE**

As correctly recited in the Government's motion, Energy Northwest does not oppose an extension of time for the Government to respond to Energy Northwest's scheduling motion, but does object to the four-week extension sought by the Government. Energy Northwest has informed the Government that Energy Northwest would agree to a shorter extension of two weeks. Counsel for Energy Northwest always extends reasonable courtesies to opposing counsel in all matters so long as they do not prejudice the rights of our clients. And in other matters involving a breach of the Standard Contract, counsel for Energy Northwest has extended (and received) reasonable professional courtesies from counsel for the Government, including the counsel of record in this case.

However, Energy Northwest believes that the additional month requested here by the Government – for a total of 45 days – to respond to a scheduling motion seeking to commence discovery in a case that is almost two and a half years old crosses over from professional courtesy to the potential prejudice of substantive rights. In opposing the length of the Government's request, Energy Northwest respectfully desires to bring to Your Honor's attention the following factors:

- The Government has addressed scheduling issues in other SNF cases virtually identical to those presented here – such as whether Energy Northwest must file a "claim" or submit to an audit – in numerous other cases.
- The Government has indicated that, at the end of the lengthy extension it proposes, the Government will oppose the immediate commencement of discovery and the trial schedule suggested by Energy Northwest. That is the Government's prerogative, but it is not clear why, even with counsel's busy schedule, the Government needs a month's extension to explain its opposition to the schedule.

Energy Northwest recognizes that the Government's request lies in the sound discretion of this Court. However, Energy Northwest respectfully requests that the Court consider these factors in determining whether the Government really needs a total of 45 days to respond to a scheduling motion or could do so in two additional weeks, to which Energy Northwest is prepared to agree.

Dated: May 25, 2006

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

**CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of May, 2006, a copy of the foregoing Plaintiff's Opposition To The Government's Request For One Month Extension Of Time For Defendant To Respond To Motion To Set Schedule. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Norman M. Hirsch