**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**Agreed Motion for Extension of Time to File Plaintiff's Reply To Defendant's Response To Plaintiff's Motion To Set Schedule For Discovery And Trial On Damages Or, In The Alternative, For A Status Conference**

Pursuant to the Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff, Energy Northwest, respectfully requests a 5-day enlargement of time to file its reply to Defendant's Response To Plaintiff's Motion To Set Schedule For Discovery And Trial On Damages Or, In The Alternative, For A Status Conference to and including Wednesday, June 28, 2006. In support of this motion, Plaintiff states as follows:

1. On May 9, 2006 Plaintiff filed a Motion To Set Schedule For Discovery And Trial On Damages Or, In The Alternative, For A Status Conference. The Defendant filed a 17-page response on June 9, 2006. Plaintiff's Reply is presently due on June 23, 2003.

2. On Friday, June 16, 2006, the Court set a status conference to discuss scheduling issues in this case for Thursday, July 13, 2006 at 2:00 p.m. Plaintiff seeks to file a reply to address in writing certain arguments the Defendant made in its June 9, 2006 Response before the July 13, 2006 status conference.

3. Plaintiff seeks an enlargement of time to file the reply because on June 9, 2006, counsel for Plaintiff suffered a detached retina and was unable to work for the next 10 days. The additional time will allow counsel for Plaintiff to complete its reply and obtain client review and approval of the filing.

4. This is Plaintiff's first request for an enlargement of time for this purpose.

5. Counsel for Plaintiff has discussed this request for an enlargement of time with Counsel for Defendant, and Defendant agrees to this enlargement of time.

WHEREFORE, pursuant to RCFC 6(b) and 6.1, Plaintiff respectfully requests an enlargement of time to respond to Defendant's Response To The Court's Order To Show Cause And Defendant's Motion For Summary Judgment to and including Wednesday, June 28, 2006.

Dated: June 21, 2006

Respectfully submitted,

/s Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of June, 2006, a copy of the foregoing Agreed Motion For Extension Of Time To File Plaintiff's Reply To Defendant's Response To Plaintiff's Motion To Set Schedule For Discovery And Trial On Damages Or, In The Alternative, For A Status Conference was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Norman M. Hirsch