# In the United States Court of Federal Claims

No. 04-10 C
(Filed: July 17, 2006)

****************************************
ENERGY NORTHWEST,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
****************************************

## SCHEDULING ORDER

On July 13, 2006, the court held a status conference to discuss scheduling issues. Accordingly, the parties are hereby ORDERED to submit the following:

1) on or before **August 4, 2006**, the parties shall file proposed orders regarding the protection of proprietary information, access to the government's record information system in the SNF litigation, and preservation of email communications;

2) on or before **August 11, 2006**, the parties shall file a joint status report proposing a revised schedule for discovery and trial (taking particular note of the timetable in the court's draft pre-trial order as posted on the court's website under the name of the undersigned); with respect to the proposed revised schedule, the parties are advised that the court has decided *not* to hold an evidentiary hearing on rate of acceptance prior to trial;

3) on or before **September 8, 2006**, the parties shall make their initial disclosures pursuant to RCFC 26(a)(1) (such disclosures are *not* filed with the court);

4) on or before **October 16, 2006**, Plaintiff shall complete the submission of documentation in support of its RCFC 26(a)(1)(C) disclosures in particular;

5) on or before **October 16, 2006**, Plaintiff shall file its amended complaint; and

6) on or before **November 13, 2006**, Defendant shall file a Status Report addressing any objections it may have to the completeness of Plaintiff's RCFC 26(a)(1)(C) disclosures.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge