IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ENERGY NORTHWEST,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 04-10C<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant the parties an enlargement of the time of seven days, to and including August 11, 2006, within which to file a proposed protective order for this case, as required by paragraph 1 of the Court's order dated July 17, 2006. The parties' jointly proposed protective order is currently due today, August 4, 2006. Neither party has previously requested an enlargement of time for this purpose. Counsel for plaintiff's associate, David Jimenez-Ekman, has represented that plaintiff, Energy Northwest, does not oppose this motion.

Although we had anticipated that we would be able to submit a proposed protective order to the Court today, the Government has recently, in response to developments in two other cases, undertaken a review of all of the protective orders that have previously been entered in the spent nuclear fuel ("SNF") cases. Through that review, we identified a deficiency in the existing protective order that we believe it appropriate to correct, and we communicated the need to make a modification to counsel for plaintiff earlier today. However, counsel for plaintiff has not yet had a sufficient opportunity to review that proposed modification. Rather than filing a proposed protective order today and requesting a modification of that proposed in the near future, we

respectfully request that the Court grant the parties an additional seven days to attempt to agree upon the proposed slight modification of the proposed protective order. In accordance with paragraph 1 of the Court's July 17, 2006 order, the parties have agreed upon and are filing today proposed orders relating to e-mail preservation obligations and the plaintiff's access to the "Record Information System" database that the Department of Energy's Office of Civilian Radioactive Waste Management maintains.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder by Harold D. Lester, Jr.
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

August 4, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on the 4th day of August 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.