# In the United States Court of Federal Claims

No. 04-10 C
(Filed: August 7, 2006)

******************************************
**ENERGY NORTHWEST,** *
Plaintiff, *
v. *
**THE UNITED STATES,** *
Defendant. *
******************************************

## ORDER

On August 4, 2006, Defendant filed an unopposed motion for entry of an e-mail preservation order. Accordingly, the Court hereby ORDERS the adoption, as follows, of the salient provisions of the e-mail plan that was utilized in the coordinated discovery proceedings in earlier spent nuclear fuel cases:

1. Except as described in paragraph 2 below, the parties have no preservation or retention requirements with respect to e-mail communications and electronic records for this case;

2. The parties shall preserve any e-mail back-up tapes that exist from the 1988-1996 time period which may potentially contain relevant information. The Department of Energy will only preserve such tapes to the extent that they are from the Office of Civilian Radioactive Waste Management ("OCRWM");

3. The parties shall evenly share the costs of any searches of any of the back-up tapes preserved pursuant to Paragraph 2, which costs should not exceed $15,000 for each tape.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge