# In the United States Court of Federal Claims

No. 04-10 C
(Filed: August 7, 2006)

****************************************
**ENERGY NORTHWEST,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
****************************************

## ORDER

On August 4, 2006, Defendant filed an unopposed motion for entry of a stipulated order governing review of the Department of Energy's Electronic "Record Information System" database.

Accordingly, the Court hereby ORDERS that discovery in this action relating to the Department of Energy's electronic "Record Information System" database be governed by the following:

1. This order extends to any type of privilege or protection claimed, although no party at this time necessarily agrees to any other party's interpretation or scope of any privilege or other protection that may be asserted;

2. Each party reserves the right to challenge the assertion, interpretation, or scope of any privilege or other protection claimed by the other party;

3. The parties have agreed that Plaintiff in this litigation will be allowed to search electronically for documents relevant to the issues in this case that are currently maintained by the Department of Energy in an electronic database called the Record Information System ("RIS"). By allowing Plaintiff in this litigation access to the RIS, Defendant will not be considered to have waived any privilege or protection applicable to any document or information contained in or upon that database. After Plaintiff in this litigation reviews documents contained in or upon the RIS and identifies those documents contained therein that it wishes Defendant

to produce in this litigation, Defendant will be entitled to review those documents and withhold from physical production any documents that it deems privileged or subject to protection. Any such documents withheld will be identified on a privilege log. This agreement will not affect Plaintiff's rights to challenge Defendant's assertion of privilege or protection, except that Plaintiff will not be entitled to assert that Defendant has waived any privilege or protection by allowing access to the RIS;

4. Nothing in this order shall prohibit a party from withholding from review and/or production any document covered by any privilege(s) or protection.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge