IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ENERGY NORTHWEST,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 04-10C<br>(Chief Judge Damich) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order, dated July 17, 2006, the parties hereby respectfully propose the following scheduling order:

| | |
|---|---|
| November 1, 2006 | Commencement of Fact Discovery[1] |
| May 1, 2007 | Completion of Fact Discovery |
| June 15, 2007 | Submission of Plaintiff's Expert Reports |
| September 14, 2007 | Submission of Defendant's Expert Reports |
| November 1, 2007 | Rebuttal Expert Reports |
| December 14, 2007 | Completion of Expert Discovery |
| February 29, 2008 | Meeting of Counsel |

[1] The Government's agreement to this proposed schedule is based upon the understanding that Energy Northwest will submit initial disclosures, on September 8, 2006, that specifically identify the damages that Energy Northwest is seeking, and supporting documentation for those disclosures, on October 16, 2006, that is complete and sufficient. The Government reserves the right to seek an enlargement or modification of this schedule if those documents do not comport with the direction provided by the Court during the July 13, 2006 status conference and with the Court's July 17, 2006 order. Energy Northwest reserves all of its rights on this issue.

| | |
|---|---|
| May 16, 2008 | Pre-trial Conference |
| June, 2008 | Trial to be set by the Court |

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 923-2782
Facsimile: (312) 840-7782

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 639-6000

William D. Heinz
David Jimenez-Ekman
Christopher Tompkins
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0347
Facsimile: (202) 307-2503

Attorneys for Defendant

August 11, 2006

CERTIFICATE OF FILING

I hereby certify that on August 11, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sharon A. Snyder