IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-10C |
| | ) | (Chief Judge Damich) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant the parties an enlargement of the time of an additional 11 days, to and including August 22, 2006, within which to file a proposed protective order for this case, as required by paragraph 1 of the Court's order dated July 17, 2006. The parties' jointly proposed protective order is currently due today, August 11, 2006. The Court previously granted an enlargement of time of seven days for this purpose. Counsel for plaintiff's associate, David Jimenez-Ekman, has represented that plaintiff, Energy Northwest, does not oppose this motion.

As we explained in our prior motion for an enlargement of time, the Government has recently, in response to developments in two other cases, undertaken a review of all of the protective orders that have previously been entered in the spent nuclear fuel ("SNF") cases. Through that review, we identified a deficiency in the existing protective order that we believe it appropriate to correct, and we communicated the need to make a modification to counsel for plaintiff. We have recently forwarded to counsel for plaintiff a revised draft of a protective order for plaintiff's consideration, along with an explanation of our proposed changes. However, counsel for plaintiff is apparently out of the country, and the attorney working with him on this

litigation would like to confer with him before agreeing to particular protective order terms and suggested an additional enlargement of 10 days. To accommodate this request, we respectfully request that the Court grant this motion for an enlargement of time. This request should not prejudice any other deadlines that are currently established or proposed in this case.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder by Harold D. Lester, Jr.
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

August 11, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on the 11th day of August 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.