# In the United States Court of Federal Claims

No. 04-10 C
(Filed: August 15, 2006)

****************************************
*
**ENERGY NORTHWEST,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## SCHEDULING ORDER

On August 11, 2006, the parties filed a Joint Status Report proposing a schedule for discovery and trial.

In addition to deadlines set in the Court's Order of July 17, 2006, and based on the parties' submission noted above, the Court hereby ORDERS the following schedule:

| | |
|---|---|
| November 1, 2006 | Commencement of Fact Discovery |
| May 1, 2007 | Completion of Fact Discovery |
| June 15, 2007 | Submission of Plaintiff's Expert Reports |
| September 14, 2007 | Submission of Defendant's Expert Reports |
| November 1, 2007 | Rebuttal Expert Reports |
| December 14, 2007 | Completion of Expert Discovery |

| | |
|---|---|
| February 29, 2008 | Meeting of Counsel |
| May 16, 2008 | Pre-trial Conference |
| June 3-18, 2008 | Trial (Washington, D.C.) |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge