**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE AMENDED AND SUPPLEMENTAL COMPLAINT**

Pursuant to the Court's July 17, 2006 Scheduling Order and RCFC 15, Plaintiff Energy Northwest respectfully moves this Court for leave to file an amended and supplemental complaint. In support of this motion, Energy Northwest states:

1. On July 17, 2000 the Court issued a scheduling order directing the Plaintiff to file an amended complaint on or before October 16, 2006. As discussed at the status conference with the Court on July 13, 2006, the amended complaint was to be filed to cover those damages which Energy Northwest incurred after its January 7, 2004 complaint.

2. In accordance with the Court's July 17 Order, Energy Northwest respectfully requests leave to file the Amended and Supplemental Complaint attached as Exhibit A. As reflected in the blackline comparison to Energy Northwest's January 7, 2004 Complaint attached as Exhibit B, the primary amendment that Energy Northwest seeks to make reflects that Energy Northwest seeks to recover damages incurred through August 31, 2006 in the current case. Plaintiff has also made several other changes to reflect events which have occurred since January 7, 2004.

WHEREFORE, Plaintiff, Energy Northwest, respectfully requests leave to file the Supplemental and Amended Complaint attached at Exhibit A.

Dated: October 16, 2006

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Lisa M. Eddington
Christopher Tompkins
Nada Djordjevic
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October, 2006, a copy of the foregoing *Motion For Leave To File Amended And Supplemental Complaint* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch