# In the United States Court of Federal Claims

No. 04-10 C
(Filed: October 19, 2006)

****************************************
**ENERGY NORTHWEST,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
****************************************

**ORDER**

On October 16, 2006, Plaintiff filed a Motion for Leave to File Amended and Supplemental Complaint, pursuant to order of the court issued July 17, 2006. Plaintiff's motion is hereby GRANTED.

Although the proposed amended and supplemental complaint was attached to the motion for leave, nevertheless pursuant to electronic case filing (ECF) protocol, Plaintiff must now formally file the proposed complaint. Thus, the court further ORDERS that Plaintiff file the amended and supplemental complaint on or, preferably, before October 27, 2006.

Defendant's response to the amended pleading shall be filed on or, preferably, before November 15, 2006.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge