**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-0010C |
| v. | ) | Chief Judge Damich |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant, the United States, respectfully requests a seven day enlargement of time within which to file a status report pursuant to this Court's Scheduling Order dated July 17, 2006. The Government's status report is currently due on November 13, 2006. The extension would bring the date for filing our status report to November 20, 2006. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff, Norman M. Hirsch, has indicated that Energy Northwest does not oppose this enlargement of time.

This request is necessitated by the fact that Energy Northwest has indicated that it will produce additional information that may assist us in reviewing the documentation already produced that purports to support Energy Northwest's Initial Disclosures. Because our status report is expected to address any objections that we may have regarding the completeness of the RCFC 26(a)(1)(C) Initial Disclosures from Energy Northwest, it is prudent for us to wait until we receive this additional information before we consider any possible objections. Thus, the additional time is necessary to enable Energy Northwest to produce the additional information and the Government to review and evaluate that information.

For these reasons, defendant respectfully requests that the Court grant defendant's motion for an enlargement of time of seven days, to and including November 20, 2006, within which to file our status report.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

November 9, 2006

CERTIFICATE OF FILING

I hereby certify that on this 9th day of November, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sharon A. Snyder