IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-10C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE STATUS REPORT UNDER SEAL
ELECTRONICALLY AND FOR AN ENLARGEMENT OF TIME

Pursuant to the Court's General Order 42A, defendant, the United States, respectfully requests leave of the Court to file its Status Report with attachments under seal electronically in this case. Because our Status Report, due to be filed November 20, 2006, refers to and attaches protected information, and because this case is designated as an electronic filing case, we require the Court's permission to file documents under seal electronically prior to any such filing.

Pursuant to paragraph 7 of General Order 42A, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court. As the Court is aware, a protective order has been entered in this case. Immediately upon the Court's granting of this motion, we will file our Status Report, which necessitates the discussion of protected material. Thus, we require the Court's permission prior to the filing of any document containing protected information under seal, and, further, request that the Court consider this motion on an expedited basis.

Because our Status Report is due to be filed today, November 20, 2006, we also respectfully request an enlargement within which to file the pleading until the Court grants our motion. As soon as the motion is granted, we will submit our Status Report electronically under seal. This is defendant's second request for an enlargement of time for this purpose. Counsel

for plaintiff, Norman M. Hirsch, has indicated that Energy Northwest does not oppose this enlargement of time.

For these reasons, we respectfully request that the Court enter an order allowing defendant to file its Status Report electronically under seal in this case and grant our request for an enlargement until such an order is granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-3315
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

November 20, 2006

CERTIFICATE OF FILING

I hereby certify that on this 20th day of November, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE STATUS REPORT UNDER SEAL ELECTRONICALLY AND FOR AN ENLARGEMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder