# In the United States Court of Federal Claims

No. 04-10 C
(Filed: November 21, 2006)

***************************************
**ENERGY NORTHWEST**, *

Plaintiff, *

v. *

**THE UNITED STATES,** *

Defendant. *
***************************************

## ORDER

On November 20, 2006, Defendant filed an unopposed motion for leave to file, under seal electronically, a status report originally ordered pursuant to the Court's Scheduling Order of July 17, 2006, and for an enlargement of time within which to file the status report.

The Court hereby GRANTS Defendant's motion and extends the due date for the status report to December 1, 2006.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge