# In the United States Court of Federal Claims

No. 04-10 C
(Filed: November 28, 2006)

****************************************
*
**ENERGY NORTHWEST**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## ORDER

On November 28, 2006, Defendant filed an unopposed motion for leave to file a corrected copy of its November 21, 2006, status report. Leave is hereby **GRANTED**. Pursuant to electronic case filing (ECF) protocol, Defendant's corrected status report, submitted as an attachment to the motion for leave, must now formally be filed. Defendant's corrected status report shall be filed, under seal, on or before December 1, 2006.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge