# In the United States Court of Federal Claims

No. 04-10 C
(Filed: November 28, 2006)

****************************************
**ENERGY NORTHWEST**, *
Plaintiff, *
v. *
**THE UNITED STATES,** *
Defendant. *
****************************************

## ORDER

On November 21, 2006, Defendant filed a status report on the sufficiency of submissions by Plaintiff pursuant to Rule 26(a)(1)( C) of the Rules of the Court of Federal Claims. On November 28, 2006, Defendant filed an unopposed motion for leave to file a corrected copy of its status report, for which leave has been granted. Plaintiff is hereby **ORDERED** to file a status report, under seal, responding to the damages concerns raised by Defendant and addressing Defendant's proposed alternative recommendations and/or proposing its own steps to ameliorate those concerns. Plaintiff's status report shall be due on or before December 19, 2006.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge