# EXHIBIT 1

**PROPOSED REVISED SCHEDULE**

| Former Deadline | New Deadline | Activity |
|---|---|---|
| November 1, 2006 | same | Commencement of Fact Discovery |
| May 1, 2007 | August 3,2007 | Completion of Fact Discovery |
| June 15, 2007 | September 14, 2007 | Submission of Plaintiff's Expert Reports |
| September 14, 2007 | December 14, 2007 | Submission of Defendant's Expert Reports |
| November 1, 2007 | February 1, 2008 | Rebuttal Expert Reports |
| December 14, 2007 | March 14, 2008 | Completion of Expert Discovery |
| February 29, 2008 | May 23, 2008 | Meeting of Counsel |
| May 16, 2008 | August 8, 2008 | Pre-trial Conference |
| June, 2008 | August, 2008 | Trial to be set by the Court |

# EXHIBIT 2

U. S. Department of Justice

Civil Division

FILE COPY

PDK:DMC:HDL:SAS
154-04-10

Telephone: (202) 616-0347
Facsimile: (202) 307-2503

*Washington, D.C. 20530*

November 30, 2006

**VIA FACSIMILE AND FIRST-CLASS MAIL**

Norman M. Hirsch
Jenner & Block
One IBM Plaza
Chicago, IL 60611-7603

Re: Energy Northwest v. United States, Case No. 04-0010C

Dear Mr. Hirsch:

We received your letter in which you memorialized our agreement to an enlargement of time within which to respond to our discovery. Please be advised that while we agree to this enlargement, it may be necessary to seek a corresponding enlargement of the fact discovery period from the Court if it becomes impossible for us to complete fact discovery within the time scheduled. Because we have no idea as to the volume of documents that you will produce, we cannot know now if we will need more time to review the discovery, make follow-up requests, and then begin depositions. Moreover, given that you are starting your production on the eve of a holiday, we obviously may not be able to start our review in earnest until early January.

I also understand that you will make every effort to produce as many documents as you are able on December 20, 2006, instead of pushing the bulk of the production into January, and beyond. Just to be clear, when you state that you are producing on a rolling basis, we are not agreeing to an enlargement for the production of documents that takes months to complete.

Very truly yours,

Sharon Snyder

Sharon A. Snyder
Trial Attorney
Commercial Litigation Branch

COPY