# In the United States Court of Federal Claims

No. 04-10 C
(Filed: May 4, 2007)

******************************************
ENERGY NORTHWEST,
Plaintiff,

v.

THE UNITED STATES,
Defendant.
******************************************

## REVISED SCHEDULING ORDER

On April 27, 2007, Defendant filed a motion for an enlargement of time of an additional three months within which to complete fact discovery and a request for a corresponding modification of the deadlines in the Court's August 15, 2006, scheduling order. Plaintiff responded on May 2, 2007, indicating its consent to the various schedule enlargements proposed, but only if the availability of the Court itself for trial were to be no more than six months after the original date ordered. Otherwise, Plaintiff preferred to keep the original trial date, but to conflate the period for expert discovery in order to accommodate an enlargement in the deadline for fact discovery.

Accordingly, the Court ORDERS a revised schedule for trial as follows:

| New Deadline | Activity |
|---|---|
| August 3, 2007 | Completion of Fact Discovery |
| September 14, 2007 | Submission of Plaintiff's Expert Reports |
| December 14, 2007 | Submission of Defendant's Expert Reports |
| February 1, 2008 | Rebuttal Expert Reports |

| | |
|---|---|
| March 14, 2008 | Completion of Expert Discovery |
| May 23, 2008 | Meeting of Counsel |
| September 24, 2008 | Final Pre-trial Conference |
| October 20 (through October 31), 2008 | Trial |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge