# EXHIBIT A

**Documents ordered to be produced by Judge Hewitt in her April 27, 2006 Order in *PG&E* (excluding documents relating to GTCC):**

114, 116, 120, 121, 126, 128, 133, 134, 139, 142, 144, 147, 148, 149, 234, 239, 247, 250, 288, 328, 330, 339, 343, 344, 345, 360, 380,

**Documents ordered to be produced by Judge Hewitt in her May, 14, 2006 order in *PG&E* (excluding documents relating to GTCC):**

118, 119, 122, 124, 125, 127, 135, 138, 140, 143, 145, 146, 188-89, 190-96, 202-03, 205, 207-08, 212-216, 220, 224, 226, 233, 236, 238, 240-46, 248-49, 254, 256, 262, 264, 266-70, 272, 274-84, 287, 290, 311, 313, 319, 322, 333-36, 341, 346, 348, 350, 361, 363-66, 378, 132, 167, 170, 223, 255, 285, 286, 320, 323-327, 330, 340, 347, 349, 362, 381, 260, 123

**Documents to be produced under the *Dairyland* June 29, 2007 Order:**

E114, E116, E117, E118, E119, E120, E121, E122, E123, E124, E125, E126, E127, E128, E133, E134, E135, E138, E139, E140, E142, E143, E144, E145, E146, E147, E148, E149, E154, E167, E170, E171, E178, E180, E188, E189, E190, E191, E192, E193, E194, E195, E203, E205, E207, E208, E213, E214, E215, E216[1], E224, E226, E234, E236, E238, E239, E240, E241, E242, E243, E244, E245, E246, E247, E248, E249, E250, E252, E254, E255, E256, E262, E264, E266, E267, E269, E270, E272, E274, E275, E276, E277, E278, E279, E280, E281, E284, E288, E292, E293, E311, E313, E319, E320, E322, E323, E324, E326, E327, E328, E330, E333, E334, E335, E336, E339, E340, E341, E343, E344, E345, E346, E347, E348, E349, E350, E360, E361, E362, E363, E364, E365, E366, E378, E380, and E381.

**Documents to be provided to the Court for *in camera* inspection under the *Dairyland* June 29, 2007 Order[2]:**

E105*, E106*, E107*, E108, E109, E110, E112, E113, E115, E129, E131, E136, E137, E141, E150, E151, E152, E153, E155, E156, E159, E160, E161, E162, E163, E164, E165, E166, E168, E169, E172, E173, E175, E176, E177, E179, E181, E182, E183, E184, E185, E196, E197, E198, E199, E200, E201, E202, E204, E209, E210, E211, E212, E217, E218, E219, E220, E222, E225, E227, E228, E229, E230, E231, E232, E233, E235, E237, E251, E253, E257, E258, E260, E261, E263, E265, E268, E271, E273, E283, E287, E290, E291, E294, E295, E296, E297, E302*, E303, E304, E305, E306, E307, E308, E309, E310, E312, E314, E315, E316, E317, E318, E321, E329, E331, E337, E338, E342, E351, E353, E354, E355, E356, E357, E358, E359, E367, E368, E369, E371, E372, E379, E382, E383, E387, E388, E389, and E390.

---

[1] Further, Energy Northwest notes that Doc. Ref. No. 216 *was* ordered produced in this Court's June 29 order (*see* Order at 22) but was apparently unintentionally omitted from the final ordering paragraphs of the Order.

[2] Energy Northwest is not seeking production of documents marked with an asterisk because they do not appear relevant to Energy Northwest's case.