IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-10C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant the Government an additional one week, to and including Monday, August 6, 2007, to file a response to plaintiff's motion to compel the production of documents withheld under the deliberative process privilege, filed by plaintiff Energy Northwest on July 13, 2007. Currently, the Government's response to the motion to compel is due on Monday, July 30, 2007. The Government has not previously requested an enlargement of time for this purpose. Counsel for Energy Northwest, Norman Hirsch, stated that plaintiff does not oppose the Government's request for a one week enlargement of time.

The requested enlargement of time is necessary due to Government's counsel current obligations concerning discovery activities in this case. Government counsel is actively preparing for a deposition of a fact witness during the next week, and was involved in multiple depositions and a site visit during the past few weeks which involved substantial preparation time, as well as time-consuming travel requirements.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time and enlarge the deadline for the Government to respond to plaintiff's motion to compel by one week, to and including Monday, August 6, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/ Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

July 27, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 27, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott R. Damelin