IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-10C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO TAKE A DEPOSITION OUTSIDE OF FACT DISCOVERY PERIOD**

Pursuant to RCFC 29, defendant, the United States, respectfully requests that the Court grant defendant leave to take one deposition outside of the fact discovery period. Fact discovery is currently scheduled to conclude August 3, 2007. Counsel for plaintiff, Christopher Tompkins, has represented that plaintiff, Energy Northwest, does not oppose this motion.

The parties have agreed to schedule the deposition of Jonathan Hicks, a current Energy Northwest employee, on August 8, 2007. The Government has been diligently conducting depositions throughout June and July. However, because of the topics upon which the Government believes Mr. Hicks to be knowledgeable, the Government wanted to depose him toward the end of fact discovery. Because Mr. Hicks' schedule did not permit a deposition at the end of this period, the parties have agreed to conduct his deposition the following week. Holding this deposition after the close of fact discovery will not affect any other currently scheduled deadlines contained in the Court's scheduling order dated May 4, 2007.

For the reasons stated herein, defendant respectfully requests that the Court grant defendant's motion to take depositions outside of the fact discovery period.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

HAROLD D. LESTER, JR.
Assistant Director

SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

July 30, 2007

# CERTIFICATE OF FILING

I hereby certify that on July 30, 2007, a copy of the foregoing "Defendant's Unopposed Motion to Take A Deposition Outside of Fact Discovery Period" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sonia M. Orfield