IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-0010C<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSION

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 22 days, to and including Friday, August 24, 2007, within which to respond to plaintiff's First Set of Requests for Admission. Our responses and objections are currently due on Thursday, August 2, 2007. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has represented that plaintiff, Energy Northwest, does not oppose our request.

This request is necessary because the press of other matters has prevented counsel for the Government from being able to respond to plaintiff's requests within the time allowed. Plaintiff's discovery requests at issue seek, among other things, information regarding the rate of acceptance described in various Department of Energy ("DOE") documents. Those requests raise issues that are important, not only in this case, but are important to every case arising from the Standard Contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste ("Standard Contract"), 10 C.F.R. § 961.11. Therefore, the Government's response must be carefully considered and fully reviewed, both within the Department of Justice and by DOE officials prior to submission to the plaintiff in this case.

Further, in the period surrounding plaintiff's requests in this case, Government counsel have, among other things, been involved in the preparation and taking of several fact depositions in this case; have been engaged in several discovery matters, including the preparation and defense of Government expert witnesses in another spent nuclear fuel case, Dairyland Power Cooperative v. United States, No. 04-106C (Fed. Cl.); and have been involved in trial preparation for Wisconsin Electric Power Company v. United States, No. 00-697C (Fed. Cl.), which is scheduled to begin on September 10, 2007 and which includes several depositions, including one scheduled for August 3, 2007 in Two Rivers, Wisconsin. Therefore, the requested enlargement will permit Government counsel the additional necessary time to complete a comprehensive response to plaintiff's discovery requests and submit those responses for the necessary review.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

August 1, 2007

s/Sharon A. Snyder by s/Russell A. Shultis
SHARON A. SNYDER
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 1st day of August 2007, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis