IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-10C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A CORRECTED UNOPPOSED MOTION TO TAKE A DEPOSITION OUTSIDE OF FACT DISCOVERY PERIOD**

Defendant, the United States, respectfully requests that the Court grant leave for us to file a corrected copy of our Unopposed Motion to Take a Deposition Outside of Fact Discovery Period. Defendant originally filed this motion on July 30, 2007, inadvertently failing to note the attorney signatures in the signature blocks. Defendant seeks to file a corrected motion simply to correct this oversight.

For all of the foregoing reasons, the Government asks that it be permitted to file a corrected copy of its Unopposed Motion to Take a Deposition Outside of Fact Discovery Period.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

August 1, 2007

Attorneys for Defendant

# CERTIFICATE OF FILING

I hereby certify that on August 1, 2007, a copy of the foregoing "Defendant's Motion for Leave to File A Corrected Unopposed Motion to Take A Deposition Outside of Fact Discovery Period" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sonia M. Orfield