IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-10C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
RESPONSE TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
WITHHELD UNDER THE DELIBERATIVE PROCESS PRIVILEGE UNDER SEAL

Pursuant to the Protective Order entered by the Court in the above-captioned case on August 26, 2006 ("Protective Order"), defendant, the United States, respectfully requests leave of Court to file a response to plaintiff Energy Northwest's motion to compel production of documents withheld under the deliberative process privilege, as well as the accompanying appendix, under seal. Counsel for Energy Northwest, Norman Hirsch, has no objection to this motion.

Pursuant to this Court's August 6, 2007 order, the Government intends to file its response to plaintiff's motion to compel through the Court's Electronic Court Filing ("ECF") system no later than August 6, 2007. Our response will refer to documents that are confidential material in accordance with paragraph 1 of the Protective Order. Defendant intends to include these materials in the accompanying appendix.

Therefore, pursuant to paragraph 6 of the Protective Order, we respectfully request that the Court issue an order permitting the Government to file its response to plaintiff's motion to compel and the accompanying appendix under seal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 205230
Tele: (202) 305-7571
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SONIA ORFIELD
RUSSELL SHULTIS
Trial Attorneys

August 6, 2007

CERTIFICATE OF FILING

I hereby certify that on this 6th day of August 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD UNDER THE DELIBERATIVE PROCESS PRIVILEGE UNDER SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sharon A. Snyder