# Table of Challenges, Prepared by the Government to Identify the Documents Remaining at Issue in Energy Northwest's Motion to Compel Production of Documents Withheld Under The Deliberative Process Privilege

**August 6, 2007**

Table of Challenges in Energy Northwest as of 08/06/2007

| NO. | REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM | AFFIDAVIT | FINAL AFFIDAVIT PARAGRAPH | ORDERED PRODUCED IN PG&E CASE | PG&E EXHIBIT NUMBER | Dairyland: Ordered Produced | Dairyland: Ordered In Camera Review |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 108 | CTR0141786 | CTR0141787 | 12/2003 | DOE action memo re: release of a request for expression of interest & comments notice in the commerce business daily & federal register supporting the market driven acquisition approach for OCRWM's fulfillment of the NWPA's provisions related to the acceptance, transportation, & storage of SNF | DP | Milner 11/10/2005 Aff III 4 | 18. 27 | | | | 6/29/2007 |
| 2 | 109 | CTR0141798 | CTR0141799 | 12/2003 | DOE action memo re: release of a request for expression of interest & comments notice in the commerce business daily & federal register supporting the market driven acquisition approach for OCRWM's fulfillment of the NWPA's provisions related to the acceptance, transportation, & storage of SNF | DP | Milner 11/10/2005 Aff III 4 Purported to be exact duplicate of document 108 | 18. 27 | | | | 6/29/2007 |
| 3 | 110 | CTR0191370 | CTR0191383 | found on Milner 5/13/02 aff | Document is addressed to the Office of the Secretary from an individual in the DOE's office of Fissile Materials Assurance Working Group (FMAWG). The specific policy decision at issue was the methods through which the Department would safeguard irradiated nuclear materials. The document seeks Secretary-level approval of the attached Program Directions for Safeguarding Irradiated Nuclear Materials. The document also includes a communication from the Acting Deputy Assistant Secretary for Nuclear Material and Facility Stabilization to AMEM field manages regarding the FMAWG drafted program direction, and seeks comments and estimated costs to implement the proposed Program Directions. The document was part of DOE's policy deliberations that led to the Department's decision, and includes a recommendation from FMAWG to the Office of the Secretary relating to that decision. | DP | Milner 5/13/02 Aff 3A | 18. 7 | | | | 6/29/2007 |
| 4 | 112 | CTR0400568 | CTR0400583 | 12/2003 | OMB memo re: review of administration policy for interim storage of radioactive waste | DP, PC | Milner 5/13/02 Aff 3L | 18. 10 | | | | 6/29/2007 |
| 5 | 113 | CTR0451251 | CTR0451270 | 12/2003 | Draft presentation for FY '03 budget request. The first sheet is an attorney review sheet indicating that the document is privileged and a description of the privilege; it was inadvertently numbered and scanned. | DP | Milner 5/13/02 Aff 3B | 18. 42 | | | | 6/29/2007 |
| 6 | 114 | CTR1600035 | CTR1600055 | 5/2004 | Graphic presentation and slides from the presentation for a group discussion of options regarding the design and operation of a repository of Yucca Mountain and the effect of those options on SNF inventories. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2004 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 11 | 18. 51 | 4/26/2006 | 707 | 6/29/2007 | |
| 7 | 115 | CTR1600071 | CTR1600085 | 5/2004 | E-mail setting forth requested analysis and draft copies of slides prepared for a graphic presentation for group discussion of options regarding the design and operation of a repository at Yucca Mountain. These documents were prepared for and in response to a request by Under Secretary Card for such analysis; the information was provided in a briefing to Under Secretary Card set forth at HQR264 0021-0040. | DP | Milner 11/10/2005 Aff III 5 | 18. 28 | | | | 6/29/2007 |
| 8 | 116 | CTR1600091 | CTR1610105 | 5/2004 | Copies of slides that were used for a graphic presentation for group discussion of options regarding the design and operation of a repository at Yucca Mountain and the effect of those options. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. They are substantially similar to portions of the documents bates numbered HQR250 1157-1232, 1246-1272, and 1335-1696, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. A duplicate version of these slides (but with different marginalia) appears at HQR236 0013-0029. | DP | Milner 11/10/2005 Aff III 11 | 18. 51 | 4/26/2006 | 702 | 6/29/2007 | |
| 9 | 117 | CTR1600106 | CTR1600111 | 5/2004 | White paper regarding questions on presentation described at CTR177 0050-0058 . This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary regarding DOE's fiscal year 2003 budget request. | DP | Milner 11/10/2005 Aff III 12 | 18. 52 | 4/26/2006 | 718 | 6/29/2007 | |
| 10 | 118 | CTR1600112 | CTR1600117 | 5/2004 | White paper presenting information and analysis regarding acceptance rates and system costs for Under Secretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. A duplicate version of this document appears at HQR250 1230-1245, which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. | DP | Milner 11/10/2005 Aff III 16 | 18. 56 | 5/14/2006 | 701 | 6/29/2007 | |
| 11 | 119 | CTR1600143 | CTR1600149 | 5/2004 | White paper concerning shipments from shutdown sites proposed as part of a budgetary analysis presented to Under Secretary Card. This document forms part of the deliberative process. A later version of this document dated November 29, 2002, appears on the privilege log at HQR250 0624-0645, which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. | DP | Milner 11/10/2005 Aff III 15 | 18. 55 | 5/14/2006 | 674 | 6/29/2007 | |
| 12 | 120 | CTR1600208 | CTR1600225 | 5/2004 | Slides used in a presentation to the office of management and budget ("OMB") regarding the costs of options for the design and operation of a repository at Yucca Mountain. These slides reflect DOE's policy deliberations in the design of Yucca Mountain and the resulting impacts on the budgetary process. | DP | Milner 11/10/2005 Aff III 11 | 18. 51 | 4/26/2006 | 700 | 6/29/2007 | |
| 13 | 121 | CTR1600301 | CTR1600353 | 5/2004 | Three versions of a draft slide presentation with attached e-mails and notes discussing the pros and cons of storage options for receipt of SNF at Yucca Mountain. These documents provide advice and recommendations regarding the department's policy on this issue. The documents reflect the department's policy deliberations regarding whether OCRWM should implement these storage options and form part of the deliberative process. Later versions of presentations on same subject appear on the privilege log at HQR250 0424-0439, 0624-0645, and 1054-1119, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. | DP | Milner 11/10/2005 Aff III 11 | 18. 51 | 4/26/2006 | 697 | 6/29/2007 | |
| 14 | 122 | CTR1610016 | CTR1610020 | 5/2004 | White paper concerning shipments from shutdown sites proposed as part of a budgetary analysis presented to Under Secretary Card. This document forms part of the deliberative process. A later version of this document dated November 29, 2002, appears on the privilege log at HQR250 0624-0645, which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. ® | DP | Milner 11/10/2005 Aff III 15 | 18. 55 | 5/14/2006 | | 6/29/2007 | |
| 15 | 123 | CTR1620001 | CTR1620002 | 5/2004 | E-mail and graph re: utilities' estimates of at-reactor storage costs. These documents were prepared as part of a study analyzing the costs and benefits of building a repository at Yucca Mountain as part of the process of formulating a recommendation for consideration by Under Secretary Card regarding a budget request which was ultimately submitted to the office of management and budget (OMB) and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 41 | 18. 46 | 5/14/2006 | 709 | 6/29/2007 | |
| 16 | 124 | CTR1620003 | CTR1620007 | 5/2004 | White paper presenting information and analysis regarding acceptance rates and system costs for Under Secretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. A duplicate version of this document appears at HQR250 1230-1245, which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. | DP | Milner 11/10/2005 Aff III 16 | 18. 56 | 5/14/2006 | | 6/29/2007 | |

Table of Challenges in Energy Northwest as of 08/06/2007

| NO. | REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM | AFFIDAVIT | FINAL AFFIDAVIT PARAGRAPH | ORDERED PRODUCED IN PG&E CASE | PG&E EXHIBIT NUMBER | Dairyland: Ordered Produced | Dairyland: Ordered In Camera Review |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 125 | CTR1620008 | CTR1620011 | 5/2004 | Notes and graph prepared as part of the process of analyzing the costs and benefits of building a repository at Yucca Mountain and formulating a recommendation for consideration by Under Secretary Card regarding a budget request which was ultimately submitted to the office of management (OMB) and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 33 | 18. 71 | 5/14/2006 | | 6/29/2007 | |
| 18 | 126 | CTR1620012 | CTR1620027 | 5/2004 | Slides from a graphic presentation for a group discussion of options regarding the design and operation of a repository at Yucca Mountain and the effect of those options on SNF inventories. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2004 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. ®® | DP | Milner 11/10/2005 Aff III 11 | 18. 51 | 4/26/2006 | 706 | 6/29/2007 | |
| 19 | 127 | CTR1620028 | CTR1620032 | 5/2004 | White paper presenting information and analysis regarding acceptance rates and system costs for Under Secretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. A duplicate version of this document appears at HQR250 1230-1245, which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. | DP | Milner 11/10/2005 Aff III 16 | 18. 56 | 5/14/2006 | | 6/29/2007 | |
| 20 | 128 | CTR1620033 | CTR1620046 | 5/2004 | Slides from a presentation titled, "accelerated receipt studies," made to Under Secretary Card; presentation provides information requested by Under Secretary Card in connection with consideration of decisions to be made in connection with waste acceptance. | DP | Milner 11/10/2005 Aff III 13 | 18. 53 | 4/26/2006 | | 6/29/2007 | |
| 21 | 129 | CTR1660055 | CTR1660060 | 5/2004 | Graph used for group discussions regarding the budgetary costs associated with an option for SNF acceptance at a repository. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget (OMB) and reflects DOE's policy deliberations in the budgetary process. ®®this document previously appeared on the log under entry CTR 126.®® | DP | Milner 11/10/2005 Aff III 35 | 18. 42 | | | | 6/29/2007 |
| 22 | 131 | CTR1680001 | CTR1680025 | 5/2004 | Copies of slides prepared for a draft graphic presentation regarding transportation options for a repository at Yucca Mountain. These slides reflect the recommendations of DOE personnel and form part of the deliberative process. A substantially similar version of this document appears at HQR 254 0056-0083, which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®®® | DP | Milner 11/10/2005 Aff III 30 | 18. 67 | | | | 6/29/2007 |
| 23 | 133 | CTR1720001 | CTR1720027 | 5/2004 | Presentation titled, "impacts of accelerated waste acceptance;" presentation provides information requested by Under Secretary Card in connection with consideration of decisions to be made in connection with waste acceptance. An earlier version of this document is numbered at HQR250 0977-0980 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. Duplicate versions of this document appear on the log at HQR264 0021-0040 and CTR174 0004-0030.®®this document previously appeared on the log under entry CTR 118.® | DP | Milner 11/10/2005 Aff III 13 | 18. 53 | 4/26/2006 | 719 | 6/29/2007 | |
| 24 | 134 | CTR1720028 | CTR1720047 | 5/2004 | Draft version of a presentation titled, "impacts of accelerated waste acceptance;" presentation provides information requested by Under Secretary Card in connection with consideration of decisions to be made in connection with waste acceptance. An earlier version of this document is numbered at HQR250 0977-0980 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. A final version of this document appears on the log at HQR264 0021-0040 and CTR174 0004-0030.®®this document previously appeared on the log under entry CTR 118.® | DP | Milner 11/10/2005 Aff III 13 | 18. 53 | 4/26/2006 | | 6/29/2007 | |
| 25 | 135 | CTR1720048 | CTR1720055 | 5/2004 | White paper contains background material for presentation titled, "impacts of accelerated waste acceptance;" presentation provides information requested by Under Secretary Card in connection with consideration of decisions to be made in connection with waste acceptance. The presentation itself is entered on the log at HQR264 0021-0040.®®this document previously appeared on the log under entry CTR 118. | DP | Milner 11/10/2005 Aff III 13 | 18. 53 | 5/14/2006 | | 6/29/2007 | |
| 26 | 136 | CTR1720056 | CTR1720058 | 5/2004 | Draft of a graphic presentation regarding repository design options. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget (OMB) and reflect DOE's policy. A duplicate version of this document appears at HQR219 0072-0074 and at CTR174 0067-0069.®®this document previously appeared on the log under entry CTR 118. | DP | Milner 11/10/2005 Aff III 21 | 18. 31 | | | | 6/29/2007 |
| 27 | 137 | CTR1720059 | CTR1720059 | 5/2004 | White paper containing background material for presentation regarding repository design options prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget (OMB) and reflects DOE's policy. The presentation itself is entered on the log at HQR219 0072-0074.®®this document previously appeared on the log under entry CTR 118. | DP | Milner 11/10/2005 Aff III 21 | 18. 31 | | | | 6/29/2007 |
| 28 | 138 | CTR1740001 | CTR1740003 | 5/2004 | Graphs and tables regarding the effect of options regarding the rate of SNF acceptance. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. Duplicates of these documents appear at HQR208 0003-0005.®®this document previously appeared on the log under entry CTR 127.®® | DP | Milner 11/10/2005 Aff III 31 | 18. 61 | 5/14/2006 | | 6/29/2007 | |
| 29 | 139 | CTR1740004 | CTR1740030 | 5/2004 | Graphs and tables in presentation form regarding an option for acceptance of SNF at a repository. This document provides information requested by Under Secretary Card in connection with consideration of decisions to be made in connection with waste acceptance and forms part of the deliberative process. An earlier version of this document is numbered at HQR250 0977-0980 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. A duplicate of this document appears at HQR264 0021-0040.®®this document previously appeared on the log under entry CTR 127. | DP | Milner 11/10/2005 Aff III 13 | 18. 53 | 4/26/2006 | 708 | 6/29/2007 | |
| 30 | 140 | CTR1740031 | CTR1740039 | 5/2004 | Presentation considering the effect of options regarding the rate of SNF acceptance. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget (OMB) and reflect DOE's policy deliberations in the budgetary process. 'a substantially similar version of this document appears at HQR208 0001-0005.®®this document previously appeared on the log under entry CTR 127. | DP | Milner 11/10/2005 Aff III 31 | 18. 61 | 5/14/2006 | | 6/29/2007 | |
| 31 | 141 | CTR1740067 | CTR1740069 | 5/2004 | Draft of a graphic presentation regarding repository design options. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget (OMB) and reflect DOE's policy. A duplicate version of this document appears at HQR219 0072-0074 and at CTR172 0056-0058.®®this document previously appeared on the log under entry CTR 127. | DP | Milner 11/10/2005 Aff III 21 | 18. 31 | | | | 6/29/2007 |

Table of Challenges in Energy Northwest as of 08/06/2007

| NO. | REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM | AFFIDAVIT | FINAL AFFIDAVIT PARAGRAPH | ORDERED PRODUCED IN PG&E CASE | PG&E EXHIBIT NUMBER | Dairyland: Ordered Produced | Dairyland: Ordered In Camera Review |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 142 | CTR1740070 | CTR1740089 | 5/2004 | Draft version of a presentation titled, "impacts of accelerated waste acceptance;" presentation provides information requested by Under Secretary Card in connection with consideration of decisions to be made in connection with waste acceptance. An earlier version of this document is numbered at HQR250 0977-0980 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. A final version of this document appears on the log at HQR264 0021-0040 and CTR174 0004-0030. A duplicate of document appears at CTR172 0028 - 0047. | DP | Milner 11/10/2005 Aff III 13 | 18. 53 | 4/26/2006 | | 6/29/2007 | |
| 33 | 143 | CTR1760001 | CTR1760004 | 5/2004 | White paper concerning shipments from shutdown sites proposed as part of a budgetary analysis presented to Under Secretary Card. This document forms part of the deliberative process. A later version of this document appears at HQR250 0624-0645 which was the subject of the court's August 25, 2003, ruling upholding the government assertion of privilege. ®this document previously appeared on the log under entry CTR 131. | DP | Milner 11/10/2005 Aff III 15 | 18. 55 | 5/14/2006 | | 6/29/2007 | |
| 34 | 144 | CTR1770001 | CTR1770006 | 5/2004 | Proposed answers to questions raised about presentation to Under Secretary Card regarding acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. A duplicate version of this document appears at HQR250 1332-1334, which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. this document previously appeared on the log under entry CTR 129. | DP | Milner 11/10/2005 Aff III 12 | 18. 52 | 4/26/2006 | 682 | 6/29/2007 | |
| 35 | 145 | CTR1770007 | CTR1770010 | 5/2004 | White paper presenting information and analysis regarding acceptance rates and system costs for Under Secretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. A duplicate version of this document appears at HQR250 1230-1245, which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®®this document previously appeared on the log under entry CTR 129. | DP | Milner 11/10/2005 Aff III 16 | 18. 56 | 5/14/2006 | | 6/29/2007 | |
| 36 | 146 | CTR1770011 | CTR1770014 | 5/2004 | Draft presentation to Under Secretary Card regarding acceptance rates and system costs and receipt rates; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. ®this document previously appeared on the log under entry CTR 129. | DP | Milner 11/10/2005 Aff III 16 | 18. 56 | 5/14/2006 | | 6/29/2007 | |
| 37 | 147 | CTR1770015 | CTR1770022 | 5/2004 | Copies of slides that were used for a graphic presentation for group discussion of options regarding the design and operation of a repository at Yucca Mountain and the effect of those options upon SNF inventories. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget (OMB) and reflect DOE's policy deliberations in the budgetary process. They are substantially similar to portions of the documents bates numbered HQR250 1157-1232, 1246-1272, 1335-1696, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege®this document previously appeared on the log under entry CTR 129. | DP | Milner 11/10/2005 Aff III 11 | 18. 51 | 4/26/2006 | | 6/29/2007 | |
| 38 | 148 | CTR1770023 | CTR1770049 | 5/2004 | Second version of slides that were used for a graphic presentation for group discussion of options regarding the design and operation of a repository at Yucca Mountain and the effect of those options upon SNF inventories. These documents were prepared in the process of formulating recommendation by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget (OMB) and reflect DOE's policy deliberations in the budgetary process. They are substantially similar to portions of the documents bates numbered HQR250 1157-1232, 1246-1272, 1335-1696, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege®®this document previously appeared on the log under entry CTR 129. | DP | Milner 11/10/2005 Aff III 11 | 18. 51 | 4/26/2006 | | 6/29/2007 | |
| 39 | 149 | CTR1770050 | CTR1770058 | 12/20003, 5/1/2004 | Copies of slides that were used for a graphic presentation for group discussion of options regarding the design and operation of a repository at Yucca Mountain and the effect of those options upon SNF inventories. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget (OMB) and reflect DOE's policy deliberations in the budgetary process. They are substantially similar to portions of the documents bates numbered HQR250 1157-1232, 1246-1272, 1335-1696, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®®this document previously appeared on the log under entry CTR 129. | DP | Milner 11/10/2005 Aff III 11 | 18. 51 | 4/26/2006 | | 6/29/2007 | |
| 40 | 150 | HQR0240155 | HQR0240182 | 12/2003 | Series of presentations: current program chart and s. 1287 cost estimates, 20000121 draft case iv presentation, take title estimates cases i and ii, funding options, option 3 | DP | Milner 5/13/02 Aff 3N | 18. 16 | | | | 6/29/2007 |
| 41 | 151 | HQR0283563 | HQR0283588 | 12/2003 | Memorandum regarding "action in response to remand in Indiana Michigan power co. V. DOE"Memorandum prepared by M.A. Sullivan, DOE-OGC, and e. Holstein, DOE, regarding legal advice and recommended course of action after decision in Indiana Michigan co. V. DOE; attachments to the memorandum include draft of a proposed letter from the contracting officer and draft of preliminary determination for the contracting officer, identifying and discussing the legal reasons that the Department of Energy's delay in beginning spent fuel acceptance by January 31, 1998 was unavoidable, drafted by s. Klein, DOE-OGC,which were both prepared by s. Klein, DOE-OGC, in anticipation of further litigation, including that pending before the Court of Federal Claims.®AC/AW attorneys: M.A. Sullivan, s. Klein | AC, AW, PC, DP | Milner 5/13/02 Aff 3K | 18. 9 | | | | 6/29/2007 |
| 42 | 152 | HQR0284037 | HQR0284045 | 12/2003 | Subject: administration position on nuclear waste | DP, PC | Milner 5/13/02 Aff 3S | 18. 17 | | | | 6/29/2007 |
| 43 | 153 | HQR0290044 | HQR0290051 | 12/2003 | Memo re: nuclear waste lawsuit | DP, PC | Milner 5/13/02 Aff 3P | 18. 12 | | | | 6/29/2007 |
| 44 | 154 | HQR0290177 | HQR0290190 | 12/2003 | Policy options for interim storage of radioactive waste | DP, PC | Milner 5/13/02 Aff 3O | 18. 11 | | | 6/29/2007 | |
| 45 | 155 | HQR0290308 | HQR0290325 | 12/2003 | Secretary Pena's meeting on nuclear waste with utility representatives | SN, DP, PC | Milner 5/13/02 Aff 3V | 18. 20 | | | | 6/29/2007 |
| 46 | 156 | HQR0290820 | HQR0290832 | 12/2003 | Facsimile enclosing talking points for OMB-White House, release of DOE letter stating anticipated delay, marginalia and notes | DP, PC | Milner 5/13/02 Aff 3T | 18. 18 | | | | 6/29/2007 |

Table of Challenges in Energy Northwest as of 08/06/2007

| NO. | REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM | AFFIDAVIT | FINAL AFFIDAVIT PARAGRAPH | ORDERED PRODUCED IN PG&E CASE | PG&E EXHIBIT NUMBER | Dairyland: Ordered Produced | Dairyland: Ordered In Camera Review |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | 157 | HQR0290839 | HQR0290841 | 12/2003 | Facsimile enclosing e-mail re: Yucca Mountain q/a for review | DP, PC | Milner 5/13/02 Aff 3U | 18. 19 | | | | 6/29/2007, ordered in camera in body, ordered protected in summary of order |
| 48 | 158 | HQR0290966 | HQR0290970 | 12/2003 | Duplicate or different version of document starting at HQR0283563 - Memo re: action in response to remand in Indiana Michigan Power Company v. DOE. Memorandum prepared by M.A. Sullivan, DOE-OGC, and e. Holstein, DOE, (at M.A. Sullivan's direction) regarding recommended course of action after decision in Indiana Michigan co. V. DOE; a draft of a possible contracting officer's letter to the contract holders is attached to the memorandum, which was prepared by s. Klein, DOE-OGC, in anticipation of further litigation.®AC/AW attorneys: M.A. Sullivan, s. Klein - | AC, AW, DP, PC | Milner 5/13/02 Aff 3K | 18. 9 | | | | 6/29/2007 |
| 49 | 159 | HQR0291737 | HQR0291739 | 12/2003 | Memo re: talking points for telephone call to jack lew, OMB, re: proposed settlement with utilities; prepared by counsel. Whitepaper presenting issues to be discussed with OMB regarding proposed settlement with utilities, prepared by OCRWM at the direction of M.A. Sullivan, DOE-OGC, for use in negotiations to settle litigation currently before the Court of Federal Claims.®AW attorney: M.A. Sullivan | AW, SN, PC, DP | Milner 11/10/2005 Aff III 9 | 18. 24 | | | | 6/29/2007 |
| 50 | 160 | HQR0292343 | HQR0292353 | 12/2003 | Memo re: 1998/00/00 litigation action options for internal discussion | AC, AW, DP, PC | Milner 5/13/02 Aff 3I | 18. 6 | | | | 6/29/2007 |
| 51 | 161 | HQR0292365 | HQR0292368 | 12/2003 | Memorandum re: nuclear waste lawsuit Duplicate or different version of document starting at HQR0290044 | DP, PC | Milner 5/13/02 Aff 3P | 18. 12 | | | | 6/29/2007 |
| 52 | 162 | HQR0292428 | HQR0292434 | 12/2003 | Duplicate or different version of document starting at HQR0290044 - DOE memo to OMB and White House enclosing proposal to be made at congressional hearing in response to lawsuit | DP, PC | Milner 5/13/02 Aff 3P | 18. 12 | | | | 6/29/2007 |
| 53 | 163 | HQR0320151 | HQR0320156 | 12/2003 | Memo re: proposed presidential position regarding interim storage of spent nuclear fuel and currently stated administration position and proposed recommendations | DP, PC | Milner 5/13/02 Aff 3Q | 18. 13 | | | | 6/29/2007 |
| 54 | 164 | HQR0320166 | HQR0320174 | 12/2003 | Duplicate or different version of document starting at HQR0284037 - Memorandum for the president re: administration position on nuclear waste | DP, PC | Milner 5/13/02 Aff 3S | 18. 17 | | | | 6/29/2007 |
| 55 | 165 | HQR0320176 | HQR0320181 | 12/2003 | Duplicate or different version of document starting at HQR0320151 - Memo re: options for a position on the interim storage of high level nuclear waste and enclosed memos re: acceptance of fuel | DP, PC | Milner 5/13/02 Aff 3Q | 18. 13 | | | | 6/29/2007 |
| 56 | 166 | HQR0320182 | HQR0320197 | 12/2003 | Duplicate or different version of document starting at CTR0400568 - Memo re: review of administration policy for interim storage of radioactive waste and enclosed memo re: policy options for interim storage of radioactive waste. Same document as that described in CTR040 0568-0583. | DP, PC | Milner 5/13/02 Aff 3L | 18. 10 | | | | 6/29/2007 |
| 57 | 167 | HQR0320199 | HQR0320206 | 12/2003 | Memo re: expedited acceptance of spent fuel at a Yucca fuel repository | DP, PC | Milner 5/13/02 Aff 3R | 18. 14 | 5/14/2006 | | 6/29/2007 | |
| 58 | 168 | HQR0320207 | HQR0320212 | 12/2003 | Draft memo re: presidential principles and proposed presidential position regarding interim storage | DP, PC | Milner 5/13/02 Aff 3Q | 18. 13 | | | | 6/29/2007 |
| 59 | 169 | HQR0320213 | HQR0320220 | 12/2003 | Duplicate or different version of document starting at HQR0320151 - Draft memo re: proposed presidential position regarding interim storage | DP, PC | Milner 5/13/02 Aff 3Q | 18. 13 | | | | 6/29/2007 |
| 60 | 170 | HQR0320221 | HQR0320227 | 12/2003 | Duplicate or different version of document starting at HQR0320151 - Draft memo re: options for expedited acceptance, interim storage, and compensating utilities, and presidential principles | DP, PC | Milner 5/13/02 Aff 3Q | 18. 13 | 5/14/2006 | | 6/29/2007 | |
| 61 | 171 | HQR0320231 | HQR0320245 | 12/2003 | Duplicate or different version of document starting at HQR0290177 - Memo re: policy options for interim storage of radioactive waste | DP, PC | Milner 5/13/02 Aff 3O | 18. 11 | | | 6/29/2007 | |
| 62 | 172 | HQR0320280 | HQR0320288 | 12/2003 | Duplicate or different version of document starting at HQR0284037 - Memorandum for the president re: administration position on nuclear waste | DP, PC | Milner 5/13/02 Aff 3S | 18. 17 | | | | 6/29/2007 |
| 63 | 173 | HQR0320321 | HQR0320327 | 12/2003 | Duplicate or different version of document starting at HQR0284037 - DOE and OMB memorandum for the president re: administration position on interim nuclear waste storage | DP, PC | Milner 5/13/02 Aff 3S | 18. 17 | | | | 6/29/2007 |
| 64 | 175 | HQR0381321 | HQR0381321 | 12/2003 | E-mail message regarding veto message of s 1287 | DP, PC | Milner 5/13/02 Aff 3M | 18. 1 5 | | | | 6/29/2007 |
| 65 | 176 | HQR0390447 | HQR0390454 | 12/2003 | Legal memorandum from DOE-OGC to the executive assistant to the deputy Secretary of Energy regarding options for the receipt of cintichem fuel, containing deliberations as to how DOE would accept cintichem fuel, advantages and disadvantages, and recommendations. The memo contains the mental impressions of, and legal advice provided by M Schroeder, DOE-OGC, and s. Wakefield, DOE-OGC.®AC/AW attorneys: M Schroeder, DOE-OGC, s. Wakefield, DOE-OGC | AC, DP | Milner 5/13/02 Aff 3E | 18. 2 | | | | 6/29/2007 |
| 66 | 177 | HQR0392003 | HQR0392005 | 12/2003 | Memo re: talking points for telephone call to jack lew, OMB; prepared by counsel. Whitepaper presenting issues to be discussed with OMB regarding proposed settlement with utilities, prepared by OCRWM at the direction of M.A. Sullivan, DOE-OGC, for use in negotiations to settle litigation currently before the Court of Federal Claims.®AW attorney: M.A. Sullivan | AW, SN, PC, DP | Milner 5/13/02 Aff 3J | 18. 24 | | | | 6/29/2007 |
| 67 | 178 | HQR0421452 | HQR0421464 | 12/2003 | Memo from DOE to OMB and White House re: nuclear waste lawsuit | DP, PC | Milner 5/13/02 Aff 3O | 18. 11 | | | 6/29/2007 | |
| 68 | 179 | HQR0430019 | HQR0430019 | 12/2003 | Agency memo re: administration's policy on nuclear waste | DP, PC | Milner 5/13/02 Aff 3W | 18. 21 | | | | 6/29/2007 |
| 69 | 180 | HQR0510001 | HQR0510007 | 12/2003 | Meeting with Utility executives; memorandum reflecting the legal advice of the general Counsel to the Secretary of Energy and predecisional material regarding proposed legislation. | AC, AW | Milner 5/13/02 Aff 3F | 18. 3 | | | 6/29/2007 | |
| 70 | 181 | HQR0510008 | HQR0510011 | 12/2003 | Talking points for meeting with Northern States Power; memorandum reflecting the legal advice of the general counsel to the Secretary of Energy and predecisional material. Memorandum prepared by Mary Louise Wagner, DOE, at the direction of counsel, and Mary Anne Sullivan (DOE-OGC) for the Secretary; provides mental impressions and legal advice concerning DOE's position toward proposed congressional legislation in connection with Northern States Power and prepared in connection with SNF litigation now pending in the Court of Federal Claims. AC/AW attorney: Mary Anne Sullivan, DOE-OGC | AC, AW, DP | Milner 5/13/02 Aff 3G | 18. 4 | | | | 6/29/2007 |

Table of Challenges in Energy Northwest as of 08/06/2007

| NO. | REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM | AFFIDAVIT | FINAL AFFIDAVIT PARAGRAPH | ORDERED PRODUCED IN PG&E CASE | PG&E EXHIBIT NUMBER | Dairyland: Ordered Produced | Dairyland: Ordered In Camera Review |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 182 | HQR0510012 | HQR0510012 | 12/2003 | Points to make concerning on-site storage proposal ; memorandum reflecting the legal advice of the general counsel to the Secretary of Energy and predecisional material. Memorandum prepared by Mary Louise Wagner, DOE, at the direction of counsel, and Mary Anne Sullivan (DOE-OGC) for the Secretary; provides mental impressions and legal advice of Mary Anne Sullivan (DOE-OGC) regarding DOE's position for onsite storage of SNF and DOE's position regarding proposed congressional legislation regarding interim storage legislation prepared in connection with SNF litigation now pending in the Court of Federal Claims. AC/AW attorney: Mary Anne Sullivan, DOE-OGC | AC, AW, DP | Milner 11/10/2005 Aff III 10 | 18. 8 | | | | 6/29/2007 |
| 72 | 183 | HQR0510018 | HQR0510018 | 12/2003 | Summary regarding spent fuel storage costs; memorandum reflecting the legal advice of the general counsel to the Secretary of Energy and predecisional material. Document prepared by Mary Louise Wagner, DOE, at the direction of Mary Anne Sullivan (DOE-OGC) for the Secretary in connection with SNF litigation now pending in the Court of Federal Claims, analyzing storage costs of SNF incurred by utilities under hypothetical scenarios; reflects legal advice of M.A. Sullivan (DOE-OGC) to the Secretary AW/AC attorney: Mary Anne Sullivan, DOE OGC | AC, AW, DP | Milner 5/13/02 Aff 3H | 18. 5 | | | | 6/29/2007 |
| 73 | 184 | HQR0510020 | HQR0510024 | 12/2003 | Memorandum prepared by Mary Louise Wagner (DOE) at the direction of Mary Anne Sullivan (DOE-OGC) for the Secretary containing legal advice and mental impressions regarding DOE request to president of the united states for approval to begin negotiations with Senate for nuclear waste legislation as a result of the DC Circuit's holding in Northern States Power that DOE had contractual obligation to accept SNF AC/AW attorney: Mary Anne Sullivan, DOE-OGC | AC, AW, PC, DP | Milner 11/10/2005 Aff III 10 | 18. 8 | | | | 6/29/2007 |
| 74 | 188 | HQR202 ID NO. 7422 | HQR202 ID NO. 7422 | 12/2003 | Document is a draft spreadsheet analyzing the costs of various options relating to DOE's FY 2003 budget request. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB"). The document reflects DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 19 | 18. 59 | 5/14/2006 | | 6/29/2007 | |
| 75 | 189 | HQR202 ID NO. 7425 | HQR202 ID NO. 7425 | 12/2003 | Document is a spreadsheet analyzing the costs of various options relating to DOE's FY 2003 budget request. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB"). The document reflects DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 19 | 18. 59 | 5/14/2006 | | 6/29/2007 | |
| 76 | 190 | HQR2020001 | HQR2020105 | 12/2003 | Draft spreadsheet analyzing the costs of various options relating to DOE's FY 2003 budget request. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB"). The document reflects DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 19 | 18. 59 | 5/14/2006 | | 6/29/2007 | |
| 77 | 191 | HQR2020106 | HQR2020284 | 12/2003 | Document is a draft spreadsheet analyzing the costs of various options relating to DOE's FY 2003 budget request. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB"). The document reflects DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 19 | 18. 59 | 5/14/2006 | | 6/29/2007 | |
| 78 | 192 | HQR2020285 | HQR2020311 | 12/2003 | Document is a graphic presentation for group discussion of several policy options showing the effect of those options upon DOE's FY 2003 budget request. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB"). The document reflects DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 19 | 18. 59 | 5/14/2006 | | 6/29/2007 | |
| 79 | 193 | HQR2030001 | HQR2030004 | 12/2003 | Draft memorandum entitled "Yucca Mountain business case" prepared for Dr. Margaret s.Y. Chu, Director of the OCRWM, to present to Under Secretary Robert Card discussing the policy justifications and cost implications of increasing DOE's FY 2003 budget request for the Yucca Mountain repository. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB"). The document reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. | DP | Milner 11/10/2005 Aff IIII 14 | 18. 54 | 5/14/2006 | 684 | 6/29/2007 | |
| 80 | 194 | HQR2030005 | HQR2030017 | 12/2003 | Copies of slides that were used for a graphic presentation for group discussion of options regarding the design and operation of a repository at Yucca Mountain and the effect of those options upon SNF inventories. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. They are substantially similar to portions of the documents bates numbered HQR250 1157-1232, 1246-1272, 1335-1696, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. | DP | Milner 11/10/2005 Aff III 11 | 18. 51 | 4/26/2006 5/14/2006 | | 6/29/2007 | |
| 81 | 195 | HQR2030018 | HQR2030031 | 12/2003 | Draft versions of memo entitled "Yucca Mountain business case" prepared for Dr. Margaret s.Y. Chu, Director of the OCRWM, to present to Under Secretary of Energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the Yucca Mountain repository. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB"). These documents reflect DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP | Milner 11/10/2005 Aff III 14 | 18. 54 | 5/14/2006 | | 6/29/2007 | |
| 82 | 196 | HQR2030032 | HQR2030041 | 12/2003 | Draft memorandum under legal review prepared for Dr. Margaret s.Y. Chu, Director of the OCRWM, to present to Under Secretary of Energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | AC, AW, DP | Milner 11/10/2005 Aff III 14 | 18. 54 | 5/14/2006 | | | 6/29/2007 |
| 83 | 197 | HQR2040001 | HQR2040005 | 12/2003 | Draft of an internal check list dealing with the pros and cons of various concepts relating to the construction and operation of a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®® | DP | Milner 11/10/2005 Aff III 32 | 18. 62 | | | | 6/29/2007 |

Table of Challenges in Energy Northwest as of 08/06/2007

| NO. | REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM | AFFIDAVIT | FINAL AFFIDAVIT PARAGRAPH | ORDERED PRODUCED IN PG&E CASE | PG&E EXHIBIT NUMBER | Dairyland: Ordered Produced | Dairyland: Ordered In Camera Review |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 84 | 198 | HQR2040006 | HQR2040006 | 12/2003 | Graph used for group discussion regarding the budgetary costs associated with an option for SNF acceptance at a repository. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to portions of the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®® | DP | Milner 11/10/2005 Aff III 35 | 18. 42 | | | | 6/29/2007 |
| 85 | 199 | HQR2040007 | HQR2040008 | 12/2003 | Draft spreadsheets analyzing the costs of various options relating to Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 35 | 18. 42 | | | | 6/29/2007 |
| 86 | 200 | HQR2040009 | HQR2040011 | 12/2003 | A graphic depiction entitled "ymp long range strategic plan" showing the effect of several budgetary options upon the construction of a repository. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP | Milner 11/10/2005 Aff III 35 | 18. 42 | | | | 6/29/2007 |
| 87 | 201 | HQR2040012 | HQR2040014 | 12/2003 | Graph used for group discussion regarding the budgetary costs associated with an option for SNF acceptance at a repository. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®® | DP | Milner 11/10/2005 Aff III 35 | 18. 42 | | | | 6/29/2007 |
| 88 | 202 | HQR2040015 | HQR2040047 | 12/2003 | Draft versions of memorandum under legal review prepared for Dr. Margaret s.Y. Chu, Director of the OCRWM, to present to Under Secretary of Energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents are substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC. | AC, AW, DP | Milner 11/10/2005 Aff III 14 | 18. 54 | 5/14/06 (redacted) | 685 | | 6/29/2007 |
| 89 | 203 | HQR2050001 | HQR2050005 | 12/2003 | Graphic summaries, slides and brief written summaries entitled "DOE high-level waste," "DOE spent nuclear fuel," and "impact of funding reduction," prepared to assist in evaluating the potential effect of a funding reduction. These documents were prepared in the process of formulating a recommendation by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 19 | 18. 59 | 5/14/2006 | | 6/29/2007 | |
| 90 | 204 | HQR2050006 | HQR2050011 | 12/2003 | Draft of an internal check list entitled " Yucca Mountain potential cost savings analysis" dealing with the pros and cons of various concepts relating to the construction and operation of a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®® | DP | Milner 11/10/2005 Aff III 32 | 18. 62 | | 686 | | 6/29/2007 |
| 91 | 205 | HQR2050012 | HQR2050014 | 12/2003 | Brief untitled written summary prepared to assist in evaluating the potential effects of a funding reduction. These documents were prepared in the process of formulating a recommendation by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the documents bates numbered HQR250 1707-1710 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP | Milner 11/10/2005 Aff III 20 | 18. 60 | 5/14/2006 | | 6/29/2007 | |
| 92 | 207 | HQR2050019 | HQR2050019 | 12/2003 | Outline for a memorandum entitled "Yucca Mountain business case" discussing options relating to development of a repository. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP | Milner 11/10/2005 Aff III 14 | 18. 54 | 5/14/2006 | | 6/29/2007 | |
| 93 | 208 | HQR2060003 | HQR2060059 | 12/2003 | Spreadsheet analyzing the costs of various options relating to a development of a repository. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations. | DP | Milner 11/10/2005 Aff III 19 | 18. 59 | 5/14/2006 | | 6/29/2007 | |
| 94 | 209 | HQR2070001 | HQR2070005 | 12/2003 | Draft of an internal check list entitled "Yucca Mountain potential cost savings analysis" dealing with the pros and cons of various concepts relating to the construction and operation of a repository. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the documents bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. | DP | Milner 11/10/2005 Aff III 32 | 18. 62 | | | | 6/29/2007 |
| 95 | 210 | HQR2070006 | HQR2070008 | 12/2003 | Graphic depiction showing the effects of several budgetary options under the construction of a repository. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®® | DP | Milner 11/10/2005 Aff III 35 | 18. 42 | | | | 6/29/2007 |

Table of Challenges in Energy Northwest as of 08/06/2007

| NO. | REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM | AFFIDAVIT | FINAL AFFIDAVIT PARAGRAPH | ORDERED PRODUCED IN PG&E CASE | PG&E EXHIBIT NUMBER | Dairyland: Ordered Produced | Dairyland: Ordered in Camera Review |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | 211 | HQR2070009 | HQR2070011 | 12/2003 | Graph used for group discussions regarding the budgetary costs associated with an option for SNF acceptance at a repository. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®® | DP | Milner 11/10/2005 Aff III 35 | 18. 42 | | | | 6/29/2007 |
| 97 | 212 | HQR2070012 | HQR2070055 | 12/2003 | Four versions of draft memorandum under legal review entitled "Yucca Mountain business case" prepared for Dr. Margaret s.Y. Chu, Director of the OCRWM, to present to Under Secretary of Energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC.®® | AC, AW, DP | Milner 11/10/2005 Aff III 14 | 18. 54 | 5/14/06 (redacted) | | | 6/29/2007 |
| 98 | 213 | HQR2080001 | HQR2080005 | 12/2003 | Graphs, tables, and a list of assumptions considering the effect of options regarding the rate of SNF acceptance. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 31 | 18. 61 | 5/14/2006 | 687 | 6/29/2007 | |
| 99 | 214 | HQR2080006 | HQR2080018 | 12/2003 | Series of tables showing the effect and cost of various options potentially available to DOE for SNF acceptance at a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 31 | 18. 61 | 5/14/2006 | 688 | 6/29/2007 | |
| 100 | 215 | HQR2080019 | HQR2080042 | 12/2003 | Series of tables showing the effect and cost of various options potentially available to DOE for SNF acceptance at a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 31 | 18. 61 | 5/14/2006 | | 6/29/2007 | |
| 101 | 216 | HQR2090001 | HQR2090003 | 12/2003 | Handwritten list of questions to answer for a memoranda regarding the effect and cost of various options potentially available to DOE for SNF acceptance at a repository and a fact sheet regarding budgetary numbers. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 14 | 18. 54 | 5/14/2006 | | 6/29/2007 | |
| 102 | 217 | HQR2100001 | HQR2100003 | 12/2003 | Draft memorandum discussing the effect of budgetary reductions upon the construction of a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 36 | 18. 44 | | | | 6/29/2007 |
| 103 | 218 | HQR2100004 | HQR2100004 | 12/2003 | Graphic presentation entitled "license application submission" of the effect of budget reductions upon the construction of a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 36 | 18. 44 | | | | 6/29/2007 |
| 104 | 219 | HQR2100005 | HQR2100007 | 12/2003 | Graphic depiction showing the effect of several budgetary options upon the construction of a repository. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®® | DP | Milner 11/10/2005 Aff III 35 | 18. 42 | | | | 6/29/2007 |
| 105 | 220 | HQR2100008 | HQR2100018 | 12/2003 | Draft memorandum under legal review prepared for Dr. Margaret s.Y. Chu, Director of the OCRWM, to present to Under Secretary of Energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC.®® | AC, AW, DP | Milner 11/10/2005 Aff III 14 | 18. 54 | 5/14/2006 | | | 6/29/2007 |
| 106 | 222 | HQR2100021 | HQR2100025 | 12/2003 | Draft of an internal check list entitled "Yucca Mountain potential cost savings analysis" dealing with the pros and cons of various concepts relating to the construction and operation of a repository. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the documents bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP | Milner 11/10/2005 Aff III 32 | 18. 62 | | | | 6/29/2007 |
| 107 | 224 | HQR2130001 | HQR2130008 | 12/2003 | Untitled internal memorandum listing various concepts and options regarding SNF acceptance and the related budgetary effect. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 37 | 18. 68 | 5/14/2006 | | 6/29/2007 | |
| 108 | 225 | HQR2130004 | HQR2130006 | 12/2003 | Draft of an internal check list entitled "Yucca Mountain potential cost savings analysis" dealing with the pros and cons of various concepts relating to the construction and operation of a repository. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the documents bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP | Milner 11/10/2005 Aff III 32 | 18. 62 | | | | 6/29/2007 |