# In the United States Court of Federal Claims

No. 04-10 C
(Filed: August 14, 2007)

***************************************
**ENERGY NORTHWEST,** *
Plaintiff, *
v. *
**THE UNITED STATES,** *
Defendant. *
***************************************

**REVISED SCHEDULING ORDER**

On August 6, 2007, Defendant filed a motion for leave to file under seal its response to Plaintiff's motion to compel production of documents withheld under the deliberative process privilege. Defendant's response was otherwise filed on time on August 6, 2007, but without the particular appendices intended for protection under seal.

Defendant's motion for leave is hereby GRANTED. Defendant shall re-file its response, under seal, on or before August 17, 2007. Plaintiff's deadline to reply shall run from the date of Defendant's re-filed response.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge