**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-0010C |
| | ) | |
| v. | ) | Chief Judge Damich |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR ORDER REGARDING NON-DISCOVERABILITY OF CERTAIN EXPERT MATERIALS AND COMMUNICATIONS**

Plaintiff Energy Northwest respectfully requests that the Court enter an order, based upon a joint stipulation of the parties, that no party shall be required to produce any draft (including copies and any copy containing notes or comments, regardless of the source of those notes) of any expert report prepared in connection with this case. Energy Northwest and the defendant United States of America have reached agreement that the proposed stipulation and order will

permit a streamlined and efficient expert discovery process. A proposed order and stipulation, containing language upon which both parties agree, is attached to this motion as Exhibit A.

Dated: September 11, 2007

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September 2007, a copy of the Foregoing *Agreed Motion For Order Regarding Non-Discoverability Of Certain Expert Materials And Communications* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch