**EXHIBIT A**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-0010C |
| | ) | |
| v. | ) | Chief Judge Damich |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER REGARDING NON-DISCOVERABILITY OF CERTAIN EXPERT MATERIALS AND COMMUNICATIONS**

To manage expert discovery efficiently, the parties hereby stipulate and agree that:

1. No party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case. To the extent that notes have been or are written on a draft of an expert report, regardless of the source of those notes, no party shall be required to produce those notes or a draft containing those notes.

2. Neither the parties nor their experts shall be required to preserve or retain documents that are exempted from production under paragraph 1 of this order.

3. Subject to paragraphs 1 and 2 of this order, any party shall be free to take discovery of any other matters permitted by RCFC 26(a)(2)(b) with respect to any designated

testifying expert.

Dated: September 11, 2007

**AGREED**:

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

*Attorneys for Plaintiff*

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder
Sharon A. Snyder
Trial Attorney
U.S. Department of Justice
Commercial Litigation Section
Civil Division
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 616-0347

OF COUNSEL:

JANE K TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

*Attorney for Defendant*

**IT IS SO ORDERED:**

Dated: ______________________________

______________________________
Edward J. Damich
Chief Judge