# In the United States Court of Federal Claims

No. 04-10 C
(Filed: September 12, 2007)

****************************************
*
**ENERGY NORTHWEST,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## ORDER

On September 11, 2007, Plaintiff filed a motion for entry of a proposed order regarding non-discoverability of certain expert materials and communications. Plaintiff's motion recited that both parties stipulate and agree to entry of the proposed order.

Accordingly, it is hereby ORDERED that:

1. No party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case. To the extent that notes have been or are written on a draft of an expert report, regardless of the source of those notes, no party shall be required to produce those notes or a draft containing those notes.

2. Neither the parties nor their experts shall be required to preserve or retain documents that are exempted from production under paragraph 1 of this order.

3. Subject to paragraphs 1 and 2 of this order, any party shall be free to take discovery of any other matters permitted by RCFC 26(a)(2)(b) with respect to any designated testifying expert.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge