IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-10C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of this Court, defendant, the United States, respectfully requests an enlargement of time of one week, to and including December 21, 2007, within which to exchange its expert reports with plaintiff, Energy Northwest. Defendant's reports are currently due to be produced to Energy Northwest on December 14, 2007. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff, David Jimenez-Ekman, has represented that plaintiff does not oppose this one-week enlargement of time and, assuming that the Court grants this one-week enlargement, seeks an additional week to exchange Energy Northwest's rebuttal reports, if any. Plaintiff's rebuttal reports are currently due on February 1, 2008. With this one-week enlargement, plaintiff's rebuttal reports would be due on February 8, 2008. No other changes will be made to the Court's May 4, 2007 scheduling order.

The additional time is necessary because experts for the Government have had a large amount of data, documents, and deposition testimony to review, consider, and analyze in order to prepare their reports. Although we and our experts have worked diligently to digest this information, our experts have simply not been able to complete all of their necessary work in the currently allotted time. An additional week will provide our experts with the time needed to

complete their reports.

For these reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time to exchange the Government's expert reports to and including December 21, 2007, and for plaintiff to provide any rebuttal reports to and including February 8, 2008.

Respectfully Submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

Attorneys for Defendants

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

December 5, 2007

CERTIFICATE OF FILING

I hereby certify that on this 5th day of December, 2007, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sharon A. Snyder