**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION TO AMEND SCHEDULING ORDER**
**TO ENLARGE REBUTTAL EXPERT DISCOVERY PERIOD BY TWO WEEKS**

Plaintiff Energy Northwest respectfully moves this Court for entry of an agreed order enlarging the time for submission of rebuttal expert reports through and including February 22, 2008, and for the completion of expert discovery through and including March 28, 2008. In support of this motion, Plaintiff states:

1. In accordance with the Court's May 4, 2007 Scheduling Order, Plaintiff submitted reports from three expert witnesses on September 14, 2007. Prior to the original December 14, 2007 deadline for the submission of its expert reports, the Government requested an extension of a week to allow it to serve its expert reports on December 21, 2007. Plaintiff agreed to the extension and, following this Court's December 6, 2007 Order amending the schedule, the Government served reports from three expert witnesses on December 21, 2007.

2. Pursuant to the Court's May 4, 2007 Scheduling Order, as amended by the Court's December 6, 2007 Order, Plaintiff's Rebuttal Expert reports are currently due on February 8, 2008, and expert discovery is set to close on March 14, 2008.

3. Plaintiff respectfully asks the Court to extend the deadline for Plaintiff's Rebuttal Expert Reports by two weeks, through and including February 22, 2008, and to extend the deadline for completion of all expert discovery by a corresponding two weeks, through and

including March 28, 2007. No other changes will be made to the Court's May 4, 2007 Scheduling Order.

4. This enlargement is necessary for two reasons. *First*, an extension is necessary because, in light of the schedule of the Government's counsel and experts, the parties were unable to schedule depositions of the Government's experts until the weeks of February 4th and February 11th. *Second*, the Government submitted reports from three expert witnesses on December 21, 2007, in the midst of the holiday season. Furthermore, Plaintiff did not receive some of the material supporting the reports of the Government's experts until January 3, 2008. Although Plaintiff has worked diligently to evaluate the reports and accompanying materials from the Government's expert witnesses, Plaintiff will be unable to complete all necessary work on rebuttal reports within the allotted time given the holiday schedules of Energy Northwest personnel, counsel, and Plaintiff's experts.

5. Counsel for the Government, Scott Damelin, has represented that the Government does not oppose this enlargement provided the deadline for completion of expert discovery is also extended by two weeks, through and including March 28, 2008.

6. This is the second extension of the deadline for Plaintiff's Rebuttal Expert reports, which was previously enlarged by the Court's December 6, 2007 order to allow the Government an additional week in which to submit its expert reports. The March 14, 2008 deadline for completion of expert discovery has not previously been enlarged. Plaintiff does not anticipate that granting this enlargement will affect any other dates set by the Court, including the trial date.

WHEREFORE, Plaintiff respectfully requests that the Court (1) extend the deadline for submission of rebuttal expert reports two weeks, through and including February 22, 2008, and (2) extend the deadline for the completion of expert discovery by two weeks through and including March 28, 2008.

Dated: January 16, 2008

Respectfully submitted,

s/ Norman M. Hirsch

NORMAN M. HIRSCH
Jenner & Block LLP
330 N Wabash Avenue
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
Jenner & Block LLP
330 N Wabash Avenue
Chicago, IL 60611
(312) 222-9350

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January 2008, a copy of the foregoing *Agreed Motion To Amend Scheduling Order* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch