**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION TO EXTEND TIME TO RESPOND**
**TO COURT'S JANUARY 30, 2008 ORDER**

Plaintiff Energy Northwest respectfully moves this Court for entry of an agreed order extending the time for Plaintiff to respond to the Court's January 30, 2008 Order by seven days to February 22, 2008. In support of this motion, Plaintiff states:

1. In its January 30, 2008 Order, the Court ordered Plaintiff to submit a brief by February 15, 2008, providing certain enumerated information relating to Defendant's Motion for a Protective Order.

2. Plaintiff respectfully requests that this Court extend the deadline for submitting the brief by seven days to and including February 22, 2008. Plaintiff seeks this extension for two reasons. First, while Plaintiff has been working diligently to provide the information the Court directed in its January 30, 2008 Order, Plaintiff's counsel has also been addressing other matters in this case set out in the Court's December 6, 2007 scheduling order. For example, Plaintiff's counsel has deposed Defendant's three expert witnesses R. Larry Johnson, Charles Stuart and Raymond Hartman on February 7, 11, and 12 respectively. Plaintiff has also been working with its experts to prepare rebuttal expert reports due on February 22, 2008.

3. In addition, in an effort to comply with this Court's January 30, 2008 Order, Plaintiff has been in on-going discussions with Defendant's counsel to attempt to narrow the number of topics at issue for the Rule 30(b)(6) deposition.

4. Counsel for the Government, Sharon Snyder, has represented that the Government does not oppose this seven-day extension.

5. Plaintiff does not anticipate that granting this extension will affect any other dates set by the Court, including the trial date.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff to respond to the Court's January 30, 2008 Order by seven days to February 22, 2008.

Dated: February 13, 2008

Respectfully submitted,

s/ Norman M. Hirsch

NORMAN M. HIRSCH
Jenner & Block LLP
330 N Wabash Avenue
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
Jenner & Block LLP
330 N Wabash Avenue
Chicago, IL 60611
(312) 222-9350

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February 2008, a copy of the foregoing *Agreed Motion To Extend Time* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch