IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-10C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY

Pursuant to direction provided by the Court during the Status Conference held on January 29, 2008, defendant, the United States, respectfully requests that the Court grant the Government leave to submit a reply to plaintiff's response to defendant's motion for a protective order. Plaintiff filed its response on February 22, 2008. Because there were issues raised in plaintiff's response of importance to the Government, a reply will provide the Court with a complete understanding of the facts at issue in the motion.

For these reasons, the Government requests leave to file a reply to plaintiff's response to defendant's motion for a protective order.

Respectfully Submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

March 3, 2008

Attorneys for Defendants

CERTIFICATE OF FILING

I hereby certify that on this 3d day of March, 2008, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sharon A. Snyder