**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY FOR THE LIMITED PURPOSE OF TAKING THE DEPOSITION OF A RULE 30(B)(6) WITNESS THE GOVERNMENT CANNOT MAKE AVAILABLE DURING THE EXISTING PERIOD**

Plaintiff Energy Northwest ("ENW") respectfully moves this Court for the entry of an order extending the time by 21 days, to and including June 13, 2008, for ENW to take the Rule 30(b)(6) deposition authorized by the Court's April 21, 2008 order. The Government does not oppose this request for relief. In the alternative, if the Court is not inclined to extend the time, ENW respectfully moves the Court for an order compelling the Government to produce its Rule 30(b)(6) witness within the time authorized in the Court's April 21 order, i.e., by May 23, 2008. In support of this motion, ENW states:

1. On July 3, 2007, prior to the initial discovery close date, ENW noticed the Rule 30(b)(6) deposition of a witness for the Government on eleven topics. On July 19, 2007, the Government indicated in a letter to ENW that it did not intend to produce a witness on those topics, and would seek a protective order. The Government did not produce a witness pursuant to the notice, and instead filed a motion for a protective order on September 14, 2007. The parties briefed that motion, and on April 21, 2008, the Court issued an order denying the motion for a protective order as to the topics as narrowed during the motion practice. (Ex. A.) The

Court's order provided that the Government's Rule 30(b)(6) witness should be made available by May 23, 2008. (*Id*.)

2. On May 1, 2008, counsel for ENW wrote to counsel for the Government and indicated that ENW could proceed with the four-hour deposition of the Government's Rule 30(b)(6) in Washington, DC, on any of eight days, specifically, four of the five days of the weeks of May 12 and May 19, 2008. (Ex. B.)

3. In response, on May 1, 2008, in a telephone conversation between Sharon Snyder (for the Government) and David Jiménez-Ekman (for ENW), the Government indicated that it had determined that Christopher Kouts would be its Rule 30(b)(6) witness, and that Mr. Kouts had a busy travel schedule and could not be made available any time during the period ordered by the Court for the deposition. Instead, Ms. Snyder proposed making Mr. Kouts available during the week of June 9, 2008. Mr. Jiménez-Ekman advised Ms. Snyder that ENW would agree to wait until that time so long as (a) the Court permitted the deposition at that time, and (b) any previously exchanged pretrial materials could be updated with information obtained for the first time at the deposition without objection by the Government.

4. Consequently, ENW respectfully requests that the Court extend the discovery period, for the sole purpose of obtaining the court-authorized deposition of the Government's Rule 30(b)(6) witness, through June 13, 2008.[1]

[1] Because it is the Government that cannot comply with the Court's order, ENW asked the Government to seek this relief. The Government indicated that while it would not oppose an extension, it would not file the required motion. Consequently, Energy Northwest seeks the extension.

5. In the alternative, in the event the Court is not inclined to extend discovery for this purpose, we ask that the Court compel the Government to make a Rule 30(b)(6) witness available at some time before May 23, 2008, i.e., during the period originally ordered by the Court.

6. Based on the discussion described in paragraph 3 above, counsel for ENW understands that the Government does not oppose the relief requested in paragraph 4. Counsel presumes the Government objects to the alternative request contained in paragraph 5.

Dated: May 8, 2008

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2008, a copy of the foregoing *Plaintiff's Motion to Extend Discovery for the Limited Purpose of Taking the Deposition of a Rule 30(b)(6) Witness the Government Cannot Make Available During the Existing Period* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch