# EXHIBIT B

## Jimenez-Ekman, David

**From:** Jimenez-Ekman, David
**Sent:** Thursday, May 01, 2008 10:20 AM
**To:** sharon.snyder@usdoj.gov
**Cc:** Hirsch, Norman M; Tompkins, Christopher
**Subject:** EN v. U.S. -- Rule 30(b)(6) Dates

Sharon:

I wanted to get back to you with potential dates to proceed with our Rule 30(b)(6) deposition.

I assume you will make the witness(es) available in Washington, DC. If so, right now, any of the following potential dates will currently work for me:

May 12,13, 14 or 15 (would prefer 12th or 13th)

May 19, 20, 21 or 22 (again, would prefer the Monday or Tuesday)

The judge's order requires us to get this done by May 23, and we'd like to proceed before the meeting of counsel in any case, if possible. Please let me know if Mr. Kouts can be available any of those days at your earliest convenience; obviously, these days may fill up as time passes. If you are coming to the Swailes deposition, we can further discuss this tomorrow.

On a different (but recurring note), from our brief conversation yesterday, I understand you are awaiting feedback from other members of your team on your proposed revisions to our proposed stipulation regarding the accounting documents. We will appreciate your getting back to us on that issue as soon as possible given the looming deadlines.

Best personal regards.

David