# In the United States Court of Federal Claims

No. 04-10 C
(Filed: May 9, 2008)

****************************************
**ENERGY NORTHWEST,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
****************************************

## ORDER

On May 8, 2008, Plaintiff ("Energy Northwest") filed a "Motion to Extend Discovery for the Limited Purpose of Taking the Deposition of a Rule 30(b)(6) Witness the Government Cannot Make Available During the Existing Time Period." In reviewing the motion the Court is dismayed by Energy Northwest's assertion that not only is Defendant ("the Government") unable to comply with the Court's Order of April 21, 2008, but the Government has also refused to file a motion requesting an enlargement of the discovery period to allow for the previously ordered deposition. In light of the Government's apparent inability to comply with the Order of April 21, 2008, the Court ORDERS the Government, on or before May 13, 2008 at 5:00 p.m., to respond to Energy Northwest's motion to extend discovery and explain both the reason for its inability to conduct the deposition before May 23, 2008, and for its failure to file the appropriate motion to extend the discovery period.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge