**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**MOTIONS IN LIMINE UNDER SEAL ELECTRONICALLY**

Pursuant to the Court's General Order 42A, Plaintiff Energy Northwest respectfully requests leave of the Court to file its motions in limine under seal electronically. Pursuant to the Court's April 21, 2008 Trial Preparation Order, Plaintiff is to file motions in limine to exclude Defendant's witnesses or exhibits this Friday, May 30, 2008. Plaintiff anticipates that it will file one or more motions in limine which will discuss or attach protected material under this Court's August 28, 2006 Protective Order, which provides that such material shall be filed under seal. Pursuant to General Order 42A, Plaintiff must seek leave of court before Plaintiff can file electronic documents under seal. Because Plaintiff's motions in limine are due to be filed Friday, May 30, 2008, Plaintiff respectfully requests the Court give expedited consideration to this motion. Counsel for the Defendant has stated that the Government does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order allowing Plaintiff to file its motions in limine under seal in this case.

Dated: May 28, 2008

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
330 N Wabash Avenue
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
April A. Otterberg
Jenner & Block LLP
330 N Wabash Avenue
Chicago, IL 60611
(312) 222-9350

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May 2008, a copy of the foregoing *Motion to File Motions in Limine Under Seal Electronically* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch