IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-10C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
DEFENDANT'S MOTIONS *IN LIMINE* UNDER SEAL

Pursuant to the Protective Order entered by the Court in the above-captioned case on August 26, 2006 ("Protective Order") and the Court's General Order 42A, defendant, the United States, respectfully requests leave of Court to file its motions in limine and appendices under seal. Counsel for plaintiff, Energy Northwest, Christopher Tompkins, has indicated that plaintiff does not oppose this motion.

Pursuant to the Court's Trial Preparation Order, dated April 21, 2008, defendant will file several motions in limine to exclude certain witnesses or exhibits, on Friday, May 30, 2008, that will refer to documents that contain confidential material in accordance with paragraph 1 of the Protective Order. Defendant also intends to include protected materials in the accompanying appendices.

Therefore, pursuant to the Protective Order and General Order 42A, we respectfully request that the Court issue an order permitting the Government to file its motions in limine and accompanying appendices under seal.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 205230
Tele: (202) 305-7571
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SONIA ORFIELD
RUSSELL SHULTIS
Trial Attorneys

May 28, 2008

CERTIFICATE OF FILING

I hereby certify that on this 28th day of May, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANT'S MOTIONS *IN LIMINE* UNDER SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sharon A. Snyder