IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATEMENT OF GOOD FAITH CONDUCT AND**
**STATUS REPORT REGARDING ADDITIONAL TRIAL_RELATED ISSUES**

Pursuant to App. A, par. 13(d) of the Rules of the Court of Federal Claims ("RCFC") and this Court's Trial Preparation Order of April 21, 2008, the parties hereby submit this joint statement of good faith conduct following their meeting of counsel.

The parties' counsel met in person at the offices of Energy Northwest's counsel in Washington, DC, on May 23, 2008 for approximately three hours. Counsel discussed the issues identified in this Court's Trial Preparation Order and Appendix A to the Court of Federal Claims Rules. Counsel began discussing in good faith potential objections to witnesses and exhibits, and will continue to work through their disagreements as the parties submit their final witness and exhibit lists and objections according to the schedule set forth in the Trial Preparation Order. Counsel are also attempting to reach an agreement on a stipulation of facts that are not in dispute. Finally, Counsel also explored settlement in good faith.

In addition to discussing the matters specified in the Court's Trial Preparation Order and Appendix A, the parties discussed two additional logistical issues that the parties believe are appropriate to bring to the Court's attention in this statement. First, Paragraph 5 of the Court's April 21, 2008 Trial Preparation Order states that "Trial shall commence on October 20, 2008 and shall continue for 10 trial days, or such time as agreed to at the pre-trial conference, from

10:00 a.m. to 4:00 p.m. each day." Following the exchange of preliminary witness lists, which contained estimates of the length of direct examination, and in light of the expected length of the trial days, the parties are in agreement that trial of this matter will likely take longer than the two weeks specified in the Court's Trial Preparation Order. The parties agree that it appears that it may take an additional three to five trial days to complete the trial. While the Court's order appears to anticipate that adjustments could be made to the trial schedule at the pre-trial conference, the parties wanted to bring this issue to the Court's attention as soon as the issue was identified.

Second, in many of the other spent fuel cases that have proceeded to trial, the presiding judge has scheduled a site visit to plaintiff's plant(s). The parties are aware that the Court has scheduled a site visit in *Dairyland v. United States*, Docket No. 04-106. Plaintiff believes that a site visit to Energy Northwest's Columbia Generating Station would be worthwhile to provide context for plaintiff's damages and some of the matters in dispute. In particular, plaintiff's counsel respectfully believes that such a visit would not be duplicative of the Court's expected visit in *Dairyland* because the plaintiff in this case, Energy Northwest, has an operating plant (as opposed to the shut down plant in *Dairyland*) and because Energy Northwest seeks damages for a dry storage facility, which the plaintiff in *Dairyland* has not constructed. Defendant's counsel indicated that the Government does not believe a site visit is necessary in this case, but that the Government defers to the Court's wishes in this regard. The parties wanted to raise the issue of a site visit with the Court so appropriate arrangements could be made if the Court desires to visit plaintiff's Columbia Generating Station.

Dated: May 30, 2008

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

COUNSEL FOR PLAINTIFF

Of counsel:

David A. Handzo
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
April A. Otterberg
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
(202) 616-0347 telephone
(202) 307-2503 facsimile

COUNSEL FOR DEFENDANT

Of Counsel:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SONIA ORFIELD
RUSSELL SHULTIS
Trial Attorneys
Department of Justice
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of May 2008, a copy of the foregoing *Joint Statement Of Good Faith Conduct And Status Report Regarding Additional Trial Related Issues* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch