PNL-6288

# 1987 Annual Review of the Adequacy of the 1.0 mill per kWh Waste Disposal Fee

R. L. Engel

July 1987

Prepared for the U.S. Department of Energy
under Contract DE-AC06-76RLO 1830

Pacific Northwest Laboratory
Operated for the U.S. Department of Energy
by Battelle Memorial Institute

PNL-6288

**DISCLAIMER**

This report was prepared as an account of work sponsored by an agency of the United States Government. Neither the United States Government nor any agency thereof, nor Battelle Memorial Institute, nor any of their employees, makes any warranty, expressed or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights. Reference herein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise, does not necessarily constitute or imply its endorsement, recommendation, or favoring by the United States Government of any agency thereof, or Battelle Memorial Institute. The views and opinions of authors expressed herein do not necessarly state or reflect those of the United States Government or any agency thereof, or Battelle Memorial Institute.

PACIFIC NORTHWEST LABORATORY
*operated by*
BATTELLE MEMORIAL INSTITUTE
*for the*
UNITED STATES DEPARTMENT OF ENERGY
*under Contract DE-AC06-76RLO 1830*

PNL-6288

# 1987 ANNUAL REVIEW OF THE ADEQUACY OF THE 1.0 MILL PER KWH WASTE DISPOSAL FEE

R. L. Engel

July 1987

Prepared for
the U.S. Department of Energy
under Contract DE-AC06-76RLO 1830

Pacific Northwest Laboratory
Richland, Washington 99352

## ABSTRACT

As a result of the 1987 annual review of the adequacy of the 1.0 mill per kWh fee for disposal of civilian high-level radioactive wastes and spent fuel, it has been concluded that the fee should remain unchanged at 1.0 mill per kWh for calendar year 1987. Estimated waste disposal program costs and Nuclear Waste Fund revenues were compared for a range of repository geologic media, site selection alternatives, system designs, and nuclear generation scenarios that encompass the expected characteristics of the waste disposal system. The analysis was based on the commercial waste management program described in the DOE Draft Mission Plan Amendment (1987a). The cost estimates used in this analysis were developed by Roy F. Weston Co., the repository program integration contractor for the DOE Office of Civilian Radioactive Waste Management (OCRWM). The cost estimated include all costs associated with siting, licensing, constructing, operating and decommissioning two repositories and a Monitored Retrievable Storage (MRS) facility (optional); preparing and packaging nuclear wastes for disposal; transporting wastes to the repositories; and government administration of the program.

Any need to adjust the fee in the future will depend on new developments in the program and changes in conditions. If inflation continues or future refined cost estimates indicate that real program costs will substantially exceed the current estimates, it may be necessary to increase the fee.

CONTENTS

ABSTRACT .......... iii

1.0 SUMMARY AND CONCLUSIONS .......... 1.1

2.0 INTRODUCTION .......... 2.1

3.0 METHODOLOGY FOR EVALUATION OF FEE ADEQUACY .......... 3.1

3.1 METHODOLOGY .......... 3.1

3.2 ASSUMPTIONS .......... 3.4

3.3 SIGNIFICANT CHANGES IN METHODOLOGY AND ASSUMPTIONS .......... 3.7

4.0 FEE ADEQUACY ANALYSIS FOR THE REFERENCE ASSUMPTIONS .......... 4.1

4.1 LOGISTICS FOR THE REFERENCE DISPOSAL PROGRAM ASSUMPTIONS ... 4.1

4.2 REFERENCE FEE REVENUE FORECAST .......... 4.2

4.3 REFERENCE LIFE-CYCLE COSTS .......... 4.5

4.3.1 Reference Development and Evaluation Cost Estimate .. 4.5

4.3.2 Reference Repository Cost Estimate .......... 4.7

4.3.3 Waste Transportation Costs .......... 4.8

4.3.4 Total System Life-Cycle Costs .......... 4.10

4.3.5 Allocation of Costs Between Civilian and Defense Wastes .......... 4.10

4.4 FEE ADEQUACY FOR THE REFERENCE CASE .......... 4.14

5.0 FEE ADEQUACY FOR VARIATIONS IN REFERENCE ASSUMPTIONS .......... 5.1

5.1 FEE ADEQUACY SENSITIVITY TO DEVELOPMENT OF THE DMPA IMPROVED-PERFORMANCE SYSTEM .......... 5.1

5.2 FEE ADEQUACY SENSITIVITY TO VARIATIONS IN NUCLEAR-GROWTH SCENARIO .......... 5.3

5.3 FEE ADEQUACY SENSITIVITY TO CHANGES IN FUEL BURNUP .......... 5.9

5.4 FEE ADEQUACY SENSITIVITY TO CHANGES IN SYSTEM DEVELOPMENT SCHEDULE .......... 5.10

5.5 FEE ADEQUACY SENSITIVITY TO VARIATIONS IN ECONOMIC AND FINANCIAL PARAMETERS .................................... 5.14

5.5.1 Fee Adequacy Sensitivity to Variation In Interest Rate ............................................ 5.14

5.5.2 Fee Adequacy Sensitivity to Inflation ............... 5.15

5.6 FEE ADEQUACY SENSITIVITY TO REAL COST INCREASES ........... 5.19

REFERENCES ........................................................ R.1

APPENDIX A - DETAILED LOGISTICS, COST, AND CASH FLOW TABLES .......... A.1

APPENDIX B - HISTORICAL INFLATION RATE AND YIELDS ON U.S. TREASURY SECURITIES ............................................ B.1

## FIGURES

1.1 Final Fund Balance Comparisons .................................. 1.5

4.1 Range of System Cumulative Costs--DMPA Authorized System--Upper Reference Case with Increasing Burnup .......................... 4.11

4.2 Cumulative Fee Revenue, Program Costs and Fund Balance Ranges--DMPA Authorized System--Upper Reference Case with Increasing Burnup .................................................... 4.16

5.1 Installed Nuclear Capacity for Variations in Nuclear Growth Projections.................................................... 5.4

TABLES


1.1 Fee Adequacy Summary, Nuclear Waste Fund Projections, Civilian Portion Only .... 1.4

4.1 Life-Cycle Cost Estimates for First Two Repositories for the DMPA Authorized System with Upper Reference Nuclear Growth Projection and Increasing Burnup .... 4.8

4.2 System Life-Cycle Cost Estimates--DMPA Authorized System--Upper Reference Case with Increasing Burnup .... 4.10

4.3 System Life-Cycle Allocation to Defense Waste and Civilian Waste--DMPA Authorized System--Upper Reference Case with Increasing Burnup .... 4.14

5.1 System Life-Cycle Cost Estimate for the DMPA Improved-Performance System--Upper Reference Case with Increasing Burnup .... 5.2

5.2 Fee Adequacy Sensitivity to Developing the DMPA Improved-Performance System with Increasing Burnup as Shown by a Comparison of 1) Total System Cost, 2) Civilian Share of System Cost, and 3) Final Fund Balance .... 5.3

5.3 System Life-Cycle Cost Estimates for Reduced Nuclear Growth Forecasts with Increasing Burnup .... 5.7

5.4 Fee Adequacy Sensitivity to Nuclear Growth Projection with Increasing Burnup as Shown by a Comparison of 1) Total System Cost, 2) Civilian Share of System Cost, and 3) Final Fund Balance .... 5.8

5.5 System Life-Cycle Cost Estimates for Constant Fuel Burnup.... 5.10

5.6 Fee Adequacy Sensitivity to Reduced Burnup Projection as Shown by a Comparison of 1) Total System Cost, 2) Civilian Share of System Cost, and 3) Final Fund Balance .... 5.11

5.7 System Life-Cycle Cost Estimates with Mission Plan Development Schedule--Upper Reference Case with Increasing Burnup .... 5.12

5.8 Fee Adequacy Sensitivity to the Mission Plan System Development Schedule as Shown by a Comparison of 1) Total System Cost, 2) Civilian Share of System Cost, and 3) Final Fund Balance .... 5.13

5.9 Estimated Final Nuclear Waste Fund Balances for Various Interest Rates .... 5.14

5.10 Estimated Final Nuclear Waste Fund Balances for Various Inflation and Real Interest Rates .......................................... 5.16

5.11 Year to Begin Indexing the Waste Disposal Fee to Ensure Full Cost Recover for Various Assumed Inflation Rates and Real Interest Rates .................................................. 5.18

5.12 Percentage Increase in Real Life-Cycle Cost Estimates that can be Recovered by the 1.0 Mill Per kWh Disposal Fee................ 5.20

# 1.0 SUMMARY AND CONCLUSIONS

The Nuclear Waste Policy Act of 1982 (NWPA) states that the federal government has the responsibility to provide geologic repositories for permanent disposal of civilian high-level radioactive waste and spent fuel (U.S. Congress 1983). The NWPA specifies that payment of the costs for disposal is the responsibility of the generators and owners of waste and spent fuel, and established the Nuclear Waste Fund (the Fund) to ensure the funding for the required commercial waste management program. To provide revenue for the Fund, the NWPA established two fees, a one-time fee for reactor operations prior to April 7, 1983, and an ongoing fee on net electricity generated by nuclear power plants after April 6, 1983. The NWPA initially set the ongoing fee at 1.0 mill per kWh and requires the U. S. Department of Energy (DOE) to annually review the magnitude of the ongoing disposal fee to evaluate whether the fee will provide sufficient funds to offset the costs incurred by the civilian waste management program. If not, the DOE may propose to the Congress an adjustment to the fee. This report, describing the fee evaluation for 1987, is the fifth annual report in the series, updating the information contained in PNL-5877 (Engel and Young 1986), PNL-5430 (Engel 1985), PNL-5241 (Engel and White 1984), and (Engel and White 1982). This report provides a more detailed discussion of the analysis provided in a DOE report to the Congress entitled Nuclear Waste Fund Fee Adequacy: An Assessment (DOE 1987a).

Based on the analysis described in this report, **the fee should remain unchanged at 1.0 mill per kWh for calendar year 1987.** Although the combination of three conditions [i.e., 1) including the Monitored Retrievable Storage (MRS) facility in the waste management system, 2) realizing low or no future nuclear growth, and 3) using the more expensive repository sites] would necessitate a fee increase, a fee increase should not be requested until actual experience indicates that all three of these conditions are occurring. With continued inflation or if future refined cost estimates indicate that real program costs will substantially exceed the current estimates, it will most likely be necessary to increase the fee in future years, especially if there are no new orders for nuclear power plant construction.

The analysis consists of projecting waste disposal system costs, fee payments, and interest earnings for a range of repository geologic media, site selection alternatives, system configurations, and nuclear electricity generation scenarios. The costs and revenues are expressed in constant 1986 dollars, and 3 percent is assumed as the real (above inflation) interest rate. The cumulated difference between the costs and revenues, including interest earnings for investing temporarily excess funds or interest payments for borrowing funds when necessary, is the final Fund balance. A positive or zero final balance supports the conclusion that the current 1.0 mill per kWh fee is adequate to recover program costs if there is no inflation or if the fee is adjusted in the future as inflation occurs.

The costs used in the analysis are based on the commercial waste management system development schedule described in DOE's <u>Draft Mission Plan Amendment</u> (DMPA) (DOE 1987b). The program cost estimates include all costs associated with siting, licensing, constructing, operating, and decommissioning two repositories; siting, licensing, constructing and operating an MRS facility (optional) if authorized by the Congress; the cost of preparing and packaging nuclear wastes for disposal; the cost of transporting waste to the repositories; and the cost of government administration of the program.

The revenue projections used in this analysis were derived from estimates of net electricity generation prepared in August 1986 by DOE's Energy Information Administration (EIA) (DOE 1986). Three EIA projections were utilized to represent the potential range of electrical generation by nuclear power plants. The Upper Reference Case represents the upper growth estimate and assumes that there will be no net future cancellations of present construction projects (i.e., any cancellations will be offset by resumption of previously deferred projects) and that commercial nuclear power capacity will grow from new orders at 3.5 percent per year after 2000. The Lower Reference Case assumes more delays in present construction projects; cancellation of all reactor construction projects that are currently less than 40 percent complete, that are indefinitely deferred, that have a current work stoppage, or that are subject to severe financial constraints; and that commercial nuclear power will

grow at 0.9 percent after 2005. The No New Orders Case represents the lowest growth estimate and uses the same assumptions as the Lower Reference Case without the growth from new orders.

Disposal of defense high level waste (DHLW) in the civilian waste repositories is also assumed for this analysis. In return, the U.S. government must pay a full cost recovery fee into the Nuclear Waste Fund. That fee will be "equivalent" to the civilian disposal fee. Each class of user is expected to fairly share the costs of the waste management system, with neither user subsidizing the other. System cost allocation between civilian and defense waste generators is based on DOE's proposed method described in a notice of inquiry published in the Federal Register (1986). The structure, timing, and value of the fee that the federal government will pay for the disposal of DHLW has not yet been determined. Until the federal fee has been determined, the adequacy of the civilian fee will be evaluated by its ability to recover that portion of the system costs that are allocated to the disposal of civilian waste. This practice is based on the assumption that the federal government will pay a fee that is adequate to recover those costs allocated to the disposal of DHLW.

Table 1.1 lists the civilian portion of the estimated costs, fee revenues, interest accumulation, and final Fund balance, for the high and low cost repository media/site combinations, for the three different nuclear growth projections, and for two system configurations. The two system configurations are the DMPA authorized system, which includes two repositories available in 2003 and 2023, and the DMPA improved-performance system, which adds an MRS facility in 1998. Combinations of these alternatives result in a very wide range of final balances, from -$15 billion to $111 billion. It should be noted that $1 now is equivalent to $20 in 2085, at the end of system life, due to the 3 percent real interest compounded for the system life cycle. The combination of high repository cost, Lower Reference or No New Orders Case nuclear growth projection, and including an MRS facility results in a the need for a fee increase to recover the projected system costs.

TABLE 1.1. Fee Adequacy Summary, Nuclear Waste Fund Projections, Civilian Portion Only (billions of 1986 dollars)

| System Description | Cumulative System Cost[a] | Cumulative Fee Revenues[b] | Cumulative Interest Earned[c] | Final Fund Balance[d] |
|---|---|---|---|---|
| DMPA Authorized System[e] | | | | |
| Upper Reference, Low Cost | 25.3 | 28.5 | 106 | 111 |
| Upper Reference, High Cost | 31.7 | 28.5 | 63 | 61 |
| Lower Reference, Low Cost | 23.2 | 22.3 | 75 | 76 |
| Lower Reference, High Cost | 28.7 | 22.3 | 26 | 21 |
| No New Orders, Low Cost | 22.0 | 19.7 | 61 | 60 |
| No New Orders, High Cost | 27.5 | 19.7 | 15 | 9 |
| DMPA Improved-Performance System[e] | | | | |
| Upper Reference, Low Cost | 27.0 | 28.5 | 84 | 88 |
| Upper Reference, High Cost | 33.5 | 28.5 | 40 | 37 |
| Lower Reference, Low Cost | 24.9 | 22.3 | 49 | 48 |
| Lower Reference, High Cost | 30.5 | 22.3 | 4 | -3 |
| No New Orders, Low Cost | 23.7 | 19.7 | 41 | 38 |
| No New Orders, High Cost | 29.4 | 19.7 | -7 | -15 |

(a) Includes total system cost for FY 1986 through decommissioning of the second repository.
(b) Includes $1.1 billion of deferred one time fee payments plus interest accrued to start of FY 1986.
(c) 3 percent real interest rate.
(d) Includes $1.5 billion initial Fund balance at beginning of FY 1986.
(e) With increasing burnup.

The final balances are shown in Figure 1.1 to illustrate the impact of changes in assumed conditions. There is about a $50 billion final balance difference between the Upper Reference and the No New Orders nuclear growth forecasts, between $45 billion and $53 billion change between the high cost and the low cost repositories, and about $25 billion for including an MRS facility or not.

For the reduced nuclear growth projections (the Lower Reference and the No New Orders cases), both projected program costs and projected revenues are reduced. Revenues are reduced because less electricity is generated, and costs




FIGURE 1.1. Final Fund Balance Comparisons

are reduced because less spent fuel is generated, which reduces costs for spent-fuel shipping and disposal. The projected fee revenues are reduced more than the projected costs, so the projected Fund balances and interest earnings are reduced. The comparisons shown for the lower nuclear growth cases may be conservative for the purpose of assessing fee adequacy, since the same basic assumptions and repository schedule were assumed without attempting to optimize the waste management system for the reduced requirements.

The projected surplus in the final Fund balance, as shown in Table 1.1 and Figure 1.1, can be interpreted as a hedge against cost uncertainties or cost increases due to real cost escalation or inflation. A discussion of the allowance the 1.0 mill/kWh fee offers for real cost increase or for inflation is presented in Section 5. Section 5 also includes sensitivity analysis of the reference assumptions used for this analysis.

## 2.0 INTRODUCTION

The NWPA states that the federal government is responsible for providing geologic repositories that will be used for permanent disposal of high-level radioactive waste and spent fuel in order to protect the public and the environment. The NWPA further specifies that the costs of such disposal are the responsibility of the generators and owners of such waste and spent fuel. The disposal fee was established to provide adequate funding for the required waste disposal program, and the Nuclear Waste Fund was established to isolate funds and ensure proper accountability.

Revenues to the Fund will consist of: ongoing fee payments from utilities for electricity generated by nuclear power plants after April 6, 1983; equivalent payments for spent nuclear fuel and high level waste produced before April 7, 1983; equivalent payments for fuel in the reactor cores on April 6, 1983; payments for disposal of DHLW; and interest earned by investing any temporarily excess funds. The NWPA initially set the fee on electricity generation at 1.0 mill per kWh, which remains in effect until a fee modification is approved by the Congress. This fee applies to net electrical generation.

The costs that the combined commercial and defense waste management program incur for providing waste-disposal activities (e.g., program administration; repository-site exploration and development; repository construction, operation, and decommissioning; waste packaging; and waste transportation) are to be paid from the Fund. In addition, DOE has submitted a proposal to the Congress to construct and operate an MRS facility. If that proposal is approved, the costs for the MRS facility will be paid by the Fund.

The NWPA requires the DOE to annually review the disposal fee rate to evaluate whether the fee will provide sufficient revenues to offset the costs of the commercial waste management program. If not, the DOE may propose a fee adjustment to the Congress. This report describes the fee evaluation for calendar year 1987 and is the fifth report in the annual series. The first four reports in this series are DOE/S-0020, PNL-5241, PNL-5430, and PNL-5877.

On April 30, 1985, DOE received Presidential approval for the disposal of DHLW in the civilian waste repositories. In return, the U.S. government must

pay a full cost recovery fee. DOE has published in the Federal Register (1986), and requested public comment thereon, a notice of inquiry describing a method for allocating the cost of the waste management system between civilian utilities for disposal of high level waste and the federal government for disposal of DHLW. The structure, timing, and value of the fee that the federal government will pay for the disposal of DHLW has not yet been determined, so for this analysis, the adequacy of the civilian fee was judged by its ability to recover that portion of the system costs that are allocated to the disposal of civilian waste. This practice is based on the assumption that the federal government guarantees recovery of those costs allocated to the disposal of DHLW.

The analysis summarized in this report examined financing of the commercial waste management system development schedule described in the DOE's Draft Mission Plan Amendment (DOE 1987b). The cost estimates used are based on conceptual designs and are the best estimates currently available. The repository program is about to commence developing advanced conceptual designs that should result in more accurate cost estimates.

Section 3 of this report describes the methodology and assumptions used for assessing the fee adequacy. Section 4 summarizes the spent fuel logistics, the waste disposal program revenue and cost data assumptions, the cost allocations between civilian waste and DHLW, and the analysis of the Fund cash flows for the reference conditions. Since the Congress has not yet approved the proposal to construct an MRS facility, the system assumed as the reference system does not include an MRS facility. The analysis of various sensitivity cases, which include the additions of an MRS facility, is described in Section 5. The detailed logistics and cash flow data for the analysis are presented in Appendix A.

## 3.0 METHODOLOGY FOR EVALUATION OF FEE ADEQUACY

This evaluation of fee adequacy is based on the principle of full cost recovery, which means that the federal government should be reimbursed for all costs related to the waste disposal services it provides to the signatories of DOE's "Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste" (DOE 1985b). The principle of full cost recovery underlies the basic analytic approaches used by the DOE in 1978, 1980, and 1983 through 1986 to evaluate financing methods suited to a federally administered program for the disposal of civilian nuclear waste.

### 3.1 METHODOLOGY

The goal of the fee adequacy evaluations is to ensure full cost recovery of program expenses. The methodology employed is to project Fund cash flows and the resulting Fund balance based on estimated revenues and expenses, including interest expenses and earnings. If the projected final Fund balance is positive after all expenses have been paid and any borrowed funds and interest expenses have been repaid, then the fee is deemed adequate to satisfy the full cost recovery requirement. If the fee is not sufficient to generate a positive final Fund balance for the assumed conditions, consideration should be given to increasing the fee or modifying program content to reduce costs.

For this analysis, the Fund is divided into two portions, a civilian waste portion and a defense waste portion, which are evaluated independently. The adequacy of the civilian fee is judged on its ability to fully recover the share of the system costs allocated to civilian waste. DOE has published in the Federal Register (1986) a notice of inquiry that describes a proposed method for allocating costs between civilian waste and defense waste. The proposed method was adapted for this review of fee adequacy even though the method will only be formally established following a formal rulemaking procedure. Since the notice of inquiry did not consider the fee structure and payment timing for the defense waste fee, the projection of defense fee payments is very speculative. Therefore, for this analysis, the decision was made to consider the civilian waste costs and fee revenues independently. This does

not have any impact on the long term civilian fee adequacy determination, since the fee paid by the federal government is guaranteed to fully and exactly recover the costs ultimately allocated to defense waste. It does, however, eliminate the capability to project near and midterm total Fund cash flows and Fund balances.

The basic calculational method used in this analysis expresses costs and revenues in constant 1986 dollars, and uses the federal government's real rate of interest for money borrowed by the Fund or for interest earned by any positive Fund balance. A 3 percent real interest rate is used as the reference. Three percent is a reasonable estimate of the current real interest rate, with Treasury Bill interest rates currently at about 6 percent, longer term Treasury securities yielding between 6 and 7 percent, and the 1986 rate of inflation at 2.7 percent as measured by the GNP deflator, which is lower than previous years due to decreased oil prices. The real (above inflation) yield on government securities for the last 10 years ranges from 2.7 percent to 4.1 percent, for 3 month and 10 year maturities respectively. A review of inflation rates and yields on U.S. Treasury securities for the last 25 years is shown in Appendix B, Tables B.1 and B.2.

The use of constant dollar analysis is based on the assumption either that there is no further inflation; or that if there is future inflation, the interest rate will adjust to the inflation such that the real interest rate remains constant, and the fee will be indexed to recover the inflated costs. A positive Fund balance in constant dollars does not mean that the 1.0 mill per kWh fee would never have to be changed if the current cost estimates are accurate; it just means that no change is required in the current year but future increases could be required if inflation persists. Thus, the fee adequacy analysis is based on the fee in constant dollar terms.

If the final Fund balance is positive, then the 1.0 mill/kWh constant dollar fee is more than adequate to recover the estimated costs. Since the estimated costs vary considerably from case to case, the magnitude of the final balance is difficult to interpret in terms of fee adequacy, how adequate" is the fee, or how much margin is there in the fee? This margin is calculated in

two ways: the allowance for real cost increases and the allowance for inflation. The allowance for real cost increase is the percentage increase in the constant dollar cost estimate that can be recovered by the 1.0 mill/kWh fee. The allowance for inflation is measured as the number of years that an assumed inflation rate can be tolerated before a fee increase is needed. These two measures of fee margin were calculated for all cases and are presented in Section 5.

There is considerable uncertainty in estimating future program costs and revenues, which makes a definitive evaluation of fee adequacy difficult. The reference case uses the best available information for projecting the cost of future waste-management activities. Variations in the underlying reference assumptions are then examined to determine the sensitivity of the projections of the Fund's cash flows and resulting balance. Six major sources of uncertainty are examined in this report:

- Repository Geologic Media and Site. Costs for repository construction and operations and waste transportation cost will vary, depending on which locations are finally selected for the two repositories.
- Nuclear Generating Capacity. A lower electrical generation rate will reduce both the fee revenue and the amount of waste for disposal. The percentage of reduction in the fee revenue will be larger than the percentage of reduction in the system costs (only variable costs will be reduced), so the net effect will be a decrease in the final Fund balance.
- General System Configuration. Adoption of an improved-performance system, which includes an MRS facility as an integral part of the waste management system, has been proposed by DOE to provide earlier waste acceptance and increased system flexibility and reliability. Its effect on the Fund balance is examined.
- Program Cost Estimates. Underestimated cost projections may result in fee revenues that are inadequate to meet future expenditures. The maximum cost increases above the current estimates that still allow full cost recovery by the 1.0 mill per kWh rate are determined in

this analysis. Since this analysis considers only the costs allocated to civilian waste, these cost increases apply to cost allocation factors as well as the system cost for the combined wastes.

- Spent-Fuel Exposure. Utilities have increased the average exposure (burnup) of discharged spent fuel, and plan to continue this trend toward increased burnup. Increased burnup decreases the amount of spent fuel discharged per unit of electricity generated, which in turn should decrease the cost for disposal.

- Interest and Inflation. A significant uncertainty exists as to what the future interest rates will be. The assumed 3 percent is about equal to the current real interest rate and is lower than the real interest rate has been for the last 5 years (the 90 day Treasury Bill real interest rate averaged 4.3 percent from 1982 through 1986), but is higher than the long term historical real interest rate (the real interest rate averaged only 1.1 percent from 1953-1984). Lower interest rates or unanticipated future inflation may result in Fund deficits. The effects of variations in the real interest rate and in inflation rates are examined in this analysis.

## 3.2 ASSUMPTIONS

The principal reference system assumptions underlying the systems costs used in this analysis are:

| | |
|---|---|
| • Nuclear Growth Projection | EIA Upper Reference Case |
| • Burnup Projection | Increasing 30 percent by 1998 |
| • Spent fuel cumulative discharge through year 2020 | 106,300 MTU |
| • Number of geologic repositories | Two |
| • Repository nominal design capacity | 70,000 MTU each |
| • First repository annual receipt rates (the sum of spent fuel and high-level waste) | 400 MTU for years 1-3<br>900 MTU for year 4<br>1800 MTU for year 5<br>3400 MTU thereafter |

| | |
|---|---|
| • Second repository annual receipt rates (the sum of spent fuel and high-level waste) | 900 MTU for year 1<br>1800 MTU for years 2-5<br>3400 MTU thereafter |
| • Cooling time between discharge of spent fuel and acceptance for disposal | 5 years minimum |
| • Operational startup dates for the repositories | First repository in 2003<br>Second repository in 2023 |
| • Waste retrievability period | 50 years after emplacement |
| • Operational startup date for monitored retrievable storage | Not built in reference system (1998 in alternative system) |
| • Transportation | Advanced generation casks especially designed for shipping spent fuel for disposal |
| • Economic and financial parameters | 3 percent real interest<br>No inflation. |

The revenue projections used in this analysis were derived from projections of net electricity generation prepared in August 1986 by the EIA (DOE 1986). The high projection Upper Reference Case, used as the reference case for this report, assumes that there will be no net future cancellations of present construction projects (i.e., any cancellations will be offset by resumption of "moth-balled" projects) and that commercial nuclear power capacity will grow at a rate of 3.5 percent after 2000 due to new plant orders. This results in an increase in installed nuclear capacity from 80 GWe in 1985 to 219 GWe in 2020. All plants are assumed to operate for 40 years.

Several alternative cases were also studied to determine the sensitivity of the fee adequacy to different programmatic assumptions. The assumptions for these alternative cases diverge from the assumptions noted above with respect to nuclear generation growth rate, fuel exposure, system design, and economic and financial parameter assumptions.

The EIA Lower Reference and No New Orders Cases were used to evaluate fee adequacy sensitivity to reductions in nuclear-powered electrical generation. The projected spent-fuel discharge through 2020 for these cases total 87,000 and 79,500 MTU respectively, assuming increasing burnup. The Lower Reference

Case assumes that the plants presently under construction that are less than 40 percent complete, that are indefinitely deferred, that have a current work stoppage, or that are subject to severe financial constraints, will be cancelled, and that new plant orders will cause a growth in installed nuclear capacity of 0.9 percent after 2005. The installed capacity will peak at 125 GWe in 2020. The No New Orders case is based on the same assumptions about cancellation of current construction projects through 2005, but assumes no future new orders after 2005. Its installed capacity will peak at 106 GWe in 2005 and then will decline to 55 GWe in 2020 and to 0 GWe in 2041. All reactors are assumed to operate for 40 years.

Together, these growth projections are believed to furnish a reasonable basis for the fee-adequacy evaluation. They are not intended to represent absolute bounds, but rather to illustrate the potential effects of a reasonable range of nuclear-generation projections.

To bound the cash-flow analysis, a discrete life cycle for waste-disposal costs and revenues is assumed. Like previous studies, the current analysis is based on the convention that costs and revenues are estimated for all spent fuel generated through the year 2020. A sensitivity No New Orders End-of-Reactor-Life Case examines reactor operations (fee payment and spent-fuel discharges) through the end of reactor operating lifetimes, which is 2041.

Hanford in Washington, Yucca Mountain in Nevada, and Deaf Smith County in Texas have been nominated as candidate sites for the first repository. Their geologic media are basalt, tuff, and salt respectively. Four repository combinations were used to represent the range of likely system costs for the reference system assumptions; each of the candidate sites were combined with a generic hard rock second repository site, and the salt/tuff sites were combined to represent the lower cost bound. For most of the alternative cases, only the low cost tuff/ salt combination, and the high cost basalt/hard rock combinations were used.

To examine the impact of changes in economic and financial parameters, the real interest rate was varied from 0 to 5 percent, and the inflation rate was varied from 0 to 4 percent.

## 3.3 SIGNIFICANT CHANGES IN METHODOLOGY AND ASSUMPTIONS

Most of the methods and assumptions used for this analysis are the same as those used in the previous fee adequacy reports. There are, however, a few significant changes, which are summarized below.

As in the previous analyses, the current cost estimates are based on a two repository system. However, the assumed dates when the facilities will be available have been changed in accordance with the DMPA (DOE 1987b). The first repository will be available in 2003 and the second repository will be available in 2023. The DOE now feels that 2003 is the earliest the first repository can be completed. The second repository could be available before 2023, but earlier deployment would result in operating inefficiencies, since the repositories would have to operate at less than their designed annual acceptance rates due to lack of sufficiently-aged spent fuel. This system configuration is referred to as the DMPA authorized system.

For the DMPA improved-performance system, in which MRS facility is provided, the MRS facility is assumed to be available in 1998. In the 1986 fee-adequacy review, the MRS facility was assumed to be available in 1996.

In the 1987 analysis, one of the major system cost components, the Development and Evaluation (D&E) cost estimate, has been increased by almost $5 billion over the 1986 estimate. This is partially due to the 5 year increase in the time required to prepare the first repository. Although the other cost components are based on new conceptual designs and updated estimates, the estimates for the other components did not change substantially from the 1986 analysis. In 1986, two crystalline rock cost estimates were considered, an optimistic one and a pessimistic one. In the 1987 analysis, only one generic hard rock alternative is considered, and its cost is based on the basalt repository cost estimate.

For this analysis, two burnup projections were considered. The reference case is based on burnup increasing by 30 percent over current reactor operating practices by 1998. An alternative forecast with no future increase was also evaluated. Increased burnup results in some reductions in waste handling costs

because less spent fuel is disposed of, but the total heat generating capacity of the spent fuel is about the same, so about the same amount of mining is required in the repositories.

The method of allocating system costs between civilian waste and defense waste has been modified in this analysis. The cost allocation is based on the DOE's preferred method described in the Notice of Inquiry published in the Federal Register (1986). Each cost component is allocated proportional to the value of one of three factors:

- areal dispersion (volume mined in the repository)
- total number of waste packages
- number of waste canisters processed by a facility.

The values of the allocation factors vary with changes of many system parameters, including package configuration due to repository geology, burnup, system configuration, amount of civilian waste, or amount of defense waste. The cost allocation to defense waste therefore depends on the assumed conditions. In the 1986 analysis, the allocation to defense waste was held constant for all cases.

The fee structure and timing for the defense waste disposal fee has not yet been determined. For this analysis, the assumption was made that the defense fee payment schedule will be established so that costs allocated to defense waste will be exactly recovered from the defense fee, including all interest revenue or expense. This will require continuing fee adjustments for defense waste, even after the waste has been accepted by the waste management system. Based on this separation of defense waste fees and costs, the adequacy of the civilian fee can be judged on its ability to recover those costs allocated to civilian wastes. Therefore, the Fund cash flows and balance projections described in this report are applicable only to that portion of the waste material generated by civilian generators.

# 4.0 FEE ADEQUACY ANALYSIS FOR THE REFERENCE ASSUMPTIONS

The analysis of the adequacy of the 1.0 mill per kWh fee for the reference assumptions is presented in this section. Section 4.1 describes the logistics for the reference assumptions, Section 4.2 summarizes the fee-revenue projection, Section 4.3 summarizes the estimated disposal-program costs for the reference assumptions, and Section 4.4 presents the fee adequacy for the reference assumptions. The sensitivity of the fee adequacy for variations to the reference assumptions is discussed in Section 5. The detailed logistics, costs, cash flows, and Fund balance projections for the reference assumptions are provided in Appendix A.

## 4.1 LOGISTICS FOR THE REFERENCE DISPOSAL PROGRAM ASSUMPTIONS

The principal disposal system reference assumptions that impact the waste system logistics are summarized below.

- This analysis is limited to the fee revenue from nuclear-powered electrical generation through 2020 and the cost of managing the spent fuel that is irradiated for that generation.
- The reference electrical projection is based on the EIA Upper Reference Case, which projects an installed nuclear capacity of 111 GWe in 2000 and 219 GWe in 2020. Increasing fuel burnup is assumed, with an estimated 106,300 MTU of spent fuel discharged by 2020.
- No future reprocessing of spent fuel will occur. The high level waste presently stored at West Valley (300 canisters) as well as 16,000 canisters of DHLW are included in this analysis.
- The DOE will begin receiving spent fuel from the utilities in 2003.
- Only fuel that has been out-of-reactor for at least 5 years will be accepted for disposal.
- Two repositories will be built. The first one will begin operations in 2003 and the second one in 2023. These two repositories constitute the DMPA authorized system for disposal of radioactive waste.

- No MRS facility will be provided.
- Spent fuel will be emplaced as rapidly as repository receipt-rate and fuel-age constraints will allow. The availability of 5-year-old fuel is not limiting with this projection; each repository can accept its maximum receipt rate throughout its operating lifetime. The first repository will be filled by 2028, and the last spent fuel that will be discharged in 2020 can be emplaced in the second repository in 2037. The first repository will receive a total of 65,360 MTU of spent fuel, 4,000 MTU equivalent of DHLW (8,000 canisters), and waste from 640 MTU reprocessed at West Valley. The second repository will receive a total of 40,950 MTU of spent fuel plus 4,000 equivalent MTU of DHLW. The first repository will accept spent fuel for 26 years and the second one for 23 years.
- The repositories will maintain waste retrievability capability for 50 years.
- Three possible geologic media--salt, tuff, and basalt--were considered for the first repository. A generic hard rock and salt are considered for the second repository media. Specific sites in Texas, Nevada, and Washington have been nominated as first repository candidate sites for salt, tuff, and basalt medium respectively.
- Improved waste transport cask designs were assumed. Spent-fuel shipments are assumed to be by rail wherever possible. All shipping services are assumed to be provided by the commercial transportation sector. The shipping casks will be purchased by the DOE.

These assumptions result in the disposal of 106,300 MTU of spent fuel between 2003 and 2037. The reference spent-fuel logistics are summarized in Appendix A, Table A.1.

## 4.2 REFERENCE FEE REVENUE FORECAST

The NWPA clearly requires that the costs incurred by the DOE to provide the waste disposal system shall be paid by owners and generators of the waste, and established two types of fees to be paid by commercial utilities. Since

the President approved DHLW disposal in the civilian repositories, a third fee category was thereby established. The three fee types are:

- a one-time fee paid by utilities for reactor operations prior to April 7, 1983
- an ongoing civilian disposal fee of 1.0 mill per kWh on electricity generated by nuclear power plants after April 6, 1983
- an "equivalent" disposal fee paid by the federal government for DHLW disposal.

The one-time fee is assessed for disposal of the spent fuel inventory that was permanently discharged from the reactors through April 6, 1983, and the irradiated portion of spent fuel that was either in core or was temporarily discharged by April 6, 1983. The total fee revenue due from utilities for payment of the one-time fee originally totaled $2.33 billion, of which $1.42 billion was paid in 1985. Utilities can pay the remainder by either of two delayed payment options provided by the standard disposal contract (10CFR961): 40 quarterly payments prior to waste delivery, or a single lump sum payment prior to waste delivery. Utilities have expressed their intent to pay $173 million via the quarterly payment option, and $735 million via the deferred lump sum payment option in 1998 or later.

The delayed payment options require the utilities to pay interest beginning April 7, 1983, at a rate equal to the quarterly average of the 13 week Treasury Bill rate. With interest accrued at the Treasury bill rate through FY 1985, the amounts expected from the two delayed payment options are $213 million and $904 million respectively, in 1986 dollars.

The second type of disposal fee payment by commercial reactor operators is based on electricity generation. This fee has been initially established by the NWPA to be 1.0 mill per kWh of electricity generated by nuclear power plants. The standard contract with the utilities states that the fee applies to gross generation, and that practice was followed through December 1985. However, a subsequent court decision has changed the basis to net generation (U.S. Court of Appeals 1985). As a result, future payments will be based on

net generation, and the utilities received a refund of $40 million in FY 1986. Interest payments for the fee overpayment may also be due to the utilities.

According to the standard contract (10CFR961), the utility must report quarterly the disposal fee it owes the Fund, and payment must be made within 30 days after the end of the quarter. The reference assumptions for projecting fee revenue are based on the EIA Upper Reference Case, which projects an installed nuclear generating capacity of 111 GWe in 2000 and 219 GWe in 2020.

The projected annual net electrical generation and annual fee revenue payments through 2020 for the reference case are shown in Appendix A, Table A.9. In Table A.9, the one-time fee payments to be received after 1985 include interest from April 7, 1983, at the real interest rate of 3 percent. The total to be collected from the 1.0 mill per kWh fee is estimated to be $27.4 billion; and the total fee revenues, including interest paid by the utilities on delayed one-time fee payments, is $29.2 billion. The electrical generation is projected for calendar years, and the fiscal year fee revenue projection is developed from the Upper Reference Case electrical projection by assuming that the electrical generation in each year is divided equally for all four quarters.

In addition, a fee will be paid for disposal of DHLW. DOE has recommended a cost allocation methodology that separates the system costs between civilian and defense wastes. The fee for defense waste will then be determined to recover those costs allocated to defense waste. The defense fee structure, timing, and value are yet to be established, so revenues from the fee for DHLW disposal are not directly included in this fee-adequacy analysis. This analysis assumed that the defense fee will recover those costs allocated to disposal of DHLW, so the adequacy of the civilian fee is judged on its ability to recover those costs allocated to civilian waste. After the defense fee structure and value is established, it will be reviewed and will be subject to revision on an annual basis. Unlike the civilian fees, future adjustments can be made to fees paid for the disposal of DHLW due to changes in waste quantities and/or ongoing program costs, even after disposal of the DHLW.

## 4.3 REFERENCE LIFE-CYCLE COSTS

For the DMPA authorized system, the life-cycle costs of the disposal program consist of the costs to develop, site, license, build, operate, and decommission two repositories; the cost to prepare and package the waste for disposal; the cost to transport waste from the source to the repositories; and the cost to administer the federal program. Roy F. Weston Inc., the repository program integration contractor for OCRWM, has performed an analysis to estimate the disposal program life-cycle costs (DOE 1987c). Weston's analysis is the source for all of the cost data used in this report. The costs of the commercial waste management program are grouped into three major categories that retain the costing structure used in the previous fee analysis reports, PNL-5877, PNL-5430, PNL-5241 and DOE/S-0020. The cost categories are 1) development and evaluation; 2) geologic repository construction, operations, and decommissioning; and 3) waste transportation. MRS construction, operation, and decommissioning form another category in the DMPA improved-performance system scenarios presented in Section 5. This section provides a brief summary of the reference life-cycle cost estimates for each of the three reference system major cost categories.

### 4.3.1 Reference Development and Evaluation Cost Estimate

The development and evaluation (D&E) category consists of the costs of waste disposal research and development activities and program administration. The major portion of the D&E costs result from those repository development activities that occur prior to repository construction, and include siting, design, and licensing activities. The D&E cost estimates for 1987 through 1991 are based on the OCRWM FY 1988 budget estimate. Development and evaluation costs for the remainder of the study life-cycle were estimated by Weston (DOE 1986).

There are six major categories of D&E costs: first repository, second repository, MRS program, transportation and systems integration, socioeconomic impact mitigation, and government administration. The total estimated cost of D&E, from 1986 through the closure of the second repository, is about $13.8 billion (see Appendix A, Table A.12) in constant 1986 dollars. The first and second repository categories account for the major portions: the first

repository accounts for 36 percent and the second repository accounts for 34 percent of the total D&E cost. The reference assumption is that the MRS facility will not be built, no costs for MRS are included after 1987, and the MRS costs are almost negligible. The transportation and systems integration activities represent about 8 percent of the total D&E cost. The estimate for impact mitigation payments is about 5 percent of the total, and government administration represents the remaining 18 percent.

The reference D&E cost estimate totals about $13.8 billion (1986 dollars) spent from FY 1986 to the end of the program. This is an increase of about $5.2 billion over last year's estimates. According to Weston's total system life-cycle cost analysis, most of the increase in D&E cost is related to costs of developing the first and second repositories. For the first repository, the cost increases are attributed to an increased work scope for selected activities that precede the submittal of license application ($0.7 billion), the schedule extension for those prelicense application activities ($0.8 billion), increased costs for the license application design (+0.4 billion), and added work scope and extended schedule for postlicense application activities (+0.2), for a total increase of $2.1 billion for development of the first repository. The increase in the second repository D&E results from delaying the site specific activities ($0.5 billion), elimination of an assumed efficiency in last years cost estimate for characterizing more than one crystalline rock site ($0.5 billion), and increases in work scope similar to those for the first repository as described above ($1.1 billion), for a total increase of $2.1 billion for development of the second repository. The remainder of the increase in the D&E cost estimate ($1.0 billion) results from increases in the cost of developing the transportation system, performing systems integration activities, socioeconomic impacts of each repository, and administration by the Federal government. Although the decision to postpone site-specific activities does increase the system cost, the delay in expense payments improves the Fund cash management position due to increased interest earnings on the Fund balance, which is discussed in Section 5.4.

### 4.3.2 Reference Repository Cost Estimate

The repository cost category includes the cost for engineering, constructing, operating, and decommissioning the first two waste repositories. Repository development costs up through license application are included in the D&E cost category. The engineering cost includes the cost of the final procurement and construction design. For the three sites nominated for first repository (salt, tuff, and basalt), the cost estimates are based on site-specific designs developed for the Site Characterization Plans, which are scheduled for publication by DOE in the spring of 1987. The cost estimate for the hard rock second repository is based on the basalt design.

For costing purposes, in the DMPA authorized system, the first repository is developed in two phases. During phase I, the first waste handling building accepts spent fuel starting in 2003 and emplaces a total of 2000 MTU as packaged intact spent fuel assemblies; during phase II, the second waste handling building accepts spent fuel starting in 2008 and consolidates and emplaces packaged consolidated spent fuel rods and packaged residual waste canisters at the rate of 3,000 MTU per year. After 2008, the first waste handling building accepts and packages HLW at the rate of 800 canisters per year.

The second repository (available in 2023) will be developed in a single phase, and spent fuel will be consolidated prior to emplacement.

For all cases, a total of 70,000 MTU of spent fuel and high level waste will be disposed of in the first repository. A total of 8,000 canisters of DHLW and the remainder of the spent fuel will be disposed of in the second repository.

For costing purposes, 10 percent of all spent fuel is assumed to be not acceptable for consolidation and is disposed of intact. This assumption applies to both repositories.

The life-cycle cost of a repository varies considerably with geologic media and site location due to variations in depth, difficulty of mining, and underground layout. Various combinations of media have been considered for this analysis. For the reference conditions, each of the three sites nominated as candidates for the first repository was coupled with a generic hard rock

second repository site. A fourth combination, tuff/salt, which is the lowest cost combination considered, was also included. For variations to the reference assumptions which are discussed in Section 5, only the highest cost combination (basalt/hard rock) and the lowest cost combination (tuff/salt) were evaluated.

For the reference conditions, the DMPA authorized system first repository life-cycle cost ranges from $6.5 billion for tuff to $11.4 billion for basalt; the estimated cost of the second repository ranges from $7.1 billion for salt to $8.2 billion for hard rock.

The operating cost estimate includes all activities performed to prepare the waste for disposal, transferring the waste packages underground, emplacing the waste packages in boreholes, maintaining retrievability for 50 years from first emplacement, backfilling the boreholes and the filled repository areas, and performing any required supporting activities.

Repository cost estimates are aggregated for three time periods (capital construction, operations, decommissioning), as illustrated in Table 4.1. The costs that occur prior to initial operation of the repository, or of either phase in the case of a two phase repository, are summed as capital construction costs. The costs, including underground development costs, that occur between the start of repository operations and the start of repository decommissioning are summed into the operating period that consists of three subperiods: the waste emplacement subperiod, the caretaker subperiod, and the backfill subperiod. Costs that occur after the operating period are summed as decommissioning costs.

TABLE 4.1. Life-Cycle Cost Estimates for First Two Repositories for the DMPA Authorized System with Upper Reference Nuclear Growth Projection and Increasing Burnup (billions of 1986 dollars)

| Repository and Medium | Construction | Operating | Decommissioning | Total |
|---|---|---|---|---|
| First Repository, Basalt | 3.45 | 7.35 | 0.58 | 11.4 |
| First Repository, Salt | 2.30 | 6.67 | 0.36 | 9.3 |
| First Repository, Tuff | 1.22 | 4.86 | 0.38 | 6.5 |
| Second Repository, Hard Rock | 3.15 | 4.61 | 0.46 | 8.2 |
| Second Repository, Salt | 2.08 | 4.66 | 0.35 | 7.1 |

Total cost estimates for the first two repositories for the various geologic media are shown in Table 4.1. The total cost estimates are the sum of the three components: capital construction costs, operating costs, and decommissioning costs. The second repository has a total capacity of 44,950 MTU, so its costs are lower than a comparable first repository, which has a total capacity of 70,000 MTU.

4.3.3 Waste Transportation Costs

Since the DOE will accept title to spent fuel at the source location, the costs of transporting the waste to the disposal site will be paid from the Fund. It was assumed for this analysis that the DOE will purchase the transport casks, that all other transportation activities will be performed by private industry, and that the DOE will pay the transportation costs when wastes are shipped.

The waste transportation cost category consists of all of the costs incurred for transporting the wastes. This cost includes freight charges, the costs of providing transportation casks, and charges for any security activities that are required while the wastes are in transit. These transport costs are based on the DOE's current view of the transportation system and the assumption that new casks will be designed that are more efficient than currently existing casks. The current casks were designed when utilities were planning to ship spent fuel to reprocessing facilities and are designed for shipping much fresher (hotter) spent fuel than will be accepted for disposal.

Transportation is assumed to be made by rail whenever possible, that is all shipments from those reactors that have the capability to handle the heavier rail casks and are located on rail lines, and all shipments of DHLW. The transportation costs are highly dependent on facility locations and the quantities of waste shipped. The life-cycle transportation costs represent a fairly small part of the total system cost. They range from $1.8 to 2.7 billion for the range of possible system variations considered in this analysis.

For this analysis, it was assumed that the cost of transporting all waste, including the DHLW, will be paid by the Fund.

### 4.3.4 Total System Life-Cycle Costs

The total life-cycle cost estimate depends on the geologic media and corresponding assumed locations for the repositories. Table 4.2 summarizes the total system life-cycle cost estimates for four repository/media combinations for the reference system. These total system life-cycle cost estimates range from $29.7 billion for the tuff/salt combination to $35.7 billion for the basalt/hard rock combination. The DOE's present schedule for development of the first repository indicates that a site will be recommended to the President at the end of 1994, and that construction authorization will be received from the Nuclear Regulatory Commission in 1998. Since the geologic media selections will not be made for several years, the reference life-cycle costs are represented in this analysis by a range of estimates that is likely to include the final selection. The range of cumulative life-cycle costs is illustrated in Figure 4.1. Until the siting issue has been resolved, the resulting cost uncertainty makes it difficult to determine the appropriate magnitude or timing for future fee adjustments.

### 4.3.5 Allocation of Costs Between Civilian and Defense Wastes

On April 30, 1985, the DOE received Presidential approval for the disposal of DHLW in the civilian waste repositories. In return, the U.S. government must pay a full cost recovery fee into the Nuclear Waste Fund which is "equivalent" to the civilian disposal fee. The DOE has published in the Federal Register (1986), and requested public comment thereon, a notice of inquiry

TABLE 4.2. System Life-Cycle Cost Estimates--DMPA Authorized System--Upper Reference Case with Increasing Burnup (billions of 1986 dollars)

| Repository Media First/Second | Repository Costs First Repository | Repository Costs Second Repository | Waste Transportation Costs | Development and Exploration | Total System[(a)] |
|---|---|---|---|---|---|
| Tuff/Salt | 6.5 | 7.1 | 2.4 | 13.7 | 29.7 |
| Tuff/Hard Rock | 6.5 | 8.2 | 2.3 | 13.8 | 30.8 |
| Salt/Hard Rock | 9.3 | 8.2 | 2.0 | 13.8 | 33.3 |
| Basalt/Hard Rock | 11.4 | 8.2 | 2.3 | 13.8 | 35.7 |

(a) Includes total system cost for FY 1986 through decommissioning of the second repository.




FIGURE 4.1. Range of System Cumulative Costs--DMPA Authorized System--Upper Reference Case with Increasing Burnup (billions 1986 dollars)

describing DOE's preferred method for allocating the waste management system costs between the civilian utilities for disposal of spent fuel and the federal government for disposal of DHLW. The fee for disposal of the DHLW would then be determined to recover that portion of the system costs allocated to the defense program.

The suggested method would allocate costs between civilian and defense customers by means of cost sharing formulas applied to major cost elements as reported in DOE's annual total system life-cycle cost analyses (DOE 1987c). Costs for system components carried out solely for DHLW disposal will be treated as direct costs and borne by the defense program, along with the DHLW share of common costs. The cost of each system component used by both civilian

and defense waste generators will be shared on the basis of the parameter that is more closely correlated to the cost. Three cost sharing parameters have been identified:

- Areal dispersion, or amount of mining required. This factor is related to the heat generating capacity of the different waste types.
- Piece count, or number of waste packages disposed in a repository.
- Number of canisters processed by a system component.

The values assigned to each allocation parameter are case specific and will vary with repository medium and waste quantities.

The cost components and the factors used for allocation are summarized below:

| | |
|---|---|
| • Development and Exploration (D&E) | Areal dispersion |
| • Waste transport - civilian waste | 100 percent civilian waste |
| • Waste transport - defense waste | 100 percent defense waste |
| • Repository engineering and construction | |
| - Site | Areal dispersion |
| - Waste Handling Building 1 (WHB1) (First repository only) | Canisters processed in WHB1 |
| - Spent fuel consolidation and packaging | 100 percent civilian waste |
| - Other waste handling components | Piece count |
| - Shafts and underground development | Areal dispersion |
| - Support and utilities | Areal dispersion |
| • Repository operations - emplacement phase | |
| - Site | Areal dispersion |
| - WHB1 (First repository only) | Canisters processed in WHB1 |
| - Spent fuel consolidation and packaging | 100 percent civilian waste |
| - Other waste handling | Piece count |
| - Support and Utilities | Piece count |

- Boreholes and waste emplacement — Piece count
- Other underground development — Areal dispersion

- Repository caretaker, backfill, and decommissioning — Areal dispersion

Since the spent fuel package size and emplacement spacing varies with geologic media, the values for the cost allocation factors depends on assumed conditions. For the reference system, the civilian waste cost allocation factors expressed in terms of percentage are:

- First repository in tuff — Piece count = 78.51%; Canisters processed in WHB1 = 20.58%; Areal dispersion = 87.90%
- First repository in salt — Piece count = 74.66%; Canisters processed in WHB1 = 15.76%; Areal dispersion = 91.20%
- First repository in basalt — Piece count = 83.90%; Canisters processed in WHB1 = 16.28%; Areal dispersion = 90.14%
- Second repository in salt — Piece count = 65.23%; Areal dispersion = 88.90%
- Second repository in hard rock — Piece count = 70.25%; Areal dispersion = 85.80%

These values are based on estimated values developed by Weston during their total system life-cycle cost analyses. The number of packages are based on expected package sizes according to current repository conceptual designs. The amount of mining is estimated based on package spacing due to thermal conduction characteristics of the host rock.

The total system cost allocation for the reference system is illustrated in Table 4.3. For each repository combination, the costs for each cost component were allocated based on the case dependent value for the specified allocation parameter, but only the aggregated allocation for total system cost is shown in the Table 4.3.

The percentage of the total system cost allocated to defense waste is about 14 or 15 percent for the reference cases. The cost allocation percentage to defense is considerably higher than the marginal cost of including DHLW in

TABLE 4.3. System Life-Cycle Allocation to Defense Waste and Civilian Waste--DMPA Authorized System--Upper Reference Case with Increasing Burnup

| Repository Media First/Second | System Cost Estimate Billions of 1986 Dollars[(a)] Combined | Defense | Civilian | Allocation Percentage Defense | Civilian |
|---|---|---|---|---|---|
| Tuff/Salt | 29.7 | 4.4 | 25.3 | 14.8 | 85.2 |
| Tuff/Hard Rock | 30.8 | 4.7 | 26.1 | 15.2 | 84.8 |
| Salt/Hard Rock | 33.3 | 4.9 | 28.4 | 14.6 | 85.4 |
| Basalt/Hard Rock | 35.7 | 5.0 | 30.7 | 14.0 | 86.0 |

(a) Includes total system cost for FY 1986 through decommissioning of the second repository.

the civilian repositories. Cost estimates for a civilian-waste-only (no DHLW) system were not developed for this years total system life-cycle and fee adequacy analyses, but the 1986 estimates indicated that the marginal cost for disposing 16,000 canisters of DHLW was about 4 to 5 percent of the cost of a system for civilian waste only.

## 4.4 FEE ADEQUACY FOR THE REFERENCE CASE

The general method used to evaluate the adequacy of the civilian disposal fee is to project the annual cash flows and the resulting annual fund balances of the Fund, for the period from FY 1986 through the life of the waste disposal system (2085). These cash flows result from the initial Fund balance at the beginning of FY 1986, annual fee revenues received by the Fund, the annual expenditures from the Fund, the resulting annual interest revenue earned by the Fund for investing temporarily excess funds in U.S. Treasury securities, or annual interest expense for borrowing funds from the U.S. Treasury.

These values are projected for FY 1986 through the completion of decommissioning the second repository and are primarily based on constant 1986 dollars with the interest earnings and/or expenses based on real (above inflation) interest rates. If the final Fund balance thus projected is positive, then the projected revenues are adequate to recover the projected expenses, provided there is neither future inflation nor program cost escalation. If there is future inflation or escalation, the fee may need to be adjusted appropriately to compensate for the future cost increases. Thus, a positive final Fund

balance based on constant 1986 dollars does not mean a fee adjustment will never be required, but it does support the recommendation that a fee adjustment can be deferred until after this year.

In this analysis, the cash flow projections are based only on the civilian portion of the Fund. Since the fee structure has not yet been determined for defense waste, the adequacy of the 1.0 mill/kWh civilian disposal fee is judged on its ability to recover those expenses allocated to the disposal of civilian wastes.

At the beginning of FY 1986, the Fund had assets of $1,444 million in cash and other receivables and $31 million of accounts payable. The large balance of cash and other securities is due primarily to the receipt of about $1.4 billion of one-time fee payments in FY 1985. A liability also existed for reimbursement of a disposal fee overpayment due to a court ruling that specified that the disposal fee would be based on net, rather than gross, electrical generation. A refund of $40 million was credited to the utilities in FY 1986, but it has not yet been decided what interest payments on the overpayment will be required. For this analysis, the following conservative assumption was used: interest equivalent to the U.S. Treasury Bill rate will be accrued from time of overpayment through time of repayment. Analysis based on this assumption indicates that a $44 million liability exists ($40 million credit to utility plus $4 million interest on overpayment). This liability is equivalent to a $44 million note payable at the beginning of FY 1986. Thus, the initial Fund balance was effectively $1,369 million ($1,444 million-$31 million-$44 million) at the beginning of FY 1986.

Since the DOE Office of Defense Programs will pay a fee to fully cover expenses for disposing of defense waste, a portion of the program costs for pre-1986 expenses should also be recovered from the defense programs. All of the pre-1986 expenses are included in the D&E cost category, so the areal dispersion allocation factor was used, as suggested in the published Notice of Inquiry. This cost allocation varies depending on assumed conditions and ranges from $90 million to $149 million in 1986 dollars. This allocation is also included in the initial balance in the Fund cash flow tables shown in Appendix A.

For this analysis, the pre 1986 cost allocated to defense is treated as an interest bearing note payable to the civilian portion of the Fund and is added to the initial balance for the civilian portion of the Fund. The initial balance therefore varies slightly from case to case and is the sum of the defense note and the $1369 million discussed above.

The projected reference cash flows and Fund balance for the low and high cost repository media combinations are presented in Appendix A, Table A.14. These projections are in constant 1986 dollars and are based on a 3 percent real interest rate and no inflation. Figure 4.2 illustrates the Fund balance range bounded by the high and low cost repository media combinations.




FIGURE 4.2. Cumulative Fee Revenue, Program Costs and Fund Balance Ranges--DMPA Authorized System--Upper Reference Case with Increasing Burnup (billions of 1986 dollars)

As shown by the large ending Fund balance in Figure 4.2, ranging from $63 billion for the highest cost repository pair to $111 billion for the lowest cost repository pair, the 1.0 mill per kWh fee is more than adequate to recover the civilian portion of the program costs as currently estimated. This balance indicates that the Fund will be able to meet real costs that are somewhat higher than projected or that the Fund will be able to tolerate modest inflation for several years without requiring a fee increase. This estimated revenue margin allows time for continued program development and cost estimate refinement before a fee adjustment would be required. These issues will be evaluated more thoroughly in Section 5. These final balances appear very large, but it should be noted that, with 3 percent real interest, each dollar at the initial time, FY 1986, is equivalent to about $20 in the final 2085 balance due to long term interest compounding.

## 5.0 FEE ADEQUACY FOR VARIATIONS IN REFERENCE ASSUMPTIONS

If the scheduling of the waste disposal program activities, their associated costs, the future electrical generation rates, and the future interest rates were all known exactly, then the correct full cost recovery fee could be determined by a straightforward calculation. In reality, the cost uncertainty associated with the disposal program is compounded by difficult technical, economic, social, and political questions. These uncertainties raise the issue of just how sensitive the adequacy of the fee is to changes in the underlying program assumptions. Fee adequacy sensitivity for six major sources of uncertainty are analyzed in this section. Section 5.1 examines the sensitivity of the fee adequacy to adoption of the DMPA improved-performance system which is based on development of an integrated MRS facility. Section 5.2 examines the sensitivity of fee adequacy to variations in the nuclear-growth scenario. Section 5.3 examines the sensitivity of fee adequacy to changes in fuel burnup. Section 5.4 examines the sensitivity of fee adequacy to major changes in the system development schedule. Section 5.5 examines the sensitivity of fee adequacy to variations in economic and financial parameters. Section 5.6 examines the sensitivity of the adequacy to real-cost increases in the waste disposal program. The detailed logistics, costs, cash flows and Fund balances for these alternative cases are provided in Appendix A.

The sensitivities described in this section are evaluated by comparison of the modified cases to the reference case. Spent fuel logistics and cost data were also developed for most of these alternative conditions for comparison to the basic proposed DMPA improved-performance case and are recorded in Appendix A. In general, in the DMPA improved-performance cases the Fund balances are lower and there is less margin for offsetting higher costs due to inflation and/or real cost increases.

### 5.1 FEE ADEQUACY SENSITIVITY TO DEVELOPMENT OF THE DMPA IMPROVED-PERFORMANCE SYSTEM

Because of the large uncertainties in the development of the waste disposal system, the addition of an MRS facility has been proposed as an

improved-performance system. The MRS facility would have three primary functions: 1) provide waste disposal preparation functions such as fuel consolidation and canistering, 2) permit earlier acceptance of spent fuel to meet utility requirements, and 3) provide interim storage for wastes until the repositories are ready to accept the stored waste. The MRS facility would start operating in 1998 and would have a maximum storage capacity of 15,000 MTU. The assumed spent fuel logistics for the DMPA improved-performance system are presented in Appendix A, Table A.2.

The estimated system life-cycle costs for the DMPA improved-performance system are about $1.5 billion higher than the DMPA authorized system, an increase of about 5 percent. As shown in Table 5.1, the estimated system cost for the DMPA improved-performance system with the Upper Reference Case nuclear growth projection ranges from $31 billion to $37 billion, depending on which repository media and locations are selected. The comparable cost estimates for the reference DMPA authorized system range from $30 billion to $36 billion.

The Fund's projected cash flows and annual balances for the Upper Reference Case nuclear projection with the DMPA improved-performance system are shown in Appendix A, Table A.15. As shown by the final Fund balance in Table 5.2 ranging from $39 billion to $88 billion, the 1.0 mill per kWh fee in constant 1986 dollars is adequate to cover the current DOE estimated program costs, based on a 3-percent real interest rate. Note that the $1.5 billion

TABLE 5.1. System Life-Cycle Cost Estimate for the DMPA Improved-Performance System--Upper Reference Case with Increasing Burnup (billions of 1986 dollars)

| Repository Media First/Second | Facility Costs: MRS Facility | Facility Costs: Repositories First | Facility Costs: Repositories Second | Waste Transport Cost | Development and Evaluation | Total System(a) |
|---|---|---|---|---|---|---|
| Tuff/Salt | 2.7 | 5.5 | 7.1 | 2.2 | 13.8 | 31.2 |
| Tuff/Hard Rock | 2.7 | 5.5 | 8.2 | 2.1 | 13.9 | 32.4 |
| Salt/Hard Rock | 2.7 | 7.9 | 8.2 | 2.0 | 13.9 | 34.8 |
| Basalt/Hard Rock | 2.7 | 10.4 | 8.2 | 2.1 | 13.9 | 37.4 |

(a) Includes total system cost for FY 1986 through decommissioning of the second repository.

TABLE 5.2. Fee Adequacy Sensitivity to Developing the DMPA Improved-Performance System with Increasing Burnup as Shown by a Comparison of 1) Total System Cost, 2) Civilian Share of System Cost, and 3) Final Fund Balance (billions of 1986 dollars)

| | DMPA Authorized System | DMPA Improved-Performance System | Difference |
|---|---|---|---|
| 1. Total System Cost[(a)] | | | |
| Low-Cost Repositories | 29.7 | 31.2 | 1.5 |
| High-Cost Repositories | 35.7 | 37.4 | 1.7 |
| 2. Civilian Share of System Cost | | | |
| Low-Cost Repositories | 25.3 | 27.0 | 1.7 |
| High-Cost Repositories | 30.7 | 32.6 | 1.9 |
| 3. Civilian Share, Final Fund Balance with 3 Percent Real Interest Rate | | | |
| Low-Cost Repositories | 111 | 88 | -23 |
| High-Cost Repositories | 63 | 39 | -24 |

(a) Includes total system cost for FY 1986 through decommissioning of the second repository.

increase in system cost results in a decrease in the final Fund balance of about $23 billion, due to the decrease in cumulative interest earned by the Fund.

## 5.2 FEE ADEQUACY SENSITIVITY TO VARIATIONS IN NUCLEAR-GROWTH SCENARIO

If future electrical generation is lower than projected, future revenues from the ongoing disposal fee will be reduced proportionally. Future disposal program costs will also be reduced because there will be less waste for transportation and disposal, but the cost reduction will probably not be proportional to the reduction in the amount of waste handled, since a large fraction of the estimated costs is fixed. For example, due to the uncertainty in the quantities and characteristics of spent-fuel generation, the development of the first two repositories is likely to proceed on the present schedule for several years, even if the need for the second one is delayed by several years.

Two reduced nuclear growth scenarios as represented by the Lower Reference Case and the No New Orders Case were examined to evaluate the Fund's

sensitivity to reduced projections of nuclear energy generation. The installed nuclear generation capacity for the three nuclear projections are illustrated in Figure 5.1.

The Upper Reference Case represents the upper growth estimate and assumes that there will be no net future cancellations of present construction projects (i.e., any cancellations will be offset by resumption of previously deferred projects) and that commercial nuclear power installed capacity will grow from new orders at 3.5 percent per year after 2000. The Lower Reference Case assumes more delays in present construction projects; cancellation of all reactor construction projects that are currently less than 40 percent complete, that are indefinitely deferred, that have a current work stoppage, or that are




FIGURE 5.1. Installed Nuclear Capacity for Variations in Nuclear Growth Projections

subject to severe financial constraints; and that commercial nuclear power installed capacity will grow at 0.9 percent after 2005 from new plant orders. The No New Orders Case represents the lowest growth estimate and uses the same assumptions as the Lower Reference case without any growth from new orders. The net effect of the three projections on installed capacity are: the Upper Reference case reaches 219 GWe in 2020; the Lower Reference case reaches 125 GWe in 2020; and the No New Orders case peaks at 106 GWe in 2005 and then declines to 0 GWe in 2041.

Together, the three nuclear growth projections are believed to furnish a reasonable basis for the fee adequacy evaluation. They are not intended to represent absolute bounds, but rather to illustrate the adequacy of the fee within a reasonable range of nuclear generation projections. Until it can be determined which nuclear growth scenario is developing, fee adjustment decisions will have to be made in a manner that assures sufficient revenue to meet a wide range of possible nuclear generation.

For either the Upper Reference Case or the Lower Reference Case, the second repository would not be filled to its maximum capacity with the spent fuel discharged through 2020 and would likely have a residual value to the system. Since a 2020 cutoff was assumed for those cases, the fee adequacy analysis is probably conservative. With no new orders for nuclear power plants, there is no ongoing nuclear industry, thus the partially filled second repository would have no residual value after the end of life of the plants currently operating or under construction. However, power generation and spent-fuel discharge for those current plants will likely continue beyond 2020, so a No New Orders case with all plants operated to the end-of-reactor-life was considered to determine its impact on fee adequacy. The last plant is assumed to operate until 2041.

Essentially the same facility deployment assumptions were made for all nuclear projections. For all cases, the first repository is assumed to begin operations in 2003 and is used preferentially, so it always receives 65,360 MTU of spent fuel and 4,640 MTU equivalent of defense and West Valley high-level waste. The second repository is assumed to receive 40,950 MTU of spent fuel and 4,000 MTU equivalent of DHLW in the Upper Reference Case, 21,685 MTU of

spent fuel and 4,000 MTU equivalent of DHLW in the Lower Reference Case, 14,188 MTU of spent fuel and 4,000 MTU equivalent in the No New Orders Case, and 25,154 MTU of spent fuel and 4,000 MTU equivalent in the No New Orders End-Of-Reactor-Life Case. The second repository was assumed to begin operations in 2023, and to stop operations in 2037 for the Upper Reference Case, 2032 in the Lower Reference Case, 2031 in the No New Orders Case, and 2047 in the No New Orders End-Of-Reactor-Life Case. The waste logistics for reduced nuclear growth are summarized in Appendix A, Tables A.1 through A.6.

The projections of the annual net electrical generation and annual revenue for the Lower Reference Case and the No New Orders Case are shown in Appendix A, Table A.10 and A.11. For the Lower Reference Case, the estimated total fee revenue collected from the 1.0 mill per kWh fee by 2020 is $21.2 billion, a 23 percent reduction from the estimated $27.4 billion for the Upper Reference Case. The estimated revenue from the No New Orders Case totals $18.6 billion through 2020, a 32 percent reduction from the Upper Reference Case, and $20.5 billion through the end of reactor life. In addition, an estimated $1.8 billion of deferred one-time-fee revenues, including 3 percent real interest from 1983, is collected in all cases.

Total system cost estimates are summarized in Table 5.3. The estimated total system life-cycle cost for the Lower Reference Case is about 4 to 5 percent lower than the Upper Reference Case. The estimated total system cost for the No New Orders Case is about 6 to 7 percent lower than the Upper Reference Case when handling spent fuel discharged through 2020. The total system cost for the No New Orders end-of-reactor-life case is about equal to the Upper Reference Case with spent fuel discharged through 2020. The estimated total disposal system cost for the Lower Reference Case ranges from $28.2 billion to $35.9 billion, and for the No New Orders Case from $27.5 billion to $37.1 billion, depending on system configuration, the repository medium used, and the study cutoff date. The comparable cost estimates for the Upper Reference Case range from $29.7 billion to $37.4 billion.

The impact of reduced fee revenues is partially mitigated by the reduction in program costs. In addition, if it becomes evident that a lower projection is the representative nuclear growth projection, program cost reductions can

TABLE 5.3. System Life-Cycle Cost Estimates for Reduced Nuclear Growth Forecasts with Increasing Burnup (billions of 1986 dollars)

| Program Assumptions | Facility Costs: MRS Facility | Facility Costs: Repositories First | Facility Costs: Repositories Second | Waste Transport Cost | Development and Evaluation | Total System[(a)] |
|---|---|---|---|---|---|---|
| Lower Reference Case | | | | | | |
| DMPA Authorized System | | | | | | |
| Low-Cost Repositories | | 6.5 | 5.9 | 2.2 | 13.7 | 28.2 |
| High-Cost Repositories | | 11.4 | 7.0 | 2.2 | 13.8 | 34.3 |
| DMPA Improved-Performance System | | | | | | |
| Low-Cost Repositories | 2.7 | 5.5 | 5.9 | 1.9 | 13.7 | 29.7 |
| High-Cost Repositories | 2.7 | 10.5 | 7.0 | 1.9 | 13.8 | 35.9 |
| No New Orders Case | | | | | | |
| DMPA Authorized System | | | | | | |
| Low-Cost Repositories | | 6.5 | 5.3 | 2.1 | 13.6 | 27.5 |
| High-Cost Repositories | | 11.4 | 6.4 | 2.1 | 13.7 | 33.7 |
| DMPA Improved-Performance System | | | | | | |
| Low-Cost Repositories | 2.7 | 5.5 | 5.3 | 1.8 | 13.7 | 29.0 |
| High-Cost Repositories | 2.7 | 10.4 | 6.4 | 1.8 | 13.8 | 35.2 |
| No New Orders, End-of-Reactor-Life Case | | | | | | |
| DMPA Authorized System | | | | | | |
| Low-Cost Repositories | | 6.5 | 7.1 | 2.3 | 13.8 | 29.6 |
| High-Cost Repositories | | 11.4 | 8.0 | 2.3 | 13.9 | 35.6 |
| DMPA Improved-Performance System | | | | | | |
| Low-Cost Repositories | 2.7 | 5.5 | 7.1 | 1.9 | 13.9 | 31.1 |
| High-Cost Repositories | 2.7 | 10.4 | 8.0 | 1.9 | 14.0 | 37.1 |

(a) Includes total system cost for FY 1986 through decommissioning of the second repository.

probably be implemented by redefining the waste management system to more nearly match the reduced spent-fuel projection.

The Fund's projected cash flows and annual balances for the reduced nuclear growth scenarios are summarized in Table 5.4 and detailed in Appendix A, Tables A.16 through A.21. As shown by the final Fund balance, Table 5.4, the nuclear growth projection has a significant impact on the adequacy of the 1.0 mill per kWh disposal fee, with a final Fund balance difference between Upper Reference Cases and the No New Orders Case of $50 billion or more. With either of the reduced growth projections, the 1.0 mill per kWh fee is not adequate to recover the DMPA improved-performance system high cost estimates. Note that in the No New Orders Case, the final Fund balance is not significantly different between the 2020 cutoff case and the end-of-reactor-life

TABLE 5.4. Fee Adequacy Sensitivity to Nuclear Growth Projection with Increasing Burnup as Shown by a Comparison of 1) Total System Cost, 2) Civilian Share of System Cost, and 3) Final Fund Balance (billions of 1986 dollars)

| | Upper[(a)] Reference | Lower[(a)] Reference | No New[(a)] Orders | No New Orders End-of-Life |
|---|---|---|---|---|
| 1. Total System Cost[(b)] | | | | |
| DMPA Authorized System | | | | |
| Low-Cost Repositories | 29.7 | 28.2 | 27.5 | 29.6 |
| High-Cost Repositories | 35.7 | 34.3 | 33.7 | 35.6 |
| DMPA Improved-Performance System | | | | |
| Low-Cost Repositories | 31.2 | 29.7 | 29.0 | 31.1 |
| High-Cost Repositories | 37.4 | 35.9 | 35.2 | 37.1 |
| 2. Civilian Share of System Cost | | | | |
| DMPA Authorized System | | | | |
| Low-Cost Repositories | 25.3 | 23.2 | 22.0 | 24.5 |
| High-Cost Repositories | 30.7 | 28.7 | 27.5 | 30.0 |
| DMPA Improved-Performance System | | | | |
| Low-Cost Repositories | 27.0 | 24.9 | 23.7 | 26.2 |
| High-Cost Repositories | 32.6 | 30.5 | 29.4 | 31.8 |
| 3. Civilian Share, Final Fund Balance, with 3 Percent Real Interest Rate | | | | |
| DMPA Authorized System | | | | |
| Low-Cost Repositories | 111 | 76 | 60 | 56 |
| High-Cost Repositories | 63 | 21 | 9 | 7 |
| DMPA Improved-Performance System | | | | |
| Low-Cost Repositories | 88 | 48 | 38 | 34 |
| High-Cost Repositories | 39 | -3 | -15 | -17 |

(a) Costing based on spent fuel discharged through 2020.
(b) Includes total system cost for FY 1986 through decommissioning of the second repository.

case. This suggests that the fee revenue collected after 2020 will almost recover the incremental costs of keeping the disposal system operating longer.

For the reduced nuclear growth projections, both the Lower Reference Case and the No New Orders Case, both projected program costs and projected revenues are reduced. Revenues are reduced because less electricity is generated, and costs are reduced because less spent fuel is generated, which reduces costs for spent-fuel shipping and disposal. The projected fee revenues are reduced more than the projected costs, so the projected Fund balances and interest earnings are reduced. The comparisons shown for the lower nuclear growth may be conservative for the purpose of assessing fee adequacy, since the same basic

assumptions and repository schedule were assumed without attempting to optimize the waste management system for the reduced requirements.

### 5.3 FEE ADEQUACY SENSITIVITY TO CHANGES IN FUEL BURNUP

Another source of uncertainty that impacts the fee adequacy is spent fuel burnup. Economics of the complete fuel cycle, not just the waste management system, will dictate long term trends in burnup. The fee does not directly vary with fuel burnup even though the costs are likely to increase with lower burnup since more fuel assemblies will be discharged for the same amount of electrical generation. However, in the long term, the fee may be adjusted during the annual review of fee adequacy for long term trend changes in burnup.

The reference assumption used in this analysis is that by 1998, the average fuel burnup will increase about 30 percent over current utility practices. To estimate the sensitivity of fee adequacy to this assumption, constant burnup projections were evaluated. With constant burnup, the amount of spent fuel discharged through 2020 in the Upper Reference Case increases from 106,000 to 123,400 MTU, and in the No New Orders Case, from 79,300 to 87,800 MTU, increases of 16 percent and 11 percent respectively. The system cost estimates increase about $1.2 billion with the Upper Reference Case nuclear growth projection, and about $0.5 with the No New Orders Case nuclear growth projection. The increase is primarily in the second repository, due to a larger quantity of spent fuel for disposal. The waste transportation cost also increases because of the increased quantity of spent fuel shipped. In the first repository, a small cost reduction occurs since the amount of spent fuel disposed of is assumed constant, but the fuel is slightly cooler with lower burnup, so less space will need to be mined. System cost estimates for constant burnup projection are summarized in Table 5.5.

As shown by the final Fund balance, summarized in Table 5.6, the spent-fuel projection has a fairly insignificant impact on the adequacy of the 1.0 mill per kWh disposal fee, with a final Fund balance difference between Extended Burnup Cases and Constant Burnup Cases of $5 billion or less. In all of the Cases considered, constant burnup never changes the fee from adequate to inadequate.

TABLE 5.5. System Life-Cycle Cost Estimates for Constant Fuel Burnup (billions of 1986 dollars)

| Program Assumptions | Facility Costs: MRS Facility | Facility Costs: Repositories First | Facility Costs: Repositories Second | Waste Transport Cost | Development and Evaluation | Total System[a] |
|---|---|---|---|---|---|---|
| Upper Reference Case | | | | | | |
| DMPA Authorized System | | | | | | |
| Low-Cost Repositories | | 6.4 | 8.0 | 2.7 | 13.8 | 30.9 |
| High-Cost Repositories | | 11.3 | 9.2 | 2.6 | 13.9 | 36.9 |
| DMPA Improved-Performance System | | | | | | |
| Low-Cost Repositories | 2.7 | 5.4 | 8.0 | 2.4 | 13.9 | 32.4 |
| High-Cost Repositories | 2.7 | 10.3 | 9.2 | 2.3 | 14.0 | 38.4 |
| No New Orders Case | | | | | | |
| DMPA Authorized System | | | | | | |
| Low-Cost Repositories | | 6.4 | 5.7 | 2.2 | 13.6 | 28.0 |
| High-Cost Repositories | | 11.3 | 6.8 | 2.2 | 13.7 | 34.1 |
| DMPA Improved-Performance System | | | | | | |
| Low-Cost Repositories | 2.7 | 5.4 | 5.7 | 1.9 | 13.7 | 29.5 |
| High-Cost Repositories | 2.7 | 10.3 | 6.8 | 1.9 | 13.8 | 35.6 |

(a) Includes total system cost for FY 1986 through decommissioning of the second repository.

## 5.4 FEE ADEQUACY SENSITIVITY TO CHANGES IN SYSTEM DEVELOPMENT SCHEDULE

This Fee Adequacy review is based on the DMPA repository development schedule that is significantly different from the Mission Plan (DOE 1985a) schedule used in previous reviews. The major differences are:

- the first repository cannot be available until 2003, instead of 1998
- availability of the second repository will be delayed until 2023 to provide more efficient utilization, due to lower spent fuel discharge projections
- if the MRS facility is included, it will be available in 1998 instead of 1996.

The life cycle cost estimates for the Upper Reference Case with increasing burnup with the Mission Plan development schedule are shown in Table 5.7. If the earlier schedule could be attained, (in the DMPA, the DOE claims it is not attainable), several offsetting changes would occur in the major cost components, including:

TABLE 5.6. Fee Adequacy Sensitivity to Reduced Burnup Projection as Shown by a Comparison of 1) Total System Cost, 2) Civilian Share of System Cost, and 3) Final Fund Balance (billions of 1986 dollars)

| | Extended Burnup | Constant Burnup | Difference |
|---|---|---|---|
| 1. Total System Cost[a] | | | |
| Upper Reference Case | | | |
| DMPA Authorized System | | | |
| Low-Cost Repositories | 29.7 | 30.9 | 1.2 |
| High-Cost Repositories | 35.7 | 36.9 | 1.2 |
| DMPA Improved-Performance System | | | |
| Low-Cost Repositories | 31.2 | 32.4 | 1.2 |
| High-Cost Repositories | 37.4 | 38.4 | 1.0 |
| No New Orders Case | | | |
| DMPA Authorized System | | | |
| Low-Cost Repositories | 27.5 | 28.0 | 0.5 |
| High-Cost Repositories | 33.7 | 34.1 | 0.4 |
| DMPA Improved-Performance System | | | |
| Low-Cost Repositories | 29.0 | 29.5 | 0.5 |
| High-Cost Repositories | 35.2 | 35.6 | 0.4 |
| 2. Civilian Share of System Cost | | | |
| Upper Reference Case | | | |
| DMPA Authorized System | | | |
| Low-Cost Repositories | 25.3 | 26.5 | 1.2 |
| High-Cost Repositories | 30.7 | 31.7 | 1.0 |
| DMPA Improved-Performance System | | | |
| Low-Cost Repositories | 27.0 | 28.2 | 1.2 |
| High-Cost Repositories | 32.6 | 33.5 | 0.9 |
| No New Orders Case | | | |
| DMPA Authorized System | | | |
| Low-Cost Repositories | 22.0 | 22.7 | 0.7 |
| High-Cost Repositories | 27.5 | 28.0 | 0.5 |
| DMPA Improved-Performance System | | | |
| Low-Cost Repositories | 23.7 | 24.4 | 0.7 |
| High-Cost Repositories | 29.4 | 29.8 | 0.4 |
| 3. Civilian Share, Final Fund Balance, with 3 Percent Real Interest Rate | | | |
| Upper Reference Case | | | |
| DMPA Authorized System | | | |
| Low-Cost Repositories | 111 | 107 | -4 |
| High-Cost Repositories | 63 | 61 | -2 |
| DMPA Improved-Performance System | | | |
| Low-Cost Repositories | 88 | 84 | -4 |
| High-Cost Repositories | 39 | 37 | -2 |
| No New Orders Case | | | |
| DMPA Authorized System | | | |
| Low-Cost Repositories | 60 | 56 | -4 |
| High-Cost Repositories | 9 | 8 | -1 |
| DMPA Improved-Performance System | | | |
| Low-Cost Repositories | 38 | 33 | -5 |
| High-Cost Repositories | -15 | -17 | -2 |

(a) Includes total system cost for FY 1986 through decommissioning of the second repository.

TABLE 5.7. System Life-Cycle Cost Estimates with Mission Plan Development Schedule--Upper Reference Case with Increasing Burnup (billions of 1986 dollars)

| Program Assumptions | Facility Costs: MRS Facility | Facility Costs: Repositories First | Facility Costs: Repositories Second | Waste Transport Cost | Development and Evaluation | Total System[(a)] |
|---|---|---|---|---|---|---|
| Mission Plan Authorized System | | | | | | |
| Low-Cost Repositories | | 6.9 | 8.0 | 2.3 | 11.6 | 28.8 |
| High-Cost Repositories | | 12.4 | 9.2 | 2.2 | 11.7 | 35.5 |
| Mission Plan Improved-Performance System | | | | | | |
| Low-Cost Repositories | 2.7 | 5.7 | 8.2 | 2.2 | 11.7 | 30.5 |
| High-Cost Repositories | 2.7 | 10.9 | 9.7 | 2.2 | 11.8 | 37.2 |

(a) Includes total system cost for FY 1986 through decommissioning of the second repository.

- total D&E cost reductions of about $2.1 billion, due to the shorter development schedule. Note that the D&E estimates for the Mission Plan schedule is based on the same near-term budget as the DMPA schedule, so there is a higher degree of optimism for the Mission Plan development schedule.
- first repository cost increases range from $0.2 billion to $1 billion due to hotter fuel, which results in more packages and more area to mine
- second repository cost increases range from $1 billion to $1.5 billion, due to hotter fuel and capacity derating from lack of sufficiently aged spent fuel
- small changes in MRS facility costs and transportation costs
- total system cost decreases range from $0.2 billion to $0.9 billion.

Even though the total system costs are reduced up to $0.9 billion with the Mission Plan schedule, the civilian cost allocation factors increase due to the hotter fuel, so the change in civilian share ranges from a saving of $0.1 billion to an increase of $0.5 billion, as shown in Table 5.8. Since the expenses occur sooner with the Mission Plan schedule, the impact on fee adequacy is even more dramatic with the Mission Plan schedule since interest earnings are

TABLE 5.8. Fee Adequacy Sensitivity to the Mission Plan System Development Schedule as Shown by a Comparison of 1) Total System Cost, 2) Civilian Share of System Cost, and 3) Final Fund Balance (billions of 1986 dollars)

| | DMPA Schedule | Mission Plan Schedule | Difference |
|---|---|---|---|
| 1. Total System Cost[a] | | | |
| Upper Reference Case | | | |
| Mission Plan Authorized System | | | |
| Low-Cost Repositories | 29.7 | 28.8 | -0.9 |
| High-Cost Repositories | 35.7 | 35.5 | -0.2 |
| Mission Plan Improved-Performance System | | | |
| Low-Cost Repositories | 31.2 | 30.5 | -0.7 |
| High-Cost Repositories | 37.4 | 37.2 | -0.2 |
| 2. Civilian Share of System Cost | | | |
| Upper Reference Case | | | |
| Mission Plan Authorized System | | | |
| Low-Cost Repositories | 25.3 | 25.2 | -0.1 |
| High-Cost Repositories | 30.7 | 31.0 | 0.3 |
| Mission Plan Improved-Performance System | | | |
| Low-Cost Repositories | 27.0 | 26.9 | -0.1 |
| High-Cost Repositories | 32.6 | 33.1 | 0.5 |
| 3. Civilian Share, Final Fund Balance, with 3 Percent Real Interest Rate | | | |
| Upper Reference Case | | | |
| Mission Plan Authorized System | | | |
| Low-Cost Repositories | 111 | 70 | -41 |
| High-Cost Repositories | 63 | 9 | -54 |
| Mission Plan Improved-Performance System | | | |
| Low-Cost Repositories | 88 | 48 | -40 |
| High-Cost Repositories | 39 | -15 | -54 |

(a) Includes total system cost for FY 1986 through decommissioning of the second repository.

reduced substantially. As shown in Table 5.8, adopting the Mission Plan schedule (if it were possible) would reduce the final Fund balance by as much as $54 billion, due to reduced interest earnings, assuming a real interest rate of 3 percent. The adoption of the Mission Plan schedule would probably require a near-term program expansion, so the impact on fee adequacy would probably be even more negative than shown in Table 5.8.

## 5.5 FEE ADEQUACY SENSITIVITY TO VARIATIONS IN ECONOMIC AND FINANCIAL PARAMETERS

Fee adequacy sensitivity to two economic parameters, interest rate paid or earned by the Fund and rate of inflation, is examined in this section. Tables summarizing yields on government securities and inflation rates for the last 25 years are included in Appendix B. Table B.1 lists the yields and inflation rates in nominal terms. Table B.2 lists the real (net of inflation) yields. As shown in the tables, there is considerable variation in past yields, which suggests uncertainty in projecting future yields. Thus, the impact of variations in real interest rates and in inflations are summarized in this section.

### 5.5.1 Fee Adequacy Sensitivity to Variation in Interest Rate

The Fund cash flow projections discussed in previous sections are based on constant 1986 dollars and a real interest rate of 3 percent. The effects of real interest rates of 0, 1 and 5 percent were also examined. As shown in Table 5.9, the interest rate can have a significant impact on the Fund's final balance and thus the adequacy of the disposal fee. If the Fund earns 3 percent real interest on invested funds, the 1.0 mill per kWh disposal fee is adequate

TABLE 5.9. Estimated Final Nuclear Waste Fund Balances for Various Interest Rates (billions of 1986 dollars)

| Program Assumptions[a] | Final Fund Balance if Real Interest Rate Equals 0% | 1% | 3% | 5% |
|---|---|---|---|---|
| Upper Reference Case | | | | |
| DMPA Authorized System | | | | |
| Low-Cost Repositories | 5 | 15 | 111 | 672 |
| High-Cost Repositories | -1 | 4 | 63 | 459 |
| DMPA Improved-Performance System | | | | |
| Low-Cost Repositories | 3 | 11 | 88 | 550 |
| High-Cost Repositories | -3 | 0 | 39 | 332 |
| No New Orders Case | | | | |
| DMPA Authorized System | | | | |
| Low-Cost Repositories | -1 | 4 | 60 | 465 |
| High-Cost Repositories | -6 | -8 | 9 | 237 |
| DMPA Improved-Performance System | | | | |
| Low-Cost Repositories | -2 | -0 | 38 | 345 |
| High-Cost Repositories | -8 | -12 | -15 | 109 |

(a) All cases are based on increasing burnup.

to recover program costs except for the No New Orders Case high cost improved-performance system. If the Fund earns only 1 percent real interest, the final balance is reduced substantially, and three more combinations of conditions yield the 1.0 mill per kWh fee inadequate, as indicated by the negative final balance in Table 5.9. With 0 percent real interest, the fee is adequate only in the Upper Reference Case, lowest-cost repository media with either system configuration.

### 5.5.2 Fee Adequacy Sensitivity to Inflation

Inflation is an increase in the general price level that is usually the result of an increase in the volume of money and credit relative to available goods and services. The actual (nominal) interest rate generally reflects the expectation of inflation, since money borrowed now will be repaid with inflated money, which has reduced purchasing power. The relationship between the inflation rate and the real and nominal interest rates can be expressed as:

$$1 + n = (1 + r)(1 + i)$$

where $n$ = nominal (current dollar) interest rate
$r$ = real (constant dollar) interest rate
$i$ = expected rate of inflation.

For example, if the real interest rate is 3 percent and the expected inflation rate is 5 percent, then the nominal interest rate is 8.15 percent.

The final balances in Table 5.9 and all preceding tables are in constant 1986 dollars. If inflation increases costs without corresponding increases in the fee, the ending Fund balances in current year terms will be reduced. Since the nominal interest rate normally increases with expected inflation, a constant rate of inflation will not affect real earnings from fees already paid and invested. However, increases in the rate of inflation can have a negative impact on real earnings from long term investments. Furthermore, inflation does erode the value of future fee payments that are not adjusted for inflation. To analyze the impact of inflation on the Fund, the reference program cost estimates were inflated at 2, 3, and 4 percent each year and the nominal interest rate was adjusted to reflect the inflation rate, while the disposal

fee was fixed at the current 1.0 mill per kWh (see Table 5.10). This represents a current dollar, rather than constant dollar, analysis with the disposal fee assumed constant in nominal terms. This would not be an equitable

TABLE 5.10. Estimated Final Nuclear Waste Fund Balances for Various Inflation and Real Interest Rates (billions of 1986 dollars)

| Program Assumptions[a] | Real Interest Rate | Final Fund Balance If Inflation Rate Equals 0% | 2% | 3% | 4% |
|---|---|---|---|---|---|
| **Upper Reference Case** | | | | | |
| DMPA Authorized System | | | | | |
| Low-Cost Repositories | 5 | 672 | 317 | 189 | 85 |
| | 3 | 111 | 31 | 2 | -21 |
| | 1 | 15 | -3 | -9 | -14 |
| | 0 | 5 | -4 | -7 | -9 |
| High-Cost Repositories | 5 | 459 | 104 | -24 | -129 |
| | 3 | 63 | -18 | -46 | -69 |
| | 1 | 4 | -14 | -20 | -25 |
| | 0 | -1 | -9 | -12 | -15 |
| DMPA Improved-Performance System | | | | | |
| Low-Cost Repositories | 5 | 550 | 196 | 68 | -37 |
| | 3 | 88 | 8 | -20 | -43 |
| | 1 | 11 | -7 | -13 | -18 |
| | 0 | 3 | -6 | -9 | -11 |
| High-Cost Repositories | 5 | 332 | -23 | -150 | -256 |
| | 3 | 39 | -42 | -70 | -93 |
| | 1 | 0 | -18 | -24 | -30 |
| | 0 | -3 | -11 | -14 | -17 |
| **No New Orders Case** | | | | | |
| DMPA Authorized System | | | | | |
| Low-Cost Repositories | 5 | 465 | 228 | 138 | 62 |
| | 3 | 60 | 9 | -10 | -25 |
| | 1 | 4 | -7 | -11 | -14 |
| | 0 | -1 | -6 | -7 | -9 |
| High-Cost Repositories | 5 | 237 | -1 | -91 | -167 |
| | 3 | 9 | -42 | -60 | -76 |
| | 1 | -8 | -18 | -22 | -26 |
| | 0 | -6 | -11 | -13 | -14 |
| DMPA Improved-Performance System | | | | | |
| Low-Cost Repositories | 5 | 345 | 108 | 17 | -58 |
| | 3 | 38 | -13 | -32 | -47 |
| | 1 | -0 | -11 | -15 | -18 |
| | 0 | -2 | -7 | -9 | -11 |
| High-Cost Repositories | 5 | 109 | -129 | -219 | -295 |
| | 3 | -15 | -65 | -84 | -100 |
| | 1 | -12 | -23 | -27 | -30 |
| | 0 | -8 | -8 | -15 | -16 |

(a) All cases are based on increasing burnup.

fee structure (even though it is essentially the structure employed from 1983 through 1987); the early fee payers would subsidize later payers because the later payments would be made in inflated dollars that have a lower value in terms of purchasing power. This fee structure is used to determine the ability of the constant 1.0 mill per kWh fee, in current dollar terms, to recover program costs for selected inflation rates.

For example, with the Upper Reference Case and 3 percent real interest rate, the constant 1.0 mill per kWh fee could recover the estimated low cost DMPA authorized system costs inflated at 3 percent, but not at 4 percent. Those same costs will not quite be recovered with 2 percent inflation if the Fund earns 1 percent or less in real interest.

Thus, for most combinations of the assumed conditions, the ongoing fee will need to be increased to recover the disposal program cost increases resulting from continued inflation. The fee increases can be defined in a multitude of ways by varying the size and frequency of the increases. The fee could be increased each year by an amount equal to the rate of inflation (this is termed "annual indexing") or alternatively, the fee could be increased less frequently with increases that are larger than the annual inflation rate. Indexing the fee to a general inflation rate does have a sense of "fairness," since the fee would be equivalent over time in terms of buying power. While the NWPA does not authorize automatically indexing the ongoing fee, it does call for an annual evaluation of the fee adequacy, so indexing can be effectively accomplished if a fee increase is recommended by DOE and approved by the Congress each year. For the purposes of this analysis, annual indexing was the fee adjustment mechanism assumed.

For many combinations of assumed conditions, inflation can be tolerated for varying periods of time before the fee must be indexed to compensate for further inflation. This status is indicated in Table 5.10 by a positive final balance for 0 percent inflation and a negative balance for a positive rate of inflation. As shown in Table 5.11, the year that fee indexing will be needed depends on several factors, including the sustained rate of inflation, repository media and location, electrical generation projection, and real interest rate. For example, with these four parameters--Upper Reference Case nuclear

TABLE 5.11. Year to Begin Indexing the Waste Disposal Fee to Ensure Full Cost Recover for Various Assumed Inflation Rates and Real Interest Rates (billions of 1986 dollars)

| Program Assumptions[(a)] | Real Interest Rate | If Inflation Rate Equals 2% | 3% | 4% |
|---|---|---|---|---|
| Upper Reference Case | | | | |
| DMPA Authorized System | | | | |
| Low-Cost Repositories | 5 | N/R[(b)] | N/R | N/R |
| | 3 | N/R | N/R | 2004 |
| | 1 | 2007 | 998 | 1995 |
| | 0 | 1997 | 1993 | 1992 |
| High-Cost Repositories | 5 | N/R | 2010 | 2000 |
| | 3 | 2003 | 1996 | 1993 |
| | 1 | 1990 | 1989 | 1988 |
| | 0 | (c) | (c) | (c) |
| DMPA Improved-Performance System | | | | |
| Low-Cost Repositories | 5 | N/R | N/R | 2008 |
| | 3 | N/R | 2003 | 1998 |
| | 1 | 1999 | 1994 | 1992 |
| | 0 | 1993 | 1991 | 1990 |
| High-Cost Repositories | 5 | 2010 | 1998 | 1995 |
| | 3 | 1995 | 1992 | 1990 |
| | 1 | (c) | (c) | (c) |
| | 0 | (c) | (c) | (c) |
| No New Orders Case | | | | |
| DMPA Authorized System | | | | |
| Low-Cost Repositories | 5 | N/R | N/R | N/R |
| | 3 | N/R | 2003 | 1997 |
| | 1 | 1992 | 1990 | 1989 |
| | 0 | (c) | (c) | (c) |
| High-Cost Repositories | 5 | 2016 | 1997 | 1994 |
| | 3 | 1989 | 1988 | 1988 |
| | 1 | (c) | (c) | (c) |
| | 0 | (c) | (c) | (c) |
| DMPA Improved-Performance System | | | | |
| Low-Cost Repositories | 5 | N/R | N/R | 2001 |
| | 3 | 1999 | 1994 | 1992 |
| | 1 | (c) | (c) | (c) |
| | 0 | (c) | (c) | (c) |
| High-Cost Repositories | 5 | 1992 | 1990 | 1989 |
| | 3 | (c) | (c) | (c) |
| | 1 | (c) | (c) | (c) |
| | 0 | (c) | (c) | (c) |

(a) All cases are based on extended burnup.
(b) N/R - Indexing is never required.
(c) The 1.0 mill per kWh fee will not recover costs even with zero inflation, so an immediate fee increase plus indexing is necessary.

projection, the DMPA authorized system high-cost repository media combination, 2 percent per year inflation, and 3 percent real interest rate--the $18 billion final program deficit, highlighted in Table 5.10, would be eliminated if the fee were indexed (multiplied each year by 1.02) beginning in 2003, highlighted in Table 5.11. An increase in the interest rate never results in an accelerated need to index the fee.

Details of the inflation calculations are illustrated in Appendix A, Table A.22. Table A.22 shows the Fund's annual cash flows for the Upper Reference Case, DMPA authorized system high-cost repository media, and 3 percent real interest. Cash flow and Fund balance projections are shown for zero inflation and constant fee, 2 percent inflation and constant fee, and 2 percent inflation and the fee indexed beginning in 2003. The $126 billion final balance in current year dollars on Table A.22 is equivalent to $18 billion in 1986 dollars, and the $8 billion is equivalent to $1 billion 1986 dollars.

Due to the decreased fee revenues in the No New Orders Case, the fee would require earlier adjustments than would the Upper Reference Case for equivalent inflation rates. For instance, with the No New Orders Case, the DMPA authorized system high-cost repository media, and 3 percent real interest, the fee should be indexed as early as 1989 with 2 percent inflation, but with the same conditions and the Upper Reference Case, the fee does not require indexing until 2003 (see Table 5.11). This introduces a complication, since confirmation that the No New Orders Case (absence of reactor sales) is the representative electrical generation projection for the nuclear industry will not be attained until about 1990. Fortunately, most of the estimated costs and revenues for the disposal program will occur after 1990, so a slightly larger fee adjustment in 1990 can offset the effect of inflation and the lower revenue base.

## 5.6 FEE ADEQUACY SENSITIVITY TO REAL COST INCREASES

Under some combinations of assumed conditions the 1.0 mill per kWh fee will recover costs that are somewhat higher than the projected costs, as shown

by positive ending program balances in Table 5.9. The magnitude of the recoverable increases depends most significantly upon the nuclear growth projection, the repository media finally selected, and the real interest rate earned by the Fund. Table 5.12 shows the tolerance of the 1.0 mill per kWh fee to recover real cost increases as a percentage of the estimated total system life-cycle cost. If these system cost increases were to occur, then the ongoing fee would have to be indexed immediately to meet all future inflation. All of the percentages shown in Table 5.12 are based on the increasing burnup assumption.

The allowable increase percentages shown in Table 5.12 are expressed in terms of fixed percentages applied uniformly over time. The 48 percent and 22 percent for the Upper Reference Case DMPA authorized system with 3 percent real interest rate correspond to annually compounded real cost increases of 1.7 percent and 0.9 percent per year, respectively. Thus, even small continuing real cost increase rates could necessitate future fee increases.

The values in Table 5.12 may also be interpreted as the maximum amount of uncertainty that can be accommodated in the current cost estimates. Although

TABLE 5.12. Percentage Increase in Real Life-Cycle Cost Estimates that can be Recovered by the 1.0 Mill Per kWh Disposal Fee

| Program Assumptions[a] | Allowable Real Cost Increase If Real Interest Rate Equals | | | |
|---|---|---|---|---|
| | 0% | 1% | 3% | 5% |
| Upper Reference Case | | | | |
| DMPA Authorized System | | | | |
| Low-Cost Repositories | 19 | 30 | 48 | 60 |
| High-Cost Repositories | N/A | 7 | 22 | 35 |
| DMPA Improved-Performance System | | | | |
| Low-Cost Repositories | 11[a] | 20 | 35 | 45 |
| High-Cost Repositories | N/A[a] | 0 | 13 | 23 |
| No New Orders Case | | | | |
| DMPA Authorized System | | | | |
| Low-Cost Repositories | N/A | 8 | 28 | 45 |
| High-Cost Repositories | N/A | N/A | 3 | 19 |
| DMPA Improved-Performance System | | | | |
| Low-Cost Repositories | N/A | N/A | 16 | 30 |
| High-Cost Repositories | N/A | N/A | N/A | 8 |

N/A No Increase Allowed.
(a) All cases are based on increasing burnup.

the uncertainty level of the cost estimates has not been statistically characterized, it has been estimated at 30 to 40 percent. The uncertainty in both the cost and revenue projections supports the recommendation to leave the fee unchanged until the commercial waste management program costs can be more accurately estimated as the program matures beyond the conceptual design stage.

## REFERENCES

DOE. 1985a. Mission Plan for the Civilian Radioactive Waste Management Program. DOE/RW-0005, U.S. Department of Energy, Washington, D.C.

DOE. 1985b. "10 CFR Part 961, Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste." Federal Register. U.S. Department of Energy, Washington, D.C.

DOE. 1986. Commercial Nuclear Power: Prospects for the United States and the World. EIA/EI-0438(85), Energy Information Administration, U.S. Department of Energy, Washington, D.C.

DOE. 1987a. Nuclear Waste Fund Fee Adequacy: An Assessment. DOE/RW-0020, U.S. Department of Energy, Washington, D.C.

DOE. 1987b. Draft Mission Plan Amendment. DOE/RW-0128, U.S. Department of Energy, Washington, D.C.

DOE. 1987c. Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program. DOE/RW-0047/Rev 2, prepared by Roy F. Weston, Inc. for U.S. Department of Energy, Washington, D.C.

Engel, R. L. and M. K. White. 1982. Fiscal Implications of a 1-Mill/kWh Waste Management Fee. PNL-4513, Pacific Northwest Laboratory, Richland, Washington.

Engel, R. L. and M. K. White. 1984. 1984 Annual Review of the 1-mill/kWh Waste Disposal Fee. PNL-5241, Pacific Northwest Laboratory, Richland, Washington.

Engel, R. L. 1985. 1985 Annual Review of the Adequacy of the 1.0 mill per kWh Waste Disposal Fee. PNL-5430, Pacific Northwest Laboratory, Richland, Washington.

Engel R. L. and J. R. Young. 1986. 1986 Annual Review of the Adequacy of the 1.0 mill per kWh Waste Disposal Fee. PNL-5877, Pacific Northwest Laboratory, Richland, Washington.

Federal Register. December 2, 1986. "Calculating Nuclear Waste Fund disposal Fees for DOE Defense Program Waste; Notice of Inquiry and Request for Public Comment." 51(231): 43,566-43,570.

U.S. Congress. January 7, 1983. The Nuclear Waste Policy Act of 1982. Public Law 97-425, 97th Congress, Second Session, Washington, D.C.

U.S. Court of Appeals for the District of Columbia Circuit. December 1985.