**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE A CORRECTED NOTICE OF DESIGNATION OF DEPOSITION AND PRIOR TRIAL TESTIMONY OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO ADMIT PRIOR TESTIMONY INTO EVIDENCE**

Plaintiff, Energy Northwest ("EN"), by and through its counsel, respectfully moves this Court for leave to file the attached Corrected Notice of Designation Of Deposition And Prior Trial Testimony Or, In The Alternative, Motion For Leave To Admit Prior Testimony Into Evidence and corrected appendix. In support of this motion, Plaintiff states as follows:

1. In accordance with the Court's April 21, 2008 Trial Preparation Order, EN filed its Notice of Designation Of Deposition And Prior Trial Testimony Or, In The Alternative, Motion For Leave To Admit Prior Testimony Into Evidence (the "Designation Notice") on Friday, May 30, 2008. Shortly before filing, counsel for Plaintiff discovered a technical issue with the software used by counsel to manage its testimony designations from deposition and trial transcripts.

2. The effect of the software issue was that transcript pages exported for inclusion in the appendix to the Designation Notice did not accurately highlight all of Plaintiff's designations. In rare instances, the problem also resulted in the omission of a transcript page containing designated testimony from the appendix. The accuracy of a chart listing each of Plaintiff's

testimony designations, and included in the original appendix at pages 109 to 127, was not affected by the software issue.

3. While counsel engaged in extensive efforts to work around the software issue by manually highlighting deposition pages, after close of business on May 30 it became clear that these efforts could not be completed in time to file an appendix that counsel could be sure contained accurate transcript pages by the Court's May 30 deadline. Given that it was no longer possible to seek a short extension, counsel decided to file the Designation Notice and appendix, but to identify the potential issue with the appendix in footnote 2. Counsel worked over the weekend to resolve any issues with its appendix so that it could file a corrected appendix by Monday, June 2nd.

4. Plaintiff respectfully requests leave to file a corrected Appendix to its Designation Notice which corrects the issues created by the issue with its deposition database software. In addition, because pagination of the appendix has changed, Plaintiff requests leave to file a corrected Designation Notice with citations to the corrected appendix. Plaintiff has made no substantive changes to the Designation Notice, other than to remove the footnote identifying the technical issues, and has not changed the designations listed on pages 109-127 of the original appendix. Plaintiff has updated the citation in the Designation Notice. Corrected copies of the Designation Notice and Appendix are attached to this motion.

5. Counsel for the Defendant, Sharon Snyder, has stated that the Government does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the attached Corrected Notice of Designation Of Deposition And Prior Trial Testimony Or, In The Alternative, Motion For Leave To Admit Prior Testimony Into Evidence and corrected appendix.

Dated: June 2, 2008

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
April A. Otterberg
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
(312) 222-9350

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June 2008, a copy of the foregoing *Motion For Leave To File A Corrected Notice Of Designation Of Deposition And Prior Trial Testimony Or, In The Alternative, Motion For Leave To Admit Prior Testimony Into Evidence* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch