# In the United States Court of Federal Claims

No. 04-10 C
(Filed: June 12, 2008)

****************************************
*
**ENERGY NORTHWEST**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## ORDER

On June 10, 2008, Plaintiff ("Energy Northwest") filed an Unopposed Motion for Amendment of Trial Preparation Order ("Pl.'s Mot"). Energy Northwest requests the amendment of Paragraph 2(c)(iii)(5), which requires the parties provide chambers with two copies of exhibits by June 30, 2008, and 2(c)(v), which requires the parties file any remaining objections to the opposing party's witnesses or exhibits by July 25, 2008. Pl.'s Mot. at 1.

According to Energy Northwest, a preliminary exhibit list was provided to Defendant, the United States ("the Government"), on May 9, 2008. *Id*. Energy Northwest's exhibit list included a number of group exhibits called "Cost Backup Group Exhibit List" that contained a collection of business records, such as "vendor invoices and warrants (the equivalent of a check), material request forms, credit card statements, and time records." *Id*. These documents provide additional support for the records from Energy Northwest's accounting system. *Id*. at 2. There are approximately 38,000 pages that support the Cost Backup Group Exhibit List. *Id*. at 3. Energy Northwest indicated that the Cost Backup Group Exhibit List contains groupings of similar business records, for example, all invoices and warrants from a particular vendor are together. *Id*. at n1. Additionally, Energy Northwest expects that these documents "likely will not need to be introduced at trial." *Id*. at 2.

Energy Northwest specifically requests the amendment of Paragraph 2(c)(iii)(5) of the Trial Preparation Order of April 21, 2008, so that it is not required to provide two copies of the 38,000 pages of business records to chambers on June 30, 2008. The Government does not oppose this motion with three conditions. First, the Government requests the amendment of the Trial Preparation Order of April 21, 2008, so that the Government does not have to file objections to the exhibits on the Cost Backup Group Exhibit List on July 25, 2008. *Id*. at 4.

Secondly, the Government seeks to reserve its right to object to exhibits on the Cost Backup Group Exhibit List, should the documents be introduced during trial. *Id*. And, if a document is used at trial from the Cost Backup Group Exhibit List, the Government request that Energy Northwest "separately identify each portion of each Group exhibit it intends to use." *Id*. Additionally, the Government agrees to withdraw its motion *in limine* regarding the Cost Backup Exhibit List which is part of "Defendant's Motion *In Limine* to Exclude the Admission of Document Prepared by Government Contractors" filed on May 30, 2008.

Based on the agreement of the parties, as set forth above, Energy Northwest's Unopposed Motion for Amendment of Trial Preparation Order is GRANTED. Energy Northwest shall provide the Court with the Cost Backup Group Exhibit List, but is not required to provide two copies of the business records listed in the Group Exhibit List. If it becomes apparent that any of these documents will be necessary at trial, Energy Northwest shall provide the Court with two copies of the exhibit(s) 48 hours in advance of its use at trial. The Government need not file objections to the exhibits listed on the Cost Backup Exhibit List and any objection is preserved, should it be necessary at trial. Additionally, the Government will withdraw the portion of its Motion *In Limine* to Exclude the Admission of Documents Prepared by Government Contractors that pertains to the exhibits on the Cost Backup Exhibit List.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge