# In the United States Court of Federal Claims

No. 04-10 C
(Filed: June 25, 2008)

****************************************
*
**ENERGY NORTHWEST**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## ORDER

On June 17, 2008, Defendant, the United States ("the Government") filed an Unopposed Motion to Amend Trial Preparation Order ("Def.'s Mot"). The Government requests the amendment of Paragraph 2(c)(iii)(5), which requires the parties provide chambers with two copies of exhibits, as well as file a copy, by June 30, 2008. Def.'s Mot. at 1. The Government also seeks an extension of time for the parties to file their lists of exhibits to which neither party objects pursuant to Paragraph 2(c)(iii)(3). *Id.* According to the Government, Plaintiff, Energy Northwest ("Energy Northwest") does not oppose the Government's motion. *Id.*

Based on the agreement of the parties, the Unopposed Motion to Amend Trial Preparation Order is GRANTED. Paragraph 2(c)(iii)(3) and (5) of the Trial Preparation Order of April 21, 2008, are amended as follows:

2(c)(iii)(3)(c) No later than July 31, 2008, the parties shall file a descriptive listing of all exhibits to which neither party objects on the grounds of authenticity or admissibility (two sets of such exhibits shall concurrently be provided to chambers).

2(c)(iii)(5) No later than July 31, 2008, the parties shall file a Final Exhibit List, and shall provide two sets of such exhibits to chambers. The parties need not file a copy of the exhibits with the clerk's office. Final Exhibit Lists due on July 31, 2008, need not include demonstrative exhibits which are provided for in Paragraph 2.c.iv. Any party wishing to supplement its Final Exhibit List after July 31, 2008, except to include demonstrative exhibits according to

Paragraph 2.c.iv, must demonstrate good cause for such supplementation.

Additionally, the Court received the parties' Joint Statement of Good Faith Conduct and Status Report Regarding Additional Trial Related Issues which raised two scheduling matters. Based on a review of their witnesses, the parties requested an additional five (5) days of trial time; therefore, trial in this matter will now begin on October 20, 2008, and end on November 7, 2008. Energy Northwest also requested a site visit of the Columbia Generating Station. After conferring with the parties, the site visit is scheduled for September 22, 2008, beginning at 9:30 a.m. In light of the Court's travel arrangements, the pre-trial conference originally scheduled for September 24, 2008 will now be held on September 25, 2008 at 10:00 a.m.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge