IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ENERGY NORTHWEST, Plaintiff, | |
| v. | No. 04-10C (Chief Judge Damich) |
| THE UNITED STATES OF AMERICA, Defendant. | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSES TO PLAINTIFF'S MOTIONS TO EXCLUDE EXPERT WITNESSES UNDER SEAL AND FOR ENLARGEMENT OF TIME

Pursuant to the Protective Order entered by the Court in the above-captioned case on August 26, 2006 ("Protective Order"), defendant, the United States, respectfully requests leave of Court to file its three responses to plaintiff Energy Northwest's motions to exclude defendant's three experts, Raymond Hartman, Charles Stuart, and Larry Johnson, as well as the accompanying appendix to Mr. Stuart's response, under seal. Because the Government's responses are due to be filed today, we also request an enlargement of time so that the Court may consider and rule upon our motion. Our responses are completed and will be filed as soon as the Court rules upon the motion to file under seal. Counsel for Energy Northwest, Norman Hirsch, has no objection to this motion.

Pursuant to this Court's August 6, 2007 order, the Government intends to file its response to plaintiff's motions to exclude the Government's witnesses through the Court's Electronic Court Filing ("ECF") system. Our response will refer to information and documents that are confidential material in accordance with paragraph 1 of the Protective Order. Defendant intends to include some of these materials in the accompanying appendix to Mr. Stuart's response. For

the most part, the Government has referred to the consolidated appendix already filed by plaintiff under seal. We had not originally anticipated that we would need to file these pleadings under seal, as we are not filing any appendices containing any protected documents. However, as we prepared the responses for filing, we realized that we had discussed the plaintiff's motions in our responses, and, as plaintiff filed its motions and/or the appendices to its motions under seal, it is unclear the extent to which plaintiff may view some of the discussion in our response briefs as "protected." To ensure that we do not publicly disclose material or information that the plaintiff may view as protected, we are requesting leave to submit these responses under seal. To the extent that the plaintiff, after reading our responses, informs us that they do not contain any material that the plaintiff believes must be protected, we can later request that the Court remove them from the protective order and place them in the public record

Therefore, pursuant to paragraph 6 of the Protective Order, we respectfully request that the Court issue an order permitting the Government to file its responses to plaintiff's motions to exclude the Government's expert witnesses, and the accompanying appendix to Mr. Stuart's response under seal. In addition, the Government requests that the Court grant us an enlargement of time to file our responses so that the Court may consider our request to file these responses under seal. As soon as the Court considers the motion to file under seal, and issues its order, the Government will file its responses.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder by Scott. R. Damelin
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SONIA ORFIELD
Trial Attorneys
Department of Justice
Washington, D.C. 20530

June 30, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 30th day of June, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSES TO PLAINTIFF'S MOTIONS TO EXCLUDE EXPERT WITNESSES UNDER SEAL AND FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott R. Damelin