IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-10C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S WITNESS LIST

Pursuant to the Court's trial preparation order dated April 21, 2008, defendant, the United States, provides the following list of trial witnesses. This list does not identify witnesses that defendant may choose to use for impeachment. Defendant reserves the right to identify additional witnesses for authentication of documents based upon the objections asserted by plaintiff, in response to the exhibit lists served in this case. Defendant reserves the right to call all witnesses listed on the witness list provided by plaintiff. Defendant also reserves the right to amend this list as described in the Court's rules. The Government expects to call those witnesses designated with an asterix. The Government may call the remaining witnesses should the need arise.

## FACT WITNESSES

### Government Employees (Present and Former)

***1. Alan Brownstein**
**Chief Operating Officer**
**Office of Civilian Radioactive Waste Management**
**United States Department of Energy**
**1000 Independence Ave., SW**
**Washington, DC 20585**

Mr. Brownstein is expected to testify concerning the implementation of the Standard

Contract, including the development of acceptance rates, the issuance and content of the Annual Capacity Report ("ACR"), the issuance and content of the Acceptance Priority Ranking ("APR") report, delivery commitment schedules, schedule negotiations, use of the Energy Board of Contract Appeals, and other relevant matters.

Estimated length of direct examination: 1 hour.

***2. Christopher Kouts**
**Principal Deputy Director**
**Office of Civilian Radioactive Waste Management**
**United States Department of Energy**
**1000 Independence Ave., SW**
**Washington, DC 20585**

Mr. Kouts is expected to testify concerning the plans by the Department of Energy ("DOE") to accept spent nuclear fuel at a geologic repository and a Monitored Retrievable Storage ("MRS") facility, the reasons for the delays in the Yucca Mountain project, DOE's ability to accept utility spent nuclear fuel ("SNF"), budgetary issues, and other relevant matters.

Estimated length of direct examination: 2 - 3 hours.

**3. Ronald Milner**
**15102 Carlbern Drive**
**Centreville, VA 20120**

Mr. Milner, former Chief Operating Officer for DOE's Office of Civilian Radioactive Waste Management ("OCRWM"), may testify concerning the implementation of the Standard Contract, including the development of acceptance rates, the issuance and content of the Annual Capacity Report ("ACR"), the issuance and content of the Acceptance Priority Ranking ("APR") report, delivery commitment schedules, schedule negotiations, and other relevant matters.

Estimated length of direct examination: 1 hour.

***4. Robert L. Morgan**
**207 Oonoga Way**
**Loudon, TN 37774**

Mr. Morgan, former Director of DOE's Nuclear Waste Policy Act ("NWPA") Project Office, is expected to testify concerning the early implementation of the NWPA, the formation of the Standard Contract, and other relevant matters.

Estimated length of direct examination: 1 - 2 hours.

**5. Thomas Pollog**
**Office of Civilian Radioactive Waste Management**
**United States Department of Energy**
**1000 Independence Ave., SW**
**Washington, DC 20585**

Mr. Pollog may testify concerning the implementation of the Standard Contract, including the development of acceptance rates, the issuance and content of the ACRs, the issuance and content of the APR, delivery commitment schedules, schedule negotiations, and other relevant matters. Mr. Pollog also may testify concerning the DOE database built upon the Form RW-859 data submitted by the utilities and used to develop fuel acceptance allocations and other relevant matters.

Estimated length of direct examination: 1 - 2 hours.

***6. David Zabransky**
**Office of Civilian Radioactive Waste Management**
**United States Department of Energy**
**1000 Independence Ave., SW**
**Washington, DC 20585**

Mr. Zabransky is expected to testify concerning the Government's implementation of the Standard Contract, including the development of acceptance rates, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, and schedule negotiations. Mr. Zabransky is also expected to testify concerning his knowledge of issues concerning the Standard Contract based upon his experience in the nuclear utility industry prior to his employment with DOE, and other relevant matters.

Estimated length of direct examination: 1 - 2 hours.

**Plaintiff's Employees (Present and Former)**

*1. **Greg Armatrout**
**Energy Northwest**
**P.O. Box 968**
**Richland, WA 99352-0968**

Mr. Armatrout is expected to testify concerning Energy Northwest's accounting system, certain costs claimed as damages related to the ISFSI project, Energy Northwest's use of, and costs related to, a credit line and bond, and other relevant matters.

Estimated length of direct examination: 30-45 minutes.

*2. **Dale Atkinson**
**Energy Northwest**
**P.O. Box 968**
**Richland, WA 99352-0968**

Mr. Atkinson is expected to testify regarding ENW's spent fuel storage needs, ENW's consideration of spent fuel storage activities prior to the construction of its dry spent fuel storage facility, ENW's implementation of its dry fuel storage facility including ENW's use of the HERMIT to deal with seismic concerns, and ENW's expectation with respect to DOE performance. He is also expected to testify about corporate inquiries regarding the estimation of the ISFSI project costs.

Estimated length of direct examination: 1-2 hours.

*3. **Richard Bresnahan**
**Energy Northwest**
**P.O. Box 968**
**Richland, WA 99352-0968**

Mr. Bresnahan is expected to testify regarding ENW's finance and accounting systems and other matters.

Estimated length of direct examination: 1 hour.

*4. **Lisa Ferek**
**16C Stonecrest Court**
**Hobbs, NM 88241**

As a former employee of Energy Northwest, Ms. Ferek is expected to testify regarding ENW's spent fuel storage needs, ENW's implementation of its dry fuel storage facility, including the first loading campaign and the duties of a fuel life cycle engineer associated with cask loading, the management of ENW's dry fuel storage project, issues relating to the Columbia

spent fuel pool, including Energy Northwest's practices regarding the maintenance of full core reserve, engineering issues regarding use of casks at ENW, and other relevant matters. Ms. Ferek is also expected to testify concerning her knowledge of issues concerning the Standard Contract.

Estimated length of direct examination: 2 hours.

*5. **Jonathan Hicks**
**Energy Northwest**
**P.O. Box 968**
**Richland, WA 99352-0968**

Mr. Hicks is expected to testify concerning Energy Northwest's accounting system, certain costs claimed as damages related to the ISFSI project, the results of an internal audit, and other relevant matters.

Estimated length of direct examination: 1 - 2 hours.

*6. **David Larkin**
**Energy Northwest**
**P.O. Box 968**
**Richland, WA 99352-0968**

As a former employee of ENW and a current consultant for ENW, Mr. Larkin is expected to testify regarding his background, ENW's spent fuel storage needs and consideration of spent fuel storage alternatives prior to the construction of its dry spent fuel storage facility, ENW's implementation of its dry fuel storage facility, including the procedures associated with cask loading, ENW's expectations with respect to DOE performance, ENW's participation in the ACR issue resolution process, and other relevant matters. Mr. Larkn is also expected to testify concerning his knowledge of issues concerning the Standard Contract based upon his experience

at ENW.

Estimated length of direct examination: 4-5 hours.

7. **Larry Noble**
**Energy Northwest**
**P.O. Box 968**
**Richland, WA 99352-0968**

Mr. Noble may testify regarding the dry cask storage project including plant modifications, casks and cask vendors, and labor.

Estimated length of direct examination: 30 minutes.

*8. **J. Vic Parrish**
**Energy Northwest**
**P.O. Box 968**
**Richland, WA 99352-0968**

Mr. Parrish is expected to testify generally regarding ENW's organization, ENW's consideration of spent fuel storage alternatives prior to the construction of its dry spent fuel storage facility, and ENW's implementation of its dry fuel storage facility.

Estimated Time For Direct Examination: 1 hour.

*9. **Greg Rowell**
**Energy Northwest**
**P.O. Box 968**
**Richland, WA 99352-0968**

Mr. Rowell is expected to testify concerning Energy Northwest's ISFSI project, the loading of SNF to dry storage at the ISFSI, plant modifications to support the ISFSI project and SNF loading, and other relevant matters.

Estimated length of direct examination: 30 minutes.

*10. **Steve Scammon**
**Energy Northwest**
**P.O. Box 968**
**Richland, WA 99352-0968**

Mr. Scammon is expected to testify about the use of equipment to address seismic issues associated with cask loading and certain analyses that were done as part of the dry storage project. Mr. Scammon is also expected to testify about certain labor issues.

Estimated length of direct examination: 30 minutes.

11. **John Suing**
**Energy Northwest**
**P.O. Box 968**
**Richland, WA 99352-0968**

Mr. Suing may testify regarding the cask loading process, incremental labor, and other relevant matters.

Estimated length of direct examination: 1 hour.

*12. **Neil Zimmerman**
**Energy Northwest**
**P.O. Box 968**
**Richland, WA 99352-0968**

Mr. Zimmerman is expected to testify concerning Energy Northwest's ISFSI project, the loading of SNF to dry storage at the ISFSI, plant modifications to support the ISFSI project and SNF loading, and other relevant matters.

Estimated length of direct examination: 30-45 minutes.

**Third Party Witnesses**

1. **Loring E. Mills**
**132 Eareckson Lane**
**Stevensville, MD 21666**

Mr. Mills, formerly with the Edison Electric Institute, a utility trade association, from 1976 to 1993, may testify concerning the authentication of documents regarding the development of the Standard Contract, the utilities' understanding regarding the rate and schedule of spent nuclear fuel acceptance by DOE, and EEI's efforts and attempt to amend, the Standard Contract.

Estimated length of direct examination: 1 - 2 hours.

2. **John Buchheit**
**Senior Engineer, Nuclear Fuels**
**Duke Engineering and Services**
**400 Donald Lynch Boulevard**
**Marlboro, MA 01752**

Mr. Buchheit, a former employee of Yankee Atomic Electric Company ("Yankee Atomic"), may be called to authenticate Yankee Atomic documents that the Government has placed upon its exhibit list.

Estimated length of direct examination: 30 minutes.

3. **Thomas L. Hayslett**
**910 Red Fox Lane**
**Hixson, Tennessee 37343**

Mr. Hayslett, a retired employee of Tennessee Valley Authority ("TVA"), may be called to authenticate TVA documents that the Government has placed upon its witness list.

Estimated length of direct examination: 30 minutes.

**4. Billy Cole**
**4370 Oak Bay Road**
**Port Ludlow WA 98365**

Mr. Cole, based upon his position as a contractor for DOE, may testify about the Government's implementation of the Standard Contract, including the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, and other relevant matters.

Estimated Time For Direct Examination: 1 hour.

**<u>Government Expert Witnesses</u>**

***1. R. Larry Johnson**
**Veris Consulting, LLC**
**11710 Plaza America Drive**
**Suite 300**
**Reston, VA 20190**

Mr. Johnson is expected to testify as an expert concerning the calculation of plaintiff's damages, certain accounting issues, adjustments to plaintiff's damages because certain claimed costs were non-incremental to the partial breach, and the monetization of expert opinions offered by Mr. Stuart and Dr. Hartman. Mr. Johnson's opinions and the bases for those opinions are set forth in his expert witness report. The information specified in FRCP 26(a)(2)(B) is attached to Mr. Johnson's expert witness report.

Estimated length of direct examination: 3 hours.

***2. Charles L. Stuart**
**c/o ABZ, Inc.**
**4451 Brookfield Corp. Drive**
**Chantilly, Virginia**

Mr. Stuart is expected to testify concerning technical and engineering matters relevant to Energy Northwest's ISFSI project at the Columbia plant, including testimony concerning activities that would have occurred at Energy Northwest regardless of the Government's delay in acceptance of spent nuclear fuel. Mr. Stuart's opinions and the bases for those opinions are set forth in his expert report. The information specified in Federal Rule of Civil Procedure 26(a)(2)(B) is attached to Mr. Stuart's expert report.

Estimated length of direct examination: 3 hours.

***3. Raymond S. Hartman**
**Greylock McKinnon Associates**
**1 Memorial Dr**
**Suite 1410**
**Cambridge, MA 02142-1313**

Mr. Hartman is expected to testify concerning an economic analysis of plaintiff's damages claim. Mr. Hartman's opinions and the bases for those opinions are set out in his expert witness report. The information specified in FRCP 26(a)(2)(B) is attached to Mr. Hartman's expert witness report.

Estimated Time For Direct Examination: 1-2 hours.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SONIA ORFIELD
Trial Attorneys
Department of Justice
Washington, D.C. 20530

June 30, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 30, 2008, a copy of the foregoing “DEFENDANT'S WITNESS LIST” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder