IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-10C<br>(Chief Judge Damich) |

**JOINT STIPULATIONS OF FACT**

For the purpose of simplifying the issues to be resolved at trial of this matter and for no other reason, the parties stipulate as follows:

## I. BACKGROUND

1. Energy Northwest, formerly known as Washington Public Power Supply System ("WPPSS"), is currently comprised of 22 member public utility districts or municipal utilities from across the state of Washington.

2. In November 1998, WPPSS changed its name to Energy Northwest. The name change did not involve a change to the corporate structure of the entity.

3. Energy Northwest operates the Columbia Generating Station ("Columbia"), a nuclear power plant.

4. Columbia is a 1,150-megawatt boiling water reactor located on the Department of Energy's ("DOE") Hanford Reservation in Richland, Washington.

5. On December 20, 1983, the Nuclear Regulatory Commission ("NRC") issued to Columbia a 40-year operating license. Columbia's current operating license will expire on December 20, 2023.

6. Columbia commenced commercial operations on December 13, 1984.

## II. NUCLEAR WASTE POLICY ACT AND THE STANDARD CONTRACT

7. On January 7, 1983, Congress enacted the Nuclear Waste Policy Act of 1982 ("NWPA"), Pub. L. 97-425, 96 Stat. 2201 (codified at 42 U.S.C. §§ 10101-10270 (1982)).

8. On February 4, 1983, DOE published a notice of proposed rulemaking in the Federal Register, proposing terms for the "Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste" ("Standard Contract") mandated by the NWPA, 42 U.S.C. §10222. See 48 Fed. Reg. 5458 (Feb. 4, 1983). PX 24.

9. On February 14, 1983, DOE sent a letter to WPPSS indicating that the President had signed the NWPA and attached a copy of the draft Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste that had been published in the Federal Register on February 4, 1983. PX 26.

10. On or about April 18, 1983, DOE sent a letter to WPPSS attaching the final version of the Standard Contract published in the Federal Register on the same day. PX 35.

11. On June 13, 1983, WPPSS executed the Standard Contract with DOE, containing the same material terms and conditions as those published by DOE in the Federal Register on April 14, 1983. On June 14, 1983, WPPSS transmitted the signed Standard Contract to DOE.

12. On June 27, 1983, DOE returned an executed copy of the Standard Contract to WPPSS. JX 1.

13. Through March 31, 2008, Energy Northwest has paid $150,563,399.72 into the Nuclear Waste Fund under the Standard Contract quarterly payment provision.

14. DOE did not begin accepting spent nuclear fuel ("SNF") pursuant to the authority granted by the Nuclear Waste Policy Act ("NWPA") or pursuant to the Standard Contract from

any nuclear utility Standard Contract holder by January 31, 1998. As of the date of this stipulation, DOE has not accepted any SNF from any nuclear utility Standard Contract holder, including Energy Northwest, pursuant to the authority granted by the NWPA or pursuant to the Standard Contract.

## III. SPENT NUCLEAR FUEL STORAGE AT COLUMBIA

15. The nuclear fuel used at Columbia consists of uranium pellets, which are sealed inside of long metal rods that are approximately 14 to 15 feet long. A number of metal fuel rods are arranged in a bundle to form an individual fuel assembly. The Columbia reactor core holds 764 fuel assemblies.

16. After a fuel assembly has been used to generate nuclear fission for a period of time, the uranium becomes depleted and the fuel assembly no longer contributes efficiently to the nuclear chain reaction. At that point, the fuel assemblies become "spent" and are referred to as SNF.

17. SNF that is discharged from the reactor core is transferred to what is commonly referred to as a "spent fuel pool." A spent fuel pool is a large, stainless-steel lined pool of water which both cools the SNF assemblies and provides station personnel with natural shielding from radiation emitted from the assemblies. When SNF assemblies are properly submerged, no additional radiation shielding is required for station personnel. The spent fuel pool is part of the original design of the plant and its dimensions are fixed.

18. SNF assemblies stored in a spent fuel pool are stored in spent fuel racks. Spent fuel racks are stainless steel racks which contain a number of storage locations or cells that can accommodate fuel assemblies, as well as other irradiated items.

19. Certain relevant characteristics of the Columbia spent fuel pool are:

a. The spent fuel pool is located inside the Columbia Reactor Building on what is referred to as the refuel floor or the 606' Elevation.

b. The spent fuel pool is approximately 40 feet by 34 feet and 39 feet deep, and is located just to the west of the reactor.

c. As currently configured, the spent fuel pool contains racks containing 2,658 storage locations.

20. A reracking performed by Energy Northwest prior to commencement of commercial operation in 1984 expanded the licensed capacity of the Columbia spent fuel pool from the originally-planned 1020 assemblies to the current licensed capacity of 2658 assemblies.

21. From the start of commercial operation through its most recent refueling in May 2007, in each of the following years, Columbia has discharged the following numbers of assemblies, which weighed the following amounts in metric tons of uranium (“MTU”):

| **Year** | **Assy.** | **MTU** |
|---|---|---|
| 1986 | 96 | 17.63 |
| 1987 | 124 | 22.70 |
| 1988 | 151 | 27.66 |
| 1989 | 137 | 25.10 |
| 1990 | 208 | 38.06 |
| 1991 | 120 | 21.16 |
| 1992 | 76 | 13.77 |
| 1993 | 128 | 22.53 |
| 1994 | 156 | 27.49 |
| 1995 | 152 | 26.72 |
| 1996 | 104 | 18.31 |

| Year | Assy. | MTU |
|---|---|---|
| 1997 | 112 | 19.07 |
| 1998 | 132 | 22.12 |
| 1999 | 248 | 41.56 |
| 2001 | 300 | 51.35 |
| 2003 | 292 | 51.20 |
| 2005 | 332 | 57.95 |
| 2007 | 272 | 47.71 |

22. Until 2002, all of the SNF at Columbia was stored in the spent fuel pool.

23. Energy Northwest executed a contract for the supply of Holtec International's dry cask storage system on July 30, 1999. JX 78.

24. In 2002, Energy Northwest completed construction of an Independent Spent Fuel Storage Installation ("ISFSI") at Columbia.

25. The ISFSI utilizes dry storage casks, composed of metal canisters with concrete overpacks, to store SNF.

26. The storage casks that Energy Northwest uses were manufactured by Holtec International. Each cask is designed to hold 68 fuel assemblies.

27. As of August 31, 2006, Energy Northwest had completed two SNF loading campaigns. Energy Northwest loaded five casks between September 2002 and December 2002, offloading a total of 340 SNF assemblies from the Columbia spent fuel pool. Energy Northwest loaded ten casks between February and April 2004, offloading a total of 680 SNF assemblies from the Columbia spent fuel pool. As of August 31, 2006, a total of 15 casks, containing 1020

fuel assemblies were loaded to the Columbia ISFSI.

## IV. COSTS

28. The parties agree and stipulate that the costs claimed by Energy Northwest in this matter, in the amount of $60,131,280, were actually incurred by Energy Northwest between July 1, 1994 and August 31, 2006, and that such costs are traceable to and supported by Energy Northwest's accounting records.

29. The parties state that, while the Government acknowledges that Energy Northwest actually incurred the costs identified in paragraph 28, the Government contests whether Energy Northwest is legally entitled to recover any of that amount on the grounds of lack of causation and/or reasonableness, on the ground that certain offsets should be taken, and/or on the ground that certain damages are not recoverable as a matter of law, and the Government expressly reserves the right to make any argument regarding non-recoverability with respect to any item or cost included in paragraph 28.

Respectfully submitted,

s/Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-78603
Telephone: (312) 923-2782
Facsimile: (312) 840-7782

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
1099 New York Avenue, N.W.
Washington, D.C. 20001
(202) 639-6000

William D. Heinz
David Jimenez-Ekman
Christopher Tompkins
April A. Otterberg
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
(312) 222-9350

Attorneys for Plaintiff

June 30, 2008

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder
SHARON A. SNYDER
Commercial Litigation Branch
U.S. Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
Office of General Counsel
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT R. DAMELIN
SONIA M. ORFIELD
Trial Attorneys
Commercial Litigation Branch

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 30, 2008, a copy of the foregoing "JOINT STIPULATIONS OF FACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder