**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF WITNESSES**

Pursuant to the Court's April 21, 2008 Trial Preparation Order, Plaintiff Energy Northwest ("EN") and Defendant the United States submit the following joint stipulation of witnesses.[1]

[1] Each party has provided the descriptions for those witnesses appearing solely on its list. The Plaintiff provided the descriptions of the witnesses appearing on both lists. Neither party necessarily agrees in full with the other's descriptions and reserves the right to object or move in limine regarding particular topics listed for each witness. Descriptions of the topics on which each witness will testify appear on each party's individual list.

## A. Witnesses Appearing on Both Parties' Lists

1. J. Vic. Parrish
Chief Executive Officer
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 377-4201

Mr. Parrish is currently the Chief Executive Officer of EN. He previously worked as Assistant Managing Director for Operations at EN.

2. Dale K. Atkinson
Vice President, Nuclear Generation & Chief Nuclear Officer
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 377-4302

Mr. Atkinson is a Vice President of Nuclear Generation and Chief Nuclear Officer at EN. He previously worked as a Manager of Engineering Services and as a Vice President, Technical Services.

3. David L. Larkin
Project Manager, Cask Fabrication
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 377-4201

Mr. Larkin is Project Manager of cask fabrication at EN.

4. Steve Scammon
Project Manager
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 377-4280

Mr. Scammon is a project manager at EN and previously worked as the ISFSI Program Manager.

5. Lisa Ferek
Fuel & Core Management Lead
Energy Northwest
P.O. Box 968
Richland, WA 99352-0968
(509) 377-8148

Ms. Ferek is the Fuel and Core Management Lead at EN.

6. Greg Armatrout
Finance Manager
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 372-5637

Mr. Armatrout works at EN as Manager of Finance Services and formerly worked as the Manager of Treasury Services.

7. Johnathan Hicks
Corporate Financial Performance Supervisor
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 372-5637

Mr. Hicks is a Corporate Financial Performance Supervisor at EN.

8. Loring Mills
132 Eareckson Lane
Stevensville, MD 22666
(410) 643-1244

Mr. Mills was a vice president at the Edison Electric Institute, a utility trade association, from 1976 to 1993.

9. Richard Bresnahan*
Manager, Treasury Services
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 372-5730

Mr. Bresnahan is Manager of Treasury Services and formerly was Manager of Finance at EN.

10. Neil D. Zimmerman*
Reactor Maintenance Supervisor
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 377-4211

Mr. Zimmerman works at EN as a Reactor Maintenance Supervisor.

11. Greg Rowell*
Project Manager
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 377-4280

Mr. Rowell is a Project Manager at EN and worked on the dry cask storage project.

* Appears on Plaintiff's Witness List as a "may call" witness.

12. John Suing*
ISFSI Program Manager
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 377-4729

Mr. Suing is the current ISFSI Program Manager at EN and worked on the dry cask storage project.

13. Alan Brownstein**
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

Mr. Brownstein is currently the Chief Operating Officer for the Department of Energy's ("DOE") Office of Civilian Radioactive Waste Management ("OCRWM").

14. Billy Cole**
4370 Oak Bay Road
Port Ludlow, WA 98365

Mr. Cole is a former employee of Battelle Memorial Institute ("Battelle"), the DOE contractor that operates DOE's Pacific Northwest National Laboratory, and of DOE subcontractor, JAI Corporation.

15. Christopher Kouts**
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

Mr. Kouts is the Principal Deputy Director of OCRWM.

---

** EN has designated prior testimony from the listed current/former DOE official or DOE contractor personnel and does not intend to call him/her as a live witness unless the testimony is not admitted. The Government has filed a motion to strike EN's prior testimony designations. EN will respond to this motion as provided by the Rules of the Court of Federal Claims.

16. Ronald Milner[**]
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

Mr. Milner is OCRWM's former Chief Operating Officer.

17. Robert L. Morgan[**]
P.O. Box 2589
Monument, CO 80132
(719) 559-3579

Mr. Morgan, now retired from public service, served as Director of DOE's Nuclear Waste Policy Act ("NWPA") Project Office from approximately January 1983 to January 1984.

18. Thomas Pollog[**]
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

Mr. Pollog is currently the DOE Contracting Officer's Technical Representative.

19. David Zabransky[**]
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

Mr. Zabransky is a Nuclear Utility Specialist at OCRWM. He is responsible for providing a wide variety of assistance to the Director of OCRWM, and he serves as the Contracting Officer for administration of the Standard Contracts between DOE and the nuclear activities.

[**] EN has designated prior testimony from the listed current/former DOE official or DOE contractor personnel and does not intend to call him/her as a live witness unless the testimony is not admitted. The Government has filed a motion to strike EN's prior testimony designations. EN will respond to this motion as provided by the Rules of the Court of Federal Claims.

**B. <u>Witnesses Appearing Only on Plaintiff's Witness List</u>**

20. John H. Swailes
Senior Project Manager
2nd Floor NOF
Calvert Cliffs Nuclear Power Plant
1650 Calvert Cliffs Parkway
Lusby, MD 20657
(410) 495-3912

Mr. Swailes was formerly the Plant Manager and Engineering Manager at EN.

21. Scott Vance
5800 Central Avenue Pike, #5411
Knoxville, TN 37912
(865) 632-7774

Mr. Vance is a former employee of Battelle, the contractor that operates DOE's Pacific Northwest National Laboratory, and a former employee of DOE subcontractors, CH2M Hill and JAI Corporation. He is currently employed by Tennessee Valley Authority.

22. Michael P. Emmert
30 South Wacker Drive, Suite 3100
Chicago, IL 60606
(312) 583-2168

Mr. Emmert will provide expert testimony regarding the amount of EN's damages and the net present value analysis prepared by the Government's expert.

23. Eileen M. Supko***
Energy Resources International
1015 18th Street, N.W., Suite 650
Washington, D.C. 20036
(202) 785-8833

Ms. Supko will provide expert testimony regarding the impact of various DOE rates of acceptance, EN's allocations under different DOE acceptance rates, and DOE's efforts to develop SNF transport casks.

24. Eric R. Bush***
Enercon Services, Inc.
400 Valley Road, Suite 301
Mt. Arlington, NJ 07856
(973) 601-0510

Mr. Bush will provide expert testimony regarding spent fuel storage pool expansion and issues related to loading of dry storage and transport casks.

25. Rolly Fuller*
Project Manager
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 377-4148

Mr. Fuller is currently working at EN as a Project Manager and previously worked on the dry cask storage project at EN.

*** The Government objects to the inclusion of plaintiff's expert witnesses, Eileen M. Supko and Eric R. Bush, on this list because the Government has filed motions in limine related to portions of their testimony. EN contends the motions are meritless and, in any event, address only portions of each witness's proposed testimony.

* Appears on Plaintiff's Witness List as a "may call" witness.

**C. Witnesses Appearing Only on Defendant's Witness List**

26. Larry Noble
Energy Northwest
P.O. Box 968
Richland, WA 99352-0968

Mr. Noble is a civil engineer at Energy Northwest.

27. John Buchheit
Senior Engineer, Nuclear Fuels
Duke Engineering and Services
400 Donald Lynch Boulevard
Marlboro, MA 01752

Mr. Buchheit is a former employee of Yankee Atomic Energy Company.

28. Thomas L. Hayslett
910 Red Fox Lane
Hixson, TN 37343

Mr. Hayslett is a retired employee of Tennessee Valley Authority.

29. R. Larry Johnson[****]
Veris Consulting, LLC
11710 Plaza America Drive
Suite 300
Reston, VA 20190

Mr. Johnson is expected to testify as an expert concerning the calculation of EN's damages, adjustments to EN's damages, and the monetization of expert opinions offered by Mr. Stuart and Dr. Hartman.

[****] EN has moved in limine to exclude the testimony of R. Larry Johnson, Charles Stuart, and Raymond Hartman.

30. Charles L. Stuart****
c/o ABZ, Inc.
4451 Brookfield Corp. Drive
Chantilly, VA

Mr. Stuart is expected to testify as an expert concerning technical and engineering matters relevant to EN's ISFSI project at the Columbia plant, including whether EN would have performed certain activities regardless of the Government's delay in SNF acceptance.

31. Raymond S. Hartman****
Greylock McKinnon Associates
1 Memorial Drive
Suite 1410
Cambridge, MA 02142-1313

Dr. Hartman is expected to testify as an expert concerning an economic analysis of EN's damages claim.

**D. <u>Witnesses Plaintiff May Present if the Need Arises</u>[2]**

32. Lake H. Barrett
7805 Potters Mill Court
Derwood, MD 20855
(301) 519-8636

Mr. Barrett worked for DOE in various positions, including Acting Director and Deputy Director of the Office of Civilian Radioactive Waste Management ("OCRWM"), and Acting Director of the Office of Facilities Siting & Development.

[2] EN has designated prior testimony from the current/former DOE officials or DOE contractor personnel listed in this section and does not intend to call them as live witnesses unless their testimony is not admitted. The Government objects to the inclusion of these DOE officials and/or contractors on this list because the Government has filed a motion to strike EN's prior testimony designations in toto. EN believes the motion is meritless and will respond to it as provided by the Rules of the Court of Federal Claims.

33. Daniel Dreyfus
1536 Forest Lane
McLean, VA 22101-3314
(703) 536-5491

Dr. Dreyfus is a former Director of OCRWM and also worked as special assistant to the Secretary of Energy.

34. Susan Klein
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

Ms. Klein worked for the DOE from 1984-2002 in various positions, including as Assistant General Counsel in the Office of the General Counsel and then as Senior Policy Advisor to the Director & Deputy Director of OCRWM.

35. Michael Lawrence
Battelle Memorial Institute
P.O. Box 999
Richland, WA 99352
(509) 372-6902

Mr. Lawrence worked for the DOE as the Acting Director of OCRWM and also worked as a Deputy Director of the Nuclear Waste Policy Act Implementation Office, Director of Spent Fuel Storage and Transport, Deputy Director of the Program for Geologic Disposal Storage and Disposal, and DOE's Manager of Richland Operations. Mr. Lawrence is currently employed by Battelle.

36. Robert Rosselli
Vice President, Business Development
Composite Power
Las Vegas Office
2700 East Sunset Rd.
Building A / Unit 9
Las Vegas, NV 89120

Mr. Rosselli worked at the DOE as the Director of the Resource Management Division in the OCRWM.

37. Benard Rusche
10 Chicorana Road
West Columbia, SC 29169
(803) 739-0811

Mr. Rusche is a former Director of OCRWM.

38. Nancy Slater-Thompson
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

Ms. Slater-Thompson worked for DOE in various positions, including as the Acting Division Director and Team Leader of Regulatory Coordination Division and as the Team Leader & Contracting Officer's Technical Representative of the Waste Acceptance Division in the OCRWM.

39. Victor Trebules
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

Mr. Trebules is currently employed in OCRWM's regulatory authority office, and has worked for the DOE in a variety of positions, including Director of the Office of Project Control for OCRWM, OCRWM program analyst, senior technical advisor and technical assistant to the

OCRWM Director, Acting Director of the M&O Management Division, Director of the Storage Division, and Director of the Program Management Division.

40. Jeffrey Williams
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

Mr. Williams is currently employed in OCRWM's regulatory authority office, and has served in several management positions in OCRWM, including Chief of the Facilities Branch, Director of the Engineering Division, and Director of the Systems Engineering Division.

Dated: June 30, 2008

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

COUNSEL FOR PLAINTIFF

Of counsel:

David A. Handzo
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001-4412
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
April A. Otterberg
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
(202) 616-0347 telephone
(202) 307-2503 facsimile

COUNSEL FOR DEFENDANT

Of Counsel:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SONIA ORFIELD
Trial Attorneys
Department of Justice
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June 2008, a copy of the foregoing *Joint Stipulation of Witnesses* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch