**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT EXHIBIT LIST**

Pursuant to the Court's April 21, 2008 Trial Preparation Order, plaintiff Energy Northwest and defendant the United States hereby submit their Joint Exhibit List (attached as Exhibit 1) for the trial scheduled to commence on October 20, 2008. This list is composed of exhibits that appear on both parties' exhibit lists. The parties have identified these exhibits and determined which version of these duplicative exhibits they will use at trial.

By submitting this Joint Exhibit List, the Government does not waive its understanding that admission of each document requires the use with, and admission through, an appropriate witness at trial. EN disagrees with the Government on this point because, among other reasons: (1) EN has designated prior testimony that provides a foundation for certain exhibits, and (2) some public records also may be self-authenticating under Federal Rule of Evidence 902.

Dated: June 30, 2008

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

COUNSEL FOR PLAINTIFF

Of counsel:

David A. Handzo
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001-4412
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
April A. Otterberg
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
(202) 616-0347 telephone
(202) 307-2503 facsimile

COUNSEL FOR DEFENDANT

Of Counsel:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SONIA ORFIELD
Trial Attorneys
Department of Justice
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June 2008, a copy of the foregoing *Joint Exhibit List* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch

# EXHIBIT 1

***Energy Northwest v. United States***

**JOINT EXHIBIT LIST**

| Joint Exh. No. | Bates Numbers | Document Date | Description of Document |
|---|---|---|---|
| JX 1 | ENW 0182216-0182278 | 6/27/1983 | Letter from T. Keefe, DOE Contracting Officer, to R. Lewis, WPPSS, re: Contract No. DE-CR01-83NE44424 for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste, and attaching executed contract. |
| JX 2 | PNL168 4349-4436 | 6/00/1982 | Report titled "Spent Fuel Storage Requirements: An Update of DOE/SR-007." |
| JX 3 | SN048683-048724 | 1/25/1983 | EEI's Unsolicited Comments on Draft Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. |
| JX 4 | ENW 0182712-0182713 | 3/8/1983 | Letter from P. Shen, WPPSS, to J. Atkinson, DOE, re: spent fuel disposal services. |
| JX 5 | YDK023709-023716 | 5/20/1983 | Letter from J. Kearney, Edison Electric Institute, to R. Morgan, DOE, re: 10 CFR Part 961 - Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. |
| JX 6 | SN 069588-070014 | 2/00/1984 | Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting, December 12-15, 1983. |
| JX 7 | ENW 0053500-0053502 | 6/1/1984 | Memorandum from W. Wolkenhauer to D. Larkin re: analysis of spent nuclear fuel storage requirements for WNP-2. |
| JX 8 | HQ0005264-0005796 | 6/00/1985 | Mission Plan for the Civilian Radioactive Waste Management Program, Volume I (June 1985). |
| JX 9 | YMP001 1045-2123 | 6/00/1985 | Mission Plan for the Civilian Radioactive Waste Management Program, Volumes II & III (June 1985). |
| JX 10 | PNL037 0307-0349 | 3/00/1987 | Monitored Retrievable Storage Submission to Congress, Volume I: The Proposal (March 1987). |
| JX 11 | PA142473-142480 | 4/3/1987 | Letter from J. Kearney, Edison Electric Institute, to B. Rusche, DOE, re: Draft Mission Plan Amendment. |

*Energy Northwest v. United States*

## JOINT EXHIBIT LIST

| Joint Exh. No. | Bates Numbers | Document Date | Description of Document |
|---|---|---|---|
| JX 12 | CTR006 0247-0260 | 4/28/1987 | Letter from S. Kraft, Utility Nuclear Waste Management Group, to T. Jedrey, DOE Contracting Officer, requesting clarification of the Standard Contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. |
| JX 13 | FOI 004-1898 to 2421 | 6/00/1987 | Mission Plan Amendment, With Comments on the Draft Amendment and Responses to the Comments (June 1987). |
| JX 14 | HQ001 2705-2792 | 6/00/1987 | 1987 Annual Capacity Report. |
| JX 15 | PNL028 1142-1146 | 10/2/1987 | Letter from T. Jedrey, DOE Contracting Officer, to S. Kraft, Utility Nuclear Waste Management Group, in response to UNWMG letter requesting clarification of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. |
| JX 16 | HQR025 5201-5309 | 6/00/1988 | Draft 1988 Mission Plan Amendment (June 1988). |
| JX 17 | ENW 0247975-0247978 | 8/24/1988 | Letter from D. Mazur to T. Isaacs re: Draft 1988 Mission Plan Amendment. |
| JX 18 | ENW 0634419-0634425 | 10/26/1988 | D. Larkin presentation to EN Executive Board re: status of DOE waste program. |
| JX 19 | ENW 0486788-0486810 | 10/28/1988 | Minutes of Executive Board 10/28/1988 meeting. |
| JX 20 | PNL070 2272-2303 | 6/00/1989 | The DOE Position on the MRS Facility (June 1989). |
| JX 21 | HQR036 3992-4185 | 11/00/1989 | Report of the Monitored Retrievable Storage Commission titled "Nuclear Waste: Is There a Need for Federal Interim Storage?" |
| JX 22 | YMP0002 0181-0215 | 11/29/1989 | Report to Congress by the Secretary of Energy on the Reassessment of the Civilian Radioactive Waste Management Program (November 1989). |
| JX 23 | COF023 1015-1015 | 4/27/1990 | Letter from C. Rueter, DOE, to A. DiDesidero, WPPSS, re: the DOE will not issue a 1989 ACR. |

**JOINT EXHIBIT LIST**

| Joint Exh. No. | Bates Numbers | Document Date | Description of Document |
|---|---|---|---|
| JX 24 | ENW 0053469-0053476 | 8/17/1990 | Letter from D. Mazur to J. Bartlett re: Civilian High-Level Waste Program Interim Storage of Spent Nuclear Fuel. |
| JX 25 | PNL107 1603-1705 | 12/00/1990 | Preliminary Estimates of the Total-System Cost for the Restructured Program: An Addendum to the May 1989 Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program. |
| JX 26 | EDB 0011518-0011519 | 12/21/1990 | Memorandum from R. Milner, DOE, re: approval for publication of the 1990 Annual Capacity Report. |
| JX 27 | ENW 0242627-0242634 | 2/13/1991 | D. Larkin presentation to Executive Board re: dry cask storage options and other issues. |
| JX 28 | ENW 0247720 | 6/2/1991 | Letter from D. Larkin to C. Rueter re: draft Acceptance Priority Ranking. |
| JX 29 | ENW 0053513-0053568 | 6/26/1991 | D. Larkin whitepaper re: spent fuel storage options. |
| JX 30 | ENW 0247705-0247706 | 7/29/1991 | Letter from A. DiDesidero to C. Rueter re: Contract No. DE-CRO1-83NE44424 Draft Acceptance Priority Ranking. |
| JX 31 | HQ0006854-6889 | 12/00/1991 | 1991 Acceptance Priority Ranking. |
| JX 32 | HQR004 0354-0417 | 12/00/1991 | 1991 Annual Capacity Report. |
| JX 33 | ENW 0183383-0183391 | 3/4/1992 | Letter from M. Detmer, DOE Contracting Officer, to A. DiDesidero, WPPSS, re: enclosed instructions for completing Delivery Commitment Schedules. |
| JX 34 | ENW 0492257-0492294 | 4/00/1992 | FY 1993 Fuel Management Plan. |
| JX 35 | ENW 0487046-0487067 | 4/10/1992 | Minutes of Executive Board 4/10/1992 meeting. |
| JX 36 | ENW 0053584-0053586 | 10/21/1992 | D. Larkin presentation to EN Executive Board re: high-level waste program status. |

***Energy Northwest v. United States***

**JOINT EXHIBIT LIST**

| Joint Exh. No. | Bates Numbers | Document Date | Description of Document |
|---|---|---|---|
| JX 37 | HQR064-3848 - HQR064-3851 | 12/17/1992 | Letter from J. Watkins, Secretary of Energy, to Senator Johnston, Chairman of U.S. Senate Committee on Energy and Natural Resources, re: DOE's new strategy for SNF receipt. |
| JX 38 | ENW 0053445 | 12/31/1992 | Memorandum from D. Larkin to R. Latorre re: WNP-2 fuel pool expansion. |
| JX 39 | ENW 0648102-0648138 | 4/13/1993 | FY 1994 Fuel Management Plan. |
| JX 40 | DB102315-102356 | 5/00/1993 | 1992 Annual Capacity Report (Revision 1). |
| JX 41 | HQR036 1098-1099 | 9/2/1993 | Letter from L. Barrett to J. Shelter re: multipurpose canisters. |
| JX 42 | ENW 0053446-0053455 | 9/17/1993 | Letter from C. Blessing to R. Latoree re: fuel pool storage expansion at WNP-2. |
| JX 43 | ENW 0262064-0262065 | 4/4/1994 | Memorandum from F. Latoree to D. Larkin re: Private Spent Fuel Storage Facility. |
| JX 44 | ENW 0487231-0487262 | 4/28/1994 | Minutes of Executive Board 4/28/1994 meeting. |
| JX 45 | ENW 0586991-0586993 | 2/28/1995 | E-mail from D. Larkin to J. Parrish re: radioactive waste management conference. |
| JX 46 | AZT001 0335-0405 | 3/00/1995 | Acceptance Priority Ranking & Annual Capacity Report (March 1995). |
| JX 47 | ENW 0261893-0261894 | 4/11/1995 | Letter from J. Howard to W. Counsil re: private fuel storage facility. |
| JX 48 | ENW 0586909 | 5/4/1995 | E-mail from D. Larkin to D. Atkinson re: project to evaluate spent fuel storage options. |
| JX 49 | ENW 0261891-0261892 | 5/12/1995 | Letter from W. Counsil to J. Howard re: private fuel storage with Mescalaro Apaches. |
| JX 50 | ENW 0491120-0491151 | 6/7/1995 | FY 1996 Fuel Management Plan. |

*Energy Northwest v. United States*

## JOINT EXHIBIT LIST

| Joint Exh. No. | Bates Numbers | Document Date | Description of Document |
|---|---|---|---|
| JX 51 | ENW 0251378-0251405 | 6/15/1995 | Memorandum from D. Larkin to B. Counsil et. al. re: evaluation of spent fuel storage options for WNP-2. |
| JX 52 | ENW 0053893-0053898 | 6/20/1995 | D. Larkin materials re: spent fuel storage for WNP-2. |
| JX 53 | ENW 0246175 | 6/30/1995 | Memorandum from D. Larkin to P. Bemis re: spent fuel storage. |
| JX 54 | ENW 0487306-0487314 | 7/14/1995 | Minutes of Board of Directors 7/14/1995 meeting. |
| JX 55 | ENW 0255593 | 10/19/1995 | Memorandum from R. Torres to D. Atkinson re: spent fuel pool inventory |
| JX 56 | ENW 0246182 | 11/30/1995 | E-mail from D. Larkin to J. Burn et. al. re: 11/29/1995 meeting with NRC regarding spent fuel storage. |
| JX 57 | ENW 0241500-0241503 | 6/6/1996 | Memorandum from D. Larkin to Contract Review Board re: request for proposals for dry cask storage system. |
| JX 58 | ENW 0264064 - 0264068 | 6/28/1996 | Memorandum from D. Larkin re: ISFSI site selection. |
| JX 59 | ENW 0589500-0589501 | 11/12/1996 | E-mail from D. Larkin to D. Atkinson and J. Swailes re: consideration of reracking. |
| JX 60 | ENW 0053415-0053417 | 11/22/1996 | D. Larkin materials for meeting with EFSEC re: Spent Fuel Storage Project Update. |
| JX 61 | ENW 0572205 | 2/13/1997 | E-mail from D. Larkin to D. Mand et. al. re: spent fuel storage. |
| JX 62 | ENW 0193608 | 7/10/1997 | Memorandum from J. Parrish to P. Bemis re: procurement of dry cask storage system. |
| JX 63 | ENW 0129752-0129753 | 10/15/1997 | E-mail from D. Larkin to A. Abrams et. al. re: NRC meeting on spent fuel storage. |
| JX 64 | ENW 0150176 | 12/5/1997 | E-mail from D. Larkin to A. Abrams et. al. re: Southern Nuclear selection of dry cask storage vendor. |

*Energy Northwest v. United States*

**JOINT EXHIBIT LIST**

| Joint Exh. No. | Bates Numbers | Document Date | Description of Document |
|---|---|---|---|
| JX 65 | ENW 0053480-0053482 | 1/16/1998 | Memorandum from D. Larkin to P. Bemis re: deferral of ISFSI construction. |
| JX 66 | ENW 0247020-0247021 | 1/21/1998 | Memorandum from D. Larkin to J. Kane re: spent fuel pool reracking. |
| JX 67 | ENW 0217988-0217994 | 11/9/1998 | E-mail from D. Larkin to P. Bentrup, et. al., re: Holtec Spent Fuel Cask Meeting |
| JX 68 | ENW 0193682 | 12/10/1998 | Memorandum from J. Parrish to R. Webring re: procurement of a dry cask storage system. |
| JX 69 | ENW 0050568-0050606 | 3/31/1999 | Holtec Best and Final Proposal for Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation at WNP-2; Volume II -- Pricing Proposal. |
| JX 70 | ENW 0193390-0193393 | 4/28/1999 | Memorandum from Source Evaluation Panel to R. Webring re: recommendation for award of contract for dry cask storage system. |
| JX 71 | ENW 0129356 | 5/4/1999 | E-mail from D. Larkin to L. Noble re: R. Webring approval of award of contract for dry cask storage to Holtec International. |
| JX 72 | ENW 0099363-0099373 | 5/11/1999 | E-mail from D. Larkin to EN employees re: Trip Report-Holtec Dry Storage Meetings. |
| JX 73 | ENW 0648034-0648037 | 5/13/1999 | Executive Board Action Memorandum No. 773. |
| JX 74 | ENW 0193436-0193439 | 5/24/1999 | Letter from R. Webring to E. Brost re: award of contract for dry cask storage system. |
| JX 75 | ENW 0074287 | 2/12/2000 | E-mail from D. Atkinson to D. Larkin et. al. re: EFSEC approval of ISFSI construction. |
| JX 76 | ENW-EMS 001727-001814 | 5/31/2000 | Certificate of Compliance for HI-STORM 100: Docket No. 72-1014, Amendment 0. |
| JX 77 | ENW 0254127-0254154 | 10/30/2000 | Letter from EN to NRC re: request for amendment to WNP-2 operating license. |

*Energy Northwest v. United States*

## JOINT EXHIBIT LIST

| Joint Exh. No. | Bates Numbers | Document Date | Description of Document |
|---|---|---|---|
| JX 78 | ENW 0147846 | 12/11/2000 | E-mail from S. Scammon to R. Webring re: use of internal and external resources on dry cask storage project. |
| JX 79 | ENW 0529532 | 1/23/2001 | E-mail from S. Scammon to E. Guerra re: spent fuel storage contingency plans. |
| JX 80 | ENW 0074268-0074281 | Undated | Chart re: ISFSI procedures. |
| JX 81 | ENW 0049800-0049840 | 4/25/2002 | Credit Agreement between Energy Northwest and Citibank. |
| JX 82 | ENW 0049844-0049868 | 4/25/2002 | EN Executive Board Resolution No. 1250. |
| JX 83 | ENW 0049841-0049843 | 5/10/2002 | EN Promissory Note issued to Citibank. |
| JX 84 | ENW 0100453 | 6/28/2002 | E-mail from S. Scammon to D. Atkinson, et. al. re: NRC inspection of dry cask loading dry run. |
| JX 85 | ENW 0087853-0087881 | 9/12/2002 | G. Rowell presentation re: Columbia Generating Station ISFSI plant modifications. |
| JX 86 | ENW 0111042-0111044 | 2/11/2003 | E-mail from L. Linik to S. Oxenford forwarding e-mail from L. Ferek re: dry cask loading requirements. |
| JX 87 | ENW 0246942-0246982 | 9/30/2007 | Appendix 3A to Holtec International proposal for dry cask storage system re: alternate interim spent fuel storage pool expansion. |
| JX 88 | CTR003 0916-0922 | Undated | Report titled "Standard Contract Issue Resolution Process: An Overview and Status." |
| JX 89 | ENW 0054297 | Undated | J. Hicks chart re: EN calculation of internal services costs. |
| JX 90 | ENW 0647386-0647456 | Undated | EN Administrative & General budgets for FY 2000-2007. |