**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S WITNESS LIST**

Pursuant to the Court's April 21, 2008 Trial Preparation Order, Plaintiff Energy Northwest ("EN") submits its list of witnesses for the trial scheduled to commence on October 20, 2008. Consistent with RCFC Appendix A ¶¶ 13(b) and 15(a), this list does not contain witnesses that EN may call exclusively for impeachment. Pursuant to the Trial Preparation Order, Plaintiff has endeavored to include rebuttal witnesses, but reserves the right to identify additional rebuttal witnesses to the extent required by pre-trial disclosures from the Government. Plaintiff also reserves the right to call any witnesses on Defendant's witness list.

## I. Witnesses EN Expects To Present.[1]

1. J. Vic. Parrish
Chief Executive Officer
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 377-4201

Estimated time of direct examination: 3 hours.

Mr. Parrish will testify regarding (1) his role as Chief Executive Officer and Assistant Managing Director for Operations; (2) the history and background of EN and its relationship to Pacific-Northwest public utilities, ratepayers, and the Bonneville Power Administration ("BPA"); (3) operation of the Columbia Generating Station ("Columbia"); (4) EN's decision to implement dry cask storage known as an Independent Spent Fuel Storage Installation ("ISFSI") at Columbia and its study, consideration, and analysis of other spent fuel storage options; (5) how EN would have managed its spent nuclear fuel ("SNF") storage needs had DOE performed; (6) EN's current and previous expectations about when the Department of Energy ("DOE") will actually commence performance; (7) EN's future plans for dealing with the effects of DOE's breach; and (8) how EN has been damaged as a result of DOE's breach of the Standard Contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste ("Standard Contract"). Mr. Parrish may also testify regarding other related matters.

[1] As Plaintiff previously disclosed in its September 8, 2006 Rule 26(a) disclosures, the testimony of Plaintiff's fact witnesses may include matters involving scientific, technical or other highly specialized knowledge in the areas identified for each of the witnesses. While the testimony of these witnesses may involve areas requiring scientific, technical and other highly specialized knowledge, Plaintiff does not believe that this potential testimony is properly covered by Federal Rule of Evidence 702, because these witnesses will be offering fact and occurrence testimony, not expert testimony.

2. Dale K. Atkinson
Vice President, Nuclear Generation & Chief Nuclear Officer
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 377-4302

Estimated time of direct examination: 3 hours.

Mr. Atkinson will testify regarding (1) his roles as Manager of Engineering Services and Vice President, Technical Services, and as Vice President, Nuclear Generation and Chief Nuclear Officer; (2) the operation of Columbia, including the nuclear power generation process and the creation and management of SNF; (3) the quantity of SNF discharged by Columbia and projections regarding future discharges; (4) the capacity of Columbia's spent fuel pool and EN's practices with respect to maintenance of full core discharge capability ("FCDC"); (5) EN's decision to implement dry cask storage at Columbia and its study, consideration, and analysis of other spent fuel storage options; (6) how EN would have managed its SNF storage needs had DOE performed; (7) EN's implementation of dry cask storage; (8) EN's first two dry storage cask loading campaigns and plans to load dry storage casks in the future; (9) EN's current and previous expectations about when DOE will actually commence performance; (10) how EN has been damaged as a result of DOE's breach of the Standard Contract; and (9) EN's future plans for dealing with the effect of DOE's breach. Mr. Atkinson may also testify regarding other related matters.

3. David L. Larkin
Project Manager, Cask Fabrication
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 377-4201

Estimated time of direct examination: 5 hours.

Mr. Larkin will testify regarding (1) his role in EN's Engineering and Fuels departments and other positions at EN; (2) the operation of Columbia, including the nuclear power generation process and the creation and management of SNF; (3) EN's expectations regarding DOE's performance of the Standard Contract and interactions with DOE regarding the Standard Contract; (4) the capacity of EN's spent fuel pool, EN's past efforts to expand that capacity, and EN's practices with respect to maintenance of FCDC; (5) EN's decision to implement dry cask storage at Columbia and its study, consideration, and analysis of other spent fuel storage options; (6) how EN would have managed its SNF storage needs had DOE performed; (7) EN's procurement process for a dry cask storage system; (8) EN's implementation of dry cask storage; (9) EN's first two dry storage cask loading campaigns and plans to load dry storage casks in the future; (10) EN's expectations about when DOE will actually commence performance; and (11) how EN has been damaged as a result of DOE's breach of the Standard Contract. Mr. Larkin may also testify regarding other related matters.

4. John H. Swailes
Senior Project Manager
2nd Floor NOF
Calvert Cliffs Nuclear Power Plant
1650 Calvert Cliffs Parkway
Lusby, MD 20657
(410) 495-3912

Estimated time of direct examination: 2.5 hours.

Mr. Swailes will testify regarding (1) his role as Plant Manager and Engineering Manager at EN; (2) EN's decision to implement dry cask storage at Columbia and its study, consideration, and analysis of other spent fuel storage options; (3) how EN would have managed its SNF had DOE performed; (4) EN's procurement process for a dry cask storage system; (5) EN's expectations, during his employment at EN, about when DOE would actually commence performance; and (6) how EN has been damaged as a result of DOE's breach of the Standard Contract. Mr. Swailes may also testify regarding other related matters.

5. Steve Scammon
Project Manager
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 377-4280

Estimated time of direct examination: 3 hours.

Mr. Scammon will testify regarding (1) his role as ISFSI Program Manager; (2) EN's decision to implement dry cask storage at Columbia and its consideration of other alternatives; (3) EN's implementation of dry cask storage; (4) the costs of EN's implementation of dry cask storage; (5) EN's loading of dry storage casks; and (6) how EN has been damaged as a result of DOE's breach of the Standard Contract. Mr. Scammon may also testify regarding other related matters.

6. Lisa Ferek
Fuel & Core Management Lead
Energy Northwest
P.O. Box 968
Richland, WA 99352-0968
(509) 377-8148

Estimated time of direct examination: 1 hour.

Ms. Ferek will testify regarding (1) her role in EN's fuels department; (2) the quantity of SNF discharged by Columbia and projections regarding future discharges; (3) the capacity of Columbia's spent fuel pool; (4) EN's loading of dry storage casks; (5) EN's plans for future dry storage cask loading; and (6) how EN has been damaged as a result of DOE's breach of the Standard Contract. Ms. Ferek may also testify regarding other related matters.

7. Greg Armatrout
Finance Manager
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 372-5637

Estimated time of direct examination: 1.5 hours.

Mr. Armatrout will testify regarding (1) his role as Manager of Treasury Services and Manager of Finance Services; (2) EN's relationship with Pacific-Northwest public utilities, ratepayers, and BPA; (3) EN's financing of the costs of implementation of dry cask storage and the interest costs of such financing; (4) EN's accounting methods, processes, nomenclature, and methods of maintaining business records of expenditures; (5) the costs of EN's implementation of dry cask storage and EN's accounting records related to the dry cask storage project; and (6) how EN has been damaged as a result of DOE's breach of the Standard Contract. Mr. Armatrout may also testify regarding other related matters.

8. Johnathan Hicks
Corporate Financial Performance Supervisor
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 372-5637

Estimated time of direct examination: 2.5 hours.

Mr. Hicks will testify regarding (1) his role in EN's finance department; (2) EN's financing of the costs of implementation of dry cask storage and the interest costs of such financing; (3) EN's accounting methods, processes, nomenclature, and methods of maintaining business records of expenditures; (4) the costs of EN's implementation of dry cask storage and EN's accounting records related to the dry cask storage project; and (5) how EN has been damaged as a result of DOE's breach of the Standard Contract. Mr. Hicks may also testify regarding other related matters.

9. Scott Vance
5800 Central Avenue Pike, #5411
Knoxville, TN 37912
(865) 632-7774

Estimated time of direct examination: 1 hour.

Mr. Vance will testify regarding (1) his work in support of DOE's SNF program and DOE's Office of Civilian Radioactive Waste Management; and (2) the rates of SNF acceptance published by DOE. Mr. Vance may also testify regarding other related matters.

10. Loring Mills
132 Eareckson Lane
Stevensville, MD 22666
(410) 643-1244

Estimated time of direct examination: 2 hours.

Mr. Mills will testify regarding (1) his role in the nuclear utility industry; (2) the federal government's encouragement of nuclear power and its corresponding commitment to dispose of wastes generated by nuclear power; (2) involvement of the Atomic Energy Commission, Energy Research Development Administration, the Nuclear Regulatory Commission, and the DOE in the disposal of SNF; (3) public and private efforts related to disposal or reprocessing of SNF prior to the passage of the Nuclear Waste Policy Act; (4) background leading to the Nuclear Waste Policy Act ("NWPA") and the Standard Contract; (5) expectations of utilities and the nuclear utility industry regarding DOE performance under the Standard Contract, including the appropriate acceptance rate; (4) the drafting and execution of the Standard Contract; and (5) DOE's actual performance of its obligations under the Standard Contract and NWPA. Mr. Mills may also testify regarding other related matters.

11. Any witness identified on the Defendant's exhibit list.

## II. Expert Witnesses EN Expects To Present.

12. Michael P. Emmert
30 South Wacker Drive, Suite 3100
Chicago, IL 60606
(312) 583-2168

Estimated time of direct examination: 4 hours

Mr. Emmert will provide expert testimony regarding the amount of EN's damages and the net present value analysis prepared by the Government's expert. Mr. Emmert may also

testify regarding other related matters. Mr. Emmert's opinions and the bases for those opinions are set forth in his expert witness reports.

13. Eileen M. Supko
Energy Resources International
1015 18th Street, N.W., Suite 650
Washington, D.C. 20036
(202) 785-8833

Estimated time of direct examination: 2.5 hours.

Ms. Supko will provide expert testimony regarding the impact of various DOE rates of acceptance, EN's allocations under different DOE acceptance rates, DOE's efforts to develop SNF transport casks, and the development of storage casks. Ms. Supko may also testify regarding other related matters. Ms. Supko's opinions and the bases for those opinions are set forth in her expert witness reports.

14. Eric R. Bush
Enercon Services, Inc.
400 Valley Road, Suite 301
Mt. Arlington, NJ 07856
(973) 601-0510

Estimated time of direct examination: 2.5 hours.

Mr. Bush will provide expert testimony regarding spent fuel pool storage expansion options at EN and issues related to loading of dry storage and transport casks. Mr. Bush may also testify regarding other related matters. Mr. Bush's opinions and the bases for those opinions are set forth in his expert witness reports.

## III. Witnesses EN May Present If The Need Arises.

### A. EN Employees.

15. Richard Bresnahan
Manager, Treasury Services
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 372-5730

Mr. Bresnahan may testify regarding (1) his role as Manager of Treasury Services and Manager of Finance; (2) EN's relationship with Pacific Northwest public utilities, ratepayers, and BPA; (3) EN's financing of the costs of implementation of dry cask storage and the interest costs of such financing; (4) EN's accounting methods, processes, and nomenclature and methods of maintaining business records of expenditures; (5) the costs of EN's implementation of dry cask storage and EN's accounting records related to the dry cask storage project; and (6) how EN has been damaged as a result of DOE's breach of the Standard Contract. Mr. Bresnahan may also testify regarding other related matters.

16. Neil D. Zimmerman
Reactor Maintenance Supervisor
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 377-4211

Mr. Zimmerman may testify regarding (1) his role on the dry cask storage project; (2) the operation of Columbia including the process of loading dry storage casks; (3) EN's implementation of dry cask storage; and (4) EN's first two dry storage cask loading campaigns and plans to load dry storage casks in the future. Mr. Zimmerman may also testify regarding other related matters.

17. Greg Rowell
Project Manager
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 377-4280

Mr. Rowell may testify regarding (1) his role on the dry cask storage project and (2) EN's implementation of dry cask storage. Mr. Rowell may also testify regarding other related matters.

18. John Suing
ISFSI Program Manager
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 377-4729

Mr. Suing may testify regarding (1) his role on the dry cask storage project and (2) EN's second dry storage cask loading campaign and plans to load dry storage casks in the future. Mr. Suing may also testify regarding other related matters.

19. Rolly Fuller
Project Manager
Energy Northwest
P.O. Box 968
Richland, WA 99532-0968
(509) 377-4148

Mr. Fuller may testify regarding (1) his role on the dry cask storage project; (2) EN's second dry storage cask loading campaign and plans to load dry storage casks in the future; and (3) EN's practices with respect to maintenance of FCDC. Mr. Fuller may also testify regarding other related matters.

**B. Current Or Former DOE And Contractor Personnel That EN May Present.**

In its Corrected Notice of Designation of Deposition and Prior Trial Testimony or, in the Alternative, Motion for Leave to Admit Prior Testimony into Evidence filed on June 3, EN

identified deposition and prior trial testimony from the following current/former DOE officials or DOE contractor personnel that EN intends to use as substantive evidence at the trial in this action.[2] However, EN reserves the right to call some or all of these witnesses to provide live testimony if required by (1) the Court's disposition of EN's motion; (2) matters and issues raised by the Government in its case; and (3) to overcome any Government objections to the admission of Government documents. EN also reserves the right to call additional witnesses as necessary to overcome any Government objections to the admission of Government documents.

20. Lake H. Barrett
7805 Potters Mill Court
Derwood, MD 20855
(301) 519-8636

Mr. Barrett may testify regarding: (1) DOE's efforts, plans, and objectives for accepting spent fuel from utilities over the years of his relationship to the SNF program; (2) DOE's interpretation of and plans for implementing the Standard Contract and/or the NWPA; (3) a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities; (4) DOE contingency plans, such as the Multipurpose Canister Program; and (5) various Government documents related to DOE's implementation of the Standard Contract and/or the NWPA. Mr. Barrett may also testify regarding other related matters.

21. Alan Brownstein
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

Mr. Brownstein may testify regarding: (1) DOE's efforts, plans, and objectives for accepting spent fuel from utilities over the years of his relationship to the SNF program;

[2] The Government has since filed a motion to strike EN's motion. EN will respond to this motion, which EN believes is meritless, as provided by the Rules of the Court of Federal Claims.

(2) DOE's interpretation of and plans for implementing the Standard Contract and/or the NWPA; (3) utility comments in relation to the Standard Contract or aspects of the SNF program; (4) a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities; and (5) various Government documents related to DOE's implementation of the Standard Contract and/or the NWPA. Mr. Brownstein may also testify regarding other related matters.

22. Billy Cole
4370 Oak Bay Road
Port Ludlow, WA 98365

Mr. Cole may testify regarding: (1) DOE's efforts, plans, and objectives for accepting spent fuel from utilities over the years of his relationship to the SNF program; (2) the interpretation of and plans for implementing the Standard Contract and/or the NWPA; (3) utility comments in relation to the Standard Contract or aspects of the SNF program; (4) a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities; and (5) various Government documents related to DOE's implementation of the Standard Contract and/or the NWPA. Mr. Cole may also testify regarding other related matters.

23. Daniel Dreyfus
1536 Forest Lane
McLean, VA 22101-3314
(703) 536-5491

Dr. Dreyfus may testify regarding: (1) DOE's efforts, plans, and objectives for accepting spent fuel from utilities over the years of his relationship to the SNF program; (2) DOE's interpretation of and plans for implementing the Standard Contract and/or the NWPA; (3) a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities; (4) various Government documents related to DOE's implementation of the Standard Contract and/or the

NWPA; and (5) the effect on utilities of DOE's breach. Dr. Dreyfus may also testify regarding other related matters.

24. Susan Klein
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

Ms. Klein may testify regarding: (1) DOE's efforts, plans, and objectives for accepting spent fuel from utilities; (2) DOE's interpretation of and plans for implementing the Standard Contract and/or the NWPA; (3) a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities; and (4) various Government documents related to DOE's implementation of the Standard Contract and/or the NWPA. Ms. Klein may also testify regarding other related matters.

25. Christopher Kouts
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

Mr. Kouts may testify regarding the following matters related to his duties with the SNF program: (1) DOE's efforts, plans, and objectives for accepting spent fuel from utilities over the years of his relationship to the SNF program; (2) DOE's interpretation of and plans for implementing the Standard Contract and/or the NWPA; (3) a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities; (4) various Government documents related to DOE's implementation of the Standard Contract and/or the NWPA; (5) the effect on utilities of DOE's breach, including but not limited to their need to build on-site storage facilities; and (6) DOE's current plans for SNF acceptance. Mr. Kouts may also testify regarding other related matters.

26. Michael Lawrence
Battelle Memorial Institute
P.O. Box 999
Richland, WA 99352
(509) 372-6902

Mr. Lawrence may testify regarding: (1) DOE's efforts, plans, and objectives for accepting spent fuel from utilities over the years of his relationship to the SNF program; (2) the adoption of the Standard Contract; (3) DOE's interpretation of and plans for implementing the Standard Contract and/or the NWPA; (4) a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities; and (5) various Government documents related to DOE's implementation of the Standard Contract and/or the NWPA. Mr. Lawrence may also testify regarding other related matters.

27. Ronald Milner
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

Mr. Milner may testify regarding: (1) DOE's efforts, plans, and objectives for accepting spent fuel from utilities over the years of his relationship to the SNF program; (2) DOE's interpretation of and plans for implementing the Standard Contract and/or the NWPA; (3) a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities; and (4) various Government documents related to DOE's implementation of the Standard Contract and/or the NWPA. Mr. Milner may also testify regarding other related matters.

28. Robert L. Morgan
P.O. Box 2589
Monument, CO 80132
(719) 559-3579

Mr. Morgan may testify regarding: (1) DOE's efforts, plans, and objectives for accepting spent fuel from utilities over the years of his relationship to the SNF program; (2) the adoption of

the Standard Contract; (3) DOE's interpretation of and plans for implementing the Standard Contract and/or the NWPA; (4) utility comments in relation to the Standard Contract or aspects of the SNF program; (5) a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities; and (6) various Government documents related to DOE's implementation of the Standard Contract and/or the NWPA. Mr. Morgan may also testify regarding other related matters.

29. Thomas Pollog
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

Mr. Pollog may testify regarding: (1) DOE's efforts, plans, and objectives for accepting spent fuel from utilities over the years of his relationship to the SNF program; (2) DOE's interpretation of and plans for implementing the Standard Contract and/or the NWPA; (3) a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities; (4) various Government documents related to DOE's implementation of the Standard Contract and/or the NWPA; and (5) DOE contingency plans, such as the Multipurpose Canister Program. Mr. Pollog may also testify regarding other related matters.

30. Robert Rosselli
Vice President, Business Development
Composite Power
Las Vegas Office
2700 East Sunset Rd.
Building A / Unit 9
Las Vegas, NV 89120

Mr. Rosselli may testify regarding: (1) DOE's efforts, plans, and objectives for accepting spent fuel from utilities over the years of his relationship to the SNF program; (2) the adoption of the Standard Contract; (3) DOE's interpretation of and plans for implementing the Standard

Contract and/or the NWPA; (4) utility comments in relation to the Standard Contract or aspects of the SNF program; (5) a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities; and (6) various Government documents related to DOE's implementation of the Standard Contract and/or the NWPA. Mr. Rosselli may also testify regarding other related matters.

31. Benard Rusche
10 Chicorana Road
West Columbia, SC 29169
(803) 739-0811

Mr. Rusche may testify regarding: (1) DOE's efforts, plans, and objectives for accepting spent fuel from utilities over the years of his relationship to the SNF program; (2) the adoption of the Standard Contract; (3) DOE's interpretation of and plans for implementing the Standard Contract and/or the NWPA; (4) a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities; and (5) various Government documents related to DOE's implementation of the Standard Contract and/or the NWPA. Mr. Rusche may also testify regarding other related matters.

32. Nancy Slater-Thompson
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

Ms. Slater-Thompson may testify regarding: (1) DOE's efforts, plans, and objectives for accepting spent fuel from utilities over the years of her relationship to the SNF program; (2) DOE's interpretation of and plans for implementing the Standard Contract and/or the NWPA; (3) the role of Delivery Commitment Schedules in the implementation of the Standard Contract; (4) utility comments in relation to the Standard Contract or aspects of the SNF program; (5) a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities; (6) various

Government documents related to DOE's implementation of the Standard Contract and/or the NWPA; and (7) regulatory issues related to the DOE's acceptance of SNF from utilities. Ms. Slater-Thompson may also testify regarding other related matters.

33. Victor Trebules
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

Mr. Trebules may testify regarding: (1) DOE's efforts, plans, and objectives for accepting spent fuel from utilities over the years of his relationship to the SNF program; (2) DOE's interpretation of and plans for implementing the Standard Contract and/or the NWPA; (3) a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities; (4) various Government documents related to DOE's implementation of the Standard Contract and/or the NWPA; and (5) DOE contingency plans, such as the Multipurpose Canister Program. Mr. Trebules may also testify regarding other related matters.

34. Jeffrey Williams
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

Mr. Williams may testify regarding: (1) DOE's efforts, plans, and objectives for accepting spent fuel from utilities over the years of his relationship to the SNF program; (2) DOE's interpretation of and plans for implementing the Standard Contract and/or the NWPA; (3) DOE contingency plans, such as the Mulitpurpose Canister Program; (4) the various SNF storage options available to or used by utilities; (5) a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities; and (6) various Government documents related to DOE's implementation of the Standard Contract and/or the NWPA. Mr. Williams may also testify regarding other related matters.

35. David Zabransky
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

Mr. Zabransky may testify regarding: (1) DOE's efforts, plans, and objectives for accepting spent fuel from utilities over the years of his relationship to the SNF program; (2) DOE's interpretation of and plans for implementing the Standard Contract and/or the NWPA; (3) utility comments in relation to the Standard Contract or aspects of the SNF program; (4) a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities; (5) various program documents related to DOE's implementation of the Standard Contract and/or the NWPA; (6) DOE contingency plans, such as the Multipurpose Canister Program; and (7) DOE's current plans for SNF acceptance. Mr. Zabransky may also testify regarding other related matters.

Dated: June 30, 2008

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
Telephone: (312) 923-2782
Facsimile: (312) 840-7782

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
April A. Otterberg
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
(312) 222-9350

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June 2008, a copy of the foregoing *Plaintiff's Witness List* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch