**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO EXTEND TIME TO**
**RESPOND TO GOVERNMENT'S MOTION TO STRIKE**

Plaintiff Energy Northwest respectfully moves for an extension of two days to respond to the Government's Motion To Strike Energy Northwest's Notice Of Designation Of Deposition And Prior Trial Testimony Or, In The Alternative, Motion For Leave To Admit Prior Testimony Into Evidence And, In The Alternative, Motion In Limine To Preclude Reliance Upon Those Designations As Substantive Evidence Pursuant To Preclude Reliance Upon Those Designations As Substantive Evidence Pursuant To RCFC 32(a) and Federal Rule of Evidence 801(d)(2) (the "Motion To Strike"), to and including Wednesday July 9, 2008. In support of this motion, Plaintiff states:

1. On June 19, 2008 the Government filed its Motion To Strike. Pursuant to the RCFC, Plaintiff's response is currently due on July 7, 2008.

2. Plaintiff's counsel has worked diligently on its response to the Motion to Strike. However, in light of the numerous filings made by the parties on Monday, June 30, 2008, and the intervening Independence Day Holiday, Plaintiff's counsel needs a short extension to finalize the response.

3. Accordingly, Plaintiff respectfully requests an extension of two days, to and including Wednesday July 9, 2008 to file its response. Plaintiff does not anticipate that granting

this extension will affect any other dates set by the Court, including the trial date. This is Plaintiff's first request for an extension to file a response to the Government's Motion To Strike.

4. Counsel for the Government, Sharon Snyder, has represented that the Government does not oppose this two-day extension.

WHEREFORE, Plaintiff respectfully moves for an extension of two days for Plaintiff to respond to the Government's Motion to Strike, to and including Wednesday July 9, 2008.

DATED: July 7, 2008

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
Telephone: (312) 923-2782
Facsimile: (312) 840-7782

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
April A. Otterberg
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
(312) 222-9350

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July 2008, a copy of the foregoing *Unopposed Motion To Extend Time To Respond To Motion To Strike* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch