**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE MEMORANDUM OF FACT AND LAW**

Plaintiff Energy Northwest respectfully moves for an extension of seven days to file its Memorandum of Fact And Law, to and including Friday, July 18, 2008, and extend the date for the Defendant's Responsive Memorandum Of Fact And Law by the same period, to and including Friday, August 15, 2008. In support of this motion, Plaintiff states:

1. Pursuant to Paragraph 2(c)((ii) of the Court's April 21, 2008 Trial Preparation Order, Plaintiff's Memorandum Of Fact And Law is currently due on Friday, July 11, 1008. The Government's Responsive Memorandum Of Fact And Law is currently due on Friday, August 8, 2008.

2. Plaintiff's counsel has worked diligently on its Memorandum of Fact And Law. However, in light of the numerous filings made by the parties on Monday, June 30, 2008, and the intervening Independence Day Holiday, Plaintiff's counsel desires additional time to complete the Memorandum Of Fact And Law and confer with the client regarding the same.

3. Accordingly, Plaintiff respectfully requests an extension of seven days, to and including Friday, July 18, 2008 to file its Memorandum Of Fact And Law.

4. Counsel for the Government, Sharon Snyder, has represented that the Government does not oppose this seven-day extension, provided the Government also receives an additional

seven days to file its Responsive Memorandum Of Fact And Law, to and including Friday August 15, 2008.

5. Plaintiff does not anticipate that granting this extension will affect any other dates set by the Court, including the trial date. This is Plaintiff's first request for an extension of the deadline to file its Memorandum Of Fact And Law.

WHEREFORE, Plaintiff respectfully moves for an extension of seven days for Plaintiff to file its Memorandum Of Fact And Law, to and including Friday, July 18, 2008 and extend the date for the Defendant's Responsive Memorandum Of Fact And Law by the same period, to and including Friday, August 15, 2008.

DATED: July 7, 2008

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
Telephone: (312) 923-2782
Facsimile: (312) 840-7782

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
April A. Otterberg
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
(312) 222-9350

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July 2008, a copy of the foregoing *Unopposed Motion To Extend Time To File Memorandum Of Fact And Law* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch