IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-0010C |
| v. | ) | Chief Judge Damich |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY BRIEF AND TO FILE IT UNDER SEAL

Pursuant to the Court's trial preparation order, dated April 21, 2008, and RCFC 5.3 and 7, defendant, the United States, respectfully seeks leave to file a short reply brief to address issues raised by plaintiff in its response to our motion to exclude the rebuttal expert report of Eric Bush. Pursuant to the Court's April 21, 2008 trial preparation order, defendant filed several motions in limine on May 30, 2008. Plaintiff filed its responses to those motions on June 30, 2008. In the trial preparation order, the Court provided that "replies to such motions may not be filed without leave of Court." Trial Preparation Order, ¶2(c)(i)(4). We seek leave to file our brief on or before July 18, 2008.

A reply brief is necessary to permit the Government to address several representations that plaintiff made regarding the facts at issue here. Specifically, defendant believes that a reply to the sharp attacks against our expert, Charles Stuart, contained in the plaintiff's opposition to our motion to exclude the rebuttal testimony of Eric Bush are necessary so that the Court has a complete version of the expertise of both Messrs. Bush and Stuart. Further, plaintiff suggests that we did not challenge Mr. Bush's initial report. In fact, as a result of questioning by

defendant during his deposition, Mr. Bush changed his expert opinion. Mr. Emmert, plaintiff's damages expert, in turn amended his damages analysis. With a short reply brief, the Court will have the information necessary to make an informed decision on the issues presented in the motions in limine, and a brief will assist in clarifying those issues. If the Court grants this motion, defendant requests that it be permitted to file its reply brief on or before July 18, 2008.

Further, pursuant to the Protective Order entered by the Court in this case on August 26, 2006, defendant, the United States, respectfully requests leave of Court to file its reply and the accompanying appendix, under seal. Pursuant to this Court's August 6, 2007 order, the Government intends to file its reply brief through the Court's Electronic Court Filing ("ECF") system. Our response will refer to information and documents that are confidential material in accordance with paragraph 1 of the Protective Order. Defendant intends to include some of these materials in the accompanying appendix. For the most part, the Government has referred to the consolidated appendix already filed by plaintiff under seal.

For these reasons, the Government respectfully requests that the Court grant it leave to file a reply brief and the accompanying appendix, under seal, on or before July 18, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT R. DAMELIN
SONIA M. ORFIELD
Trial Attorneys
Department of Justice
Washington, D.C. 20530

July 15, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 15, 2008, a copy of the foregoing “DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY BRIEF AND TO FILE IT UNDER SEAL” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder