# In the United States Court of Federal Claims

No. 04-10 C
(Filed: July 17, 2008)

****************************************
**ENERGY NORTHWEST,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
****************************************

## ORDER

On July 15, 2008, Defendant, the United States ("the Government"), filed a Motion for Leave to File a Reply Brief and to File it Under Seal. The Government requests the opportunity to respond to assertions made by Plaintiff, Energy Northwest, in its Response to Defendant's Motion in Limine to Exclude the Rebuttal Testimony of Eric Bush. Specifically, the Government seeks to respond to Energy Northwest's "sharp attacks" against its expert, Charles Stuart. Energy Northwest filed a response opposing the Government's Motion for Leave to File a Reply Brief on July 16, 2008.

The Court finds that the same criticisms of Mr. Stuart offered in Energy Northwest's Response to Defendant's Motion in Limine to Exclude the Rebuttal Testimony of Eric Bush are also offered in Energy Northwest's Motion in Limine to Exclude Opinion Testimony of Charles L. Stuart. *See* Energy Northwest's Motion in Limine to Exclude Opinion Testimony of Charles L. Stuart at 4-7. The Government had the opportunity to, and did, address those issues in its response to the motion to exclude Mr. Stuart. *See* Defendant's Response to Plaintiff's Motion in Limine to Exclude Charles L. Stuart's Expert Testimony at 10-13. Thus, there is no need for the Government to address the same issues in a reply brief, as requested in the instant motion.

As such, the Government's Motion for Leave to File a Reply Brief and to File It Under Seal is hereby DENIED.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge