IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-10C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant defendant an additional two days, to and including July 25, 2008, to file its reply to plaintiff's response to the Government's motion to strike notice of designation of deposition and prior trial testimony, filed on July 9, 2008. The Government's reply is currently due on July 23, 2008.[1] This is the defendant's first request for an enlargement of time for this purpose. Counsel for Energy Northwest, Norman Hirsch, has indicated that Energy Northwest does not oppose this request.

Defendant requires the additional time to review and prepare a reply to plaintiff's response because counsel for the Government is currently working to complete other pretrial filings in this case. Furthermore, attorneys who would normally assist counsel for the Government are also working on the trial before the Court in Dairyland Power Cooperative v. United States, No. 04-106C. Therefore, counsel is unable to complete the preparation of the

[1] The Government understands that its reply is due seven business days after July 9, 2008, with an additional three business days added pursuant to RCFC 6(e) because of the manner of service. Accordingly, we have calculated the due date as July 23, 2008. However, the PACER system indicates that the reply is due today, July 21, 2008. Regardless of whether our or PACER's calculation of the due date is correct, we are seeking an enlargement of time to Friday, July 25, 2008.

reply by the current date.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time of two days, to and including July 25, 2008, within which to file a reply to plaintiff's response to the Government's motion to strike notice of designation of deposition and prior trial testimony, filed on July 9, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SONIA ORFIELD
Trial Attorneys
Department of Justice
Washington, D.C. 20530

July 21, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 21, 2008 a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder