**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ENERGY NORTHWEST'S OBJECTIONS**
**TO DEFENDANT'S PROPOSED TRIAL EXHIBITS**

Pursuant to the Court's April 21, 2008 Trial Preparation Order, plaintiff Energy Northwest hereby submits its Objections to Defendant's Proposed Trial Exhibits (attached as Exhibit 1) for the trial scheduled to commence on October 20, 2008.

Energy Northwest has yet to receive copies of some of the exhibits appearing on the Government's trial exhibit list. For these exhibits, Energy Northwest has made objections or otherwise responded to the document it has identified as corresponding to the Bates range set forth on the Government's list. Energy Northwest reserves the right to make objections should the physical copy of any proposed trial exhibit deviate from Energy Northwest's expectations. For exhibits identified as Joint Exhibits, the Government has sometimes included Bates numbers corresponding to two separate versions of the exhibit; the description and Bates range found in the parties' Joint Exhibit List establishes the correct version of the exhibit.

Dated: July 25, 2008

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
330 N Wabash Avenue
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
April A. Otterberg
Jenner & Block LLP
330 N Wabash Avenue
Chicago, IL 60611
(312) 222-9350

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July 2008, a copy of the foregoing *Energy Northwest's Objections to Defendant's Proposed Trial Exhibits* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch