# EXHIBIT 1

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description* | Objection |
|---|---|---|---|---|
| DX 001.000 | ENW 0182216 - 0182278<br>COF023 0741 - 0802 | 06/13/1983 | Letter from T. Keefe, DOE Contracting Officer, to R. Lewis, WPPSS, re: Contract No. DE-CR01-83NE44424 for the Disposal of Spent Nuclear Fuel and/or High-level Radioactive Waste attaching executed contract. | No objection -- exhibit is JX 1. |
| DX 002.000 | ARC001 0001 - 0055 | 03/03/1983 | Administrative Record-Standard Contract: Public Hearing on the Standard Contact for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it contains comments provided by nuclear utilities or companies that are not parties to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it contains comments provided by nuclear utilities or companies that are not parties to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 002.001 | ARC001 0056 - 0070 | 02/04/1983 | Federal Register Notice Part IV, re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | No objection. |
| DX 002.002 | ARC001 0071 - 0090 | 04/18/1983 | Federal Register Notice Part II, Re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | No objection. |
| DX 002.003 | ARC001 0091 - 0101 | 02/04/1983 | Response to request for comments on Standard Contract for Disposal of SNF and/or HLW | FRE 401/402: The exhibit is irrelevant because it merely identifies utilities, which do not include EN, that provided comments on the draft Standard Contract but are not parties to this action, and does not contain any such comments. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. |

*EN has provided the Government's description of each exhibit verbatim. EN neither agrees nor disagrees with the Government's descriptions.

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 002.004 | ARC001 0102 - 0120 | 02/08/1983 | Letter from Hunton & Williams to NWPA-Project Office, DOE | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be.** |
| DX 002.005 | ARC001 0121 - 0125 | 02/07/1983 | Letter from Southern California Edison Company to NWPA-Project Office, re: Contract for Disposal of SNF and/or High-Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |

**Group Exhibit DX2 (DX 2.000 through DX 2.086) is apparently the Department of Energy's administrative record concerning the rulemaking for the Standard Contract. Although EN does not dispute that the documents described at DX 2.000 through DX 2.086 are in fact the Department of Energy's administrative record and therefore does not assert an authenticity/FRE 901 objection to the administrative record as a whole, EN reserves the right to dispute the authenticity of individual portions of the administrative record to the extent such portions are used on their own or as documents reflecting what individual utilities or others in fact wrote and submitted to the Government concerning the Standard Contract. In addition, while the record as a whole can be considered as an official record of Government proceedings, depending on their intended use, the individual portions of the record may constitute inadmissible hearsay, and EN reserves the right to object to those individual portions on that basis.

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.006 | ARC001 0126 - 0136 | 02/08/1983 | Letter from H.B. Tucker, Duke Power Company, to NWPA-Project Office, re: Contract for Disposal of SNF and/or High-Level Radioactive Waste - Preliminary Comments | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.007 | ARC001 0137 - 0137 | 02/17/1983 | Letter from the Virginia State Corporation Commission Division of Energy Regulation to NWPA - Project Office, re: Standard Contract: Proposed Rulemaking | FRE 401/402: The exhibit is irrelevant because it concerns a state governmental agency that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a state governmental agency that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.008 | ARC001 0138 - 0140 | 02/24/1983 | Letter from San Diego Gas & Electric to NWPA-Project Office, re: Request for Comments on Standard Contract - Federal Register Notice | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.009 | ARC001 0141 - 0148 | 03/03/1983 | Statement before the Public Hearing on DOE's Draft | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.010 | ARC001 0149 - 0156 | Undated | Statement of E. Linn Draper, Jr., Senior Vice President- External Affairs Gulf States Utilities Company on Behalf of the EEI, the UNWMG | No objection. |
| DX 002.011 | ARC001 0157 - 0163 | 03/03/1983 | Public Hearing Comments from Dr. William M. Jacobi, General Manager, Nuclear Fuel Division, Westinghouse Electric Corporation | FRE 401/402: The exhibit is irrelevant because it concerns a company that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a company that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.012 | ARC001 0164 - 0168 | 03/03/1983 | Letter from D. H. Peterson, Northern States Power Company, to NWPA-Project Office, re: Comments on the Draft Waste Disposal Contract | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.013 | ARC001 0169 - 0175 | Undated | Omaha Public Power District's Comments Concerning Draft Standard Contract for the Disposal of SNF | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.014 | ARC001 0176 - 0187 | 03/04/1983 | Letter from the Cincinnati Gas & Electric Company, re: Notice of Proposed Rulemaking on Standard Contract for Disposal of SNF to NWPA-Project Office | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.015 | ARC001 0188 - 0206 | Undated | Comments by Consumers Power Company on Contract for Disposal of SNF | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.016 | ARC001 0207 - 0211 | 03/03/1983 | Letter from H.L. Brey, Public Service Company of Colorado to NWPA-Project Office, re: Proposed Standard Contract for Disposal of SNF | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.017 | ARC001 0212 - 0224 | 03/04/1983 | Comments from the Cleveland Electric Illuminating Company, re: Contract for Disposal of SNF and/or High-Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.018 | ARC001 0225 - 0235 | Undated | Comments from the Gulf States Utility, re: Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.019 | ARC001 0236 - 0239 | 03/03/1983 | Comments by Wisconsin Public Service Corporation; Contract for the Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.020 | ARC001 0240 - 0241 | 03/04/1983 | Letter from the Iowa Department of Transportation to NWPA-Project Office, re: Proposed DOE Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a state governmental agency that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a state governmental agency that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.021 | ARC001 0242 - 0245 | 03/04/1983 | Letter from the Public Service of New Hampshire to NWPA-Project Office, re: Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns the Public Service of New Hampshire, which is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns the Public Service of New Hampshire, which is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.022 | ARC001 0246 - 0249 | 03/04/1983 | Letter from GPU Services to NWPA-Project Office, re: Contract for Disposal of SNF and/or High-Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.023 | ARC001 0250 - 0254 | 03/04/1983 | Letter from Yankee Atomic Electric Company, A.R. Soucy to NWPA-Project Office, re: Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.024 | ARC001 0255 - 0259 | 03/03/1983 | Letter from Public Service Electric & Gas Co, Fryling, to NWPA-Project Office, re: Nuclear Waste Policy Act of 1982 Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste Notice of Proposed Rulemaking 10 CFR Part 961 48 F.R. No. 25 | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.025 | ARC001 0260 - 0262 | 03/03/1983 | Letter from the Long Island Lighting Company, W.J. Tunney, to NWPA-Project Office, re: Contract for Disposal of SNF and/or High-Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a company that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a company that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.026 | ARC001 0263 - 0268 | 03/03/1983 | Letter from Northeast Utilities, B.W. Erk, to NWPA-Project Office, re: Contract for Disposal of SNF and/or High-Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns specific nuclear utilities that are not parties this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns specific nuclear utilities that are not parties to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.027 | ARC001 0269 - 0273 | 03/04/1983 | Letter from Southern Company Services, Inc., Ruble A. Thomas, to Robert Morgan, NWPA-Project Office, re: Contract for Disposal of SNF and/or High-Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.028 | ARC001 0274 - 0282 | 03/04/1983 | Letter from Alabama Power, F.L. Clayton, to Robert Morgan, NWPA-Project Office, re: Contract for Disposal of SNF and/or High-Level Radioactive Waste | FRE 106: The exhibit is missing its final page, which should, in fairness, be considered contemporaneously with this document. |
| DX 002.029 | ARC001 0283 - 0290 | 03/03/1983 | Standard Contract Administrative Record Final Comments from Duke Power Company; Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.030 | ARC001 0291 - 0298 | 03/01/1983 | Letter from Kansas Gas and Electric Company to NWPA-Project Office, re: Contract for Disposal of SNF and/or High-Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.031 | ARC001 0299 - 0301 | 03/03/1983 | Letter from Iowa Electric Light and Power Company to NWPA-Project Office, re: Comments on the Proposed DOE Waste Disposal Services Contract J-70 | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.032 | ARC001 0302 - 0315 | 03/04/1983 | Letter from the Mississippi Power and Light Company to NWPA-Project, re: Grand Gulf Nuclear Station Units 1 & 2 File: 0321/15162/N155.0/L860.0 Comments, re: Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste; Notice of Proposed Rule | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.033 | ARC001 0316 - 0324 | 03/04/1983 | Letter from Portland General Electric Company, J.T. Owens to NWPA- Project Office, re: Comments and Recommendation Concerning DOE's Draft Contract for Disposal of SNF and/or High-Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.034 | ARC001 0325 - 0412 | 03/07/1983 | Letter from EEI to Robert Morgan, NWPA-Project Office, re: Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste Larkin05 | No objection. |
| DX 002.035 | ARC001 0413 - 0413 | 03/02/1983 | Letter from Atlantic Electric to NWPA-Project Office, re: Nuclear Waste Policy Act of 1982 Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste Notice of Proposed Rulemaking | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.036 | ARC001 0414 - 0415 | 03/03/1983 | Letter from Detroit Edison to NWPA-Project Office, re: comments on Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.037 | ARC001 0416 - 0416 | 03/02/1983 | Letter from the State of Iowa, Dept. of Public Defense-Disaster Services to NWPA-Project Office, re: Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a state governmental agency that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a state governmental agency that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.038 | ARC001 0417 - 0417 | 03/02/1983 | Letter from Robert Alexander to the NWPA-Project Office, re: Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns comments from a member of the public who is neither a party nor a witness in this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns comments from a member of the public who is neither a party nor a witness in this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document |

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | is what its proponent claims it to be. |
| DX 002.039 | ARC001 0418 - 0420 | 03/07/1983 | Letter from American Electric Power to NWPA Project Office, re: 10 C.F.R. PART 961, Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.040 | ARC001 0421 - 0422 | 03/05/1983 | Letter from Nuclear Energy Information Service, Energy Analyst, to NWPA Project Office, re: Corrections to Testimony given Concerning Recommended Sites for High-Level Nuclear Waste Repositories | FRE 401/402: The exhibit is irrelevant because it concerns comments from a member of the public who is neither a party nor a witness in this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns comments from a member of the public who is neither a party nor a witness in this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.041 | ARC001 0423 - 0435 | 03/04/1983 | Letter from Penberthy, Electomelt International, Inc., L. Penberthy to NWPA-Project Office, re: Hearing for Public Comment on Utility Contracts, March 3, 1983 | FRE 401/402: The exhibit is irrelevant because it concerns comments from company that is not a party to this action about issues unrelated to the Standard Contract, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns comments from a company that is not a party to this action about issues unrelated to the Standard Contract, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.042 | ARC001 0436 - 0437 | 03/05/1983 | Letter from Larry Caldwell to NWPA Project Office, re: Comments on Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste-Federal Register, Vol. 48, Proposed Rule | FRE 401/402: The exhibit is irrelevant because it concerns comments from a member of the public who is neither a party nor a witness in this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns comments from a member of the public who is neither a party nor a witness in this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.043 | ARC001 0438 - 0441 | 03/07/1983 | Letter from Florida Power and Light Company, re: Standard Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.044 | ARC001 0442 - 0443 | 03/04/1983 | Letter from Arkansas Power & Light Company, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.045 | ARC001 0444 - 0445 | 03/04/1983 | Letter from Nebraska Public Power District to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.046 | ARC001 0446 - 0446 | 03/07/1983 | Letter from Department of Justice to NWPA-Project Office, re: Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns comments from the U.S. Department of Justice on contractual indemnification provisions not at issue in this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns comments from the U.S. Department of Justice on contractual indemnification provisions not at issue in this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.047 | ARC001 0447 - 0448 | 03/04/1983 | Letter from Nebraska Public Power District to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.048 | ARC001 0449 - 0451 | 03/04/1983 | Letter from Pennsylvania Power & Light Company to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.049 | ARC001 0452 - 0455 | 03/04/1983 | Letter from Duquesne Light to NWPA-Project Office, re: Letter from Nebraska Public Power District to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.050 | ARC001 0456 - 0457 | 03/04/1983 | Letter from Toledo Edison to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.051 | ARC001 0458 - 0464 | 03/04/1983 | Letter from Commonwealth Edison to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.052 | ARC001 0465 - 0467 | 03/07/1983 | Letter from the Environmental Policy Institute, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a non-profit entity that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a non-profit entity that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.053 | ARC001 0468 - 0472 | 03/07/1983 | Letter from Westinghouse Electric Corporation to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns comments from a company that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns comments from a company that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.054 | ARC001 0473 - 0473 | 03/02/1983 | Letter from Atlantic Electric to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.055 | ARC001 0474 - 0476 | Undated | Responsive Comments from the AIF Committee on the Nuclear Waste Fund, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns an entity that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns an entity that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.056 | ARC001 0477 - 0483 | 03/04/1983 | Letter from the American Electric Power Service Corporation, to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.057 | ARC001 0484 - 0487 | 03/03/1983 | Letter from the Philadelphia Electric Company to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.058 | ARC001 0488 - 0490 | 03/03/1983 | Letter from Carolina Power and Light Company to NWPA-Project Office, re: Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.059 | ARC001 0491 - 0492 | 03/07/1983 | Letter from Friends of the Earth to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns an entity that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns an entity that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.060 | ARC001 0493 - 0524 | 03/04/1983 | Comments by Pacific Gas and Electric Company; Contract for the Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.061 | ARC001 0525 - 0526 | 03/02/1983 | Letter from Mary Metcalf to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns comments from a member of the public who is neither a party nor a witness in this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns comments from a member of the public who is neither a party nor a witness in this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.062 | ARC001 0527 - 0532 | 03/07/1983 | Letter from LeBoeuf, Lamb, Leiby and MacRae to NWPA-Project Office, re: Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it contains comments provided by an industry group rather than EN, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it contains comments provided by an industry group rather than EN, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.063 | ARC001 0533 - 0559 | Undated | Comments by TVA; Contract for the Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.064 | ARC001 0560 - 0561 | 03/07/1983 | Letter from the Nuclear Fuel Service, Inc. to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns an entity that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns an entity that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.065 | ARC001 0562 - 0564 | 03/07/1984 | Letter from Maine Yankee Atomic Power Company to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.066 | ARC001 0565 - 0570 | 03/04/1983 | Letter from The Houston Lighting and Power Company to Office of Procurement Operations, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.067 | ARC001 0571 - 0573 | 03/07/1983 | Letter from Virginia Electric and Power Company to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.068 | ARC001 0574 - 0623 | 03/08/1983 | Letter from General Electric to NWPA, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a company that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a company that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.069 | ARC001 0624 - 0631 | 03/07/1983 | Letter from Middle South Services, Inc., to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns specific nuclear utilities that are not parties to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns specific nuclear utilities that are not parties to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 002.070 | ARC001 0632 - 0638 | 03/07/1983 | Letter from Vermont Yankee Nuclear Power Corporation, to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.071 | ARC001 0639 - 0641 | 03/07/1983 | Letter from Baltimore Gas and Electric to NWPA-Project Office re: Draft DOE Utility Standard Waste Disposal Contract | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.072 | ARC001 0642 - 0647 | 03/07/1983 | Letter from Consolidated Edison Company to NWPA, re: Draft Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.073 | ARC001 0648 - 0648 | 03/07/1983 | Letter from C-E Power Systems to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns comments from company that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns comments from a company that is not a party to this |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.074 | ARC001 0649 - 0649 | 03/04/1983 | Letter from Southern California Edison Company to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.075 | ARC001 0650 - 0652 | 03/07/1983 | Letter from Virginia Electric and Power Company to NWPA-Project, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.076 | ARC001 0653 - 0656 | 03/07/1983 | Letter from Louisiana Power and Light to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.077 | ARC001 0657 - 0659 | 03/07/1983 | Letter from Rochester Gas and Electric Corp. to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.078 | ARC001 0660 - 0662 | 03/07/1983 | Letter from South Carolina Electric and Gas Company, to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.079 | ARC001 0663 - 0663 | 03/07/1983 | Letter from Arizona Nuclear Power Project to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns an entity that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns an entity that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements |

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.080 | ARC001 0664 - 0672 | 03/07/1983 | Letter from Dairyland Power Corporation, to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.081 | ARC001 0673 - 0680 | 03/04/1983 | Letter from J.T. Beckham, Jr, Georgia Power to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.082 | ARC001 0681 - 0681 | 03/08/1983 | Letter from Delmarva Power to NWPA-Project Office, re: Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.083 | ARC001 0682 - 0690 | 03/07/1983 | Letter from Niagara Mohawk Power Corporation, to NWPA-Project Office, re: Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.084 | ARC001 0691 - 0692 | 03/04/1983 | Letter from Florida Power to NWPA-Project Office, re: Standard Contract for Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 002.085 | ARC001 0693 - 0694 | Undated | Comments by Boston Edison, re: Contract for the Disposal of SNF and/or High Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 002.086 | ARC001 0695 - 0696 | 05/24/1983 | Excerpts from Federal Register, re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste - Final Rule Correction | No objection. |
| DX 003.000 | NRC148 000218 - 000229 | 02/01/1978 | NRC Regulatory Guide 1.33, Quality Assurance Program Requirements (Operations), Rev. 2, Feb. 1978 | No objection. |
| DX 004.000 | NRC148 000081 - 000094 | 05/00/1979 | NUREG-0554, Single-Failure-Proof Cranes for Nuclear Power Plants, May 1979 | No objection. |
| DX 005.000 | NRC148 000095 - 000217 | 07/00/1980 | NUREG-0612, Control of Heavy Loads at Nuclear Power Plants | No objection. |
| DX 006.000 | PNL168 4349 - 4436<br>PA 100903 - 100986 | 06/00/1982 | Report titled "Spent Fuel Storage Requirements: An Update of DOE/SR-007. | No objection -- exhibit is JX 2. |
| DX 007.000 | TV 1378 - 1426 | 06/03/1982 | Letter from James J. Fiore, DOE, to Ray Hoskins, TVA, Enclosing Draft Version of Contract for Disposal of Spent Nuclear Fuel | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 008.000 | SN 011616 - 011620 | 11/15/1982 | Memo from D. C. Hagan to B. E. Hunt, re: Utility Nuclear Fuel Economic Group Meeting November 4-5, 1982 | FRE 401/402: The exhibit is irrelevant because it appears to be an internal document from a specific nuclear utility that is not a party to this action, and it concerns a meeting of nuclear utilities not including EN. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it appears to be an internal document from a specific nuclear utility that is not a party to this action, and it concerns a meeting of nuclear utilities not including EN. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 009.000 | SN 145831 - 145837 | 12/23/1982 | Memo from R. E. L. Stanford, UNWMG, to Members, Steering Committee, re: High-Level Waste Policy Act of 1982 | FRE 401/402: The exhibit is irrelevant because it concerns a nuclear utility group rather than EN, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a nuclear utility group rather than EN, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 010.000 | SN 048515 - 048568 | 02/00/1984 | Comments of the EEI/UNWMG Added, Draft Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | FRE 401/402: The exhibit is irrelevant because it concerns comments from nuclear utility groups rather than EN, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns comments from nuclear utility groups rather than EN, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 011.000 | SN 145731 - 145766 | 01/11/1982 | Memo from Loring Mills to Members, Nuclear Power Executive Advisory Committee, re: Nuclear Waste Policy Act of 1982 and Safety Goal Policy Statement | FRE 401/402: The exhibit is irrelevant because it concerns a nuclear utility group rather than EN, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a nuclear utility group rather than EN, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 012.000 | TV 1365 - 1376 | 01/12/1983 | Letter from Larry Hobart, American Public Power Association, to Charles Dean, TVA, Enclosing Parts of a Working Draft of Contract | FRE 401/402: The exhibit is irrelevant because it is a document sent from a nuclear utility group to a specific utility that is not a party to this action, and it does not concern EN. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is a document sent from a nuclear utility group to a specific utility that is not a party to this action, and it does not concern EN. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 013.000 | TV 1317 - 1359 | 01/24/1983 | Letter from S.P. Kraft, EEI, to Robert Mullin, TVA, enclosing EEI mark-up of draft contract | FRE 401/402: The exhibit is irrelevant because it is a document sent from a nuclear utility group to a specific utility that is not a party to this action, and it does not concern EN. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is a document sent from a nuclear utility group to a specific utility that is not a party to this action, and it does not concern EN. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document |

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | is what its proponent claims it to be. |
| DX 014.000 | TV 1236 - 1250 | 01/21/1983 | Letter from the American Public Power Association, L. Hobart to DOE, Dr. Thomas Dillon, re: APPA's Comments on DOE's January 19, 1983 Draft Standard Contract | No objection. |
| DX 015.000 | TV 1251 - 1261 | 01/24/1983 | Letter from Larry Hobart, American Public Power Association, to Charles Dean, TVA, enclosing APPA Correspondence with DOE | FRE 401/402: The exhibit is irrelevant because it is a document sent from a nuclear utility group to a specific utility that is not a party to this action, and it does not concern EN. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is a document sent from a nuclear utility group to a specific utility that is not a party to this action, and it does not concern EN. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 016.000 | TV 1226 - 1235 | 01/24/1983 | Memo from Eileen Peerless to APPA Members with Interest in Nuclear Power, re: Results of DOE Briefing on Nuclear Waste Bill and Disposal Contracts | FRE 401/402: The exhibit is irrelevant because it indicates only that a WPPSS employee may have attended one industry meeting and does not indicate that WPPSS was a member of the group or what was discussed at the meeting. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it indicates only that a WPPSS employee may have attended one industry meeting and does not indicate that WPPSS was a |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | member of the group or what was discussed at the meeting. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 017.000 | TV 1362 - 1362 | 01/24/1983 | Letter from the Atomic Industrial Forum, Inc., Emanuel Gordon to Working Group on Nuclear Waste Fund Draft Contract, re: EEI's and Shaw Pittman's Comments Upon DOE's January 19, 1983 Standard Contract | FRE 106: The exhibit is missing its enclosure, which should, in fairness, be considered contemporaneously with this document.<br><br>FRE 401/402: The exhibit is irrelevant because it concerns a nuclear utility group rather than EN, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a nuclear utility group rather than EN, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 018.000 | SN 048683 - 048724 | 01/25/1983 | EEI's Unsolicited Comments on Draft Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. | No objection -- exhibit is JX 3. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 019.000 | SMUDPRIV 0050 - 0054 | 02/04/1983 | Letter to David Kaplan, SMUD, from Jay Silberg re: DOE Spent Fuel Disposal Contract | FRE 106: The exhibit is missing its enclosures, which should, in fairness, be considered contemporaneously with this document.<br><br>FRE 401/402: The exhibit is irrelevant because it is an internal document from attorneys not retained by EN, to and concerning a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is an internal document from attorneys not retained by EN, to and concerning a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 020.000 | SN 010659 - 010682<br>SN 011066 - 011067 | 02/11/1983 | Memo from J. R. Tomonto from M. C. Cook, re: EEI Meeting to Prepare Comments on the DOE Disposal Contract - February 10, 1983 | FRE 401/402: The exhibit is irrelevant because it is an internal memorandum from a specific utility that is not a party to this action, and it concerns an industry meeting that EN did not attend. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is an internal memorandum from a specific utility that is not a party to this action, and it concerns an industry meeting that EN did not attend. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 021.000 | GPE001 0322 - 0392 | 02/18/1983 | Letter from EEI, S.P. Kraft, to Members of the Nuclear Fuel Committee, re: Comments on Draft DOE/Utility Standard Waste Disposal Contract | FRE 401/402: The exhibit is irrelevant because it concerns a nuclear utility group rather than EN, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a nuclear utility group rather than EN, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 022.000 | TVA 000079 - 000127 | 03/02/1983 | Memo from H.G. Parris to W.F. Willis, re: Nuclear Waste Policy Act of 1982 (Act) - Comments on Draft Contract between the DOE (DOE) and Utilities for Disposal of Spent Nuclear Fuel (SNF) and High-level Radioactive Waste (HLW) | FRE 401/402: The exhibit is irrelevant because it is an internal memorandum from a specific utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is an internal memorandum from a specific utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | is what its proponent claims it to be. |
| DX 023.000 | ENW 0182712 - 0182713 | 03/08/1983 | Letter from P. Shen, WPPSS, to J. Atkinson, DOE, re: spent fuel disposal services. | No objection -- exhibit is JX 4. |
| DX 024.000 | ADM002 0016 - 0035 | 04/18/1983 | DOE Federal Register Part II Vance07 | No objection. |
| DX 025.000 | YDK024125 - 024129 | 05/04/1983 | Presentation to The Institute of Nuclear Materials: Management Presentation by Mr. Loring Mills, Edison Electric Company, re: Importance of Various Provisions of the Nuclear Waste Policy Act of 1982 to Electric Utility Companies | No objection -- same as PX 546. |
| DX 026.000 | GPE 0010496 - 0010501 | 05/12/1983 | Meeting Notes from EEI, Task Group on Waste Contract | FRE 401/402: The exhibit is irrelevant because it concerns a meeting of a nuclear utility group that EN did not attend, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a meeting of a nuclear utility group that EN did not attend, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 027.000 | YDK023709 - 023716 | 05/20/1983 | Letter from J. Kearney, Edison Electric Institute, to R. Morgan, DOE, re: 10 CFR Part 961 - Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste. | No objection -- exhibit is JX 5. |
| DX 028.000 | TV 1467 - 1475 | 05/24/1983 | Memo from Allan T. Mullins to Erik Kvaven, re: Requisition for Contract with DOE Required by the Nuclear Waste Policy Act of 1982 (ACT) | FRE 401/402: The exhibit is irrelevant because it is an internal document from and concerning a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is an internal document from and concerning a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 029.000 | SN 010996 - 011011 | 05/24/1983 | Memo from S. P. Kraft, EEI, to Members, Task Group on the Waste Contract, re: Results of May 12, 1983 Meeting | FRE 401/402: The exhibit is irrelevant because it concerns a meeting of a task force of a nuclear utility group that EN did not attend, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a meeting of a task force of a nuclear utility group that EN did not attend, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 030.000 | SN 011047 - 011067 | 07/15/1983 | Letter from Kraft, Edison, to Members Task Force, w/05/20/83 Kearney, Edison, to Morgan, DOE, with Net v. Gross Generation Attachment, 06/17/83 Morgan, to Kearney, with Draft Complaint, 06/03/83 Burstein, WE, to Keefe, DOE, 6/15/83, Britt, WE, to Keefe | FRE 401/402: The exhibit is irrelevant because it is a collection of documents that concern specific utilities, a nuclear utility group, or a task force of a utility group, rather than EN. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because t is a collection of documents that concern specific utilities, a nuclear utility group, or a task force of a utility group, rather than EN. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 030A.000 | SN 011057 - 011057 | 06/17/1983 | Letter from Robert Morgan, DOE, to John J. Kearney, Senior Vice President, EEI | FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 031.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 032.000 | SN 011286 - 011302 | 08/29/1982 | Potential Issues to be Addressed in a Rulemaking Proceeding on the DOE Disposal Contract | FRE 401/402: The exhibit is irrelevant because it appears to be an internal document from a specific nuclear utility that is not a party to this action and reflects legal discussion by attorneys not retained by EN. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | appears to be an internal document from a specific nuclear utility that is not a party to this action and reflects legal discussion by attorneys not retained by EN. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 033.000 | YDK045589 - 045591 | 10/19/1983 | Memo from Yankee Atomic - Bolton, J. Buchheit and E. Pilat to R. Grube and R. Rich re: Sept. 27, 1983 UNWMG DOE Contract - Task Force Meeting | FRE 106: The exhibit is missing its attachments, which should, in fairness, be considered contemporaneously with this document.<br><br>FRE 401/402: The exhibit is irrelevant because it is an internal document from and concerning the understanding of a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is an internal document from and concerning the understanding of a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 034.000 | YDK023771 - 023772 | 01/20/1984 | Memo from Yankee Atomic, J.M. Buchheit to R.M. Grube, re: Petition for Rulemaking to Amend the Nuclear Waste Contract | FRE 401/402: The exhibit is irrelevant because it is an internal document from and concerning the understanding of a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is an internal document from and concerning the understanding of a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 035.000 | SN 069588 - 070014 | 01/31/1984 | Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting December 12-15, 1983. | No objection -- exhibit is JX 6. |
| DX 036.000 | ENW 0053500 - 0053502<br>ENW 0490923 - 0490925 | 06/01/1984 | Memorandum from W. Wolkenhauser to D. Larkin re: analysis of spent fuel storage requirements. | No objection -- exhibit is JX 7. |
| DX 037.000 | SN 046231 - 046272 | 07/13/1984 | Letter from James Hall to Members, Steering and HLW/SF Storage Working Group, re: Comments on DOE Draft Mission Plan for the Civilian Radioactive Waste Management Program | FRE 401/402: The exhibit is irrelevant because it concerns a nuclear utility group rather than EN, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a nuclear utility group rather than EN, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. |

| Exhibit Number | Bates Range | Document Date | Description | Objection |
| --- | --- | --- | --- | --- |
| | | | | FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 038.000 | | | Withdrawn | N/A |
| DX 039.000 | COF023 0816 - 0984 | 00/00/1985 | Negotiation Between WPPSS and DOE re Payment of Penalty for Late Payment | FRE 401/402: The exhibit is irrelevant because it concerns a dispute in the mid-1980s over WPPSS's payment of its fees under the Standard Contract, which is not at issue in this action since it is undisputed that WPPSS/EN has fulfilled its obligations under the Contract. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because concerns a dispute in the mid-1980s over WPPSS's payment of its fees under the Standard Contract, which is not at issue in this action since it is undisputed that WPPSS/EN has fulfilled its obligations under the Contract. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of a waste of time.<br><br>FRE 801/802: Portions of the collection of documents comprising this group exhibit consist of out-of-court statements offered for their truth and are therefore inadmissible hearsay. |
| DX 040.000 | SMUD 0014889 - 0014914 | 03/18/1985 | Memo in Support of Petition for Rulemaking Larkin10 | FRE 401/402: The exhibit is irrelevant because it concerns a nuclear utility group rather than EN, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a nuclear utility group rather than EN, and any probative |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 041.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 042.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 043.000 | YMP001 1045 - 2123 | 06/00/1985 | Mission Plan for the Civilian Radioactive Waste Management Program, Volumes II & III (June 1985) | No objection -- exhibit is JX 9. |
| DX 043.000 | HQ0005264 - 0005796<br>HQR003 1088 - 1620<br>YMP001 1045 - 2123 | 06/00/1985 | Mission Plan for the Civilian Radioactive Waste Management Program, Volume I (June I985) | No objection -- exhibit is JX 8. |
| DX 044.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 045.000 | DER 0033078 - 0033199 | 10/00/1985 | Clinch River MRS Task Force Submission re: Proposed Monitored Retrievable Storage | FRE 401/402: The exhibit is irrelevant because it is a collection of documents from a task force of a Tennessee city and county regarding a proposed Monitored Retrievable Storage Facility site at Clinch River. There is no indication EN was aware of these findings or that they were adopted by DOE. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is a collection of documents from a task force of a Tennessee city and |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | county regarding a proposed Monitored Retrievable Storage Facility site at Clinch River, and there is no indication EN was aware of these findings or that they were adopted by DOE. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 046.000 | ENW 0183774 - 0183774 | 11/05/1985 | Letter from L.H. Wasserman to Kathleen Jones re: Attached Letters; Subject: Contract No. DECR01-83NE-44424 Larkin72 | FRE 401/402: The exhibit is irrelevant because it concerns a dispute in the mid-1980s over WPPSS's payment of its fees under the Standard Contract, which is not at issue in this action since it is undisputed that WPPSS/EN has fulfilled its obligations under the Contract. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because concerns a dispute in the mid-1980s over WPPSS's payment of its fees under the Standard Contract, which is not at issue in this action since it is undisputed that WPPSS/EN has fulfilled its obligations under the Contract. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 047.000 | ENW 0183675 - 0183675 | 10/10/1986 | Letter from L.H. Wasserman to Christopher T. Jedrey re: Contract No. DE-CR01-83NE44424, Negotiated Settlement Larkin73 | FRE 401/402: The exhibit is irrelevant because it concerns a dispute in the mid-1980s over WPPSS's payment of its fees under the Standard Contract, which is not at issue in this action since it is undisputed that WPPSS/EN has fulfilled its obligations under the Contract. Therefore, the exhibit does not address any fact |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a dispute in the mid-1980s over WPPSS's payment of its fees under the Standard Contract, which is not at issue in this action since it is undisputed that WPPSS/EN has fulfilled its obligations under the Contract. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 048.000 | SN 007280 - 007284 | 12/17/1986 | UNWMG High-level Waste / Spent Fuel Storage Working Group December 17, 1986 Meeting Notes | FRE 401/402: The exhibit is irrelevant because it is meeting minutes from a working group subset of an industry group, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is meeting minutes from a working group subset of an industry group, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 049.000 | PNL037 0307 - 0349 | 03/00/1987 | Monitored Retrievable Storage Submission to Congress—Volume I: The Proposal (March 1987) | No objection -- exhibit is JX 10. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 050.000 | PA 142473 - 142480 | 04/03/1987 | Letter from J. Kearney, Edison Electric Institute, to B. Rusche, DOE re: Draft Mission Plan Amendment. | No objection -- exhibit is JX 11. |
| DX 051.000 | CTR006 0247 - 0260 | 04/28/1987 | Letter from S. Kraft, Director, UNWMG, to T. Jedrey, DOE Contracting Officer, requesting clarification of the Standard Contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. | No objection -- exhibit is JX 12. |
| DX 052.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 053.000 | FOI004 1898 - 2421<br>HQ0005826 - 0005901<br>HQ0005797 - 0005874 | 06/00/1987 | Mission Plan Amendment with Comments on the Draft Amendment and Responses to the Comments (June 1987). | No objection -- exhibit is JX 13. |
| DX 054.000 | HQR001 2705 - 2792 | 06/00/1987 | 1987 Annual Capacity Report. | No objection -- exhibit is JX 14. |
| DX 055.000 | HQR003 1621 - 2143 | 06/01/1987 | 1987 Mission Plan Amendment w/ Comments on the Draft Amendment and Responses to the Comments | No objection. |
| DX 056.000 | YDK038291 - 038416 | 06/24/1987 | Letter from UNWMG, Nancy Montgomery to Members, High-Level Waste/Spent Fuel Storage Working Group, re: Changes to the Standard Contract Formation of the Annual Capacity Report (ACR) team | FRE 401/402: The exhibit is irrelevant because it is a collection of documents from or to task forces or working groups that were subsets of industry groups, and there is no indication that EN participated in or was aware of these communications, some of which duplicate individual letters found elsewhere on the Government's exhibit list. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is a collection of documents from or to task forces or working groups that were subsets of industry groups, and there is no indication that EN participated in or was aware of these communications, |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | some of which duplicate individual letters found elsewhere on the Government's exhibit list. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 057.000 | PNL028 1142 - 1146 | 10/02/1987 | Letter from T. Jedrey, DOE Contracting Officer, to S. Kraft, Utility Nuclear Waste Management Group, in response to UNWMG letter requesting clarification of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. | No objection -- exhibit is JX 15. |
| DX 058.000 | CTR003 1055 - 1056 | 11/10/1987 | Letter from UNWMG, Nancy Montgomery to DOE, Office of Civilian Radioactive Waste Management, Alan Brownstein, re: Annual Capacity Report - Modification Process | FRE 106: The exhibit is missing its enclosures, which should, in fairness, be considered contemporaneously with this document.<br><br>FRE 401/402: The exhibit is irrelevant because it concerns the existence of the ACR issue resolution process, a fact that is undisputed and not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns the existence of the ACR issue resolution process, a fact that is undisputed and not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 059.000 | PNL046 0173 - 0173 | 12/09/1987 | EEI Listing of Members of the UNWMG; Annual Capacity Report Response Team | FRE 401/402: The exhibit is irrelevant because it merely lists members of a working group subset of an industry group, of which EN was not a member. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it merely lists members of a working group subset of an industry group, of which EN was not a member. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 060.000 | ENW 0492465 - 0492493 | 04/29/1988 | WPPSS Nuclear Plant No. 2, FY 1989 Fuel Management Plan Larkin21 | No objection. |
| DX 061.000 | HQR025 5201 - 5309 | 06/00/1988 | Draft 1988 Mission Plan Amendment (June 1988). | No objection -- exhibit is JX 16. |
| DX 062.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 063.000 | ENW 0491694 - 0491699 | 06/23/1988 | Letter from D. L. Larkin to Nancy Montgomery re: ACR Team Issues Larkin09 | No objection. |
| DX 064.000 | ENW 0247975 - 0247978 | 08/24/1988 | Letter from D. Mazur to T. Isaacs re: Draft 1998 Mission Plan Amendment. | No objection -- exhibit is JX 17. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 065.000 | CTR006 0075 - 0085 | 10/13/1988 | Minutes of Meeting between ACR Response Team, UNWMG, and DOE | FRE 401/402: The exhibit is irrelevant because it concerns the existence of the ACR issue resolution process, which is not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns the existence of the ACR issue resolution process, which is not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 066.000 | ENW 0634419 - 0634425 | 10/26/1988 | D. Larkin presentation to EN Executive Board re: status of DOE waste program. | No objection -- exhibit is JX 18. |
| DX 067.000 | ENW 0486788 - 0486810 | 10/28/1988 | Minutes from WPPSS Executive Board 10/28/1988 meeting. | No objection -- exhibit is JX 19. |
| DX 068.000 | PNL070 2272 - 2303 | 06/00/1989 | The DOE Position on the MRS Facility (June 1989) . | No objection -- exhibit is JX 20. |
| DX 069.000 | CDB 006316 - 006336 | 07/17/1989 | Letter from EEI, Brian Farrell to ACR Committee, re: DOE White Papers | FRE 401/402: The exhibit is irrelevant because it is a memorandum internal to an industry working group, and there is no indication EN received or was aware of this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is a memorandum internal to an industry working group, and there is no indication EN received or was aware of this document. Any probative value is substantially outweighed by the danger of |

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 070.000 | ENW 0269410 - 0269413 | 07/21/1989 | Engineering Analysis & Nuclear Fuel Weekly Highlights Larkin08 | No objection. |
| DX 071.000 | YMP002 0181 - 0215<br>EDB 0011442 - 0011475 | 11/00/1989 | Report to Congress by the Secretary of Energy on the Reassessment of the Civilian Radioactive Waste Management Program (November 1989) | No objection -- exhibit is JX 22. |
| DX 072.000 | HQR036 3992 - 4185 | 11/00/1989 | Report of the Monitored Retrievable Storage Commission titled "Nuclear Waste: Is There a Need for Federal Interim Storage?" | No objection -- exhibit is JX 21. |
| DX 073.000 | ENW 0492198 - 0492226 | 00/00/1990 | FY 1990 Fuel Management Plan | No objection. |
| DX 074.000 | SN 168529 - 168532 | 03/29/1990 | Meeting Minutes of the High-level Waste/Spent Fuel Storage Working Group Meeting of March 29, 1990, in Washington, D.C. | FRE 401/402: The exhibit is irrelevant because it is meeting minutes from a working group subset of an industry group, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is meeting minutes from a working group subset of an industry group, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 075.000 | COF023 1015 - 1015 | 04/27/1990 | Letter from C. Reueter, DOE to A. Didesidero, WPPSS, re: the DOE will not issue a 1989 ACR. | No objection -- exhibit is JX 23. |
| DX 076.000 | ENW 0053469 - 0053476 | 08/17/1990 | Letter from D. Mazur to J. Bartlett re: Civilian High- Level Waste Program Interim Storage of Spent Fuel. | No objection -- exhibit is JX 24. |
| DX 077.000 | HQR008 0317 - 0318 | 10/17/1990 | Letter from DOE, Office of Civilian Radioactive Waste Management, Ron Milner, to North Carolina Public Staff Utilities Commission, R. Smith Jr., re: Response to August 28, 1990, Letter | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action and concerns priority to shutdown reactors, which is not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action and concerns priority to shutdown reactors, which is not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 078.000 | HQR002 0235 - 0236 | 10/29/1990 | Letter from E.R. Johnson Assoc. to Pat McDuffie, re: 1990 ACR Review | FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be because it is unsigned. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 079.000 | HQR008 0313 - 0314 | 10/30/1990 | Letter from DOE, Office of Civilian Radioactive Waste Management, Ron Milner to Nuclear Energy Services re: Response to NES's Sept. 4, 1990, Letter | FRE 401/402: The exhibit is irrelevant because it concerns a company that is not a party to this action and concerns priority to shutdown reactors, which is not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a company that is not a party to this action and concerns priority to shutdown reactors, which is not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 080.000 | NET 0010692 - 0010713 | 11/15/1990 | Letter from Energy Resources International, M. Schwartz to Brian Farrell, EEI | FRE 401/402: The exhibit is irrelevant because it is a letter and attachments internal to an industry group, and there is no indication that EN received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is a letter and attachments internal to an industry group, and there is no indication that EN received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 081.000 | | 11/30/1990 | Withdrawn | N/A |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 082.000 | EDB 0011518 - 0011519 | 12/21/1990 | Memorandum from R. Milner, DOE re: approval for publication of the 1990 Annual Capacity Report. | No objection -- exhibit is JX 26. |
| DX 083.000 | SV 03740 - 03745 | 00/00/1991 | The Delivery Commitment Schedule Process-Session 4.4 Regulations and Regulatory Process 1991 International High-Level Radioactive Waste Management Conference Submitted by Scott A. Vance Vance04 | FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 084.000 | ENW 0242627 - 0242634 | 02/13/1991 | D. Larkin presentation to Executive Board re: dry cask storage options and other issues. | No objection -- exhibit is JX 27. |
| DX 085.000 | CTR003 0916 - 0922 | 04/00/1991 | Report titled "Standard Contract Issue Resolution Process: An Overview and Status." | No objection -- exhibit is JX 88. |
| DX 086.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 087.000 | HQR001 1256 - 1257 | 04/25/1991 | Memo from Milner to Director, OCRWM, RW-1, re: Approval for Issuance of a Comment Draft of the Annual Acceptance Priority | FRE 106: The exhibit is missing its attachments, which should, in fairness, be considered contemporaneously with this document.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 088.000 | ENW 0247720 - 0247720 | 06/02/1991 | Letter from D. Larkin to C. Rueter re: draft Acceptance Priority Ranking. | No objection -- exhibit is JX 28. |
| DX 089.000 | ENW 0053513 - 0053568 | 06/26/1991 | D. Larkin whitepaper re: spent fuel storage options. | No objection -- exhibit is JX 29. |
| DX 090.000 | | 00/00/0000 | Withdrawn | N/A |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 091.000 | ENW 0247705 - 0247706 | 07/29/1991 | Letter from A. DiDesidero to C. Rueter re: Contract No. DE-CRO1-83NE44424 Draft Acceptance Priority Ranking. | No objection -- exhibit is JX 30. |
| DX 092.000 | SN 169450 - 169451 | 08/29/1991 | Standard Contract Task Force Meeting Summary, 8/29/91 | FRE 401/402: The exhibit is irrelevant because it is a summary of a meeting of a task force subset of an industry group, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is a summary of a meeting of a task force subset of an industry group, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 093.000 | SN 169935 - 169937 | 08/30/1991 | UWaste Report Utility Nuclear Waste and Transportation Program Number 91-4 | FRE 401/402: The exhibit is irrelevant because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 094.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 095.000 | HQR003 0798 - 1012 | 09/00/1991 | 1991 DOE Draft Mission Plan Amendment | No objection -- same as PX 547. |
| DX 096.000 | HQR006 1312 - 1313<br>ENW 0247713 - 0247714<br>ENW 0247715 - 0247719 | 11/06/1991 | Letter to A. P. DiDesidero, WPPS from R. Leotta, DOE responding to WPPSS' letter of July 29, 1991 re APR w/ attached DOE letters of 11/27/90 and 02/07/1991 | FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 097.000 | SN 169918 - 169922 | 11/15/1991 | UWaste Report Utility Nuclear Waste and Transportation Program Number 91-8 | FRE 401/402: The exhibit is irrelevant because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 098.000 | HQ0006854 - 0006889 | 12/00/1991 | 1991 Acceptance Priority Ranking. | No objection -- exhibit is JX 31. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 099.000 | HQR004 0354 - 0417<br>HQR002 0859 - 0797 | 12/00/1991 | 1991 Annual Capacity Report. | No objection -- exhibit is JX 32. |
| DX 100.000 | PNL104 2511 - 2705 | 12/00/1991 | Spent Fuel Storage Requirements 1991-2040, DOE-RL 91-54 | No objection. |
| DX 101.000 | EDB 0011662 - 0011663 | 12/04/1991 | Memo from Milner to, Director, OCRWM, RW-1, re: Approval for Publication of the 1991 Acceptance Priority Ranking | FRE 106: The exhibit is missing its attachments, which should, in fairness, be considered contemporaneously with this document.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 102.000 | SN 169909 - 169913 | 12/23/1991 | UWaste Report Utility Nuclear Waste and Transportation Program Number 91-10 | FRE 401/402: The exhibit is irrelevant because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 103.000 | SN 170372 - 170376 | 02/01/1992 | UWaste Report Utility Nuclear Waste and Transportation Program Number 92-02 | FRE 401/402: The exhibit is irrelevant because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | FRE 403: The exhibit is of limited probative value because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 104.000 | ENW 0183383 - 0183391<br>ENW 0247940 - 0247948 | 03/04/1992 | Letter from M. Detmer, DOE Contracting Officer, to A. DiDesidero, WPPSS, re: enclosed Instructions for Completing Delivery Commitment Schedules. | No objection -- exhibit is JX 33. |
| DX 105.000 | SN 172067 - 172077 | 03/06/1992 | Memo from Michael Alissi, EEI, to High-Level Waste Working Group, re: Delivery Commitment Schedule Meeting | FRE 401/402: The exhibit is irrelevant because it is an internal industry group document apparently sent to a working group subset of the industry group, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is an internal industry group document apparently sent to a working group subset of the industry group, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 106.000 | ENW 0492257 - 0492294 | 04/00/1992 | FY 1993 Fuel Management Plan. | No objection -- exhibit is JX 34. |
| DX 107.000 | YDK009010 - 009011 | 04/06/1992 | Letter from DOE, Office of Civilian Radioactive Waste Management, J. Bartlett to A. Kadak, re: Priority Shipment of SNF and ACR Issue Resolution Process | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action and concerns priority to shutdown reactors, which is not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action and concerns priority to shutdown reactors, which is not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 108.000 | RS 001570 - 001572 | 04/07/1992 | Dual Purpose Cask/Dry Transfer System Demonstration Project Meeting | FRE 401/402: The exhibit is irrelevant because it concerns a meeting between DOE and utilities that are not parties to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 109.000 | ENW 0487046 - 0487067 | 04/10/1992 | Minutes of Executive Board 4/10/1992 meeting. | No objection -- exhibit is JX 35. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 110.000 | CTR013 1924 - 1934 | 05/04/1992 | Facsimile Transmittal from Scott Vance to Marlies Klose re: attached ACR Issue Schedules Vance08 | FRE 401/402: The exhibit is irrelevant because it concerns Mr. Vance's participation in the ACR issue resolution process, and his participation is not in dispute and does not constitute any part of EN's claims or the Government's defenses. In addition, the existence of the ACR issue resolution process is not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns Mr. Vance's participation in the ACR issue resolution process, and his participation is not in dispute and does not constitute any part of EN's claims or the Government's defenses. In addition, the existence of the ACR issue resolution process is not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 111.000 | NET 0010333 - 0010337 | 05/13/1992 | Letter from Energy Resource International to EEI | FRE 401/402: The exhibit is irrelevant because it is a letter and attachments internal to an industry group that relate primarily to a specific nuclear utility, and there is no indication that EN received this document.<br><br>FRE 403: The exhibit is of limited probative value because it is a letter and attachments internal to an industry group that relate primarily to a specific nuclear utility, and there is no indication that EN received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 112.000 | SN 170236 - 170240 | 08/01/1992 | UWaste Report Utility Nuclear Waste and Transportation Program Number 92-13 | FRE 401/402: The exhibit is irrelevant because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 113.000 | ENW 0053584 - 0053586 | 10/21/1992 | D. Larkin presentation to EN Executive Board re: high-level waste program status. | No objection -- exhibit is JX 36. |
| DX 114.000 | PPGE001 3346 - 3350 | 12/03/1992 | Draft Accord HLW Goals for Mid-1993 Larkin17 | FRE 401/402: The exhibit is irrelevant because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 115.000 | HQR064 3848 - 3851 | 12/17/1992 | Letter from J. Watkins, Secretary of Energy, to Senator Johnston, Chairman of U.S. Senate Committee on Energy and Nuclear Resources re: DOE's new strategy for SNF receipt. | No objection -- exhibit is JX 37. |
| DX 116.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 117.000 | ENW 0053445 - 0053445 | 12/31/1992 | Memorandum from D. Larkin to R. Latorre re: WNP-2 fuel Pool expansion. | No objection -- exhibit is JX 38. |
| DX 118.000 | ENW 0493920 - 0493970 | 02/12/1993 | 2/12/93 RW 859 | No objection. |
| DX 119.000 | CTR003 0001 - 0030 | 04/29/1993 | DOE Standard Contract Issue Resolution Process - An Overview and Status; 1993 International High-Level Radioactive Waste Management Conference | FRE 401/402: The exhibit is irrelevant because it appears to be a presentation at an industry conference, and there is no indication that EN was an attendee or received this document. In addition, it concerns the existence of the ACR issue resolution process, which is not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it appears to be a presentation at an industry conference, and there is no indication that EN was an attendee or received this document. In addition, it concerns the existence of the ACR issue resolution process, which is not at issue in this action. Any |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 120.000 | DB 102315 - 102356<br>HQR001 2315 - 2353 | 05/00/1993 | 1992 Annual Capacity Report (Revision 1) | No objection -- exhibit is JX 40. |
| DX 121.000 | ENW 0055932 - 0055945 | 07/20/1993 | Interoffice Memo from G. J. Kucera to Perko, Flasch, Parrish re: WNP-2 Decommissioning Plan Five-Year Period July 1, 1989 - June 30, 1994 Parrish12 | No objection. |
| DX 122.000 | HQR036 1098 - 1099 | 09/02/1993 | Letter from L. Barrett to J. Shetler re: multipurpose canisters. | No objection -- exhibit is JX 41. |
| DX 123.000 | ENW 0053446 - 0053455 | 09/17/1993 | Letter from C. Blessing to R. Latorre re: fuel pool storage expansion at WNP-2. | No objection -- exhibit is JX 42. |
| DX 124.000 | ENW 0648102 - 0648138 | 00/00/1994 | FY 1994 Fuel Management Plan. | No objection -- exhibit is JX 39. |
| DX 125.000 | ENW 0262064 - 0262065 | 04/04/1994 | Memorandum from F. Latorre to D. Larkin re: Private Fuel Storage Facility. | No objection -- exhibit is JX 43. |
| DX 126.000 | ENW 0487231 - 0487262 | 04/28/1994 | Minutes of Executive Board 4/28/1994 meeting. | No objection -- exhibit is JX 44. |
| DX 127.000 | ENW 0055772 - 0055779 | 05/00/1994 | WPPSS Organizational Charts Atkinson04 | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 128.000 | YDK007568 - 007572 | 06/16/1994 | Letter from DOE, R. A. Milner, Response to Andrew Kadak's Letter of April 20, 1994, to the Secretary of Energy | FRE 401/402: The exhibit is irrelevant because it concerns a specific utility that is not a party to this action, as well as positions regarding the Standard Contract foreclosed by federal court decisions, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific utility that is not a party to this action, as well as positions regarding the Standard Contract foreclosed by federal court decisions. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 129.000 | SN 179033 - 179046 | 07/20/1994 | Private Fuel Storage Facility, Financial Analysis | FRE 401/402: The exhibit is irrelevant because it concerns a proposed Private Fuel Storage Facility, which is not at issue in this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a proposed Private Fuel Storage Facility, which is not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 130.000 | EDB 0021127 - 0021127 | 09/06/1994 | Letter from DOE, Office of Civilian Radioactive Waste Management, D. Dreyfus to Commissioner Striebel, re: The Statutory Limit on Acceptance Capacity | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action and concerns priority to shutdown reactors, which is not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action and concerns priority to shutdown reactors, which is not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 131.000 | CE 102763 - 102766 | 10/10/1994 | Letter from Commonwealth Edison, James O'Connor to Yankee Atomic Electric Company, A. Kadak re: HLW Acceptance - Preference for Shutdown Plants | FRE 401/402: The exhibit is irrelevant because it is a communication between two specific nuclear utilities, neither of which is a party to this action, and concerns according priority for shutdown reactors, which is not at issue in this lawsuit. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is a communication between two specific nuclear utilities, neither of which is a party to this action, and concerns according priority for shutdown reactors, which is not at issue in this lawsuit. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 132.000 | ENW 2381891 - 2381892 | 11/04/1994 | NUHOMS Owners Group Meeting November 3-4, 1994 - NUHOMS Status Parrish02 | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 133.000 | SN 014270 - 014347 | 12/20/1994 | Private Fuel Storage, Facility Business Plan | FRE 401/402: The exhibit is irrelevant because it concerns a proposed Private Fuel Storage Facility, which is not at issue in this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a proposed Private Fuel Storage Facility, which is not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 134.000 | ENW 0254851 - 0254854 | 00/00/1995 | Highlights of Rothstein WNP-2 Visit on 9/29/1995 | No objection. |
| DX 135.000 | ENW 0586991 - 0586993 | 02/28/1995 | Email from D. Larkin to J. Parrish re: radioactive waste management conference. | No objection -- exhibit is JX 45. |
| DX 136.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 137.000 | AZT001 0335 - 0405<br>HQR029 0745 - 0676 | 03/30/1995 | Acceptance Priority Ranking and Annual Capacity Report (March 1995). | No objection -- exhibit is JX 46. |
| DX 138.000 | YDK012462 - 012463 | 03/03/1995 | Informal Memo from Mike B. to Andy, re: Summary of the Discussions Mike B. had on the Status of SMUD's Attempts to get DOE to Accept Canistered Rancho Seco Fuel | FRE 401/402: The exhibit is irrelevant because it is an internal document from a specific nuclear utility that is not a party to this action, and therefore, does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is an internal document concerning a specific nuclear utility that is not a |

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 139.000 | YDK012881 - 012892 | 04/05/1995 | Utility At-Reactor Spent Fuel Storage Plans by Eileen M. Supko Supko15 | FRE 401/402: The exhibit is irrelevant because there is no indication it was commissioned or received by EN.<br><br>FRE 403: The exhibit is of limited probative value because there is no indication it was commissioned or received by EN, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 140.000 | ENW 0261893 - 0261894 | 04/11/1995 | Letter from J. Howard to W. Counsil re: private fuel storage facility. | No objection -- exhibit is JX 47. |
| DX 141.000 | ENW 0578168 - 0578168 | 04/19/1995 | Larkin Email RE: 4/28 Meeting with Counsil | No objection. |
| DX 142.000 | ENW 0586909 - 0586909 | 05/04/1995 | Email from D. Larkin to D. Atkinson re: project to evaluate spent fuel storage options. | No objection -- exhibit is JX 48. |
| DX 143.000 | ENW 0261891 - 0261892<br>ENW 0487306 - 0487314 | 05/12/1995 | Letter from W. Counsil to J. Howard re private fuel storage with Mescalaro Apaches. | No objection -- exhibit is JX 49. |
| DX 144.000 | ENW 0491120 - 0491151 | 06/07/1995 | FY1996 Fuel Management Plan. | No objection -- exhibit is JX 50. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 145.000 | ENW 0251378 - 0251405<br>ENW 0053802 - 0053829 | 06/15/1995 | MemoRANDUM from D. Larkin to B. Counsil et. al. re: evaluation of spent fuel storage options for WNP-2. | No objection -- exhibit is JX 51. |
| DX 146.000 | ENW 0053893 - 0053898<br>ENW 0053432 - 0053436 | 06/20/1995 | D. Larkin materials re: spent fuel storage for WNP-2. | No objection -- exhibit is JX 52. |
| DX 147.000 | ENW 2379694 - 2379699 | 06/20/1995 | Spent Fuel Storage for WNP-2 | No objection. |
| DX 148.000 | ENW 0246175 - 0246175<br>ENW 0246175 - 0246177 | 06/30/1995 | Memorandum from D. Larkin to P. Bemis re: spent fuel storage. | No objection -- exhibit is JX 53. |
| DX 149.000 | ENW 0487306 - 0487314 | 07/14/1995 | Minutes of Board of Directors 7/14/1995 meeting. | No objection -- exhibit is JX 54. |
| DX 150.000 | EDB 0023133 - 0023134 | 09/07/1995 | Letter from Yankee Atomic Electric Company to Dr. Dreyfus, re: DOE's Position in Response to a July 13, 1995, Letter to Massachusetts State Representative Albert Herren | FRE 401/402: The exhibit is irrelevant because it concerns comments from a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns comments from a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 151.000 | ENW 0242450 - 0242457 | 09/11/1995 | Strategic Planning Session | No objection. |
| DX 152.000 | ENW 0265027 - 0265046 | 09/20/1995 | Handwritten Note from David Larkin to Harold re: attached Computer Database from FICA Study Larkin60 | FRE 801/802: The attachment to this exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 153.000 | ENW 0255593 - 0255593 | 10/19/1995 | Memorandum from R Torres to D. Atkinson re: spent fuel pool inventory. | No objection -- exhibit is JX 55. |
| DX 154.000 | ENW 0246182 - 0246182 | 11/30/1995 | Email from D. Larkin to J. Burn et. al. re: 11/29/1995 meeting with NRC regarding spent fuel storage. | No objection -- exhibit is JX 56. |
| DX 155.000 | ENW 0237012 - 0237013 | 12/19/1995 | Larkin Email | No objection. |
| DX 156.000 | ENW 0578350 - 0578350 | 01/11/1996 | Interoffice Email from David L. Larkin to Joseph V. Parrish re: Spent Fuel Storage Larkin19 | No objection. |
| DX 157.000 | ENW 0571198 - 0571198 | 02/12/1996 | Swank Email | No objection. |
| DX 158.000 | ENW 0242057 - 0242058 | 03/11/1996 | Meeting Notes for 3/11/1996 | No objection. |
| DX 159.000 | ENW 0084020 - 0084022 | 03/20/1996 | Email from David Larkin to Alan Abrams et al. re: High-Level Waste Forum Noble47 | No objection. |
| DX 160.000 | NRC148 000074 - 000080 | 04/11/1996 | NRC Bulletin 96-02, Movement of Heavy Loads Over Spent Fuel, Over Fuel in Reactor Core / Over Safety-Related Equipment | No objection. |
| DX 161.000 | ENW 0083251 - 0083251 | 05/20/1996 | Email from David Larkin to Henry J. Ogryzek, Lawrence Noble, et al. re: Spent Fuel Storage Location Parrish08 | No objection. |
| DX 162.000 | ENW 0241500 - 0241503 | 06/06/1996 | Memorandum from D. Larkin to Contract Review Board re: request for proposals for dry cask storage system. | No objection -- exhibit is JX 57. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 163.000 | ENW 0589582 - 0589582 | 06/10/1996 | Larkin Email re NRC Inspection of Dry Cask Storage | No objection. |
| DX 164.000 | ENW 0264064 - 0264068 | 06/28/1996 | Memorandum from D. Larkin re: ISFSI site selection. | No objection -- exhibit is JX 58. |
| DX 165.000 | ENW 0585530 - 0585530 | 07/15/1996 | Email from Lawrence Noble to David Larkin re: Spent Fuel Storage Procurement Support Noble04 | No objection. |
| DX 166.000 | ENW 0589562 - 0589562 | 07/25/1996 | Larkin Email re Spent Fuel Storage Update | No objection. |
| DX 167.000 | ENW 0555667 - 0555667 | 08/26/1996 | Email from Lawrence Noble to David Larkin; Benjamin Pesek re: Spent Fuel Storage Procurement Noble05 | No objection. |
| DX 168.000 | CTR002 0138 - 0200 | 09/00/1996 | 1995 Acceptance Priority Ranking and Annual Capacity Report | No objection. |
| DX 169.000 | ENW 0129589 - 0129589 | 09/16/1996 | Larkin Email | No objection. |
| DX 170.000 | ENW 0084019 - 0084019 | 09/16/1996 | Email from David Larkin to Paul Bemis, John H. Swailes, et al. re: Information - Dry Cask Vendor Performance Noble08; Supko02 | No objection. |
| DX 171.000 | ENW 0129805 - 0129806 | 09/24/1996 | Email from David Larkin to Alan Abrams et al. re: Information on Spent Fuel Issues Roundtable Report Noble46 | No objection. |
| DX 172.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 173.000 | ENW 0589500 - 0589501<br>ENW 0589550 - 0589551 | 11/12/1996 | Email from D. Larkin to D. Atkinson and J. Swailes re: consideration of reracking. | No objection -- exhibit is JX 59. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 174.000 | ENW 0086781 - 0086783 | 11/19/1996 | Email from David Larkin to John H. Swailes, David A. Swank, et al. re NRC/Susquehanna Spent Fuel Storage Meeting Noble07 Supko04 | No objection. |
| DX 175.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 176.000 | ENW 0218069 - 0218069 | 11/19/1996 | Email from David L. Larkin to S. Reese, S. Senner, et al. re: Seattle City Council - Spent Fuel Storage Larkin71 | No objection. |
| DX 177.000 | ENW 0053415 - 0053417<br>ENW 0129753 - 0254798 | 11/22/1996 | D. Larkin materials for meeting with EFSEC re: Spent Fuel Storage Project Update. | No objection -- exhibit is JX 60. |
| DX 178.000 | ENW 0129799 - 0129799 | 11/22/1996 | Larkin Email | No objection. |
| DX 179.000 | ENW 0246942 - 0246982 | 12/10/1996 | Appendix 3A to Holtec International proposal for dry cask storage system re: alternate interim spent fuel storage expansion. | No objection -- exhibit is JX 87. |
| DX 180.000 | ENW 0576728 - 0576730 | 12/12/1996 | Task Force Meeting Notes | No objection. |
| DX 181.000 | ENW 0532960 - 0532964 | 12/16/1996 | Larkin Email | No objection. |
| DX 182.000 | ENW 0576143 - 0576144 | 12/26/1996 | Mand Email | No objection. |
| DX 183.000 | ENW 0585205 - 0585205 | 01/15/1997 | Larkin Email | No objection. |
| DX 184.000 | ENW 0264188 - 0264188 | 02/10/1997 | Washington Public Supply System - WNP2 Long Range Plan Noble36 | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 185.000 | ENW 0572205 - 0572205 | 02/13/1997 | Email from D. Larkin to D. Mand et. al. re: spent fuel storage. | No objection -- exhibit is JX 61. |
| DX 186.000 | ENW 0585157 - 0585157 | 02/14/1997 | Larkin Email | No objection. |
| DX 187.000 | ENW 0218014 - 0218015 | 05/12/1997 | Email from David L. Larkin to et al. re: NEI Draft Comments on DOE RFP Larkin63 | No objection. |
| DX 188.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 189.000 | ENW 0247836 - 0247837 | 05/16/1997 | Letter from R. L. Webring to Steven P. Kraft re: Final Draft Comments on DOE Draft RFP for Transportation Services Larkin64 | No objection. |
| DX 190.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 191.000 | ENW 0233384 - 0233387 | 06/30/1997 | Operating License NPF-21, Additional Information re Bulletin 96-02, Movement of Heavy Loads Over Spent Fuel, Over Fuel in Reactor Core / Safety-Related Equipment | No objection. |
| DX 192.000 | ENW 0288328 - 0288329 | 07/09/1997 | Interoffice Memo from J.V. Parrish to P.R. Bemis re: Procurement of an On-Site Spent Fuel Storage System Parrish10 | No objection. |
| DX 193.000 | ENW 0193608 - 0193608<br>ENW 0288330 - 0288331 | 07/10/1997 | Memorandum from J. Parrish to P. Bemis re: procurement of dry cask storage system. | No objection -- exhibit is JX 62. |
| DX 194.000 | ENW 0263171 - 0263171 | 08/21/1997 | Larkin Email | No objection. |
| DX 195.000 | ENW 0084649 - 0084649 | 10/07/1997 | Larkin Email | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 196.000 | ENW 0129748 - 0129748 | 10/07/1997 | Larkin Email | No objection. |
| DX 197.000 | ENW 0129752 - 0129753<br>ENW 0129159 - 0129160 | 10/15/1997 | E-mail from D. Larkin to A. Abrams et. al. re NRC meeting on spent fuel storage. | No objection -- exhibit is JX 63. |
| DX 198.000 | ENW 0532530 - 0532531 | 10/15/1997 | Larkin Email | No objection. |
| DX 199.000 | ENW 0150176 - 0150176 | 12/05/1997 | E-mail from D. Larkin to A. Abrams et. al. re: Southern Nuclear selection of dry cask storage vendor. | No objection -- exhibit is JX 64. |
| DX 200.000 | ENW 0129168 - 0129168 | 12/17/1997 | Larkin Email | No objection. |
| DX 201.000 | ENW 0053480 - 0053482 | 01/16/1998 | Memorandum from D. Larkin to P. Bemis re: deferral of ISFSI construction. | No objection -- exhibit is JX 65. |
| DX 202.000 | ENW 0247020 - 0247021 | 01/21/1998 | Memorandum from D. Larkin to J. Kane re: spent fuel reracking. | No objection -- exhibit is JX 66. |
| DX 203.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 204.000 | ENW 0217988 - 0217994<br>ENW 0217990 - 0217994 | 11/05-06/1998 | E-mail from D. Larkin to P. Bentrup, et. al., re: Holtec Spent Fuel Cask Meeting. | No objection -- exhibit is JX 67. |
| DX 205.000 | ENW 0193682 - 0193682<br>ENW 0288334 - 0288335 | 12/10/1998 | Memorandum from J. Parrish to R. Webring re: procurement of a dry cask storage system. | No objection -- exhibit is JX 68. |
| DX 206.000 | ENW 0028296 - 0028300 | 12/18/1998 | Bechtel Power Corporation Engineers - Contractors Invoice 22801 - 812522 Scammon11 | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 207.000 | ENW 0050568 - 0050606<br>ENW 0050568 - 0051200 | 03/31/1999 | Holtec Best and Final Proposal for Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation at WNP-2; Volume II -- Pricing Proposal. | No objection -- exhibit is JX 69. |
| DX 208.000 | ENW 0099290 - 0099295 | 04/10/1999 | Email from David Larkin to Lawrence Noble et al re: BAFO Evaluation of Licensing Noble13 | No objection. |
| DX 209.000 | ENW 0647386 - 0647456 | 04/22/1999 | EN Administrative & General budgets for FY 2000-2007. | No objection -- exhibit is JX 90. |
| DX 210.000 | ENW 0193390 - 0193393 | 04/28/1999 | Memorandum from Source Evaluation Panel to R. Webring re: recommendation for award of contract for dry cask storage system. | No objection -- exhibit is JX 70. |
| DX 211.000 | ENW 0099374 - 0099375 | 05/00/1999 | May 1999 Series of Emails to and from David Larkin | No objection. |
| DX 212.000 | ENW 0129356 - 0129356 | 05/04/1999 | Email from D. Larkin to L. Noble re: R. Webring approval of award of contract for dry cask storage to Holtec International. | No objection -- exhibit is JX 71. |
| DX 213.000 | ENW 0099363 - 0099373 | 05/11/1999 | E-mail from D. Larkin to EN employees re: Trip Report-Holtec Dry Storage Meetings. | No objection -- exhibit is JX 72. |
| DX 214.000 | ENW 0648034 - 0648037<br>ENW 0648034 - 0648038 | 05/13/1999 | Executive Board Action Memorandum No. 773. | No objection -- exhibit is JX 73. |
| DX 215.000 | ENW 0193436 - 0193439 | 05/24/1999 | Letter from R. Webring to E. Brost re: award of contract for dry cask storage system. | No objection -- exhibit is JX 74. |
| DX 215A.000 | ENW 0193434 - 0193439 | 05/24/1999 | Letter from R.L. Webring to Edward Brost re: Attached Action Memorandum NO. 773 Atkinson14 | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 216.000 | ENW 0466147 - 0466149 | 07/15/1999 | Financial Work Order No. 01000038301 UP Noble34, Larkin58 | No objection. |
| DX 217.000 | ENW 0099330 - 0099331 | 07/29/1999 | Email from Lawrence Noble to David Larkin et al. re: Preliminary Project Team Meeting on PMR 97-0180-0, Interface to Spent Fuel Storage Noble37 | No objection. |
| DX 218.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 219.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 220.000 | ENW 0555661 - 0555661<br>ENW 0570989 - 0570993 | 09/29/1999 | Email from Lawrence Noble to David Larkin re: Estimate with Spent Fuel Attachment Noble38 | No objection. |
| DX 221.000 | ENW 0054452 - 0054466 | 11/01/1999 | Memo of Agreement Between Bonneville Power and ENW Parrish01 | FRE 401/402: The exhibit is irrelevant because it concerns performance incentives with Bonneville Power Administration, which is unrelated to any issue in this case. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns performance incentives with Bonneville Power Administration, which is unrelated to any issue in this case. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. |
| DX 222.000 | ERINSP 00880 - 00887 | 11/08/2009 | Nuclear Fuel Waste- How Long Must We Wait And What Are We Going To Do? Eileen Supko Supko16 | FRE 401/402: The exhibit is irrelevant because there is no indication it was commissioned by, received by, or presented to EN.<br><br>FRE 403: The exhibit is of limited probative value because there |

| **Exhibit Number** | **Bates Range** | **Document Date** | **Description** | **Objection** |
|---|---|---|---|---|
| | | | | is no indication it was commissioned by, received by, or presented to EN, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 223.000 | | 01/21/2000 | Letter to Judges Bollwerk, Kline, Lam from Jay E. Silberg re: In the Matter of Private Fuel Storage, Docket No. 72-22-ISFSI Status of TranStor Storage Cask License Application Supko13 | FRE 401/402: The exhibit is irrelevant because it concerns a proposed Private Fuel Storage Facility, which is not at issue in this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns a proposed Private Fuel Storage Facility, which is not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 224.000 | ENW 0606088 - 0606094 | 01/26/2000 | Email from Lawrence Noble to Gregory Rowell re: Spreadsheet on Spent Fuel Noble39 | No objection. |
| DX 225.000 | ENW 0296888 - 0296895 | 03/01/2000 | Contract Modification No.1 of Contract No. C-31500 between Holtec Center and ENW Noble40 | No objection. |
| DX 226.000 | ENW 0112063 - 0112064 | 03/10/2000 | Email from Mark Reis to John Dabney, Michael Humphreys et al. re: Refuel Floor Activities Zimmerman05 | No objection. |
| DX 227.000 | ENW 0028694 - 0028694 | 03/22/2000 | Holtec International Invoice No. 0317 Billed to ENW Noble21 | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 228.000 | ENW 0028692 - 0028692 | 05/17/2000 | ENW Payment Voucher to Holtec International Noble20 | No objection. |
| DX 229.000 | ENW-EMS 001727 - 001814<br>ENW 0071839 - 0071842 | 05/31/2000 | Certificate of Compliance for HI-STORM 100: Docket No. 72-1014, Amendment 0. | No objection -- exhibit is JX 76. |
| DX 230.000 | ENW 0052174 - 0052184 | 06/00/2000 | Agreement for Consultant and Technical Services by Estes Group to ENW Columbia Generating Station --Contract No. C-31638 Ferek19, Scammon22, Zimmerman10 | No objection. |
| DX 231.000 | ENW 0529549 - 0529550 | 07/10/2000 | Email from Steve Scammon to Rita Abdella re: Requested Information Scammon78 | No objection. |
| DX 232.000 | ENW 0055166 - 0055166 | 07/14/2000 | EQE International Inc. Invoice No. 76658 to ENW Rowell07, Scammon13 | No objection. |
| DX 233.000 | ENW 0063832 - 0063841 | 07/20/2000 | Email from Larry P. Homer to David Larkin et al. re: attached Final Root Cause Analysis - Dry Cask Storage Project Inadequate Budget Larkin65 Supko07 | No objection. |
| DX 234.000 | ENW 0071708 - 0071708 | 07/20/2000 | Email re budget underestimates Larkin66 | No objection. |
| DX 235.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 236.000 | ENW 0071708 - 0071708 | 07/20/2000 | Email from David L. Larkin to Steve L. Scammon re: Dry Cask Storage Review Team Charter Parrish09, Scammon57, Atkinson16, | No objection. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 237.000 | ENW 0122610 - 0122624 | 07/24/2000 | Email from Lawrence Noble to Robert A. Vopalensky re: Proposal for Roadway Design & Load Path Analysis Noble16 | No objection. |
| DX 238.000 | ENW 0240571 - 0240589 | 08/00/2000 | Spent Fuel Dry Cask Storage Self-Assessment, August 7 - 22, 2000 | No objection. |
| DX 239.000 | ENW 0210070 - 0210070 | 08/02/2000 | Letter from D.L. Larkin to Scott Pellet of Holtec re: Hold on MPC Material Procurement Atkinson18 | No objection. |
| DX 240.000 | ENW 0085981 - 0085982 | 08/16/2000 | Email from Steve Scammon to Noble Lawrence et al. re: Lowest Service Temparature for Crawler for NDT Concerns Noble41 | No objection. |
| DX 241.000 | ENW 0074287 - 0074287 | 02/12/2000 | E-mail from D. Atkinson to D. Larkin et al. re: EFSEC approval of ISFSI constuction. | No objection -- exhibit is JX 75. |
| DX 242.000 | ENW 0085150 - 0085150 | 10/05/2000 | Email from Lawrence Noble to Steve Scammon re: FY01 and 02 Noble43 | No objection. |
| DX 243.000 | ENW 0060119 - 0060124 | 10/25/2000 | Email from Benzel to Atkinson, Scammon, Oxenford re: PRB Minutes attaching Minutes of ENW Participants' Review Board Scammon01, Atkinson01 | No objection. |
| DX 244.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 245.000 | ENW 0254127 - 0254154<br>ENW 2003585 - 2003612 | 10/30/2000 | Letter from EN to NRC re: request for amendment to WNP-2 operating license. | No objection -- exhibit is JX 77. |
| DX 246.000 | ENW 0029144 - 0029145 | 11/05/2000 | SCM Consultants, Inc Invoice # 20011264 to ENW Scammon29 | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 247.000 | ENW 0147846 - 0147846<br>ENW 0149159 - 0149159 | 12/11/2000 | Email from S. Scammon to R. Webring re: use of internal and external resources on dry cask storage project. | No objection -- exhibit is JX 78. |
| DX 248.000 | ENW 0148790 - 0148792 | 12/11/2000 | Email from Steve Scammon to Neil Zimmerman re: Turnkey Cask Loading Services for Columbia Generating Station Scammon59 | No objection. |
| DX 249.000 | ENW 0056846 - 0056847 | 12/22/2000 | Email from Scott Pellet to Steve Scammon re: Additional Cask Stability Analysis Scammon50 | No objection. |
| DX 250.000 | ENW 0284806 - 0284807 | 00/00/2001 | ENW Support Services Work Authorization FY01 Armatrout09, Noble25, Rowell13 | No objection. |
| DX 251.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 252.000 | ENW 0527699 - 0527731 | 01/00/2001 | ENW Support Services Contract C31621 (Public Works Service Contract) Hicks04, Noble24 | No objection. |
| DX 253.000 | ENW 0648648 - 0648657 | 01/12/2001 | ENW Action Memo No. 811, ISFSI Procedures and Training Development Support with Attached Correspondence Atkinson07 | No objection. |
| DX 254.000 | ENW 0529585 - 0529585 | 01/15/2001 | Email from Steve Scammon to James Engbarth re: ISFSI Scammon64 | No objection. |
| DX 255.000 | ENW 0061113 - 0061115 | 01/22/2001 | Email from S. Scammon to R. Webring et al. re: Info Memo 531 Scammon55 | EN objects on the basis that the description and Bates numbers on the Government's exhibit list do not match the version of the exhibit that was provided to EN.<br><br>EN objects to the exhibit as provided by the Government as |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | irrelevant under FRE 401/402, in that it comprises three random pages of EN documents on unrelated matters, and therefore does not address any fact of consequence to this action. EN assumes that the Government meant to provide the exhibit it described on its list. Although EN believes it will have no substantive objections to that exhibit, it reserves the right to object should the Government correct or change this exhibit. |
| DX 256.000 | ENW 0529532 - 0529532 | 01/23/2001 | Email from S. Scammon to E. Guerra re: spent fuel contingency plans. | No objection -- exhibit is JX 79. |
| DX 257.000 | ENW 0029351 - 0029352 | 01/26/2001 | Sagemoor Enterprises's Invoice 038 to ENW Rowell15, Scammon35 | No objection. |
| DX 258.000 | ENW 0029501 - 0029502 | 02/16/2001 | EQE International Inc. Invoice No. 82558 to ENW Rowell08, Scammon14 | No objection. |
| DX 259.000 | ENW 0029544 - 0029544 | 02/20/2001 | EQE International Inc. Invoice No. 82722 to ENW Rowell09, Scammon15 | No objection. |
| DX 260.000 | ENW 0057825 - 0057825 | 03/07/2001 | Email from David Larkin to Robert Vopalensky, Steve Scammon, and Gregory W. Rowell, re: HI-STORM 100S Change Scammon51 | No objection. |
| DX 261.000 | ENW 0029648 - 0029649 | 03/21/2001 | U.S DOE Bonneville Power Administration Agreement Scammon23 | No objection. |
| DX 262.000 | ENW 0063584 - 0063591 | 03/23/2001 | Email from Alan Carlyle to Steve Scammon et al. re: EFSEC Letter - Columbia Dry Cask Storage, Road Realignment Noble42 | No objection. |
| DX 263.000 | ENW 0052049 - 0052126 | 05/00/2001 | ENW and Ferg Associates, Inc. Contract No. C-31688 ISFSI Procedures and Training Development Support Scammon63 | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 264.000 | ENW 0049972 - 0049978 | 05/15/2001 | ENW Purchase Order 00308970 Scammon12 | No objection. |
| DX 265.000 | ENW 0030109 - 0030113 | 05/21/2001 | Sargent & Lundy, LLC Invoice No. 10236771 to ENW Rowell11, Scammon17 | No objection. |
| DX 266.000 | ENW 0048753 - 0048753 | 05/23/2001 | ENW Material Request 00036824 - Furniture for Carol Marty Scammon45 | No objection. |
| DX 267.000 | ENW 0052051 - 0052126 | 05/30/2001 | Contract No. C-31688 Columbia Generating Station ISFSI Procedures and Training Development Support Agreement Ferek20, Fuller14, Zimmerman11 | No objection. |
| DX 268.000 | ENW 0084494 - 0084499 | 06/05/2001 | Email from Carol Marty to Curtis Moore et al. re: Organizational Chart Updates Noble02 | No objection. |
| DX 269.000 | ENW 0149210 - 0149210 | 06/26/2001 | Email from Steve Scammon to Jerry Wolski re: Budget Scammon75 | No objection. |
| DX 270.000 | ENW 0101004 - 0101005 | 06/30/2001 | EQE International Inc. Invoice No. 88789 to ENW Hicks17, Rowell10, Scammon16 | No objection. |
| DX 271.000 | ENW 0048767 - 0048768 | 07/01/2001 | Material Request No. 00036199 - Installation of Video Capture Equipment Noble30, Scammon47 | No objection. |
| DX 272.000 | ENW 0048770 - 0048770 | 07/01/2001 | Spent Fuel Storage Equipment - Project - Material Request 00031864 Scammon48 | No objection. |
| DX 273.000 | ENW 0148711 - 0148711 | 07/12/2001 | E-mail from Steve Scammon to James Walker re: Fuel Pool Capacity Scammon58 | No objection. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 274.000 | ENW 0086585 - 0086600 | 08/10/2001 | Independent Engineering Assessment Reactor Building Crane Compliance w/ NUREG 0554, Doc. No. PO 2164-R3, by Material Handling Equipment | No objection. |
| DX 275.000 | ENW 0055562 - 0055563 | 08/17/2001 | Cascade Fire Protection Co. Contract No. 21-56 Scammon27 | No objection. |
| DX 276.000 | ENW 0031218 - 0031218<br>ENW 0031224 - 0031225 | 08/22/2001 | Underwater Engineering Services Contract No. C31646 ENW NUC- 2001104 Scammon20 | No objection. |
| DX 277.000 | ENW 0031217 - 0031290 | 08/22/2001 | Invoice from S.G. Pinney for Underwater Work Scammon20 | No objection. |
| DX 278.000 | ENW 0058190 - 0058191 | 09/05/2001 | Email from David Larkin to Steve Scammon et al. re: Mating Device and Dolly Hold Scammon52 | No objection. |
| DX 279.000 | ENW 0573044 - 0573045 | 09/27/2001 | Email from Lawrence Noble to Robert Vopalensky re: Cask Pad Enlargement Cost Noble14 | No objection. |
| DX 280.000 | ENW 0529564 - 0529564 | 10/08/2001 | Email from Steve Scammon to Stephen Buck re: Bond Document Disclosure Scammon80 | No objection. |
| DX 281.000 | ENW 0055740 - 0055740 | 10/13/2001 | Morrison Construction Services Inc. Invoice # 19588 to ENW Hicks03, Noble23, Scammon19 | No objection. |
| DX 282.000 | ENW 0459026 - 0459064 | 10/17/2001 | Work Order No. 0102427301 Rowell22 Rowell39 | No objection. |
| DX 283.000 | | 00/00/0000 | Withdrawn | N/A |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 284.000 | ENW 0031481 - 0031482 | 10/22/2001 | Material Handling Equipment, Inc. Invoice # 2164b to ENW Rowell14, Scammon28, Suing19 | No objection. |
| DX 285.000 | | 10/22/2001 | Letter to Dr. K.P. Singh, re NRC Inspection Report no. 72-1014/01-201 and Notice of Violation Supko09 | FRE 401/402: The exhibit is irrelevant because it concerns an NRC violation at a Holtec facility, and there is no indication that it concerns EN or materials purchased by EN. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it concerns an NRC violation at a Holtec facility, and there is no indication that it concerns EN or materials purchased by EN. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 286.000 | ENW 2004517 - 2004529 | 10/26/2001 | Letter from Jack Cushing to J.V. Parrish enclosing Amendment and Safety Evaluation re: Columbia Generating Station---Amendment to Revise Final Safety Analysis Report Atkinson22 | No objection. |
| DX 287.000 | ENW 0459399 - 0459414 | 11/05/2001 | Work Order # 0102656801 Rowell25 | No objection. |
| DX 288.000 | ENW 0610131 - 0610132 | 11/28/2001 | Email from Gregory Rowell to Lawrence Noble re: Contractor and Backfill Funds for ISFSI Project Noble45 | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 289.000 | ENW 0060152 - 0060152 | 11/30/2001 | Email from F. Raquel to Steve Scammon re: PTL 181465 Scammon53 | No objection. |
| DX 290.000 | ENW 0459696 - 0459730 | 12/04/2001 | Work Order No. 0102745301 Rowell23 | No objection. |
| DX 291.000 | ENW 0072115 - 0072117 | 12/04/2001 | Email Chain from Lawrence D. Noble to Douglas C. Thompson, Dennis Kerlee, Steve Scammon, et al. re: QC Support of ISFSI Project Scammon73 | No objection. |
| DX 292.000 | ENW 0149513 - 0149513 | 01/02/2002 | Email from Steve Scammon to Gary L. Weimer re: PTL 156791 - Update Scammon69 | No objection. |
| DX 293.000 | ENW 0060213 - 0060213 | 01/29/2002 | Email from Gregory Rowell to Steve Scammon re: Radwaste Disposal Rowell28, Scammon54 | No objection. |
| DX 294.000 | ENW 0459603 - 0459629 | 01/30/2002 | Work Order No. 0102660201 Rowell24 | No objection. |
| DX 295.000 | ENW 0032268 - 0032270 | 02/18/2002 | Lampson International LLC Invoice 16858 to ENW Fuller12, Zimmerman07 | No objection. |
| DX 296.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 297.000 | ENW 0115229 - 0115237 | 02/26/2002 | Email from Gregory Rowell to Neil Zimmerman re: Cask Pit Restraint Rowell29 | No objection. |
| DX 298.000 | ENW 2042301 - 2042309 | 03/25/2002 | Memo from Larry Link to Steve Scammon re: Determination of Fuel Assembly Condition, attaching Supplemental Information Guidance for Fuel Assembly Condition for ISFSI Ferek08 | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 299.000 | ENW 0467285 - 0467297 | 00/00/2002 | ENW Work Order No. 0100297455 Rowell16, Scammon62 | No objection. |
| DX 300.000 | ENW 0606260 - 0606262 | 04/11/2002 | Email from Sheri Bird to Lawrence Noble et al. re: Funding for Engineering Noble44 | No objection. |
| DX 301.000 | ENW 0148262 - 0148263 | 04/17/2002 | Email from Steve Scammon to William Kiel re: Draft Position for USDOE Railroad Parrish11 | No objection. |
| DX 302.000 | ENW 0466283 - 0466313 | 04/18/2002 | Work Order No. 0103430502 PL Rowell40 | No objection. |
| DX 303.000 | ENW 0149823 - 0149825 | 04/19/2002 | E-mail string, Subj: PTL 187218 Evaluation; Approving Purchase of Underwater Camera & Controller; Fr:Scammon, To: Richey | No objection. |
| DX 304.000 | ENW 0049844 - 0049868 | 04/25/2002 | EN Executive Board Resolution No. 1250. | No objection -- exhibit is JX 82. |
| DX 305.000 | ENW 0049800 - 0049840 | 04/25/2002 | Credit Agreement between Energy Northwest and Citibank. | No objection -- exhibit is JX 81. |
| DX 306.000 | ENW 0069123 - 0069123 | 04/30/2002 | Email from Lisa Ferek to Lawrence Link, cc: Steve Scammon, Subject: ISFSI Feedback on Outage Start Date Move Ferek15, Scammon08 | No objection. |
| DX 307.000 | ENW 2350756 - 2350761 | 05/06/2002 | ISFSI Roles & Responsibilities Ferek02 | No objection. |
| DX 308.000 | ENW 0049841 - 0049843 | 05/10/2002 | EN Promissory Note issued to Citibank. | No objection -- exhibit is JX 83. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 309.000 | ENW 0033024 - 0033039 | 05/13/2002 | Tecmer Inc. Letter from Thomas Drake to ENW re: Service Invoice ENW-02-006 Scammon36 | No objection. |
| DX 310.000 | ENW 0466322 - 0466328 | 06/03/2002 | Work Order No. 0103430504 PL Rowell37 | No objection. |
| DX 311.000 | ENW 0148178 - 0148178 | 06/10/2002 | Email from Steve Scammon to Douglas Thompson; John Peters et al. re: Bartlett $$ in ISFSI & PRC Projects Scammon76 | No objection. |
| DX 312.000 | ENW 0068891 - 0068893 | 06/25/2002 | Email from David Larkin to Steve Scammon re: Columbia - IRS Letter Ruling (Spent Fuel) Scammon02 | EN objects on the basis that the description on the Government's exhibit list does not match either the Bates range listed or the version of the exhibit that was provided to EN.<br><br>EN objects to the exhibit as provided by the Government as irrelevant under FRE 401/402, in that it comprises three random pages of EN documents on unrelated matters, and therefore does not address any fact of consequence to this action. EN assumes that the Government meant to provide the exhibit it described as Scammon Dep. Ex. 2 on its list. Although EN believes it will have no substantive objections to that exhibit, it reserves the right to object should the Government correct or change this exhibit. |
| DX 313.000 | ENW 0052296 - 0052301 | 06/25/2002 | Mid Columbia Engineering Inc. Invoice Contract No. 00311913 Hicks13 | No objection. |
| DX 314.000 | ENW 0100359 - 0100361 | 06/27/2002 | Email from Steve Scammon to Rodney Webring, Dale Atkinson, Danny Poirier, et al. re: ISFSI Transition Plan Scammon66 | No objection. |
| DX 315.000 | ENW 0100453 - 0100453 | 06/28/2002 | E-mail from S. Scammon to D. Atkinson et. al. re: NRC inspection of dry cask loading dry run. | No objection -- exhibit is JX 84. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 316.000 | ENW 0148722 - 0148722 | 07/08/2002 | Email from Scammon to Weers re: Status of Dry Cask Storage | No objection. |
| DX 317.000 | ENW 0033507 - 0033507 | 07/15/2002 | Invoice issued by Holtec to ENW # 20729 Rowell01; Scammon05 Noble22 | No objection. |
| DX 318.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 319.000 | ENW 0033508 - 0033508 | 07/18/2002 | Holtec International Invoice No. 20734A (revised) to ENW Noble22, Rowell02, Scammon06, | No objection. |
| DX 320.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 321.000 | ENW 0460807 - 0460842 | 07/31/2002 | Work Order No. 0102773901 DC Rowell36 | No objection. |
| DX 322.000 | ENW 0155443 - 0155514 | 08/01/2002 | ENW Design Safety Assessment, BDC Package 97-0180-4E-750 (reactor building modifications) Rowell18 | No objection. |
| DX 323.000 | ENW 0067248 - 0067248 | 08/07/2002 | Email from Douglas C. Thompson to Steve Scammon, John Peters, Inge Borland, et al. re: RP Support of ISFSI for July 2002 Scammon74 | No objection. |
| DX 324.000 | ENW 0461433 - 0461434 | 08/27/2002 | Work Order # 0102888315 DC Safeguards Rowell35 | No objection. |
| DX 325.000 | ENW 0529534 - 0529534 | 09/20/2002 | Email from Steve Scammon to Georgia Hammond re: Broadcast Message Entry into the ISFSI Scammon60 | No objection. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 326.000 | ENW 0149277 - 0149277 | 09/20/2002 | Email from Steve Scammon to Donald McManman re: Tip of the Hat Scammon68 | No objection. |
| DX 327.000 | ENW 2350769 - 2350772 | 10/04/2002 | Proposed ISFSI Organization Chart and Outline Ferek04 | No objection. |
| DX 328.000 | ENW 0062446 - 0062451 | 10/27/2002 | Additional References & Notes for Doc. No. PO 2164-R3, Reactor Building Crane Compliance with NUREG 0554 | No objection. |
| DX 329.000 | ENW 0062473 - 0062474 | 10/28/2002 | Email from Neil Zimmerman to Steve Scammon re: Future Cask Heat Loads Ferek10, Scammon56 | No objection. |
| DX 330.000 | ENW 0148259 - 0148259 | 11/01/2002 | Email from Steve Scammon to Joy Russell re: Columbia ISFSI Scammon79 | No objection. |
| DX 331.000 | ENW 0603405 - 0603408 | 11/19/2002 | Email from Gregory Rowell to Steve Scammon re: Backfill Funds for ISFSI Support for July, August and September Scammon65 | No objection. |
| DX 332.000 | ENW 0460368 - 0460371 | 12/30/2002 | Work Order No. 0102754501 Rowell21 | No objection. |
| DX 333.000 | | 00/00/2003 | ENW 2003 Annual Report | No objection. |
| DX 334.000 | | 00/00/2003 | ENW Columbia Generating Station Independent Spent Fuel Storage Installation Facility Armatrout05 | No objection. |
| DX 335.000 | ENW 0658217 - 0658222 | 01/00/2003 | Payroll Time Reporting Approval Audit, Internal Audit Report No. 04-S-03 Emmert18 | No objection. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 336.000 | ENW 0052442 - 0052507 | 01/23/2003 | ENW Executive Board Review of Nuclear Program Hartman04 | No objection. |
| DX 337.000 | ENW 0200806 - 0200810 | 02/07/2003 | ISFSI Casks 6 through 10 Loading Campaign Cost Estimate Breakdown Zimmerman03 | No objection. |
| DX 338.000 | ENW 0111042 - 0111044 | 02/11/2003 | E-mail from L. Linik to S. Oxenford forwarding e-mail from L. Ferek re: dry cask loading loading requirements. | No objection -- exhibit is JX 86. |
| DX 339.000 | ENW 0572687 - 0572692 | 04/10/2003 | Email from David Larkin to Tanya M. Demyer re: ISFSI Project Manager Application Larkin02 | No objection. |
| DX 340.000 | | 05/01/2003 | Email from Robert Lewis to E. William Brach; Larry Camper re: Note on Holtec Violation Decision Supko10 | No objection. |
| DX 341.000 | ENW 0053830 - 0053892 | 05/14/2003 | RW-859, including "Projected Assembly Discharges" | No objection. |
| DX 342.000 | ENW 0049520 - 0049521 | 05/29/2003 | Receipt and Application of Moneys for the ENW Columbia Generating Station Electric Revenue Bonds Series 2003-F Bresnahan09 | No objection. |
| DX 343.000 | ENW 0049153 - 0049191 | 05/29/2003 | Executive Board Resolution No. 1301 - A Supplemental Resolution Providing For the Issuance of $41,330,000 ENW Columbia Generating Station Electric Revenue Bonds, Series 2003-F Bresnahan08, Parrish07 | No objection. |
| DX 344.000 | ENW 0128857 - 0128857 | 06/09/2003 | Email from Scott Oxenford to John Suing; Rolly Fuller; Kristie Mckune re: Reactor Maintenance Organization Suing08 | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 345.000 | ENW 0128473 - 0128475 | 06/30/2003 | Email from Bernice Kasko to Denise Hall attaching ISFSI Organization Announcement and Reactor Maintenance Organization Chart Ferek05 | No objection. |
| DX 346.000 | ENW 0458689 - 0458690 | 07/06/2003 | Work Order No. 0102745302 SC Rowell20 | No objection. |
| DX 347.000 | ENW 0459694 - 0459695 | 07/06/2003 | Work Order No. 01027453 Rowell19 | No objection. |
| DX 348.000 | ENW 0063832 - 0063841 | 07/20/2003 | Email from Larry Homer to Larkin, Scammon, Ingersol, Pesek Transmitting Root Cause Analysis(RCA) for PER 200-0809 (Final)--Dry Cask Storage Project, Inadequate Budget-- w/ RCA attached Emmert17, Larkin65 | No objection. |
| DX 349.000 | ENW 0051982 - 0051992 | 07/23/2003 | Spent Fuel Storage System, HERMIT Work Scope Rowell03, Scammon07 | No objection. |
| DX 350.000 | ENW 0081184 - 0081187 | 08/22/2003 | Email from Rolly Fuller to John Suing re: CGS Cask Loading Campaign Fuller03 | No objection. |
| DX 351.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 352.000 | ENW 0187807 - 0187809 | 09/15/2003 | ENW Finance Manual - Scope / Description of Administrative & General Costs | FRE 106: The exhibit is missing portions that should, in fairness, be considered contemporaneously with this document. A complete version of this document is found on EN's exhibit list as PX 745. |
| DX 353.000 | ENW 0102128 - 0102129 | 10/06/2003 | Email from Neil Zimmerman to Douglas Culver, and Rolly Fuller re: Call Letter for Heavy Equipment & Mobile Cranes Zimmerman04 | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 354.000 | ENW 0581295 - 0581299 | 10/29/2003 | Email from John Suing to David Larkin re: ISFSI Estimate 08 Suing03 | No objection. |
| DX 355.000 | ENW 0221911 - 0221911 | 10/29/2003 | Email from John Suing to David Larkin re: ISFSI Estimate 07 Suing09 | No objection. |
| DX 356.000 | ENW 0458666 - 0458668 | 11/01/2003 | Work Order # 0105059801 FX Rowell38 | No objection. |
| DX 357.000 | ENW 0082155 - 0082155 | 12/08/2003 | Email from Neil Zimmerman to Rolly Fuller et al. re: FY05 Budget Fuller17 | No objection. |
| DX 358.000 | ENW 0459234 - 0459287 | 12/28/2003 | Work Order # 0102653801, DC, SFP Cask Area Modifications | No objection. |
| DX 359.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 360.000 | ENW 0052624 - 0052675 | 00/00/2004 | 2004 Annual Report | No objection. |
| DX 361.000 | ENW 0104095 - 0104095 | 01/06/2004 | Email from Rolly Fuller to Robin Feuerbacher et al. re: Offsite Shipment of Spent Fuel Fuller21 | No objection. |
| DX 362.000 | ENW 0050031 - 0050033 | 02/06/2004 | ENW Work Release Order No. 3 Issued to Hi-Tech Nuclear Services, Inc. Suing15 | No objection. |
| DX 363.000 | ENW 0128525 - 0128530 | 02/12/2004 | Email from Rolly Fuller to John Suing re: 10 Cask ISFSI Campaign in 2004, Pre-Established Schedule and Budget Fuller09, Suing04, Zimmerman01 | No objection. |
| DX 364.000 | ENW 0143922 - 0143922 | 02/20/2004 | Email from John Suing to Rolly Fuller re: ISFSI Number Fuller04, Suing02 | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 365.000 | ENW 0015865 - 0015895 | 03/16/2004 | Day & Zimmermann - NPS - Invoice No. 90674914 to ENW Armatrout10, Hicks06, Scammon26 | No objection. |
| DX 366.000 | | 04/15/2004 | Preliminary Expert Damages Report of Michael P. Emmert, Volume 1 of 2 Emmert05 | No objection. |
| DX 367.000 | ENW 0050035 - 0050038 | 04/21/2004 | ENW Work Release Order No. 2 Issued to Hi-Tech Nuclear Services, Inc. Suing16 | No objection. |
| DX 368.000 | ENW 0102221 - 0102314 | 04/27/2004 | Email from Neil Zimmerman to Kristie Mckune re: Picture Show About ISFSI with attachment re:Columbia Station Dry Spent Fuel Storage Zimmerman02 | No objection. |
| DX 369.000 | ENW 0102315 - 0102317 | 05/12/2004 | Email from Shawn Jerrow to Rolly Fuller et al. re: ISFSI Campaign Results & Award Recommendations Fuller05 | No objection. |
| DX 370.000 | ENW 0103222 - 0103224 | 05/15/2004 | Trojan & CGS Cask Loading Comparisons | No objection. |
| DX 371.000 | ENW 0532251 - 0532265 | 06/03/2004 | Email from John D. Arbuckle to Thomas Albert, et al. re: Quality Audit Report AU-DC-04 (ISFSI) with Attachment of Feedback Survey Sheet for Reports Scammon72 | No objection. |
| DX 372.000 | ENW 0307608 - 0307616 | 06/17/2004 | Article "Conceptual Discussion - Spent Fuel Transport off the CGS Site" Neil Zimmerman Fuller22, Noble17 | No objection. |
| DX 373.000 | ENW 0080304 - 0080305 | 07/01/2004 | Email from Gaylon H. Gallup to Gary E. Bartlett, re: Fuel Cask-MPC's Average Cost FY'04 Ferek12 | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 374.000 | ENW 0128540 - 0128543 | 07/12/2004 | Email from Duane Neely to Rolly Fuller re: FY04 ISFSI Costs Fuller07 | No objection. |
| DX 375.000 | ENW 0466162 - 0466164 | 07/24/2004 | Financial Work Order No 0101723101 UP Noble33, Rowell17, Rowell32 | No objection. |
| DX 376.000 | | 00/00/0000 | Withdrawn | N/A |
| DX 377.000 | ENW 0272503 - 0272504 | 12/08/2004 | Memo from Rolly Fuller to Executive Authorization Committee re: ISFSI FY06 Campaign Deferral Fuller08 | No objection. |
| DX 378.000 | ENW 0127039 - 0127045 | 12/27/2004 | Email from Donna E. McCauley to Gregory P. Armatrout, et al. re: Draft EAC Meeting Notes - EAC 3 & 4 with Attachments re: EAC Meeting 3 12/13/04. (Updated Version with Comments from Jim Gaston Incorporated) Scammon71 | No objection. |
| DX 379.000 | | 00/00/2005 | Nuclear Waste Fund and Defense Nuclear Waste Fund Requested Funds v. Appropriated Funds 1983 - 2005 Kouts33 | FRE 401/402: The exhibit is irrelevant because budget appropriations are irrelevant to the established fact of DOE's breach of contract, and the D.C. Circuit foreclosed DOE from making any argument under the "unavoidable delays" clause of the Standard Contract. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because budget appropriations are irrelevant to the established fact of DOE's breach of contract, and the D.C. Circuit foreclosed DOE from making any argument under the "unavoidable delays" clause of the Standard Contract. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be.<br><br>FRE 1006: The exhibit purports to be a summary, but EN has had no opportunity to examine any underlying data. |
| DX 380.000 | ENW 0466204 - 0466206 | 01/03/2005 | Financial Work Order No. 0106572901 UP Noble35, Rowell33 | No objection. |
| DX 381.000 | ENW 0466159 - 0466161 | 04/30/2005 | Financial Work Order No. 0101723001 UP Noble32, Larkin56 | No objection. |
| DX 382.000 | | 08/01/2005 | Kouts' OCRWM Employment History Kouts01 | No objection. |
| DX 383.000 | | 08/05/2005 | Declaration of David L. Larkin Larkin35 | No objection. |
| DX 384.000 | ENW 0133000 - 0133006 | 10/27/2005 | Email from Lewis to Hugo, Ferek, Boynton, Schmitz et al. Subj: Spent Fuel Pool Cooling, attaching Fuel Pool Cooling System Presentation Ferek13 | No objection. |
| DX 385.000 | ENW 0143757 - 0143759 | 11/04/2005 | Email from John Suing to Rolly Fuller re: RX Equipment Pool Cleanup Organization Chart. PPt. Suing06 | No objection. |
| DX 386.000 | ENW 0128297 - 0128299 | 12/16/2005 | Email from Rolly Fuller to Daniele Carlson et al. re: Reminder- Action: Input in Preparation for Next Monday's (12/19) Bi-Weekly Manager/Supervisor Meeting Suing05 | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 387.000 | | 00/00/2006 | Interest Dollar Amounts for 5/10/02 - 6/30/06 re ENW Columbia Generating Station Independent Spent Fuel Storage Installation Facility (ISFSI) Armatrout01 | No objection. |
| DX 388.000 | ENW 0133240 - 0133241 | 01/05/2006 | Email from Lisa Ferek to Rolly Fuller re: Action: "Final" ISFSI Budget Ferek03 | No objection. |
| DX 389.000 | ENW 0038927 - 0038927 | 01/12/2006 | PAR Nuclear Inc. Invoice 90087823 for Refueling Bridge Main Hoist Trouble-shooting Scammon30 | No objection. |
| DX 390.000 | ENW 2019861 - 2019895 | 02/00/2006 | ENW Columbia Generating Station FY2007 Fuel Management Plan by Lisa L. Ferek Ferek11 | No objection. |
| DX 391.000 | ENW 0093120 - 0093122 | 03/22/2006 | Email from Rolly Fuller to David Larkin re: Proposed Hi-Storm Design Change Fuller19 | No objection. |
| DX 392.000 | ENW 0051956 - 0051958 | 06/05/2006 | ENW Work Release Order No. 7 Issued to Hi-Tech Nuclear Services, Inc. Suing17 | No objection. |
| DX 393.000 | ENW 0077905 - 0077906 | 06/27/2006 | Email from Neil Zimmerman to David Larkin and Rolly Fuller re: Deferral of FHD/SCS Fuller06 | No objection. |
| DX 394.000 | ENW 0527512 - 0527517 | 06/28/2006 | Atlas Van Lines Invoice HJ35176001 Billed and Related ENW Payment Documentation Scammon34 | No objection. |
| DX 395.000 | ENW 0146345 - 0146346 | 06/29/2006 | Email from Neil Zimmerman to Rolly Fuller re: PHC Schedule Fuller10 | No objection. |
| DX 396.000 | ENW 0050501 - 0050503 | 10/06/2006 | ENW Purchase Order No. 00311586 for $31,500 to Vendor Pius J. Nold Ferek24 | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 397.000 | ENW 0051516 - 0051517 | 10/09/2006 | ENW Purchase Order No. 00310703 to Lampson International LLC Fuller13 | No objection. |
| DX 398.000 | ENW 0051539 - 0051540 | 10/09/2006 | ENW Purchase Order 00309041 to Matec Inc. Armatrout11, Scammon32, | No objection. |
| DX 399.000 | ENW 0051524 - 0051525 | 10/09/2006 | ENW Purchase Order 00309165 Scammon18 | No objection. |
| DX 400.000 | ENW 0051559 - 0051563 | 10/09/2006 | ENW Purchase Order 00307792 to M & D Professional Services Rowell05, Suing11 | No objection. |
| DX 401.000 | ENW 0051718 - 0051720 | 10/09/2006 | ENW Purchase Order # 00307741 to S.G. Penney for Underwater Work. Scammon21 | No objection. |
| DX 402.000 | ENW 0051574 - 0051576 | 10/09/2006 | ENW Purchase Order No. 00309862 Rowell06 | No objection. |
| DX 403.000 | | 11/16/2006 | Spent Nuclear Fuel Damages Claim- Summary of Costs Incurred by Expense Class Emmert07 | No objection. |
| DX 404.000 | | 11/16/2006 | Spent Nuclear Fuel Damages Claim - Summary of Total Cask Loading Costs with Attached Email from Renee Toribio to Janice Kocek Emmert04 | EN has no evidentiary objection to this exhibit except to the inclusion of the final page, which is an irrelevant and unrelated email that is not a part of the document. |
| DX 405.000 | ENW-MPE 0010215 - 0010219 | 02/21/2007 | Email from Christopher Tompkins to Michael Emmert re: Attached Draft Engagement Letter Emmert08 | FRE 401/402: The exhibit is irrelevant because it concerns a draft engagement letter for EN's expert, which does not address any fact that is of consequence to the determination of this action. |
| DX 406.000 | ENW-MPE 0010389 - 0010395 | 03/01/2007 | Email from Michael Emmert to Christopher Tompkins re: Attached Draft Energy NW Retention Letter Emmert09 | FRE 401/402: The exhibit is irrelevant because it concerns a draft engagement document for EN's expert, which does not address any fact that is of consequence to the determination of this action. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 407.000 | ENW-ERB 000022 - 000024 | 04/05/2007 | Letter to Eric Bush Memorializing Terms and Conditions of Jenner & Block LLP's Agreement to Employ Enercon Services, Inc. Bush02 | No objection. |
| DX 408.000 | ENW-ERB 000015 - 000015 | 05/10/2007 | Email from Eric Bush to Christopher Tompkins re: CGS Rack Documentation Bush07 | No objection. |
| DX 409.000 | ENW-ERB 000078 - 000080 | 05/16/2007 | Invoice No. 73678 for Litigation Support in the Amount of $2,600 Bush03 | No objection. |
| DX 410.000 | ENW-MPE 0010429 - 0010430 | 05/22/2007 | Facsimile with Attached Letter from Michael Emmert to Norman Hirsch re: Subcontracting Directly with MFC Emmert10 | No objection. |
| DX 411.000 | | 06/27/2007 | Exhibit D - Dry Cask Implementation - Fiscal Years 2000 - 2007 (Partial Year through 8/31/06) Scammon61 | No objection. |
| DX 412.000 | ENW-ERB 000091 - 000098 | 09/05/2007 | Bureau of Labor Statistics Data re: Employment Cost Index Bush05 | No objection. |
| DX 413.000 | | 09/06/2007 | Response Letter from Christopher Tompkins to Sharon Snyder re: 8/13/2007 Letter to Norm Hirsch, re: Adjusments by ENW for Double Counting Emmert03 | FRE 401/402: The exhibit is irrelevant because it concerns details of EN's document production and does not address any fact that is of consequence to the determination of this action. |
| DX 414.000 | ENW-EMS 000005 - 000008 | 09/12/2007 | Email from Eileen Supko to Adam Hachikian re: Teleconference Supko01 | FRE 401/402: The exhibit is irrelevant because it consists solely of emails regarding scheduling of meetings with EN's expert and does not address any fact that is of consequence to the determination of this action. |
| DX 415.000 | | 00/00/0000 | Withdrawn | N/A |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 416.000 | ENW-MPE 0010448 - 0010454 | 10/25/2007 | Email from Norman Hirsch to David Jimenez-Ekman, Christopher Tompkins and Francisco Cano attaching Completed Mesirow Engagement Letter Emmert11 | No objection. |
| DX 417.000 | ENW-MPE 0010396 - 0010419 | 10/31/2007 | Email from Michael Emmert to Christopher Tompkins attaching Requested Handwritten Scanned Document from Memmert Emmert12 | FRE 401/402: The exhibit is irrelevant because it is handwritten notes from EN's expert, which cannot be used to prove the truth of any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is handwritten notes from EN's expert. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 418.000 | EXG006 0001 - 0043 | 12/21/2007 | Expert Witness Report of Charles L. Stuart Emmert14, Bush12, Stuart01 | FRE 401/402: The exhibit is irrelevant because it is an expert report from the Government's expert, which cannot be used to prove the truth of any fact that is of consequence to the determination of this action.<br><br>FRE 702: The exhibit consists of expert opinions that do not meet admissibility standards under FRE 702 and are the subject of a motion in limine filed by EN.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 419.000 | EXG009 000001 - 000065 | 12/21/2007 | Expert Report of Raymond S. Hartman Hartman01 | FRE 401/402: The exhibit is irrelevant because it is an expert report from the Government's expert, which cannot be used to prove the truth of any fact that is of consequence to the determination of this action.<br><br>FRE 702: The exhibit consists of expert opinions that do not meet |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| | | | | admissibility standards under FRE 702 and are the subject of a motion in limine filed by EN.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 420.000 | EXG008 000001 - 000039 | 12/21/2007 | Expert Report of R. Larry Johnson Johnson01 | FRE 401/402: The exhibit is irrelevant because it is an expert report from the Government's expert, which cannot be used to prove the truth of any fact that is of consequence to the determination of this action.<br><br>FRE 702: The exhibit consists of expert opinions that do not meet admissibility standards under FRE 702 and are the subject of a motion in limine filed by EN.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 421.000 | ENW-ERB 000088 - 000090 | Undated | Handwritten Notes re: CGS Rack Study Bush06 | FRE 401/402: The exhibit is irrelevant because it is handwritten notes from EN's expert, which cannot be used to prove the truth of any fact that is of consequence to the determination of this action.<br><br>FRE 403: The exhibit is of limited probative value because it is handwritten notes from EN's expert. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 422.000 | | Undated | NRC Fact Sheet: Reactor License Renewal | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 423.000 | NRC147 000002 - 000002 | Undated | Columbia Plant Technical Specifications, Amendment 169 (Excerpt: Sect. 5.4, Procedures) | FRE 106: The exhibit is missing pages that should, in fairness, be considered contemporaneously with this document.<br><br>FRE 401/402: The exhibit is irrelevant because it contains operating procedures at EN's Columbia Generating Station that are not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 424.000 | | Undated | Withdrawn | N/A |
| DX 425.000 | ENW 0055742 - 0055747 | Undated | Senior Management Timeline (1992-2005) Atkinson03 | No objection. |
| DX 426.000 | | Undated | Withdrawn | N/A |
| DX 427.000 | | Undated | 3000, 2010, LE, 1818 Rerack.xls Emmert16 | No objection. |
| DX 428.000 | ENW 0106138 - 0106156 | Undated | Columbia Generating Station ISFSI - The Second Campaign, Power Point Presentation by David Larkin | No objection. |
| DX 429.000 | ENW 0085718 - 0085730 | Undated | BDC 97-0180-3D, Design Scope Summary--Work in Support of ISFSI Construction | No objection. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 430.000 | ENW 0074268 - 0074281 | Undated | Chart re: ISFSI procedures. | No objection -- exhibit is JX 80. |
| DX 431.000 | NRC147 000001 - 000001 | Undated | Columbia Plant Technical Specifications, Admendment 199 (Excerpt: Sect. 5.3, Unit Staff Qualifications) | FRE 106: The exhibit is missing pages that should, in fairness, be considered contemporaneously with this document.<br><br>FRE 401/402: The exhibit is irrelevant because it concerns operating procedures at EN's Columbia Generating Station that are not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 432.000 | ENW 2322252 - 2322257 | Undated | ENW Design Safety Assessment Report Summary Noble15 | No objection. |
| DX 433.000 | ENW 0546679 - 0546680 | Undated | Resume of Lawrence Noble Noble01 | No objection. |
| DX 434.000 | ENW 2358085 - 2358137 | Undated | Holtec International Spreadsheet by David Larkin | No objection. |
| DX 435.000 | ENW 0069019 - 0069023 | Undated | Letter from D.K. Atkinson to U.S. Nuclear Regulatory Commission re: Columbia Generating Station Operating License Atkinson21 | No objection. |
| DX 436.000 | ENW 2000697 - 2000706 | Undated | Slide Presentation of Columbia Generating Station - ISFSI - SL Scammon Scammon70 | No objection. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 437.000 | CTR003 1111 - 1120 | Undated | Paper by A. Brownstein and B. Cole re: Utility and DOE Efforts to Improve the Standard Disposal Contract - An Experiment in Cooperation | FRE 106: Some lines of text are cut off in this document; these lines should, in fairness, be considered contemporaneously with this document. |
| DX 438.000 | ENW 2350762 - 2350764 | Undated | Draft of the Roles and Responsibilities Different Organizations Around Plant to Fill to Support Continued ISFSI Efforts, Titled ISFSI Roles & Responsibilities, for Rx/Fuels Engineering and O&M Services Ferek01 | No objection. |
| DX 439.000 | ENW 2350766 - 2350768 | Undated | My Humble Opinions (or What is Required for Success) Ferek06 | No objection. |
| DX 440.000 | ENW 2042231 - 2042239 | Undated | Guidance for Determining Fuel Assembly Condition for ISFSI Ferek07 | No objection. |
| DX 441.000 | ENW 0051988 - 0051992 | Undated | Contract Modification--Holtec Earthquake Response Mitigator Work Scope Ferek14, Rowell03, Scammon07 | No objection. |
| DX 442.000 | ENW 0054297 - 0054297 | Undated | ENW Corporate Allocation Percentages by Year and Allocation Pool (2000-2007) Hicks07 | No objection. |
| DX 443.000 | | Undated | ENW Employee List (Regular) Scammon49 | FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 444.000 | ENW 2382137 - 2382140 | Undated | Record of Presentations (Private) Larkin18 | No objection. |
| DX 445.000 | | Undated | J. Hicks chart re: EN calculation of internal services costs. | No objection -- exhibit is JX 89. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 446.000 | | Undated | List of ENW Departments & Employees that Performed Work on the Loading Campaigns at CGS Fuller16 | FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 447.000 | ENW 0087853 - 0087881 | Undated | G. Rowell presentation re: Columbia Generating Station ISFSI plant modifications. | No objection -- exhibit is JX 85. |
| DX 448.000 | ENW 0284523 - 0284523 ENW 0087882 - 0087882 | Undated | Cutting Methods for Cask Pit Component Removal--Work Scope, Background, and Course of Action, attaching Photo of Machine Rowell30 | No objection. |
| DX 449.000 | | Undated | Withdrawn | N/A |
| DX 450.000 | ENW-ERB 000009 - 000010 | Undated | List of Confidential Information Requested by Eric Bush - C/M# 43735-10008 Bush08 | No objection. |
| DX 451.000 | ENW 0049198 - 0049265 | Undated | Official Statement, ENW, Columbia Generating Station Electric Revenue Bonds, Series 2003-F Bresnahan06 | No objection. |
| DX 452.000 | | Undated | ENW v. United States Fed. Cl. No. 04-10C - Examples of "Outside Labor" Charges from BTL Systems Hicks19 | FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 453.000 | ENW-MPE 1000009 - 1000009 | Undated | Emmert Electronic Backup file "Per Cask Cost Analysis.xls" | No objection. |
| DX 454.000 | ENW-MPE 1000006 - 1000006 | Undated | Emmert Electronic Backup File "Loading Casks Analysis.xls" | No objection. |
| DX 455.000 | ENW-MPE 1000003 - 1000003 | Undated | Emmert electronic backup file "Fuel Management.xls" | No objection. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 456.000 | | Undated | Summary of Holtec Amendments (Amendments 1 - 5) Supko12 | FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 457.000 | | Undated | NRC Generic Communication and Regulatory Issue Summaries Related to Dry Cask Storage - 1999 to 2007 Supko05 | FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be.<br><br>FRE 1006: The document purports to be a summary, but there is no indication of its underlying data or how it was selected, nor has that data been made available to EN. |
| DX 458.000 | NRC148 000009 - 000011 | Undated | NUHOMS Final Safety Analysis Report, Vol. 1 of 4, pg. 3.2-12 (NRC reading room: ADAMS ML042110421, 118 pp.) | FRE 106: The exhibit is missing pages that should, in fairness, be considered contemporaneously with this document.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 459.000 | NRC148 000037 - 000045 | Undated | NUHOMS-MP197 Transport Package Safety Evaluation Report, Table 1-1 (NRC reading room: ADAMS ML063190265, 46 pp.) | FRE 106: The exhibit is missing pages that should, in fairness, be considered contemporaneously with this document.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 460.000 | NRC148 000006 - 000008 | Undated | FSAR-UMS Universal Storage System, Rev. 3, pg. 3.2.3 (NRC reading room: ADAMS ML041040369, 466 pp.) | FRE 106: The exhibit is missing pages that should, in fairness, be considered contemporaneously with this document.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 461.000 | NRC148 000068 - 000073 | Undated | NAC-UMS Transfer Cask Preliminary Safety Evaluation Report, pg. 1.3 (NRC reading room: ADAMS ML993230106, 203 pp.) | FRE 106: The exhibit is missing pages that should, in fairness, be considered contemporaneously with this document.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 462.000 | NRC148 000012 - 000017 | Undated | HI-STAR Cask System Safety Analysis Report, pg. 1.2-3 & Table 2.2.1 (NRC reading room: ADAMS ML060310733) | FRE 106: The exhibit is missing pages that should, in fairness, be considered contemporaneously with this document.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 463.000 | NRC148 000001 - 000005 | Undated | HI-STORM 100 Cask System Safety Evaluation Report, page 1-1, (NRC reading room: ADAMS ML003711779) | FRE 106: The exhibit is missing pages that should, in fairness, be considered contemporaneously with this document.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 464.000 | NRC148 000046 - 000067 | Undated | Certificate of Compliance for UMS Universal Transport Cask Package, Rev 3., (NRC reading room: ADAMS ML073040133) | FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 465.000 | NRC148 000027 - 000036 | Undated | Certificate of Compliance, Rev. 2 for Model # TN-68 Transport Package (NRC reading room:ADAMS ML060460144) | FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 466.000 | ENW 2382877 - 2382878 | Undated | Draft Letter from Dale Atkinson to Senior Management re: Apology for Message left after CEO's Staff Meeting Atkinson17 | No objection. |
| DX 467.000 | | Undated | Excerpt from the PeopleSoft System #4 Hicks11 | FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 468.000 | EXG007 000017 - 000235 | Undated | Scenario 3, Calculation of Removal of Cask Pit Obstructions Adjustment Johnson06 | FRE 401/402: The exhibit is irrelevant because it is calculations from the Government's expert, which cannot be used to prove the truth of any fact that is of consequence to the determination of this action.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| DX 469.000 | | Undated | Scenario 3 - Summary of Non-Incremental Employees Johnson07 | FRE 401/402: The exhibit is irrelevant because it is calculations from the Government's expert, which cannot be used to prove the truth of any fact that is of consequence to the determination of this action.<br><br>FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 470.000 | SV 03657 - 03662 | Undated | Paper by Scott Vance: The Standard Contract's Delivery Commitment Schedule Process Vance05 | FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 471.000 | | Undated | Child Project Cost Summary Hicks02 | No objection. |
| DX 472.000 | | Undated | PeopleSoft #1 Spreadsheet (Excerpt of Data from PeopleSoft) Hicks05 | FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 473.000 | | Undated | AREVA website: http://www.transnuclear.com/nuhoms-os197.hmtl | No objection. |
| DX 474.000 | | Undated | Excerpt from the PeopleSoft System #3 Hicks10 | FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 475.000 | | Undated | ENW v. United States Fed. Cl. No. 04-10C - Examples of "O/S Energy Support" Charges from BTI System Source Hicks20 | FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 476.000 | | Undated | Excerpt from the PeopleSoft System #5 Hicks12 | FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 477.000 | | Undated | Excerpt from the PeopleSoft System #6 Hicks14 | FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 478.000 | | Undated | Excerpt from the PeopleSoft System #7 Hicks15 | FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 479.000 | | Undated | Excerpt from the PeopleSoft System #8 Hicks16 | FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 480.000 | | Undated | ENW v. United States Fed. Cl. No. 04-10C TRC Accounting Codes Hicks18 | FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay.<br><br>FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 481.000 | ENW-MPE 1000115 - 1000131 | Undated | Emmert electronic backup files accompanying his rebuttal declaration | No objection. |
| DX 482.000 | | Undated | Excerpt from the PeopleSoft System #2 Hicks09 | FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. |
| DX 483.000 | ENW 0658566 - 0658568 | 01/03/1997 | Payroll Time Reporting Approval Audit, Administrative Procedures Manual, Premium & Overtime Pay - Nonbargaining Employees | No objection. |
| DX 484.000 | ENW 0658582 - 0658583 | 06/17/1999 | Payroll Time Reporting Approval Audit, Administrative Procedures Manual, Time Reporting | No objection. |
| DX 485.000 | ENW 0658577 - 0658581 | 11/08/1999 | Payroll Time Reporting Approval Audit, Administrative Procedures Manual, Holidays | No objection. |
| DX 486.000 | ENW 0658550 - 0658559 | 11/02/2000 | Payroll Time Reporting Approval Audit, Administrative Procedures Manual, Work Schedules (Including Adverse Conditions) | No objection. |
| DX 487.000 | ENW 0658539 - 0658549 | 02/07/2001 | Payroll Time Reporting Approval Audit, Administrative Manual, Work Schedules (Including Adverse Conditions) | No objection. |
| DX 488.000 | ENW 0658526 - 0658538 | 03/05/2001 | Payroll Time Reporting Approval Audit, Administrative Procedures Manual, Work Schedules (Including Adverse Conditions) | No objection. |
| | | | | |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 489.000 | ENW 0658604 - 0658605 | 04/11/2001 | E-mail from Shirley Benzel, ENW, to All Employees re: Overtime Policy Changes | No objection. |
| DX 490.000 | ENW 0658560 - 0658562 | 06/11/2001 | Payroll Time Reporting Approval Audit, Administrative Procedures Manual, Offsite Assignments and Incentives | No objection. |
| DX 491.000 | ENW 0658569 - 0658572 | 06/25/2001 | Administrative Procedures Manual, Premium and Overtime Pay - Nonbargaining Employees | No objection. |
| DX 492.000 | ENW 0658563 - 0658565 | 09/21/2001 | Administrative Procedures Manual, Offsite Assignments and Incentives | No objection. |
| DX 493.000 | ENW 0658497 - 0658498 | 01/30/2003 | ENW Memo from Johnathan Hicks, Internal Auditor, to Audit File, re: Audit Planning Memo, Audit No. 4-S-03, January 2003 | No objection. |
| DX 494.000 | ENW 0658499 - 0658499 | 02/04/2003 | ENW Memo from Johnathan Hicks, Internal Auditor, re: Entrance Conference Memo | No objection. |
| DX 495.000 | ENW 0658573 - 0658576 | 02/20/2003 | Administrative Procedures Manual, Premium and Overtime Pay - Nonbargaining Employess | No objection. |
| DX 496.000 | ENW 0658586 - 0658595 | 02/25/2003 | ENW, Columbia Generating Station Plant Procedures Manual, Administrative Procedures, Conduct of Operations, Excessive Hours Worked Control | No objection. |
| DX 497.000 | ENW 0658584 - 0658585 | 03/18/2003 | ENW Administrative Procedures Manual, Time Reporting, | No objection. |
| DX 498.000 | ENW 0658711 - 0658712 | 04/07/1983 | E-mail exchange between Johnathan Hicks and Paul Taylor re: Internal Audit of Payroll Approval Procedures | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 499.000 | ENW 0658713 - 0658716 | 04/09/2003 | E-mail exchanges between Johnathan Hicks and Donald Merhar, John Dabney, William Estes, and Peter Voordepoorte re: Internal Audit of Payroll Approval Procedures | No objection. |
| DX 500.000 | ENW 0658606 - 0658607 | 04/14/2003 | E-mail exchange between Lynne Pagel, Amy Anderson, Donald Feldman, Ben Sturges, and Johnathan Hicks re: Operations exempt overtime and Notes of Conversation with Pagel | No objection. |
| DX 501.000 | ENW 0658601 - 0658603 | 04/14/2003 | E-mail from Ben Sturges to Johnathan Hicks and Lynn Pagel forwarding 2001 e-mails re: Exempt Overtime Policy | No objection. |
| DX 502.000 | ENW 0658599 - 0658600 | 04/15/2003 | E-mail exchange between Lynne Pagel, Ben Sturges, Johnathan Hicks, et al., re: Holiday and Overtime Questions | No objection. |
| DX 503.000 | ENW 0658597 - 0658598 | 04/15/2003 | E-mail exchange between Donald Feldman and Johnathan Hicks re: Question on Exempt Overtime for Shift Support Supervisor, Control Room Supervisor, and Shift Manager Positions | No objection. |
| DX 504.000 | ENW 0658501 - 0658505 | 05/08/2003 | Special Requested Payroll Audit, 4-S-03, January 2003, Significant Audit Findings | No objection. |
| DX 505.000 | ENW 0658500 - 0658500 | 05/19/2003 | E-mail from Johnathan Hicks to Albert Mouncer, cc: Debora Nicholls and Gregory Armatrout, re: Follow-up from Exit Conference | No objection. |
| DX 506.000 | ENW 0658506 - 0658515 | 07/08/2003 | ENW Draft Payroll Time Reporting Approval Audit, Internal Audit Report No. 04-S-03 | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 507.000 | ENW 0658516 - 0658525 | 07/10/2003 | ENW Payroll Time Reporting Approval Audit, Internal Audit Report No. 04-S-03, signed by J.E. Hicks | No objection. |
| DX 508.000 | ENW 2379747-2379766 | Undated | Independent Spent Fuel Storage Installation - Project Planning | No objection. |
| DX 509.000 | ENW 0526850-0526888 | 00/00/1995 | WPPSS Annual Report 1995 | No objection. |
| DX 510.000 | ENW 0526889-0526927 | 00/00/1996 | WPPSS Annual Report 1996 | No objection. |
| DX 511.000 | ENW 0526928-0526962 | 00/00/1997 | WPPSS Annual Report 1997 | No objection. |
| DX 512.000 | ENW 0526963-0527001 | 00/00/1999 | WPPSS Annual Report 1998 | No objection. |
| DX 513.000 | ENW 0527002-0527040 | 00/00/1999 | WPPSS Annual Report 1999 | No objection. |
| DX 514.000 | ENW 0260500-0260500 | 03/01/1996 | WPPSS Memo from J.V. Parish to J.H. Swailes re: Procurement of On-Site Spent Fuel Storage System | No objection -- same as PX 246. |
| DX 515.000 | ENW 0086785-0086785 | 03/05/1996 | E-mail from D. Larkin to Alan Abrams, et al., cc: J. Swailes re: Spent Fuel Storage Meeting | No objection. |
| DX 516.000 | ENW 0129892-0129892 | 04/17/1996 | E-mail from D. Larkin to Alan Abrams, et al., cc: J. Swailes re: Bonus Source Selection Panel Meeting | No objection. |
| DX 517.000 | ENW 0130092-0130092 | 08/26/1996 | E-mail from D. Larkin to Alan Abrams, et al., cc: J. Swailes re: Spent Fuel Storage Procurement | No objection. |

**Energy Northwest's Objections to Defendant's Proposed Trial Exhibits**
**July 25, 2008**

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Document Date | Description | Objection |
|---|---|---|---|---|
| DX 518.000 | ENW 0130891-0130891 | 11/04/1996 | E-mail from D. Larkin to J. Swailes, et al., re: USA Spent Fuel Storage Initiative | No objection. |
| DX 519.000 | ENW 0129268-0129268 | 11/09/1996 | E-mail from R. Webring to J. Swailes, et al., re: USA Spent Fuel Storage Initiative | No objection. |
| DX 520.000 | | | Withdrawn | N/A |
| DX 521.000 | ENW 0533356-0533358 | 01/07/1997 | E-mail from D. Larkin to J. Swailes, et al., re: enclosed Action Memo 712 - Spent Fuel Storage | No objection. |
| DX 522.000 | ENW 0573987-0573989 | 01/08/1997 | E-mail from D. Larkin to B. Cadwell re: enclosed Action memo 712 - Spent Fuel Storage | No objection. |
| DX 523.000 | ENW 0568647-0568647 | 02/05/1997 | E-mail from D. Larkin to S. Malik re: Action: Review/Comment on Project List | No objection -- same as PX 288. |
| DX 524.000 | ENW 0129542-0129543 | 03/21/1997 | E-mail exchange between J. Swailes, D. Larkin, et al., re: Spent Fuel Cask Procurement | No objection. |