# In the United States Court of Federal Claims

No. 04-10 C
(Filed: July 28, 2008)

****************************************
ENERGY NORTHWEST,
Plaintiff,

v.

THE UNITED STATES,
Defendant.
****************************************

## ORDER

Pursuant to the Trial Preparation Order of April 21, 2008, a hearing on the parties' motions *in limine* shall be held on August 5, 2008, at 10:00 a.m. At the request of the parties, the Court sets forth the following sequence for the motions to be addressed at the hearing:

1. The Government's Motion *In Limine* to Exclude the Admission at Trial of Documents Prepared by Government Contractors;

2. The Government's Motion *In Limine* to Strike Plaintiff's Claim for Interest;

3. Energy Northwest's Motion *In Limine* to Exclude Opinion Testimony of Raymond Hartman;

4. Energy Northwest's Motion *In Limine* to Exclude Opinion Testimony of R. Larry Johnson;

5. The Government's Motion *In Limine* to Exclude the Rebuttal Testimony of Plaintiff Energy Northwest's Expert Witness, Eric Bush;

6. The Government's Motion *In Limine* to Exclude the Testimony of Energy Northwest's Expert Witness, Ms. Eileen M. Supko; and

7. Energy Northwest's Motion *In Limine* to Exclude Opinion Testimony of Charles L. Stuart.

The hearing is scheduled to begin at 10:00 a.m. and should conclude at approximately 1:00 p.m. The hearing will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least three business days in advance of the hearing. The Court, however, strongly emphasizes its preference for audio recording of the hearing and notes that the parties may order a written transcript at their own expense by submitting a Request to Transcribe EDR Proceedings, located on the United States Court of Federal Claims website. Should the parties have any questions, they may contact law clerk Amy Hogan-Burney at (202) 357-6491.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge