IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-0010C |
| v. | ) | Chief Judge Damich |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE OUT OF TIME**

Pursuant to Rule 6(b)(2) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests leave to file the Government's response to plaintiff's supplemental motion for leave to admit prior testimony into evidence, filed on July 3, 2008. The Government's response was due on July 21, 2008. This is the defendant's first request for an enlargement of time for this purpose. Counsel for Energy Northwest, Norman M. Hirsch, has indicated that Energy Northwest does not have a position regarding this request.

Defendant does not intend to file a separate substantive response to plaintiff's supplemental motion for leave to admit prior testimony into evidence, but rather intends to incorporate by reference its motion to strike deposition designations as its response to plaintiff's supplemental motion. Because defendant filed its motion to strike plaintiffs' deposition and trial designations on June 19, 2008, and plaintiff filed its supplemental motion on July 3, 2008, defendant did not include in its motion to strike, the additional deposition testimony attached to plaintiff's supplemental motion. Defendant intended to include a reference to that supplemental testimony in its reply brief, filed on July 25, 2008, but inadvertently failed to do so. This request to file a response is being filed promptly upon discovery of this omission. If the Court grants

this request, we will file a very short response that refers and incorporates our June 19, 2008 motion to strike and our July 25, 2008 reply brief.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for leave to file out of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT R. DAMELIN
SONIA M. ORFIELD
Trial Attorneys
Department of Justice
Washington, D.C. 20530

July 29, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 29, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder