**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ENERGY NORTHWEST'S TRIAL EXHIBIT LIST**

Pursuant to the Court's April 21, 2008 Trial Preparation Order, plaintiff Energy Northwest hereby submits its Trial Exhibit List (attached as Exhibit 1) for the trial scheduled to commence on October 20, 2008. Concurrently herewith, Energy Northwest is delivering one set of its trial exhibits to the Court's chambers. Attached as Exhibit 2 is Energy Northwest's Cost Backup Group Trial Exhibit List. Pursuant to the Court's June 12, 2008 amendment to the Trial Preparation Order, Energy Northwest is providing this Court with a copy of the list but is not, at this time, providing a set of the listed exhibits.

One column on Energy Northwest's exhibit list references Energy Northwest's Corrected Appendix in Support of Its Corrected Notice of Designation of Deposition and Prior Trial Testimony, or, In the Alternative, Motion for Leave to Admit Prior Testimony Into Evidence (Dkt. No. 118), or its supplemental appendix (Dkt. No. 138). The column labeled "Deposition/Prior Trial Exhibit" lists how the Energy Northwest trial exhibit was identified in designated portions of a transcript in a deposition or prior trial.

In drafting this exhibit list, Energy Northwest has considered some of the "completeness" objections to its exhibits in Defendant's Objections to Energy Northwest's Trial Exhibits, which was filed by the Government on July 25, 2008, and has made modifications to the exhibits it is

submitting here. Those exhibits are: PX 27; PX 35; PX 41; PX 131; PX 147; PX 229; PX 257; PX 292; PX 298; and PX 300. In addition, since the Government filed its objections, EN withdrew PX 509 and PX 590 from its list after determining those exhibits were duplicative of other exhibits.

Dated: July 31, 2008

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
330 N Wabash Avenue
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
April A. Otterberg
Jenner & Block LLP
330 N Wabash Avenue
Chicago, IL 60611
(312) 222-9350

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July 2008, a copy of the foregoing *Energy Northwest's Trial Exhibit List* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch