**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR LEAVE TO FILE**
**FIRST AMENDED JOINT EXHIBIT LIST**

Plaintiff Energy Northwest and Defendant United States respectfully move for leave to file their First Amended Joint Exhibit List, attached hereto as Exhibit 1. In support of this motion, the parties state as follows:

1. Pursuant to this Court's Trial Preparation Order (Dkt. No. 99), the parties created a joint exhibit list composed of exhibits that appeared on both parties' exhibit lists.

2. On June 30, 2008, the parties filed their Joint Exhibit List.

3. Since filing their Joint Exhibit List, Energy Northwest identified an error in the Bates numbers listed for JX 59.

4. Also since filing their Joint Exhibit List, the Government has withdrawn JX 25. The former JX 25 may now be found on Energy Northwest's trial exhibit list as PX 137.

5. The attached First Amended Joint Exhibit List corrects these two issues.

6. By submitting this First Amended Joint Exhibit List, the Government does not waive its understanding that admission of each document requires the use with, and admission through, an appropriate witness at trial. EN disagrees with the Government on this point because, among other reasons: (1) EN has designated prior testimony that provides a foundation

for certain exhibits, and (2) some public records also may be self-authenticating under Federal Rule of Evidence 902.

WHEREFORE, the parties respectfully request this Court grant them leave to file their First Amended Joint Exhibit List.

Dated: July 31, 2008

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

COUNSEL FOR PLAINTIFF

Of counsel:

David A. Handzo
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001-4412
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
April A. Otterberg
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
(202) 616-0347 telephone
(202) 307-2503 facsimile

COUNSEL FOR DEFENDANT

Of Counsel:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SONIA ORFIELD
Trial Attorneys
Department of Justice
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July 2008, a copy of the foregoing *Joint Motion for Leave to File First Amended Joint Exhibit List* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch