**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**LISTS OF TRIAL EXHIBITS TO WHICH NEITHER PARTY OBJECTS**

Pursuant to the Court's April 21, 2008 Trial Preparation Order as amended, Plaintiff Energy Northwest and Defendant United States hereby submit the attached lists of trial exhibits to which neither party objects. Attached as Exhibit 1 is the list of Energy Northwest's Trial Exhibits to which the Government does not object. Attached as Exhibit 2 is the list of the Government's Trial Exhibits to which Energy Northwest does not object. These lists do not include the parties' Joint Exhibits.

By submitting these lists, the Government does not waive its understanding that admission of each document requires the use with, and admission through, an appropriate witness at trial. EN disagrees with the Government on this point because, among other reasons: (1) EN has designated prior testimony that provides a foundation for certain exhibits, and (2) some public records also may be self-authenticating under Federal Rule of Evidence 902.

Dated: July 31, 2008

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

COUNSEL FOR PLAINTIFF

Of counsel:

David A. Handzo
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001-4412
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
April A. Otterberg
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
(202) 616-0347 telephone
(202) 307-2503 facsimile

COUNSEL FOR DEFENDANT

Of Counsel:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SONIA ORFIELD
Trial Attorneys
Department of Justice
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July 2008, a copy of the foregoing *Lists of Trial Exhibits to Which Neither Party Objects* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch