# EXHIBIT 1

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 2 | ENW 0055130-0055136 | 09/19/1956 | Application to State of Washington Department of Development and Conservation re: formation of an operating agency to be known as Washington Public Power Supply System. |
| PX 3 | ENW 0055116-0055123 | 01/31/1957 | State of Washington Department of Development and Conservation Order re: creation of the Washington Public Power Supply System. |
| PX 4 | ENW 0055105-0055115 | 02/20/1957 | Minutes of Board of Directors 02/20/1957 meeting. |
| PX 5 | ENW 0054479-0054517 | 10/05/1970 | Net Billing Agreement between WPPSS, BPA, and Participants. |
| PX 6 | ENW 0054776-0054818 | 01/04/1971 | Project Agreement between WPPSS and BPA re: WNP-2. |
| PX 7 | ENW 0054518-0054558 | 07/16/1973 | Power Sales Contract No. 14-03-29203 between WPPSS and BPA. |
| PX 10 | ENW 0494509-0494538 | 11/00/1975 | D. Larkin paper re: spent fuel disposition alternatives. |
| PX 24 | ADM001 0668-0682 | 02/04/1983 | Department of Energy Notice of Proposed Rulemaking for the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (48 Fed. Reg. 4858-71 (Feb. 4, 1983)). |
| PX 26 | ENW 0182557-0182558 | 02/14/1983 | Letter from H. Rausch, DOE, to P. Shen, WPPSS, re: draft Contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. |
| PX 29 | SN010560-10570 | 03/04/1983 | Letter from Alabama Power Company to R. Morgan, DOE, re: Contract for Disposal of Spent Nuclear Fuel and/or High-level Radioactive Waste. |
| PX 30 | YDK026 103876-103963 | 03/07/1983 | Letter from J. Kearney, Edison Electric Institute, to R. Morgan, Acting Director of OCRWM, re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR Part 961). |
| PX 33 | ZAB001 0893-0902 | 04/08/1983 | Memorandum from R. Morgan, DOE, to the Secretary of Energy, re: recommendation of approval of the Final Rulemaking on the Standard Contract for Nuclear Waste Disposal. |
| PX 34 | COF002 0013-0032 | 04/18/1983 | Department of Energy Final Rule on Standard Contract for Disposal of Spent Nuclear Fuel and/or High-level Radioactive Waste (48 Fed. Reg. 16,590-608 (Apr. 18, 1983)). |
| PX 37 | ENW 0182561 | 05/11/1983 | Purchase Requisition No. 110328. |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 39 | ENW 0182505-0182506 | 05/27/1983 | Letter from R. Lewis, WPPSS, to A. Holm, BPA, re: Contract for the Disposal of SNF and/or High-level Radioactive Waste. |
| PX 40 | ENW 0182507-0182508 | 05/27/1983 | Letter from R. Lewis, WPPSS, to R. Schneider, Participants' Review Board, re: Contract for the Disposal of Spent Nuclear Fuel and/or High-level Radioactive Waste. |
| PX 43 | ENW 0182519-0182521 | 06/01/1983 | Executive Board Action Memorandum No. 55. |
| PX 44 | ENW 0182526 | 06/06/1983 | Letter from A. Holm, BPA, to R. Lewis, WPPSS, re: Contract for the Disposal of Spent Nuclear Fuel and/or High-level Radioactive Waste. |
| PX 46 | ENW 0647208-0647219 | 06/10/1983 | Minutes of Executive Board 6/10/1983 Meeting. |
| PX 49 | ZAB001-1462 | 06/17/1983 | Letter from R. Morgan, DOE, to J. Kearney, Edison Electric Institute, re: EEI's May 20, 1983 Letter. |
| PX 51 | PNL173 1282-1288 | 09/15/1983 | Memorandum from R. Williamson, DOE, to distribution re: Mission Plan Strategy. |
| PX 53 | EDB003 1642-1650 | 10/12/1983 | Remarks by R. Morgan, Acting Director of OCRWM, before the International Atomic Energy Agency in Vienna, Austria. |
| PX 55 | N/A | 12/20/1983 | Draft Civilian Radioactive Waste Management Program Mission Plan Vol. I: Overview and Current Program Plans. |
| PX 57 | ENW 0162044-0162084 | 12/20/1983 | Letter from NRC to WPPSS re: issuance of operating license for WNP-2. |
| PX 61 | ENW 0243388-0243403 | 03/29/1984 | P. Shen presentation to WPPSS Executive Board re: nuclear fuel cycle planning and management. |
| PX 62 | N/A | 04/00/1984 | Draft Mission Plan for the Civilian Radioactive Waste Management Program (Vols. I & II): Overview and Current Program Plans, April 1984. |
| PX 70 | HQR043 0425-0429 | 06/14/1984 | Letter from R. Milner, DOE, to A. Kadak, Yankee Atomic Electric Company, re: Yankee Atomic letters requesting information on DOE's waste management program. |
| PX 72 | YMP001-1423-1424 | 06/26/1984 | Letter from J. Burn to C Head re: DOE draft mission plan. |
| PX 75 | ENW 0054467-0054478 | 08/23/1984 | Agreement between WPPSS and BPA re: assignment of generating capability of WNP-2. |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 92 | PA199037-206 | 03/00/1987 | Monitored Retrievable Storage Submission to Congress, Volume III (March 1987). |
| PX 106 | ENW 0486727-0486746 | 10/23/1987 | Minutes of Executive Board 10/23/1987 meeting. |
| PX 108 | HQR001 2610-2704 | 06/00/1988 | 1988 Annual Capacity Report. |
| PX 109 | ENW 0486747-0486770 | 06/24/1988 | Minutes of Executive Board 6/24/1988 meeting. |
| PX 112 | CTR042 2216-2218; CTR042 2128-2141 | 08/29/1988 | Letter from J. Kearney, Edison Electric Institute, to C. Kay, acting OCRWM director, re: 1988 Draft Mission Plan Amendment (53 Fed. Reg. 24482). |
| PX 116 | ENW 0269096-0269099 | 03/24/1989 | Letter from C. Reuter to A. DiDesidero re: modification to contract No. DE-CR01-83NE44424. |
| PX 117 | ENW 0486853-0486865 | 04/14/1989 | Minutes of Board of Directors 04/14/1989 meeting. |
| PX 119 | ENW 0493999-0494067 | 05/18/1989 | Support information for FY 1990 nuclear fuel budget. |
| PX 122 | ENW 0269408-0269409 | 06/05/1989 | Letter from A. DiDesidero to C. Rueter re: amendment No. M0001 to contract No. DE-CR01-83NE44424. |
| PX 128 | HQ0013198-13221 | 01/00/1990 | Presentation titled "MRS Systems Studies Summary Report and Additional Analyses," by J. Williams, DOE, before the INMM Spent Fuel Seminar VII. |
| PX 136 | HQR-008-0103-0104 | 11/27/1990 | Letter from J. Bartlett, OCRWM Director, to D. Mazur, WPPSS, re: proposal for an alternative to an MRS facility. |
| PX 138 | PA102761-102884 | 12/00/1990 | 1990 Annual Capacity Report. |
| PX 143 | ENW 0486947-0486960 | 02/22/1991 | Minutes of Executive Board 2/22/1991 meeting. |
| PX 157 | EDB 0011764-0011765 | 12/20/1991 | Memorandum from R. Milner, DOE, to OCRWM Director re: Action: Approval for Publication of the 1991 Annual Capacity Report. |
| PX 163 | ENW 0487097-0487117 | 07/10/1992 | Minutes of Board of Directors 07/10/1992 meeting. |
| PX 164 | YDK006 1140-41; YDK007 0994-96 | 09/25/1992 | Letter from Yankee Atomic to DOE Contracting Officer regarding enclosed Delivery Commitment Schedules. |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 166 | ENW 0487118-0487141 | 10/22/1992 | Minutes of Executive Board 10/22/1992 meeting. |
| PX 168 | YDK007 0210-0211; YDK006 1142-44 | 12/01/1992 | Letter from L. Strand, DOE Contracting Officer, to Yankee Atomic re: disapproval of Delivery Commitment Schedules for exceeding allocation. |
| PX 169 | CE03673-04070 | 12/04/1992 | Group exhibit of correspondence between Commonwealth Edison and DOE re: Delivery Commitment Schedules. |
| PX 173 | ENW 0248012-0248013 | 02/08/1993 | Letter from A. Oxsen to H. O'Leary re: expected failure of DOE to commence SNF disposal in 1998. |
| PX 175 | PA102630-102678 | 03/00/1993 | 1992 Annual Capacity Report. |
| PX 176 | ENW 0186958 | 03/31/1993 | Memorandum from D. Larkin to R. Koenigs re: UWaste High Level Waste Working Group. |
| PX 180 | HQ0014795-0014796 | 04/15/1993 | Letter from L. Barrett, DOE, re: Civilian Radioactive Waste Management Program review, to A. L. Oxen, WPPSS. |
| PX 181 | ENW 0053577-0053583 | 04/21/1993 | D. Larkin presentation to Participants' Review Board re: spent fuel disposal status. |
| PX 184 | ENW 0487169-0487206 | 06/24/1993 | Minutes of Executive Board 06/24/1993 meeting. |
| PX 190 | N/A | 12/06/1993 | Group exhibit of correspondence between Northern States Power Company and DOE re: Delivery Commitment Schedules. |
| PX 199 | ENW 0261819 | 03/16/1994 | Letter from J. Howard to R. Latorre re: private fuel storage project. |
| PX 202 | ENW 0657959-0657971 | 04/25/1994 | D. Larkin presentation to Executive Board re: FY 95 Management Plan. |
| PX 205 | N/A | 05/25/1994 | DOE Notice of Inquiry on Waste Acceptance Issues (49 Fed. Reg. 27007 (May 25, 1994)). |
| PX 210 | ENW 0247929-0247939 | 09/23/1994 | Memorandum from S. Kraft re: DOE notice of inquiry on waste acceptance issues. |
| PX 211 | ENW 0184509-0184528 | 11/00/1994 | Revised FY 1995 Fuel Management Plan. |
| PX 225 | N/A | 05/03/1995 | Department of Energy Final Interpretation of Nuclear Waste Acceptance Issues (Federal Register Vol. 60, No. 85). |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 235 | ENW 0250287-0250289 | 08/24/1995 | Purchase requisition No. 346336. |
| PX 239 | ENW-EMS 001911-001917 | 11/01/1995 | US NRC Administrative Letter 95-04. |
| PX 240 | ENW 0254572 - 0254585 | 11/29/1995 | D. Larkin presentation to NRC re: on-site spent fuel dry cask storage plans for WNP-2. |
| PX 242 | ENW 0053400-0053414 | 12/11/1995 | D. Larkin presentation to EFSEC re: On-Site Spent Fuel Dry Cask Storage Plans for WNP-2. |
| PX 243 | ENW 0193567-0193568 | 12/13/1995 | Executive Board Information Memo No. 465. |
| PX 245 | ENW 0646816-0646831 | 12/21/1995 | Minutes of Executive Board 12/21/1995 meeting. |
| PX 246 | ENW 0255514 | 03/01/1996 | Memorandum from V. Parrish to J. Swailes re: procurement of on-site spent fuel storage system. |
| PX 248 | ENW 0492328-0492365 | 04/20/1996 | FY 1997 Fuel Management Plan. |
| PX 249 | ENW 0487315-0487336 | 04/25/1996 | Minutes of Executive Board 04/25/1996 meeting. |
| PX 252 | ENW 0255319-0255321 | 05/20/1996 | WPPSS interoffice memorandum from S. Wood to M. Etchamendy re: Trip Report for NRC Spent Fuel Storage and Transportation Workshop, Rockville, MD, May 17, 1996. |
| PX 253 | ENW 0053648-0053655 | 05/31/1996 | D. Larkin presentation to CEO staff meeting re: dry cask spent fuel storage. |
| PX 254 | ENW 0053393-0053399 | 06/03/1996 | D. Larkin presentation to senior staff meeting re: spent fuel storage status. |
| PX 256 | ENW 0241414 - 0241472 | 06/26/1996 | Technical specification for design, licensing, fabrication, and furnishing of an Independent Spent Fuel Storage Installation at WNP-2. |
| PX 259 | ENW 0250290-0250292 | 06/28/1996 | Purchase Requistion No. 347407. |
| PX 261 | ENW 0564824-0565388 | 09/00/1996 | Vectra Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation--Volume 2: Pricing Proposal. |
| PX 262 | ENW 0563621-0563623 | 09/19/1996 | Letter from A. McSherry to R. Volapensky re Sierra Nuclear Corp. Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation. |
| | | | |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 263 | ENW 0555716-0556311 | 09/23/1996 | Holtec International Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation. |
| PX 264 | ENW 0563557-0563597 | 09/23/1996 | Sierra Nuclear Corp Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation--Pricing Proposal. . |
| PX 265 | ENW 0563624-0564044 | 09/23/1996 | Sierra Nuclear Corp Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation--Technical and Commercial Data Proposal. |
| PX 266 | ENW 0564045-0564483 | 09/23/1996 | Sierra Nuclear Corp Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation--Supplemental Information. |
| PX 270 | HQR039 0789 | 12/17/1996 | Media Release titled "Department of Energy Notifies Utilities of Anticipated Delay in Accepting Commercial Spent Nuclear Fuel." |
| PX 271 | ENW 0247019 | 12/17/1996 | Letter from B. Tomasoni, DOE Contracting Officer, to A. DiDesidero, WPPSS re: DOE will be unable to perform on Washington Public Power Supply, Contract No. 83NE44424. |
| PX 272 | COF033 0678 | 12/17/1996 | Letter from B. Tomasoni, DOE Contracting Officer, to V. Parrish, WPPSS, re: DOE will be unable to perform on Washington Public Power Supply, Contract No. 83NE44424. |
| PX 274 | ENW 0556312-0556762 | 12/30/1996 | Holtec International Revised Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Volume I. |
| PX 275 | ENW 0556763-0556907 | 12/30/1996 | Holtec International Revised Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Volume II. |
| PX 276 | ENW 0563598-0563619 | 12/30/1996 | Sierra Nuclear Corp Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation--Revised Pricing Proposal. |
| PX 277 | ENW 0562645-0562689 | 12/31/1996 | NAC International Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation--Volume I Technical Proposal. |
| PX 278 | ENW 0562690-0562756 | 12/31/1996 | NAC International Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation--Volume II Cost Proposal. |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 279 | N/A | 01/01/1997 | 10 CFR Ch. 111, Part 961 - Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste. |
| PX 280 | ENW 0260842-0260885 | 01/08/1997 | Sierra Nuclear best and final offer to design, license, and fabricate and Independent Spent Fuel Storage Installation. |
| PX 281 | ENW 0261002-0261048 | 01/08/1997 | Holtec International best and final proposal for design, licensing, fabrication, and furnishing of an independent spent fuel storage installation. |
| PX 282 | ENW 0260801 | 01/14/1997 | E-mail from V. Parrish to P. Bemis re: Westinghouse entry into dry cask storage business. |
| PX 283 | ENW 0573492-0573493 | 01/15/1997 | E-mail from D. Larkin to M. Ace re: procurement process for dry cask storage vendor. |
| PX 284 | ENW 0261369 | 01/16/1997 | Email from C. Mackaman to D. Larkin et. al. re: full core discharge capability. |
| PX 285 | ENW 0264077-0264085 | 01/17/1997 | Presentation re: source selection panel evaluation of dry cask storage vendor proposals. |
| PX 286 | ENW 0487337 - 0487356 | 01/23/1997 | Minutes of Executive Board 1/23/1997 meeting. |
| PX 287 | ENW 0576800-0576802 | 01/29/1997 | E-mail from D. Senner to A. Abrams, et al re: reracking projects. |
| PX 291 | ENW 0264189 | 02/13/1997 | E-mail from D. Larkin to D. Mand et. al. re: spent fuel storage. |
| PX 293 | HQ0017098-0017100 | 03/11/1997 | Letter from A. DiDesidero to B. Tomasoni, DOE, re: Supply System Contract No. 83NE44424. |
| PX 296 | ENW 0218027-0218029 | 04/22/1997 | Email from D. Larkin to A. Abrams, et. al., re: NEI/Virginia Power Dry Cask Storage Workshop. |
| PX 299 | ENW 0570306-0570307 | 06/19/1997 | E-mail from A. Simon to A. Barber et al. re: impact of one year delay of dry cask storage. |
| PX 301 | ENW 0562980-0563555 | 09/20/1996 | NAC International Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation--Volume I Technical Proposal. |
| PX 303 | ENW 0053638-0053647 | 07/10/1997 | D. Larkin presentation to potential bidders re: request for proposal for dry cask storage system. |
| PX 304 | HQR009-1863-HQR009-1864 | 07/31/1997 | Letter from A. DiDesidero to B. Tomasoni, DOE, re: Supply System Contract No. 83 NE44424. |
| | | | |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 306 | ENW 0560902-0560927 | 09/00/1997 | Vectra Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Volume II Pricing. |
| PX 307 | ENW 0560928-0561672 | 09/00/1997 | Vectra Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Volume I Technical & Commercial. |
| PX 308 | ENW 0557244 | 09/26/1997 | Letter from J. Massey to R. Vopalensky re Sierra Nuclear Corp Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation. |
| PX 309 | ENW 0556910 | 09/29/1997 | Letter from A. Hanson to R. Vopalensky re Transnuclear Proposal No. 97232 For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation. |
| PX 310 | ENW 0556911-0556930 | 09/30/1997 | Transnuclear Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Volume II. |
| PX 311 | ENW 0557033-0557234 | 09/30/1997 | Transnuclear Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Volume I. |
| PX 312 | ENW 0557236-0557243 | 09/30/1997 | Sierra Nuclear Corporation Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Pricing Proposal. |
| PX 313 | ENW 0557245-0557546 | 09/30/1997 | Sierra Nuclear Corporation Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Technical and Commercial Data Proposal. |
| PX 314 | ENW 0129749 | 10/08/1997 | E-mail from D. Larkin to A. Abrams et. al. re: source evaluation panel consideration of responses to RFP. |
| PX 315 | ENW 0053456-0053468 | 10/14/1997 | D. Larkin presentation to NRC re: on-site spent fuel dry cask storage plans for WNP-2. |
| PX 317 | ENW 0656037-0656060 | 10/23/1997 | Minutes of Executive Board 10/23/1997 meeting. |
| PX 318 | ENW 0263150 | 11/14/1997 | E-mail from D. Larkin to P. Bemis and J. Swailes re: dry cask storage procurement. |
| PX 319 | ENW 0585534 | 11/18/1997 | E-mail from P. Bemis to D. Larkin and J. Swailes re: dry cask storage procurement. |
| PX 320 | ENW 0193673 | 11/21/1997 | Letter from B. Vopalensky to J. Hobbs re: contract for procurement of dry cask storage system. |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 321 | ENW 0193674 | 11/21/1997 | Letter from B. Vopalensky to T. Neider re: contract for procurement of dry cask storage system. |
| PX 322 | ENW 0193675 | 11/21/1997 | Letter from B. Vopalensky to V. Franceschi re: contract for procurement of dry cask storage system. |
| PX 323 | ENW 0262828-0262832 | 11/25/1997 | Project review committee risk assessment form re: deferral of dry cask storage project. |
| PX 324 | ENW 0193669 | 12/01/1997 | Letter from B. Vopalensky to G. Tjserland re: contract for procurement of dry cask storage system. |
| PX 325 | ENW 0193670 | 12/01/1997 | Letter from B. Vopalensky to G. Vaughn re: contract for procurement of dry cask storage system. |
| PX 326 | ENW 0193671 | 12/01/1997 | Letter from B. Vopalensky to D. Schomker re: contract for procurement of dry cask storage system. |
| PX 332 | ENW 0150183 | 02/12/1998 | E-mail from D. Larkin to A. Abrams et. al. re: schedule for dry cask storage procurement. |
| PX 340 | ENW 0217997-0218004 | 09/21/1998 | Memorandum from J. McDonald to P. Bemis re: evaluation of the NAC SNF storage replacement contract. |
| PX 341 | ENW 0251511-0251519 | 10/14/1998 | D. Larkin presentation to EN senior management re spent fuel storage project. |
| PX 343 | ENW 0055095-0055102 | 11/19/1998 | Application to State of Washington Department of Ecology re: change of name by Washington Public Power Supply System. |
| PX 344 | ENW 0055103-0055104 | 11/19/1998 | Executive Board Resolution No. 1079. |
| PX 347 | ENW 0245019-0245022 | 12/00/1998 | On-site spent fuel storage project monthly status meeting presentation. |
| PX 350 | ENW-EMS 001319-001322 | 01/11/1999 | Federal Register Vol. 64. No. 6: Nuclear Regulatory Commission Proposed Rule to approve Hi-Star 100 cask system. |
| PX 351 | ENW 2351536-2351541 | 02/00/1999 | Spent Fuel Storage Project Monthly Project Review Meeting Status for February 1999. |
| PX 352 | ENW 0215239 | 02/03/1999 | E-mail from C. King to D. Atkinson re pressure vessel inspections and full core discharge capability. |
| PX 353 | ENW 2351542-2351546 | 03/00/1999 | Spent Fuel Storage Project Monthly Project Review Meeting Status for March 1999. |
| | | | |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 356 | ENW 0560282-0560320 | 03/31/1999 | NAC International Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Pricing Proposal. |
| PX 357 | ENW 0560321-0560900 | 03/31/1999 | NAC International Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Technical Proposal. |
| PX 358 | ENW 0561674-0561677 | 03/31/1999 | Letter from D. Schmoker to R. Vopalensky re: Westinghouse Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation. |
| PX 359 | ENW 0561678-0562569 | 03/31/1999 | Westinghouse Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation--Technical & Commercial Best and Final Offer. |
| PX 360 | ENW 0193402-0193403 | 04/07/1999 | Executive Board Information Memorandum No. 514. |
| PX 361 | ENW 0193404-0193409 | 04/21/1999 | Presentation to Executive Board re: dry cask storage contract award. |
| PX 362 | ENW 0193410-0193433 | 04/22/1999 | Minutes of Executive Board 4/22/1999 meeting. |
| PX 363 | ENW 0262487-0262508 | 04/23/1999 | D. Larkin presentation to contract review board re: dry cask storage contract award recommendation. |
| PX 366 | ENW 0193394 | 04/29/1999 | Memorandum from M. Wilson to R. Webring re: award of contract for procurement of dry cask storage system. |
| PX 367 | ENW 0193395-0193397 | 05/03/1999 | Memorandum from D. Larkin to R. Webring re: award of contract for dry cask storage system. |
| PX 369 | ENW 0193400-0193401 | 05/04/1999 | Contract award for dry cask storage system. |
| PX 373 | ENW 0262576-0262596 | 05/26/1999 | Presentation to Executive Board re: approval of dry cask storage system contract. |
| PX 374 | ENW 0487497-0487520 | 05/27/1999 | Minutes of Executive Board 05/27/1999 meeting. |
| PX 375 | ENW 0648071-0648072 | 05/27/1999 | Executive Board Resolution No. 1101. |
| PX 376 | ENW-EMS 001534-001535 | 06/19/1999 | Memorandum from E. William Branch to D. Cool re: Request for Rulemaking to Amend 10 CFR 72.214 to Support Issuance of Certificate of Compliance No. 1014 for the Hi-Storm 100 Cask System. |
| PX 377 | ENW 0193446 | 07/13/1999 | Letter from E. Brost to R. Webring re: award of contract for procurement of dry cask storage system. |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 378 | N/A | 07/30/1999 | Memorandum forwarding Preliminary Safety Evaluation Report and Proposed Certificate of Compliance for the Hi-Storm 100 Cask System Rulemaking. |
| PX 380 | ENW-EMS 001323-001338 | 09/03/1999 | Federal Register Vol. 64, No. 171: Final Rule re: approval of Hi-Star 100 cask system. |
| PX 382 | ENW 0188470-0188485 | 09/20/1999 | D. Larkin presentation to NRC re: WNP-2 Spent Fuel Storage. |
| PX 383 | ENW-EMS 001724-001726 | 09/22/1999 | 64 Fed. Reg. 51271: NRC 10 CFR Part 72 List of Approved Spent Fuel Storage Cask: Holtec Hi-Storm 100 Addition. |
| PX 384 | ENW-EMS 001339-001405 | 10/04/1999 | Certificate of Compliance for HI-STAR 100, Docket No. 72-1008. |
| PX 385 | ENW 0084052-0084063 | 10/25/1999 | Email from D. Larkin to N. Zimmerman re HUG Meeting Trip Report. |
| PX 386 | ENW 2382093-2382101 | 01/11/2000 | Presentation to CSNRB re: dry spent fuel storage project. |
| PX 390 | ENW-EMS 001509-001533 | 05/01/2000 | Federal Register Vol. 65, No.84: NRC 10CFR Part 72 List of Approved Spent Fuel Storage Cask: Holtec Hi-Storm 100 Addition. |
| PX 392 | ENW 0231764-0231794 | 05/04/2000 | Letter from D. Coleman to A. Fiksdal re: EN request for amendment to implement dry cask storage. |
| PX 393 | ENW 0171361-0171418 | 05/05/2000 | Memorandum from S. Flood to D. Larkin re: Dresden Trip Report. |
| PX 394 | ENW 2351547-2351550 | 05/10/2000 | Spent Fuel Storage Project Monthly Project Review Meeting Status for May 2000. |
| PX 397 | ENW 0267957-0267972 | 06/22/2000 | D. Larkin presentation to Executive Board re: dry cask storage system. |
| PX 398 | ENW 0487565-0487581 | 06/22/2000 | Minutes of Executive Board 06/22/2000 Meeting. |
| PX 399 | ENW 0085929-0085936 | 06/27/2000 | Email from M. Peterson to D. Martin, et. al., re: Trip Report - Point Beach ISFSI. |
| PX 400 | ENW 2379320-2379325 | 07/14/2000 | D. Larkin presentation re: spent fuel storage project. |
| PX 401 | ENW 0231835-0231859 | 08/14/2000 | Presentation to EFSEC re: amendment to site certificate agreement for construction of a dry cask storage facility at WNP-2. |
| PX 402 | ENW 0231899 | 08/14/2000 | Agenda for Washington State Energy Facility Site Evauation Council 8/14/00 meeting. |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 403 | ENW 2004483-2004489 | 09/18/2000 | Letter from A. Fiksdal to D. Coleman re: Columbia dry spent fuel storage facility. |
| PX 404 | ENW 2355016-2355021 | 09/22/2000 | Presentation to EFSEC re: construction of a spent fuel dry storage facility. |
| PX 405 | ENW 0147375 | 10/17/2000 | E-mail from S. Scammon to L. Mar et. al. re: dry cask storage contingency planning. |
| PX 409 | ENW 0170992-0170996 | 12/14/2000 | Letter from EN to EFSEC re: request for approval for dry cask storage facility at Columbia Generating Station. |
| PX 410 | ENW-EMS 001406-001504 | 12/21/2000 | Letter from E. William Brach to B. Gutherman re: Certificate of Compliance for Amendment 1 to the Holtec International, Hi-Star 100 Cask Storage System to Accommodate Revised Cask Contents. |
| PX 412 | ENW 2004503-2004508 | 03/15/2001 | Letter from A. Fiksdal to D. Colemen re: Columbia dry spent fuel storage facility. |
| PX 413 | ENW 2004730-2004732 | 04/06/2001 | Letter from EN to NRC re: intention to load dry spent fuel storage casks. |
| PX 417 | ENW 0083594-0083602 | 06/04/2001 | Email from D. Ross to S. Scammon, et. al., re: Dresden Trip Report. |
| PX 418 | ENW 0155392-0155585 | 07/02/2001 | Documentation package for Basic Design Change 97-0180-4E. |
| PX 419 | ENW 0073329-0073332 | 07/26/2001 | NRC letter to EN re: request for additional information related to request for license amendment for Columbia Generating Station for handling of the Holtec dry cask system. |
| PX 420 | ENW 0658276-0658281 | 09/13/2001 | Letter from R. L. Webring to NRC re: Columbia Generating Station request for amendment to operating license for handling of the Holtec dry cask storage cask. |
| PX 421 | ENW 0064043-0064055 | 10/26/2001 | Letter from NRC to EN re: issuance of Amendment no. 172 to operating license of Columbia Generating Station for handling of the Holtec dry cask system. |
| PX 422 | ENW 0065833-0065837 | 11/27/2001 | NRC letter to EN re: correction to Amendment No. 172 to operating license for Columbia Generating Station for handling of the Holtec dry cask system. |
| PX 426 | ENW 0527759 | 02/11/2002 | Letter from J. Curtis to EN re: issuance of bonds to finance ISFSI construction. |
| PX 433 | N/A | 04/03/2002 | Notice of Rule 30(b)(6) Deposition. |
| PX 434 | N/A | 04/18/2002 | Notice of Rule 30(b)(6) Deposition. |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 435 | WDM001 3646-3725 | 04/18/2002 | Defendant's Response to Utility Plaintiffs' Requests for Admissions during coordinated discovery. |
| PX 436 | WDM001 3596-3638 | 04/18/2002 | Defendant's Responses to Utility Plaintiffs' Joint Supplemental Interrogatories during coordinated discovery. |
| PX 439 | ENW 0657068-0657099 | 04/25/2002 | Minutes of Executive Board 4/24/03 Meeting. |
| PX 442 | ENW 0114746-0114750 | 06/20/2002 | Email from S. Metzger to N. Zimmerman re: trip report. |
| PX 443 | ENW 0648671-0648674 | 06/26/2002 | Executive Board Action Memo No. 863. |
| PX 444 | ENW 0049796-0049799 | 06/27/2002 | Executive Board Resolution No. 1259. |
| PX 445 | ENW 0487872-0487895 | 06/27/2002 | Minutes of Executive Board 06/27/2002 meeting. |
| PX 447 | ENW-EMS 001815-001822 | 07/15/2002 | Certificate of Compliance for HI-STORM 100: Docket No. 72-1014, Amendment 1. |
| PX 450 | ENW 0100444-0100445 | 09/13/2002 | Letter from NRC to EN re: NRC inspection of dry cask storage loading dry run. |
| PX 455 | ENW 1000159 | 04/14/2003 | N. Zimmerman presentation re: dry cask storage loading process. [Columbia Station Dry Spent Fuel Storage.ppt ] |
| PX 456 | ENW 0049648-0049673 | 04/30/2003 | Executive Board Resolution No. 1301. |
| PX 458 | ENW 0048784-0049647 | 05/29/2003 | Closing documentation binder for Columbia Generating Station Electric Revenue Bonds Series 2003-F. |
| PX 459 | ENW 0657332 - 0657333 | 05/29/2003 | Receipt and Application of Moneys for the Energy Northwest Columbia Generating Station Electric Revenue Bonds Series 2003-F. |
| PX 460 | ENW 0658006 -0658009 | 05/29/2003 | Memorandum from Citibank re Energy Northwest Columbia Generating Station Electric Revenue Bonds, Series 2003-F. |
| PX 461 | ENW 0263206-0263286 | 08/19/2003 | Letter from D. Coleman to J. Finucane attaching 2002 RW-859 submital. |
| PX 468 | ENW 0488183-0488206 | 07/22/2004 | Minutes of Executive Board 07/22/1004 meeting. |
| | | | |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 472 | WDM002 1582-1595 | 10/27/2004 | Defendant's Response to Plaintiff's First Set of Interrogatories Relating to Damages in Tennessee Valley Authority v. United States, No. 01-249C. |
| PX 474 | N/A | 11/12/2004 | Rule 30(b)(6) Notice of Deposition. |
| PX 476 | ENW 0221602-0221605 | 12/11/2004 | Memorandum from R. Fuller to Executive Authorization Committee re: ISFSI FY06 campaign deferral. |
| PX 477 | ENW 0138672-0138678 | 12/13/2004 | R. Fuller presentation to Executive Authorization Committee re: deferral of dry cask loading campaign. |
| PX 478 | ENW 0202349-0202417 | 01/00/2005 | 10 CFR 72.212 evaluation for ISFSI at Columbia Generating Station, revision 2. |
| PX 479 | ENW 1000158 | 01/20/2005 | Presentation re: dry cask storage loading process. [HP001744-PPT_ISFSI Rev1.ppt ] |
| PX 480 | WDM002 1596-1627 | 02/07/2005 | Defendant's Response to Plaintiff's Second Set of Interrogatories in Tennessee Valley Authority v. United States, No. 01-249C. |
| PX 482 | N/A | 03/02/2005 | Notice of Rule 30(b)(6) Deposition. |
| PX 484 | ENW-EMS 001823-001827 | 06/07/2005 | Certificate of Compliance for HI-STORM: Docket No. 72-1014, Amendment No. 2. |
| PX 486 | ENW 0639844-0640205 | 12/00/2005 | Chapter 9 of Columbia Generating Station Final Safety Analysis Report. |
| PX 487 | ENW 0052508-0052542 | 04/27/2006 | FY 2007 Fuel Management Plan. |
| PX 488 | ENW 0055069-0055073 | 05/09/2006 | Direct Pay Agreement between EN and BPA re: Columbia Generating Station. |
| PX 490 | ENW 0648073-0648075 | 06/07/2006 | Information Memo No. 629. |
| PX 491 | ENW 0648076-0648079 | 07/06/2006 | Executive Board Action Memorandum No. 992. |
| PX 493 | ENW 0651560-0651562 | 09/08/2006 | Summary of financing costs associated with EN's dry cask storage project prepared by Gregory P. Armatrout. |
| PX 495 | ENW 0658288 | 11/20/2006 | Letter from J. Parrish to NRC re: Columbia Generating Station schedule for license renewal application. |
| PX 496 | ENW 1000038 | 03/09/2007 | EN 2002 RW-859 data submission. [2002RW859_53.mdb] |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 497 | WDM006 0001-0034 | 03/12/2007 | Defendant's Combined Response to Plaintiffs' First Request for Production of Documents and First Set of Interrogatories in Carolina Power & Light Company and Florida Power Corporation v. United States. |
| PX 498 | WDM006 0264-0297 | 03/19/2007 | Defendant's Combined Responses to Plaintiffs' First Request for Production of Documents and First Set of Interrogatories in Southern California Edison v. United States. |
| PX 499 | N/A | 04/10/2007 | Defendant's Response to Energy Northwest's First Set of Interrogatories. |
| PX 500 | N/A | 04/19/2007 | Notice of Rule 30(b)(6) Deposition of Christopher Kouts. |
| PX 501 | ENW 1000128 | 05/11/2007 | EN fuel history caculation and spreadsheet. [Fuel History DB_jll.xls]. |
| PX 502 | N/A | 08/24/2007 | Defendant's Response to Energy Northwest's First Set of Requests for Admission. |
| PX 515 | CTR032 0001-0007 | 00/00/0000 | Conference paper by B. McLeod, JAI Corporation, and T. Pollog, DOE, titled "Methodology for the projection of Spent Nuclear Fuel Discharges." |
| PX 517 | ENW 0176259-0176282 | 00/00/0000 | Brochure re: Holtec system for storage and transport of spent nuclear fuel. |
| PX 519 | ENW 0647341 | 00/00/0000 | Drawing re: High Density Spent Fuel Storage Rack Restrainer and Super Module Installation. |
| PX 520 | ENW 0647342 | 00/00/0000 | Drawing re: High Density Spent Fuel Storage Rack Super Module Assembly. |
| PX 521 | ENW 0647343 | 00/00/0000 | Drawing re: High Density Spent Fuel Storage Rack Assembly. |
| PX 522 | ENW 0647344 | 00/00/0000 | Drawing re: General Arrangements Section 10-10 Reactor Building. |
| PX 523 | ENW 0649442 | 00/00/0000 | Drawing re: Structural Reactor Building Fuel Storage Liner Plan & Sections. |
| PX 526 | HQ0010103-0010115 | 00/00/0000 | Report titled "Standard Contract Issue Resolution Process: An Overview and Status." |
| PX 527 | HQR043 0592-0595 | 00/00/0000 | Report titled "Utility and DOE Efforts to Improve the Standard Disposal Contract - An Experiment in Cooperation." |
| PX 533 | SN010806-010810 | 00/00/0000 | Organizational Chart for the Office of Civilian Radioactive Waste Management (1982-1984). |
| | | | |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 535 | EXG007 000001-000016; EXG007 000017-000235 | Various | Group exhibit: Workpapers of R. Larry Johnson. |
| PX 536 | EXG003 000009-000010 | Various | Group exhibit: Workpapers of Ray Hartman. |
| PX 537 | EXG001 000001-000037 | Various | Group exhibit: Workpapers of Charles L. Stuart. |
| PX 546 | YDK024125-024129 | 05/04/1983 | Presentation to the Institute of Nuclear Materials: Management Presentation by L. Mills, Edison Electric Company, re: Importance of Various Provisions of the Nuclear Waste Policy Act of 1982 to Electric Utility Companies |
| PX 547 | PA 142687-142903 | 09/00/1991 | Draft Mission Plan Amendment. |
| PX 549 | ENW 0029355-0029362 | 02/16/2001 | Warrant No. 431930 |
| PX 550 | ENW 0055319-0055320 | 02/21/2001 | Warrant No. 431979 |
| PX 551 | ENW 0566149-0566150 | 09/20/2001 | Warrant No. 437710 |
| PX 552 | ENW 0031303-0031305 | 11/06/2001 | Warrant No. 438840 |
| PX 553 | ENW 0031371-0031372 | 11/15/2001 | Warrant No. 439115 |
| PX 554 | ENW 0565829-0565833 | 11/26/2001 | Credit Card Statement |
| PX 555 | ENW 0566038-0566039 | 12/26/2001 | Credit Card Statement |
| PX 556 | ENW 0566001-0566006 | 01/25/2002 | Credit Card Statement |
| PX 557 | ENW 0567540-0567548 | 02/20/2002 | Warrant No. 441327 |
| PX 558 | ENW 0567378-0567384 | 06/05/2002 | Warrant No. 444088 |
| PX 559 | ENW 0658497-0658807 | 01/00/2003 | Workpapers for Payroll Time Reporting Approval Audit |
| PX 560 | ENW 0658217-0658222 | 07/10/2003 | Payroll Time Reporting Approval Audit. |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 594 | ENW 0657305-0657319 | Various | Group Exhibit: chart listing interest payments on Citibank loan and Citibank statements. |
| PX 595 | ENW 0048770 | 10/04/2006 | Material Request No. 31864 |
| PX 596 | ENW 0647220 | 05/16/2007 | Material Request No. 43659 |
| PX 597 | ENW 0647272 | 05/16/2007 | Material Request No. 43118 |
| PX 598 | ENW 0647280 | 05/16/2007 | Material Request No. 40292 |
| PX 599 | ENW 1000019 | 00/00/0000 | Electronic data exported by Johnathan Hicks from PeopleSoft financial system of costs incurred by EN on the dry cask storage project from FY 2000 through 8/31/2006. |
| PX 600 | ENW 1000020; ENW 1000021 | Various | Group Exhibit: Electronic data from EN Passport A/P system. [AP Passport data Prior to 7-1-99-2.xls; AP Passport data REVISED 7-1-99 - 8-31-06.xls]. |
| PX 602 | ENW-MPE 1000003 | 09/14/2007 | M. Emmert fuel management model. [Fuel Management.xls] |
| PX 604 | ENW 1000160 | 00/00/0000 | Electronic data exported by Johnathan Hicks from PeopleSoft financial system of costs incurred by EN on the dry cask storage project from FY 2000 through 8/31/2006. [Peoplesoft.mdb]<br><br>[Duplicate of data also produced in different software format ENW 1000019. ENW reserves the right to use either file depending on courtroom technology capability.] |
| PX 606 | ENW-MPE 1000006 | 09/14/2007 | M. Emmert workpapers. [Loading Casks Analysis.xls] |
| PX 609 | ENW-MPE 1000009 | 09/14/2007 | M. Emmert analysis of per-cask procurement cost. [Per Cask Cost Analysis.xls] |
| PX 614 | ENW-EMS 002865-002866 | 02/13/2008 | USNRC: Dry Spent Fuel Storage Designs: NRC Approved for General Use. |
| PX 635 | N/A | 06/09/2008 | Amended Rule 30(b)(6) Notice of Deposition. |
| PX 640 | ENW-EMS 001853-001872 | 00/00/0000 | Certificate of Compliance for Radioactive Material Packages Docket No. 71-9270, Rev. 1. |
| PX 646 | ENW-EMS 002876-002884 | 00/00/0000 | Certificate of Compliance for Radioactive Material Packages: Docket No. 71-9293, Rev. 0. |
| PX 648 | ENW-EMS 002897-002905 | 00/00/0000 | Certificate of Compliance for Radioactive Material Packages: Docket No. 71-9302, Rev. 0. |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 650 | ENW-EMS 002978-003015 | 00/00/0000 | Certificate of Compliance for Dry Spent Fuel Storage Casks. |
| PX 722.001 | ENW 0028436-0028441 | 09/01/1999 | Holtec Warrant No. 419725 |
| PX 722.002 | ENW 0028486-0028487 | 10/22/1999 | Holtec Warrant No. 421038 |
| PX 722.003 | ENW 0028575-0028577 | 01/04/2000 | Holtec Warrant No. 422743 |
| PX 722.004 | ENW 0028582-0028584 | 01/11/2000 | Holtec Warrant No. 422904 |
| PX 722.005 | ENW 0028616-0028618 | 02/23/2000 | Holtec Warrant No. 423905 |
| PX 722.006 | ENW 0028675-0028684 | 05/09/2000 | Holtec Warrant No. 425605 |
| PX 722.007 | ENW 0028687-0028691 | 05/12/2000 | Holtec Warrant No. 425689 |
| PX 722.008 | ENW 0028692-0028696 | 05/17/2000 | Holtec Warrant No. 425769 |
| PX 722.009 | ENW 0028722-0028725 | 06/02/2000 | Holtec Warrant No. 426178 |
| PX 722.010 | ENW 0028744-0028751 | 06/13/2000 | Holtec Warrant No. 426399 |
| PX 722.011 | ENW 0028781-0028783 | 06/28/2000 | Holtec Warrant No. 426790 |
| PX 722.012 | ENW 0028830-0028839 | 07/19/2000 | Holtec Warrant No. 427263 |
| PX 722.013 | ENW 0028853-0028855 | 07/27/2000 | Holtec Warrant No. 427469 |
| PX 722.014 | ENW 0028931-0028939 | 09/14/2000 | Holtec Warrant No. 428590 |
| PX 722.015 | ENW 0029014-0029016 | 10/26/2000 | Holtec Warrant No. 429502 |
| PX 722.016 | ENW 0029107-0029109 | 11/29/2000 | Holtec Warrant No. 430239 |
| PX 722.017 | ENW 0029132-0029134 | 12/12/2000 | Holtec Warrant No. 430511 |
| PX 722.018 | ENW 0029135-0029138 | 12/13/2000 | Holtec Warrant No. 430568 |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 722.019 | ENW 0029171-0029180 | 12/21/2000 | Holtec Warrant No. 430776 |
| PX 722.020 | ENW 0029235-0029240 | 01/17/2001 | Holtec Warrant No. 431292 |
| PX 722.021 | ENW 0029250-0029252 | 01/24/2001 | Holtec Warrant No. 431388 |
| PX 722.022 | ENW 0029313-0029325 | 02/09/2001 | Holtec Warrant No. 431787 |
| PX 722.023 | ENW 0029363-0029364 | 02/19/2001 | Holtec Warrant No. 431940 |
| PX 722.024 | ENW 0029497-0029499 | 03/12/2001 | Holtec Warrant No. 432475 |
| PX 722.025 | ENW 0029888-0029889 | 05/16/2001 | Holtec Warrant No. 434220 |
| PX 722.026 | ENW 0029947-0029956 | 05/18/2001 | Holtec Warrant No. 434301 |
| PX 722.027 | ENW 0030054-0030061 | 06/08/2001 | Holtec Warrant No. 434915 |
| PX 722.028 | ENW 0030366-0030370 | 07/03/2001 | Holtec Warrant No. 435660 |
| PX 722.029 | ENW 0030391-0030392 | 07/10/2001 | Holtec Warrant No. 435806 |
| PX 722.030 | ENW 0030393-0030395 | 07/11/2001 | Holtec Warrant No. 435862 |
| PX 722.031 | ENW 0030418-0030426 | 07/17/2001 | Holtec Warrant No. 436062 |
| PX 722.032 | ENW 0030645-0030646 | 08/13/2001 | Holtec Warrant No. 436760 |
| PX 722.033 | ENW 0030704-0030707 | 08/15/2001 | Holtec Warrant No. 436846 |
| PX 722.034 | ENW 0030931-0030932 | 09/17/2001 | Holtec Warrant No. 437599 |
| PX 722.035 | ENW 0031154-0031160 | 10/22/2001 | Holtec Warrant No. 438443 |
| PX 722.036 | ENW 0031192-0031195 | 10/24/2001 | Holtec Warrant No. 438551 |
| PX 722.037 | ENW 0031295-0031298 | 11/05/2001 | Holtec Warrant No. 438795 |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 722.038 | ENW 0031299-0031302 | 11/06/2001 | Holtec Warrant No. 438837 |
| PX 722.039 | ENW 0031487-0031490 | 12/06/2001 | Holtec Warrant No. 439586 |
| PX 722.040 | ENW 0031646-0031648 | 12/27/2001 | Holtec Warrant No. 440119 |
| PX 722.041 | ENW 0031869-0031876 | 01/18/2002 | Holtec Warrant No. 440624 |
| PX 722.042 | ENW 0032096-0032103 | 02/26/2002 | Holtec Warrant No. 441496 |
| PX 722.043 | ENW 0032109-0032113 | 02/27/2002 | Holtec Warrant No. 441544 |
| PX 722.044 | ENW 0032114-0032116 | 03/01/2002 | Holtec Warrant No. 441592 |
| PX 722.045 | ENW 0032211-0032220 | 03/12/2002 | Holtec Warrant No. 441845 |
| PX 722.046 | ENW 0032287-0032288 | 03/20/2002 | Holtec Warrant No. 442020 |
| PX 722.047 | ENW 0032308-0032309 | 03/21/2002 | Holtec Warrant No. 442066 |
| PX 722.048 | ENW 0032625-0032627 | 04/25/2002 | Holtec Warrant No. 442995 |
| PX 722.049 | ENW 0032628-0032629 | 04/26/2002 | Holtec Warrant No. 443010 |
| PX 722.050 | ENW 0032630-0032631 | 04/29/2002 | Holtec Warrant No. 443028 |
| PX 722.051 | ENW 0032640-0032641 | 05/01/2002 | Holtec Warrant No. 443122 |
| PX 722.052 | ENW 0032880-0032886 | 06/03/2002 | Holtec Warrant No. 443975 |
| PX 722.053 | ENW 0032953-0032955 | 06/06/2002 | Holtec Warrant No. 444120 |
| PX 722.054 | ENW 0032968-0032975 | 06/12/2002 | Holtec Warrant No. 444225 |
| PX 722.055 | ENW 0032991-0032994 | 06/17/2002 | Holtec Warrant No. 444370 |
| PX 722.056 | ENW 0033052-0033053 | 06/26/2002 | Holtec Warrant No. 444642 |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 722.057 | ENW 0033198-0033199 | 07/04/2002 | Holtec Warrant No. 444984 |
| PX 722.058 | ENW 0033276-0033281 | 07/19/2002 | Holtec Warrant No. 445338 |
| PX 722.059 | ENW 0033310-0033311 | 07/25/2002 | Holtec Warrant No. 445516 |
| PX 722.060 | ENW 0033326-0033328 | 07/30/2002 | Holtec Warrant No. 445640 |
| PX 722.061 | ENW 0033505-0033511 | 08/16/2002 | Holtec Warrant No. 446115 |
| PX 722.062 | ENW 0033547-0033549 | 08/26/2002 | Holtec Warrant No. 446308 |
| PX 722.063 | ENW 0033709-0033711 | 09/10/2002 | Holtec Warrant No. 446740 |
| PX 722.064 | ENW 0033749-0033754 | 09/17/2002 | Holtec Warrant No. 446887 |
| PX 722.065 | ENW 0033818-0033820 | 09/19/2002 | Holtec Warrant No. 446987 |
| PX 722.066 | ENW 0033824-0033833 | 09/24/2002 | Holtec Warrant No. 447108 |
| PX 722.067 | ENW 0033909-0033917 | 10/01/2002 | Holtec Warrant No. 447272 |
| PX 722.068 | ENW 0033930-0033933 | 10/02/2002 | Holtec Warrant No. 447320 |
| PX 722.069 | ENW 0033966-0033972 | 10/07/2002 | Holtec Warrant No. 447455 |
| PX 722.070 | ENW 0033987-0033997 | 10/08/2002 | Holtec Warrant No. 447503 |
| PX 722.071 | ENW 0034152-0034186 | 10/24/2002 | Holtec Warrant No. 447985 |
| PX 722.072 | ENW 0034334-0034342 | 10/29/2002 | Holtec Warrant No. 448083 |
| PX 722.073 | ENW 0034375-0034401 | 11/05/2002 | Holtec Warrant No. 448332 |
| PX 722.074 | ENW 0034929-0034930 | 12/20/2002 | Holtec Warrant No. 449535 |
| PX 722.075 | ENW 0035405-0035414 | 02/11/2003 | Holtec Warrant No. 450791 |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 722.076 | ENW 0035448-0035449 | 02/20/2003 | Holtec Warrant No. 451003 |
| PX 722.077 | ENW 0035551-0035557 | 03/12/2003 | Holtec Warrant No. 451574 |
| PX 722.078 | ENW 0035655-0035662 | 04/03/2003 | Holtec Warrant No. 452169 |
| PX 722.079 | ENW 0035840-0035865 | 04/24/2003 | Holtec Warrant No. 452838 |
| PX 722.080 | ENW 0035872-0035876 | 04/29/2003 | Holtec Warrant No. 452938 |
| PX 722.081 | ENW 0035893-0035899 | 04/30/2003 | Holtec Warrant No. 452987 |
| PX 722.082 | ENW 0036027-0036031 | 06/02/2003 | Holtec Warrant No. 454014 |
| PX 722.083 | ENW 0036120-0036127 | 06/19/2003 | Holtec Warrant No. 454734 |
| PX 722.084 | ENW 0036173-0036176 | 06/25/2003 | Holtec Warrant No. 454875 |
| PX 722.085 | ENW 0036239-0036254 | 07/10/2003 | Holtec Warrant No. 455472 |
| PX 722.086 | ENW 0036255-0036266 | 07/11/2003 | Holtec Warrant No. 455548 |
| PX 722.087 | ENW 0036313-0036319 | 07/28/2003 | Holtec Warrant No. 456073 |
| PX 722.088 | ENW 0036621-0036631 | 10/02/2003 | Holtec Warrant No. 457981 |
| PX 722.089 | ENW 0036655-0036664 | 10/10/2003 | Holtec Warrant No. 458175 |
| PX 722.090 | ENW 0036672-0036675 | 10/17/2003 | Holtec Warrant No. 458377 |
| PX 722.091 | ENW 0036745-0036748 | 12/02/2003 | Holtec Warrant No. 459569 |
| PX 722.092 | ENW 0036972-0036994 | 02/20/2004 | Holtec Warrant No. 461529 |
| PX 722.093 | ENW 0037064-0037067 | 02/27/2004 | Holtec Warrant No. 461749 |
| PX 722.094 | ENW 0037586-0037590 | 04/28/2004 | Holtec Warrant No. 463296 |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 722.095 | ENW 0038337-0038343 | 07/26/2004 | Holtec Warrant No. 465702 |
| PX 722.096 | ENW 0038347-0038353 | 07/27/2004 | Holtec Warrant No. 465782 |
| PX 722.097 | ENW 0038445-0038449 | 10/27/2003 | Holtec Warrant No. 468231 |
| PX 722.098 | ENW 0038552-0038557 | 01/28/2003 | Holtec Warrant No. 470561 |
| PX 722.099 | ENW 0038636-0038643 | 03/09/2005 | Holtec Warrant No. 471615 |
| PX 722.100 | ENW 0038689-0038695 | 04/27/2005 | Holtec Warrant No. 473041 |
| PX 722.101 | ENW 0038699-0038711 | 05/04/2005 | Holtec Warrant No. 473313 |
| PX 722.102 | ENW 0038787-0038791 | 07/29/2005 | Holtec Warrant No. 476148 |
| PX 722.103 | ENW 0038836-0038840 | 10/28/2005 | Holtec Warrant No. 478311 |
| PX 722.104 | ENW 0038962-0038966 | 03/02/2006 | Holtec Warrant No. 481462 |
| PX 722.105 | ENW 0038983-0038987 | 03/31/2006 | Holtec Warrant No. 482151 |
| PX 722.106 | ENW 0038988-0038993 | 04/24/2006 | Holtec Warrant No. 482722 |
| PX 722.107 | ENW 0039027-0039032 | 05/18/2006 | Holtec Warrant No. 483423 |
| PX 722.108 | ENW 0039033-0039037 | 05/22/2006 | Holtec Warrant No. 483455 |
| PX 722.109 | ENW 0039038-0039040 | 06/16/2006 | Holtec Warrant No. 484193 |
| PX 722.110 | ENW 0039057-0039064 | 08/22/2006 | Holtec Warrant No. 484358 |
| PX 722.111 | ENW 0039092-0039096 | 08/29/2006 | Holtec Warrant No. 484615 |
| PX 722.112 | ENW 0039110-0039117 | 07/19/2006 | Holtec Warrant No. 485079 |
| PX 722.113 | ENW 0039159-0039169 | 08/02/2006 | Holtec Warrant No. 485498 |

# PLAINTIFF'S EXHIBITS TO WHICH DEFENDANT HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit Number | Bates Range | Document Date | Description |
|---|---|---|---|
| PX 722.114 | ENW 0055137 | 02/21/2000 | Holtec Warrant No. 423861 |
| PX 722.115 | ENW 0055142 | 05/26/2000 | Holtec Warrant No. 426032 |
| PX 722.116 | ENW 0055143 | 06/01/2000 | Holtec Warrant No. 426140 |
| PX 722.117 | ENW 0055148 | 07/17/2000 | Holtec Warrant No. 427185 |
| PX 722.118 | ENW 0055149 | 07/18/2000 | Holtec Warrant No. 427220 |
| PX 722.119 | ENW 0055153 | 07/26/2000 | Holtec Warrant No. 427405 |
| PX 722.120 | ENW 0055508 | 10/11/2000 | Holtec Warrant No. 438239 |
| PX 722.121 | ENW 0100990-0100997 | 07/24/2002 | Holtec Warrant No. 445462;445516;445640 |
| PX 722.122 | ENW 0101098-0101106 | 08/16/2002 | Holtec Warrant No. 446094;446115 |
| PX 722.123 | ENW 0224015-0224016 | 03/10/2003 | Holtec Warrant No. 451478 |
| PX 741 | ENW 1000127 | 00/00/0000 | Electonic data collected by J. Hicks reflecting information re position of ENW employees working on the dry cask storage project. [Employee Position Data.xls] |
| PX 744 | ENW 0658263-0658275 | 09/07/2006 | Cost reports for dry cask storage project for FY 1994 to FY 1999. |
| PX 745 | ENW 0187681-0188036 | 11/01/2006 | EN Finance Manual. |
| PX 746 | ENW 1000018 | 11/13/2006 | Passport system report of Material Requests related to dry cask storage project. |
| PX 747 | ENW 1000129 | 05/11/2007 | D. Larkin spreadsheet re: cask fabrication quality surveillence program. [MOU Invoice Breakout.xls] |