# EXHIBIT 2

# DEFENDANT'S EXHIBITS TO WHICH PLAINTIFF HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit | Bates Range | Document | Description |
|---|---|---|---|
| DX 002.001 | ARC001 0056 - 0070 | 02/04/1983 | Federal Register Notice Part IV, re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste |
| DX 002.002 | ARC001 0071 - 0090 | 04/18/1983 | Federal Register Notice Part II, Re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste |
| DX 002.010 | ARC001 0149 - 0156 | Undated | Statement of E. Linn Draper, Jr., Senior Vice President- External Affairs Gulf States Utilities Company on Behalf of the EEI, the UNWMG |
| DX 002.034 | ARC001 0325 - 0412 | 03/07/1983 | Letter from EEI to Robert Morgan, NWPA-Project Office, re: Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste  Larkin05 |
| DX 002.086 | ARC001 0695 - 0696 | 05/24/1983 | Excerpts from Federal Register, re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste - Final Rule Correction |
| DX 003.000 | NRC148 000218 - 000229 | 02/01/1978 | NRC Regulatory Guide 1.33, Quality Assurance Program Requirements (Operations), Rev. 2, Feb. 1978 |
| DX 004.000 | NRC148 000081 - 000094 | 05/00/1979 | NUREG-0554, Single-Failure-Proof Cranes for Nuclear Power Plants, May 1979 |
| DX 005.000 | NRC148 000095 - 000217 | 07/00/1980 | NUREG-0612, Control of Heavy Loads at Nuclear Power Plants |
| DX 014.000 | TV 1236 - 1250 | 01/21/1983 | Letter from the American Public Power Association, L. Hobart to DOE, Dr. Thomas Dillon, re: APPA's Comments on DOE's January 19, 1983 Draft Standard Contract |
| DX 024.000 | ADM002 0016 - 0035 | 04/18/1983 | DOE Federal Register Part II  Vance07 |
| DX 055.000 | HQR003 1621 - 2143 | 06/01/1987 | 1987 Mission Plan Amendment w/ Comments on the Draft Amendment and Responses to the Comments |
| DX 060.000 | ENW 0492465 - 0492493 | 04/29/1988 | WPPSS Nuclear Plant No. 2, FY 1989 Fuel Management Plan  Larkin21 |
| DX 063.000 | ENW 0491694 - 0491699 | 06/23/1988 | Letter from D. L. Larkin to Nancy Montgomery re: ACR Team Issues  Larkin09 |
| DX 070.000 | ENW 0269410 - 0269413 | 07/21/1989 | Engineering Analysis & Nuclear Fuel Weekly Highlights  Larkin08 |
| DX 073.000 | ENW 0492198 - 0492226 | 00/00/1990 | FY 1990 Fuel Management Plan |
| DX 100.000 | PNL104 2511 - 2705 | 12/00/1991 | Spent Fuel Storage Requirements 1991-2040, DOE-RL 91-54 |

# DEFENDANT'S EXHIBITS TO WHICH PLAINTIFF HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit | Bates Range | Document | Description |
|---|---|---|---|
| DX 118.000 | ENW 0493920 - 0493970 | 02/12/1993 | 2/12/93 RW 859 |
| DX 121.000 | ENW 0055932 - 0055945 | 07/20/1993 | Interoffice Memo from G. J. Kucera to Perko, Flasch, Parrish re: WNP-2 Decommissioning Plan Five-Year Period July 1, 1989 - June 30, 1994 Parrish12 |
| DX 127.000 | ENW 0055772 - 0055779 | 05/00/1994 | WPPSS Organizational Charts Atkinson04 |
| DX 132.000 | ENW 2381891 - 2381892 | 11/04/1994 | NUHOMS Owners Group Meeting November 3-4, 1994 - NUHOMS Status Parrish02 |
| DX 134.000 | ENW 0254851 - 0254854 | 00/00/1995 | Highlights of Rothstein WNP-2 Visit on 9/29/1995 |
| DX 141.000 | ENW 0578168 - 0578168 | 04/19/1995 | Larkin Email RE: 4/28 Meeting with Counsil |
| DX 147.000 | ENW 2379694 - 2379699 | 06/20/1995 | Spent Fuel Storage for WNP-2 |
| DX 151.000 | ENW 0242450 - 0242457 | 09/11/1995 | Strategic Planning Session |
| DX 155.000 | ENW 0237012 - 0237013 | 12/19/1995 | Larkin Email |
| DX 156.000 | ENW 0578350 - 0578350 | 01/11/1996 | Interoffice Email from David L. Larkin to Joseph V. Parrish re: Spent Fuel Storage Larkin19 |
| DX 157.000 | ENW 0571198 - 0571198 | 02/12/1996 | Swank Email |
| DX 158.000 | ENW 0242057 - 0242058 | 03/11/1996 | Meeting Notes for 3/11/1996 |
| DX 159.000 | ENW 0084020 - 0084022 | 03/20/1996 | Email from David Larkin to Alan Abrams et al. re: High-Level Waste Forum Noble47 |
| DX 160.000 | NRC148 000074 - 000080 | 04/11/1996 | NRC Bulletin 96-02, Movement of Heavy Loads Over Spent Fuel, Over Fuel in Reactor Core / Over Safety-Related Equipment |
| DX 161.000 | ENW 0083251 - 0083251 | 05/20/1996 | Email from David Larkin to Henry J. Ogryzek, Lawrence Noble, et al. re: Spent Fuel Storage Location Parrish08 |
| DX 163.000 | ENW 0589582 - 0589582 | 06/10/1996 | Larkin Email re NRC Inspection of Dry Cask Storage |
| DX 165.000 | ENW 0585530 - 0585530 | 07/15/1996 | Email from Lawrence Noble to David Larkin re: Spent Fuel Storage Procurement Support Noble04 |

# DEFENDANT'S EXHIBITS TO WHICH PLAINTIFF HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit | Bates Range | Document | Description |
|---|---|---|---|
| DX 166.000 | ENW 0589562 - 0589562 | 07/25/1996 | Larkin Email re Spent Fuel Storage Update |
| DX 167.000 | ENW 0555667 - 0555667 | 08/26/1996 | Email from Lawrence Noble to David Larkin; Benjamin Pesek re: Spent Fuel Storage Procurement Noble05 |
| DX 168.000 | CTR002 0138 - 0200 | 09/00/1996 | 1995 Acceptance Priority Ranking and Annual Capacity Report |
| DX 169.000 | ENW 0129589 - 0129589 | 09/16/1996 | Larkin Email |
| DX 170.000 | ENW 0084019 - 0084019 | 09/16/1996 | Email from David Larkin to Paul Bemis, John H. Swailes, et al. re: Information - Dry Cask Vendor Performance Noble08; Supko02 |
| DX 171.000 | ENW 0129805 - 0129806 | 09/24/1996 | Email from David Larkin to Alan Abrams et al. re: Information on Spent Fuel Issues Roundtable Report Noble46 |
| DX 174.000 | ENW 0086781 - 0086783 | 11/19/1996 | Email from David Larkin to John H. Swailes, David A. Swank, et al. re NRC/Susquehanna Spent Fuel Storage Meeting Noble07 Supko04 |
| DX 176.000 | ENW 0218069 - 0218069 | 11/19/1996 | Email from David L. Larkin to S. Reese, S. Senner, et al. re: Seattle City Council - Spent Fuel Storage Larkin71 |
| DX 178.000 | ENW 0129799 - 0129799 | 11/22/1996 | Larkin Email |
| DX 180.000 | ENW 0576728 - 0576730 | 12/12/1996 | Task Force Meeting Notes |
| DX 181.000 | ENW 0532960 - 0532964 | 12/16/1996 | Larkin Email |
| DX 182.000 | ENW 0576143 - 0576144 | 12/26/1996 | Mand Email |
| DX 183.000 | ENW 0585205 - 0585205 | 01/15/1997 | Larkin Email |
| DX 184.000 | ENW 0264188 - 0264188 | 02/10/1997 | Washington Public Supply System - WNP2 Long Range Plan Noble36 |
| DX 186.000 | ENW 0585157 - 0585157 | 02/14/1997 | Larkin Email |
| DX 187.000 | ENW 0218014 - 0218015 | 05/12/1997 | Email from David L. Larkin to et al. re: NEI Draft Comments on DOE RFP Larkin63 |

# DEFENDANT'S EXHIBITS TO WHICH PLAINTIFF HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit | Bates Range | Document | Description |
|---|---|---|---|
| DX 189.000 | ENW 0247836 - 0247837 | 05/16/1997 | Letter from R. L. Webring to Steven P. Kraft re: Final Draft Comments on DOE Draft RFP for Transportation Services Larkin64 |
| DX 191.000 | ENW 0233384 - 0233387 | 06/30/1997 | Operating License NPF-21, Additional Information re Bulletin 96-02, Movement of Heavy Loads Over Spent Fuel, Over Fuel in Reactor Core / Safety-Related Equipment |
| DX 192.000 | ENW 0288328 - 0288329 | 07/09/1997 | Interoffice Memo from J.V. Parrish to P.R. Bemis re: Procurement of an On-Site Spent Fuel Storage System Parrish10 |
| DX 194.000 | ENW 0263171 - 0263171 | 08/21/1997 | Larkin Email |
| DX 195.000 | ENW 0084649 - 0084649 | 10/07/1997 | Larkin Email |
| DX 196.000 | ENW 0129748 - 0129748 | 10/07/1997 | Larkin Email |
| DX 198.000 | ENW 0532530 - 0532531 | 10/15/1997 | Larkin Email |
| DX 200.000 | ENW 0129168 - 0129168 | 12/17/1997 | Larkin Email |
| DX 206.000 | ENW 0028296 - 0028300 | 12/18/1998 | Bechtel Power Corporation Engineers - Contractors Invoice 22801 - 812522 Scammon11 |
| DX 208.000 | ENW 0099290 - 0099295 | 04/10/1999 | Email from David Larkin to Lawrence Noble et al re: BAFO Evaluation of Licensing Noble13 |
| DX 211.000 | ENW 0099374 - 0099375 | 05/00/1999 | May 1999 Series of Emails to and from David Larkin |
| DX 215A.000 | ENW 0193434 - 0193439 | 05/24/1999 | Letter from R.L. Webring to Edward Brost re: Attached Action Memorandum NO. 773 Atkinson14 |
| DX 216.000 | ENW 0466147 - 0466149 | 07/15/1999 | Financial Work Order No. 01000038301 UP Noble34, Larkin58 |
| DX 217.000 | ENW 0099330 - 0099331 | 07/29/1999 | Email from Lawrence Noble to David Larkin et al. re: Preliminary Project Team Meeting on PMR 97-0180-0, Interface to Spent Fuel Storage Noble37 |
| DX 220.000 | ENW 0555661 - 0555661<br>ENW 0570989 - 0570993 | 09/29/1999 | Email from Lawrence Noble to David Larkin re: Estimate with Spent Fuel Attachment Noble38 |
| DX 224.000 | ENW 0606088 - 0606094 | 01/26/2000 | Email from Lawrence Noble to Gregory Rowell re: Spreadsheet on Spent Fuel Noble39 |

# DEFENDANT'S EXHIBITS TO WHICH PLAINTIFF HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit | Bates Range | Document | Description |
|---|---|---|---|
| DX 225.000 | ENW 0296888 - 0296895 | 03/01/2000 | Contract Modification No.1 of Contract No. C-31500 between Holtec Center and ENW Noble40 |
| DX 226.000 | ENW 0112063 - 0112064 | 03/10/2000 | Email from Mark Reis to John Dabney, Michael Humphreys et al. re: Refuel Floor Activities Zimmerman05 |
| DX 227.000 | ENW 0028694 - 0028694 | 03/22/2000 | Holtec International Invoice No. 0317 Billed to ENW Noble21 |
| DX 228.000 | ENW 0028692 - 0028692 | 05/17/2000 | ENW Payment Voucher to Holtec International Noble20 |
| DX 230.000 | ENW 0052174 - 0052184 | 06/00/2000 | Agreement for Consultant and Technical Services by Estes Group to ENW Columbia Generating Station --Contract No. C-31638 Ferek19, Scammon22, Zimmerman10 |
| DX 231.000 | ENW 0529549 - 0529550 | 07/10/2000 | Email from Steve Scammon to Rita Abdella re: Requested Information Scammon78 |
| DX 232.000 | ENW 0055166 - 0055166 | 07/14/2000 | EQE International Inc. Invoice No. 76658 to ENW Rowell07, Scammon13 |
| DX 233.000 | ENW 0063832 - 0063841 | 07/20/2000 | Email from Larry P. Homer to David Larkin et al. re: attached Final Root Cause Analysis - Dry Cask Storage Project Inadequate Budget Larkin65 Supko07 |
| DX 234.000 | ENW 0071708 - 0071708 | 07/20/2000 | Email re budget underestimates Larkin66 |
| DX 236.000 | ENW 0071708 - 0071708 | 07/20/2000 | Email from David L. Larkin to Steve L. Scammon re: Dry Cask Storage Review Team Charter Parrish09, Scammon57, Atkinson16, |
| DX 237.000 | ENW 0122610 - 0122624 | 07/24/2000 | Email from Lawrence Noble to Robert A. Vopalensky re: Proposal for Roadway Design & Load Path Analysis Noble16 |
| DX 238.000 | ENW 0240571 - 0240589 | 08/00/2000 | Spent Fuel Dry Cask Storage Self-Assessment, August 7 - 22, 2000 |
| DX 239.000 | ENW 0210070 - 0210070 | 08/02/2000 | Letter from D.L. Larkin to Scott Pellet of Holtec re: Hold on MPC Material Procurement Atkinson18 |
| DX 240.000 | ENW 0085981 - 0085982 | 08/16/2000 | Email from Steve Scammon to Noble Lawrence et al. re: Lowest Service Temparature for Crawler for NDT Concerns Noble41 |
| DX 242.000 | ENW 0085150 - 0085150 | 10/05/2000 | Email from Lawrence Noble to Steve Scammon re: FY01 and 02 Noble43 |
| DX 243.000 | ENW 0060119 - 0060124 | 10/25/2000 | Email from Benzel to Atkinson, Scammon, Oxenford re: PRB Minutes attaching Minutes of ENW Participants' Review Board Scammon01, Atkinson01 |

# DEFENDANT'S EXHIBITS TO WHICH PLAINTIFF HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit | Bates Range | Document | Description |
|---|---|---|---|
| DX 246.000 | ENW 0029144 - 0029145 | 11/05/2000 | SCM Consultants, Inc Invoice # 20011264 to ENW Scammon29 |
| DX 248.000 | ENW 0148790 - 0148792 | 12/11/2000 | Email from Steve Scammon to Neil Zimmerman re: Turnkey Cask Loading Services for Columbia Generating Station Scammon59 |
| DX 249.000 | ENW 0056846 - 0056847 | 12/22/2000 | Email from Scott Pellet to Steve Scammon re: Additional Cask Stability Analysis Scammon50 |
| DX 250.000 | ENW 0284806 - 0284807 | 00/00/2001 | ENW Support Services Work Authorization FY01 Armatrout09, Noble25, Rowell13 |
| DX 252.000 | ENW 0527699 - 0527731 | 01/00/2001 | ENW Support Services Contract C31621 (Public Works Service Contract) Hicks04, Noble24 |
| DX 253.000 | ENW 0648648 - 0648657 | 01/12/2001 | ENW Action Memo No. 811, ISFSI Procedures and Training Development Support with Attached Correspondence Atkinson07 |
| DX 254.000 | ENW 0529585 - 0529585 | 01/15/2001 | Email from Steve Scammon to James Engbarth re: ISFSI Scammon64 |
| DX 257.000 | ENW 0029351 - 0029352 | 01/26/2001 | Sagemoor Enterprises's Invoice 038 to ENW Rowell15, Scammon35 |
| DX 258.000 | ENW 0029501 - 0029502 | 02/16/2001 | EQE International Inc. Invoice No. 82558 to ENW Rowell08, Scammon14 |
| DX 259.000 | ENW 0029544 - 0029544 | 02/20/2001 | EQE International Inc. Invoice No. 82722 to ENW Rowell09, Scammon15 |
| DX 260.000 | ENW 0057825 - 0057825 | 03/07/2001 | Email from David Larkin to Robert Vopalensky, Steve Scammon, and Gregory W. Rowell, re: HI-STORM 100S Change Scammon51 |
| DX 261.000 | ENW 0029648 - 0029649 | 03/21/2001 | U.S DOE Bonneville Power Administration Agreement Scammon23 |
| DX 262.000 | ENW 0063584 - 0063591 | 03/23/2001 | Email from Alan Carlyle to Steve Scammon et al. re: EFSEC Letter - Columbia Dry Cask Storage, Road Realignment Noble42 |
| DX 263.000 | ENW 0052049 - 0052126 | 05/00/2001 | ENW and Ferg Associates, Inc. Contract No. C-31688 ISFSI Procedures and Training Development Support Scammon63 |
| DX 264.000 | ENW 0049972 - 0049978 | 05/15/2001 | ENW Purchase Order 00308970 Scammon12 |
| DX 265.000 | ENW 0030109 - 0030113 | 05/21/2001 | Sargent & Lundy, LLC Invoice No. 10236771 to ENW Rowell11, Scammon17 |

# DEFENDANT'S EXHIBITS TO WHICH PLAINTIFF HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit | Bates Range | Document | Description |
|---|---|---|---|
| DX 266.000 | ENW 0048753 - 0048753 | 05/23/2001 | ENW Material Request 00036824 - Furniture for Carol Marty Scammon45 |
| DX 267.000 | ENW 0052051 - 0052126 | 05/30/2001 | Contract No. C-31688 Columbia Generating Station ISFSI Procedures and Training Development Support Agreement Ferek20, Fuller14, Zimmerman11 |
| DX 268.000 | ENW 0084494 - 0084499 | 06/05/2001 | Email from Carol Marty to Curtis Moore et al. re: Organizational Chart Updates Noble02 |
| DX 269.000 | ENW 0149210 - 0149210 | 06/26/2001 | Email from Steve Scammon to Jerry Wolski re: Budget Scammon75 |
| DX 270.000 | ENW 0101004 - 0101005 | 06/30/2001 | EQE International Inc. Invoice No. 88789 to ENW Hicks17, Rowell10, Scammon16 |
| DX 271.000 | ENW 0048767 - 0048768 | 07/01/2001 | Material Request No. 00036199 - Installation of Video Capture Equipment Noble30, Scammon47 |
| DX 272.000 | ENW 0048770 - 0048770 | 07/01/2001 | Spent Fuel Storage Equipment - Project - Material Request 00031864 Scammon48 |
| DX 273.000 | ENW 0148711 - 0148711 | 07/12/2001 | E-mail from Steve Scammon to James Walker re: Fuel Pool Capacity Scammon58 |
| DX 274.000 | ENW 0086585 - 0086600 | 08/10/2001 | Independent Engineering Assessment Reactor Building Crane Compliance w/ NUREG 0554, Doc. No. PO 2164-R3, by Material Handling Equipment |
| DX 275.000 | ENW 0055562 - 0055563 | 08/17/2001 | Cascade Fire Protection Co. Contract No. 21-56 Scammon27 |
| DX 276.000 | ENW 0031218 - 0031218<br>ENW 0031224 - 0031225 | 08/22/2001 | Underwater Engineering Services Contract No. C31646 ENW NUC- 2001104 Scammon20 |
| DX 277.000 | ENW 0031217 - 0031290 | 08/22/2001 | Invoice from S.G. Pinney for Underwater Work Scammon20 |
| DX 278.000 | ENW 0058190 - 0058191 | 09/05/2001 | Email from David Larkin to Steve Scammon et al. re: Mating Device and Dolly Hold Scammon52 |
| DX 279.000 | ENW 0573044 - 0573045 | 09/27/2001 | Email from Lawrence Noble to Robert Vopalensky re: Cask Pad Enlargement Cost Noble14 |
| DX 280.000 | ENW 0529564 - 0529564 | 10/08/2001 | Email from Steve Scammon to Stephen Buck re: Bond Document Disclosure Scammon80 |
| DX 281.000 | ENW 0055740 - 0055740 | 10/13/2001 | Morrison Construction Services Inc. Invoice # 19588 to ENW Hicks03, Noble23, Scammon19 |
| DX 282.000 | ENW 0459026 - 0459064 | 10/17/2001 | Work Order No. 0102427301 Rowell22 Rowell39 |

# DEFENDANT'S EXHIBITS TO WHICH PLAINTIFF HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit | Bates Range | Document | Description |
|---|---|---|---|
| DX 284.000 | ENW 0031481 - 0031482 | 10/22/2001 | Material Handling Equipment, Inc. Invoice # 2164b to ENW Rowell14, Scammon28, Suing19 |
| DX 286.000 | ENW 2004517 - 2004529 | 10/26/2001 | Letter from Jack Cushing to J.V. Parrish enclosing Amendment and Safety Evaluation re: Columbia Generating Station---Amendment to Revise Final Safety Analysis Report Atkinson22 |
| DX 287.000 | ENW 0459399 - 0459414 | 11/05/2001 | Work Order # 0102656801 Rowell25 |
| DX 288.000 | ENW 0610131 - 0610132 | 11/28/2001 | Email from Gregory Rowell to Lawrence Noble re: Contractor and Backfill Funds for ISFSI Project Noble45 |
| DX 289.000 | ENW 0060152 - 0060152 | 11/30/2001 | Email from F. Raquel to Steve Scammon re: PTL 181465 Scammon53 |
| DX 290.000 | ENW 0459696 - 0459730 | 12/04/2001 | Work Order No. 0102745301 Rowell23 |
| DX 291.000 | ENW 0072115 - 0072117 | 12/04/2001 | Email Chain from Lawrence D. Noble to Douglas C. Thompson, Dennis Kerlee, Steve Scammon, et al. re: QC Support of ISFSI Project Scammon73 |
| DX 292.000 | ENW 0149513 - 0149513 | 01/02/2002 | Email from Steve Scammon to Gary L. Weimer re: PTL 156791 - Update Scammon69 |
| DX 293.000 | ENW 0060213 - 0060213 | 01/29/2002 | Email from Gregory Rowell to Steve Scammon re: Radwaste Disposal Rowell28, Scammon54 |
| DX 294.000 | ENW 0459603 - 0459629 | 01/30/2002 | Work Order No. 0102660201 Rowell24 |
| DX 295.000 | ENW 0032268 - 0032270 | 02/18/2002 | Lampson International LLC Invoice 16858 to ENW Fuller12, Zimmerman07 |
| DX 297.000 | ENW 0115229 - 0115237 | 02/26/2002 | Email from Gregory Rowell to Neil Zimmerman re: Cask Pit Restraint Rowell29 |
| DX 298.000 | ENW 2042301 - 2042309 | 03/25/2002 | Memo from Larry Link to Steve Scammon re: Determination of Fuel Assembly Condition, attaching Supplemental Information Guidance for Fuel Assembly Condition for ISFSI Ferek08 |
| DX 299.000 | ENW 0467285 - 0467297 | 00/00/2002 | ENW Work Order No. 0100297455 Rowell16, Scammon62 |
| DX 300.000 | ENW 0606260 - 0606262 | 04/11/2002 | Email from Sheri Bird to Lawrence Noble et al. re: Funding for Engineering Noble44 |
| DX 301.000 | ENW 0148262 - 0148263 | 04/17/2002 | Email from Steve Scammon to William Kiel re: Draft Position for USDOE Railroad Parrish11 |
| DX 302.000 | ENW 0466283 - 0466313 | 04/18/2002 | Work Order No. 0103430502 PL Rowell40 |

# DEFENDANT'S EXHIBITS TO WHICH PLAINTIFF HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit | Bates Range | Document | Description |
|---|---|---|---|
| DX 303.000 | ENW 0149823 - 0149825 | 04/19/2002 | E-mail string, Subj: PTL 187218 Evaluation; Approving Purchase of Underwater Camera & Controller; Fr:Scammon, To: Richey |
| DX 306.000 | ENW 0069123 - 0069123 | 04/30/2002 | Email from Lisa Ferek to Lawrence Link, cc: Steve Scammon, Subject: ISFSI Feedback on Outage Start Date Move Ferek15, Scammon08 |
| DX 307.000 | ENW 2350756 - 2350761 | 05/06/2002 | ISFSI Roles & Responsibilities Ferek02 |
| DX 309.000 | ENW 0033024 - 0033039 | 05/13/2002 | Tecmer Inc. Letter from Thomas Drake to ENW re: Service Invoice ENW-02-006 Scammon36 |
| DX 310.000 | ENW 0466322 - 0466328 | 06/03/2002 | Work Order No. 0103430504 PL Rowell37 |
| DX 311.000 | ENW 0148178 - 0148178 | 06/10/2002 | Email from Steve Scammon to Douglas Thompson; John Peters et al. re: Bartlett $$ in ISFSI & PRC Projects Scammon76 |
| DX 313.000 | ENW 0052296 - 0052301 | 06/25/2002 | Mid Columbia Engineering Inc. Invoice Contract No. 00311913 Hicks13 |
| DX 314.000 | ENW 0100359 - 0100361 | 06/27/2002 | Email from Steve Scammon to Rodney Webring, Dale Atkinson, Danny Poirier, et al. re: ISFSI Transition Plan Scammon66 |
| DX 316.000 | ENW 0148722 - 0148722 | 07/08/2002 | Email from Scammon to Weers re: Status of Dry Cask Storage |
| DX 317.000 | ENW 0033507 - 0033507 | 07/15/2002 | Invoice issued by Holtec to ENW # 20729 Rowell01; Scammon05 Noble22 |
| DX 319.000 | ENW 0033508 - 0033508 | 07/18/2002 | Holtec International Invoice No. 20734A (revised) to ENW Noble22, Rowell02, Scammon06, |
| DX 321.000 | ENW 0460807 - 0460842 | 07/31/2002 | Work Order No. 0102773901 DC Rowell36 |
| DX 322.000 | ENW 0155443 - 0155514 | 08/01/2002 | ENW Design Safety Assessment, BDC Package 97-0180-4E-750 (reactor building modifications) Rowell18 |
| DX 323.000 | ENW 0067248 - 0067248 | 08/07/2002 | Email from Douglas C. Thompson to Steve Scammon, John Peters, Inge Borland, et al. re: RP Support of ISFSI for July 2002 Scammon74 |
| DX 324.000 | ENW 0461433 - 0461434 | 08/27/2002 | Work Order # 0102888315 DC Safeguards Rowell35 |
| | | | |

# DEFENDANT'S EXHIBITS TO WHICH PLAINTIFF HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit | Bates Range | Document | Description |
|---|---|---|---|
| DX 325.000 | ENW 0529534 - 0529534 | 09/20/2002 | Email from Steve Scammon to Georgia Hammond re: Broadcast Message Entry into the ISFSI Scammon60 |
| DX 326.000 | ENW 0149277 - 0149277 | 09/20/2002 | Email from Steve Scammon to Donald McManman re: Tip of the Hat Scammon68 |
| DX 327.000 | ENW 2350769 - 2350772 | 10/04/2002 | Proposed ISFSI Organization Chart and Outline Ferek04 |
| DX 328.000 | ENW 0062446 - 0062451 | 10/27/2002 | Additional References & Notes for Doc. No. PO 2164-R3, Reactor Building Crane Compliance with NUREG 0554 |
| DX 329.000 | ENW 0062473 - 0062474 | 10/28/2002 | Email from Neil Zimmerman to Steve Scammon re: Future Cask Heat Loads Ferek10, Scammon56 |
| DX 330.000 | ENW 0148259 - 0148259 | 11/01/2002 | Email from Steve Scammon to Joy Russell re: Columbia ISFSI Scammon79 |
| DX 331.000 | ENW 0603405 - 0603408 | 11/19/2002 | Email from Gregory Rowell to Steve Scammon re: Backfill Funds for ISFSI Support for July, August and September Scammon65 |
| DX 332.000 | ENW 0460368 - 0460371 | 12/30/2002 | Work Order No. 0102754501 Rowell21 |
| DX 333.000 | | 00/00/2003 | ENW 2003 Annual Report |
| DX 334.000 | | 00/00/2003 | ENW Columbia Generating Station Independent Spent Fuel Storage Installation Facility Armatrout05 |
| DX 335.000 | ENW 0658217 - 0658222 | 01/00/2003 | Payroll Time Reporting Approval Audit, Internal Audit Report No. 04-S-03 Emmert18 |
| DX 336.000 | ENW 0052442 - 0052507 | 01/23/2003 | ENW Executive Board Review of Nuclear Program Hartman04 |
| DX 337.000 | ENW 0200806 - 0200810 | 02/07/2003 | ISFSI Casks 6 through 10 Loading Campaign Cost Estimate Breakdown Zimmerman03 |
| DX 339.000 | ENW 0572687 - 0572692 | 04/10/2003 | Email from David Larkin to Tanya M. Demyer re: ISFSI Project Manager Application Larkin02 |
| DX 340.000 | | 05/01/2003 | Email from Robert Lewis to E. William Brach; Larry Camper re: Note on Holtec Violation Decision Supko10 |
| DX 341.000 | ENW 0053830 - 0053892 | 05/14/2003 | RW-859, including "Projected Assembly Discharges" |
| | | | |

# DEFENDANT'S EXHIBITS TO WHICH PLAINTIFF HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit | Bates Range | Document | Description |
|---|---|---|---|
| DX 342.000 | ENW 0049520 - 0049521 | 05/29/2003 | Receipt and Application of Moneys for the ENW Columbia Generating Station Electric Revenue Bonds Series 2003-F Bresnahan09 |
| DX 343.000 | ENW 0049153 - 0049191 | 05/29/2003 | Executive Board Resolution No. 1301 - A Supplemental Resolution Providing For the Issuance of $41,330,000 ENW Columbia Generating Station Electric Revenue Bonds, Series 2003-F Bresnahan08, Parrish07 |
| DX 344.000 | ENW 0128857 - 0128857 | 06/09/2003 | Email from Scott Oxenford to John Suing; Rolly Fuller; Kristie Mckune re: Reactor Maintenance Organization Suing08 |
| DX 345.000 | ENW 0128473 - 0128475 | 06/30/2003 | Email from Bernice Kasko to Denise Hall attaching ISFSI Organization Announcement and Reactor Maintenance Organization Chart Ferek05 |
| DX 346.000 | ENW 0458689 - 0458690 | 07/06/2003 | Work Order No. 0102745302 SC Rowell20 |
| DX 347.000 | ENW 0459694 - 0459695 | 07/06/2003 | Work Order No. 01027453 Rowell19 |
| DX 348.000 | ENW 0063832 - 0063841 | 07/20/2003 | Email from Larry Homer to Larkin, Scammon, Ingersol, Pesek Transmitting Root Cause Analysis(RCA) for PER 200-0809 (Final)--Dry Cask Storage Project, Inadequate Budget-- w/ RCA attached Emmert17, Larkin65 |
| DX 349.000 | ENW 0051982 - 0051992 | 07/23/2003 | Spent Fuel Storage System, HERMIT Work Scope Rowell03, Scammon07 |
| DX 350.000 | ENW 0081184 - 0081187 | 08/22/2003 | Email from Rolly Fuller to John Suing re: CGS Cask Loading Campaign Fuller03 |
| DX 353.000 | ENW 0102128 - 0102129 | 10/06/2003 | Email from Neil Zimmerman to Douglas Culver, and Rolly Fuller re: Call Letter for Heavy Equipment & Mobile Cranes Zimmerman04 |
| DX 354.000 | ENW 0581295 - 0581299 | 10/29/2003 | Email from John Suing to David Larkin re: ISFSI Estimate 08 Suing03 |
| DX 355.000 | ENW 0221911 - 0221911 | 10/29/2003 | Email from John Suing to David Larkin re: ISFSI Estimate 07 Suing09 |
| DX 356.000 | ENW 0458666 - 0458668 | 11/01/2003 | Work Order # 0105059801 FX Rowell38 |
| DX 357.000 | ENW 0082155 - 0082155 | 12/08/2003 | Email from Neil Zimmerman to Rolly Fuller et al. re: FY05 Budget Fuller17 |
| DX 358.000 | ENW 0459234 - 0459287 | 12/28/2003 | Work Order # 0102653801, DC, SFP Cask Area Modifications |

# DEFENDANT'S EXHIBITS TO WHICH PLAINTIFF HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit | Bates Range | Document | Description |
|---|---|---|---|
| DX 360.000 | ENW 0052624 - 0052675 | 00/00/2004 | 2004 Annual Report |
| DX 361.000 | ENW 0104095 - 0104095 | 01/06/2004 | Email from Rolly Fuller to Robin Feuerbacher et al. re: Offsite Shipment of Spent Fuel Fuller21 |
| DX 362.000 | ENW 0050031 - 0050033 | 02/06/2004 | ENW Work Release Order No. 3 Issued to Hi-Tech Nuclear Services, Inc. Suing15 |
| DX 363.000 | ENW 0128525 - 0128530 | 02/12/2004 | Email from Rolly Fuller to John Suing re: 10 Cask ISFSI Campaign in 2004, Pre-Established Schedule and Budget Fuller09, Suing04, Zimmerman01 |
| DX 364.000 | ENW 0143922 - 0143922 | 02/20/2004 | Email from John Suing to Rolly Fuller re: ISFSI Number Fuller04, Suing02 |
| DX 365.000 | ENW 0015865 - 0015895 | 03/16/2004 | Day & Zimmermann - NPS - Invoice No. 90674914 to ENW Armatrout10, Hicks06, Scammon26 |
| DX 366.000 | | 04/15/2004 | Preliminary Expert Damages Report of Michael P. Emmert, Volume 1 of 2 Emmert05 |
| DX 367.000 | ENW 0050035 - 0050038 | 04/21/2004 | ENW Work Release Order No. 2 Issued to Hi-Tech Nuclear Services, Inc. Suing16 |
| DX 368.000 | ENW 0102221 - 0102314 | 04/27/2004 | Email from Neil Zimmerman to Kristie Mckune re: Picture Show About ISFSI with attachment re:Columbia Station Dry Spent Fuel Storage Zimmerman02 |
| DX 369.000 | ENW 0102315 - 0102317 | 05/12/2004 | Email from Shawn Jerrow to Rolly Fuller et al. re: ISFSI Campaign Results & Award Recommendations Fuller05 |
| DX 370.000 | ENW 0103222 - 0103224 | 05/15/2004 | Trojan & CGS Cask Loading Comparisons |
| DX 371.000 | ENW 0532251 - 0532265 | 06/03/2004 | Email from John D. Arbuckle to Thomas Albert, et al. re: Quality Audit Report AU-DC-04 (ISFSI) with Attachment of Feedback Survey Sheet for Reports Scammon72 |
| DX 372.000 | ENW 0307608 - 0307616 | 06/17/2004 | Article "Conceptual Discussion - Spent Fuel Transport off the CGS Site" Neil Zimmerman Fuller22, Noble17 |
| DX 373.000 | ENW 0080304 - 0080305 | 07/01/2004 | Email from Gaylon H. Gallup to Gary E. Bartlett, re: Fuel Cask-MPC's Average Cost FY'04 Ferek12 |
| DX 374.000 | ENW 0128540 - 0128543 | 07/12/2004 | Email from Duane Neely to Rolly Fuller re: FY04 ISFSI Costs Fuller07 |
| DX 375.000 | ENW 0466162 - 0466164 | 07/24/2004 | Financial Work Order No 0101723101 UP Noble33, Rowell17, Rowell32 |

# DEFENDANT'S EXHIBITS TO WHICH PLAINTIFF HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit | Bates Range | Document | Description |
|---|---|---|---|
| DX 377.000 | ENW 0272503 - 0272504 | 12/08/2004 | Memo from Rolly Fuller to Executive Authorization Committee re: ISFSI FY06 Campaign Deferral Fuller08 |
| DX 378.000 | ENW 0127039 - 0127045 | 12/27/2004 | Email from Donna E. McCauley to Gregory P. Armatrout, et al. re: Draft EAC Meeting Notes - EAC 3 & 4 with Attachments re: EAC Meeting 3 12/13/04. (Updated Version with Comments from Jim Gaston Incorporated) Scammon71 |
| DX 380.000 | ENW 0466204 - 0466206 | 01/03/2005 | Financial Work Order No. 0106572901 UP Noble35, Rowell33 |
| DX 381.000 | ENW 0466159 - 0466161 | 04/30/2005 | Financial Work Order No. 0101723001 UP Noble32, Larkin56 |
| DX 382.000 | | 08/01/2005 | Kouts' OCRWM Employment History Kouts01 |
| DX 383.000 | | 08/05/2005 | Declaration of David L. Larkin Larkin35 |
| DX 384.000 | ENW 0133000 - 0133006 | 10/27/2005 | Email from Lewis to Hugo, Ferek, Boynton, Schmitz et al. Subj: Spent Fuel Pool Cooling, attaching Fuel Pool Cooling System Presentation Ferek13 |
| DX 385.000 | ENW 0143757 - 0143759 | 11/04/2005 | Email from John Suing to Rolly Fuller re: RX Equipment Pool Cleanup Organization Chart. PPt. Suing06 |
| DX 386.000 | ENW 0128297 - 0128299 | 12/16/2005 | Email from Rolly Fuller to Daniele Carlson et al. re: Reminder- Action: Input in Preparation for Next Monday's (12/19) Bi-Weekly Manager/Supervisor Meeting Suing05 |
| DX 387.000 | | 00/00/2006 | Interest Dollar Amounts for 5/10/02 - 6/30/06 re ENW Columbia Generating Station Independent Spent Fuel Storage Installation Facility (ISFSI) Armatrout01 |
| DX 388.000 | ENW 0133240 - 0133241 | 01/05/2006 | Email from Lisa Ferek to Rolly Fuller re: Action: "Final" ISFSI Budget Ferek03 |
| DX 389.000 | ENW 0038927 - 0038927 | 01/12/2006 | PAR Nuclear Inc. Invoice 90087823 for Refueling Bridge Main Hoist Trouble-shooting Scammon30 |
| DX 390.000 | ENW 2019861 - 2019895 | 02/00/2006 | ENW Columbia Generating Station FY2007 Fuel Management Plan by Lisa L. Ferek Ferek11 |
| DX 391.000 | ENW 0093120 - 0093122 | 03/22/2006 | Email from Rolly Fuller to David Larkin re: Proposed Hi-Storm Design Change Fuller19 |
| DX 392.000 | ENW 0051956 - 0051958 | 06/05/2006 | ENW Work Release Order No. 7 Issued to Hi-Tech Nuclear Services, Inc. Suing17 |
| DX 393.000 | ENW 0077905 - 0077906 | 06/27/2006 | Email from Neil Zimmerman to David Larkin and Rolly Fuller re: Deferral of FHD/SCS Fuller06 |

# DEFENDANT'S EXHIBITS TO WHICH PLAINTIFF HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit | Bates Range | Document | Description |
|---|---|---|---|
| DX 394.000 | ENW 0527512 - 0527517 | 06/28/2006 | Atlas Van Lines Invoice HJ35176001 Billed and Related ENW Payment Documentation Scammon34 |
| DX 395.000 | ENW 0146345 - 0146346 | 06/29/2006 | Email from Neil Zimmerman to Rolly Fuller re: PHC Schedule Fuller10 |
| DX 396.000 | ENW 0050501 - 0050503 | 10/06/2006 | ENW Purchase Order No. 00311586 for $31,500 to Vendor Pius J. Nold Ferek24 |
| DX 397.000 | ENW 0051516 - 0051517 | 10/09/2006 | ENW Purchase Order No. 00310703 to Lampson International LLC Fuller13 |
| DX 398.000 | ENW 0051539 - 0051540 | 10/09/2006 | ENW Purchase Order 00309041 to Matec Inc. Armatrout11, Scammon32, |
| DX 399.000 | ENW 0051524 - 0051525 | 10/09/2006 | ENW Purchase Order 00309165 Scammon18 |
| DX 400.000 | ENW 0051559 - 0051563 | 10/09/2006 | ENW Purchase Order 00307792 to M & D Professional Services Rowell05, Suing11 |
| DX 401.000 | ENW 0051718 - 0051720 | 10/09/2006 | ENW Purchase Order # 00307741 to S.G. Penney for Underwater Work. Scammon21 |
| DX 402.000 | ENW 0051574 - 0051576 | 10/09/2006 | ENW Purchase Order No. 00309862 Rowell06 |
| DX 403.000 | | 11/16/2006 | Spent Nuclear Fuel Damages Claim- Summary of Costs Incurred by Expense Class Emmert07 |
| DX 407.000 | ENW-ERB 000022 - 000024 | 04/05/2007 | Letter to Eric Bush Memorializing Terms and Conditions of Jenner & Block LLP's Agreement to Employ Enercon Services, Inc. Bush02 |
| DX 408.000 | ENW-ERB 000015 - 000015 | 05/10/2007 | Email from Eric Bush to Christopher Tompkins re: CGS Rack Documentation Bush07 |
| DX 409.000 | ENW-ERB 000078 - 000080 | 05/16/2007 | Invoice No. 73678 for Litigation Support in the Amount of $2,600 Bush03 |
| DX 410.000 | ENW-MPE 0010429 - 0010430 | 05/22/2007 | Facsimile with Attached Letter from Michael Emmert to Norman Hirsch re: Subcontracting Directly with MFC Emmert10 |
| DX 411.000 | | 06/27/2007 | Exhibit D - Dry Cask Implementation - Fiscal Years 2000 - 2007 (Partial Year through 8/31/06) Scammon61 |
| DX 412.000 | ENW-ERB 000091 - 000098 | 09/05/2007 | Bureau of Labor Statistics Data re: Employment Cost Index Bush05 |

# DEFENDANT'S EXHIBITS TO WHICH PLAINTIFF HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit | Bates Range | Document | Description |
|---|---|---|---|
| DX 416.000 | ENW-MPE 0010448 - 0010454 | 10/25/2007 | Email from Norman Hirsch to David Jimenez-Ekman, Christopher Tompkins and Francisco Cano attaching Completed Mesirow Engagement Letter Emmert11 |
| DX 422.000 | | Undated | NRC Fact Sheet: Reactor License Renewal |
| DX 425.000 | ENW 0055742 - 0055747 | Undated | Senior Management Timeline (1992-2005) Atkinson03 |
| DX 427.000 | | Undated | 3000, 2010, LE, 1818 Rerack.xls Emmert16 |
| DX 428.000 | ENW 0106138 - 0106156 | Undated | Columbia Generating Station ISFSI - The Second Campaign, Power Point Presentation by David Larkin |
| DX 429.000 | ENW 0085718 - 0085730 | Undated | BDC 97-0180-3D, Design Scope Summary--Work in Support of ISFSI Construction |
| DX 432.000 | ENW 2322252 - 2322257 | Undated | ENW Design Safety Assessment Report Summary Noble15 |
| DX 433.000 | ENW 0546679 - 0546680 | Undated | Resume of Lawrence Noble Noble01 |
| DX 434.000 | ENW 2358085 - 2358137 | Undated | Holtec International Spreadsheet by David Larkin |
| DX 435.000 | ENW 0069019 - 0069023 | Undated | Letter from D.K. Atkinson to U.S. Nuclear Regulatory Commission re: Columbia Generating Station Operating License Atkinson21 |
| DX 436.000 | ENW 2000697 - 2000706 | Undated | Slide Presentation of Columbia Generating Station - ISFSI - SL Scammon Scammon70 |
| DX 438.000 | ENW 2350762 - 2350764 | Undated | Draft of the Roles and Responsibilities Different Organizations Around Plant to Fill to Support Continued ISFSI Efforts, Titled ISFSI Roles & Responsibilities, for Rx/Fuels Engineering and O&M Services Ferek01 |
| DX 439.000 | ENW 2350766 - 2350768 | Undated | My Humble Opinions (or What is Required for Success) Ferek06 |
| DX 440.000 | ENW 2042231 - 2042239 | Undated | Guidance for Determining Fuel Assembly Condition for ISFSI Ferek07 |
| DX 441.000 | ENW 0051988 - 0051992 | Undated | Contract Modification--Holtec Earthquake Response Mitigator Work Scope Ferek14, Rowell03, Scammon07 |
| DX 442.000 | ENW 0054297 - 0054297 | Undated | ENW Corporate Allocation Percentages by Year and Allocation Pool (2000-2007) Hicks07 |
| | | | |

# DEFENDANT'S EXHIBITS TO WHICH PLAINTIFF HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit | Bates Range | Document | Description |
|---|---|---|---|
| DX 444.000 | ENW 2382137 - 2382140 | Undated | Record of Presentations (Private) Larkin18 |
| DX 448.000 | ENW 0284523 - 0284523<br>ENW 0087882 - 0087882 | Undated | Cutting Methods for Cask Pit Component Removal--Work Scope, Background, and Course of Action, attaching Photo of Machine Rowell30 |
| DX 450.000 | ENW-ERB 000009 - 000010 | Undated | List of Confidential Information Requested by Eric Bush - C/M# 43735-10008 Bush08 |
| DX 451.000 | ENW 0049198 - 0049265 | Undated | Official Statement, ENW, Columbia Generating Station Electric Revenue Bonds, Series 2003-F Bresnahan06 |
| DX 453.000 | ENW-MPE 1000009 - 1000009 | Undated | Emmert Electronic Backup file "Per Cask Cost Analysis.xls" |
| DX 454.000 | ENW-MPE 1000006 - 1000006 | Undated | Emmert Electronic Backup File "Loading Casks Analysis.xls" |
| DX 455.000 | ENW-MPE 1000003 - 1000003 | Undated | Emmert electronic backup file "Fuel Management.xls" |
| DX 466.000 | ENW 2382877 - 2382878 | Undated | Draft Letter from Dale Atkinson to Senior Management re: Apology for Message left after CEO's Staff Meeting Atkinson17 |
| DX 471.000 | | Undated | Child Project Cost Summary Hicks02 |
| DX 473.000 | | Undated | AREVA website: http://www.transnuclear.com/nuhoms-os197.hmtl |
| DX 481.000 | ENW-MPE 1000115 - 1000131 | Undated | Emmert electronic backup files accompanying his rebuttal declaration |
| DX 483.000 | ENW 0658566 - 0658568 | 01/03/1997 | Payroll Time Reporting Approval Audit, Administrative Procedures Manual, Premium & Overtime Pay - Nonbargaining Employees |
| DX 484.000 | ENW 0658582 - 0658583 | 06/17/1999 | Payroll Time Reporting Approval Audit, Administrative Procedures Manual, Time Reporting |
| DX 485.000 | ENW 0658577 - 0658581 | 11/08/1999 | Payroll Time Reporting Approval Audit, Administrative Procedures Manual, Holidays |

# DEFENDANT'S EXHIBITS TO WHICH PLAINTIFF HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit | Bates Range | Document | Description |
|---|---|---|---|
| DX 486.000 | ENW 0658550 - 0658559 | 11/02/2000 | Payroll Time Reporting Approval Audit, Administrative Procedures Manual, Work Schedules (Including Adverse Conditions) |
| DX 487.000 | ENW 0658539 - 0658549 | 02/07/2001 | Payroll Time Reporting Approval Audit, Administrative Manual, Work Schedules (Including Adverse Conditions) |
| DX 488.000 | ENW 0658526 - 0658538 | 03/05/2001 | Payroll Time Reporting Approval Audit, Administrative Procedures Manual, Work Schedules (Including Adverse Conditions) |
| DX 489.000 | ENW 0658604 - 0658605 | 04/11/2001 | E-mail from Shirley Benzel, ENW, to All Employees re: Overtime Policy Changes |
| DX 490.000 | ENW 0658560 - 0658562 | 06/11/2001 | Payroll Time Reporting Approval Audit, Administrative Procedures Manual, Offsite Assignments and Incentives |
| DX 491.000 | ENW 0658569 - 0658572 | 06/25/2001 | Administrative Procedures Manual, Premium and Overtime Pay - Nonbargaining Employees |
| DX 492.000 | ENW 0658563 - 0658565 | 09/21/2001 | Administrative Procedures Manual, Offsite Assignments and Incentives |
| DX 493.000 | ENW 0658497 - 0658498 | 01/30/2003 | ENW Memo from Johnathan Hicks, Internal Auditor, to Audit File, re: Audit Planning Memo, Audit No. 4-S-03, January 2003 |
| DX 494.000 | ENW 0658499 - 0658499 | 02/04/2003 | ENW Memo from Johnathan Hicks, Internal Auditor, re: Entrance Conference Memo |
| DX 495.000 | ENW 0658573 - 0658576 | 02/20/2003 | Administrative Procedures Manual, Premium and Overtime Pay - Nonbargaining Employess |
| DX 496.000 | ENW 0658586 - 0658595 | 02/25/2003 | ENW, Columbia Generating Station Plant Procedures Manual, Administrative Procedures, Conduct of Operations, Excessive Hours Worked Control |
| DX 497.000 | ENW 0658584 - 0658585 | 03/18/2003 | ENW Administrative Procedures Manual, Time Reporting, |
| DX 498.000 | ENW 0658711 - 0658712 | 04/07/1983 | E-mail exchange between Johnathan Hicks and Paul Taylor re: Internal Audit of Payroll Approval Procedures |
| DX 499.000 | ENW 0658713 - 0658716 | 04/09/2003 | E-mail exchanges between Johnathan Hicks and Donald Merhar, John Dabney, William Estes, and Peter Voordepoorte re: Internal Audit of Payroll Approval Procedures |
| | | | |

# DEFENDANT'S EXHIBITS TO WHICH PLAINTIFF HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit | Bates Range | Document | Description |
|---|---|---|---|
| DX 500.000 | ENW 0658606 - 0658607 | 04/14/2003 | E-mail exchange between Lynne Pagel, Amy Anderson, Donald Feldman, Ben Sturges, and Johnathan Hicks re: Operations exempt overtime and Notes of Conversation with Pagel |
| DX 501.000 | ENW 0658601 - 0658603 | 04/14/2003 | E-mail from Ben Sturges to Johnathan Hicks and Lynn Pagel forwarding 2001 e-mails re: Exempt Overtime Policy |
| DX 502.000 | ENW 0658599 - 0658600 | 04/15/2003 | E-mail exchange between Lynne Pagel, Ben Sturges, Johnathan Hicks, et al., re: Holiday and Overtime Questions |
| DX 503.000 | ENW 0658597 - 0658598 | 04/15/2003 | E-mail exchange between Donald Feldman and Johnathan Hicks re: Question on Exempt Overtime for Shift Support Supervisor, Control Room Supervisor, and Shift Manager Positions |
| DX 504.000 | ENW 0658501 - 0658505 | 05/08/2003 | Special Requested Payroll Audit, 4-S-03, January 2003, Significant Audit Findings |
| DX 505.000 | ENW 0658500 - 0658500 | 05/19/2003 | E-mail from Johnathan Hicks to Albert Mouncer, cc: Debora Nicholls and Gregory Armatrout, re: Follow-up from Exit Conference |
| DX 506.000 | ENW 0658506 - 0658515 | 07/08/2003 | ENW Draft Payroll Time Reporting Approval Audit, Internal Audit Report No. 04-S-03 |
| DX 507.000 | ENW 0658516 - 0658525 | 07/10/2003 | ENW Payroll Time Reporting Approval Audit, Internal Audit Report No. 04-S-03, signed by J.E. Hicks |
| DX 508.000 | ENW 2379747-2379766 | Undated | Independent Spent Fuel Storage Installation - Project Planning |
| DX 509.000 | ENW 0526850-0526888 | 00/00/1995 | WPPSS Annual Report 1995 |
| DX 510.000 | ENW 0526889-0526927 | 00/00/1996 | WPPSS Annual Report 1996 |
| DX 511.000 | ENW 0526928-0526962 | 00/00/1997 | WPPSS Annual Report 1997 |
| DX 512.000 | ENW 0526963-0527001 | 00/00/1999 | WPPSS Annual Report 1998 |
| DX 513.000 | ENW 0527002-0527040 | 00/00/1999 | WPPSS Annual Report 1999 |
| DX 515.000 | ENW 0086785-0086785 | 03/05/1996 | E-mail from D. Larkin to Alan Abrams, et al., cc: J. Swailes re: Spent Fuel Storage Meeting |
| DX 516.000 | ENW 0129892-0129892 | 04/17/1996 | E-mail from D. Larkin to Alan Abrams, et al., cc: J. Swailes re: Bonus Source Selection Panel Meeting |

# DEFENDANT'S EXHIBITS TO WHICH PLAINTIFF HAS NOT OBJECTED

Energy Northwest v. The United States
No. 04-10C
Chief Judge Damich

| Exhibit | Bates Range | Document | Description |
|---|---|---|---|
| DX 517.000 | ENW 0130092-0130092 | 08/26/1996 | E-mail from D. Larkin to Alan Abrams, et al., cc: J. Swailes re: Spent Fuel Storage Procurement |
| DX 518.000 | ENW 0130891-0130891 | 11/04/1996 | E-mail from D. Larkin to J. Swailes, et al., re: USA Spent Fuel Storage Initiative |
| DX 519.000 | ENW 0129268-0129268 | 11/09/1996 | E-mail from R. Webring to J. Swailes, et al., re: USA Spent Fuel Storage Initiative |
| DX 521.000 | ENW 0533356-0533358 | 01/07/1997 | E-mail from D. Larkin to J. Swailes, et al., re: enclosed Action Memo 712 - Spent Fuel Storage |
| DX 522.000 | ENW 0573987-0573989 | 01/08/1997 | E-mail from D. Larkin to B. Cadwell re: enclosed Action memo 712 - Spent Fuel Storage |
| DX 524.000 | ENW 0129542-0129543 | 03/21/1997 | E-mail exchange between J. Swailes, D. Larkin, et al., re: Spent Fuel Cask Procurement |