**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**FIRST AMENDED JOINT EXHIBIT LIST**

Pursuant to the Court's April 21, 2008 Trial Preparation Order, plaintiff Energy Northwest and defendant the United States hereby submit their First Amended Joint Exhibit List (attached as Exhibit 1) for the trial scheduled to commence on October 20, 2008. This list is composed of exhibits that appear on both parties' exhibit lists. The parties have identified these exhibits and determined which version of these duplicative exhibits they will use at trial.

By submitting this First Amended Joint Exhibit List, the Government does not waive its understanding that admission of each document requires the use with, and admission through, an appropriate witness at trial. EN disagrees with the Government on this point because, among other reasons: (1) EN has designated prior testimony that provides a foundation for certain exhibits, and (2) some public records also may be self-authenticating under Federal Rule of Evidence 902.

Dated: August 1, 2008

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

COUNSEL FOR PLAINTIFF

Of counsel:

David A. Handzo
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001-4412
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
April A. Otterberg
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
(202) 616-0347 telephone
(202) 307-2503 facsimile

COUNSEL FOR DEFENDANT

Of Counsel:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SONIA ORFIELD
Trial Attorneys
Department of Justice
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August 2008, a copy of the foregoing *First Amended Joint Exhibit List* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch