IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-0010C |
| v. | ) | Chief Judge Damich |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SUPPLEMENT TO DEFENDANT'S MOTION TO STRIKE ENERGY NORTHWEST'S DESIGNATION OF DEPOSITION AND PRIOR TRIAL TESTIMONY

Pursuant to the Court's order dated July 31, 2008, defendant, the United States, files this supplemental brief in support of its motion to strike Energy Northwest's designation of deposition and prior trial testimony, filed on June 19, 2008.

Subsequent to our filing our motion to strike plaintiff's designations, plaintiff filed its supplemental motion on July 3, 2008, requesting that the Court admit as designations excerpts from recent deposition testimony of Christopher Kouts. In response, we respectfully incorporate by reference plaintiff's supplemental motion into the arguments that we made in our June 19, 2008 motion and in our July 25, 2008 reply brief. As the Court is aware, Mr. Kouts is expected to testify at trial in this case, rendering these designations duplicative and unnecessary. For the reasons set forth in our June 19, and July 25, 2008 briefs, these newly identified designations should be excluded.

As we noted in our reply brief, in the event that the Court denies our motion to strike, we request at least 30 days from that denial to file objections and counter-designations to plaintiff's designations. The effort to respond to the more than 3,300 pages of designations and identify

appropriate counter-designations will be extremely time-consuming and will plainly detract us from other trial preparation activities.

For the foregoing reasons, defendant applies, as though set forth fully herein, the arguments and assertions contained in the Government's motion to strike to the supplemental designations of Christopher Kouts submitted by plaintiff on July 3, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT R. DAMELIN
SONIA M. ORFIELD
Trial Attorneys
Department of Justice
Washington, D.C. 20530

August 1, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 1, 2008, a copy of the foregoing "DEFENDANT'S SUPPLEMENT TO DEFENDANT'S MOTION TO STRIKE ENERGY NORTHWEST'S DESIGNATION OF DEPOSITION AND PRIOR TRIAL TESTIMONY was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder