IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-10C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant defendant an enlargement of time to file its memorandum of fact and law. The Government's memorandum is currently due on August 15, 2008. This is the defendant's first request for an enlargement of time for this purpose. Counsel for Energy Northwest, Norman Hirsch, has indicated that Energy Northwest does not oppose this request.

As the Court knows, the United States Court of Appeals for the Federal Circuit issued opinions in three pending spent nuclear fuel cases on August 7, 2008.[1] Although, the Government is still reviewing those decisions, it is clear that they will have some effect on this case. The potential effect of those decisions will be the subject of a status conference scheduled by the Court to be held on Monday, August 18, 2008. The Government suggests that among the topics to be discussed during the status conference is a new date for the submission of the Government's memorandum of fact and law, in light of additional work that may be necessary in

[1] The Federal Circuit decided the appeals of the following spent nuclear fuel cases: Pacific Gas & Elec. v. United States, No. 2007-5046 (Fed. Cir. Aug. 7. 2008); Yankee Atomic Elec. Co. v. United States, No. 2007-5025, 5031 (Fed. Cir. Aug. 7. 2008); Sacramento Mun. Util. Dist. v. United States, No. 2007-5052, 5097 (Fed. Cir. Aug. 7. 2008).

light of the decisions of the Federal Circuit.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time, the exact length to be determined at the status conference on August 18, 2008, within which to file its memorandum of law and facts.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SONIA ORFIELD
Trial Attorneys
Department of Justice
Washington, D.C. 20530

August 11, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 11, 2008 a copy of the foregoing “DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder