# In the United States Court of Federal Claims

No. 04-010 C
(Filed: August 12, 2008)

*************************************

**ENERGY NORTHWEST,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

*************************************

## ORDER

Pursuant to the Trial Preparation Order of April 21, 2008, Plaintiff, Energy Northwest, filed a Notice of Designation of Deposition and Prior Trial Testimony or, in the Alternative, Motion for Leave to Admit Prior Testimony into Evidence ("Motion for Leave to Admit") on May 30, 2008. On June 19, 2008, Defendant, the United States ("the Government"), filed a Motion to Strike Energy Northwest's Notice of Designation of Deposition and Prior Trial Testimony and, in the Alternative, Motion *in Limine* to Preclude Reliance Upon Those Designations as Substantive Evidence Pursuant to RCFC 32(a) and Federal Rule of Evidence 801(d)(2). Energy Northwest filed its response on July 9, 2008, and the Government filed its reply on July 25, 2008.

On August 7, 2008, the United States Court of Appeals for the Federal Circuit issued opinions in three spent nuclear fuel (SNF) cases: *Pacific Gas and Electric Company v. United States*, No. 2007-5046, 2008 U.S. App LEXIS 16637 (Fed. Cir. Aug. 7, 2008), *Yankee Atomic Electric Company v. United States*, No. 2007-5052, 2008 U.S. App LEXIS 16639 (Fed. Cir. Aug. 7, 2008), and *Sacramento Municipal Utility District v. United States*, No. 2007-5052, 2008 U.S. App LEXIS 16937 (Fed. Cir. Aug. 7, 2008). A status conference is currently scheduled in this matter for August 18, 2008, to discuss the recent SNF decisions and any impact on the trial scheduled to begin on October 20, 2008. Based on the SNF decisions issued by the Federal Circuit, Energy Northwest's designated deposition and prior trial testimony may not be necessary.

Additionally, Energy Northwest filed the Motion for Leave to Admit as required by Paragraph 2(c)(i)(3) of the Trial Preparation Order of April 21, 2008. The Government was then required to file "[a]ny objections, including the grounds therefor, to the opposing party's motions regarding deposition testimony and any proposed cross-designation of transcript pages" by June

30, 2008. Contrary to the Trial Preparation Order, the Government filed the instant motion to strike. The Government should have filed a response to Energy Northwest's Motion for Leave to Admit or filed its objections as required by the Trial Preparation Order of April 21, 2008.

For the reasons set forth above, Defendant's Motion to Strike Energy Northwest's Notice of Designation of Deposition and Prior Trial Testimony and, in the Alternative, Motion *in Limine* to Preclude Reliance Upon Those Designations as Substantive Evidence Pursuant to RCFC 32(a) and Federal Rule of Evidence 801(d)(2) is DENIED. The parties should be prepared to discuss the need for the designated deposition and prior trial testimony at the status conference on August 18, 2008.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge