# In the United States Court of Federal Claims

No. 04-10 C
(Filed: August 20, 2008)

****************************************

**ENERGY NORTHWEST,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

****************************************

**ORDER**

On Monday, August 18, 2008, the Court held a status conference regarding the recent decisions from the United States Court of Appeals for the Federal Circuit in three spent nuclear fuel cases and the impact on the trial in this matter. In consideration of the Federal Circuit's decisions and the parties' agreed upon deadlines, the Court vacates the previous deadlines, and ORDERS the following revisions to the pretrial and trial schedule:

| | |
|---|---|
| August 29, 2008 | The parties shall file responses to objections to the opposing party's proposed trial exhibits; |
| August 29, 2008 | Energy Northwest shall file its revised designations of deposition and trial testimony; |
| September 5, 2008 | Energy Northwest shall file its supplemental expert reports; |
| September 17, 2008 | A telephonic status conference shall be held at 10:00 A.M.; |
| September 26, 2008 | The Government shall file its objections to Energy Northwest's revised designations of deposition and trial testimony; and |
| February 2, 2009 | Trial shall begin in Washington, D.C. for 15 days. |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge