IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-10C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSES TO PLAINTIFF'S
OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS

Pursuant to the Court's order filed on August 20, 2008, defendant, the United States, responds to the objections to its trial exhibits that plaintiff, Energy Northwest, filed on July 25, 2008. By responding the Energy Northwest's objections, the Government does not waive and hereby reserves any and all other available and applicable responses and/or offers of proof to additional objections subsequently asserted by plaintiff to the Government's trial exhibits.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder

SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
SONIA ORFIELD
JOSEPH ASHMAN
JEREMIAH LUONGO
LISA DONAHUE
Trial Attorneys
Department of Justice
Washington, D.C. 20530

August 29, 2008

Attorneys for Defendant