CERTIFICATE OF FILING

I hereby certify that on August 29, 2008, a copy of the foregoing "DEFENDANT'S RESPONSES TO PLAINTIFF'S OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeremiah Luongo