# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0001 | ENW0182216, COF0230741 | ENW0182278, COF0230802 | Letter from T. Keefe, DOE Contracting Officer, to R. Lewis, WPPSS, re: Contract No. DE-CR01-83NE44424 for the Disposal of Spent Nuclear Fuel and/or High-level Radioactive Waste attaching executed contract. | 06/13/1983 | **No objection** -- The exhibit is JX01. | |
| | 0002 | ARC0010001 | ARC0010055 | Administrative Record-Standard Contract: Public Hearing on the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | 03/03/1983 | **FRE 401/402**: The exhibit is irrelevant because it contains comments provided by nuclear utilities or companies that are not parties to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it contains comments provided by nuclear utilities or companies that are not parties to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Ancient Document |
| | 0002.01 | ARC0010056 | ARC0010070 | Federal Register Notice Part IV, re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | 02/04/1983 | **No objection.** | |
| | 0002.02 | ARC0010071 | ARC0010090 | Federal Register Notice Part II, Re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | 04/18/1983 | **No objection.** | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.03 | ARC0010091 | ARC0010101 | Response to request for comments on Standard Contract for Disposal of SNF and/or HLW | 02/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it merely identifies utilities, which do not include EN, that provided comments on the draft Standard Contract but are not parties to this action, and does not contain any such comments. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Not Offered for the Truth of the Matter Asserted; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.04 | ARC0010102 | ARC0010120 | Letter from Hunton & Williams to NWPA-Project Office, DOE | 02/08/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be.** | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Not Offered for the Truth of the Matter Asserted; Business Record; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.05 | ARC0010121 | ARC0010125 | Letter from Southern California Edison Company to NWPA-Project Office, re: Contract for Disposal of SNF and/or High-Level Radioactive Waste | 02/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.06 | ARC0010126 | ARC0010136 | Letter from H.B. Tucker, Duke Power Company, to NWPA-Project Office, re: Contract for Disposal of SNF and/or High-Level Radioactive Waste - Preliminary Comments | 02/08/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.07 | ARC0010137 | ARC0010137 | Letter from the Virginia State Corporation Commission Division of Energy Regulation to NWPA - Project Office, re: Standard Contract: Proposed Rulemaking | 02/17/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a state governmental agency that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a state governmental agency that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.08 | ARC0010138 | ARC0010140 | Letter from San Diego Gas & Electric to NWPA-Project Office, re: Request for Comments on Standard Contract - Federal Register Notice | 02/24/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.09 | ARC0010141 | ARC0010148 | Statement before the Public Hearing on DOE's Draft | 03/03/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |
| | 0002.10 | ARC0010149 | ARC0010156 | Statement of E. Linn Draper, Jr., Senior Vice President- External Affairs Gulf States Utilities Company on Behalf of the EEI, the UNWMG | Undated | **No objection.** | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.11 | ARC0010157 | ARC0010163 | Public Hearing Comments from Dr. William M. Jacobi, General Manager, Nuclear Fuel Division, Westinghouse Electric Corporation | 03/03/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a company that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a company that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.12 | ARC0010164 | ARC0010168 | Letter from D. H. Peterson, Northern States Power Company, to NWPA-Project Office, re: Comments on the Draft Waste Disposal Contract | 03/03/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.13 | ARC0010169 | ARC0010175 | Omaha Public Power District's Comments Concerning Draft Standard Contract for the Disposal of SNF | Undated | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.14 | ARC0010176 | ARC0010187 | Letter from the Cincinnati Gas & Electric Company, re: Notice of Proposed Rulemaking on Standard Contract for Disposal of SNF to NWPA-Project Office | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.15 | ARC0010188 | ARC0010206 | Comments by Consumers Power Company on Contract for Disposal of SNF | Undated | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.16 | ARC0010207 | ARC0010211 | Letter from H.L. Brey, Public Service Company of Colorado to NWPA-Project Office, re: Proposed Standard Contract for Disposal of SNF | 03/03/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.17 | ARC0010212 | ARC0010224 | Comments from the Cleveland Electric Illuminating Company, re: Contract for Disposal of SNF and/or High-Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.18 | ARC0010225 | ARC0010235 | Comments from the Gulf States Utility, re: Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste | Undated | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.19 | ARC0010236 | ARC0010239 | Comments by Wisconsin Public Service Corporation; Contract for the Disposal of SNF and/or High-Level Radioactive Waste | 03/03/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.20 | ARC0010240 | ARC0010241 | Letter from the Iowa Department of Transportation to NWPA-Project Office, re: Proposed DOE Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a state governmental agency that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a state governmental agency that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.21 | ARC0010242 | ARC0010245 | Letter from the Public Service of New Hampshire to NWPA-Project Office, re: Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns the Public Service of New Hampshire, which is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns the Public Service of New Hampshire, which is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.22 | ARC0010246 | ARC0010249 | Letter from GPU Services to NWPA-Project Office, re: Contract for Disposal of SNF and/or High-Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.23 | ARC0010250 | ARC0010254 | Letter from Yankee Atomic Electric Company, A.R. Soucy to NWPA-Project Office, re: Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.24 | ARC0010255 | ARC0010259 | Letter from Public Service Electric & Gas Co, Fryling, to NWPA-Project Office, re: Nuclear Waste Policy Act of 1982 Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste Notice of Proposed Rulemaking 10 CFR Part 961 48 F.R. No. 25 | 03/03/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.25 | ARC0010260 | ARC0010262 | Letter from the Long Island Lighting Company, W.J. Tunney, to NWPA-Project Office, re: Contract for Disposal of SNF and/or High-Level Radioactive Waste | 03/03/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a company that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a company that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.26 | ARC0010263 | ARC0010268 | Letter from Northeast Utilities, B.W. Erk, to NWPA-Project Office, re: Contract for Disposal of SNF and/or High-Level Radioactive Waste | 03/03/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns specific nuclear utilities that are not parties this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns specific nuclear utilities that are not parties to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.27 | ARC0010269 | ARC0010273 | Letter from Southern Company Services, Inc., Ruble A. Thomas, to Robert Morgan, NWPA-Project Office, re: Contract for Disposal of SNF and/or High-Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |
| | 0002.28 | ARC0010274 | ARC0010282 | Letter from Alabama Power, F.L. Clayton, to Robert Morgan, NWPA-Project Office, re: Contract for Disposal of SNF and/or High-Level Radioactive Waste | 03/04/1983 | **FRE 106**: The exhibit is missing its final page, which should, in fairness, be considered contemporaneously with this document. | Defendant Understands that the Copy of DX0002.28 Provided to Plaintiff Is a Complete Copy of the Document. |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.29 | ARC0010283 | ARC0010290 | Standard Contract Administrative Record Final Comments from Duke Power Company; Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste | 03/03/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.30 | ARC0010291 | ARC0010298 | Letter from Kansas Gas and Electric Company to NWPA-Project Office, re: Contract for Disposal of SNF and/or High-Level Radioactive Waste | 03/01/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.31 | ARC0010299 | ARC0010301 | Letter from Iowa Electric Light and Power Company to NWPA-Project Office, re: Comments on the Proposed DOE Waste Disposal Services Contract J-70 | 03/03/1983 | **FRE 401/402:** The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.32 | ARC0010302 | ARC0010315 | Letter from the Mississippi Power and Light Company to NWPA-Project, re: Grand Gulf Nuclear Station Units 1 & 2 File: 0321/15162/N155.0/L860.0 Comments, re: Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste; Notice of Proposed Rule | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.33 | ARC0010316 | ARC0010324 | Letter from Portland General Electric Company, J.T. Owens to NWPA- Project Office, re: Comments and Recommendation Concerning DOE's Draft Contract for Disposal of SNF and/or High-Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |
| | 0002.34 | ARC0010325 | ARC0010412 | Letter from EEI to Robert Morgan, NWPA-Project Office, re: Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste | 03/07/1983 | **No objection.** | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.35 | ARC0010413 | ARC0010413 | Letter from Atlantic Electric to NWPA-Project Office, re: Nuclear Waste Policy Act of 1982 Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste Notice of Proposed Rulemaking | 03/02/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.36 | ARC0010414 | ARC0010415 | Letter from Detroit Edison to NWPA-Project Office, re: comments on Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste | 03/03/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.37 | ARC0010416 | ARC0010416 | Letter from the State of Iowa, Dept. of Public Defense-Disaster Services to NWPA-Project Office, re: Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste | 03/02/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a state governmental agency that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a state governmental agency that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.38 | ARC0010417 | ARC0010417 | Letter from Robert Alexander to the NWPA-Project Office, re: Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste | 03/02/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns comments from a member of the public who is neither a party nor a witness in this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns comments from a member of the public who is neither a party nor a witness in this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.39 | ARC0010418 | ARC0010420 | Letter from American Electric Power to NWPA Project Office, re: 10 C.F.R. PART 961, Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste | 03/07/1983 | **FRE 401/402:** The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.40 | ARC0010421 | ARC0010422 | Letter from Nuclear Energy Information Service, Energy Analyst, to NWPA Project Office, re: Corrections to Testimony given Concerning Recommended Sites for High-Level Nuclear Waste Repositories | 03/05/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns comments from a member of the public who is neither a party nor a witness in this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns comments from a member of the public who is neither a party nor a witness in this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.41 | ARC0010423 | ARC0010435 | Letter from Penberthy, Electomelt International, Inc., L. Penberthy to NWPA-Project Office, re: Hearing for Public Comment on Utility Contracts, March 3, 1983 | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns comments from company that is not a party to this action about issues unrelated to the Standard Contract, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns comments from a company that is not a party to this action about issues unrelated to the Standard Contract, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.42 | ARC0010436 | ARC0010437 | Letter from Larry Caldwell to NWPA Project Office, re: Comments on Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste-Federal Register, Vol. 48, Proposed Rule | 03/05/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns comments from a member of the public who is neither a party nor a witness in this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns comments from a member of the public who is neither a party nor a witness in this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.43 | ARC0010438 | ARC0010441 | Letter from Florida Power and Light Company, re: Standard Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.44 | ARC0010442 | ARC0010443 | Letter from Arkansas Power & Light Company, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.45 | ARC0010444 | ARC0010445 | Letter from Nebraska Public Power District to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.46 | ARC0010446 | ARC0010446 | Letter from Department of Justice to NWPA-Project Office, re: Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns comments from the U.S. Department of Justice on contractual indemnification provisions not at issue in this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns comments from the U.S. Department of Justice on contractual indemnification provisions not at issue in this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.47 | ARC0010447 | ARC0010448 | Letter from Nebraska Public Power District to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.48 | ARC0010449 | ARC0010451 | Letter from Pennsylvania Power & Light Company to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.49 | ARC0010452 | ARC0010455 | Letter from Duquesne Light to NWPA-Project Office re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.50 | ARC0010456 | ARC0010457 | Letter from Toledo Edison to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.51 | ARC0010458 | ARC0010464 | Letter from Commonwealth Edison to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.52 | ARC0010465 | ARC0010467 | Letter from the Environmental Policy Institute, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a non-profit entity that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a non-profit entity that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.53 | ARC0010468 | ARC0010472 | Letter from Westinghouse Electric Corporation to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns comments from a company that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns comments from a company that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.54 | ARC0010473 | ARC0010473 | Letter from Atlantic Electric to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/02/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.55 | ARC0010474 | ARC0010476 | Responsive Comments from the AIF Committee on the Nuclear Waste Fund, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | Undated | **FRE 401/402**: The exhibit is irrelevant because it concerns an entity that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns an entity that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.56 | ARC0010477 | ARC0010483 | Letter from the American Electric Power Service Corporation, to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.57 | ARC0010484 | ARC0010487 | Letter from the Philadelphia Electric Company to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/03/1983 | **FRE 401/402:** The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.58 | ARC0010488 | ARC0010490 | Letter from Carolina Power and Light Company to NWPA-Project Office, re: Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/03/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.59 | ARC0010491 | ARC0010492 | Letter from Friends of the Earth to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns an entity that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns an entity that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.60 | ARC0010493 | ARC0010524 | Comments by Pacific Gas and Electric Company; Contract for the Disposal of SNF and/or High Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.61 | ARC0010525 | ARC0010526 | Letter from Mary Metcalf to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/02/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns comments from a member of the public who is neither a party nor a witness in this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns comments from a member of the public who is neither a party nor a witness in this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.62 | ARC0010527 | ARC0010532 | Letter from LeBoeuf, Lamb, Leiby and MacRae to NWPA-Project Office, re: Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it contains comments provided by an industry group rather than EN, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it contains comments provided by an industry group rather than EN, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.63 | ARC0010533 | ARC0010559 | Comments by TVA; Contract for the Disposal of SNF and/or High Level Radioactive Waste | Undated | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.64 | ARC0010560 | ARC0010561 | Letter from the Nuclear Fuel Services, Inc. to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns an entity that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns an entity that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.65 | ARC0010562 | ARC0010564 | Letter from Maine Yankee Atomic Power Company to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1984 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.66 | ARC0010565 | ARC0010570 | Letter from The Houston Lighting and Power Company to Office of Procurement Operations, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.67 | ARC0010571 | ARC0010573 | Letter from Virginia Electric and Power Company to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.68 | ARC0010574 | ARC0010623 | Letter from General Electric to NWPA, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/08/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a company that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a company that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.69 | ARC0010624 | ARC0010631 | Letter from Middle South Services, Inc., to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns specific nuclear utilities that are not parties to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns specific nuclear utilities that are not parties to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.70 | ARC0010632 | ARC0010638 | Letter from Vermont Yankee Nuclear Power Corporation, to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.71 | ARC0010639 | ARC0010641 | Letter from Baltimore Gas and Electric to NWPA-Project Office re: Draft DOE Utility Standard Waste Disposal Contract | 03/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.72 | ARC0010642 | ARC0010647 | Letter from Consolidated Edison Company to NWPA Project Office, re: Draft Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.73 | ARC0010648 | ARC0010648 | Letter from C-E Power Systems to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns comments from company that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns comments from a company that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.74 | ARC0010649 | ARC0010649 | Letter from Southern California Edison Company to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.75 | ARC0010650 | ARC0010652 | Letter from Virginia Electric and Power Company to NWPA-Project, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.76 | ARC0010653 | ARC0010656 | Letter from Louisiana Power and Light to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.77 | ARC0010657 | ARC0010659 | Letter from Rochester Gas and Electric Corp. to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.78 | ARC0010660 | ARC0010662 | Letter from South Carolina Electric and Gas Company, to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.79 | ARC0010663 | ARC0010663 | Letter from Arizona Nuclear Power Project to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns an entity that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns an entity that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.80 | ARC0010664 | ARC0010672 | Letter from Dairyland Power Corporation, to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.81 | ARC0010673 | ARC0010680 | Letter from J.T. Beckham, Jr, Georgia Power to NWPA-Project Office, re: Comments on Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.82 | ARC0010681 | ARC0010681 | Letter from Delmarva Power to NWPA-Project Office, re: Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/08/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.83 | ARC0010682 | ARC0010690 | Letter from Niagara Mohawk Power Corporation, to NWPA-Project Office, re: Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/07/1983 | FRE 401/402: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. FRE 403: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. FRE 801/802: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. FRE 901: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.84 | ARC0010691 | ARC0010692 | Letter from Florida Power to NWPA-Project Office, re: Standard Contract for Disposal of SNF and/or High Level Radioactive Waste | 03/04/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0002.85 | ARC0010693 | ARC0010694 | Comments by Boston Edison, re: Contract for the Disposal of SNF and/or High Level Radioactive Waste | Undated | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Notice & Comment on Rulemaking Process, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Business Record; Not Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial; Ancient Document |
| | 0002.86 | ARC0010695 | ARC0010696 | Excerpts from Federal Register, re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste - Final Rule Correction | 05/24/1983 | **No objection**. | |
| | 0003 | NRC148000218 | NRC148000229 | NRC Regulatory Guide 1.33, Quality Assurance Program Requirements (Operations), Rev. 2, Feb. 1978 | 02/1978 | **No objection.** | |
| | 0004 | NRC148000081 | NRC148000094 | NUREG-0554, Single-Failure-Proof Cranes for Nuclear Power Plants, May 1979 | 05/1979 | **No objection.** | |
| | 0005 | NRC148000095 | NRC148000217 | NUREG-0612, Control of Heavy Loads at Nuclear Power Plants | 07/1980 | **No objection.** | |
| | 0006 | PNL1684349 PA100903 | PNL1684436 PA100986 | Report titled "Spent Fuel Storage Requirements: An Update of DOE/SR-007." | 06/1982 | **No objection** - JX 2. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0007 | TV 1378 | TV 1426 | Letter from James J. Fiore, DOE, to Ray Hoskins, TVA, Enclosing Draft Version of Contract for Disposal of Spent Nuclear Fuel | 06/03/1982 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Public Record; Not Offered for the Truth of the Matter Asserted; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0008 | SN011616 | SN011620 | Memo from D. C. Hagan to B. E. Hunt, re: Utility Nuclear Fuel Economic Group Meeting November 4-5, 1982 | 11/15/1982 | **FRE 401/402**: The exhibit is irrelevant because it appears to be an internal document from a specific nuclear utility that is not a party to this action, and it concerns a meeting of nuclear utilities not including EN. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it appears to be an internal document from a specific nuclear utility that is not a party to this action, and it concerns a meeting of nuclear utilities not including EN. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Ancient Document; Defendant Will Authenticate Exhibit at Trial |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0009 | SN145831 | SN145837 | Memo from R. E. L. Stanford, UNWMG, to Members, Steering Committee, re: High-Level Waste Policy Act of 1982 | 12/23/1982 | **FRE 401/402**: The exhibit is irrelevant because it concerns a nuclear utility group rather than EN, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a nuclear utility group rather than EN, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Ancient Document; Defendant Will Authenticate Exhibit at Trial; Relevant to Contract Formation; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Sect. 211(b)] |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0010 | SN048515 | SN048568 | Comments of the EEI/UNWMG Added, Draft Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 01/1983 | **FRE 401/402:** The exhibit is irrelevant because it concerns comments from nuclear utility groups rather than EN, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns comments from nuclear utility groups rather than EN, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Ancient Document; Relevant to Contract Formation; Defendant Will Authenticate Exhibit at Trial; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0011 | SN145731 | SN145766 | Memo from Loring Mills to Members, Nuclear Power Executive Advisory Committee, re: Nuclear Waste Policy Act of 1982 and Safety Goal Policy Statement | 01/11/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a nuclear utility group rather than EN, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a nuclear utility group rather than EN, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Ancient Document; Defendant Will Authenticate Exhibit at Trial; Relevant to Contract Formation; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0012 | TV 1365 | TV 1376 | Letter from Larry Hobart, American Public Power Association, to Charles Dean, TVA, Enclosing Parts of a Working Draft of Contract | 01/12/1983 | **FRE 401/402**: The exhibit is irrelevant because it is a document sent from a nuclear utility group to a specific utility that is not a party to this action, and it does not concern EN. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is a document sent from a nuclear utility group to a specific utility that is not a party to this action, and it does not concern EN. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation; Ancient Document; Defendant Will Authenticate Exhibit at Trial; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0013 | TV 1317 | TV 1359 | Letter from S.P. Kraft, EEI, to Robert Mullin, TVA, enclosing EEI mark-up of draft contract | 01/24/1983 | **FRE 401/402**: The exhibit is irrelevant because it is a document sent from a nuclear utility group to a specific utility that is not a party to this action, and it does not concern EN. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is a document sent from a nuclear utility group to a specific utility that is not a party to this action, and it does not concern EN. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation; Ancient Document; Defendant Will Authenticate Exhibit at Trial; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |
| | 0014 | TV1236 | TV1250 | Letter from the American Public Power Association, L. Hobart to DOE, Dr. Thomas Dillon, re: APPA's Comments on DOE's January 19, 1983 Draft Standard Contract | 01/21/1983 | **No objection.** | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0015 | TV 1251 | TV 1261 | Letter from Larry Hobart, American Public Power Association, to Charles Dean, TVA, enclosing APPA Correspondence with DOE | 01/24/1983 | **FRE 401/402:** The exhibit is irrelevant because it is a document sent from a nuclear utility group to a specific utility that is not a party to this action, and it does not concern EN. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is a document sent from a nuclear utility group to a specific utility that is not a party to this action, and it does not concern EN. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation; Ancient Document; Defendant Will Authenticate Exhibit at Trial; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0016 | TV1226 | TV1235 | Memo from Eileen Peerless to APPA Members with Interest in Nuclear Power, re: Results of DOE Briefing on Nuclear Waste Bill and Disposal Contracts | 01/24/1983 | **FRE 401/402**: The exhibit is irrelevant because it indicates only that a WPPSS employee may have attended one industry meeting and does not indicate that WPPSS was a member of the group or what was discussed at the meeting. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it indicates only that a WPPSS employee may have attended one industry meeting and does not indicate that WPPSS was a member of the group or what was discussed at the meeting. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation; Ancient Document; Defendant Will Authenticate Exhibit at Trial; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0017 | TV1362 | TV1362 | Letter from the Atomic Industrial Forum, Inc., Emanuel Gordon to Working Group on Nuclear Waste Fund Draft Contract, re: EEI's and Shaw Pittman's Comments Upon DOE's January 19, 1983 Standard Contract | 01/24/1983 | **FRE 106**: The exhibit is missing its enclosure, which should, in fairness, be considered contemporaneously with this document. **FRE 401/402**: The exhibit is irrelevant because it concerns a nuclear utility group rather than EN, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a nuclear utility group rather than EN, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation; Ancient Document; Defendant Will Authenticate Exhibit at Trial; Probative Value of Exhibit Is Not Dependent Upon the Enclosure; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |
| | 0018 | SN048683 | SN048724 | EEI's Unsolicited Comments on Draft Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. | 01/25/1983 | **No objection** -- exhibit is JX 3. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0019 | SMUDPRIV0050 | SMUDPRIV0054 | Letter to David Kaplan, SMUD, from Jay Silberg re: DOE Spent Fuel Disposal Contract | 02/04/1983 | **FRE 106**: The exhibit is missing its enclosures, which should, in fairness, be considered contemporaneously with this document. **FRE 401/402**: The exhibit is irrelevant because it is an internal document from attorneys not retained by EN, to and concerning a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is an internal document from attorneys not retained by EN, to and concerning a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation; Ancient Document; Defendant Will Authenticate Exhibit at Trial; Probative Value of Exhibit Is Not Dependent Upon the Enclosure; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0020 | SN010659, SN011066 | SN010682, SN011067 | Memo from J. R. Tomonto from M. C. Cook, re: EEI Meeting to Prepare Comments on the DOE Disposal Contract - February 10, 1983 | 02/11/1983 | **FRE 401/402**: The exhibit is irrelevant because it is an internal memorandum from a specific utility that is not a party to this action, and it concerns an industry meeting that EN did not attend. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is an internal memorandum from a specific utility that is not a party to this action, and it concerns an industry meeting that EN did not attend. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be | Relevant to Contract Formation; Defendant Will Authenticate Exhibit at Trial; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Ancient Document |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0021 | GPE0010322 | GPE0010392 | Letter from EEI, S.P. Kraft, to Members of the Nuclear Fuel Committee, re: Comments on Draft DOE/Utility Standard Waste Disposal Contract | 02/18/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a nuclear utility group rather than EN, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a nuclear utility group rather than EN, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation; Ancient Document; Defendant Will Authenticate Exhibit at Trial; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0022 | TVA000079 | TVA000127 | Memo from H.G. Parris to W.F. Willis, re: Nuclear Waste Policy Act of 1982 (Act) - Comments on Draft Contract between the DOE (DOE) and Utilities for Disposal of Spent Nuclear Fuel (SNF) and High-level Radioactive Waste (HLW) | 03/02/1983 | **FRE 401/402**: The exhibit is irrelevant because it is an internal memorandum from a specific utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is an internal memorandum from a specific utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation; Ancient Document; Defendant Will Authenticate Exhibit at Trial; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |
| | 0023 | ENW0182712 | ENW0182713 | Letter from P. Shen, WPPSS, to J. Atkinson, DOE, re: spent fuel disposal services. | 03/08/1983 | **No objection** -- The exhibit is JX 4. | |
| | 0024 | ADM0020016 | ADM0020035 | DOE Federal Register Part II | 04/18/1983 | **No objection.** | |
| | 0025 | YDK024125 | YDK024129 | Presentation to The Institute of Nuclear Materials Management by Mr. Loring Mills, Edison Electric Company, re: Importance of Various Provisions of the Nuclear Waste Policy Act of 1982 to Electric Utility Companies | 05/04/1983 | **No objection** -- same as PX 546. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0026 | GPE0010496 | GPE0010501 | Meeting Notes from EEI, Task Group on Waste Contract | 05/12/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a meeting of a nuclear utility group that EN did not attend, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a meeting of a nuclear utility group that EN did not attend, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Ancient Document; Defendant Will Authenticate at Trial |
| | 0027 | YDK023709 | YDK023716 | Letter from J. Kearney, Edison Electric Institute, to R. Morgan, DOE, re: 10 CFR Part 961 - Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste. | 05/20/1983 | **No objection** -- The exhibit is JX 5. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0028 | TV 1467 | TV 1475 | Memo from Allan T. Mullins to Erik Kvaven, re: Requisition for Contract with DOE Required by the Nuclear Waste Policy Act of 1982 (ACT) | 05/24/1983 | **FRE 401/402**: The exhibit is irrelevant because it is an internal document from and concerning a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is an internal document from and concerning a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation; Ancient Document; Defendant Will Authenticate Exhibit at Trial; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0029 | SN010996 | SN011011 | Memo from S. P. Kraft, EEI, to Members, Task Group on the Waste Contract, re: Results of May 12, 1983 Meeting | 05/24/1983 | **FRE 401/402**: The exhibit is irrelevant because it concerns a meeting of a task force of a nuclear utility group that EN did not attend, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a meeting of a task force of a nuclear utility group that EN did not attend, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation; Ancient Document; Defendant Will Authenticate Exhibit at Trial; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0030 | SN011047 | SN011067 | Letter from Kraft, Edison, to Members Task Force, w/05/20/83 Kearney, Edison, to Morgan, DOE, with Net v. Gross Generation Attachment, 06/17/83 Morgan, to Kearney, with Draft Complaint, 06/03/83 Burstein, WE, to Keefe, DOE, 6/15/83, Britt, WE, to Keefe | 07/15/1983 | **FRE 401/402**: The exhibit is irrelevant because it is a collection of documents that concern specific utilities, a nuclear utility group, or a task force of a utility group, rather than EN. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because t is a collection of documents that concern specific utilities, a nuclear utility group, or a task force of a utility group, rather than EN. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation; Ancient Document; Defendant Will Authenticate Exhibit at Trial; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |
| | 0030A | SN011057 | SN011057 | Letter from Robert Morgan, DOE, to John J. Kearney, Senior Vice President, EEI | 06/17/1983 | **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Ancient Document |
| | 0031 | | | Withdrawn | | Not Applicable | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0032 | SN011286 | SN011302 | Potential Issues to be Addressed in a Rulemaking Proceeding on the DOE Disposal Contract | 08/29/1982 | **FRE 401/402**: The exhibit is irrelevant because it appears to be an internal document from a specific nuclear utility that is not a party to this action and reflects legal discussion by attorneys not retained by EN. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it appears to be an internal document from a specific nuclear utility that is not a party to this action and reflects legal discussion by attorneys not retained by EN. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation; Ancient Document; Defendant Will Authenticate Exhibit at Trial; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0033 | YDK045589 | YDK045591 | Memo from Yankee Atomic - J. Buchheit and E. Pilat to R. Grube and R. Rich re: Sept. 27, 1983 UNWMG DOE Contract - Task Force Meeting | 10/19/1983 | **FRE 106**: The exhibit is missing its attachments, which should, in fairness, be considered contemporaneously with this document. **FRE 401/402**: The exhibit is irrelevant because it is an internal document from and concerning the understanding of a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is an internal document from and concerning the understanding of a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation; Ancient Document; Defendant Will Authenticate Exhibit at Trial; Probative Value of the Exhibit is not Dependent on the Attachment; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0034 | YDK023771 | YDK023772 | Memo from Yankee Atomic, J.M. Buchheit to R.M. Grube, re: Petition for Rulemaking to Amend the Nuclear Waste Contract | 01/20/1984 | **FRE 401/402**: The exhibit is irrelevant because it is an internal document from and concerning the understanding of a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is an internal document from and concerning the understanding of a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Formation; Ancient Document; Defendant Will Authenticate Exhibit at Trial |
| | 0035 | SN069588 | SN070014 | Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting December 12-15, 1983. | 02/1984 | **No objection** -- exhibit is JX 6. | |
| | 0036 | ENW0053500, ENW0490923 | ENW0053502, ENW0490925 | Memorandum from W. Wolkenhauser to D. Larkin re: analysis of spent fuel storage requirements. | 06/01/1984 | **No objection** -- exhibit is JX 7. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0037 | SN046231 | SN046272 | Letter from James Hall to Members, Steering and HLW/SF Storage Working Group, re: Comments on DOE Draft Mission Plan for the Civilian Radioactive Waste Management Program | 07/13/1984 | **FRE 401/402**: The exhibit is irrelevant because it concerns a nuclear utility group rather than EN, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a nuclear utility group rather than EN, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Ancient Document; Relevant to Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) of Contracts Sect. 211(b)]; Defendant Will Authenticate Exhibit at Trial |
| | 0038 | | | Withdrawn | | Not Applicable | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0039 | COF0230816 | COF0230984 | Negotiation Between WPPSS and DOE re Payment of Penalty for Late Payment | 1985 | **FRE 401/402**: The exhibit is irrelevant because it concerns a dispute in the mid-1980s over WPPSS's payment of its fees under the Standard Contract, which is not at issue in this action since it is undisputed that WPPSS/EN has fulfilled its obligations under the Contract. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because concerns a dispute in the mid-1980s over WPPSS's payment of its fees under the Standard Contract, which is not at issue in this action since it is undisputed that WPPSS/EN has fulfilled its obligations under the Contract. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of a waste of time. **FRE 801/802**: Portions of the collection of documents comprising this group exhibit consist of out-of-court statements offered for their truth and are therefore inadmissible hearsay. | Ancient Document; Relevant to Contract Interpretation Because the Amount of the Fees Is Not Tied to the Rate at Which Fuel Will Be Accepted |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0040 | SMUD0014889 | SMUD0014914 | Memo in Support of Petition for Rulemaking | 03/18/1985 | **FRE 401/402**: The exhibit is irrelevant because it concerns a nuclear utility group rather than EN, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a nuclear utility group rather than EN, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802:** The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Rate of Acceptance; Ancient Document; Standard Contracts Must Be Interepreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |
| | 0041 | | | Withdrawn | | Not Applicable | |
| | 0042 | | | Withdrawn | | Not Applicable | |
| | 0043 | HQ0005264, QR0031088, YMP0011045 | HQ0005796, HQR0031620, YMP0012123 | Mission Plan for the Civilian Radioactive Waste Management Program, Volume I (June I985) | 06/1985 | **No objection** -- exhibit is JX 9. | |
| | 0043 | YMP0011045 | YMP0012123 | Mission Plan for the Civilian Radioactive Waste Management Program, Volumes II & III (June 1985) | 6/00/1985 | **No objection** -- exhibit is JX 8. | |
| | 0044 | | | Withdrawn | | Not Applicable | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0045 | DER0033078 | DER0033199 | Clinch River MRS Task Force Submission re: Proposed Monitored Retrievable Storage | 10/1985 | **FRE 401/402**: The exhibit is irrelevant because it is a collection of documents from a task force of a Tennessee city and county regarding a proposed Monitored Retrievable Storage Facility site at Clinch River. There is no indication EN was aware of these findings or that they were adopted by DOE. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is a collection of documents from a task force of a Tennessee city and county regarding a proposed Monitored Retrievable Storage Facility site at Clinch River, and there is no indication EN was aware of these findings or that they were adopted by DOE. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Ancient Document; Defendant Will Authenticate Exhibit at Trial; Relevant to Contract Interpretation, Rate of Acceptance, DOE's Good Faith; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0046 | ENW0183774 | ENW0183776 | Letter from L.H. Wasserman to Kathleen Jones re: Attached Letters; Subject: Contract No. DECR01-83NE-44424 Larkin72 | 11/05/1985 | **FRE 401/402**: The exhibit is irrelevant because it concerns a dispute in the mid-1980s over WPPSS's payment of its fees under the Standard Contract, which is not at issue in this action since it is undisputed that WPPSS/EN has fulfilled its obligations under the Contract. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because concerns a dispute in the mid-1980s over WPPSS's payment of its fees under the Standard Contract, which is not at issue in this action since it is undisputed that WPPSS/EN has fulfilled its obligations under the Contract. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Ancient Document; Relevant to Contract Interpretation |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0047 | ENW0183675 | ENW0183675 | Letter from L.H. Wasserman to Christopher T. Jedrey re: Contract No. DE-CR01-83NE44424, Negotiated Settlement Larkin73 | 10/10/1986 | **FRE 401/402**: The exhibit is irrelevant because it concerns a dispute in the mid-1980s over WPPSS's payment of its fees under the Standard Contract, which is not at issue in this action since it is undisputed that WPPSS/EN has fulfilled its obligations under the Contract. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a dispute in the mid-1980s over WPPSS's payment of its fees under the Standard Contract, which is not at issue in this action since it is undisputed that WPPSS/EN has fulfilled its obligations under the Contract. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Ancient Document; Relevant to Conduct of the Parties After Contract Formation; Admission by a Party Opponent |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0048 | SN007280 | SN007284 | UNWMG High-level Waste / Spent Fuel Storage Working Group December 17, 1986 Meeting Notes | 12/17/1986 | **FRE 401/402**: The exhibit is irrelevant because it is meeting minutes from a working group subset of an industry group, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is meeting minutes from a working group subset of an industry group, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Rate of Acceptance; Ancient Document; Defendant Will Authenticate Exhibit at Trial; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |
| | 0049 | PNL0370307 | PNL0370349 | Monitored Retrievable Storage Submission to Congress—Volume I: The Proposal (March 1987) | 03/1987 | **No objection** -- exhibit is JX 10. | |
| | 0050 | PA142473 | PA142480 | Letter from J. Kearney, Edison Electric Institute, to B. Rusche, DOE re: Draft Mission Plan Amendment. | 04/03/1987 | **No objection** -- exhibit is JX 11. | |
| | 0051 | CTR0060247 | CTR0060260 | Letter from S. Kraft, Director, UNWMG, to T. Jedrey, DOE Contracting Officer, requesting clarification of the Standard Contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. | 04/28/1987 | **No objection** -- exhibit is JX 12. | |
| | 0052 | | | Withdrawn | | Not Applicable | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0053 | FOI0041898, HQ0005797, HQ0005874 | FOI0042421, HQ0005826, HQ0005901 | Mission Plan Amendment with Comments on the Draft Amendment and Responses to the Comments (June 1987). | 06/1987 | **No objection** -- exhibit is JX 013. | |
| | 0054 | HQR0012705 | HQR0012792 | 1987 Annual Capacity Report. | 06/1987 | **No objection** -- exhibit is JX 014. | |
| | 0055 | HQR0031621 | HQR0032143 | 1987 Mission Plan Amendment w/ Comments on the Draft Amendment and Responses to the Comments | 06/01/1987 | **No objection** | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0056 | YDK038291 | YDK038416 | Letter from UNWMG, Nancy Montgomery to Members, High-Level Waste/Spent Fuel Storage Working Group, re: Changes to the Standard Contract Formation of the Annual Capacity Report (ACR) team | 06/24/1987 | **FRE 401/402:** The exhibit is irrelevant because it is a collection of documents from or to task forces or working groups that were subsets of industry groups, and there is no indication that EN participated in or was aware of these communications, some of which duplicate individual letters found elsewhere on the Government's exhibit list. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is a collection of documents from or to task forces or working groups that were subsets of industry groups, and there is no indication that EN participated in or was aware of these communications, some of which duplicate individual letters found elsewhere on the Government's exhibit list. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Rate of Acceptance; Ancient Document; Defendant Will Authenticate Exhibit at Trial; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0057 | PNL0281142 | PNL0281146 | Letter from T. Jedrey, DOE Contracting Officer, to S. Kraft, Utility Nuclear Waste Management Group, in response to UNWMG letter requesting clarification of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. | 10/02/1987 | **No objection** -- exhibit is JX 015. | |
| | 0058 | CTR0031055 | CTR0031056 | Letter from UNWMG, Nancy Montgomery to DOE, Office of Civilian Radioactive Waste Management, Alan Brownstein, re: Annual Capacity Report - Modification Process | 11/10/1987 | **FRE 106**: The exhibit is missing its enclosures, which should, in fairness, be considered contemporaneously with this document. **FRE 401/402**: The exhibit is irrelevant because it concerns the existence of the ACR issue resolution process, a fact that is undisputed and not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns the existence of the ACR issue resolution process, a fact that is undisputed and not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to the Rate of Acceptance, Contract Interpretation; Ancient Document; Defendant Will Authenticate at Trial |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0059 | PNL0460173 | PNL0460173 | EEI Listing of Members of the UNWMG; Annual Capacity Report Response Team | 12/09/1987 | **FRE 401/402**: The exhibit is irrelevant because it merely lists members of a working group subset of an industry group, of which EN was not a member. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it merely lists members of a working group subset of an industry group, of which EN was not a member. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Contract Interpretation, Rate of Acceptance; Ancient Document; Defendant Will Authenticate Exhibit at Trial; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |
| | 0060 | ENW0492465 | ENW0492493 | WPPSS Nuclear Plant No. 2, FY 1989 Fuel Management Plan | 04/29/1988 | **No objection.** | |
| | 0061 | HQR0255201 | HQR0255309 | Draft 1988 Mission Plan Amendment (June 1988). | 06/1988 | **No objection** -- exhibit is JX 016. | |
| | 0062 | | | Withdrawn | | Not Applicable | |
| | 0063 | ENW0491694 | ENW0491699 | Letter from D. L. Larkin to Nancy Montgomery re: ACR Team Issues | 06/24/1988 | **No objection.** | |
| | 0064 | ENW0247975 | ENW0247978 | Letter from D. Mazur to T. Isaacs re: Draft 1998 Mission Plan Amendment. | 08/24/1988 | **No objection** -- exhibit is JX 017. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0065 | CTR0060075 | CTR0060085 | Minutes of Meeting between ACR Response Team, UNWMG, and DOE | 10/13/1988 | **FRE 401/402**: The exhibit is irrelevant because it concerns the existence of the ACR issue resolution process, which is not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns the existence of the ACR issue resolution process, which is not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Business Records; Defendant Will Authenticate Exhibit at Trial; Relevant to Contract Interpretation; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |
| | 0066 | ENW0634419 | ENW0634425 | D. Larkin presentation to EN Executive Board re: status of DOE waste program. | 10/26/1988 | **No objection** -- exhibit is JX 018. | |
| | 0067 | ENW0486788 | ENW0486810 | Minutes from WPPSS Executive Board 10/28/1988 meeting. | 10/28/1988 | **No objection** -- exhibit is JX 019. | |
| | 0068 | PNL0702272 | PNL0702303 | The DOE Position on the MRS Facility (June 1989) . | 06/1989 | **No objection** -- exhibit is JX 20. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0069 | CDB006316 | CDB006336 | Letter from EEI, Brian Farrell to ACR Committee, re: DOE White Papers | 07/17/1989 | **FRE 401/402**: The exhibit is irrelevant because it is a memorandum internal to an industry working group, and there is no indication EN received or was aware of this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is a memorandum internal to an industry working group, and there is no indication EN received or was aware of this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Business Records; Defendant Will Authenticate Exhibit at Trial |
| | 0070 | ENW0269410 | ENW0269413 | Engineering Analysis & Nuclear Fuel Weekly Highlights | 07/21/1989 | **No objection.** | |
| | 0071 | YMP00020181, EDB0011442 | YMP00020215, EDB0011475 | Report to Congress by the Secretary of Energy on the Reassessment of the Civilian Radioactive Waste Management Program (November 1989) | 11/1989 | **No objection** -- exhibit is JX 22. | |
| | 0072 | HQR0363992 | HQR0364185 | Report of the Monitored Retrievable Storage Commission titled "Nuclear Waste: Is There a Need for Federal Interim Storage?" | 11/1989 | **No objection** -- exhibit is JX 21. | |
| | 0073 | ENW0492198 | ENW0492226 | FY 1990 Fuel Management Plan | 1990 | **No objection.** | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0074 | SN168529 | SN168532 | Meeting Minutes of the High-level Waste/Spent Fuel Storage Working Group Meeting of March 29, 1990, in Washington, D.C. | 03/29/1990 | **FRE 401/402**: The exhibit is irrelevant because it is meeting minutes from a working group subset of an industry group, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is meeting minutes from a working group subset of an industry group, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Business Record; Relevant to Rate of Acceptance, Contract Interpretation; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Defendant Will Authenticate Exhibit at Trial |
| | 0075 | COF0231015 | COF0231015 | Letter from C. Reueter, DOE to A. Didesidero, WPPSS, re: the DOE will not issue a 1989 ACR. | 04/27/1990 | **No objection** -- exhibit is JX 23. | |
| | 0076 | ENW0053469 | ENW0053476 | Letter from D. Mazur to J. Bartlett re: Civilian High-Level Waste Program Interim Storage of Spent Fuel. | 08/17/1990 | **No objection** -- exhibit is JX 24. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0077 | HQR0080317 | HQR0080318 | Letter from DOE, Office of Civilian Radioactive Waste Management, Ron Milner, to North Carolina Public Staff Utilities Commission, R. Smith Jr., re: Response to August 28, 1990, Letter | 10/17/1990 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action and concerns priority to shutdown reactors, which is not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action and concerns priority to shutdown reactors, which is not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Relevant to Contract Interpretation, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |
| | 0078 | HQR0020235 | HQR0020236 | Letter from E.R. Johnson Assoc. to Pat McDuffie, re: 1990 ACR Review | 10/29/1990 | **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be because it is unsigned. | Billy Cole Identified as Government Trial Witness; Defendant Will Authenticate Exhibit at Trial; Business Record |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0079 | HQR0080313 | HQR0080314 | Letter from DOE, Office of Civilian Radioactive Waste Management, Ron Milner to Nuclear Energy Services re: Response to NES's Sept. 4, 1990, Letter | 10/30/1990 | **FRE 401/402**: The exhibit is irrelevant because it concerns a company that is not a party to this action and concerns priority to shutdown reactors, which is not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a company that is not a party to this action and concerns priority to shutdown reactors, which is not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Relevant to Conduct of Party After Contract Formation (Oldest Fuel First, ACR Resolution), Contract Interpretation, Rate of Acceptance; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Business Record; Admission by a Party Opponent; Defendant Will Authenticate Exhibit at Trial |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0080 | NET0010692 | NET0010713 | Letter from Energy Resources International, M. Schwartz to Brian Farrell, EEI | 11/15/1990 | **FRE 401/402**: The exhibit is irrelevant because it is a letter and attachments internal to an industry group, and there is no indication that EN received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is a letter and attachments internal to an industry group, and there is no indication that EN received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Rate of Acceptance, Conduct of Parties After Contract Formation; Business Record; Not Offered for Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial |
| | 0081 | | | Withdrawn | | Not Applicable | |
| | 0082 | EDB0011518 | EDB0011519 | Memorandum from R. Milner, DOE re: approval for publication of the 1990 Annual Capacity Report. | 12/21/1990 | **No objection** -- exhibit is JX 26. | |
| | 0083 | SV03740 | SV03745 | The Delivery Commitment Schedule Process-Session 4.4 Regulations and Regulatory Process 1991 International High-Level Radioactive Waste Management Conference Submitted by Scott A. Vance | 1991 | **FRE 801/802:** The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Vance Is a Witness Identified by ENW; Defendant Will Authenticate Exhibit at Trial |
| | 0084 | ENW0242627 | ENW0242634 | D. Larkin presentation to Executive Board re: dry cask storage options and other issues. | 02/13/1991 | **No objection** -- exhibit is JX 27. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0085 | CTR0030916 | CTR0030922 | Report titled "Standard Contract Issue Resolution Process: An Overview and Status." | 04/1991 | **No objection** -- exhibit is JX 88. | |
| | 0086 | | | Withdrawn | | Not Applicable | |
| | 0087 | HQR0011256 | HQR0011257 | Memo from Milner to Director, OCRWM, RW-1, re: Approval for Issuance of a Comment Draft of the Annual Acceptance Priority Ranking | 04/25/1991 | **FRE 106**: The exhibit is missing its attachments, which should, in fairness, be considered contemporaneously with this document. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Plaintiff Can Supplement Exhibit as Necessary; Admission by a Party Opponent |
| | 0088 | ENW0247720 | ENW0247720 | Letter from D. Larkin to C. Rueter re: draft Acceptance Priority Ranking. | 06/02/1991 | **No objection** -- exhibit is JX 28. | |
| | 0089 | ENW0053513 | ENW0053568 | D. Larkin whitepaper re: spent fuel storage options. | 06/26/1991 | **No objection** -- exhibit is JX 29. | |
| | 0090 | | | Withdrawn | | Not Applicable | |
| | 0091 | ENW0247705 | ENW0247706 | Letter from A. DiDesidero to C. Rueter re: Contract No. DE-CRO1-83NE44424 Draft Acceptance Priority Ranking. | 07/29/1991 | **No objection** -- exhibit is JX 30. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0092 | SN169450 | SN169451 | Standard Contract Task Force Meeting Summary, 8/29/91 | 08/29/1991 | **FRE 401/402**: The exhibit is irrelevant because it is a summary of a meeting of a task force subset of an industry group, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is a summary of a meeting of a task force subset of an industry group, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia th | Relevant to Rate of Acceptance, Conduct of Parties After Contract Formation; Business Record; (May Not Be) Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0093 | SN169935 | SN169937 | UWaste Report Utility Nuclear Waste and Transportation Program Number 91-4 | 08/30/1991 | **FRE 401/402**: The exhibit is irrelevant because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Rate of Acceptance, Conduct of Parties After Contract Formation; Business Record; Defendant Will Authenticate Exhibit at Trial |
| | 0094 | | | Withdrawn | | Not Applicable | |
| | 0095 | HQR0030798 | HQR0031012 | 1991 DOE Draft Mission Plan Amendment | 09/1991 | **No objection** -- same as PX 547. | |
| | 0096 | HQR0061312, ENW0247713, ENW0247715 | HQR0061313, ENW0247714, ENW0247719 | Letter to A. P. DiDesidero, WPPS from R. Leotta, DOE responding to WPPSS' letter of July 29, 1991 re APR w/ attached DOE letters of 11/27/90 and 02/07/1991 | 11/06/1991 | **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Admission by a Party Opponent |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0097 | SN169918 | SN169922 | UWaste Report Utility Nuclear Waste and Transportation Program Number 91-8 | 11/15/1991 | **FRE 401/402:** The exhibit is irrelevant because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Rate of Acceptance, Conduct of Parties After Contract Formation; Business Record; Defendant Will Authenticate Exhibit at Trial |
| | 0098 | HQ0006854 | HQ0006889 | 1991 Acceptance Priority Ranking. | 12/1991 | **No objection** -- exhibit is JX 31. | |
| | 0099 | HQR0040354, HQR0020797 | HQR0040417, HQR0020859 | 1991 Annual Capacity Report. | 12/1991 | **No objection** -- exhibit is JX 32. | |
| | 0100 | PNL1042511 | PNL1042705 | Spent Fuel Storage Requirements 1991-2040, DOE-RL 91-54 | 12/1991 | **No objection.** | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0101 | EDB0011661 | EDB0011662 | Memo from Milner to, Director, OCRWM, RW-1, re: Approval for Publication of the 1991 Acceptance Priority Ranking | 12/04/1991 | **FRE 106**: The exhibit is missing its attachments, which should, in fairness, be considered contemporaneously with this document. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Plaintiff Can Supplement Exhibit as Necessary; Admission by a Party Opponent |
| | 0102 | SN169909 | SN169913 | UWaste Report Utility Nuclear Waste and Transportation Program Number 91-10 | 12/23/1991 | **FRE 401/402**: The exhibit is irrelevant because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Rate of Acceptance, Conduct of Parties After Contract Formation; Business Record; (May Not Be) Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0103 | SN170372 | SN170376 | UWaste Report Utility Nuclear Waste and Transportation Program Number 92-02 | 02/01/1992 | **FRE 401/402**: The exhibit is irrelevant because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Rate of Acceptance, Conduct of Parties After Contract Formation; Business Record; (May Not Be) Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial |
| | 0104 | ENW0183383, ENW0247940 | ENW0183391, ENW0247948 | Letter from M. Detmer, DOE Contracting Officer, to A. DiDesidero, WPPSS, re: enclosed Instructions for Completing Delivery Commitment Schedules. | 3/4/1992 | **No objection** -- exhibit is JX 33. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0105 | SN172067 | SN172077 | Memo from Michael Alissi, EEI, to High-Level Waste Working Group, re: Delivery Commitment Schedule Meeting | 03/06/1992 | **FRE 401/402**: The exhibit is irrelevant because it is an internal industry group document apparently sent to a working group subset of the industry group, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is an internal industry group document apparently sent to a working group subset of the industry group, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Rate of Acceptance, Conduct of Parties After Contract Formation; Business Record; (May Not Be) Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial |
| | 0106 | ENW0492257 | ENW0492294 | FY 1993 Fuel Management Plan. | 04/1992 | **No objection** -- exhibit is JX 34. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0107 | YDK009010 | YDK009011 | Letter from DOE, Office of Civilian Radioactive Waste Management, J. Bartlett to A. Kadak, re: Priority Shipment of SNF and ACR Issue Resolution Process | 04/06/1992 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action and concerns priority to shutdown reactors, which is not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action and concerns priority to shutdown reactors, which is not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Relevant to Rate of Acceptance, Conduct of Parties After Contract Formation; Admission by a Party Opponent |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0108 | RS001570 | RS001572 | Dual Purpose Cask/Dry Transfer System Demonstration Project Meeting | 04/07/1992 | **FRE 401/402**: The exhibit is irrelevant because it concerns a meeting between DOE and utilities that are not parties to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Causation--ENW Storage Decision, Failure to Mitigate; (May Not Be) Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial |
| | 0109 | ENW0487046 | ENW0487067 | Minutes of Executive Board 4/10/1992 meeting. | 04/10/1992 | **No objection** -- exhibit is JX 35. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0110 | CTR0131924 | CTR0131934 | Facsimile Transmittal from Scott Vance to Marlies Klose re: attached ACR Issue Schedules | 05/04/1992 | **FRE 401/402**: The exhibit is irrelevant because it concerns Mr. Vance's participation in the ACR issue resolution process, and his participation is not in dispute and does not constitute any part of EN's claims or the Government's defenses. In addition, the existence of the ACR issue resolution process is not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns Mr. Vance's participation in the ACR issue resolution process, and his participation is not in dispute and does not constitute any part of EN's claims or the Government's defenses. In addition, the existence of the ACR issue resolution process is not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Rate of Acceptance; Defendant Will Authenticate Exhibit at Trial |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0111 | NET0010333 | NET0010337 | Letter from Energy Resource International to EEI | 05/13/1992 | **FRE 401/402**: The exhibit is irrelevant because it is a letter and attachments internal to an industry group that relate primarily to a specific nuclear utility, and there is no indication that EN received this document. **FRE 403**: The exhibit is of limited probative value because it is a letter and attachments internal to an industry group that relate primarily to a specific nuclear utility, and there is no indication that EN received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Rate of Acceptance, Decommissioning and Priority for Shutdown; Business Record; Defendant Will Authenticate Exhibit at Trial; Supko Will Testify at Trial |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0112 | SN170236 | SN170240 | UWaste Report Utility Nuclear Waste and Transportation Program Number 92-13 | 08/01/1992 | **FRE 401/402**: The exhibit is irrelevant because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Rate of Acceptance, Conduct of Parties After Contract Formation; Business Record; (May Not Be) Offered for the Truth of the Matter Asserted; Defendant Will Authenticate Exhibit at Trial |
| | 0113 | ENW0053584 | ENW0053586 | D. Larkin presentation to EN Executive Board re: high-level waste program status. | 10/21/1992 | **No objection** -- exhibit is JX 36. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0114 | PPGE0013346 | PPGE0013350 | Draft Accord HLW Goals for Mid-1993 | 12/03/1992 | **FRE 401/402**: The exhibit is irrelevant because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is an internal industry group document, and there is no indication that EN was a participant or received this document. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Rate of Acceptance, Conduct of Parties After Contract Formation; Business Record; Defendant Will Authenticate Exhibit at Trial |
| | 0115 | HQR0643848 | HQR0643851 | Letter from J. Watkins, Secretary of Energy, to Senator Johnston, Chairman of U.S. Senate Committee on Energy and Nuclear Resources re: DOE's new strategy for SNF receipt. | 12/17/1992 | **No objection** -- exhibit is JX 37. | |
| | 0116 | | | Withdrawn | | | |
| | 0117 | ENW0053445 | ENW0053445 | Memorandum from D. Larkin to R. Latorre re: WNP-2 fuel Pool expansion. | 12/31/1992 | **No objection** -- exhibit is JX 38. | |
| | 0118 | ENW0493920 | ENW0493970 | 2/12/93 RW 859 | 2/12/1993 | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0119 | CTR0030001 | CTR0030030 | DOE Standard Contract Issue Resolution Process - An Overview and Status; 1993 International High-Level Radioactive Waste Management Conference | 04/29/1993 | **FRE 401/402**: The exhibit is irrelevant because it appears to be a presentation at an industry conference, and there is no indication that EN was an attendee or received this document. In addition, it concerns the existence of the ACR issue resolution process, which is not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it appears to be a presentation at an industry conference, and there is no indication that EN was an attendee or received this document. In addition, it concerns the existence of the ACR issue resolution process, which is not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Rate of Acceptance, Conduct of Parties After Contract Formation; Business Record; Defendant Will Authenticate Exhibit at Trial |
| | 0120 | DB102315, HQR0012315 | DB102356, HQR0012353 | 1992 Annual Capacity Report (Revision 1) | 05/1993 | **No objection** -- exhibit is JX 40. | |
| | 0121 | ENW0055932 | ENW0055945 | Interoffice Memo from G. J. Kucera to Perko, Flasch, Parrish re: WNP-2 Decommissioning Plan Five-Year Period July 1, 1989 - June 30, 1994 | 7/20/1993 | **No objection**. | |
| | 0122 | HQR0361098 | HQR0361099 | Letter from L. Barrett to J. Shetler re: multipurpose canisters. | 09/02/1993 | **No objection** -- exhibit is JX 41. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0123 | ENW0053446 | ENW0053455 | Letter from C. Blessing to R. Latorre re: fuel pool storage expansion at WNP-2. | 09/17/1993 | **No objection** -- exhibit is JX 42. | |
| | 0124 | ENW0648102 | ENW0648138 | FY 1994 Fuel Management Plan. | 1994 | **No objection** -- exhibit is JX 39. | |
| | 0125 | ENW0262064 | ENW0262065 | Memorandum from F. Latorre to D. Larkin re: Private Fuel Storage Facility. | 04/04/1994 | **No objection** -- exhibit is JX 43. | |
| | 0126 | ENW0487231 | ENW0487262 | Minutes of Executive Board 4/28/1994 meeting. | 04/28/1994 | **No objection** -- exhibit is JX 44. | |
| | 0127 | ENW0055772 | ENW0055779 | WPPSS Organizational Charts | 05/1994 | **No objection**. | |
| | 0128 | YDK007568 | YDK007572 | Letter from DOE, R. A. Milner, Response to Andrew Kadak's Letter of April 20, 1994, to the Secretary of Energy | 06/16/1994 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific utility that is not a party to this action, as well as positions regarding the Standard Contract foreclosed by federal court decisions, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific utility that is not a party to this action, as well as positions regarding the Standard Contract foreclosed by federal court decisions. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Business Record; Public Records and Reports; Relevant to Rate of Acceptance; Probative Regardless of Utility Because Contract Is Standard and Issues Have Not Been Definitively Foreclosed; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0129 | SN179033 | SN179046 | Private Fuel Storage Facility, Financial Analysis | 07/20/1994 | **FRE 401/402**: The exhibit is irrelevant because it concerns a proposed Private Fuel Storage Facility, which is not at issue in this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a proposed Private Fuel Storage Facility, which is not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Defendant Will Authenticate Exhibit at Trial; Relevant to ENW's Storage Decision; Business Record |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0130 | EDB0021127 | EDB0021127 | Letter from DOE, Office of Civilian Radioactive Waste Management, D. Dreyfus to Commissioner Striebel, re: The Statutory Limit on Acceptance Capacity | 09/06/1994 | **FRE 401/402**: The exhibit is irrelevant because it concerns a specific nuclear utility that is not a party to this action and concerns priority to shutdown reactors, which is not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a specific nuclear utility that is not a party to this action and concerns priority to shutdown reactors, which is not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Relevant to Rate of Acceptance; Business Record |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0131 | CE102763 | CE102766 | Letter from Commonwealth Edison, James O'Connor to Yankee Atomic Electric Company, A. Kadak re: HLW Acceptance - Preference for Shutdown Plants | 10/10/1994 | **FRE 401/402**: The exhibit is irrelevant because it is a communication between two specific nuclear utilities, neither of which is a party to this action, and concerns according priority for shutdown reactors, which is not at issue in this lawsuit. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is a communication between two specific nuclear utilities, neither of which is a party to this action, and concerns according priority for shutdown reactors, which is not at issue in this lawsuit. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Business Record; Relevant to Conduct of Parties After Contract Formation; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |
| | 0132 | ENW2381891 | ENW2381892 | NUHOMS Owners Group Meeting November 3-4, 1994 - NUHOMS Status | 11/4/1994 | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0133 | SN014270 | SN014347 | Private Fuel Storage, Facility Business Plan | 12/20/1994 | **FRE 401/402**: The exhibit is irrelevant because it concerns a proposed Private Fuel Storage Facility, which is not at issue in this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a proposed Private Fuel Storage Facility, which is not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to ENW's Storage Decision; Business Record; Defendant Will Authenticate Exhibit at Trial |
| | 0134 | ENW0254851 | ENW0254854 | Highlights of Rothstein WNP-2 Visit on 9/29/1995 | 1995 | **No objection**. | |
| | 0135 | ENW0586991 | ENW0586993 | Email from D. Larkin to J. Parrish re: radioactive waste management conference. | 02/28/1995 | **No objection** -- exhibit is JX 45. | |
| | 0136 | | | Withdrawn | | | |
| | 0137 | AZT0010335, HQR0290676 | AZT0010405, HQR0290745 | Acceptance Priority Ranking and Annual Capacity Report (March 1995). | 03/1995 | **No objection** -- exhibit is JX 46. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0138 | YDK012462 | YDK012463 | Informal Memo from Mike B. to Andy, re: Summary of the Discussions Mike B. had on the Status of SMUD's Attempts to get DOE to Accept Canistered Rancho Seco Fuel | 03/03/1995 | **FRE 401/402**: The exhibit is irrelevant because it is an internal document from a specific nuclear utility that is not a party to this action, and therefore, does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is an internal document concerning a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Dual Purpose Casks Because Contract Is Standard; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)]; Business Record; Defendant Will Authenticate Exhibit at Trial |
| | 0139 | YDK012881 | YDK012892 | Utility At-Reactor Spent Fuel Storage Plans by Eileen M. Supko | 04/05/1995 | **FRE 401/402**: The exhibit is irrelevant because there is no indication it was commissioned or received by EN. **FRE 403**: The exhibit is of limited probative value because there is no indication it was commissioned or received by EN, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Relevant to Supko Expert Report Issues; Business Record; Admission by a Party Opponent; Not Offered for the Truth of the Matter Asserted |
| | 0140 | ENW0261893 | ENW0261894 | Letter from J. Howard to W. Counsil re: private fuel storage facility. | 04/11/1995 | **No objection** -- exhibit is JX 47. | |
| | 0141 | ENW0578168 | ENW0578168 | Larkin Email RE: 4/28 Meeting with Counsil | 04/19/1995 | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0142 | ENW0586909 | ENW0586909 | Email from D. Larkin to D. Atkinson re: project to evaluate spent fuel storage options. | 05/04/1995 | **No objection** -- exhibit is JX 48. | |
| | 0143 | ENW0261891, ENW0487306 | ENW0261892, ENW0487314 | Letter from W. Counsil to J. Howard re private fuel storage with Mescalaro Apaches. | 05/12/1995 | **No objection** -- exhibit is JX 49. | |
| | 0144 | ENW0491120 | ENW0491151 | FY1996 Fuel Management Plan. | 6/7/1995 | **No objection** -- exhibit is JX 50. | |
| | 0145 | ENW0251378, ENW0053802 | ENW0251405, ENW0053829 | MemoRANDUM from D. Larkin to B. Counsil et. al. re: evaluation of spent fuel storage options for WNP-2. | 06/15/1995 | **No objection** -- exhibit is JX 51. | |
| | 0146 | ENW0053893, ENW0053432 | ENW0053898, ENW0053436 | D. Larkin materials re: spent fuel storage for WNP-2. | 6/20/1995 | **No objection** -- exhibit is JX 52. | |
| | 0147 | ENW2379694 | ENW2379699 | Spent Fuel Storage for WNP-2 | 06/20/1995 | **No objection**. | |
| | 0148 | ENW0246175, ENW0246175 | ENW0246175, ENW0246177 | Memorandum from D. Larkin to P. Bemis re: spent fuel storage. | 6/30/1995 | **No objection** -- exhibit is JX 53. | |
| | 0149 | ENW0487306 | ENW0487314 | Minutes of Board of Directors 7/14/1995 meeting. | 07/14/1995 | **No objection** -- exhibit is JX 54. | |
| | 0150 | EDB0023133 | EDB0023134 | Letter from Yankee Atomic Electric Company to Dr. Dreyfus, re: DOE's Position in Response to a July 13, 1995, Letter to Massachusetts State Representative Albert Herren | 09/07/1995 | **FRE 401/402**: The exhibit is irrelevant because it concerns comments from a specific nuclear utility that is not a party to this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns comments from a specific nuclear utility that is not a party to this action, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Relevant to Rate of Acceptance, Conduct of Parties After Contract Formation; Standard Contracts Must Be Interpreted Uniformly [Restatement (Second) Contracts Sect. 211(b)] |
| | 0151 | ENW0242450 | ENW0242457 | Strategic Planning Session | 09/11/1995 | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0152 | ENW0265027 | ENW0265046 | Handwritten Note from David Larkin to Harold re: attached Computer Database from FICA Study | 09/20/1995 | **FRE 801/802**: The attachment to this exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Business Record; Admission by a Party Opponent |
| | 0153 | ENW0255593 | ENW0255593 | Memorandum from R Torres to D. Atkinson re: spent fuel pool inventory. | 10/19/1995 | **No objection** -- exhibit is JX 55. | |
| | 0154 | ENW0246182 | ENW0246182 | Email from D. Larkin to J. Burn et. al. re: 11/29/1995 meeting with NRC regarding spent fuel storage. | 11/30/1995 | **No objection** -- exhibit is JX 56. | |
| | 0155 | ENW0237012 | ENW0237013 | Larkin Email | 12/19/1995 | **No objection**. | |
| | 0156 | ENW0578350 | ENW0578350 | Interoffice Email from David L. Larkin to Joseph V. Parrish re: Spent Fuel Storage | 01/11/1996 | **No objection**. | |
| | 0157 | ENW0571198 | ENW0571198 | Swank Email | 02/12/1996 | **No objection**. | |
| | 0158 | ENW0242057 | ENW0242058 | Meeting Notes for 3/11/1996 | 03/18/1996 | **No objection**. | |
| | 0159 | ENW0084020 | ENW0084022 | Email from David Larkin to Alan Abrams et al. re: High-Level Waste Forum | 03/20/1996 | **No objection**. | |
| | 0160 | NRC148000074 | NRC148000080 | NRC Bulletin 96-02, Movement of Heavy Loads Over Spent Fuel, Over Fuel in Reactor Core / Over Safety-Related Equipment | 04/11/1996 | **No objection**. | |
| | 0161 | ENW0083251 | ENW0083251 | Email from David Larkin to Henry J. Ogryzek, Lawrence Noble, et al. re: Spent Fuel Storage Location | 5/20/1996 | **No objection**. | |
| | 0162 | ENW0241500 | ENW0241503 | Memorandum from D. Larkin to Contract Review Board re: request for proposals for dry cask storage system. | 06/06/1996 | **No objection** -- exhibit is JX 57. | |
| | 0163 | ENW0589582 | ENW0589582 | Larkin Email re NRC Inspection of Dry Cask Storage | 06/10/1996 | **No objection**. | |
| | 0164 | ENW0264064 | ENW0264068 | Memorandum from D. Larkin re: ISFSI site selection. | 06/28/1996 | **No objection** -- exhibit is JX 58. | |
| | 0165 | ENW0585530 | ENW0585530 | Email from Lawrence Noble to David Larkin re: Spent Fuel Storage Procurement Support | 07/15/1996 | **No objection**. | |
| | 0166 | ENW0589562 | ENW0589562 | Larkin Email re Spent Fuel Storage Update | 07/25/1996 | **No objection**. | |
| | 0167 | ENW0555667 | ENW0555667 | Email from Lawrence Noble to David Larkin; Benjamin Pesek re: Spent Fuel Storage Procurement | 08/26/1996 | **No objection**. | |
| | 0168 | CTR0020138 | CTR0020200 | 1995 Acceptance Priority Ranking and Annual Capacity Report | 09/1996 | **No objection**. | |
| | 0169 | ENW0129589 | ENW0129589 | Larkin Email | 09/16/1996 | **No objection**. | |
| | 0170 | ENW0084019 | ENW0084019 | Email from David Larkin to Paul Bemis, John H. Swailes, et al. re: Information - Dry Cask Vendor Performance | 09/16/1996 | **No objection**. | |
| | 0171 | ENW0129805 | ENW0129806 | Email from David Larkin to Alan Abrams et al. re: Information on Spent Fuel Issues Roundtable Report Noble46 | 09/24/1996 | **No objection**. | |
| | 0172 | | | Withdrawn | | | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0173 | ENW0589500, ENW0589550 | ENW0589501, ENW0589551 | Email from D. Larkin to D. Atkinson and J. Swailes re: consideration of reracking. | 11/12/1996 | **No objection** -- exhibit is JX 59. | |
| | 0174 | ENW0086781 | ENW0086783 | Email from David Larkin to John H. Swailes, David A. Swank, et al. re NRC/Susquehanna Spent Fuel Storage Meeting | 11/19/1996 | **No objection**. | |
| | 0175 | | | Withdrawn | | | |
| | 0176 | ENW0218069 | ENW0218069 | Email from David L. Larkin to S. Reese, S. Senner, et al. re: Seattle City Council - Spent Fuel Storage | 11/19/1996 | **No objection**. | |
| | 0177 | ENW0053415, ENW0254798 | ENW0053417, ENW0129753 | D. Larkin materials for meeting with EFSEC re: Spent Fuel Storage Project Update. | 11/22/1996 | **No objection** -- exhibit is JX 60. | |
| | 0178 | ENW0129799 | ENW0129799 | Larkin Email | 11/22/1996 | **No objection**. | |
| | 0179 | ENW0246942 | ENW0246982 | Appendix 3A to Holtec International proposal for dry cask storage system re: alternate interim spent fuel storage expansion. | 12/10/96 | **No objection** -- exhibit is JX 87. | |
| | 0180 | ENW0576728 | ENW0576730 | Task Force Meeting Notes | 12/12/1996 | **No objection**. | |
| | 0181 | ENW0532960 | ENW0532964 | Larkin Email | 12/16/1996 | **No objection**. | |
| | 0182 | ENW0576143 | ENW0576144 | Mand Email | 12/26/1996 | **No objection**. | |
| | 0183 | ENW0585205 | ENW0585205 | Larkin Email | 01/15/1997 | **No objection**. | |
| | 0184 | ENW0264188 | ENW0264188 | Washington Public Supply System - WNP2 Long Range Plan | 02/10/1997 | **No objection**. | |
| | 0185 | ENW0572205 | ENW0572205 | Email from D. Larkin to D. Mand et. al. re: spent fuel storage. | 02/13/1997 | **No objection** -- exhibit is JX 61. | |
| | 0186 | ENW0585157 | ENW0585157 | Larkin Email | 02/14/1997 | **No objection**. | |
| | 0187 | ENW0218014 | ENW0218015 | Email from David L. Larkin to et al. re: NEI Draft Comments on DOE RFP | 05/12/1997 | **No objection**. | |
| | 0188 | | | Withdrawn | | | |
| | 0189 | ENW0247836 | ENW0247837 | Letter from R. L. Webring to Steven P. Kraft re: Final Draft Comments on DOE Draft RFP for Transportation Services | 05/16/1997 | **No objection**. | |
| | 0190 | | | Withdrawn | | | |
| | 0191 | ENW0233384 | ENW0233387 | Operating License NPF-21, Additional Information re Bulletin 96-02, Movement of Heavy Loads Over Spent Fuel, Over Fuel in Reactor Core / Safety-Related Equipment | 06/30/1997 | **No objection**. | |
| | 0192 | ENW0288328 | ENW0288329 | Interoffice Memo from J.V. Parrish to P.R. Bemis re: Procurement of an On-Site Spent Fuel Storage System | 7/9/1997 | **No objection**. | |
| | 0193 | ENW0193608, ENW0288330 | ENW0193608, ENW0288331 | Memorandum from J. Parrish to P. Bemis re: procurement of dry cask storage system. | 07/10/1997 | **No objection** -- exhibit is JX 62. | |
| | 0194 | ENW0263171 | ENW0263171 | Larkin Email | 08/21/1997 | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0195 | ENW0084649 | ENW0084649 | Larkin Email | 10/07/1997 | **No objection**. | |
| | 0196 | ENW0129748 | ENW0129748 | Larkin Email | 10/07/1997 | **No objection**. | |
| | 0197 | ENW0129752, ENW0129159 | ENW0129753, ENW0129160 | E-mail from D. Larkin to A. Abrams et. al. re NRC meeting on spent fuel storage. | 10/15/1997 | **No objection** -- exhibit is JX 63. | |
| | 0198 | ENW0532530 | ENW0532531 | Larkin Email | 10/15/1997 | **No objection**. | |
| | 0199 | ENW0150176 | ENW0150176 | E-mail from D. Larkin to A. Abrams et. al. re: Southern Nuclear selection of dry cask storage vendor. | 12/05/1997 | **No objection** -- exhibit is JX 64. | |
| | 0200 | ENW0129168 | ENW0129168 | Larkin Email | 12/17/1997 | **No objection**. | |
| | 0201 | ENW0053480 | ENW0053482 | Memorandum from D. Larkin to P. Bemis re: deferral of ISFSI construction. | 01/16/1998 | **No objection** -- exhibit is JX 65. | |
| | 0202 | ENW0247020 | ENW0247021 | Memorandum from D. Larkin to J. Kane re: spent fuel reracking. | 01/21/1998 | **No objection** -- exhibit is JX 66. | |
| | 0203 | | | Withdrawn | | | |
| | 0204 | ENW0217988, ENW0217990 | ENW0217994, ENW0217994 | E-mail from D. Larkin to P. Bentrup, et. al., re: Holtec Spent Fuel Cask Meeting. | 11/5-6/1998 | **No objection** -- exhibit is JX 67. | |
| | 0205 | ENW0193682, ENW0288334 | ENW0193682, ENW0288335 | Memorandum from J. Parrish to R. Webring re: procurement of a dry cask storage system. | 12/10/1998 | **No objection** -- exhibit is JX 68. | |
| | 0206 | ENW0028296 | ENW0028300 | Bechtel Power Corporation Engineers - Contractors Invoice 22801 - 812522 | 12/18/1998 | **No objection**. | |
| | 0207 | ENW0050568, ENW0050568 | ENW0050606, ENW0051200 | Holtec Best and Final Proposal for Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation at WNP-2; Volume II -- Pricing Proposal. | 03/31/1999 | **No objection** -- exhibit is JX 69. | |
| | 0208 | ENW0099290 | ENW0099295 | Email from David Larkin to Lawrence Noble et al re: BAFO Evaluation of Licensing | 04/10/1999 | **No objection**. | |
| | 0209 | ENW0647386 | ENW0647456 | EN Administrative & General budgets for FY 2000-2007. | 04/22/1999 | **No objection** -- exhibit is JX 90. | |
| | 0210 | ENW0193390 | ENW0193393 | Memorandum from Source Evaluation Panel to R. Webring re: recommendation for award of contract for dry cask storage system. | 04/28/1999 | **No objection** -- exhibit is JX 70. | |
| | 0211 | ENW0099374 | ENW0099375 | May 1999 Series of Emails to and from David Larkin | 05/1999 | **No objection**. | |
| | 0212 | ENW0129356 | ENW0129356 | Email from D. Larkin to L. Noble re: R. Webring approval of award of contract for dry cask storage to Holtec International. | 05/04/1999 | **No objection** -- exhibit is JX 71. | |
| | 0213 | ENW0099363 | ENW0099373 | E-mail from D. Larkin to EN employees re: Trip Report-Holtec Dry Storage Meetings. | 05/11/1999 | **No objection** -- exhibit is JX 72. | |
| | 0214 | ENW0648034, ENW0648034 | ENW0648037, ENW0648038 | Executive Board Action Memorandum No. 773. | 05/13/1999 | **No objection** -- exhibit is JX 73. | |
| | 0215 | ENW0193436 | ENW0193439 | Letter from R. Webring to E. Brost re: award of contract for dry cask storage system. | 05/24/1999 | **No objection** -- exhibit is JX 74. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0215A | ENW0193434 | ENW0193439 | Letter from R.L. Webring to Edward Brost re: Attached Action Memorandum NO. 773 | 05/24/1999 | **No objection**. | |
| | 0216 | ENW0466147 | ENW0466149 | Financial Work Order No. 0100038301 UP | 7/15/1999 | **No objection**. | |
| | 0217 | ENW0099330 | ENW0099331 | Email from Lawrence Noble to David Larkin et al. re: Preliminary Project Team Meeting on PMR 97-0180-0, Interface to Spent Fuel Storage | 07/29/1999 | **No objection**. | |
| | 0218 | | | Withdrawn | | | |
| | 0219 | | | Withdrawn | | | |
| | 0220 | ENW0555661, ENW0570989 | ENW0555661, ENW0570993 | Email from Lawrence Noble to David Larkin re: Estimate with Spent Fuel Attachment | 09/29/1999 | **No objection**. | |
| | 0221 | ENW0054452 | ENW0054466 | Memo of Agreement Between Bonneville Power and ENW | 11/1/1999 | **FRE 401/402**: The exhibit is irrelevant because it concerns performance incentives with Bonneville Power Administration, which is unrelated to any issue in this case. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns performance incentives with Bonneville Power Administration, which is unrelated to any issue in this case. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. | Relevant to Damages Calculation |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0222 | ERINSP00880 | ERINSP00887 | Nuclear Fuel Waste- How Long Must We Wait And What Are We Going To Do? Eileen Supko | 11/9/1999 | **FRE 401/402**: The exhibit is irrelevant because there is no indication it was commissioned by, received by, or presented to EN. **FRE 403**: The exhibit is of limited probative value because there is no indication it was commissioned by, received by, or presented to EN, and any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Relevant to Damages Calculation, Failure to Mitigate; Learned Treatise |
| | 0223 | | | Letter to Judges Bollwerk, Kline, Lam from Jay E. Silberg re: In the Matter of Private Fuel Storage, Docket No. 72-22-ISFSI Status of TranStor Storage Cask License Application | 01/21/2000 | **FRE 401/402**: The exhibit is irrelevant because it concerns a proposed Private Fuel Storage Facility, which is not at issue in this action, and therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns a proposed Private Fuel Storage Facility, which is not at issue in this action. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Relevant to Damages Calculation, Failure to Mitigate; Public Government Document from Files of Nuclear Regulatory Commission |
| | 0224 | ENW0606088 | ENW0606094 | Email from Lawrence Noble to Gregory Rowell re: Spreadsheet on Spent Fuel | 01/26/2000 | **No objection**. | |
| | 0225 | ENW0296888 | ENW0296895 | Contract Modification No.1 of Contract No. C-31500 between Holtec Center and ENW | 03/01/2000 | **No objection**. | |
| | 0226 | ENW0112063 | ENW0112064 | Email from Mark Reis to John Dabney, Michael Humphreys et al. re: Refuel Floor Activities | 03/10/2000 | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0227 | ENW0028694 | ENW0028694 | Holtec International Invoice No. 0317 Billed to ENW | 03/22/2000 | **No objection**. | |
| | 0228 | ENW0028692 | ENW0028692 | ENW Payment Voucher to Holtec International | 05/17/2000 | **No objection**. | |
| | 0229 | ENW-EMS001727, ENW0071839 | ENW-EMS001814, ENW0071842 | Certificate of Compliance for HI-STORM 100: Docket No. 72-1014, Amendment 0. | 05/31/2000 | **No objection** -- exhibit is JX 76. | |
| | 0230 | ENW0052174 | ENW0052184 | Agreement for Consultant and Technical Services by Estes Group to ENW Columbia Generating Station --Contract No. C-31638 | 06/2000 | **No objection**. | |
| | 0231 | ENW0529549 | ENW0529550 | Email from Steve Scammon to Rita Abdella re: Requested Information | 07/10/2000 | **No objection**. | |
| | 0232 | ENW0055166 | ENW0055166 | EQE International Inc. Invoice No. 76658 to ENW | 07/14/2000 | **No objection**. | |
| | 0233 | ENW0063832 | ENW0063841 | Email from Larry P. Homer to David Larkin et al. re: attached Final Root Cause Analysis - Dry Cask Storage Project Inadequate Budget | 07/20/2000 | **No objection**. | |
| | 0234 | ENW0071708 | ENW0071708 | Email re budget underestimates | 07/20/2000 | **No objection**. | |
| | 0235 | | | Withdrawn | | | |
| | 0236 | ENW0071708 | ENW0071708 | Email from David L. Larkin to Steve L. Scammon re: Dry Cask Storage Review Team Charter | 07/20/2000 | **No objection**. | |
| | 0237 | ENW0122610 | ENW0122624 | Email from Lawrence Noble to Robert A. Vopalensky re: Proposal for Roadway Design & Load Path Analysis | 07/24/2000 | **No objection**. | |
| | 0238 | ENW0240571 | ENW0240589 | Spent Fuel Dry Cask Storage Self-Assessment, August 7 - 22, 2000 | 08/??/2000 | **No objection**. | |
| | 0239 | ENW0210070 | ENW0210070 | Letter from D.L. Larkin to Scott Pellet of Holtec re: Hold on MPC Material Procurement | 08/02/2000 | **No objection**. | |
| | 0240 | ENW0085981 | ENW0085982 | Email from Steve Scammon to Lawrence Noble et al. re: Lowest Service Temperature for Crawler for NDT Concerns | 08/16/2000 | **No objection**. | |
| | 0241 | ENW0074287 | ENW0074287 | E-mail from D. Atkinson to D. Larkin et al. re: EFSEC approval of ISFSI construction. | 02/12/2000 | **No objection** -- exhibit is JX 75. | |
| | 0242 | ENW0085150 | ENW0085150 | Email from Lawrence Noble to Steve Scammon re: FY01 and 02 | 10/05/2000 | **No objection**. | |
| | 0243 | ENW0060119 | ENW0060124 | Email from Benzel to Atkinson, Scammon, Oxenford re: PRB Minutes attaching Minutes of ENW Participants' Review Board | 10/25/2000 | **No objection**. | |
| | 0244 | | | Withdrawn | | | |
| | 0245 | ENW0254127, ENW2003585 | ENW0254154, ENW2003612 | Letter from EN to NRC re: request for amendment to WNP-2 operating license. | 10/30/2000 | **No objection** -- exhibit is JX 77. | |
| | 0246 | ENW0029144 | ENW0029145 | SCM Consultants, Inc Invoice # 20011264 to ENW | 11/05/2000 | **No objection**. | |
| | 0247 | ENW0147846, ENW0149159 | ENW0147846, ENW0149159 | Email from S. Scammon to R. Webring re: use of internal and external resources on dry cask storage project. | 12/11/2000 | **No objection** -- exhibit is JX 78. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0248 | ENW0148790 | ENW0148792 | Email from Steve Scammon to Neil Zimmerman re: Turnkey Cask Loading Services for Columbia Generating Station | 12/11/2000 | **No objection**. | |
| | 0249 | ENW0056846 | ENW0056847 | Email from Scott Pellet to Steve Scammon re: Additional Cask Stability Analyses | 12/22/2000 | **No objection**. | |
| | 0250 | ENW0284806 | ENW0284807 | ENW Support Services Work Authorization FY01 | 2001 | **No objection**. | |
| | 0251 | | | Withdrawn | | | |
| | 0252 | ENW0527699 | ENW0527731 | ENW Support Services Contract C31621 (Public Works Service Contract) | 01/2001 | **No objection**. | |
| | 0253 | ENW0648648 | ENW0648657 | ENW Action Memo No. 811, ISFSI Procedures and Training Development Support with Attached Correspondence | 01/12/2001 | **No objection**. | |
| | 0254 | ENW0529585 | ENW0529585 | Email from Steve Scammon to James Engbarth re: ISFSI | 01/15/2001 | **No objection**. | |
| | 0255 | ENW0061113 | ENW0061115 | Email from S. Scammon to R. Webring et al. re: Info Memo 531 | 01/22/2001 | EN objects on the basis that the description and Bates numbers on the Government's exhibit list do not match the version of the exhibit that was provided to EN. EN objects to the exhibit as provided by the Government as irrelevant under FRE 401/402, in that it comprises three random pages of EN documents on unrelated matters, and therefore does not address any fact of consequence to this action. EN assumes that the Government meant to provide the exhibit it described on its list. Although EN believes it will have no substantive objections to that exhibit, it reserves the right to object should the Government correct or change this exhibit. | Defendant Will Provide a Correct Copy of the Document to Plaintiff |
| | 0256 | ENW0529532 | ENW0529532 | Email from S. Scammon to E. Guerra re: spent fuel contingency plans. | 01/23/2001 | **No objection** -- exhibit is JX 79. | |
| | 0257 | ENW0029351 | ENW0029352 | Sagemoor Enterprises's Invoice 038 to ENW | 01/26/2001 | **No objection**. | |
| | 0258 | ENW0029501 | ENW0029502 | EQE International Inc. Invoice No. 82558 to ENW | 02/16/2001 | **No objection**. | |
| | 0259 | ENW0029544 | ENW0029544 | EQE International Inc. Invoice No. 82722 to ENW | 02/20/2001 | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0260 | ENW0057825 | ENW0057825 | Email from David Larkin to Robert Vopalensky, Steve Scammon, and Gregory W. Rowell, re: HI-STORM 100S Change | 03/07/2001 | **No objection**. | |
| | 0261 | ENW0029648 | ENW0029649 | U.S DOE Bonneville Power Administration Agreement | 03/21/2001 | **No objection**. | |
| | 0262 | ENW0063584 | ENW0063591 | Email from Alan Carlyle to Steve Scammon et al. re: EFSEC Letter - Columbia Dry Cask Storage, Road Realignment | 03/23/2001 | **No objection**. | |
| | 0263 | ENW0052049 | ENW0052126 | ENW and Ferg & Associates, Inc. Contract No. C-31688 ISFSI Procedures and Training Development Support | 05/2001 | **No objection**. | |
| | 0264 | ENW0049972 | ENW0049978 | ENW Purchase Order 00308970 | 05/15/2001 | **No objection**. | |
| | 0265 | ENW0030109 | ENW0030113 | Sargent & Lundy, LLC Invoice No. 10236771 to ENW | 05/21/2001 | **No objection**. | |
| | 0266 | ENW0048753 | ENW0048753 | ENW Material Request 00036824 - Furniture for Carol Marty | 05/23/2001 | **No objection**. | |
| | 0267 | ENW0052051 | ENW0052126 | Contract No. C-31688 Columbia Generating Station ISFSI Procedures and Training Development Support Agreement | 05/30/2001 | **No objection**. | |
| | 0268 | ENW0084494 | ENW0084499 | Email from Carol Marty to Curtis Moore et al. re: Organizational Chart Updates | 06/05/2001 | **No objection**. | |
| | 0269 | ENW0149210 | ENW0149210 | Email from Steve Scammon to Jerry Wolski re: Budget | 06/26/2001 | **No objection**. | |
| | 0270 | ENW0101004 | ENW0101005 | EQE International Inc. Invoice No. 88789 to ENW | 06/30/2001 | **No objection**. | |
| | 0271 | ENW0048767 | ENW0048768 | Material Request No. 00036199 - Installation of Video Capture Equipment | 07/01/2001 | **No objection**. | |
| | 0272 | ENW0048770 | ENW0048770 | Spent Fuel Storage Equipment - Project - Material Request 00031864 | 07/01/2001 | **No objection**. | |
| | 0273 | ENW0148711 | ENW0148711 | E-mail from Steve Scammon to James Walker re: Fuel Pool Capacity | 07/12/2001 | **No objection**. | |
| | 0274 | ENW0086585 | ENW0086600 | Independent Engineering Assessment Reactor Building Crane Compliance w/ NUREG 0554, Doc. No. PO 2164-R3, by Material Handling Equipment | 08/10/2001 | **No objection**. | |
| | 0275 | ENW0055562 | EEW0055563 | Cascade Fire Protection Co. Contract No. 21-56 | 08/17/2001 | **No objection**. | |
| | 0276 | ENW0031218, ENW0031224 | ENW0031218, ENW0031225 | Underwater Engineering Services Contract No. C31646 ENW NUC- 2001104 | 08/22/2001 | **No objection**. | |
| | 0277 | ENW0031217 | ENW0031290 | Invoice from S.G. Pinney for Underwater Work | 08/22/2001 | **No objection**. | |
| | 0278 | ENW0058190 | ENW0058191 | Email from David Larkin to Steve Scammon et al. re: Mating Device and Dolly Hold | 09/05/2001 | **No objection**. | |
| | 0279 | ENW0573044 | ENW0573045 | Email from Lawrence Noble to Robert Vopalensky re: Cask Pad Enlargement Cost | 09/27/2001 | **No objection**. | |
| | 0280 | ENW0529564 | ENW0529564 | Email from Steve Scammon to Stephen Buck re: Bond Document Disclosure | 10/08/2001 | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0281 | ENW0055740 | ENW0055740 | Morrison Construction Services Inc. Invoice # 19588 to ENW | 10/31/2001 | **No objection**. | |
| | 0282 | ENW0459026 | ENW0459064 | Work Order No. 01024273 | 10/17/2001 | **No objection**. | |
| | 0283 | | | Withdrawn | | | |
| | 0284 | ENW0031481 | ENW0031482 | Material Handling Equipment, Inc. Invoice # 2164b to ENW | 10/22/2001 | **No objection**. | |
| | 0285 | | | Letter to Dr. K.P. Singh, re NRC Inspection Report no. 72-1014/01-201 and Notice of Violation | 10/22/2001 | **FRE 401/402**: The exhibit is irrelevant because it concerns an NRC violation at a Holtec facility, and there is no indication that it concerns EN or materials purchased by EN. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it concerns an NRC violation at a Holtec facility, and there is no indication that it concerns EN or materials purchased by EN. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Relevant to Damages Calculations, Failure to Mitigate; Public Record; Defendant Will Authenticate Exhibit at Trial |
| | 0286 | ENW2004517 | ENW2004529 | Letter from Jack Cushing to J.V. Parrish enclosing Amendment and Safety Evaluation re: Columbia Generating Station---Amendment to Revise Final Safety Analysis Report | 10/26/2001 | **No objection**. | |
| | 0287 | ENW0459399 | ENW0459414 | Work Order # 0102656801 | 11/05/2001 | **No objection**. | |
| | 0288 | ENW0610131 | ENW0610132 | Email from Gregory Rowell to Lawrence Noble re: Contractor and Backfill Funds for ISFSI Project | 11/28/2001 | **No objection**. | |
| | 0289 | ENW0060152 | ENW0060152 | Email from F. Raquel to Steve Scammon re: PTL 181465 | 11/30/2001 | **No objection**. | |
| | 0290 | ENW0459696 | ENW0459730 | Work Order No. 0102745301 | 12/04/2001 | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0291 | ENW0072115 | ENW0072117 | Email Chain from Lawrence D. Noble to Douglas C. Thompson, Dennis Kerlee, Steve Scammon, et al. re: QC Support of ISFSI Project | 12/04/2001 | **No objection**. | |
| | 0292 | ENW0149513 | ENW0149513 | Email from Steve Scammon to Gary L. Weimer re: PTL 156791 - Update | 01/02/2002 | **No objection**. | |
| | 0293 | ENW0060213 | ENW0060213 | Email from Gregory Rowell to Steve Scammon re: Radwaste Disposal | 01/29/2002 | **No objection**. | |
| | 0294 | ENW0459603 | ENW0459629 | Work Order No. 0102660201 | 01/30/2002 | **No objection**. | |
| | 0295 | ENW0032268 | ENW0032270 | Lampson International LLC Invoice 16858 to ENW | 02/18/2002 | **No objection**. | |
| | 0296 | | | Withdrawn | | | |
| | 0297 | ENW0115229 | ENW0115237 | Email from Gregory Rowell to Neil Zimmerman re: Cask Pit Restraint | 02/26/2002 | **No objection**. | |
| | 0298 | ENW2042301 | ENW2042309 | Memo from Larry Link to Steve Scammon re: Determination of Fuel Assembly Condition, attaching Supplemental Information Guidance for Fuel Assembly Condition for ISFSI | 03/25/2002 | **No objection**. | |
| | 0299 | ENW0467285 | ENW0467297 | ENW Work Order No. 0100297455 | 2002 | **No objection**. | |
| | 0300 | ENW0606260 | ENW0606262 | Email from Sheri Bird to Lawrence Noble et al. re: Funding for Engineering | 04/11/2002 | **No objection**. | |
| | 0301 | ENW0148262 | ENW0148263 | Email from Steve Scammon to William Kiel re: Draft Position for USDOE Railroad | 04/17/2002 | **No objection**. | |
| | 0302 | ENW0466283 | ENW0466313 | Work Order No. 0103430502 PL | 04/18/2002 | **No objection**. | |
| | 0303 | ENW0149823 | ENW0149825 | E-mail string, Subj: PTL 187218 Evaluation; Approving Purchase of Underwater Camera & Controller; Fr:Scammon, To: Richey | 04/19/2002 | **No objection**. | |
| | 0304 | ENW0049844 | ENW0049868 | EN Executive Board Resolution No. 1250. | 04/25/2002 | **No objection** -- exhibit is JX 82. | |
| | 0305 | ENW0049800 | ENW0049840 | Credit Agreement between Energy Northwest and Citibank. | 04/25/2002 | **No objection** -- exhibit is JX 81. | |
| | 0306 | ENW0069123 | ENW0069123 | Email from Lisa Ferek to Lawrence Link, cc: Steve Scammon, Subject: ISFSI Feedback on Outage Start Date Move | 04/30/2002 | **No objection**. | |
| | 0307 | ENW2350756 | ENW2350761 | ISFSI Roles & Responsibilities | 05/06/2002 | **No objection**. | |
| | 0308 | ENW0049841 | ENW0049843 | EN Promissory Note issued to Citibank. | 05/10/2002 | **No objection** -- exhibit is JX 83. | |
| | 0309 | ENW0033024 | ENW0033039 | Tecmer Inc. Letter from Thomas Drake to ENW re: Service Invoice ENW-02-006 | 05/13/2002 | **No objection**. | |
| | 0310 | ENW0466322 | ENW0466328 | Work Order No. 0103430504 PL | 06/03/2002 | **No objection**. | |
| | 0311 | ENW0148178 | ENW0148178 | Email from Steve Scammon to Douglas Thompson; John Peters et al. re: Bartlett $$ in ISFSI & PRC Projects | 06/10/2002 | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0312 | ENW0068691 | ENW0068693 | Email from David Larkin to Steve Scammon re: Columbia - IRS Letter Ruling (Spent Fuel) | 06/25/2002 | EN objects on the basis that the description on the Government's exhibit list does not match either the Bates range listed or the version of the exhibit that was provided to EN. EN objects to the exhibit as provided by the Government as irrelevant under FRE 401/402, in that it comprises three random pages of EN documents on unrelated matters, and therefore does not address any fact of consequence to this action. EN assumes that the Government meant to provide the exhibit it described as Scammon Dep. Ex. 2 on its list. Although EN believes it will have no substantive objections to that exhibit, it reserves the right to object should the Government correct or change this exhibit. | Defendant Will Provide a Correct Copy of the Document to Plaintiff |
| | 0313 | ENW0052296 | ENW0052301 | Mid Columbia Engineering Inc. Invoice Contract No. 00311913 | 06/25/2002 | **No objection**. | |
| | 0314 | ENW0100359 | ENW0100361 | Email from Steve Scammon to Rodney Webring, Dale Atkinson, Danny Poirier, et al. re: ISFSI Transition Plan | 06/27/2002 | **No objection**. | |
| | 0315 | ENW0100453 | ENW0100453 | E-mail from S. Scammon to D. Atkinson et. al. re: NRC inspection of dry cask loading dry run. | 06/28/2002 | **No objection** -- exhibit is JX 84. | |
| | 0316 | ENW0148722 | ENW0148722 | Email from Scammon to Weers re: Status of Dry Cask Storage | 07/08/2002 | **No objection**. | |
| | 0317 | ENW0033507 | ENW0033507 | Invoice issued by Holtec to ENW # 20729 | 07/15/2002 | **No objection**. | |
| | 0318 | | | Withdrawn | | | |
| | 0319 | ENW0033508 | ENW0033508 | Holtec International Invoice No. 20734A (revised) to ENW | 07/18/2002 | **No objection**. | |
| | 0320 | | | Withdrawn | | | |
| | 0321 | ENW0460807 | ENW0460842 | Work Order No. 0102773901 DC | 07/31/2002 | **No objection**. | |
| | 0322 | ENW0155443 | ENW0155514 | ENW Design Safety Assessment, BDC Package 97-0180-4E-750 (reactor building modifications) | 08/01/2002 | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0323 | ENW0067248 | ENW0067248 | Email from Douglas C. Thompson to Steve Scammon, John Peters, Inge Borland, et al. re: RP Support of ISFSI for July 2002 | 08/07/2002 | **No objection**. | |
| | 0324 | ENW0461433 | ENW0461434 | Work Order # 0102888315 DC Safeguards | 8/27/2002 | **No objection**. | |
| | 0325 | ENW0529534 | ENW0529534 | Email from Steve Scammon to Georgia Hammond re: Broadcast Message Entry into the ISFSI | 09/20/2002 | **No objection**. | |
| | 0326 | ENW0149277 | ENW0149277 | Email from Steve Scammon to Donald McManman re: Tip of the Hat | 09/20/2002 | **No objection**. | |
| | 0327 | ENW2350769 | ENW2350772 | Proposed ISFSI Organization Chart and Outline | 10/04/2002 | **No objection**. | |
| | 0328 | ENW0062446 | ENW0062451 | Additional References & Notes for Doc. No. PO 2164-R3, Reactor Building Crane Compliance with NUREG 0554 | 10/27/2002 | **No objection**. | |
| | 0329 | ENW0062473 | ENW0062474 | Email from Neil Zimmerman to Steve Scammon re: Future Cask Heat Loads | 10/28/2002 | **No objection**. | |
| | 0330 | ENW0148259 | ENW0148259 | Email from Steve Scammon to Joy Russell re: Columbia ISFSI | 11/01/2002 | **No objection**. | |
| | 0331 | ENW0603405 | ENW0603408 | Email from Gregory Rowell to Steve Scammon re: Backfill Funds for ISFSI Support for July, August and September | 11/19/2002 | **No objection**. | |
| | 0332 | ENW0460368 | ENW0460371 | Work Order No. 010275545 | 12/30/2002 | **No objection**. | |
| | 0333 | | | ENW 2003 Annual Report | 2003 | **No objection**. | |
| | 0334 | | | ENW Columbia Generating Station Independent Spent Fuel Storage Installation Facility | 2003 | **No objection**. | |
| | 0335 | ENW0658217 | ENW0658222 | Payroll Time Reporting Approval Audit, Internal Audit Report No. 04-S-03 | 01/2003 | **No objection**. | |
| | 0336 | ENW0052442 | ENW0052507 | ENW Executive Board Review of Nuclear Program | 01/23/2003 | **No objection**. | |
| | 0337 | ENW0200806 | ENW0200810 | ISFSI Casks 6 through 10 Loading Campaign Cost Estimate Breakdown | 02/07/2003 | **No objection**. | |
| | 0338 | | | Withdrawn | | **No objection** -- exhibit is JX 86. | |
| | 0339 | ENW0572687 | ENW0572692 | Email from David Larkin to Tanya M. Demyer re: ISFSI Project Manager Application | 04/10/2003 | **No objection**. | |
| | 0340 | | | Email from Robert Lewis to E. William Brach; Larry Camper re: Note on Holtec Violation Decision | 05/01/2003 | **No objection**. | |
| | 0341 | ENW0053830 | ENW0053892 | RW-859, including "Projected Assembly Discharges" | 05/14/2003 | **No objection**. | |
| | 0342 | ENW0049520 | ENW0049521 | Receipt and Application of Moneys for the ENW Columbia Generating Station Electric Revenue Bonds Series 2003-F | 05/29/2003 | **No objection**. | |
| | 0343 | ENW0049153 | ENW0049191 | Executive Board Resolution No. 1301 - A Supplemental Resolution Providing For the Issuance of $41,330,000 ENW Columbia Generating Station Electric Revenue Bonds, Series 2003-F | 05/29/2003 | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0344 | ENW0128857 | ENW0128857 | Email from Scott Oxenford to John Suing; Rolly Fuller; Kristie Mckune re: Reactor Maintenance Organization | 06/09/2003 | **No objection**. | |
| | 0345 | ENW0128473 | ENW0128475 | Email from Bernice Kasko to Denise Hall attaching ISFSI Organization Announcement and Reactor Maintenance Organization Chart | 06/30/2003 | **No objection**. | |
| | 0346 | ENW0458689 | ENW0458690 | Work Order No. 0102745302 SC | 07/06/2003 | **No objection**. | |
| | 0347 | ENW0459694 | ENW0459695 | Work Order No. 01027453 | 07/06/2003 | **No objection**. | |
| | 0348 | ENW0063832 | ENW0063841 | Email from Larry Homer to Larkin, Scammon, Ingersol, Pesek Transmitting Root Cause Analysis(RCA) for PER 200-0809 (Final)--Dry Cask Storage Project, Inadequate Budget-- w/ RCA attached | 07/20/2003 | **No objection**. | |
| | 0349 | ENW0051982 | ENW0051992 | Spent Fuel Storage System, HERMIT Work Scope | 07/23/2003 | **No objection**. | |
| | 0350 | ENW0081184 | ENW0081187 | Email from Rolly Fuller to John Suing re: CGS Cask Loading Campaign | 08/22/2003 | **No objection**. | |
| | 0351 | | | Withdrawn | | | |
| | 0352 | ENW0187807 | ENW0187809 | ENW Finance Manual - Scope / Description of Administrative & General Costs | 09/15/03 | **FRE 106**: The exhibit is missing portions that should, in fairness, be considered contemporaneously with this document. A complete version of this document is found on EN's exhibit list as PX 745. | Defendant Withdraws DX 352 |
| | 0353 | ENW0102128 | ENW0102129 | Email from Neil Zimmerman to Douglas Culver, and Rolly Fuller re: Call Letter for Heavy Equipment & Mobile Cranes | 10/06/2003 | **No objection**. | |
| | 0354 | ENW0581295 | ENW0581299 | Email from John Suing to David Larkin re: ISFSI Estimate 08 | 10/29/2003 | **No objection**. | |
| | 0355 | ENW0221911 | ENW0221911 | Email from John Suing to David Larkin re: ISFSI Estimate 07 | 10/29/2003 | **No objection**. | |
| | 0356 | ENW0458666 | ENW0458668 | Work Order # 0105059801 FX | 11/1/2003 | **No objection**. | |
| | 0357 | ENW0082155 | ENW0082155 | Email from Neil Zimmerman to Rolly Fuller et al. re: FY05 Budget | 12/08/2003 | **No objection**. | |
| | 0358 | ENW0459234 | ENW0459287 | Work Order # 0102653801, DC, SFP Cask Area Modifications | 12/28/2003 | **No objection**. | |
| | 0359 | | | Withdrawn | | | |
| | 0360 | ENW0052624 | ENW0052675 | 2004 Annual Report | 2004 | **No objection**. | |
| | 0361 | ENW0104095 | ENW0104095 | Email from Rolly Fuller to Robin Feuerbacher et al. re: Offsite Shipment of Spent Fuel | 01/06/2004 | **No objection**. | |
| | 0362 | ENW0050031 | ENW0050033 | ENW Work Release Order No. 3 Issued to Hi-Tech Nuclear Services, Inc. | 02/06/2004 | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0363 | ENW0128525 | ENW0128530 | Email from Rolly Fuller to John Suing re: 10 Cask ISFSI Campaign in 2004, Pre-Established Schedule and Budget | 02/12/2004 | **No objection**. | |
| | 0364 | ENW0143922 | ENW0143922 | Email from John Suing to Rolly Fuller re: ISFSI Number | 02/20/2004 | **No objection**. | |
| | 0365 | ENW0015865 | ENW0015895 | Day & Zimmermann - NPS - Invoice No. 90674914 to ENW | 03/16/2004 | **No objection**. | |
| | 0366 | | | Preliminary Expert Damages Report of Michael P. Emmert, Volume 1 of 2 | 04/15/2004 | **No objection**. | |
| | 0367 | ENW0050035 | ENW0050038 | ENW Work Release Order No. 2 Issued to Hi-Tech Nuclear Services, Inc. | 04/21/2004 | **No objection**. | |
| | 0368 | ENW0102221 | ENW0102314 | Email from Neil Zimmerman to Kristie Mckune re: Picture Show About ISFSI with attachment re:Columbia Station Dry Spent Fuel Storage | 04/27/2004 | **No objection**. | |
| | 0369 | ENW0102315 | ENW0102317 | Email from Shawn Jerrow to Rolly Fuller et al. re: ISFSI Campaign Results & Award Recommendations | 05/12/2004 | **No objection**. | |
| | 0370 | ENW0103222 | ENW0103224 | Trojan & CGS Cask Loading Comparisons | 04/15/2004 | **No objection**. | |
| | 0371 | ENW0532251 | ENW0532265 | Email from John D. Arbuckle to Thomas Albert, et al. re: Quality Audit Report AU-DC-04 (ISFSI) with Attachment of Feedback Survey Sheet for Reports | 06/03/2004 | **No objection**. | |
| | 0372 | ENW0307608 | ENW0307616 | Article "Conceptual Discussion - Spent Fuel Transport off the CGS Site" Neil Zimmerman | 06/17/2004 | **No objection**. | |
| | 0373 | ENW0080304 | ENW0080305 | Email from Gaylon H. Gallup to Gary E. Bartlett, re: Fuel Cask-MPC's Average Cost FY04 | 07/01/2004 | **No objection**. | |
| | 0374 | ENW0128540 | ENW0128543 | Email from Duane Neely to Rolly Fuller re: FY04 ISFSI Costs | 07/12/2004 | **No objection.** | |
| | 0375 | ENW0466162 | ENW0466164 | Financial Work Order No 0101723101 UP | 7/24/2004 | **No objection**. | |
| | 0376 | | | Withdrawn | | | |
| | 0377 | ENW0272503 | ENW0272504 | Memo from Rolly Fuller to Executive Authorization Committee re: ISFSI FY06 Campaign Deferral | 12/08/2004 | **No objection**. | |
| | 0378 | ENW0127039 | ENW0127045 | Email from Donna E. McCauley to Gregory P. Armatrout, et al. re: Draft EAC Meeting Notes - EAC 3 & 4 with Attachments re: EAC Meeting 3 12/13/04. (Updated Version with Comments from Jim Gaston Incorporated) | 12/27/2004 | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0379 | | | Nuclear Waste Fund and Defense Nuclear Waste Fund Requested Funds v. Appropriated Funds 1983 - 2005 | 2005 | **FRE 401/402**: The exhibit is irrelevant because budget appropriations are irrelevant to the established fact of DOE's breach of contract, and the D.C. Circuit foreclosed DOE from making any argument under the "unavoidable delays" clause of the Standard Contract. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because budget appropriations are irrelevant to the established fact of DOE's breach of contract, and the D.C. Circuit foreclosed DOE from making any argument under the "unavoidable delays" clause of the Standard Contract. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. **FRE 1006**: The exhibit purports to be a summary, but EN has had no opportunity to examine any underlying data. | Defendant Will Provide the Back-up Documents that Support the Summary; Relevant to DOE Performance; Defendant Will Authenticate Exhibit at Trial |
| | 0380 | ENW0466204 | ENW0466206 | Financial Work Order No. 0106572901 UP | 1/3/2005 | **No objection**. | |
| | 0381 | ENW0466159 | ENW0466161 | Financial Work Order No. 0101723001 UP | 4/30/2005 | **No objection**. | |
| | 0382 | | | Kouts' OCRWM Employment History | 08/01/2005 | **No objection**. | |
| | 0383 | | | Declaration of David L. Larkin | 08/05/2005 | **No objection**. | |
| | 0384 | ENW0133000 | ENW0133006 | Email from Lewis to Hugo, Ferek, Boynton, Schmitz et al. Subj: Spent Fuel Pool Cooling, attaching Fuel Pool Cooling System Presentation | 10/27/2005 | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0385 | ENW0143757 | ENW0143759 | Email from John Suing to Rolly Fuller re: RX Equipment Pool Cleanup Organization Chart. PPt. | 11/04/2005 | **No objection**. | |
| | 0386 | ENW0128297 | ENW0128299 | Email from Rolly Fuller to Daniele Carlson et al. re: Reminder- Action: Input in Preparation for Next Monday's (12/19) Bi-Weekly Manager/Supervisor Meeting | 12/16/2005 | **No objection**. | |
| | 0387 | | | Interest Dollar Amounts for 5/10/02 - 6/30/06 re ENW Columbia Generating Station Independent Spent Fuel Storage Installation Facility (ISFSI) | 2006 | **No objection**. | |
| | 0388 | ENW0133240 | ENW0133241 | Email from Lisa Ferek to Rolly Fuller re: Action: "Final" ISFSI Budget | 01/05/2006 | **No objection**. | |
| | 0389 | ENW0038927 | ENW0038927 | PAR Nuclear Inc. Invoice 90087823 for Refueling Bridge Main Hoist Trouble-shooting | 01/12/2006 | **No objection**. | |
| | 0390 | ENW2019861 | ENW2019895 | ENW Columbia Generating Station FY2007 Fuel Management Plan by Lisa L. Ferek | 02/2006 | **No objection**. | |
| | 0391 | ENW0093120 | ENW0093122 | Email from Rolly Fuller to David Larkin re: Proposed Hi-Storm Design Change | 03/22/2006 | **No objection**. | |
| | 0392 | ENW0051956 | ENW0051958 | ENW Work Release Order No. 7 Issued to Hi-Tech Nuclear Services, Inc. | 06/05/2006 | **No objection**. | |
| | 0393 | ENW0077905 | ENW0077906 | Email from Neil Zimmerman to David Larkin and Rolly Fuller re: Deferral of FHD/SCS | 06/27/2006 | **No objection**. | |
| | 0394 | ENW0527512 | ENW0527517 | Atlas Van Lines Invoice HJ35176001 Billed and Related ENW Payment Documentation | 06/28/2006 | **No objection**. | |
| | 0395 | ENW0146345 | ENW0146346 | Email from Neil Zimmerman to Rolly Fuller re: PHC Schedule | 06/29/2006 | **No objection**. | |
| | 0396 | ENW0050501 | ENW0050503 | ENW Purchase Order No. 00311586 for $31,500 to Vendor Pius J. Nold | 10/06/2006 | **No objection**. | |
| | 0397 | ENW0051516 | ENW0051517 | ENW Purchase Order No. 00310703 to Lampson International LLC | 10/09/2006 | **No objection**. | |
| | 0398 | ENW0051539 | ENW0051540 | ENW Purchase Order 00309041 to Matec Inc. | 10/09/2006 | **No objection**. | |
| | 0399 | ENW0051524 | ENW0051525 | ENW Purchase Order 00309165 | 10/09/2006 | **No objection**. | |
| | 0400 | ENW0051559 | ENW0051563 | ENW Purchase Order 00307792 to M & D Professional Services | 10/09/2006 | **No objection**. | |
| | 0401 | ENW0051718 | ENW0051720 | ENW Purchase Order # 00307741 to S.G. Penney for Underwater Work. | 10/09/2006 | **No objection**. | |
| | 0402 | ENW0051574 | ENW0051576 | ENW Purchase Order No. 00309862 | 10/09/2006 | **No objection**. | |
| | 0403 | | | Spent Nuclear Fuel Damages Claim- Summary of Costs Incurred by Expense Class | 11/16/2006 | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0404 | | | Spent Nuclear Fuel Damages Claim - Summary of Total Cask Loading Costs | 11/16/2006 | EN has no evidentiary objection to this exhibit except to the inclusion of the final page, which is an irrelevant and unrelated email that is not a part of the document. | Defendant Withdraws the Final Page of DX 404 |
| | 0405 | ENWMPE0010215 | ENWMPE0010219 | Email from Christopher Tompkins to Michael Emmert re: Attached Draft Engagement Letter | 02/21/2007 | **FRE 401/402**: The exhibit is irrelevant because it concerns a draft engagement letter for EN's expert, which does not address any fact that is of consequence to the determination of this action. | Relevant to Expert Retention Issues |
| | 0406 | ENWMPE0010389 | ENWMPE0010395 | Email from Michael Emmert to Christopher Tompkins re: Attached Draft Energy NW Retention Letter | 03/01/2007 | **FRE 401/402**: The exhibit is irrelevant because it concerns a draft engagement document for EN's expert, which does not address any fact that is of consequence to the determination of this action. | Relevant to Expert Retention Issues |
| | 0407 | ENWERB000022 | ENWERB000024 | Letter to Eric Bush Memorializing Terms and Conditions of Jenner & Block LLP's Agreement to Employ Enercon Services, Inc. | 04/05/2007 | **No objection**. | |
| | 0408 | ENWERB000015 | ENWERB000015 | Email from Eric Bush to Christopher Tompkins re: CGS Rack Documentation | 05/10/2007 | **No objection**. | |
| | 0409 | ENWERB000078 | ENWERB000080 | Invoice No. 73678 for Litigation Support in the Amount of $2,600 | 05/16/2007 | **No objection**. | |
| | 0410 | ENWMPE0010429 | ENWMPE0010430 | Facsimile with Attached Letter from Michael Emmert to Norman Hirsch re: Subcontracting Directly with MFC | 05/22/2007 | **No objection**. | |
| | 0411 | | | Exhibit D - Dry Cask Implementation - Fiscal Years 2000 - 2007 (Partial Year through 8/31/06) | 6/27/2007 | **No objection**. | |
| | 0412 | ENWERB000091 | ENWERB000098 | Bureau of Labor Statistics Data re: Employment Cost Index | 09/05/2007 | **No objection**. | |
| | 0413 | | | Response Letter from Christopher Tompkins to Sharon Snyder re: 8/13/2007 Letter to Norm Hirsch, re: Adjusments by ENW for Double Counting | 09/06/2007 | **FRE 401/402**: The exhibit is irrelevant because it concerns details of EN's document production and does not address any fact that is of consequence to the determination of this action. | Defendant Withdraws DX 413 |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0414 | ENWEMS000005 | ENWEMS000008 | Email from Eileen Supko to Adam Hachikian re: Teleconference | 09/12/2007 | **FRE 401/402**: The exhibit is irrelevant because it consists solely of emails regarding scheduling of meetings with EN's expert and does not address any fact that is of consequence to the determination of this action. | Relevant to Expert Retention Issues |
| | 0415 | | | Withdrawn | | | |
| | 0416 | ENWMPE0010448 | ENWMPE0010454 | Email from Norman Hirsch to David Jimenez-Ekman, Christopher Tompkins and Francisco Cano attaching Completed Mesirow Engagement Letter | 10/25/2007 | **No objection**. | |
| | 0417 | ENWMPE0010396 | ENWMPE0010419 | Email from Michael Emmert to Christopher Tompkins attaching Requested Handwritten Scanned Document from M. Emmert | 10/31/2007 | **FRE 401/402**: The exhibit is irrelevant because it is handwritten notes from EN's expert, which cannot be used to prove the truth of any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is handwritten notes from EN's expert. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Relevant to Expert Issues, Such as Fact-gathering Process; Recorded Recollection [FRE 802(5)] |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0418 | EXG0060001 | EXG0060043 | Expert Witness Report of Charles L. Stuart | 12/21/2007 | **FRE 401/402**: The exhibit is irrelevant because it is an expert report from the Government's expert, which cannot be used to prove the truth of any fact that is of consequence to the determination of this action. **FRE 702**: The exhibit consists of expert opinions that do not meet admissibility standards under FRE 702 and are the subject of a motion in limine filed by EN. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Relevant to Expert Opinions, Damages Calculations, Failure to Mitigate |
| | 0419 | EXG009000001 | EXG009000065 | Expert Report of Raymond S. Hartman | 12/21/2007 | **FRE 401/402**: The exhibit is irrelevant because it is an expert report from the Government's expert, which cannot be used to prove the truth of any fact that is of consequence to the determination of this action. **FRE 702**: The exhibit consists of expert opinions that do not meet admissibility standards under FRE 702 and are the subject of a motion in limine filed by EN. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Relevant to Expert Opinions, Damages Calculations, Failure to Mitigate |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0420 | EXG008000001 | EXG008000039 | Expert Report of R. Larry Johnson | 12/21/2007 | **FRE 401/402**: The exhibit is irrelevant because it is an expert report from the Government's expert, which cannot be used to prove the truth of any fact that is of consequence to the determination of this action. **FRE 702**: The exhibit consists of expert opinions that do not meet admissibility standards under FRE 702 and are the subject of a motion in limine filed by EN. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Relevant to Expert Opinions, Damages Calculations, Failure to Mitigate |
| | 0421 | ENWERB000088 | ENWERB000090 | Handwritten Notes re: CGS Rack Study | Undated | **FRE 401/402**: The exhibit is irrelevant because it is handwritten notes from EN's expert, which cannot be used to prove the truth of any fact that is of consequence to the determination of this action. **FRE 403**: The exhibit is of limited probative value because it is handwritten notes from EN's expert. Any probative value is substantially outweighed by the danger of confusion of the issues and considerations of preventing a waste of time. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Relevant to Damages Calculations, Failure to Mitigate; Recorded Recollection [FRE 802(5)] |
| | 0422 | | | NRC Fact Sheet: Reactor License Renewal | 04/00/2007 | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0423 | NRC147000002 | NRC147000002 | Columbia Plant Technical Specifications, Amendment 169 (Excerpt: Sect. 5.4, Procedures) | Undated | **FRE 106**: The exhibit is missing pages that should, in fairness, be considered contemporaneously with this document. **FRE 401/402**: The exhibit is irrelevant because it contains operating procedures at EN's Columbia Generating Station that are not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Plaintiff May Supplement Document with Any Additional Pages It Deems Necessary; Relevant to Damages Calculations; Public Record; Defendant Will Authenticate Exhibit at Trial |
| | 0424 | | | Withdrawn | | | |
| | 0425 | ENW0055742 | ENW0055747 | Senior Management Timeline (1992-2005) | Undated | **No objection**. | |
| | 0426 | | | Withdrawn | | | |
| | 0427 | | | 3000, 2010, LE, 1818 Rerack.xls | Undated | **No objection**. | |
| | 0428 | ENW0106138 | ENW0106156 | Columbia Generating Station ISFSI - The Second Campaign, Power Point Presentation by David Larkin | Undated | **No objection**. | |
| | 0429 | ENW0085718 | ENW0085730 | BDC 97-0180-3D, Design Scope Summary--Work in Support of ISFSI Construction | Undated | **No objection**. | |
| | 0430 | | | Withdrawn | | **No objection** -- exhibit is JX 80. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0431 | NRC147000001 | NRC147000001 | Columbia Plant Technical Specifications, Admendment 199 (Excerpt: Sect. 5.3, Unit Staff Qualifications) | Undated | **FRE 106**: The exhibit is missing pages that should, in fairness, be considered contemporaneously with this document. **FRE 401/402**: The exhibit is irrelevant because it concerns operating procedures at EN's Columbia Generating Station that are not at issue in this action. Therefore, the exhibit does not address any fact that is of consequence to the determination of this action. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Plaintiff May Supplement Document with Any Additional Pages It Deems Necessary; Relevant to Damages Calculations; Public Record; Defendant Will Authenticate Exhibit at Trial |
| | 0432 | ENW2322252 | ENW2322257 | ENW Design Safety Assessment Report Summary | Undated | **No objection**. | |
| | 0433 | ENW0546679 | ENW0546680 | Resume of Lawrence Noble | Undated | **No objection**. | |
| | 0434 | ENW2358085 | ENW2358137 | Holtec International Spreadsheet by David Larkin | Undated | **No objection**. | |
| | 0435 | ENW0069019 | ENW0069023 | Letter from D.K. Atkinson to U.S. Nuclear Regulatory Commission re: Columbia Generating Station Operating License | Undated | **No objection**. | |
| | 0436 | ENW2000697 | ENW2000706 | Slide Presentation of Columbia Generating Station - ISFSI - SL Scammon | Undated | **No objection**. | |
| | 0437 | CTR0031111 | CTR0031120 | Paper by A. Brownstein and B. Cole re: Utility and DOE Efforts to Improve the Standard Disposal Contract - An Experiment in Cooperation | Undated | **FRE 106**: Some lines of text are cut off in this document; these lines should, in fairness, be considered contemporaneously with this document. | Defendant Will Provide Complete Copy to Plaintiff |
| | 0438 | ENW2350762 | ENW2350764 | Draft of the Roles and Responsibilities Different Organizations Around Plant to Fill to Support Continued ISFSI Efforts, Titled ISFSI Roles & Responsibilities, for Rx/Fuels Engineering and O&M Services | Undated | **No objection**. | |
| | 0439 | ENW2350766 | ENW2350768 | My Humble Opinions (or What is Required for Success) | 00/00/2002 | **No objection**. | |
| | 0440 | ENW2042231 | ENW2042239 | Guidance for Determining Fuel Assembly Condition for ISFSI | | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0441 | ENW0051988 | ENW0051992 | Contract Modification--Holtec Earthquake Response Mitigator Work Scope | Undated | **No objection**. | |
| | 0442 | ENW0054297 | ENW0054297 | ENW Corporate Allocation Percentages by Year and Allocation Pool (2000-2007) | Undated | **No objection**. | |
| | 0443 | | | ENW Employee List (Regular) | Undated | **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Defendant Will Authenticate Exhibit at Trial; Document from ENW Files |
| | 0444 | ENW2382137 | ENW2382140 | Record of Presentations (Private) | Undated | **No objection**. | |
| | 0445 | | | Withdrawn | | **No objection** -- exhibit is JX 89. | |
| | 0446 | | | List of ENW Departments & Employees that Performed Work on the Loading Campaigns at CGS | Undated | **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Defendant Will Authenticate Exhibit at Trial; Document from ENW Files |
| | 0447 | | | Withdrawn | | **No objection** -- exhibit is JX 85. | |
| | 0448 | ENW0284523, ENW0087882 | ENW0284523, ENW0087882 | Cutting Methods for Cask Pit Component Removal--Work Scope, Background, and Course of Action, attaching Photo of Machine | Undated | **No objection**. | |
| | 0449 | | | Withdrawn | | | |
| | 0450 | ENWERB000009 | ENWERB000010 | List of Confidential Information Requested by Eric Bush - C/M# 43735-10008 | Undated | **No objection**. | |
| | 0451 | ENW0049198 | ENW0049265 | Official Statement, ENW, Columbia Generating Station Electric Revenue Bonds, Series 2003-F | Undated | **No objection**. | |
| | 0452 | | | ENW v. United States Fed. Cl. No. 04-10C - Examples of "Outside Labor" Charges from BTL Systems | Undated | **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Defendant Will Authenticate Exhibit at Trial; Document from ENW Files |
| | 0453 | EGW06900065 | EGW06900070 | Emmert Electronic Backup file "Per Cask Cost Analysis.xls" | Undated | **No objection**. | |
| | 0454 | EGW069000391 | EGW069000399 | Emmert Electronic Backup File "Loading Casks Analysis.xls" | Undated | **No objection**. | |
| | 0455 | EGW069000016 | EGW069000045 | Emmert electronic backup file "Fuel Management.xls" | Undated | **No objection**. | |
| | 0456 | | | Summary of Holtec Amendments (Amendments 1 - 5) | Undated | **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Public Record; Defendant Will Authenticate Exhibit at Trial |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0457 | | | NRC Generic Communication and Regulatory Issue Summaries Related to Dry Cask Storage - 1999 to 2007 | Undated | **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. **FRE 1006**: The document purports to be a summary, but there is no indication of its underlying data or how it was selected, nor has that data been made available to EN. | Defendant Will Authenticate Exhibit at Trial; Public Record; Defendant Will Provide the Underlying Documents that Comprise the Summary |
| | 0458 | NRC148000009 | NRC148000011 | NUHOMS Final Safety Analysis Report, Vol. 1 of 4, pg. 3.2-12 | 06/30/2004 | **FRE 106**: The exhibit is missing pages that should, in fairness, be considered contemporaneously with this document. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Plaintiff May Supplement Pages It Deems Necessary; Public Record; Defendant Will Authenticate Exhibit at Trial |
| | 0459 | NRC148000037 | NRC148000045 | NUHOMS-MP197 Transport Package Safety Evaluation Report, Table 1-1 | 04/30/2001 | **FRE 106**: The exhibit is missing pages that should, in fairness, be considered contemporaneously with this document. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Plaintiff May Supplement Pages It Deems Necessary; Public Record; Defendant Will Authenticate Exhibit at Trial |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0460 | NRC148000006 | NRC148000008 | FSAR-UMS Universal Storage System, Rev. 3, pg. 3.2.3 | 03/31/2004 | **FRE 106**: The exhibit is missing pages that should, in fairness, be considered contemporaneously with this document. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Plaintiff May Supplement Pages It Deems Necessary; Public Record; Defendant Will Authenticate Exhibit at Trial |
| | 0461 | NRC148000068 | NRC148000073 | NAC-UMS Transfer Cask Preliminary Safety Evaluation Report, pg. 1.3 | 11/01/1999 | **FRE 106**: The exhibit is missing pages that should, in fairness, be considered contemporaneously with this document. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Plaintiff May Supplement Pages It Deems Necessary; Public Record; Defendant Will Authenticate Exhibit at Trial |
| | 0462 | NRC148000012 | NRC148000017 | HI-STAR Cask System Safety Analysis Report, pp. 1.0-1 - 1.1-3 | 02/09/2006 | **FRE 106**: The exhibit is missing pages that should, in fairness, be considered contemporaneously with this document. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Plaintiff May Supplement Pages It Deems Necessary; Public Record; Defendant Will Authenticate Exhibit at Trial |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0463 | NRC148000001 | NRC148000005 | HI-STORM 100 Cask System Safety Evaluation Report, page 1-1. | 05/04/2000 | **FRE 106**: The exhibit is missing pages that should, in fairness, be considered contemporaneously with this document. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Plaintiff May Supplement Pages It Deems Necessary; Public Record; Defendant Will Authenticate Exhibit at Trial |
| | 0464 | NRC148000046 | NRC148000067 | Certificate of Compliance for UMS Universal Transport Cask Package, Rev 3. | 10/29/2007 | **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Public Record; Defendant Will Authenticate Exhibit at Trial |
| | 0465 | NRC148000027 | NRC148000036 | Certificate of Compliance, Rev. 2 for Model # TN-68 Transport Package | 02/10/2006 | **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Public Record; Defendant Will Authenticate Exhibit at Trial |
| | 0466 | ENW2382877 | ENW2382878 | Draft Letter from Dale Atkinson to Senior Management re: Apology for Message left after CEO's Staff Meeting | Undated | **No objection**. | |
| | 0467 | | | Excerpt from the PeopleSoft System #4 | Undated | **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Defendant Will Authenticate Exhibit at Trial; Business Record |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0468 | EXG007000017 | EXG007000235 | Scenario 3, Calculation of Removal of Cask Pit Obstructions Adjustment | Undated | **FRE 401/402**: The exhibit is irrelevant because it is calculations from the Government's expert, which cannot be used to prove the truth of any fact that is of consequence to the determination of this action. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Relevant to Damages Calculations |
| | 0469 | | | Scenario 3 - Summary of Non-Incremental Employees | Undated | **FRE 401/402**: The exhibit is irrelevant because it is calculations from the Government's expert, which cannot be used to prove the truth of any fact that is of consequence to the determination of this action. **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. | Relevant to Damages Calculations |
| | 0470 | SV03657 | SV03662 | Paper by Scott Vance: The Standard Contract's Delivery Commitment Schedule Process | Undated | **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Defendant Will Authenticate Exhibit at Trial; Vance Is Scheduled to Testify as a Witness |
| | 0471 | | | Child Project Cost Summary | Undated | **No objection**. | |
| | 0472 | | | PeopleSoft #1 Spreadsheet (Excerpt of Data from PeopleSoft) | Undated | **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Defendant Will Authenticate Exhibit at Trial; Business Record |
| | 0473 | | | AREVA website: http://www.transnuclear.com/nuhoms-os197.hmtl | Undated | **No objection**. | |
| | 0474 | | | Excerpt from the PeopleSoft System #3 | Undated | **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Defendant Will Authenticate Exhibit at Trial; Business Record |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0475 | | | ENW v. United States Fed. Cl. No. 04-10C - Examples of "O/S Energy Support" Charges from BTI System Source | Undated | **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Defendant Will Authenticate Exhibit at Trial; Business Record |
| | 0476 | | | Excerpt from the PeopleSoft System #5 | Undated | **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Defendant Will Authenticate at Exhibit Trial; Business Record |
| | 0477 | | | Excerpt from the PeopleSoft System #6 | Undated | **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Defendant Will Authenticate Exhibit at Trial; Business Record |
| | 0478 | | | Excerpt from the PeopleSoft System #7 | Undated | **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Defendant Will Authenticate Exhibit at Trial; Business Record |
| | 0479 | | | Excerpt from the PeopleSoft System #8 | Undated | **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Defendant Will Authenticate Exhibit at Trial; Business Record |
| | 0480 | | | ENW v. United States Fed. Cl. No. 04-10C TRC Accounting Codes | Undated | **FRE 801/802**: The exhibit consists of out-of-court statements offered for their truth and is therefore inadmissible hearsay. **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Defendant Will Authenticate Exhibit at Trial; Business Record |
| | 0481 | ENWMPE1000115 | ENWMPE1000131 | Emmert electronic backup files accompanying his rebuttal declaration (Compact Disc) | Undated | **No objection**. | |
| | 0482 | | | Excerpt from the PeopleSoft System #2 | Undated | **FRE 901**: The exhibit lacks indicia that establishes the document is what its proponent claims it to be. | Defendant Will Authenticate Exhibit at Trial; Business Record |
| | 0483 | ENW0658566 | ENW0658568 | Payroll Time Reporting Approval Audit, Administrative Procedures Manual, Premium & Overtime Pay - Nonbargaining Employees | 01/03/1997 | **No objection**. | |
| | 0484 | ENW0658582 | ENW0658583 | Payroll Time Reporting Approval Audit, Administrative Procedures Manual, Time Reporting | 06/17/1999 | **No objection**. | |
| | 0485 | ENW0658577 | ENW0658581 | Payroll Time Reporting Approval Audit, Administrative Procedures Manual, Holidays | 11/08/1999 | **No objection**. | |
| | 0486 | ENW0658550 | ENW0658559 | Payroll Time Reporting Approval Audit, Administrative Procedures Manual, Work Schedules (Including Adverse Conditions) | 11/02/2000 | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits

August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0487 | ENW0658539 | ENW0658549 | Payroll Time Reporting Approval Audit, Administrative Manual, Work Schedules (Including Adverse Conditions) | 02/07/2001 | **No objection**. | |
| | 0488 | ENW0658526 | ENW0658538 | Payroll Time Reporting Approval Audit, Administrative Procedures Manual, Work Schedules (Including Adverse Conditions) | 03/05/2001 | **No objection**. | |
| | 0489 | ENW0658604 | ENW0658605 | E-mail from Shirley Benzel, ENW, to All Employees re: Overtime Policy Changes | 04/11/2001 | **No objection**. | |
| | 0490 | ENW0658560 | ENW0658562 | Payroll Time Reporting Approval Audit, Administrative Procedures Manual, Offsite Assignments and Incentives | 06/11/2001 | **No objection**. | |
| | 0491 | ENW0658569 | ENW0658572 | Administrative Procedures Manual, Premium and Overtime Pay - Nonbargaining Employees | 06/25/2001 | **No objection**. | |
| | 0492 | ENW0658563 | ENW0658565 | Administrative Procedures Manual, Offsite Assignments and Incentives | 09/21/2001 | **No objection**. | |
| | 0493 | ENW0658497 | ENW0658498 | ENW Memo from Johnathan Hicks, Internal Auditor, to Audit File, re: Audit Planning Memo, Audit No. 4-S-03, January 2003 | 01/30/2003 | **No objection**. | |
| | 0494 | ENW0658499 | ENW0658499 | ENW Memo from Johnathan Hicks, Internal Auditor, re: Entrance Conference Memo | 02/04/2003 | **No objection**. | |
| | 0495 | ENW0658573 | ENW0658576 | Administrative Procedures Manual, Premium and Overtime Pay - Nonbargaining Employess | 02/20/2003 | **No objection**. | |
| | 0496 | ENW0658586 | ENW0658595 | ENW, Columbia Generating Station Plant Procedures Manual, Administrative Procedures, Conduct of Operations, Excessive Hours Worked Control | 02/25/2003 | **No objection**. | |
| | 0497 | ENW0658584 | ENW0658585 | ENW Administrative Procedures Manual, Time Reporting, | 03/18/2003 | **No objection**. | |
| | 0498 | ENW0658711 | ENW0658712 | E-mail exchange between Johnathan Hicks and Paul Taylor re: Internal Audit of Payroll Approval Procedures | 04/07/2003 | **No objection**. | |
| | 0499 | ENW0658713 | ENW0658716 | E-mail exchanges between Johnathan Hicks and Donald Merhar, John Dabney, William Estes, and Peter Voordepoorte re: Internal Audit of Payroll Approval Procedures | 04/09/2003 | **No objection**. | |
| | 0500 | ENW0658606 | ENW0658607 | E-mail exchange between Lynne Pagel, Amy Anderson, Donald Feldman, Ben Sturges, and Johnathan Hicks re: Operations exempt overtime and Notes of Conversation with Pagel | 04/14/2003 | **No objection**. | |
| | 0501 | ENW0658601 | ENW0658603 | E-mail from Ben Sturges to Johnathan Hicks and Lynn Pagel forwarding 2001 e-mails re: Exempt Overtime Policy | 04/14/2003 | **No objection**. | |
| | 0502 | ENW0658599 | ENW0658600 | E-mail exchange between Lynne Pagel, Ben Sturges, Johnathan Hicks, et al., re: Holiday and Overtime Questions | 04/15/2003 | **No objection**. | |

# Energy Northwest v. United States, No. 04-10C

Government's Responses to Plaintiff's Objections to Government's Exhibits August 29, 2008

| | ENW DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Responses to Objections |
|---|---|---|---|---|---|---|---|
| | 0503 | ENW0658597 | ENW0658598 | E-mail exchange between Donald Feldman and Johnathan Hicks re: Question on Exempt Overtime for Shift Support Supervisor, Control Room Supervisor, and Shift Manager Positions | 04/15/2003 | **No objection**. | |
| | 0504 | ENW0658501 | ENW0658505 | Special Requested Payroll Audit, 4-S-03, January 2003, Significant Audit Findings | 05/08/2003 | **No objection**. | |
| | 0505 | ENW0658500 | ENW0658500 | E-mail from Johnathan Hicks to Albert Mouncer, cc: Debora Nicholls and Gregory Armatrout, re: Follow-up from Exit Conference | 05/19/2003 | **No objection**. | |
| | 0506 | ENW0658506 | ENW0658515 | ENW Draft Payroll Time Reporting Approval Audit, Internal Audit Report No. 04-S-03 | 07/08/2003 | **No objection**. | |
| | 0507 | ENW0658516 | ENW0658525 | ENW Payroll Time Reporting Approval Audit, Internal Audit Report No. 04-S-03, signed by J.E. Hicks | 07/10/2003 | **No objection**. | |
| | 0508 | ENW2379747 | ENW2379766 | Independent Spent Fuel Storage Installation--Project Planning | Undated | **No objection**. | |
| | 0509 | ENW0526850 | ENW0526888 | WPPSS Annual Report 1995 | 1995 | **No objection**. | |
| | 0510 | ENW0526889 | ENW0526927 | WPPSS Annual Report 1996 | 1996 | **No objection**. | |
| | 0511 | ENW0526928 | ENW0526962 | WPPSS Annual Report 1997 | 1997 | **No objection**. | |
| | 0512 | ENW0526963 | ENW0527001 | WPPSS Annual Report 1998 | 1998 | **No objection**. | |
| | 0513 | ENW0527002 | ENW0527040 | WPPSS Annual Report 1999 | 1999 | **No objection**. | |
| | 0514 | ENW0260500 | ENW0260500 | WPPSS Memo from J.V. Parish to J.H. Swailes re: Procurement of On-Site Spent Fuel Storage System | 3/1/1996 | **No objection** -- same as PX 246. | |
| | 0515 | ENW0086785 | ENW0086785 | E-mail from D. Larkin to Alan Abrams, et al., cc: J. Swailes re: Spent Fuel Storage Meeting | 3/5/1996 | **No objection**. | |
| | 0516 | ENW0129892 | ENW0129892 | Email from D. Larkin to Alan Abrams, et al., cc: J. Swailes re: Bonus Source Selection Panel Meeting | 4/17/1996 | **No objection**. | |
| | 0517 | ENW0130092 | ENW0130092 | Email from Scott Wood to Alan Abrams, et al., cc: J. Swailes re: Spent Fuel Storage Procurement | 8/26/1996 | **No objection**. | |
| | 0518 | ENW0130891 | ENW0130891 | E-mail from D. Larkin to J. Swailes, et al., re: USA Spent Fuel Storage Initiative | 11/4/1996 | **No objection**. | |
| | 0519 | ENW0129268 | ENW0129269 | Email from R. Webring to J. Swailes, et al., re: USA Spent Fuel Storage Initiative | 11/9/1996 | **No objection**. | |
| | 0520 | | | Withdrawn | | | |
| | 0521 | ENW0533356 | ENW0533358 | E-mail from D. Larkin to J. Swailes, et al., re: enclosed Action Memo 712 - Spent Fuel Storage | 1/7/1997 | **No objection**. | |
| | 0522 | ENW0573987 | ENW0573989 | E-mail from D. Larkin to B. Cadwell re: enclosed Action memo 712 - Spent Fuel Storage | 1/8/1997 | **No objection**. | |
| | 0523 | ENW0568647 | ENW0568647 | E-mail from D. Larkin to S. Malik re: Action: Review/Comment on Project List | 2/5/1997 | **No objection** -- same as PX 288. | |
| | 0524 | ENW0129542 | ENW0129543 | E-mail exchange between J. Swailes, D. Larkin, et al., re: Spent Fuel Cask Procurement | 3/21/1997 | **No objection**. | |