**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS**

Pursuant to the Court's April 21, 2008 Trial Preparation Order and the Court's August 20, 2008 Scheduling Order, plaintiff Energy Northwest hereby submits its Responses to Defendant's Objections to Energy Northwest's Trial Exhibits (attached as Exhibit 1) for the trial scheduled to commence in this action on February 2, 2009.

Two columns on Energy Northwest's Responses reference Energy Northwest's Revised Appendix in Support of Its Notice of Designation of Deposition and Prior Trial Testimony, or, In the Alternative, Motion for Leave to Admit Prior Testimony Into Evidence, filed concurrently with these responses. The column labeled "Deposition/Prior Trial Exhibit" lists how the Energy Northwest trial exhibit was identified in designated portions of a transcript in a deposition or prior trial. The column labeled "Foundational Testimony" provides a citation to foundational testimony for that trial exhibit from Energy Northwest's designations of prior deposition or trial testimony.[1] Some of Energy Northwest's Responses to Defendant's objections reference this designated foundational testimony.

[1] EN also reserves the right to provide establish additional foundation for these exhibits through a witness at trial.

In some instances, Energy Northwest has included in its response to particular objections a statement that the exhibit was admitted in a prior trial or that Your Honor recently overruled a similar objection in *Dairyland Power Cooperative v. United States.* In many cases, the exhibit used in a prior trial or proffered in *Dairyland* bear the same Bates numbers, but in some cases, the versions are similar yet bear different Bates numbers.

Energy Northwest also has noted in some responses where it modified its proposed trial exhibit after receiving Defendant's objections. Specifically, in drafting its July 31, 2008 exhibit list, Energy Northwest modified some of its exhibits upon consideration of some of the "completeness" objections to its exhibits in Defendant's Objections to Energy Northwest's Trial Exhibits, which the Government filed on July 25, 2008. The exhibits Energy Northwest modified after Defendant filed its objections are: PX 27; PX 35; PX 41; PX 131; PX 147; PX 229; PX 257; PX 292; PX 298; and PX 300. In addition, since the Government filed its objections, EN withdrew PX 509 and PX 590 from its list after determining those exhibits were duplicative of other exhibits.[2]

[2] It also appears that the Government may have refrained from objecting to PX 23 on the assuption that it had been included on the parties' joint exhibit list as JX 3. In fact, PX 22, and not PX 23, has been included on the parties' joint exhibit list as JX 3. EN reserves its right to respond to any objection the Government might make to PX 23.

Dated: August 29, 2008

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
330 N Wabash Avenue
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
April A. Otterberg
Jenner & Block LLP
330 N Wabash Avenue
Chicago, IL 60611
(312) 222-9350

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August 2008, a copy of the foregoing *Energy Northwest's Responses to Defendant's Objections to Energy Northwest's Trial Exhibits* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 1 | ENW 0182216-0182278 | 06/27/1983 | Letter from T. Keefe, DOE Contracting Officer, to R. Lewis, WPPSS, re: Contract No. DE-CR01-83NE44424 for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste attaching executed contract. WITHDRAWN -- NOW JX 1. | | | JX 001 | |
| PX 2 | ENW 0055130-0055136 | 09/19/1956 | Application to State of Washington Department of Development and Conservation re: formation of an operating agency to be known as Washington Public Power Supply System. | | | No Objection | |
| PX 3 | ENW 0055116-0055123 | 01/31/1957 | State of Washington Department of Development and Conservation Order re: creation of the Washington Public Power Supply System. | | | No Objection | |
| PX 4 | ENW 0055105-0055115 | 02/20/1957 | Minutes of Board of Directors 02/20/1957 meeting. | | | No Objection | |
| PX 5 | ENW 0054479-0054517 | 10/05/1970 | Net Billing Agreement between WPPSS, BPA, and Participants. | | | No Objection | |
| PX 6 | ENW 0054776-0054818 | 01/04/1971 | Project Agreement between WPPSS and BPA re: WNP-2. | | | No Objection | |
| PX 7 | ENW 0054518-0054558 | 07/16/1973 | Power Sales Contract No. 14-03-29203 between WPPSS and BPA. | | | No Objection | |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 8 | ENW 0268289 | 07/23/1975 | Memorandum from D. Renberger to L. Grumme re: high-density storage racks. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit is relevant to the background of EN/Columbia Generating Station, including its spent fuel storage needs.<br><br>Because the exhibit is dated July 23, 1975, it has been in existence for more than twenty years, and it therefore meets the requirements of the ancient documents hearsay exception, FRE 803(16).<br><br>The exhibit meets the business records hearsay exception, FRE 803(6), because it is a record or report of events, made at or near the time of the events or from information transmitted by a person with knowledge, that was kept in the course of EN's regularly conducted business activity, and it was EN's practice to make such a record or report. |
| PX 9 | ENW 0268285-0268288 | 09/26/1975 | Memorandum from J. Hanlon to J. Thomas re: high-density spent fuel racks. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to the background of EN/Columbia Generating Station, including its spent fuel storage needs. |
| PX 10 | ENW 0494509-0494538 | 11/00/1975 | D. Larkin paper re: spent fuel disposition alternatives. | | | No Objection | |
| PX 11 | N/A | 04/07/1977 | Nuclear Power Policy - The President's Remarks Announcing His Decisions Following a Review of U.S. Policy and a Question-and-Answer Session With Reporters, April 7, 1977. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit is relevant to the development of DOE's SNF policies and the Nuclear Waste Policy Act of 1982, and to the creation of a need for SNF storage.<br><br>Portions of the exhibit consists of statements of a government official that are admissions of a party opponent; therefore, these portions are non-hearsay under FRE 801(d)(2). |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | Because the exhibit is dated April 7, 1977, it has been in existence for more than twenty years, and it therefore meets the requirements of the ancient documents hearsay exception, FRE 803(16).<br><br>The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8). |
| PX 12 | ENW 0493605-0493607 | 12/13/1977 | Interoffice Memorandum re: Spent Fuel Storage. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to the background of EN/Columbia Generating Station, including its spent fuel storage needs and its understanding of federal policy concerning SNF storage. |
| PX 13 | ENW 0247961-0247964 | 12/27/1977 | Letter from G. Cunningham, DOE, to J. Goldsbury, WPPSS, re: DOE spent fuel disposal. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to the events and policies that may have led to the Nuclear Waste Policy Act of 1982 and to EN's understanding of its SNF storage responsibilities. |
| PX 14 | ENW 0247956-0247960 | 01/13/1978 | Letter from D. Renberger, WPPSS, to E. Beckjord, DOE, re: DOE spent fuel disposal. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to the events and policies that may have led to the Nuclear Waste Policy Act of 1982; to EN's understanding of its SNF storage responsibilities; and to EN's SNF storage requirements. |
| PX 15 | PA177402-69 | 07/00/1978 | Preliminary Estimates of the Charge for Spent-Fuel Storage and Disposal Services (July 1978). | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to the development of DOE's SNF policies and the Nuclear Waste Policy Act of 1982; to the known or predicted need for SNF storage; and to determining a reasonable rate and schedule for SNF acceptance. |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 16 | PA 100827-100842 | 01/00/1980 | Report titled "Spent Fuel Storage Requrements: The Need for Away-from-Reactor Storage." | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to the development of DOE's SNF policies and the Nuclear Waste Policy Act of 1982; to the known or predicted need for SNF storage; and to determining a reasonable rate and schedule for SNF acceptance. |
| PX 17 | PA 164418-164483 | 04/00/1980 | Spent Fuel Storage Facts Booklet. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to the development of DOE's SNF policies and the Nuclear Waste Policy Act of 1982; to the known or predicted need for SNF storage; to determining a reasonable rate and schedule for SNF acceptance; and to the nature of interim SNF storage options. |
| PX 18 | PA178052-80 | 10/00/1980 | Department of Nuclear Energy Report on Fee for Spent Nuclear Fuel Storage and Disposal Services (Oct. 1980). | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to the development of DOE's SNF policies and the Nuclear Waste Policy Act of 1982; to the known or predicted need for SNF storage; to determining a reasonable rate and schedule for SNF acceptance; and to the costs associated with SNF storage. |
| PX 19 | PNL168 4293-4348 | 03/00/1981 | Report titled "Spent Fuel Storage Requirements - An Update of DOE/NE-0002." | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to the development of DOE's SNF policies and the Nuclear Waste Policy Act of 1982; to the known or predicted |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | need for SNF storage; and to determining a reasonable rate and schedule for SNF acceptance. |
| PX 20 | PNL168 4349-4436 | 06/00/1982 | Report titled "Spent Fuel Storage Requirements: An Update of DOE/SR-007." WITHDRAWN -- NOW JX 2. | | | JX 002 | |
| PX 21 | ENW 0182773-0182774 | 00/00/1983 | Nuclear Waste Policy Act of 1982 management plan for compliance with act. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to the EN's understanding of the Nuclear Waste Policy Act of 1982 and its SNF storage responsibilities.<br><br>The exhibit meets the business records hearsay exception, FRE 803(6), because it is a record or report of events, made at or near the time of the events or from information transmitted by a person with knowledge, that was kept in the course of EN's regularly conducted business activity, and it was EN's practice to make such a record or report.<br><br>Because the exhibit dates from early 1983, it has been in existence for more than twenty years, and it therefore meets the requirements of the ancient documents hearsay exception, FRE 803(16).<br><br>The exhibit is a document produced from EN's files. EN will establish its authenticity at trial. |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 22 | SN048683-048724 | 01/25/1983 | EEI's Unsolicited Comments on Draft Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. WITHDRAWN -- NOW JX 3. | Lawrence (5/20/02) Dep. Ex. 1; Rosselli (4/15/02) Dep. Ex. 2 | A546 (Lawrence 5/20/02 Dep. 67:10-68:19); A865-66 (Rosselli 4/15/02 Dep. 52:8-53:22) | No Objection | |
| PX 23 | EDB003 0855-0856 | 01/28/1983 | Memorandum from R. Morgan, DOE, to all Nuclear Waste Policy Act Project Office Presonnel re: Implementation of the Nuclear Waste Policy Act of 1982. | Morgan (3/21/02) Dep. Ex. 13 | A732 (Morgan 3/21/02 Dep. 194:12-195:5) | JX 003 | |
| PX 24 | ADM001 0668-0682 | 02/04/1983 | Department of Energy Notice of Proposed Rulemaking for the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (48 Fed. Reg. 4858-71 (Feb. 4, 1983)). | Lawrence (5/20/02) Dep. Ex. 2; Morgan (3/21/02) Dep. Ex. 3 | A551 (Lawrence 5/20/02 Dep. 92:1-16); A717 (Morgan 3/21/02 Dep. 67:14-23) | No Objection | |
| PX 25 | ENW 0658465-0658479 | 02/11/1983 | Minutes of Executive Board 02/11/1983 meeting. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to the EN's understanding of the Nuclear Waste Policy Act of 1982 and its SNF storage responsibilities and to the background of EN/Columbia Generating Station. |
| PX 26 | ENW 0182557-0182558 | 02/14/1983 | Letter from H. Rausch, DOE, to P. Shen, WPPSS, re: draft Contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. | | | No Objection | |
| PX 27 | ENW 0182623-0182626 | 02/16/1983 | Memorandum from D. Eisenhut, NRC, to licensees and applicants re: the Nuclear Waste Policy Act of 1982. | | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | Upon receiving the Government's completeness objection, EN amended this exhibit to include a complete version. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 28 | EDB002 0324-0345 | 03/01/1983 | Testimony of R. Morgan, DOE, Before the Subcommittee on Energy and Water Development, U.S. Senate Committee on Appropriation. | Morgan (3/21/02) Dep. Ex. 14 | A733 (Morgan 3/21/02 Dep. 199:7-200:5) | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | EN has provided the most complete version of this document it could find in the Government's files produced in this litigation. To the extent the Government believes the document is incomplete, it is free to introduce the missing portions under FRE 106. |
| PX 29 | SN010560-10570 | 03/04/1983 | Letter from Alabama Power Company to R. Morgan, DOE, re: Contract for Disposal of Spent Nuclear Fuel and/or High-level Radioactive Waste. | Morgan (3/21/02) Dep. Ex. 6; Lawrence (5/21/02) Dep. Ex. 18 | A723 (Morgan 3/21/02 Dep. 106:20-107:2) | No Objection | |
| PX 30 | YDK026 103876-103963 | 03/07/1983 | Letter from J. Kearney, Edison Electric Institute, to R. Morgan, Acting Director of OCRWM, re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR Part 961). | | | No Objection | |
| PX 31 | ENW 0182712-0182713 | 03/08/1983 | Letter from P. Shen, WPPSS, to J. Atkinson, DOE, re: spent fuel disposal services. WITHDRAWN -- NOW JX 4. | | | JX 004 | |
| PX 32 | ENW 0182547-0182549 | 04/06/1983 | Memorandum from G. Bailey to L. Grumme re: meeting with DOE on spent fuel contract. | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit meets the business records hearsay exception, FRE 803(6), because it is a record or report of events, made at or near the time of the events or from information transmitted by a person with knowledge, that was kept in the course of EN's regularly conducted business activity, and it was EN's practice to make such a record or report.<br><br>Because the exhibit is dated April 6, 1983, it has |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | been in existence for more than twenty years, and it therefore meets the requirements of the ancient documents hearsay exception, FRE 803(16). |
| PX 33 | ZAB001 0893-0902 | 04/08/1983 | Memorandum from R. Morgan, DOE, to the Secretary of Energy, re: recommendation of approval of the Final Rulemaking on the Standard Contract for Nuclear Waste Disposal. | Rosselli (4/15/02) Dep. Ex. 4; Morgan (3/21/02) Dep. Ex. 7 | A726-27 (Morgan 3/21/02 Dep. 117:23-118:12, 125:10-23); A867 (Rosselli 4/15/02 Dep. 68:9-22) | No Objection | |
| PX 34 | COF002 0013-0032 | 04/18/1983 | Department of Energy Final Rule on Standard Contract for Disposal of Spent Nuclear Fuel and/or High-level Radioactive Waste (48 Fed. Reg. 16,590-608 (Apr. 18, 1983)). | Morgan (3/21/02) Dep. Ex. 4; Zabransky (4/17/02) Dep. Ex. 1; Klein (4/25/02) Dep. Ex. 49; Brownstein (4/9/02) Dep. Ex. 1; Lawrence (5/20/02) Dep. Ex. 7; Milner (5/1/02) Dep. Ex. 3 | A266 (Brownstein 4/9/02 Dep. 43:19-44:4, 44:19-23); A614 (Milner 5/1/02 Dep. 61:6-21); A718-19 (Morgan 3/21/02 Dep. 76:14-77:21); A1006-07 (Zabransky 4/17/02 Dep. 28:14-29:9) | No Objection | |
| PX 35 | ENW 0182541-0182545 | 04/18/1983 | Letter from T. Keefe, DOE, to WPPSS re: Nuclear Waste Policy Act. | | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | Upon receiving the Government's completeness objection, EN amended this exhibit to include the most complete version it could find in EN's files produced in this litigation. The exhibit now appears to be missing only an enclosure consisting of 5 blank copies of the contract WPPSS was to sign with DOE. The signed contract appears elsewhere on EN's exhibit list, |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | as former PX 1, now JX 1. |
| PX 36 | ENW 0183784 | 04/29/1983 | Letter from T. Keefe, DOE, to D. Larkin, WPPSS, re: corrections to Standard Contract. | | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | The exhibit appears to be missing only an enclosure of corrected text for WPPSS's contract with DOE. The signed and complete contract appears elsewhere on EN's exhibit list, as former PX 1, now JX 1. |
| PX 37 | ENW 0182561 | 05/11/1983 | Purchase Requisition No. 110328. | | | No Objection | |
| PX 38 | YDK023709-023716 | 05/20/1983 | Letter from J. Kearney, Edison Electric Institute, to R. Morgan, DOE, re: 10 CFR Part 961 - Standard Contract for Disposal of Spent Nuclear Fuel and/or High-level Radioactive Waste. WITHDRAWN -- NOW JX 5. | Morgan (3/21/02) Dep. Ex. 15 | A732 (Morgan 3/21/02 201:21-202:5) | JX 005 | |
| PX 39 | ENW 0182505-0182506 | 05/27/1983 | Letter from R. Lewis, WPPSS, to A. Holm, BPA, re: Contract for the Disposal of SNF and/or High-level Radioactive Waste. | | | No Objection | |
| PX 40 | ENW 0182507-0182508 | 05/27/1983 | Letter from R. Lewis, WPPSS, to R. Schneider, Participants' Review Board, re: Contract for the Disposal of Spent Nuclear Fuel and/or High-level Radioactive Waste. | | | No Objection | |
| PX 41 | ENW 0183780-0183783 | 05/27/1983 | Letter from T. Keefe, DOE, to D. Larkin, WPPSS, re: corrections to Standard Contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. | | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the | Upon receiving the Government's completeness objection, EN amended this exhibit to include a complete version. The signed and completed contract referenced in the exhibit appears elsewhere on EN's exhibit list, as former PX 1, now JX 1. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | exhibit. | |
| PX 42 | PA-177759-177816 | 06/00/1983 | Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste (June 1983). | Barrett (4/23/02) Dep. Ex. 14; Yankee Atomic Pl. Ex. 978 | A752-53 (Yankee Atomic Tr. 3670:19-3673:10) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Defendant did not object to this exhibit in Dairyland.<br><br>The exhibit is relevant to the financing of the SNF storage program; the interpretation of the Nuclear Waste Policy Act of 1982; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 43 | ENW 0182519-0182521 | 06/01/1983 | Executive Board Action Memorandum No. 55. | | | No Objection | |
| PX 44 | ENW 0182526 | 06/06/1983 | Letter from A. Holm, BPA, to R. Lewis, WPPSS, re: Contract for the Disposal of Spent Nuclear Fuel and/or High-level Radioactive Waste. | | | No Objection | |
| PX 45 | ENW 0182513-0182517 | 06/10/1983 | Presentation to Executive Board re: Contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. | | | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is a document produced from EN's files. EN will establish its authenticity at trial. |
| PX 46 | ENW 0647208-0647219 | 06/10/1983 | Minutes of Executive Board 6/10/1983 Meeting. | | | No Objection | |
| PX 47 | ENW 0247916-0247917 | 06/10/1983 | Executive Board Resolution No. 18. | | | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is a document produced from EN's files. EN will establish its authenticity at trial. |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 48 | ENW 0182512 | 06/14/1983 | Letter from R. Lewis, WPPSS, to T. Keefe, DOE, re: Contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. | | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | The exhibit appears to be missing only its enclosures, which were four copies of EN's contract with DOE. The signed and complete contract appears elsewhere on EN's exhibit list as PX 1, now JX 1. |
| PX 49 | ZAB001-1462 | 06/17/1983 | Letter from R. Morgan, DOE, to J. Kearney, Edison Electric Institute, re: EEI's May 20, 1983 Letter. | Morgan (3/21/02) Dep. Ex. 16 | A734 (Morgan 3/21/02 Dep. 202:13-203:3) | No Objection | |
| PX 50 | PA178238-178295 | 07/00/1983 | Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste. | Morgan (3/21/02) Dep. Ex. 5; Pollog (4/11/02) Dep. Ex. 6 | A782 (Pollog 4/11/02 Dep. 111:24-112:16) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Defendant did not object to this exhibit in Dairyland.<br><br>The exhibit is relevant to the financing of the SNF storage program; the interpretation of the Nuclear Waste Policy Act of 1982; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 51 | PNL173 1282-1288 | 09/15/1983 | Memorandum from R. Williamson, DOE, to distribution re: Mission Plan Strategy. | Lawrence (5/20/02) Dep. Ex. 10; Pollog (4/12/02) Dep. Ex. 21; Carolina Power Pl. Ex. 15; Morgan (6/25/02) Dep. Ex. 40 | A749-50 (Morgan 6/25/02 Dep. 148:2-149:13); A809-10 (Pollog 4/12/02 Dep. 60:20-61:8, 61:22-62:8) | No Objection | |
| PX 52 | DER007 2806-2807 | 10/07/1983 | Memorandum from M. Lawrence, OCRWM, to P. Craig re: Review of OCRWM Mission Plan Working Draft. | Rusche (5/16/02) Dep. Ex. 11 | A902 (Rusche 5/16/02 Dep. 166:2-167:2) | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | EN has provided the most complete version of this document it could find in the Government's files produced in this litigation. To the extent the Government believes the document is incomplete, it is free to introduce the missing portions under FRE 106. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 53 | EDB003 1642-1650 | 10/12/1983 | Remarks by R. Morgan, Acting Director of OCRWM, before the International Atomic Energy Agency in Vienna, Austria. | Morgan (3/22/02) Dep. Ex. 19 | A741 (3/22/02 Morgan Dep. 231:6-16) | No Objection | |
| PX 54 | PNL021 0233-0268 | 12/02/1983 | Letter from J. White, DOE, to Pacific Northwest Laboratories re: enclosed FY 1984 Program Guidance for NWF Evaluations. | | | DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | As explained more fully in EN's opposition to the Government's motion in limine to exclude documents created by DOE contractors, this exhibit is relevant and not hearsay under FRE 801(d)(2) and/or meets the public record or business record hearsay exceptions under FRE 803.<br><br>Because the exhibit is dated December 2, 1983, it has been in existence for more than twenty years, and it therefore meets the requirements of the ancient documents hearsay exception, FRE 803(16). |
| PX 55 | N/A | 12/20/1983 | Draft Civilian Radioactive Waste Management Program Mission Plan Vol. I: Overview and Current Program Plans. | Rosselli (4/15/02) Dep. Ex. 13; Trebules (4/17/02) Dep. Ex. 4; Morgan (3/21/02) Dep. Ex. 10; Lawrence (5/20/02) Dep. Ex. 11; Milner (5/1/02) Dep. Ex. 4; Pollog (4/11/02) Dep. Ex. 7; Brownstein (4/9/02) Dep. Ex. 3; Carolina Power Pl. Ex. 17; Yankee Atomic Pl. Ex. 636 | A592 (Carolina Power Tr. 2154:4-2155:25); A615 (Milner 5/1/02 Dep. 65:21-67:1); A730 (Morgan 3/21/02 Dep. 150:6-152:10); A760 (Carolina Power Tr. 1401:13-1403:7); A785 (Pollog 4/11/02 Dep. 122:21-123:5); A872-73 (Rosselli 4/15/02 Dep. | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | 134:23-135:5, 137:14-24); A966 (Trebules 4/17/02 Dep. 78:2-19, 79:9-17) | | |
| PX 56 | SN045165-045166 | 12/20/1983 | Letter from R. Morgan, DOE, to R. Stanford, Edison Electric Institute, enclosing the first volume of the draft Mission Plan. | Morgan (3/21/02) Dep. Ex. 9 | A730 (Morgan 3/21/02 Dep. 149:21-151:8) | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | The exhibit appears to be missing only its enclosure, a draft mission plan. That enclosure, bearing the same date as this exhibit, appears elsewhere on EN's exhibit list as PX 55. |
| PX 57 | ENW 0162044-0162084 | 12/20/1983 | Letter from NRC to WPPSS re: issuance of operating license for WNP-2. | | | No Objection | |
| PX 58 | PNL023 0176-0196 | 01/24/1984 | Memorandum from J.F. Fletcher to R.J. Hall re: Revised Waste Acceptance Schedule from Draft Mission Plan. | | | DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | As explained more fully in EN's opposition to the Government's motion in limine to exclude documents created by DOE contractors, this exhibit is relevant and not hearsay under FRE 801(d)(2) and/or meets the public record or business record hearsay exceptions under FRE 803.<br><br>Because the exhibit is dated January 24, 1984, it has been in existence for more than twenty years, and it therefore meets the requirements of the ancient documents hearsay exception, FRE 803(16). |
| PX 59 | SN069588-070014 | 02/00/1984 | Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting, December 12-15, 1983. WITHDRAWN -- NOW JX 6. | Rusche (5/16/02) Dep. Ex. 10; Rosselli (4/15/02) Dep. Ex. 14; Trebules (4/17/02) | A341-42 (Cole 3/12/02 Dep. 79:10-81:13); A711 (Morgan 3/21/02 Dep. | JX 006 | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | Dep. Ex. 3; Lawrence (5/20/02) Dep. Ex. 12; Morgan (3/21/02) Dep. Ex. 2; Barrett (5/15/02) Dep. Ex. 103; Cole (3/12/02) Dep. Ex. 1; Carolina Power Pl. Ex. 19; Northern States Pl. Ex. 286 | 38:5-40:20); A758-59 (Carolina Power Tr. 1387:23-1388:16, 1389:22-1390:6) | | |
| PX 60 | PNL173 0225-0264 | 02/22/1984 | Statement of M. Lawrence, Acting Director of the Office of Civilian Radioactive Waste Management, Before the Subcommittee on Energy Conservation and Power, U.S. House of Representatives Committee on Energy and Commerce. | Lawrence (5/20/02) Dep. Ex. 13; Rosselli (4/15/02) Dep. Ex. 16 | A566 (Lawrence 5/20/02 Dep. 201:11-21); A876 (Rosselli 4/15/02 Dep. 154:13-23, 156:7-25) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic and PG&E; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies and decision-making under the Nuclear Waste Policy Act of 1982; the financing of the SNF program; DOE's early activities and plans in relation to the Standard Contract; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 61 | ENW 0243388-0243403 | 03/29/1984 | P. Shen presentation to WPPSS Executive Board re: nuclear fuel cycle planning and management. | | | No Objection | |
| PX 62 | N/A | 04/00/1984 | Draft Mission Plan for the Civilian Radioactive Waste Management Program (Vols. I & II): Overview and Current Program Plans, April 1984. | Trebules (4/17/02) Dep. Ex. 5; Lawrence (5/20/02) Dep. Ex. 15; Milner (5/2/02) Dep. Ex. 21; Pollog (4/11/02) Dep. Ex. 8; Carolina Power Pl. Ex. 22 | A567 (Lawrence 5/20/02 Dep. 206:21-208:9); A631 (Milner 5/2/02 Dep. 206:6-208:15); A788 (Pollog 4/11/02 Dep. 138:24-140:2); A967-68 | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | (Trebules 4/17/02 Dep. 84:10-85:16) | | |
| PX 63 | N/A | 04/03/1984 | Statement by R. Rosselli, "The Mission Plan Volume 1: Overview and Current Program Plans," for Fuel Cycle Conference '84. | Rosselli (4/15/02) Dep. Ex. 23 | A882-83 (Rosselli 4/15/02 Dep. 176:9-25, 180:7-12) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies and decision-making under the Nuclear Waste Policy Act of 1982; DOE's early activities and plans in relation to the Standard Contract; the nature of DOE's statutorily required Mission Plan; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 64 | PNL117 3151-3154 | 04/26/1984 | Memorandum from T. Overcast and S. Carney, Battelle Human Affairs Research Centers, to E. Moore re: MRS Institutional Report. | Rosselli (4/15/02) Dep. Ex. 17; Lawrence (5/20/02) Dep. Ex. 14 | A567 (Lawrence 5/20/02 Dep. 205:8-206:7); A879-80 (Rosselli 4/15/02 Dep. 164:1-165:18, 166:13-167:8) | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | EN has designated foundational testimony that establishes the authenticity of this exhibit. Alternativley, EN will establish its authenticity at trial, if necessary.<br><br>Because the exhibit is authored or created by DOE contractors and it contains some statements by DOE officials, it consists of statements that are admissions of a party opponent, and, therefore, the exhibit is non-hearsay under FRE 801(d)(2).<br><br>Because the exhibit is dated April 26, 1984, it has been in existence for more than twenty years, and it therefore meets the requirements of the ancient documents hearsay exception, FRE 803(16).<br><br>The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8).<br><br>The exhibit is relevant to DOE's policies and decision-making under the Nuclear Waste Policy Act of 1982; DOE's early activities and plans in |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | relation to the Standard Contract; and determining a reasonable rate and schedule for SNF acceptance.<br><br>As explained more fully in EN's opposition to the Government's motion in limine to exclude documents created by DOE contractors, this exhibit is relevant and not hearsay under FRE 801(d)(2) and/or meets the public record or business record hearsay exceptions under FRE 803. |
| PX 65 | PNL020 1491-1657 | 04/27/1984 | Preliminary Analysis of the Total System Life Cycle Cost of the Commercial High-Level Radioactive Waste Disposal Program. | | A606 (Milner 5/1/02 Dep. 31:1-32:1); A612 (Milner 5/1/02 Dep. 54:18-54:24); A620 (Milner 5/1/02 Dep. 103:25-104:8) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in Yankee Atomic; relevance and hearsay objections overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies and decision-making under the Nuclear Waste Policy Act of 1982; DOE's early activities and plans in relation to the Standard Contract; the costs and financing of the SNF program; and determining a reasonable rate and schedule for SNF acceptance.<br><br>As explained more fully in EN's opposition to the Government's motion in limine to exclude documents created by DOE contractors, this exhibit is relevant and not hearsay under FRE 801(d) and/or meets the public record or business record hearsay exceptions under FRE 803.<br><br>Because the exhibit is dated April 27, 1984, it has been in existence for more than twenty years, and it therefore meets the requirements of the ancient documents hearsay exception, FRE 803(16). |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 66 | DE100259-100266 | 05/17/1984 | U.S. Senate confirmation statement of B. Rusche, May 17, 1984. | Rusche (5/16/02) Dep. Ex. 2 | A894-95 (Rusche 5/16/02 Dep. 41:5-42:14) | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies and decision-making under the Nuclear Waste Policy Act of 1982 and DOE's early activities and plans in relation to the Standard Contract.<br><br>Because the document consists of a statement to the U.S. Senate by Benard Rusche, OCRWM's first director confirmed by the Senate, it is an admission of a party-opponent and, therefore, is non-hearsay under FRE 801(d)(2).<br><br>Because the exhibit is dated May 17, 1984, it has been in existence for more than twenty years, and it therefore meets the requirements of the ancient documents hearsay exception, FRE 803(16).<br><br>Mr. Rusche authenticated this exhibit during his deposition, and EN has designated this testimony.<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7). Alternatively, EN will establish authenticity at trial. |
| PX 67 | PA105469-105470 | 05/30/1984 | Letter from T. Garrish, DOE, to Senator Johnston re: legal obligations imposed by the Nuclear Waste Policy Act of 1982. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies and decision-making under the Nuclear Waste Policy Act of 1982 and determining a reasonable rate and schedule for SNF acceptance. |
| PX 68 | ENW 0053500-0053502 | 06/01/1984 | Memorandum from W. Wolkenhauer to D. Larkin re: analysis of spent nuclear fuel storage requirements for WNP-2. WITHDRAWN -- NOW JX 7. | | | JX 007 | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 69 | SN044976 | 06/13/1984 | Associated Press Wire Story, "Nuclear Wastes" by Matt Yancey. | Lawrence (5/20/02) Dep. Ex. 16; Rusche (5/17/02) Dep. Ex. 17 | A914 (Rusche 5/17/02 Dep. 336:4-338:23) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to DOE's policies and decision-making under the Nuclear Waste Policy Act of 1982 and to nuclear utilities' understanding of DOE's activities under the Standard Contract.<br><br>Because the exhibit is dated June 13, 1984, it has been in existence for more than twenty years, and it therefore meets the requirements of the ancient documents hearsay exception, FRE 803(16).<br><br>Portions of the exhibit are statements by Benard Rusche, OCRWM's director at the time, and as such, are admissions of a party-opponent admissible under FRE 801(d)(2).<br><br>Alternatively, EN offers this exhibit not for its truth but rather for a non-hearsay purpose, namely, to show notice to nuclear utilities regarding DOE's intentions for performing under the Standard Contract.<br><br>EN has designated foundational testimony that establishes the authenticity of this exhibit but will establish its authenticity at trial, if necessary. |
| PX 70 | HQR043 0425-0429 | 06/14/1984 | Letter from R. Milner, DOE, to A. Kadak, Yankee Atomic Electric Company, re: Yankee Atomic letters requesting information on DOE's waste management program. | Milner (5/3/02) Dep. Ex. 62 | A664 (Milner 5/3/02 Dep. 497:25-498:14) | No Objection | |
| PX 71 | ZAB-001-1329 | 06/15/1984 | Washington Post article titled "Waste Disposal Advances." | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 802 - Hearsay - | The exhibit is relevant to DOE's policies and decision-making under the Nuclear Waste Policy Act of 1982 and to nuclear utilities' understanding of DOE's activities under the Standard Contract. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | Because the exhibit is dated June 15, 1984, it has been in existence for more than twenty years, and it therefore meets the requirements of the ancient documents hearsay exception, FRE 803(16).<br><br>Portions of the exhibit are statements by Benard Rusche, OCRWM's director at the time, and as such, are admissions of a party-opponent admissible under FRE 801(d)(2).<br><br>Alternatively, EN offers this exhibit not for its truth but rather for a non-hearsay purpose, namely, to show notice to nuclear utilities regarding DOE's intentions for performing under the Standard Contract.<br><br>The exhibit is a self-authenticating excerpt of a newspaper or periodical under FRE 902(6). |
| PX 72 | YMP001-1423-1424 | 06/26/1984 | Letter from J. Burn to C Head re: DOE draft mission plan. | | | No Objection | |
| PX 73 | PA177336-177349 | 07/00/1984 | Nuclear Waste Fund Fee Adequacy: An Assessment (July 1984). | Lawrence (5/20/02) Dep. Ex. 17 | A607 (Milner 5/1/02 Dep. 34:3-12); A610-11 (Milner 5/1/02 Dep. 48:25-49:2) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the costs and financing of the SNF program; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 74 | DG000038-62 | 07/23/1984 | Letter from M. Lawrence to B. Rusche re: Richland Operations Office Comments on the Draft Mission Plan Dated April 1984, | Lawrence (5/21/02) Dep. Ex. 22; Carolina Power Pl. Ex. 26 | A582-83 (Lawrence 5/21/02 Dep. 325:1-19, | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic and PG&E; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | including enclosures. | | 327:24-328:10) | | activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the nature of DOE's statutorily required Mission Plan; SNF storage needs; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 75 | ENW 0054467-0054478 | 08/23/1984 | Agreement between WPPSS and BPA re: assignment of generating capability of WNP-2. | | | No Objection | |
| PX 76 | HQR-010-0949 - 0950 | 09/07/1984 | Letter from D. Hodel, Secretary of Energy, to Senator Johnston re: legal obligations under the Nuclear Waste Policy Act of 1982. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982. |
| PX 77 | PA 178614-178643 | 10/00/1984 | OCRWM Transportation Business Plan: Strategy Options (DOE/RW-0007). | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; plans for DOE transportation of SNF; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 78 | HQR042 1222-1234 | 02/00/1985 | Nuclear Waste Fund Fee Adequacy: An Assessment (February 1985). | Milner (5/1/02) Dep. Ex. 8; TVA Pl. Ex. 96 | A461 (TVA Tr. 1574:9-15); A607 (Milner 5/1/02 Dep. 34:3-12); A610-11 (Milner 5/1/02 Dep. 48:25-49:2); A618 (Milner 5/1/02 Dep. 94:9-22) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the costs and financing of the SNF program; and determining a reasonable rate and schedule for SNF acceptance. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 79 | PA176450-176675 | 04/00/1985 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program (April 1985). | Milner (5/1/02) Dep. Ex. 9 | A606 (Milner 5/1/02 Dep. 31:1-32:1); A612 (Milner 5/1/02 Dep. 54:18-54:24); A619-20 (Milner 5/1/02 Dep. 100:8-101:8, 103:25-104:8) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the costs and financing of the SNF program; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 80 | HQ0005264-0005796 | 06/00/1985 | Mission Plan for the Civilian Radioactive Waste Management Program, Volume I (June 1985). WITHDRAWN -- NOW JX 8. | Rusche (5/16/02) Dep. Ex. 15; Trebules (4/17/02) Dep. Ex. 6; Barrett (4/22/02) Dep. Ex. 1; Brownstein (4/9/02) Dep. Ex. 2; Pollog (4/12/02) Dep. Ex. 19; TVA Pl. Ex. 11; Yankee Atomic Pl. Ex. 95 | A138 (Barrett 4/22/02 Dep. 95:12-96:7); A906 (Rusche 5/16/02 Dep. 223:6-24); A976-77 (Trebules 4/17/02 Dep. 143:2-12, 145:22-146:5) | JX 008 | |
| PX 81 | YMP001 1045-2123 | 06/00/1985 | Mission Plan for the Civilian Radioactive Waste Management Program, Volumes II & III (June 1985). WITHDRAWN -- NOW JX 9. | Zabransky (4/17/02) Dep. Ex. 9; Yankee Atomic Pl. Ex. 95 | A1077-79 (Yankee Atomic Tr. 4170:20-4171:12) | JX 009 | |
| PX 82 | HQR-008-0215-0216 | 09/13/1985 | Letter from R. Bauer, DOE, to J. Hall, Utility Nuclear Waste Management Group, re: letter requesting clarification of issues related to the Standard Contract. | Milner (5/3/02) Dep. Ex. 74 | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and determining a reasonable rate and schedule for SNF acceptance. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 83 | PA178708-64 | 01/00/1986 | OCRWM Transportation Business Plan. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic and PG&E; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; plans for DOE transportation of SNF; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 84 | PNL033 0672-0778 | 01/13/1986 | DOE Request for Proposal (RFP) No. DE-RP07-86ID2625 for Development of From-Reactor Casks. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; plans for DOE transportation of SNF; and the foreseeability of utilities' various SNF storage options. |
| PX 85 | HQR042 1235-1251 | 03/00/1986 | Nuclear Waste Fund Fee Adequacy: An Assessment (March 1986). | Referenced in 4/11/02 Pollog Dep.; TVA Pl. Ex. 97 | A461 (TVA Tr. 1575:16-22); A607 (Milner 5/1/02 Dep. 34:3-12); A610-11 (Milner 5/1/02 Dep. 48:25-49:2); A794-95 (Pollog 4/11/02 Dep. 184:25-185:15) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the costs and financing of the SNF program; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 86 | N/A | 04/00/1986 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program, Volume 1: The Analysis and Its Results (April 1986). | Milner (5/2/02) Dep. Ex. 24; TVA Pl. Ex. 94 | A461 (TVA Tr. 1575:3-8); A606 (Milner 5/1/02 Dep. 31:1-32:1); A612 (Milner 5/1/02 Dep. 54:18-54:24); A620 (Milner | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the costs and financing of the SNF program; and determining a reasonable rate and |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | 5/1/02 Dep. 103:25-104:8); A632 (Milner 5/2/02 Dep. 214:9-215:15) | | schedule for SNF acceptance. |
| PX 87 | ENW-EMS 000131-000132 | 07/31/1986 | DOE proposal re: Request for Proposal No. DE-RP07-861012625 for Development of From-Reactor Casks. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; plans for DOE transportation of SNF; and the foreseeability of utilities' various SNF storage options. |
| PX 88 | HQR002 0105-0145 | 11/00/1986 | Annual Capacity Report Briefing for OCRWM Executive Committee, November 1986. | Barrett (4/22/02) Dep. Ex. 5 | A142 (Barrett 4/22/02 Dep. 194:21-195:14) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the nature of Annual Capacity Reports; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 89 | CTR006 0139-0174 | 01/00/1987 | Document titled "Index to Tables of Issues Related to the Standard Contract." | Zabransky (4/17/02) Dep. Ex. 13 | A1023 (Zabransky 4/17/02 Dep. 126:18-127:3) | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | EN has designated foundational testimony that establishes the authenticity of this exhibit. Alternatively, EN will establish its authenticity at trial, if necessary.<br><br>Because the exhibit is dated January 1987, it has been in existence for more than twenty years, and it therefore meets the requirements of the ancient documents hearsay exception, FRE 803(16).<br><br>The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8). |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the nature of Annual Capacity Reports; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 90 | DER002 3157 3217 | 01/00/1987 | Draft Mission Plan Amendment (January 1987). | Barrett (4/22/02) Dep. Ex. 8 | A148(Barrett 4/22/02 Dep. 224:1-14) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; determining a reasonable rate and schedule for SNF acceptance; and utility expectations about the likelihood of timely DOE performance. |
| PX 91 | PNL037 0307-0349 | 03/00/1987 | Monitored Retrievable Storage Submission to Congress, Volume I: The Proposal (March 1987). WITHDRAWN -- NOW JX 10. | Kouts (5/1/07) Dep. Ex. 17; referenced in 4/11/02 Pollog Dep. | A484 (Kouts 5/1/07 Dep. 206:18-207:6); A796 (Pollog 4/11/02 Dep. 193:8-14) | JX 010 | |
| PX 92 | PA199037-206 | 03/00/1987 | Monitored Retrievable Storage Submission to Congress, Volume III (March 1987). | | | No Objection | |
| PX 93 | SN000228-000235 | 03/25/1987 | Notes from a March 25, 1987 meeting of the Utility Nuclear Waste Management Group High-Level Waste/Spent Fuel Storage Working Group. | Zabransky (4/17/02) Dep. Ex. 17 | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | EN has provided the version of this document used at a deposition and apparently produced from the files of another nuclear utility, Southern Nuclear Operating Company. As such, no more complete version is available to EN. To the extent the Government believes the document is incomplete, it is free to introduce the missing |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | portions under FRE 106. |
| PX 94 | ENW-EMS 000133-000192 | 04/00/1987 | OCRWM FY 1986 Annual Report to Congress. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the development and foreseeability of at-utility storage options; and utility expectations about the likelihood of timely DOE performance. |
| PX 95 | PA142473-142480 | 04/03/1987 | Letter from J. Kearney, Edison Electric Institute, to B. Rusche, DOE, re: Draft Mission Plan Amendment. WITHDRAWN -- NOW JX 11. | | | JX 011 | |
| PX 96 | CTR006 0247-0260 | 04/28/1987 | Letter from S. Kraft, Utility Nuclear Waste Management Group, to T. Jedrey, DOE Contracting Officer, requesting clarification of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. WITHDRAWN -- NOW JX 12. | Brownstein (4/9/02) Dep. Ex. 7 | A273 (Brownstein 4/9/02 Dep. 111:13-112:13) | JX 012 | |
| PX 97 | PA176705-176849 | 06/00/1987 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program, Volume 1: The Analysis and Its Results (June 1987). | Milner (5/2/02) Dep. Ex. 26 | A606 (Milner 5/1/02 Dep. 31:1-32:1); A612 (Milner 5/1/02 Dep. 54:18-54:24); A620 (Milner 5/1/02 Dep. 103:25-104:8); A633 (Milner 5/2/02 Dep. 219:24-220:15) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the costs and financing of the SNF program; the development of a geologic repository; and determining a reasonable rate and schedule for SNF acceptance. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 98 | FOI 004 1898-2421 | 06/00/1987 | Mission Plan Amendment, With Comments on the Draft Amendment and Responses to the Comments (June 1987). WITHDRAWN -- NOW JX 13. | Milner (5/3/02) Dep. Ex. 72; System Fuels Def. Ex. 57; TVA Def. Ex. 51 | A467 (System Fuels Tr. 3371:10-3372:17); A668 (Milner 5/3/02 Dep. Ex. 552:3-15) | JX 013 | |
| PX 99 | HQ001 2705-2792 | 06/00/1987 | 1987 Annual Capacity Report. WITHDRAWN -- NOW JX 14. | Barrett (4/22/02) Dep. Ex. 6; Brownstein (4/9/02) Dep. Ex. 6; Milner (5/1/02) Dep. Ex. 12; Zabransky (4/19/02) Dep. Ex. 33; Pollog (4/11/02) Dep. Ex. 4; System Fuels Def. Ex. 56 | A272 (Brownstein 4/9/02 Dep. 93:1-94:15); A623 (Milner 5/1/02 Dep. 133:7-12, 134:13-18); A776 (Pollog 4/11/02 Dep. 71:7-21) | JX 014 | |
| PX 100 | HQR008-0178 | 06/29/1987 | Memorandum from A. Brownstein to File re: Discussion with Steve Kraft, Utility Nuclear Waste Management Group. | Brownstein (4/9/02) Dep. Ex. 8 | A274 (Brownstein 4/9/02 Dep. 119:8-23) | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8).<br><br>Because the exhibit is dated June 29, 1987, it has been in existence for more than twenty years, and it therefore meets the requirements of the ancient documents hearsay exception, FRE 803(16).<br><br>The exhibit was authored by Alan Brownstein, a DOE employee, and it contains Mr. Brownstein's thoughts and impressions rather than statements by a third party. As such, the exhibit consists of statements that are admissions of a party opponent and, therefore, is non-hearsay under |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | FRE 801(d)(2). |
| PX 101 | PNL008 0001-0101 | 07/00/1987 | 1987 Annual Review of the Adequacy of the 1.0 mill per kWh Waste Disposal Fee. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the costs and financing of the SNF program; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 102 | PNL102 0359-0376 | 09/09/1987 | Memorandum from R. Milner, DOE, to L. Barrett, DOE, re: Proposed Assumptions and Case List for 1988 Total System Life Cycle Cost Analysis. | Milner (5/1/02) Dep. Ex. 15 | A606 (Milner 5/1/02 Dep. 31:1-32:1); A612 (Milner 5/1/02 Dep. 54:18-54:24); A620 (Milner 5/1/02 Dep. 103:25-104:8); A625-26 (Milner 5/1/02 Dep. 151:24-152:22, 153:12-22) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the costs and financing of the SNF program; determining a reasonable rate and schedule for SNF acceptance; and design assumptions for planned DOE performance. |
| PX 103 | ENW 0262436-0262441 | 10/00/1987 | D. Larkin presentation re: DOE spent fuel acceptance. | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | Because the exhibit is dated October 1987, it has been in existence for more than twenty years, and it therefore meets the requirements of the ancient documents hearsay exception, FRE 803(16).<br><br>The exhibit meets the business records hearsay exception, FRE 803(6), because it is a record or report of events, made at or near the time of the events or from information transmitted by a person with knowledge, that was kept in the course of EN's regularly conducted business activity, and it was EN's practice to make such a record or report. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | Alternatively, EN may offer this exhibit not for its truth but rather for a non-hearsay purpose, namely, to show EN's state of mind regarding its expectations for DOE performance under the Standard Contract.<br><br>The exhibit is a document produced from EN's files. EN will establish its authenticity at trial. |
| PX 104 | PNL028 1142-1146 | 10/02/1987 | Letter from T. Jedrey, DOE Contracting Officer, to S. Kraft, Utility Nuclear Waste Management Group, in response to UNWMG letter requesting clarification of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. WITHDRAWN -- NOW JX 15. | | | JX 015 | |
| PX 105 | ENW 0053587-0053598 | 10/23/1987 | D. Larkin presentation to Executive Board re: spent fuel disposal status. | | | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is a document produced from EN's files. EN will establish its authenticity at trial. |
| PX 106 | ENW 0486727-0486746 | 10/23/1987 | Minutes of Executive Board 10/23/1987 meeting. | | | No Objection | |
| PX 107 | HQR025 5201-5309 | 06/00/1988 | Draft 1988 Mission Plan Amendment (June 1988). WITHDRAWN -- NOW JX 16. | Milner (5/1/02) Dep. Ex. 18 | A628 (Milner 5/1/07 Dep. 189:16-190:14) | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | The exhibit appears to be complete, in that it contains all the pages mentioned in the table of contents and the cited appendices. However, to the extent the Government believes the document is incomplete, it is free to introduce the missing portions under FRE 106. EN notes, however, that Government agreed this exhibit should be a Joint Exhibit. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 108 | HQR001 2610-2704 | 06/00/1988 | 1988 Annual Capacity Report. | Barrett (4/22/02) Dep. Ex. 9; Yankee Atomic Pl. Ex. 54; Kouts (5/1/07) Dep. Ex. 15 | A478-79 (Kouts 5/1/07 172:18-173:1); A838 (Yankee Atomic Tr. 4018:2-12) | No Objection | |
| PX 109 | ENW 0486747-0486770 | 06/24/1988 | Minutes of Executive Board 6/24/1988 meeting. | | | No Objection | |
| PX 110 | EDB-001-1210 | 07/26/1988 | Letter from C. Kay, DOE Contracting Officer, to D. Mazur, WPPSS, re: 1988 ACR. | | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | The exhibit appears to be missing only its enclosure, the then-current Annual Capacity Report. That Annual Capacity Report may be found elsewhere on EN's exhibit list, as PX 108. |
| PX 111 | ENW 0247975-0247978 | 08/24/1988 | Letter from D. Mazur to T. Issacs re: Draft 1998 Mission Plan Amendment. WITHDRAWN -- NOW JX 17. | | | JX 017 | |
| PX 112 | CTR042 2216-2218; CTR042 2128-2141 | 08/29/1988 | Letter from J. Kearney, Edison Electric Institute, to C. Kay, acting OCRWM director, re: 1988 Draft Mission Plan Amendment (53 Fed. Reg. 24482). | Zabransky (4/17/02) Dep. Ex. 23 | A1024 (Zabransky 4/17/02 Dep. 179:14-180:1) | No Objection | |
| PX 113 | ENW 0634419-0634425 | 10/26/1988 | D. Larkin presentation to Executive Board re: status of DOE waste program. WITHDRAWN -- NOW JX 18. | | | JX 018 | |
| PX 114 | ENW 0486788-0486810 | 10/28/1988 | Minutes of Executive Board 10/28/1988 meeting. WITHDRAWN -- NOW JX 19. | | | JX 019 | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 115 | HQR016 0344-0346 | 02/27/1989 | Letter from R. Berryman to R. Stein re: cooperative dual purpose cask development program. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to DOE's activities and plans under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the foreseeability and nature of SNF storage options available to utilities; and nuclear utilities' understanding of the likelihood of timely DOE performance.<br><br>The exhibit bears indicia that it is what it purports to be, under FRE 901(b)(4), because it was produced from DOE's files and bears a signature and other formalities that indicate it was a final letter from Virginia Power sent to DOE. Alternatively, EN will establish its authenticity at trial if necessary. |
| PX 116 | ENW 0269096-0269099 | 03/24/1989 | Letter from C. Reuter to A. DiDesidero re: modification to contract No. DE-CR01-83NE44424. | | | No Objection | |
| PX 117 | ENW 0486853-0486865 | 04/14/1989 | Minutes of Board of Directors 04/14/1989 meeting. | | | No Objection | |
| PX 118 | PA177145-177334 | 05/00/1989 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program (May 1989). | Milner (5/2/02) Dep. Ex. 27 | A606 (Milner 5/1/02 Dep. 31:1-32:1); A612 (Milner 5/1/02 Dep. 54:18-54:24); A620 (Milner 5/1/02 Dep. 103:25-104:8); A634 (5/2/02 Milner Dep. Ex. 224:4-22) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the costs and financing of the SNF program; the development of a geologic repository; and determining a reasonable rate and schedule for SNF acceptance. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 119 | ENW 0493999-0494067 | 05/18/1989 | Support information for FY 1990 nuclear fuel budget. | | | No Objection | |
| PX 120 | EDB001 0468-0487 | 06/00/1989 | 1989 Annual Capacity Report. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; determining a reasonable rate and schedule for SNF acceptance; and utility expectations about the likelihood of timely DOE performance.<br><br>EN has provided the most complete version of this document it could find in the Government's files produced in this litigation. To the extent the Government believes the document is incomplete, it is free to introduce the missing portions under FRE 106. |
| PX 121 | PNL070 2272-2303 | 06/00/1989 | The DOE Position on the MRS Facility (June 1989). WITHDRAWN -- NOW JX 20. | Kouts (5/2/07) Dep. Ex. 27 | A486 (Kouts 5/2/07 Dep. 337:17-338:21) | JX 020 | |
| PX 122 | ENW 0269408-0269409 | 06/05/1989 | Letter from A. DiDesidero to C. Rueter re: amendment No. M0001 to contract No. DE-CR01-83NE44424. | | | No Objection | |
| PX 123 | HQR008 0409-0411 | 09/20/1989 | Letter from S. Kraft to R. Stein re: cooperative dual purpose cask development program. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to DOE's activities and plans under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the foreseeability and nature of SNF storage options available to utilities; and nuclear utilities' understanding of the likelihood of timely DOE performance.<br><br>The exhibit bears indicia that it is what it purports to be, under FRE 901(b)(4), because it was produced from DOE's files and bears a signature and other formalities that indicate it was a final |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | letter from EEI sent to DOE.<br><br>Alternatively, EN will establish the authenticity of this exhibit at trial. |
| PX 124 | HQR 036 3992-4185 | 11/01/1989 | Report of the Monitored Retrievable Storage Commission titled "Nuclear Waste: Is There a Need for Federal Interim Storage?" WITHDRAWN -- NOW JX 21. | Brownstein (4/11/02) Dep. Ex. 69 | A317 (Brownstein 4/11/02 Dep. 727:23-730:18) | JX 021 | |
| PX 125 | YMP0002 0181-0215 | 11/29/1989 | Report to Congress by the Secretary of Energy on the Reassessment of the Civilian Radioactive Waste Management Program (November 1989). WITHDRAWN -- NOW JX 22. | Kouts (5/2/07) Dep. Ex. 28; Barrett (4/23/02) Dep. Ex. 18; Milner (5/2/02) Dep. Ex. 20 | A165 (Barrett 4/23/02 Dep. 427:16-428:16); A489 (Kouts 5/2/07 Dep. 349:14-350:14); A636-37 (5/2/02 Milner Dep. 232:22-234:13) | JX 022 | |
| PX 126 | PNL017 3359-3365 | 11/30/1989 | Memorandum from L. Barrett, DOE, to OCRWM Acting Director re: Evaluation of the MRS Review Commission Report. | Barrett (4/23/02) Dep. Ex. 16 | A157-58 (Barrett 4/23/02 Dep. 379:4-17, 388:6-21) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; determining a reasonable rate and schedule for SNF acceptance; and utility expectations about the likelihood of timely DOE performance. |
| PX 127 | ENW-EMS 000193-000252 | 12/00/1989 | OCRWM FY 1988 Annual Report to Congress. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the development, foreseeability, and nature of at-utility storage options; and utility |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | expectations about the likelihood of timely DOE performance. |
| PX 128 | HQ0013198-13221 | 01/00/1990 | Presentation titled "MRS Systems Studies Summary Report and Additional Analyses," by J. Williams, DOE, before the INMM Spent Fuel Seminar VII. | Williams (6/11/02) Dep. Ex. 1 | A1332-33 (Williams 6/11/02 Dep. 107:11-109:23) | No Objection | |
| PX 129 | ENW 0053509-0053512 | 03/16/1990 | D. Larkin presentation to senior staff re: on-site fuel storage requirements. | | | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is a document produced from EN's files. EN will establish its authenticity at trial. |
| PX 130 | COF023 1015-1016 | 04/27/1990 | Letter from C. Rueter, DOE, to A. DiDesidero, WPPSS, re: the DOE will not issue a 1989 ACR. WITHDRAWN -- NOW JX 23. | | | JX 023 | |
| PX 131 | ENW 0246919-0246924 | 06/12/1990 | Letter from C. Blessing to D. Larkin re: WNP 2 fuel pool reracking. | | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | Upon receiving the Government's completeness objection, EN amended this exhibit to include a complete version. |
| PX 132 | ENW 0053469-0053476 | 08/17/1990 | Letter from D. Mazur to J. Bartlett re: civilian radioactive waste management program interim storage of spent nuclear fuel. WITHDRAWN -- NOW JX 24. | | | JX 024 | |
| PX 133 | | 00/00/0000 | WITHDRAWN. | | | Withdrawn | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 134 | DB0001486-1514 | 10/05/1990 | Memorandum from A. Brownstein, DOE, to Distribution re: Preliminary Draft of the 1990 Annual Capacity Report. | Brownstein (4/9/02) Dep. Ex. 20 | A281 (Brownstein 4/9/02 Dep. 214:7-215:6) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; determining a reasonable rate and schedule for SNF acceptance; and utility expectations about the likelihood of timely DOE performance. |
| PX 135 | HQR036 2077-2188 | 11/00/1990 | Comment Response Document for the Secretary of Energy's "Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program" (November 1990). | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8).<br><br>Because the exhibit is authored by DOE, it consists of statements that are admissions of a party opponent, and, therefore, the exhibit is non-hearsay under FRE 801(d)(2).<br><br>To the extent some portions of this document could be construed as hearsay within hearsay, EN offers those portions not for their truth but rather for non-hearsay purposes, namely, to show notice to DOE of third-party and utility positions and their effect on DOE policy.<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>The exhibit bears indicia that it is what it purports to be, under FRE 901(b)(4), because it was produced from the Government's files and bears a cover sheet indicating that it is an official publication. The exhibit is also a self-authenticating domestic public document under FRE 902(1) or 902(2). The exhibit is also a |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | self-authenticating official publication purporting to be issued by public authority under FRE 902(5). Alternatively, EN will establish authenticity at trial. |
| PX 136 | HQR-008-0103-0104 | 11/27/1990 | Letter from J. Bartlett, OCRWM Director, to D. Mazur, WPPSS, re: proposal for an alternative to an MRS facility. | | | No Objection | |
| PX 137 | PNL 107 1603-1705 | 12/00/1990 | Preliminary Estimates of the Total-System Cost for the Restructed Program: An Addendum to the May 1989 Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program. | Milner (5/3/02) Dep. Ex. 34; Kouts (5/2/07) Dep. Ex. 29; Kouts (6/12/08) Dep. Ex. 4 | A492 (Kouts 5/2/07 Dep. 361:2-362:16); A511 (Kouts 6/12/08 Dep. 37:11-21); A606 (Milner 5/1/02 Dep. 31:1-32:1); A612 (Milner 5/1/02 Dep. 54:18-54:24); A620 (Milner 5/1/02 Dep. 103:25-104:8); A670 (Milner 5/3/02 Dep. 560:25-561:16) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Defendant did not object to this exhibit in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the costs and financing of the SNF program; the development of a geologic repository; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 138 | PA102761-102884 | 12/00/1990 | 1990 Annual Capacity Report. | Zabransky (4/18/02) Dep. Ex. 35; Barrett (4/23/02) Dep. Ex. 22; Brownstein (4/10/02) Dep. Ex. 24; referenced in 4/11 and 4/12/02 Pollog Deps. | A286 (Brownstein 4/10/02 Dep. 278:12-24); A791 (Pollog 4/11/02 Dep. 158:16-23); A1031 (Zabransky 4/18/02 Dep. | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | 317:11-18) | | |
| PX 139 | EDB 0011518-0011519 | 12/21/1990 | Memorandum from R. Milner, DOE, re: approval for publication of the 1990 Annual Capacity Report. WITHDRAWN -- NOW JX 26. | Milner (5/2/02) Dep. Ex. 32; Yankee Atomic Def. Ex. 23 | A777 (Milner 5/2/02 Dep. 278:21-279:21) | JX 026 | |
| PX 140 | PNL041 2110-2119 | 01/00/1991 | Presentation titled "Determination of Cost Effective Waste Management System Receipt Rates." | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Hearsay and "DOE Contractor Document" objections were overruled in Dairyland.<br><br>As explained more fully in EN's opposition to the Government's motion in limine to exclude documents created by DOE contractors, this exhibit is relevant and not hearsay under FRE 801(d)(2) and/or meets the public record or business record hearsay exceptions under FRE 803.<br><br>Because the exhibit is authored or created by DOE's contractors, it consists of statements that are admissions of a party opponent, and, therefore, the exhibit is non-hearsay under FRE 801(d)(2).<br><br>The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8). |
| PX 141 | PSN-0007058-0007059 | 01/15/1991 | Letter to Brian Farrell from David Larkin re: ACR Issue Resolution Process-Eleven Issues. | | | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit bears indicia that it is what it purports to be, under FRE 901(b)(4), because it bears Mr. Larkin's signature and other formalities indicating it was a final version of a letter.<br><br>EN will establish its authenticity at trial. |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 142 | ENW 0242627-0242634 | 02/13/1991 | D. Larkin presentation to Executive Board re: dry cask storage options and other issues. WITHDRAWN -- NOW JX 27. | | | JX 027 | |
| PX 143 | ENW 0486947-0486960 | 02/22/1991 | Minutes of Executive Board 2/22/1991 meeting. | | | No Objection | |
| PX 144 | CTR0001604-1712 | 04/01/1991 | Letter from D. Zabransky, Wisconsin Electric Power Company and Edison Electric Institute, to A. Brownstein, DOE, re: Annual Capacity Report Issue Resolution Process. | Yankee Atomic Pl. Ex. 81 | A1070-71 (Yankee Atomic Tr. 4122:24-4123:12) | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | Admitted in Yankee Atomic.<br><br>EN has designated foundational testimony that establishes the authenticity of this exhibit. Alternatively EN will establish its authenticity at trial. |
| PX 145 | | 00/00/0000 | WITHDRAWN. | | | Withdrawn | |
| PX 146 | CTR013 1126-1144 | 04/22/1991 | Memorandum from P. McDuffie and S. Vance to A. Brownstein and D. Langstaff re: Comments on EEI/UWASTE Positions on Eleven Issues. | | | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | EN will establish the authenticity of this exhibit at trial.<br><br>Because the exhibit is authored or created by DOE contractors, it consists of statements that are admissions of a party opponent, and, therefore, the exhibit is non-hearsay under FRE 801(d)(2).<br><br>The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8).<br><br>As explained more fully in EN's opposition to the Government's motion in limine to exclude documents created by DOE contractors, this exhibit is relevant and not hearsay under FRE 801(d)(2) and/or meets the public record or business record hearsay exceptions under FRE |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 803. |
| PX 147 | ENW 0183343-0183379 | 05/15/1991 | Letter from C. Rueter, DOE Contracting Officer, to A. Didesidero, WPPSS, re: Contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste. | | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | Upon receiving the Government's completeness objection, EN corrected this exhibit to provide a more complete version. EN now believes it has provided the most complete version of this document found in its files produced in this litigation. |
| PX 148 | ENW 0247720 | 06/02/1991 | Letter from D. Larkin to C. Rueter re: draft Acceptance Priority Ranking. WITHDRAWN -- NOW JX 28. | | | JX 028 | |
| PX 149 | ENW 0053513-0053568 | 06/26/1991 | D. Larkin whitepaper re: spent fuel storage options. WITHDRAWN -- NOW JX 29. | | | JX 029 | |
| PX 150 | N/A | 06/28/1991 | Letter from P. McDuffie and S. Vance to D. Langstaff and A. Brownstein re: Recommended DOE Positions on 17 Contract Implementation Issues (contains S. Vance's handwritten notes). | | | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | EN will establish the authenticity of this exhibit at trial.<br><br>Because the exhibit is authored or created by DOE contractors, it consists of statements that are admissions of a party opponent, and, therefore, the exhibit is non-hearsay under FRE 801(d)(2).<br><br>The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8).<br><br>As explained more fully in EN's opposition to the Government's motion in limine to exclude documents created by DOE contractors, this exhibit is relevant and not hearsay under FRE 801(d)(2) and/or meets the public record or |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | business record hearsay exceptions under FRE 803. |
| PX 151 | CTR003 0978-0988 | 06/28/1991 | Letter from P. McDuffie and S. Vance to D. Langstaff and A. Brownstein re: Recommended DOE Positions on 17 Contract Implementation Issues. | | | FRE 901 - Authentication - Document lacks intlicia which establishes that exhibit is what proponent claims.<br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | EN will establish the authenticity of this exhibit at trial.<br><br>Because the exhibit is authored or created by DOE contractors, it consists of statements that are admissions of a party opponent, and, therefore, the exhibit is non-hearsay under FRE 801(d)(2).<br><br>The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8).<br><br>As explained more fully in EN's opposition to the Government's motion in limine to exclude documents created by DOE contractors, this exhibit is relevant and not hearsay under FRE 801(d)(2) and/or meets the public record or business record hearsay exceptions under FRE 803. |
| PX 152 | ENW 0247705-0247706 | 07/29/1991 | Letter from A. DiDesidero to C. Rueter re: Contract No. DE-CRO1-83NE44424 Draft Acceptance Priority Ranking. WITHDRAWN -- NOW JX 30. | | | JX 030 | |
| PX 153 | HQ0003705-0003707 | 08/29/1991 | Handwritten notes from Standard Contract Task Force meeting. | Slater (4/21/99) Dep. Ex. 8 | A929 (Slater 4/21/99 Dep. 161:14-162:1, 162:22-163:11) | FRE 901 - Authentication - Document lacks intlicia which establishes that exhibit is what proponent claims.<br>FRE 802 - Hearsay - | EN has designated foundational testimony that establishes the authenticity of this exhibit. Alternatively, EN will establish the authenticity of this exhibit at trial.<br><br>The exhibit is a record or report that sets forth the |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8).<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract. |
| PX 154 | HQR043 3296-3350 | 09/00/1991 | U.S. General Accounting Office Report to Congressional Requesters titled "Nuclear Waste: Operation of Monitored Retrievable Storage Facility is Unlikely by 1998." | Kouts (5/2/07) Dep. Ex. 30; System Fuels Pl. Ex. 198 | A468-69 (4/12/07 System Fuels Tr. 3469:17-3472:19); A496 (Kouts 5/2/07 Dep. 376:7-377:3) | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Hearsay and relevance objections were overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; congressional activities surrounding a proposed Monitored Retrievable Storage facility; the development, foreseeability, and nature of at-utility storage options; and utility expectations about the likelihood of timely DOE performance.<br><br>Because the exhibit is authored or created by a division of the Government, it consists of statements that are admissions of a party opponent, and, therefore, the exhibit is non-hearsay under FRE 801(d)(2).<br><br>The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8). |
| PX 155 | HQ0006854-6889 | 12/00/1991 | 1991 Acceptance Priority Ranking. WITHDRAWN -- NOW JX 31. | Brownstein (4/10/02) Dep. Ex. 27 | A288 (Brownstein 4/10/02 Dep. 302:13-303:22) | JX 031 | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 156 | HQR004 0354-0417 | 12/00/1991 | 1991 Annual Capacity Report. WITHDRAWN -- NOW JX 32. | Brownstein (4/10/02) Dep. Ex. 30; Klein (4/24/02) Dep. Ex. 12; Milner (5/2/02) Dep. Ex. 42; Zabransky (4/18/02) Dep. Ex. 36; Kouts (5/1/07) Dep. Ex. 16; Pollog (4/11/02) Dep. Ex. 9 | A289 (Brownstein 4/10/02 Dep. 321:1-18); A480 (Kouts 5/1/07 Dep. 193:7-10); A792 (Pollog 4/11/02 Dep. 164:6-16); A1034 (Zabransky 4/18/02 Dep. 327:1-11) | JX 032 | |
| PX 157 | EDB 0011764-0011765 | 12/20/1991 | Memorandum from R. Milner, DOE, to OCRWM Director re: Action: Approval for Publication of the 1991 Annual Capacity Report. | Milner (5/2/02) Dep. Ex. 40; TVA Def. Ex. 78 | A644 (Milner 5/2/02 Dep. 314:4-21); A844 (TVA Tr. 1662:8-25) | No Objection | |
| PX 158 | HQR003 0314-0315 | 12/31/1991 | Document titled "ACR Issues Status Report, December 31, 1991." | Brownstein (4/11/02) Dep. Ex. 46 | A312-13 (Brownstein 4/11/02 Dep. 513:24-516:19) | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | EN has designated foundational testimony that establishes the authenticity of this exhibit. Alternatively, EN will establish its authenticity at trial if necessary. |
| PX 159 | ENW 0183383-0183391 | 03/04/1992 | Letter from M. Detmer, DOE Contracting Officer, to A. Didesidero, WPPSS, re: enclosed instructions for completing Delivery Commitment Schedules. WITHDRAWN -- NOW JX 33. | Similar to Klein (4/24/02) Dep. Ex. 2; Brownstein (4/10/02) Dep. Ex. 34; Milner (5/2/02) Dep. Ex. 43; Pollog (5/16/02) Dep. Ex. 9; Pollog (4/11/02) Dep. Ex. 3; Zabransky (4/17/02) Dep. Ex. 4 | A295 (Brownstein 4/10/02 Dep. 363:22-364:22); A396 (Klein 4/24/02 Dep. 44:1-12); A646 (Milner 5/2/02 Dep. 335:14-336:10); A773-74 (Pollog 4/11/02 | JX 033 | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | 44:20-45:4, 45:12-25); A825 (Pollog 5/16/02 Dep. 316:17-24) | | |
| PX 160 | ENW 0492257-0492294 | 04/00/1992 | FY 1993 Fuel Management Plan. WITHDRAWN -- NOW JX 34. | | | JX 034 | |
| PX 161 | ENW 0487046-0487067 | 04/10/1992 | Minutes of Executive Board 4/10/1992 meeting. WITHDRAWN -- NOW JX 35. | | | JX 035 | |
| PX 162 | HQR043 0349-0352 | 05/29/1992 | Letter from J. Watkins, Secretary of Energy, to Northern States re: current activities toward establishing an MRS. | Kouts (10/11/2006) Dep. Ex. 5; System Fuels Pl. Ex. 295 | A470-71 (4/12/07 System Fuels Tr. 3494:9-3495:2) | FRE 901 - Authentication - Document lacks intlicia which establishes that exhibit is what proponent claims.<br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the nature of a proposed Monitored Retrievable Storage facility; and utility expectations about the likelihood of timely DOE performance.<br><br>The exhibit bears indicia that it is what it purports to be, under FRE 901(b)(4), because it was produced from DOE's files and bears a signature and other formalities that indicate it was the final version of letter sent by the Secretary of Energy.<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>The exhibit is a self-authenticating domestic public document under FRE 902(1) or FRE 902(2).<br><br>Alternatively, EN will establish authenticity at trial. |
| PX 163 | ENW 0487097-0487117 | 07/10/1992 | Minutes of Board of Directors 07/10/1992 meeting. | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 164 | YDK006 1140-41; YDK007 0994-96 | 09/25/1992 | Letter from Yankee Atomic to DOE Contracting Officer regarding enclosed Delivery Commitment Schedules. | Brownstein (6/14/02) Dep. Ex. 87 | A323 (Brownstein 6/14/02 Dep. 294:16-295:6) | No Objection | |
| PX 165 | ENW 0053584-0053586 | 10/21/1992 | D. Larkin presentation to Executive Board re: high-level waste program status. WITHDRAWN -- NOW JX 36. | | | JX 036 | |
| PX 166 | ENW 0487118-0487141 | 10/22/1992 | Minutes of Executive Board 10/22/1992 meeting. | | | No Objection | |
| PX 167 | NMT001 3327-3363 | 12/00/1992 | Universal Container Systems Concept Paper. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit is relevant to the development, foreseeability, and nature of at-reactor storage options available to utilities.<br><br>EN may offer this exhibit not for its truth but rather for non-hearsay purposes, namely, to show awareness on the part of EN as to industry views on dry cask storage options and/or as a document relied upon by EN's expert, Eileen Supko, in rendering her opinions in this matter. |
| PX 168 | YDK007 0210-0211; YDK006 1142-44 | 12/01/1992 | Letter from L. Strand, DOE Contracting Officer, to Yankee Atomic re: disapproval of Delivery Commitment Schedules for exceeding allocation. | Brownstein (6/14/02) Dep. Ex. 88 | | No Objection | |
| PX 169 | CE03673-04070 | 12/04/1992 | Group exhibit of correspondence between Commonwealth Edison and DOE re: Delivery Commitment Schedules. | Zabransky (4/18/02) Dep. Ex. 49; Brownstein (4/11/02) Dep. Ex. 48 | A315-16 (Brownstein 4/11/02 Dep. 534:20-537:21); A1046-48 (Zabransky 4/18/02 Dep. 427:18-428:6, | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | 434:1-436:10) | | |
| PX 170 | HQR064-3848-HQR064-3851 | 12/17/1992 | Letter from J. Watkins, Secretary of Energy, to Senator Johnston, Chairman of U.S. Senate Committee on Energy and Natural Resources, re: DOE's new strategy for SNF receipt. WITHDRAWN -- NOW JX 37. | System Fuels Pl. Ex. 82; Kouts (5/2/07) Dep. Ex. 32; Kouts (6/12/08) Dep. Ex. 6 | A499-00 (Kouts 5/2/07 Dep. 397:11-399:10); A527 (Kouts 6/12/08 Dep. 103:10-19) | JX 037 | |
| PX 171 | ENW 0053445 | 12/31/1992 | Memorandum from D. Larkin to R. Latorre re: WNP-2 fuel pool expansion. WITHDRAWN -- NOW JX 38. | | | JX 038 | |
| PX 172 | HQR064 3925-3930 | 01/25/1993 | Memorandum from L. Barrett, Acting OCRWM Director, to the Secretary of Energy re: Approval of Implementation Plan for Acceptance of Civilian Spent Nuclear Fuel by the Federal Government in January 1998. | Barrett (4/26/02) Dep. Ex. 28 | A185 (Barrett 4/26/02 Dep. 616:11-617:4) | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | Admitted in Yankee Atomic; authentication objection overruled in Dairyland because the document could be authenticated under FRE 901(b)(7).<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>The exhibit is a self-authenticating domestic public document under FRE 902(2). The exhibit is also a self-authenticating official publication purporting to be issued by public authority under FRE 902(5). Alternatively, EN will establish authenticity at trial. |
| PX 173 | ENW 0248012-0248013 | 02/08/1993 | Letter from A. Oxsen to H. O'Leary re: expected failure of DOE to commence SNF disposal in 1998. | | | No Objection | |
| PX 174 | HQR064 3900-3904 | 02/23/1993 | Memorandum from R. Milner, DOE, to C. Kouts, DOE, re: Back-Up Material for New RW Initiatives. | Milner (5/2/02) Dep. Ex. 45 | A648 (Milner 5/2/02 Dep. 341:23-343:24) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the development and foreseeability of the use of certain at-reactor storage options; and utility expectations about the likelihood of timely DOE performance. |
| PX 175 | PA102630-102678 | 03/00/1993 | 1992 Annual Capacity Report. | Barrett (4/26/02) Dep. Ex. 40 | | No Objection | |
| PX 176 | ENW 0186958 | 03/31/1993 | Memorandum from D. Larkin to R. Koenigs re: UWaste High Level Waste Working Group. | | | No Objection | |
| PX 177 | CTR021 0083-0109 | 03/31/1993 | Memorandum from T. Issacs and M. Blanchard to L. Barrett re: Proposed Alternative Strategy for DOE Waste Management Program. | | | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the unlikelihood of timely DOE performance.<br><br>Because the exhibit is authored or created by members of a task force who were DOE officials, it consists of statements that are admissions of a party opponent, and, therefore, the exhibit is non-hearsay under FRE 801(d)(2).<br><br>The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8).<br><br>Alternatively, EN may offer the exhibit not for its truth but rather for non-hearsay purposes, namely, to show notice to utilities as to the unlikelihood of timely DOE performance and/or as a document relied upon by EN's expert witness, Eileen Supko, in rendering her opinions |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | in this matter.<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>The exhibit is a self-authenticating domestic public document under FRE 902(2). The exhibit is also a self-authenticating official publication purporting to be issued by public authority under FRE 902(5). Alternatively, EN will establish its authenticity at trial. |
| PX 178 | ENW-EMS 000852-000951 | 04/00/1993 | Spent Nuclear Fuel Storage - Performance Tests and Demonstrations. | | | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>The exhibit is a self-authenticating domestic public document under FRE 902(2). Alternatively, EN will establish its authenticity at trial.<br><br>Because the exhibit is authored or created by DOE contractors, it consists of statements that are admissions of a party opponent, and, therefore, the exhibit is non-hearsay under FRE 801(d)(2).<br><br>The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8).<br><br>The exhibit is relevant to DOE's policies, |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the development of dry cask storage.<br><br>As explained more fully in EN's opposition to the Government's motion in limine to exclude documents created by DOE contractors, this exhibit is relevant and not hearsay under FRE 801(d)(2) and/or meets the public record or business record hearsay exceptions under FRE 803. |
| PX 179 | ENW 0648102-0648138 | 04/13/1993 | FY 1994 Fuel Management Plan. WITHDRAWN -- NOW JX 39. | | | JX 039 | |
| PX 180 | HQ0014795-0014796 | 04/15/1993 | Letter from L. Barrett, DOE, re: Civilian Radioactive Waste Management Program review, to A. L. Oxen, WPPSS. | | | No Objection | |
| PX 181 | ENW 0053577-0053583 | 04/21/1993 | D. Larkin presentation to Participants' Review Board re: spent fuel disposal status. | | | No Objection | |
| PX 182 | DB102315-102356 | 05/00/1993 | 1992 Annual Capacity Report (Revision 1). WITHDRAWN -- NOW JX 40. | Brownstein (4/10/02) Dep. Ex. 32 | A294 (Brownstein 4/10/02 Dep. 356:13-357:11) | JX 040 | |
| PX 183 | DB111241-111243 | 06/24/1993 | Memorandum from R. Milner, DOE, to L. Barrett, Acting OCRWM Director, re: Response to Yankee Atomic's Delivery Commitment Schedules and Request for Priority Acceptance. | Slater (4/22/99) Dep. Ex. 20 | A934-35 (Slater 4/22/99 Dep. 233:4-234:3,235:1 -18) | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | EN has provided a version of this exhibit that was used at a deposition of a DOE employee. To the extent the Government believes the document is unfairly incomplete, it is free to introduce the missing portions under FRE 106. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 184 | ENW 0487169-0487206 | 06/24/1993 | Minutes of Executive Board 06/24/1993 meeting. | | | No Objection | |
| PX 185 | HQR010 1635-1636 | 07/29/1993 | Document titled "Questions from Representative Hastert" containing a question and DOE answer re: 1998 date for performance. | Brownstein (4/10/02) Dep. Ex. 37 | A301 (Brownstein 4/10/02 Dep. 414:19-416:6) | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit.<br>FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | EN has provided the version of this document used at a deposition. To the extent the Government believes the document is unfairly incomplete, it is free to introduce the missing portions under FRE 106.<br><br>EN has designated foundational testimony that establishes the authenticity of this exhibit. Alternatively, EN will establish its authenticity at trial, if necessary. |
| PX 186 | ENW 0246925 | 08/30/1993 | Letter from D. Larkin to C. Blessing re: WNP-2 fuel pool expansion scoping analysis. | | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | EN has provided the most complete version of this document found in its files produced in this litigation. |
| PX 187 | HQR036 1098-1099 | 09/02/1993 | Letter from L. Barrett to J. Shelter re: multipurpose canisters. WITHDRAWN -- NOW JX 41. | | | JX 041 | |
| PX 188 | ENW 0053446-0053455 | 09/17/1993 | Leter from C. Blessing to R. Latoree re: fuel pool storage expansion at WNP-2. WITHDRAWN -- NOW JX 42. | | | JX 042 | |
| PX 189 | HQR036 1069-1070 | 10/04/1993 | Letter from L. Barrett to Congressman N. Dicks re: multipurpose canisters. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the nature, development, and foreseeability of at-reactor SNF storage options. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 190 | N/A | 12/06/1993 | Group exhibit of correspondence between Northern States Power Company and DOE re: Delivery Commitment Schedules. | Milner (5/7/02) Dep. Ex. 76 | A677 (Milner 5/7/02 Dep. 589:24-590:21) | No Objection | |
| PX 191 | HQR-043 1095 - 1096 | 12/23/1993 | Letter from D. Dreyfus, OCRWM Director, to S. Clark, Commissioner of the Florida Public Service Commission re: letter to Secretary O'Leary and DOE's responsiblities in implementing the Radioactive Waste Management Program. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the nature, development, and foreseeability of at-reactor SNF storage options. |
| PX 192 | CTR017 1029-1063 | 01/11/1994 | Presentation at the Nuclear Waste Technical Review Board Full Board Meeting, by R. Milner, DOE, titled "Update on Multipurpose Canister Concept." | Milner (5/8/02) Dep. Ex. 102 | A692 (Milner 5/8/02 Dep. 216:8-217:12) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the nature, development, and foreseeability of at-reactor SNF storage options. |
| PX 193 | HQR064 5307-5349 | 01/27/1994 | Presentation titled "Description of Basic MPC Concepts," by J. Williams, DOE, at the Insitute of Nuclear Materials Management Spent Fuel Management Seminar XI. | Williams (1/22/04) Dep. Ex. 8 | A996 (Williams 1/22/04 Dep. 86:22-88:4) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the development of dry cask storage.<br><br>EN has designated foundational testimony that establishes the authenticity of this exhibit but will establish its authenticity at trial if necessary.<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>The exhibit is a self-authenticating domestic public document under FRE 902(1) or FRE 902(2). Alternatively, EN will establish authenticity at trial. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 194 | HQR036 1057-1066 | 01/27/1994 | Statement of R. Milner, DOE, before the Minnesota State Legislature Committee on Jobs, Energy, and Community Development. | Milner (5/3/02) Dep. Ex. 66 | A666-67 (Milner 5/3/02 Dep. 526:14-527:9) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the nature, development, and foreseeability of at-reactor SNF storage options; and the transportation of SNF to DOE. |
| PX 195 | HQR058 0330-0331 | 02/16/1994 | Memorandum from R. Milner, DOE, to D. Dreyfus, OCRWM Director, re: Termination of OCRWM direct financial support to canister technology development efforts. | Milner (5/8/02) Dep. Ex. 104 | A694 (Milner 5/8/02 Dep. 223:14-224:14) | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit.<br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is a document produced from the Government's files and used at a deposition. To the extent the Government believes it is unfairly incomplete, it is free to introduce any missing portions under FRE 106.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the nature, development, and foreseeability of at-reactor SNF storage options; and the transportation of SNF to DOE. |
| PX 196 | CTR015 0095-0096 | 02/18/1994 | Memorandum from H. O'Leary, Secretary of Energy, to D. Dreyfus, OCRWM Director, re: Program Guidance on a possible delay in spent nuclear fuel acceptance. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the nature, development, and foreseeability of at-reactor SNF storage options; and the unlikelihood of timely DOE performance. |
| PX 197 | HQR028 2747-2762 | 03/08/1994 | Memorandum from R. Milner, DOE, attaching memorandum to D. Dreyfus, OCRWM Director, re: Action: Modify the CRWMS Program Baseline to a Multipurpose Canister Program. | Milner (5/8/02) Dep. Ex. 103 | A693 (Milner 5/8/02 Dep. 221:1-15) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the nature, development, and foreseeability of at-reactor SNF storage options; and the unlikelihood of timely DOE performance. |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 198 | HQR064 4524-4591 | 03/08/1994 | Briefing from R. Milner, DOE, to D. Dreyfus, OCRWM Director, titled "Interim Storage Options," presented on February 8, 1994 and revised on March 8, 1994. | Milner (5/2/02) Dep. Ex. 48 | A650-51 (Milner 5/2/02 Dep. 356:13-357:7, 358:5-15) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the nature, development, and foreseeability of at-reactor SNF storage options; the unlikelihood of timely DOE performance; and the need for interim storage. |
| PX 199 | ENW 0261819 | 03/16/1994 | Letter from J. Howard to R. Latorre re: private fuel storage project. | | | No Objection | |
| PX 200 | ENW 0262048 | 03/17/1994 | Letter from J. Howard to W. Counsil re: private fuel storage. | | | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is a document produced from EN's files. EN will establish its authenticity at trial. |
| PX 201 | ENW 0262064-0262065 | 04/04/1994 | Memorandum from F. Latoree to D. Larkin re: Private Spent Fuel Storage Facility. WITHDRAWN -- NOW JX 43. | | | JX 043 | |
| PX 202 | ENW 0657959-0657971 | 04/25/1994 | D. Larkin presentation to Executive Board re: FY 95 Management Plan. | | | No Objection | |
| PX 203 | ENW 0487231-0487262 | 04/28/1994 | Minutes of Executive Board 4/28/1994 meeting. WITHDRAWN -- NOW JX 44. | | | JX 044 | |
| PX 204 | HQR001 0339-0340 | 05/00/1994 | Memorandum from D. Dreyfus to the Secretary of Energy re: Approval of Notice of Inquiry Regarding Waste Acceptance Issues. | Brownstein (4/10/02) Dep. Ex. 41 | A304 (Brownstein 4/10/02 Dep. 452:9-453:3, 453:12-16) | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit.<br>FRE 402 - Relevance - | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit appears to be missing only its enclosure, a notice of inquiry. The final version of this enclosure appears elsewhere on EN's exhibit list, as PX 205. To the extent the Government believes the document is incomplete, it is free to |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | Document does not address fact that is of consequence to determination of this case. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | introduce the missing portions under FRE 106.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the nature, development, and foreseeability of at-reactor SNF storage options; the unlikelihood of timely DOE performance; and the need for interim storage.<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7). The exhibit is a self-authenticating domestic public document under FRE 902(2). EN has also designated foundational testimony from Mr. Alan Brownstein that establishes the authenticity of this exhibit. Alternatively, EN will establish the authenticity of this exhibit at trial. |
| PX 205 | N/A | 05/25/1994 | DOE Notice of Inquiry on Waste Acceptance Issues (49 Fed. Reg. 27007 (May 25, 1994)). | Barrett (4/26/02) Dep. Ex. 34 | A190 (Barrett 4/26/02 Dep. 708:15-709:16) | No Objection | |
| PX 206 | NVR002 0346-0437 | 06/03/1994 | Request for Proposal for the Multi-Purpose Canister (MPC) System, No. VA.CS.WLS 6/94.015. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br>DOE Contractor Document - Unadopted statements by a | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the development of dry cask storage options; and the opinions rendered by EN's expert, Eileen Supko, in this matter.<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7). If necessary, EN will authenticate this exhibit at trial. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | DOE Contractor are not an admission of a party opponent and are not relevant. | As explained more fully in EN's opposition to the Government's motion in limine to exclude documents created by DOE contractors, this exhibit is relevant and not hearsay under FRE 801(d)(2) and/or meets the public record or business record hearsay exceptions under FRE 803. |
| PX 207 | ENW 0262230-0262233 | 08/00/1994 | OCRWM Bulletin: Multi-Purpose Canister Procurement: A Significant Step For The Department of Energy's Civilian Radioactive Waste Management Program. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the nature, development, and foreseeability of at-reactor SNF storage options; and EN's understanding of available SNF storage options. |
| PX 208 | HQR112 0076-0125 | 09/00/1994 | Multi-Purpose Canister Evaluation: A Systems Engineering Approach. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the nature, development, and foreseeability of at-reactor SNF storage options; and SNF transportation to DOE. |
| PX 209 | PA 163288-163409 | 09/00/1994 | OCRWM FY 1993 Annual Report to Congress. | Dreyfus (5/15/02) Dep. Ex. 2 | A378 (Dreyfus 5/15/02 Dep. 53:24-54:19) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the development, foreseeability, and nature of at-utility storage options; the costs and financing of the SNF program; and the unlikelihood of timely DOE performance. |
| PX 210 | ENW 0247929-0247939 | 09/23/1994 | Memorandum from S. Kraft re: DOE notice of inquiry on waste acceptance issues. | | | No Objection | |
| PX 211 | ENW 0184509-0184528 | 11/00/1994 | Revised FY 1995 Fuel Management Plan. | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 212 | N/A | 11/28/1994 | Memorandum from R. Milner, DOE, to OCRWM Directors and YMSCO Manager re: Draft TSLCC 1995 Assumption Package. | Milner (5/7/02) Dep. Ex. 49 | A675 (Milner 5/2/02 Dep. 375:14-376:13) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Admitted in Yankee Atomic; relevance and hearsay objections overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the development, foreseeability, and nature of at-utility storage options; the costs and financing of the SNF program; transportation of SNF to DOE; and determining a reasonable rate and schedule for SNF acceptance.<br><br>The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8).<br><br>Because the exhibit was authored or created by DOE or a DOE contractor, it consists of statements that are admissions of a party opponent, and, therefore, the exhibit is non-hearsay under FRE 801(d)(2). |
| PX 213 | PNL178 0995-1090 | 12/12/1994 | DOE, Notice of Financial Assistance Award, P.L. No. 102-104, for a project titled "Demonstration of a Spent Fuel Dry Transfer System Using Transportable Storage Systems." | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br>DOE Contractor Document - | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the development of dry cask storage options.<br><br>Because the exhibit is authored or created by DOE employees or DOE contractors, it consists of statements that are admissions of a party opponent, and, therefore, the exhibit is non-hearsay under FRE 801(d)(2).<br><br>The exhibit is a record or report that sets forth the activities of a public office or agency and |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | therefore meets the requirements of the public records hearsay exception, FRE 803(8).<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>If necessary, EN will establish the authenticity of this exhibit at trial.<br><br>As explained more fully in EN's opposition to the Government's motion in limine to exclude documents created by DOE contractors, this exhibit is relevant and not hearsay under FRE 801(d)(2) and/or meets the public record or business record hearsay exceptions under FRE 803. |
| PX 214 | SN174276-174362 | 12/19/1994 | Civilian Radioactive Waste Management Program Plan, Volume I: Program Overview (December 1994). | Barrett (4/26/02) Dep. Ex. 36 | A193 (Barrett 4/26/02 Dep. 736:10-737:2) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the development, foreseeability, and nature of at-utility storage options; the costs and financing of the SNF program; and transportation of SNF to DOE. |
| PX 215 | HQR060 2810-2835 | 01/11/1995 | Presentation titled "Multi-Purpose Canister Project Overview," by J. Williams, DOE, at the Insitute of Nuclear Materials Management Spent Fuel Management Seminar XII. | Williams (1/22/04) Dep. Ex. 10 | A999 (Williams 1/22/04 Dep. 192:3-193:7) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to OE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; spent fuel storage requirements; and the development of dry cask storage options.<br><br>The exhibit is a self-authenticating domestic public document under FRE 902(1) or FRE 902(2). |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | The exhibit is a self-authenticating official publication purporting to be issued by public authority under FRE 902(5).<br><br>EN also has designated foundational testimony that establishes the authenticity of this exhibit. Alternatively, EN will establish its authenticity at trial if necessary. |
| PX 216 | HQR057 1493-1518 | 02/16/1995 | Memorandum from R. Milner, DOE, to OCRWM Director re: Final Total System Life Cycle Cost (TSLCC) 1995 Assumptions Package. | Milner (5/7/02) Dep. Ex. 80 | A606 (Milner 5/1/02 Dep. 31:1-32:1); A612 (Milner 5/1/02 Dep. 54:18-54:24); A620 (Milner 5/1/02 Dep. 103:25-104:8); A678-79 (Milner 5/7/02 Dep. 616:8-617:3, 617:6-19, 621:16-20) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the development, foreseeability, and nature of at-utility storage options; the costs and financing of the SNF program; transportation of SNF to DOE; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 217 | HQR010 2386-2399 | 02/23/1995 | Presentation by A. Brownstein, DOE, to Decision Makers' Summit, U.S. Radwaste Management, titled "Spent Fuel Acceptance: DOE's Process for Change." | Brownstein (4/10/02) Dep. Ex. 38 | A303 (Brownstein 4/10/02 Dep. 424:6-425:19) | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | EN has designated foundational testimony that establishes the authenticity of this exhibit. Alternatively, EN will establish its authenticity at trial if necessary. |
| PX 218 | ENW 0586991-0586993 | 02/28/1995 | E-mail from D. Larkin to J. Parrish re: radioactive waste management conference. WITHDRAWN -- NOW JX 45. | | | JX 045 | |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 219 | EDB001 0136-0150 | 03/00/1995 | 1994 Acceptance Priority Ranking and Annual Capacity Report (March 1995) (contains handwritten notes and edits). | Barrett (4/26/02) Dep. Ex. 38 | | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | EN will establish the authenticity of this exhibit at trial. |
| PX 220 | AZT001 0335-0405 | 03/00/1995 | Acceptance Priority Ranking & Annual Capacity Report (March 1995). WITHDRAWN -- NOW JX 46. | Barrett (4/26/02) Dep. Ex. 39; Milner (5/2/02) Dep. Ex. 51; Zabransky (4/17/02) Dep. Ex. 5; referenced in Pollog 4/11 and 4/12/02 Deps. | A657 (Milner 5/2/02 Dep. 389:8-24); A793 (Pollog 4/11/02 Dep. 178:22-179:3); A1010-11 (Zabransky 4/17/02 Dep. 44:22-45:9) | JX 046 | |
| PX 221 | EDB001 0127-0128 | 03/15/1995 | Memorandum from S. Rousso, DOE, to Director, RW-1, re: Action: Approve for publication the attached 1994 Acceptance Priority Ranking and Annual Capacity Report. | Zabransky (4/18/02) Dep. Ex. 38 | A1041 (Zabransky 4/18/02 Dep. 363:18-364:15) | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | This exhibit appears to be missing only its enclosure, the 1994 Acceptance Priority Ranking and Annual Capacity Report. That document appears to be found elsewhere on EN's exhibit list, as PX 220 or PX 221. However, to the extent the Government believes the document is incomplete, it is free to introduce the missing portions under FRE 106. |
| PX 222 | ENW 0261893-0261894 | 04/11/1995 | Letter from J. Howard to W. Counsil re: private spent fuel storage facility. WITHDRAWN -- NOW JX 47. | | | JX 047 | |
| PX 223 | CTR040 0568-0583 | 04/26/1995 | Memorandum for Distribution from T.J. Glauthier, Associate Director of Natural Resources, Energy, and Science, and C. Curtis, DOE Under Secretary, re: Review of Adminstration Policy for Interim Storage of Radioactive Waste. | Barrett (5/8/02) Dep. Ex. 50 | A220-21 (Barrett 5/8/02 Dep. 1045:4-1046:14) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the foreseeability of at-utility storage; and DOE interim storage options.<br><br>The exhibit is a record or report that sets forth the |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | the matter asserted.<br>FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8).<br><br>Because the exhibit is authored or created by employees of the U.S. Government, it consists of statements that are admissions of a party opponent, and, therefore, the exhibit is non-hearsay under FRE 801(d)(2).<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>The exhibit is a self-authenticating domestic public document under FRE 902(1) or 902(2). EN has also designated foundational testimony that establishes the authenticity of this exhibit. Alternatively, EN will establish authenticity at trial. |
| PX 224 | ENW-EMS 000253-000369 | 05/00/1995 | OCRWM FY 1994 Annual Report to Congress. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the development, foreseeability, and nature of at-utility storage options; the costs and financing of the SNF program; transportion of SNF to DOE; and the unlikelihood of timely DOE performance. |
| PX 225 | N/A | 05/03/1995 | Department of Energy Final Interpretation of Nuclear Waste Acceptance Issues (Federal Register Vol. 60, No. 85). | Pollog (4/12/02) Dep. Ex. 24 | A813 (Pollog 4/12/02 Dep. 105:11-106:2) | No Objection | |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 226 | ENW 0586909 | 05/04/1995 | E-mail from D. Larkin to D. Atkinson re: project to evaluate spent fuel storage options. WITHDRAWN -- NOW JX 48. | | | JX 048 | |
| PX 227 | ENW 0261891-0261892 | 05/12/1995 | Letter from W. Counsil to J. Howard re: private fuel storage with Mescalaro Apaches. WITHDRAWN -- NOW JX 49. | | | JX 049 | |
| PX 228 | ENW 0491120-0491151 | 06/07/1995 | FY 1996 Fuel Management Plan. WITHDRAWN -- NOW JX 50. | | | JX 050 | |
| PX 229 | ENW 0241321-0241327 | 06/07/1995 | U.S. NRC Information Notice 95-29: Oversight of Design and Fabrication Activities for Metal Components Used in Spent Fuel Dry Storage Systems. | | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | Upon receiving the Government's completeness objection, EN corrected this exhibit to provide a more complete version. EN now believes it has provided the most complete version of this exhibit found in its files produced in this litigation. |
| PX 230 | HQR036 1043-1047 | 06/09/1995 | Statement of D. Dreyfus, OCRWM Director: Presentation to the U.S. Nuclear Regulatory Commission on the Status of Multi-Purpose Canister System and Activities Associated With the Civilian Radioactive Waste Management Program. | Dreyfus (5/15/02) Dep. Ex. 9 | A383 (Dreyfus 5/15/02 Dep. 111:6-13) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the development, foreseeability, and nature of at-utility storage options. |
| PX 231 | ENW 0251378-0251405 | 06/15/1995 | Memorandum from D. Larkin to B. Counsil et. al. re: evaluation of spent fuel storage options for WNP-2. WITHDRAWN -- NOW JX 51. | | | JX 051 | |
| PX 232 | ENW 0053893-0053898 | 06/20/1995 | D. Larkin materials re: spent fuel storage for WNP-2. WITHDRAWN -- NOW JX 52. | | | JX 052 | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 233 | ENW 0246175 | 06/30/1995 | Memorandum from D. Larkin to P. Bemis re: spent fuel storage. WITHDRAWN -- NOW JX 53. | | | JX 053 | |
| PX 234 | ENW 0487306-0487314 | 07/14/1995 | Minutes of Board of Directors 7/14/1995 meeting. WITHDRAWN -- NOW JX 54. | | | JX 054 | |
| PX 235 | ENW 0250287-0250289 | 08/24/1995 | Purchase requisition No. 346336. | | | No Objection | |
| PX 236 | PA176202-176266 | 09/00/1995 | OCRWM Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program (September 1995). | Milner (5/7/02) Dep. Ex. 81; Barrett (5/8/02) Dep. Ex. 45; Klein (4/24/02) Dep. Ex. 23; Dreyfus (5/15/02) Dep. Ex. 3; TVA Pl. Ex. 20 | A215-16 (Barrett 5/8/02 Dep. 955:18-956:22, 958:1-3); A380-81 (Dreyfus 5/15/02 Dep. 64:1-65:2); A606 (Milner 5/1/02 Dep. 31:1-32:1); A612 (Milner 5/1/02 Dep. 54:18-54:24); A620 (Milner 5/1/02 Dep. 103:25-104:8); A681 (Milner 5/7/02 Dep. 628:22-629:21) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the development, foreseeability, and nature of at-utility storage options; the costs and financing of the SNF program; transportation of SNF to DOE; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 237 | ENW 0255593 | 10/19/1995 | Memo from R. Torres to D. Atkinson re: spent fuel pool inventory. WITHDRAWN -- NOW JX 55. | | | JX 055 | |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 238 | CTR024 0033-0040 | 10/25/1995 | Letter from TRW Environmental Safety Systems to S. Rousso, DOE, re: DE-AC01-91RW-00134, Waste Acceptance Support: DCS Monthly Status Report - October 1995. | | | DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | As explained more fully in EN's opposition to the Government's motion in limine to exclude documents created by DOE contractors, this exhibit is relevant and not hearsay under FRE 801(d)(2) and/or meets the public record or business record hearsay exceptions under FRE 803. |
| PX 239 | ENW-EMS 001911-001917 | 11/01/1995 | US NRC Administrative Letter 95-04. | | | No Objection | |
| PX 240 | ENW 0254572 - 0254585 | 11/29/1995 | D. Larkin presentation to NRC re: on-site spent fuel dry cask storage plans for WNP-2. | | | No Objection | |
| PX 241 | ENW 0246182 | 11/30/1995 | E-mail from D. Larkin to J. Burn et. al. re: 11/29/1995 meeting with NRC regarding spent fuel storage. WITHDRAWN -- NOW JX 56. | | | JX 056 | |
| PX 242 | ENW 0053400-0053414 | 12/11/1995 | D. Larkin presentation to EFSEC re: On-Site Spent Fuel Dry Cask Storage Plans for WNP-2. | | | No Objection | |
| PX 243 | ENW 0193567-0193568 | 12/13/1995 | Executive Board Information Memo No. 465. | | | No Objection | |
| PX 244 | COF0261673-1675 | 12/14/1995 | Memorandum from D. Zabransky, DOE, re: Dairyland Power Cooperative: Lacrosse Boiling Water Reactor. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to determining a resasonable rate and schedule for SNF acceptance. |
| PX 245 | ENW 0646816-0646831 | 12/21/1995 | Minutes of Executive Board 12/21/1995 meeting. | | | No Objection | |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 246 | ENW 0255514 | 03/01/1996 | Memorandum from V. Parrish to J. Swailes re: procurement of on-site spent fuel storage system. | | | No Objection | |
| PX 247 | HQR-060-4233 - HQR-060-4252 | 03/06/1996 | Presentation titled "Capability of Storage and Transport Cask/Canister Systems," by J. Williams, DOE. | Williams (1/22/04) Dep. Ex. 9 | A997-98 (Williams 1/22/04 Dep. 177:16-178:18) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the development, foreseeability, and nature of at-utility storage options. |
| PX 248 | ENW 0492328-0492365 | 04/20/1996 | FY 1997 Fuel Management Plan. | | | No Objection | |
| PX 249 | ENW 0487315-0487336 | 04/25/1996 | Minutes of Executive Board 04/25/1996 meeting. | | | No Objection | |
| PX 250 | HQR045 2612 | 04/30/1996 | Memorandum of Agreement re: Multi-Purpose Canister Program. | Barrett (5/14/02) Dep. Ex. 92 | A256 (Barrett 5/14/02 Dep. 238:9-239:6) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the development, foreseeability, and nature of at-utility storage options. |
| PX 251 | ENW-EMS 000370-000467 | 05/00/1996 | OCRWM FY 1995 Annual Report to Congress. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the development, foreseeability, and nature of at-utility storage options; the costs and financing of the SNF program; transportion of SNF to DOE; and the unlikelihood of timely DOE performance. |
| PX 252 | ENW 0255319-0255321 | 05/20/1996 | WPPSS interoffice memorandum from S. Wood to M. Etchamendy re: Trip Report for NRC Spent Fuel Storage and Transportation Workshop, Rockville, MD, May 17, 1996. | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 253 | ENW 0053648-0053655 | 05/31/1996 | D. Larkin presentation to CEO staff meeting re: dry cask spent fuel storage. | | | No Objection | |
| PX 254 | ENW 0053393-0053399 | 06/03/1996 | D. Larkin presentation to senior staff meeting re: spent fuel storage status. | | | No Objection | |
| PX 255 | ENW 0241500-0241503 | 06/06/1996 | Memorandum from D. Larkin to Contract Review Board re: request for proposals for dry cask storage system. WITHDRAWN -- NOW JX 57. | | | JX 057 | |
| PX 256 | ENW 0241414 - 0241472 | 06/26/1996 | Technical specification for design, licensing, fabrication, and furnishing of an Independent Spent Fuel Storage Installation at WNP-2. | | | No Objection | |
| PX 257 | ENW 0261615-0261616 | 06/27/1996 | R. Vopalensky letter re: pre-proposal conference for potential offers for licensing, fabrication, and furnishing of a dry cask storage system. | | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | Upon receiving the Government's completeness objection, EN corrected this exhibit to provide a more complete version. EN now believes it has provided the most complete version of this exhibit found in its files produced in this litigation. |
| PX 258 | ENW 0264064-0264068 | 06/28/1996 | Memorandum from D. Larkin re: ISFSI site selection. WITHDRAWN -- NOW JX 58. | | | JX 058 | |
| PX 259 | ENW 0250290-0250292 | 06/28/1996 | Purchase Requistion No. 347407. | | | No Objection | |
| PX 260 | EXG004 000001-00123 | 07/00/1996 | Report by JAI Corporation titled "Shipping and Storage Cask Data for Commercial Spent Nuclear Fuel." | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 901- Authentication - Document lacks indicia | EN is offering the exhibit not for its truth but rather for a non-hearsay purpose, namely, as a document relied upon by EN's expert witness, Eileen Supko, in rendering her opinions in this matter. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | which establishes that exhibit is what proponent claims. | The exhibit bears indicia that it is what it purports to be, under FRE 901(b)(4), because it bears a copyright and other formalities indicating it is a final document and was published by JAI Corporation. Alternatively, EN will establish its authenticity at trial. |
| PX 261 | ENW 0564824-0565388 | 09/00/1996 | Vectra Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation--Volume 2: Pricing Proposal. | | | No Objection | |
| PX 262 | ENW 0563621-0563623 | 09/19/1996 | Letter from A. McSherry to R. Volapensky re Sierra Nuclear Corp. Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation. | | | No Objection | |
| PX 263 | ENW 0555716-0556311 | 09/23/1996 | Holtec International Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation. | | | No Objection | |
| PX 264 | ENW 0563557-0563597 | 09/23/1996 | Sierra Nuclear Corp Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation--Pricing Proposal. . | | | No Objection | |
| PX 265 | ENW 0563624-0564044 | 09/23/1996 | Sierra Nuclear Corp Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation--Technical and Commercial Data Proposal. | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 266 | ENW 0564045-0564483 | 09/23/1996 | Sierra Nuclear Corp Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation--Supplemental Information. | | | No Objection | |
| PX 267 | ENW 0589550-0589551 | 11/12/1996 | E-mail from D. Larkin to D. Atkinson and J. Swailes re: consideration of reracking. WITHDRAWN -- NOW JX 59. | | | JX 059 | |
| PX 268 | HQR058 1401-1443 | 11/14/1996 | Civilian Radioactive Waste Management System Requirements Document (Revision 3). | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; SNF storage requirements; transportation of SNF to DOE; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 269 | ENW 0053415-0053417 | 11/22/1996 | D. Larkin materials for meeting with EFSEC re: Spent Fuel Storage Project Update. WITHDRAWN -- NOW JX 60. | | | JX 060 | |
| PX 270 | HQR039 0789 | 12/17/1996 | Media Release titled "Department of Energy Notifies Utilities of Anticipated Delay in Accepting Commercial Spent Nuclear Fuel." | | | No Objection | |
| PX 271 | ENW 0247019 | 12/17/1996 | Letter from B. Tomasoni, DOE Contracting Officer, to A. DiDesidero, WPPSS re: DOE will be unable to perform on Washington Public Power Supply, Contract No. 83NE44424. | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 272 | COF033 0678 | 12/17/1996 | Letter from B. Tomasoni, DOE Contracting Officer, to V. Parrish, WPPSS, re: DOE will be unable to perform on Washington Public Power Supply, Contract No. 83NE44424. | | | No Objection | |
| PX 273 | ENW-EMS 000516-000610 | 12/27/1996 | Draft RFP re: Acquisition of Waste Acceptance and Transportation Services for the Office of CRWM. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and transportation of SNF to DOE. |
| PX 274 | ENW 0556312-0556762 | 12/30/1996 | Holtec International Revised Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Volume I. | | | No Objection | |
| PX 275 | ENW 0556763-0556907 | 12/30/1996 | Holtec International Revised Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Volume II. | | | No Objection | |
| PX 276 | ENW 0563598-0563619 | 12/30/1996 | Sierra Nuclear Corp Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation--Revised Pricing Proposal. | | | No Objection | |
| PX 277 | ENW 0562645-0562689 | 12/31/1996 | NAC International Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation--Volume I Technical Proposal. | | | No Objection | |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 278 | ENW 0562690-0562756 | 12/31/1996 | NAC International Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation--Volume II Cost Proposal. | | | No Objection | |
| PX 279 | N/A | 01/01/1997 | 10 CFR Ch. 111, Part 961 - Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste. | Pollog (5/16/02) Dep. Ex. 2; Pollog (4/11/02) Dep. Ex. 2 | | No Objection | |
| PX 280 | ENW 0260842-0260885 | 01/08/1997 | Sierra Nuclear best and final offer to design, license, and fabricate and Independent Spent Fuel Storage Installation. | | | No Objection | |
| PX 281 | ENW 0261002-0261048 | 01/08/1997 | Holtec International best and final proposal for design, licensing, fabrication, and furnishing of an independent spent fuel storage installation. | | | No Objection | |
| PX 282 | ENW 0260801 | 01/14/1997 | E-mail from V. Parrish to P. Bemis re: Westinghouse entry into dry cask storage business. | | | No Objection | |
| PX 283 | ENW 0573492-0573493 | 01/15/1997 | E-mail from D. Larkin to M. Ace re: procurement process for dry cask storage vendor. | | | No Objection | |
| PX 284 | ENW 0261369 | 01/16/1997 | Email from C. Mackaman to D. Larkin et. al. re: full core discharge capability. | | | No Objection | |
| PX 285 | ENW 0264077-0264085 | 01/17/1997 | Presentation re: source selection panel evaluation of dry cask storage vendor proposals. | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 286 | ENW 0487337 - 0487356 | 01/23/1997 | Minutes of Executive Board 1/23/1997 meeting. | | | No Objection | |
| PX 287 | ENW 0576800-0576802 | 01/29/1997 | E-mail from D. Senner to A. Abrams, et al re: reracking projects. | | | No Objection | |
| PX 288 | ENW 0568647 | 02/05/1997 | E-mail from D. Larkin to M. Subhash re: request for proposal for dry cask storage system. | | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | The exhibit is complete, in that it includes a complete email chain and no attachments are missing. |
| PX 289 | HQR029 2321 | 02/05/1997 | E-mail from J. Williams to D. Zabransky re: Cost impact on utilities of delay in DOE waste acceptance. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and to determining a reasonable rate and schedule for SNF acceptance. |
| PX 290 | ENW 0572205 | 02/13/1997 | E-mail from D. Larkin to A. Abrams et. al. re: spent fuel storage project. WITHDRAWN -- NOW JX 61. | | | JX 061 | |
| PX 291 | ENW 0264189 | 02/13/1997 | E-mail from D. Larkin to D. Mand et. al. re: spent fuel storage. | | | No Objection | |
| PX 293 | HQ0017098-0017100 | 03/11/1997 | Letter from A. DiDesidero to B. Tomasoni, DOE, re: Supply System Contract No. 83NE44424. | | | No Objection | |
| PX 294 | SN120329 | 03/13/1997 | Letter from B. Tomasoni, DOE Contracting Officer, to Southern Nuclear Operating Company re: inability to approve Delivery Commitment Schedule. | Barrett (5/8/02) Dep. Ex. 54; Zabransky (4/17/02) Dep. Ex. 3 | A226 (Barrett 5/8/02 Dep. 1095:5-16, 1096:8-16); A1009-10 (Zabransky | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and to DOE's termination of the Delivery Commitment Schedule process. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | 4/17/02 Dep. 40:11-18, 41:1-16) | | |
| PX 295 | YMP012 2650-2687 | 03/27/1997 | Presentation titled "Program History Briefing to Secretary Pena," by L. Barrett, OCRWM Acting Director. | Barrett (5/10/02) Dep. Ex. 63 | A234-35 (Barrett 5/10/02 Dep. 1243:18-1244:14) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the costs and financing of the SNF program; and SNF storage requirements. |
| PX 296 | ENW 0218027-0218029 | 04/22/1997 | Email from D. Larkin to A. Abrams, et. al., re: NEI/Virginia Power Dry Cask Storage Workshop. | | | No Objection | |
| PX 297 | PA 200412-200432 | 06/00/1997 | Civilian Radioactive Waste Management Total System Description document (Revision 0). | | A606 (Milner 5/1/02 Dep. 31:1-32:1); A612 (Milner 5/1/02 Dep. 54:18-54:24); A620 (Milner 5/1/02 Dep. 103:25-104:8) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; SNF storage requirements; transportation of SNF to DOE; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 298 | COF 033-0650-0652; ENW 0247969-0247972; ENW 0634632-0634650 | 06/03/1997 | Letter from B. Tomasoni, DOE, to A. DiDesidero re: delay in beginning spent nuclear fuel disposal by 01/31/1998. | | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | Upon receiving the Government's completeness objection, EN corrected this exhibit to provide a more complete version. EN now believes it has provided the most complete version of this exhibit found in its files and/or the Government's files produced in this litigation. To the extent the Government believes the document is unfairly incomplete, it is free to introduce any missing portions under FRE 106. |
| PX 299 | ENW 0570306-0570307 | 06/19/1997 | E-mail from A. Simon to A. Barber et al. re: impact of one year delay of dry cask storage. | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 300 | ENW 0193569-0193600 | 06/26/1997 | Letter from B. Vopalensky to G. Tjserland re: contract for procurement of dry cask storage system. | | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | Upon receiving the Government's completeness objection, EN corrected this exhibit to provide a more complete version. EN now believes it has provided the most complete version of this exhibit found in its files produced in this litigation. |
| PX 301 | ENW 0562980-0563555 | 06/30/1997 | NAC International Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation--Volume I Technical Proposal. | | | No Objection | |
| PX 302 | ENW 0193608 | 07/10/1997 | Memorandum from J. Parrish to P. Bemis re: procurement of dry cask storage system. WITHDRAWN -- NOW JX 62. | | | JX 062 | |
| PX 303 | ENW 0053638-0053647 | 07/10/1997 | D. Larkin presentation to potential bidders re: request for proposal for dry cask storage system. | | | No Objection | |
| PX 304 | HQR009-1863-HQR009-1864 | 07/31/1997 | Letter from A. DiDesidero to B. Tomasoni, DOE, re: Supply System Contract No. 83 NE44424. | | | No Objection | |
| PX 305 | ENW 0053438-0053444 | 08/13/1997 | Letter from I. Stuart to D. Larkin re: Owl Creek Energy Project. | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | EN is offering the exhibit not for its truth but rather for a non-hearsay purpose, namely, to show EN was on notice of the potential for a private SNF storage facility.<br><br>The exhibit is a document produced from EN's files. EN will establish its authenticity at trial. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 306 | ENW 0560902-0560927 | 09/00/1997 | Vectra Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Volume II Pricing. | | | No Objection | |
| PX 307 | ENW 0560928-0561672 | 09/00/1997 | Vectra Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Volume I Technical & Commercial. | | | No Objection | |
| PX 308 | ENW 0557244 | 09/26/1997 | Letter from J. Massey to R. Vopalensky re Sierra Nuclear Corp Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation. | | | No Objection | |
| PX 309 | ENW 0556910 | 09/29/1997 | Letter from A. Hanson to R. Vopalensky re Transnuclear Proposal No. 97232 For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation. | | | No Objection | |
| PX 310 | ENW 0556911-0556930 | 09/30/1997 | Transnuclear Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Volume II. | | | No Objection | |
| PX 311 | ENW 0557033-0557234 | 09/30/1997 | Transnuclear Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Volume I. | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 312 | ENW 0557236-0557243 | 09/30/1997 | Sierra Nuclear Corporation Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Pricing Proposal. | | | No Objection | |
| PX 313 | ENW 0557245-0557546 | 09/30/1997 | Sierra Nuclear Corporation Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Technical and Commercial Data Proposal. | | | No Objection | |
| PX 314 | ENW 0129749 | 10/08/1997 | E-mail from D. Larkin to A. Abrams et. al. re: source evaluation panel consideration of responses to RFP. | | | No Objection | |
| PX 315 | ENW 0053456-0053468 | 10/14/1997 | D. Larkin presentation to NRC re: on-site spent fuel dry cask storage plans for WNP-2. | | | No Objection | |
| PX 316 | ENW 0129752-0129753 | 10/15/1997 | E-mail from D. Larkin to A. Abrams et al. re: NRC meeting on spent fuel storage. WITHDRAWN -- NOW JX 63. | | | JX 063 | |
| PX 317 | ENW 0656037-0656060 | 10/23/1997 | Minutes of Executive Board 10/23/1997 meeting. | | | No Objection | |
| PX 318 | ENW 0263150 | 11/14/1997 | E-mail from D. Larkin to P. Bemis and J. Swailes re: dry cask storage procurement. | | | No Objection | |
| PX 319 | ENW 0585534 | 11/18/1997 | E-mail from P. Bemis to D. Larkin and J. Swailes re: dry cask storage procurement. | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 320 | ENW 0193673 | 11/21/1997 | Letter from B. Vopalensky to J. Hobbs re: contract for procurement of dry cask storage system. | | | No Objection | |
| PX 321 | ENW 0193674 | 11/21/1997 | Letter from B. Vopalensky to T. Neider re: contract for procurement of dry cask storage system. | | | No Objection | |
| PX 322 | ENW 0193675 | 11/21/1997 | Letter from B. Vopalensky to V. Franceschi re: contract for procurement of dry cask storage system. | | | No Objection | |
| PX 323 | ENW 0262828-0262832 | 11/25/1997 | Project review committee risk assessment form re: deferral of dry cask storage project. | | | No Objection | |
| PX 324 | ENW 0193669 | 12/01/1997 | Letter from B. Vopalensky to G. Tjserland re: contract for procurement of dry cask storage system. | | | No Objection | |
| PX 325 | ENW 0193670 | 12/01/1997 | Letter from B. Vopalensky to G. Vaughn re: contract for procurement of dry cask storage system. | | | No Objection | |
| PX 326 | ENW 0193671 | 12/01/1997 | Letter from B. Vopalensky to D. Schomker re: contract for procurement of dry cask storage system. | | | No Objection | |
| PX 327 | ENW 0150176 | 12/05/1997 | E-mail from D. Larkin to A. Abrams et al. re: Southern Nuclear selection of dry cask storage vendor. WITHDRAWN -- NOW JX 64. | | | JX 064 | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 328 | ENW 0262632-0262633 | 12/18/1997 | E-mail from D. Coleman re: NRC summary of meeting with EN concerning dry cask storage. | | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | EN has provided the most complete version of this document found in its files produced in this litigation. |
| PX 329 | ENW 0053480-0053482 | 01/16/1998 | Memorandum from D. Larkin to P. Bemis re: deferral of ISFSI construction. WITHDRAWN -- NOW JX 65. | | | JX 065 | |
| PX 330 | ENW 0247020-0247021 | 01/21/1998 | Memorandum from D. Larkin to J. Kane re: spent fuel pool reracking. WITHDRAWN -- NOW JX 66. | | | JX 066 | |
| PX 331 | ENW 2355332-2355333 | 01/21/1998 | Spreadsheet re: spent fuel storage options. | | | FRE 901 - Authentication - Document lacks intlicia which establishes that exhibit is what proponent claims.<br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | The exhibit is a document produced from EN's files. EN will establish its authenticity at trial.<br><br>The exhibit meets the business records hearsay exception, FRE 803(6), because it is a record or report of events, made at or near the time of the events or from information transmitted by a person with knowledge, that was kept in the course of EN's regularly conducted business activity, and it was EN's practice to make such a record or report. To the extent necessary, EN will establish the prerequisites for the business records exception at trial.<br><br>Alternatively, EN may offer the exhibit not for its truth but rather for a non-hearsay purpose, namely, to show the state of mind of EN when considering SNF storage options.<br><br>EN has provided the most complete version of |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | this document found in its files produced in this litigation. |
| PX 332 | ENW 0150183 | 02/12/1998 | E-mail from D. Larkin to A. Abrams et. al. re: schedule for dry cask storage procurement. | | | No Objection | |
| PX 333 | ENW 0250329-0250331 | 02/13/1998 | Spent nuclear fuel on-site storage revised FY99 budget request. | | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit.<br>FRE 901- Authentication - Document lacks intlicia which establishes that exhibit is what proponent claims. | EN has provided the most complete version of this document found in its files produced in this litigation.<br><br>The exhibit is a document produced from EN's files. EN will establish its authenticity at trial. |
| PX 334 | HQR058 2374-2435 | 05/00/1998 | 1998 System Requirements Document (Revision 4). | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; SNF storage requirements; transportation of SNF to DOE; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 335 | HQR029-1756 | 05/12/1998 | Letter from F. Pena (Secretary of Energy) to J. Parrish re meeting on 05/18/1998. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and DOE's activities subsequent to its breach of the Standard Contract. |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 336 | HQR036 0181-0202 | 06/11/1998 | Report titled "Basis for the Viability Assessment and TSLCC Cost Estimate Operational Waste Stream." | Zabransky (4/18/02) Dep. Ex. 41 | A1042-43 (Zabransky 4/18/02 Dep. 374:8-375:6) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; SNF storage requirements; transportation of SNF to DOE; the costs and financing of the SNF program; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 337 | HQR106 0024-0025 | 08/18/1998 | Letter from D. Shelor to Cask Vendors re: multi-purpose canister ("MPC") designs. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the development and nature of at-reactor SNF storage options. |
| PX 338 | ENW 0248017-0248019 | 08/25/1998 | Letter from D. Shelor to A. DiDesidero re: utility use of multi-purpose canisters. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the development and nature of at-reactor SNF storage options. |
| PX 339 | ENW-EMS 000611-000833 | 09/11/1998 | Letter from L. Barrett to potential offerors re: RFP for acquisition of SNF transportation and acceptance services. | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8).<br><br>Because the exhibit is authored or created by DOE, it consists of statements that are admissions of a party opponent, and, therefore, the exhibit is non-hearsay under FRE 801(d)(2).<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the development and nature of at-reactor SNF storage options. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 340 | ENW 0217997-0218004 | 09/21/1998 | Memorandum from J. McDonald to P. Bemis re: evaluation of the NAC SNF storage replacement contract. | | | No Objection | |
| PX 341 | ENW 0251511-0251519 | 10/14/1998 | D. Larkin presentation to EN senior management re spent fuel storage project. | | | No Objection | |
| PX 342 | ENW 0217988-0217994 | 11/09/1998 | Email from D. Larkin to P. Bentrup, et. al., re: Holtec Spent Fuel Cask Meeting. WITHDRAWN -- NOW JX 67. | | | JX 067 | |
| PX 343 | ENW 0055095-0055102 | 11/19/1998 | Application to State of Washington Department of Ecology re: change of name by Washington Public Power Supply System. | | | No Objection | |
| PX 344 | ENW 0055103-0055104 | 11/19/1998 | Executive Board Resolution No. 1079. | | | No Objection | |
| PX 345 | HQR036 0006-0086 | 12/00/1998 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program (December 1998). | Barrett (5/10/02) Dep. Ex. 65; Zabransky (4/18/02) Dep. Ex. 40; TVA Pl. Ex. 25 | A237-38 (Barrett 5/10/02 Dep. 1267:5-1268:10); A462 (7/12/05 TVA Tr. 1577:2-6); A606 (Milner 5/1/02 Dep. 31:1-32:1); A612 (Milner 5/1/02 Dep. 54:18-54:24); A620 (Milner 5/1/02 Dep. 103:25-104:8) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; SNF storage requirements; transportation of SNF to DOE; the costs and financing of the SNF program; and determining a reasonable rate and schedule for SNF acceptance. |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 346 | PA 196254-196580 | 12/00/1998 | Report titled "Viability Assessment of a Repository at Yucca Mountain, Volume 2: Preliminary Design Concept for the Repository and Waste Package." | Klein (4/24/02) Dep. Ex. 22 | A417 (Klein 4/24/02 Dep. 249:21-250:15) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; SNF storage requirements; transportation of SNF to DOE; the costs and financing of the SNF program; and determining a reasonable rate and schedule for SNF acceptance.<br><br>The exhibit appears to be complete, in that it includes all pages and the appendix referenced in its table of contents. Thus, EN believes it has provided the most complete version of this document it could find in the Government's files produced in this litigation. However, to the extent the Government believes the document is incomplete, it is free to introduce any missing portions under FRE 106. |
| PX 347 | ENW 0245019-0245022 | 12/00/1998 | On-site spent fuel storage project monthly status meeting presentation. | | | No Objection | |
| PX 348 | ENW 0193682 | 12/10/1998 | Memorandum from J. Parrish to R. Webring re procurement of a dry cask storage system. WITHDRAWN -- NOW JX 68. | | | JX 068 | |
| PX 349 | EDB003 2398-2450 | 01/00/1999 | 1999 System Requirements Document (Revision 5). | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; SNF storage requirements; transportation of SNF to DOE; and determining a reasonable rate and schedule for SNF acceptance. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 350 | ENW-EMS 001319-001322 | 01/11/1999 | Federal Register Vol. 64. No. 6: Nuclear Regulatory Commission Proposed Rule to approve Hi-Star 100 cask system. | | | No Objection | |
| PX 351 | ENW 2351536-2351541 | 02/00/1999 | Spent Fuel Storage Project Monthly Project Review Meeting Status for February 1999. | | | No Objection | |
| PX 352 | ENW 0215239 | 02/03/1999 | E-mail from C. King to D. Atkinson re pressure vessel inspections and full core discharge capability. | | | No Objection | |
| PX 353 | ENW 2351542-2351546 | 03/00/1999 | Spent Fuel Storage Project Monthly Project Review Meeting Status for March 1999. | | | No Objection | |
| PX 354 | ENW 0055124-0055129 | 03/26/1999 | State of Washington Department of Ecology order re: change of name of Washington Public Power Supply System. | | | FIRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>FIRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8).<br><br>This exhibit is also a self-authenticating public document pursuant to FRE 902(2). Alternatively, EN will establish its authenticity at trial. |
| PX 355 | ENW 0050568-0050606 | 03/31/1999 | Holtec Best and Final Proposal for Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation at WNP-2. Volume II -- Pricing Proposal. WITHDRAWN -- NOW JX 69. | | | JX 069 | |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 356 | ENW 0560282-0560320 | 03/31/1999 | NAC International Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Pricing Proposal. | | | No Objection | |
| PX 357 | ENW 0560321-0560900 | 03/31/1999 | NAC International Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation--Technical Proposal. | | | No Objection | |
| PX 358 | ENW 0561674-0561677 | 03/31/1999 | Letter from D. Schmoker to R. Vopalensky re: Westinghouse Proposal For Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation. | | | No Objection | |
| PX 359 | ENW 0561678-0562569 | 03/31/1999 | Westinghouse Proposal for Design, Licensing, Fabrication, and Furnishing of an Independent Spent Fuel Storage Installation--Technical & Commercial Best and Final Offer. | | | No Objection | |
| PX 360 | ENW 0193402-0193403 | 04/07/1999 | Executive Board Information Memorandum No. 514. | | | No Objection | |
| PX 361 | ENW 0193404-0193409 | 04/21/1999 | Presentation to Executive Board re: dry cask storage contract award. | | | No Objection | |
| PX 362 | ENW 0193410-0193433 | 04/22/1999 | Minutes of Executive Board 4/22/1999 meeting. | | | No Objection | |
| PX 363 | ENW 0262487-0262508 | 04/23/1999 | D. Larkin presentation to contract review board re: dry cask storage contract award recommendation. | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 364 | ENW 0193701-0193712 | 04/26/1999 | Chart containing Source Selection Panel evaluations of best and final offers for dry cask storage system. | | | FIRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is a document produced from EN's files. EN will establish its authenticity at trial. |
| PX 365 | ENW 0193390-0193393 | 04/28/1999 | Memo from Source Evaluation Panel to R. Webring re: recommendation for award of contract for dry cask storage system. WITHDRAWN -- NOW JX 70. | | | JX 070 | |
| PX 366 | ENW 0193394 | 04/29/1999 | Memorandum from M. Wilson to R. Webring re: award of contract for procurement of dry cask storage system. | | | No Objection | |
| PX 367 | ENW 0193395-0193397 | 05/03/1999 | Memorandum from D. Larkin to R. Webring re: award of contract for dry cask storage system. | | | No Objection | |
| PX 368 | ENW 0129356 | 05/04/1999 | E-mail from D. Larkin to L. Noble re: R. Webring approval of award of contract for dry cask storage to Holtec International. WITHDRAWN -- NOW JX 71. | | | JX 071 | |
| PX 369 | ENW 0193400-0193401 | 05/04/1999 | Contract award for dry cask storage system. | | | No Objection | |
| PX 370 | ENW 0099363-0099373 | 05/11/1999 | E-mail from D. Larkin to EN employees re: Trip Report-Holtec Dry Storage Meetings. WITHDRAWN -- NOW JX 72. | | | JX 072 | |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 371 | ENW 0648034-0648037 | 05/13/1999 | Executive Board Action Memorandum No. 773. WITHDRAWN -- NOW JX 73. | | | JX 073 | |
| PX 372 | ENW 0193436-0193439 | 05/24/1999 | Letter from R. Webring to E. Brost re: award of contract for dry cask storage system. WITHDRAWN -- NOW JX 74. | | | JX 074 | |
| PX 373 | ENW 0262576-0262596 | 05/26/1999 | Presentation to Executive Board re: approval of dry cask storage system contract. | | | No Objection | |
| PX 374 | ENW 0487497-0487520 | 05/27/1999 | Minutes of Executive Board 05/27/1999 meeting. | | | No Objection | |
| PX 375 | ENW 0648071-0648072 | 05/27/1999 | Executive Board Resolution No. 1101. | | | No Objection | |
| PX 376 | ENW-EMS 001534-001535 | 06/16/1999 | Memorandum from E. William Branch to D. Cool re: Request for Rulemaking to Amend 10 CFR 72.214 to Support Issuance of Certificate of Compliance No. 1014 for the Hi-Storm 100 Cask System. | | | No Objection | |
| PX 377 | ENW 0193446 | 07/13/1999 | Letter from E. Brost to R. Webring re: award of contract for procurement of dry cask storage system. | | | No Objection | |
| PX 378 | N/A | 07/30/1999 | Memorandum forwarding Preliminary Safety Evaluation Report and Proposed Certificate of Compliance for the Hi-Storm 100 Cask System Rulemaking. | | | No Objection | |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 379 | ENW 0050607-0051130, ENW 0051202-0051210, ENW 0051189-0051201, ENW 0051180-0051188, ENW 0051172-0051179, ENW 0051164-0051171, ENW 0051144-0051163, ENW 0051132-0051143, ENW 0155110, ENW 0163031-0163034, ENW 0223957-0223961, ENW 0223962-0223966, ENW 0223967-00223972, ENW 0649384-0649388, ENW 0649389-0649393, ENW 0649394-00649397, ENW 0649398-0649404, ENW 0649405-0649411, ENW 0223985, ENW 0051211-0051212, ENW 0649412-0649415, ENW 0223990-0223997, ENW 0223998-0224007 | 07/30/1999 | Contract between EN and Holtec International re: Design, Licensing, Fabrication and Furnishing of an Independent Spent Fuel Storage Installation at WNP-2 (including all amendments). | | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | EN believes the exhibit is complete and correct. |
| PX 380 | ENW-EMS 001323-001338 | 09/03/1999 | Federal Register Vol. 64, No. 171: Final Rule re: approval of Hi-Star 100 cask system. | | | No Objection | |
| PX 381 | HQR036 5069-5141 | 09/16/1999 | Draft presentation titled "Parametrics Analysis for Future Program Costs Scenarios," by L. Barrett. | Barrett (5/8/02) Dep. Ex. 44 | A206 (Barrett 5/8/02 Dep. 900:16-901:20) | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Because the exhibit is authored or created by a DOE employee, it consists of statements that are admissions of a party opponent, and, therefore, the exhibit is non-hearsay under FRE 801(d)(2). The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | records hearsay exception, FRE 803(8).<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the costs of the SNF program; and to determining a reasonable rate and schedule for SNF acceptance. |
| PX 382 | ENW 0188470-0188485 | 09/20/1999 | D. Larkin presentation to NRC re: WNP-2 Spent Fuel Storage. | | | No Objection | |
| PX 383 | ENW-EMS 001724-001726 | 09/22/1999 | 64 Fed. Reg. 51271: NRC 10 CFR Part 72 List of Approved Spent Fuel Storage Cask: Holtec Hi-Storm 100 Addition. | | | No Objection | |
| PX 384 | ENW-EMS 001339-001405 | 10/04/1999 | Certificate of Compliance for HI-STAR 100, Docket No. 72-1008. | | | No Objection | |
| PX 385 | ENW 0084052-0084063 | 10/25/1999 | Email from D. Larkin to N. Zimmerman re HUG Meeting Trip Report. | | | No Objection | |
| PX 386 | ENW 2382093-2382101 | 01/11/2000 | Presentation to CSNRB re: dry spent fuel storage project. | | | No Objection | |
| PX 387 | ENW 0074287 | 09/12/2000 | E-mail from D. Atkinson to D. Larkin et. al. re: EFSEC approval of ISFSI construction. WITHDRAWN -- NOW JX 75. | | | JX 075 | |
| PX 388 | ENW 2382340-2382341 | 04/27/2000 | Meeting materials re: dry cask storage project budget and schedule. | | | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is a document produced from EN's files. EN will establish its authenticity at trial. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 389 | HQR058 0749-0806 | 05/00/2000 | Civilian Radioactive Waste Management System Requirements Document (Rev. 05, May 2000). | Zabransky (4/18/02) Dep. Ex. 42 | A1043 (Zabransky 4/18/02 Dep. 375:10-376:7) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; SNF storage requirements; transportation of SNF to DOE; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 390 | ENW-EMS 001509-001533 | 05/01/2000 | Federal Register Vol. 65, No.84: NRC 10CFR Part 72 List of Approved Spent Fuel Storage Cask: Holtec Hi-Storm 100 Addition. | | | No Objection | |
| PX 391 | ENW 2379328-2379337 | 05/03/2000 | D. Larkin presentation to R. Webring re: spent fuel storage project. | | | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is a document produced from EN's files. EN will establish its authenticity at trial. |
| PX 392 | ENW 0231764-0231794 | 05/04/2000 | Letter from D. Coleman to A. Fiksdal re: EN request for amendment to implement dry cask storage. | | | No Objection | |
| PX 393 | ENW 0171361-0171418 | 05/05/2000 | Memorandum from S. Flood to D. Larkin re: Dresden Trip Report. | | | No Objection | |
| PX 394 | ENW 2351547-2351550 | 05/10/2000 | Spent Fuel Storage Project Monthly Project Review Meeting Status for May 2000. | | | No Objection | |
| PX 395 | ENW-EMS 001727-001814 | 05/31/2000 | Certificate of Compliance for HI-STORM 100: Docket No. 72-1014, Amendment 0. WITHDRAWN -- NOW JX 76. | | | JX 076 | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 396 | ENW 2379299-2379303 | 05/31/2000 | D. Larkin presentation re: dry cask storage project. | | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | EN has provided the most complete version of this document found in its files produced in this litigation. |
| PX 397 | ENW 0267957-0267972 | 06/22/2000 | D. Larkin presentation to Executive Board re: dry cask storage system. | | | No Objection | |
| PX 398 | ENW 0487565-0487581 | 06/22/2000 | Minutes of Executive Board 06/22/2000 Meeting. | | | No Objection | |
| PX 399 | ENW 0085929-0085936 | 06/27/2000 | Email from M. Peterson to D. Martin, et. al., re: Trip Report - Point Beach ISFSI. | | | No Objection | |
| PX 400 | ENW 2379320-2379325 | 07/14/2000 | D. Larkin presentation re: spent fuel storage project. | | | No Objection | |
| PX 401 | ENW 0231835-0231859 | 08/14/2000 | Presentation to EFSEC re: amendment to site certificate agreement for construction of a dry cask storage facility at WNP-2. | | | No Objection | |
| PX 402 | ENW 0231899 | 08/14/2000 | Agenda for Washington State Energy Facility Site Evauation Council 8/14/00 meeting. | | | No Objection | |
| PX 403 | ENW 2004483-2004489 | 09/18/2000 | Letter from A. Fiksdal to D. Coleman re: Columbia dry spent fuel storage facility. | | | No Objection | |
| PX 404 | ENW 2355016-2355021 | 09/22/2000 | Presentation to EFSEC re: construction of a spent fuel dry storage facility. | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 405 | ENW 0147375 | 10/17/2000 | E-mail from S. Scammon to L. Mar et. al. re: dry cask storage contingency planning. | | | No Objection | |
| PX 406 | ENW 0254127-0254154 | 10/30/2000 | Letter from EN to NRC re: request for amendment to WNP-2 operating license. WITHDRAWN -- NOW JX 77. | | | JX 077 | |
| PX 407 | N/A | 01/00/2001 | Plan for Transportation Cask Fabrication and the Deployment of Waste Acceptance Capabilities. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; SNF storage requirements; and transportation of SNF to DOE. |
| PX 408 | ENW 0147846 | 12/11/2000 | E-mail from S. Scammon to R. Webring re: use of internal and external resources on dry cask storage project. WITHDRAWN -- NOW JX 78. | | | JX 078 | |
| PX 409 | ENW 0170992-0170996 | 12/14/2000 | Letter from EN to EFSEC re: request for approval for dry cask storage facility at Columbia Generating Station. | | | No Objection | |
| PX 410 | ENW-EMS 001406-001504 | 12/21/2000 | Letter from E. William Brach to B. Gutherman re: Certificate of Compliance for Amendment 1 to the Holtec International, Hi-Star 100 Cask Storage System to Accommodate Revised Cask Contents. | | | No Objection | |
| PX 411 | ENW 0529532 | 01/23/2001 | E-mail from S. Scammon to E. Guerra re: spent fuel storage contingency plans. WITHDRAWN -- NOW JX 79. | | | JX 079 | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 412 | ENW 2004503-2004508 | 03/15/2001 | Letter from A. Fiksdal to D. Colemen re: Columbia dry spent fuel storage facility. | | | No Objection | |
| PX 413 | ENW 2004730-2004732 | 04/06/2001 | Letter from EN to NRC re: intention to load dry spent fuel storage casks. | | | No Objection | |
| PX 414 | N/A | 05/00/2001 | Report titled "Nuclear Waste Fund Fee Adequacy: An Assessment." | Milner (5/7/02) Dep. Ex. 89 | A607 (Milner 5/1/02 Dep. 34:3-12); A610-11 (Milner 5/1/02 Dep. 48:25-49:2); A663-64 (Milner 5/7/02 Dep. 666:13-22, 668:22-669:9) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the costs and financing of the SNF program; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 415 | HQR261 0002-0079 | 05/00/2001 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program (May 2001). | Milner (5/7/02) Dep. Ex. 73; Klein (4/24/02) Dep. Ex. 16; TVA Pl. Ex. 29 | A411 (Klein 4/24/02 Dep. 193:18-194:2, 195:3-10); A418 (Klein 4/24/02 Dep. 255:16-20); A462 (TVA Tr. 1577:17-23); A606 (Milner 5/1/02 Dep. 31:1-32:1); A612 (Milner 5/1/02 Dep. 54:18-54:24); A620 (Milner 5/1/02 Dep. 103:25-104:8); A683-84 (Milner 5/7/02 Dep. | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in Yankee Atomic; relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; SNF storage requirements; the costs and financing of the SNF program; and determining a reasonable rate and schedule for SNF acceptance. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | 666:20-22, 667:3-5) | | |
| PX 416 | ENW-EMS 001505-001508 | 05/29/2001 | Certificate of Compliance for HI-STAR 100: Docket No. 72-1008, Amendment 2. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to EN's implementation of dry cask storage and to the opinions rendered in this matter by EN's expert, Eileen Supko, and by the Government's expert, Charles Stuart. |
| PX 417 | ENW 0083594-0083602 | 06/04/2001 | Email from D. Ross to S. Scammon, et. al., re: Dresden Trip Report. | | | No Objection | |
| PX 418 | ENW 0155392-0155585 | 07/02/2001 | Documentation package for Basic Design Change 97-0180-4E. | | | No Objection | |
| PX 419 | ENW 0073329-0073332 | 07/26/2001 | NRC letter to EN re: request for additional information related to request for license amendment for Columbia Generating Station for handling of the Holtec dry cask system. | | | No Objection | |
| PX 420 | ENW 0658276-0658281 | 09/13/2001 | Letter from R. L. Webring to NRC re: Columbia Generating Station request for amendment to operating license for handling of the Holtec dry cask storage cask. | | | No Objection | |
| PX 421 | ENW 0064043-0064055 | 10/26/2001 | Letter from NRC to EN re: issuance of Amendment no. 172 to operating license of Columbia Generating Station for handling of the Holtec dry cask system. | | | No Objection | |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 422 | ENW 0065833-0065837 | 11/27/2001 | NRC letter to EN re: correction to Amendment No. 172 to operating license for Columbia Generating Station for handling of the Holtec dry cask system. | | | No Objection | |
| PX 423 | HQR239 0697-0784 | 01/00/2002 | OCRWM Waste Acceptance System Requirements Document (Revision 4). | Klein (4/25/02) Dep. Ex. 27 | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; SNF storage requirements; transportation of SNF to DOE; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 424 | N/A | 02/00/2002 | Calculation Method for the Projection of Future Spent Nuclear Fuel Discharges. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and SNF storage requirements.<br><br>Because the exhibit is authored or created by a DOE contractor, it consists of statements that are admissions of a party opponent, and, therefore, the exhibit is non-hearsay under FRE 801(d)(2).<br><br>The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8).<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>The exhibit is a self-authenticating domestic public document under FRE 902(2). Alternativley, , EN will authenticate this exhibit at |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | trial. |
| PX 425 | | 00/00/0000 | WITHDRAWN. | | | Withdrawn | |
| PX 426 | ENW 0527759 | 02/11/2002 | Letter from J. Curtis to EN re: issuance of bonds to finance ISFSI construction. | | | No Objection | |
| PX 427 | ENW 0074268-0074281 | 02/13/2002 | Chart re: ISFSI Procedures. WITHDRAWN -- NOW JX 80. | | | JX 080 | |
| PX 428 | N/A | 02/14/2002 | Letter from the Secretary of Energy to the President re: recommendation for approval of the Yucca Mountain site for the development of a nuclear waste repository. | Klein (4/24/02) Dep. Ex. 13 | A409 (Klein 4/24/02 Dep. 167:4-18) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the development of a geologic repository for SNF. |
| PX 429 | N/A | 03/14/2002 | Statement of L. Barrett, Acting OCRWM Director, re: FY 2003 Appropriations Hearing. | Milner (5/7/02) Dep. Ex. 93 | A685 (Milner 5/7/02 Dep. 681:3-19, 682:4-13) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the costs and financing of the SNF program; and the development of a geologic repository for SNF. |
| PX 430 | CTR116 0306-0318 | 03/18/2002 | Email from E. Benz, DOE contractor, to T. Pollog, DOE, re: MPC Concept Information Document. | Kouts (2/19/04) Dep. Ex. 11 | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; SNF storage requirements; transportation of SNF to DOE; and the development and nature of at-reactor SNF storage options. |
| PX 431 | | 00/00/0000 | WITHDRAWN. | | | Withdrawn | |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 432 | N/A | 03/21/2002 | U.S. General Accounting Office Report titled "Nuclear Waste: Uncertainties about the Yucca Mountain Mountain Repository Project." | Klein (4/24/02) Dep. Ex. 20 | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the unlikelihood of DOE performance by 2010. |
| PX 433 | N/A | 04/03/2002 | Notice of Rule 30(b)(6) Deposition. | Pollog (4/11/02) Dep. Ex. 1 | A769-70 (Pollog 4/11/02 Dep. 20:8-21:4) | No Objection | |
| PX 434 | N/A | 04/18/2002 | Notice of Rule 30(b)(6) Deposition. | Pollog (5/14/02) Dep. Ex. 1; Klein (4/24/02) Ex. 1 | A389 (Klein 4/24/02 Dep. 10:8-13, 10:19-11:9) | No Objection | |
| PX 435 | WDM001 3646-3725 | 04/18/2002 | Defendant's Response to Utility Plaintiffs' Requests for Admissions during coordinated discovery. | | | No Objection | |
| PX 436 | WDM001 3596-3638 | 04/18/2002 | Defendant's Responses to Utility Plaintiffs' Joint Supplemental Interrogatories during coordinated discovery. | | | No Objection | |
| PX 437 | ENW 0049800-0049840 | 04/25/2002 | Credit Agreement between Energy Northwest and Citibank. WITHDRAWN -- NOW JX 81. | | | JX 081 | |
| PX 438 | ENW 0049844-0049868 | 04/25/2002 | Executive Board Resolution No. 1250. WITHDRAWN -- NOW JX 82. | | | JX 082 | |
| PX 439 | ENW 0657068-0657099 | 04/25/2002 | Minutes of Executive Board 4/24/03 Meeting. | | | No Objection | |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 440 | ENW 0657331 | 04/30/2002 | D. Neely chart re: ISFSI estimated cash glows through 2002 for purpose of financing ISFSI expenses. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case<br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to EN's claim for financing costs as part of its damages.<br><br>The exhibit meets the business records hearsay exception, FRE 803(6), because it is a record or report of events, made at or near the time of the events or from information transmitted by a person with knowledge, that was kept in the course of EN's regularly conducted business activity, and it was EN's practice to make such a record or report.<br><br>The exhibit is a document produced from EN's files. EN will establish its authenticity at trial. |
| PX 441 | ENW 0049841-0049843 | 05/10/2002 | EN Promissory Note issued to Citibank. WITHDRAWN -- NOW JX 83. | | | JX 083 | |
| PX 442 | ENW 0114746-0114750 | 06/20/2002 | Email from S. Metzger to N. Zimmerman re: trip report. | | | No Objection | |
| PX 443 | ENW 0648671-0648674 | 06/26/2002 | Executive Board Action Memo No. 863. | | | No Objection | |
| PX 444 | ENW 0049796-0049799 | 06/27/2002 | Executive Board Resolution No. 1259. | | | No Objection | |
| PX 445 | ENW 0487872-0487895 | 06/27/2002 | Minutes of Executive Board 06/27/2002 meeting. | | | No Objection | |
| PX 446 | ENW 0100453 | 06/28/2002 | E-mail from S. Scammon to D. Atkinson, et. al. re: NRC inspection of cask loading dry run. WITHDRAWN -- NOW JX 84. | | | JX 084 | |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 447 | ENW-EMS 001815-001822 | 07/15/2002 | Certificate of Compliance for HI-STORM 100: Docket No. 72-1014, Amendment 1. | | | No Objection | |
| PX 448 | ENW 0271665 | 08/14/2002 | Letter from D. Zabransky to V. Hamson re: Annual Capacity Reports. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the unlikelihood of DOE performance in the near future. |
| PX 449 | ENW 0087853-0087881 | 09/12/2002 | G. Rowell presentation re: Columbia Generating Station ISFSI plant modifications. WITHDRAWN -- NOW JX 85. | | | JX 085 | |
| PX 450 | ENW 0100444-0100445 | 09/13/2002 | Letter from NRC to EN re: NRC inspection of dry cask storage loading dry run. | | | No Objection | |
| PX 451 | ENW 0060281-0060294 | 00/00/2003 | Presentation re: Project Management Institute 2003 Project of the Year, Dry Spent Fuel Storage Project. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to EN's implementation and construction of dry cask storage and to the reasonableness of its decision to use dry cask storage to mitigate its damages arising from the Government's breach of contract. |
| PX 452 | ENW 0167089-0167122 | 00/00/2003 | EN submittal re: Project Management Institute 2003 Project of the Year. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to EN's implementation and construction of dry cask storage and to the reasonableness of its decision to use dry cask storage to mitigate its damages arising from the Government's breach of contract. |
| PX 453 | ENW 0111042-0111044 | 02/11/2003 | E-mail from L. Linik to S. Oxenford forwarding e-mail from L. Ferek re: dry cask loading requirements. WITHDRAWN -- NOW JX 86. | | | JX 086 | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 454 | ENW 0527732-0527758 | 03/03/2003 | BPA presentation re rating agencies update. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit is relevant to causation issues and to EN's claim for financing costs as part of its damages.<br><br>The exhibit is a record or report that sets forth the activities of a public office or agency, namely, the Bonneville Power Administration, and therefore meets the requirements of the public records hearsay exception, FRE 803(8). |
| PX 455 | ENW 1000159 | 04/14/2003 | N. Zimmerman presentation re: dry cask storage loading process. [Columbia Station Dry Spent Fuel Storage.ppt ] | | | No Objection | |
| PX 456 | ENW 0049648-0049673 | 04/30/2003 | Executive Board Resolution No. 1301. | | | No Objection | |
| PX 457 | ENW 0488051-0488054 | 04/30/2003 | Minutes of Executive Board 04/31/2003 meeting. | | | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | EN has provided the most complete version of this document found in its files produced in this litigation. |
| PX 458 | ENW 0048784-0049647 | 05/29/2003 | Closing documentation binder for Columbia Generating Station Electric Revenue Bonds Series 2003-F. | | | No Objection | |
| PX 459 | ENW 0657332 - 0657333 | 05/29/2003 | Receipt and Application of Moneys for the Energy Northwest Columbia Generating Station Electric Revenue Bonds Series 2003-F. | | | No Objection | |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 460 | ENW 0658006 -0658009 | 05/29/2003 | Memorandum from Citibank re Energy Northwest Columbia Generating Station Electric Revenue Bonds, Series 2003-F. | | | No Objection | |
| PX 461 | ENW 0263206-0263286 | 08/19/2003 | Letter from D. Coleman to J. Finucane attaching 2002 RW-859 submital. | | | No Objection | |
| PX 462 | HQR265 0006-0022 | 09/29/2003 | Total System Life Cycle Cost Update Letter Report of the Civilian Radioactive Waste Management Program. | | A606 (Milner 5/1/02 Dep. 31:1-32:1); A612 (Milner 5/1/02 Dep. 54:18-54:24); A620 (Milner 5/1/02 Dep. 103:25-104:8) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; SNF storage requirements; transportation of SNF to DOE; the costs and financing of the SNF program; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 463 | ENW 0173935-0173956 | 01/08/2004 | 10 Year Cask Loading Strategy: 2006-2016. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to EN's ongoing SNF storage plans in light of DOE's breach of contract. |
| PX 464 | | 00/00/0000 | WITHDRAWN. | | | Withdrawn | |
| PX 465 | ENW-EMS 001272-001318 | 02/18/2004 | Certificate of Compliance for HI-STAR 100: Docket No. 71-9261. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to EN's implementation of dry cask storage and to the opinions rendered in this matter by EN's expert, Eileen Supko, and by the Government's expert, Charles Stuart. |
| PX 466 | | 00/00/0000 | WITHDRAWN. | | | Withdrawn | |
| PX 467 | HQR316 0011-0091 | 07/00/2004 | 2004 Acceptance Priority Ranking & Annual Capacity Report. | Kouts (4/11/05) Dep. Ex. 2; TVA Pl. Ex. 36; Yankee Atomic Pl. Ex. | A447 (Kouts 4/11/05 Dep. 14:14-15:12); ; A506 (Kouts | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | 1952; Kouts (6/12/08) Dep. Ex. 3 | 6/12/08 Dep. 20:3-16); A831 (Yankee Atomic Tr. 3976:12-3977:17) | | Waste Policy Act of 1982 and the Standard Contract and determining a reasonable rate and schedule for SNF acceptance. |
| PX 468 | ENW 0488183-0488206 | 07/22/2004 | Minutes of Executive Board 07/22/1004 meeting. | | | No Objection | |
| PX 469 | HQR316 0003-0010 | 07/27/2004 | Sample Letter from D. Zabransky, DOE Contracting Officer, to Contract Holders re: resumption of the Delivery Commitment Schedule process. | Kouts (4/11/05) Dep. Ex. 3; Zabransky (4/12/05) Dep. Ex. 3 | A451 (Kouts 4/11/05 Dep. 31:15-32:2); A457 (Kouts 4/11/05 Dep. 127:6-128:7); A1086 (Zabransky 4/12/05 Dep. 16:9-15) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Relevance objection overruled in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the nature of the Delivery Commitment Schedule process. |
| PX 470 | HQR322 0001-0042 | 09/00/2004 | Civilian Radioactive Waste Management System Requirements Document (Rev. 06, September 2004). | Kouts (4/11/05) Dep. Ex. 4 | A453 (Kouts 4/11/05 Dep. 45:15-46:4) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Defendant did not object to this exhibit in Dairyland.<br><br>The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; SNF storage requirements; transportation of SNF to DOE; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 471 | HQR330 0066-0068 | 09/28/2004 | Letter from D. Coleman to D. Zabransky re: Delivery Commitment Schedule Submittal for 2010. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the nature of the Delivery Commitment Schedule process; and EN's understanding of that process. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 472 | WDM002 1582-1595 | 10/27/2004 | Defendant's Response to Plaintiff's First Set of Interrogatories Relating to Damages in Tennessee Valley Authority v. United States, No. 01-249C. | | | No Objection | |
| PX 473 | ENW 2029324 - 2029335 | 11/00/2004 | Long Range Cask Loading Plan: 2005-2020. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to EN's ongoing SNF storage plans in light of DOE's breach of contract. |
| PX 474 | N/A | 11/12/2004 | Rule 30(b)(6) Notice of Deposition. | Zabransky (4/12/05) Dep. | | No Objection | |
| PX 475 | N/A | 12/01/2004 | Letter from D. Zabransky, DOE Contracting Officer, to Southern Nuclear Operating Company re: premature resumption of the Delivery Commitment Schedule process. | Kouts (4/11/05) Dep. Ex. 5 | A454 (Kouts 4/11/05 Dep. 50:6-19) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the nature of the Delivery Commitment Schedule process. |
| PX 476 | ENW 0221602-0221605 | 12/11/2004 | Memorandum from R. Fuller to Executive Authorization Committee re: ISFSI FY06 campaign deferral. | | | No Objection | |
| PX 477 | ENW 0138672-0138678 | 12/13/2004 | R. Fuller presentation to Executive Authorization Committee re: deferral of dry cask loading campaign. | | | No Objection | |
| PX 478 | ENW 0202349-0202417 | 01/00/2005 | 10 CFR 72.212 evaluation for ISFSI at Columbia Generating Station, revision 2. | | | No Objection | |
| PX 479 | ENW 1000158 | 01/20/2005 | Presentation re: dry cask storage loading process. [HP001744-PPT_ISFSI Rev1.ppt ] | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 480 | WDM002 1596-1627 | 02/07/2005 | Defendant's Response to Plaintiff's Second Set of Interrogatories in Tennessee Valley Authority v. United States, No. 01-249C. | | | No Objection | |
| PX 481 | N/A | 02/09/2005 | San Diego Union-Tribune News Article titled "Energy Department Official Says Yucca Project Delayed, Not Dead," by Kevin Ritter, Associated Press. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and to the ongoing nature of DOE's breach of contract.<br><br>The exhibit contains statements made by Government officials and thus consists of statements that are admissions of a party opponent; therefore, the exhibit is non-hearsay under FRE 801(d)(2).<br><br>Alternatively, EN may offer may offer the exhibit not for its truth but rather for non-hearsay purposes, namely, to show notice to utilities as to the unlikelihood of DOE performance in the near future. |
| PX 482 | N/A | 03/02/2005 | Notice of Rule 30(b)(6) Deposition. | Kouts (4/11/05) Dep. Ex. 9 | A456 (Kouts 4/11/05 Dep. 114:20-115:1) | No Objection | |
| PX 483 | N/A | 03/10/2005 | Summary & Statement of T. Garrish, Deputy Director of OCRWM, before the U.S. House of Representatives Committee on Energy and Commerce, Subcommittee on Energy and Air Quality. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and to the ongoing nature of DOE's breach of contract. |
| PX 484 | ENW-EMS 001823-001827 | 06/07/2005 | Certificate of Compliance for HI-STORM: Docket No. 72-1014, Amendment No. 2. | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 485 | ENW 2029655-2029666 | 11/00/2005 | Long Range Cask Loading Plan: 2006-2020. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to EN's ongoing SNF storage plans in light of DOE's breach of contract. |
| PX 486 | ENW 0639844-0640205 | 12/00/2005 | Chapter 9 of Columbia Generating Station Final Safety Analysis Report. | | | No Objection | |
| PX 487 | ENW 0052508-0052542 | 04/27/2006 | FY 2007 Fuel Management Plan. | | | No Objection | |
| PX 488 | ENW 0055069-0055073 | 05/09/2006 | Direct Pay Agreement between EN and BPA re: Columbia Generating Station. | | | No Objection | |
| PX 489 | ENW-EMS 000962-001241 | 05/09/2006 | Transcript of U.S. Nuclear Waste Technical Review Board Spring Board Meeting. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to the opinions rendered in this matter by EN's expert, Eileen Supko, and by the Government's expert, Charles Stuart; and to the Government's claim that loading and other costs should be offset from EN's damages. |
| PX 490 | ENW 0648073-0648075 | 06/07/2006 | Information Memo No. 629. | | | No Objection | |
| PX 491 | ENW 0648076-0648079 | 07/06/2006 | Executive Board Action Memorandum No. 992. | | | No Objection | |
| PX 492 | N/A | 07/19/2006 | Statement of E. Sproat, III, OCRWM Director, before the Subcommittee on Energy and Air Quality, Committee on Energy and Commerce, of the U.S. House of Representatives. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the ongoing nature of DOE's breach of contract; and the development of a geologic repository for SNF storage. |
| PX 493 | ENW 0651560-0651562 | 09/08/2006 | Summary of financing costs associated with EN's dry cask storage project prepared by Gregory P. Armatrout. | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 494 | EXG004 000151-000159 | 11/00/2006 | Preliminary Transportation, Aging, and Disposal System Performance Specification. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the costs and financing of the SNF program; and transportation of SNF to DOE. |
| PX 495 | ENW 0658288 | 11/20/2006 | Letter from J. Parrish to NRC re: Columbia Generating Station schedule for license renewal application. | | | No Objection | |
| PX 496 | ENW 1000038 | 03/09/2007 | EN 2002 RW-859 data submission. [2002RW859_53.mdb] | | | No Objection | |
| PX 497 | WDM006 0001-0034 | 03/12/2007 | Defendant's Combined Response to Plaintiffs' First Request for Production of Documents and First Set of Interrogatories in Carolina Power & Light Company and Florida Power Corporation v. United States. | | | No Objection | |
| PX 498 | WDM006 0264-0297 | 03/19/2007 | Defendant's Combined Responses to Plaintiffs' First Request for Production of Documents and First Set of Interrogatories in Southern California Edison v. United States. | | | No Objection | |
| PX 499 | N/A | 04/10/2007 | Defendant's Response to Energy Northwest's First Set of Interrogatories. | | | No Objection | |
| PX 500 | N/A | 04/19/2007 | Notice of Rule 30(b)(6) Deposition of Christopher Kouts. | Kouts (5/1/07) Dep. Ex. 11 | | No Objection | |
| PX 501 | ENW 1000128 | 05/11/2007 | EN fuel history caculation and spreadsheet. [Fuel History DB_jll.xls]. | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 502 | N/A | 08/24/2007 | Defendant's Response to Energy Northwest's First Set of Requests for Admission. | | | No Objection | |
| PX 503 | N/A | 09/12/2007 | Civilian Radioactive Waste Management System Requirements Document (CRD) DOE/RW-0406 (Revision 8, ICN 0). | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; SNF storage requirements; transportation of SNF to DOE; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 504 | ENW 0246942-0246982 | 09/30/2007 | Appendix 3A to Holtec International proposal for dry cask storage system re: alternate interim spent fuel storage pool expansion. WITHDRAWN -- NOW JX 87. | | | JX 087 | |
| PX 505 | N/A | 09/30/2007 | OCRWM Monthly Summary of Program Financial and Budget Information (as of Sept. 30, 2007). | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the costs and financing of the SNF program. |
| PX 506 | N/A | 10/00/2007 | Nuclear Energy Institute Fact Sheet: Status of Used Nuclear Fuel Storage at U.S. Commercial Nuclear Plants. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to the reasonablenes s and prevalance of dry cask SNF storage at nuclear utilities and to the opinions rendered by EN's expert, Eileen Supko, in this matter. |
| PX 507 | N/A | 10/04/2007 | Statement of E. Sproat, III, OCRWM Director, before the Committee on the Budget of the U.S. House of Representatives. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the costs and financing of the SNF program. |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 508 | ENW-EMS 000834-000851 | 01/16/2008 | DOE Office of Logistics Management Update. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and to the transportation of SNF to DOE. |
| PX 509 | | 00/00/0000 | WITHDRAWN. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | EN has withdrawn this exhibit. |
| PX 510 | N/A | 02/03/2008 | Dry Spent Fuel Storage Designs: NRC Approved for General Use | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to the reasonablenes s and prevalance of dry cask SNF storage at nuclear utilities and to the opinions rendered by EN's expert, Eileen Supko, in this matter. |
| PX 511 | N/A | 02/17/2008 | New York Times article titled "As Nuclear Waste Languishes, Expense to U.S. Rises." | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the ongoing nature of DOE's breach of the Standard Contract.<br><br>The exhibit contains statements made by a Government official, which are admissions of a party opponent; therefore, the exhibit is non-hearsay under FRE 801(d)(2).<br><br>Alternatively, EN may offer this exhibit not for its truth but rather for a non-hearsay purpose, namely, to show the state of mind of nuclear utilities on the issue of the likelihood of DOE performance.<br><br>The exhibit is a self-authenticating newspaper or periodical excerpt under FRE 902(6). |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 512 | N/A | 03/10/2008 | Civilian Radioactive Waste Management System - Waste Acceptance System Requirements Document (Revision 5, ICN 01). | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; SNF storage requirements; transportation of SNF to DOE; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 513 | N/A | 04/09/2008 | Statement of E. Sproat, III, OCRWM Director, at the U.S. Department of Energy FY 2009 Appropriations Hearing. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the costs and financing of the SNF program. |
| PX 514 | CTR003 0916-0922 | 00/00/0000 | Report titled "Standard Contract Issue Resolution Process: An Overview and Status." WITHDRAWN -- NOW JX 88. | Pollog (5/15/02) Dep. Ex. 7 | A821-22 (Pollog 5/15/02 Dep. 251:22-253:1) | JX 088 | |
| PX 515 | CTR032 0001-0007 | 00/00/0000 | Conference paper by B. McLeod, JAI Corporation, and T. Pollog, DOE, titled "Methodology for the projection of Spent Nuclear Fuel Discharges." | | | No Objection | |
| PX 516 | CTR045 1035-1041 | 00/00/0000 | Draft OCRWM Program Change Control Board Document Change Proposal. | Milner (5/2/02) Dep. Ex. 30 | A640 (Milner 5/2/02 Dep. 261:7-262:20) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and to determining a reasonable rate and schedule for SNF acceptance.<br><br>EN has designated foundational testimony that establishes the authenticity of this exhibit. Alternatively, EN will establish its authenticity at trial if necessary. |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 517 | ENW 0176259-0176282 | 00/00/0000 | Brochure re: Holtec system for storage and transport of spent nuclear fuel. | | | No Objection | |
| PX 518 | ENW 0261900 | 00/00/0000 | Spreadsheet re Mescalero private fuel storage. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br>FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit is relevant to EN's consideration of options to mitigate its damages in light of the Government's breach of contract.<br><br>The exhibit is a document produced from EN's files. EN will establish its authenticity at trial.<br><br>The exhibit meets the business records hearsay exception, FRE 803(6), because it is a record or report of events, made at or near the time of the events or from information transmitted by a person with knowledge, that was kept in the course of EN's regularly conducted business activity, and it was EN's practice to make such a record or report.<br><br>Alternatively, EN may offer this exhibit not for its truth but rather for a non-hearsay purpose, namely, to show EN's notice as to available mitigation options. |
| PX 519 | ENW 0647341 | 00/00/0000 | Drawing re: High Density Spent Fuel Storage Rack Restrainer and Super Module Installation. | | | No Objection | |
| PX 520 | ENW 0647342 | 00/00/0000 | Drawing re: High Density Spent Fuel Storage Rack Super Module Assembly. | | | No Objection | |
| PX 521 | ENW 0647343 | 00/00/0000 | Drawing re: High Density Spent Fuel Storage Rack Assembly. | | | No Objection | |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 522 | ENW 0647344 | 00/00/0000 | Drawing re: General Arrangements Section 10-10 Reactor Building. | | | No Objection | |
| PX 523 | ENW 0649442 | 00/00/0000 | Drawing re: Structural Reactor Building Fuel Storage Liner Plan & Sections. | | | No Objection | |
| PX 524 | ENW 1000157 | 00/00/0000 | Video re: operation of Columbia Generating Station and storage of SNF. [CGS_video.mpeg] | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit is relevant to background regarding EN and Columbia Generating Station.<br><br>EN intends to use this exhibit as a demonstrative. |
| PX 525 | ENW 2349220-2349244 | 00/00/0000 | Procedure Number 6.6.13: Fuel Handling and Refuel Activities Procedures. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to EN's procedures for handling its SNF assemblies.<br><br>The exhibit is a document produced from EN's files. EN will establish its authenticity at trial. |
| PX 526 | HQ0010103-0010115 | 00/00/0000 | Report titled "Standard Contract Issue Resolution Process: An Overview and Status." | Slater (4/21/99) Dep. Ex. 6 | A928 (Slater 4/21/99 Dep. 122:13-124:10) | No Objection | |
| PX 527 | HQR043 0592-0595 | 00/00/0000 | Report titled "Utility and DOE Efforts to Improve the Standard Disposal Contract - An Experiment in Cooperation." | Brownstein (4/11/02) Dep. Ex. 45 | A310-11 (Brownstein 4/11/02 Dep. 506:18-508:8) | No Objection | |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 528 | N/A | 00/00/0000 | List of 34 Issues for discussion regarding the Standard Contract. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; to determining a reasonable rate and schedule for SNF acceptance; and to the nature of Annual Capacity Reports.<br><br>The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8).<br><br>Because the exhibit is authored or created by DOE contractors, it consists of statements that are admissions of a party opponent, and, therefore, the exhibit is non-hearsay under FRE 801(d)(2).<br><br>EN will establish the authenticity of this exhibit at trial. |
| PX 529 | | 00/00/0000 | WITHDRAWN. | | | Withdrawn | |
| PX 530 | N/A | 00/00/0000 | Multi-Purpose Canisters As an Alternative for Storage, Transportation, and Disposal of Spent Nuclear Fuel. | Williams (6/11/02) Dep. Ex. 10 | A991-92 (Williams 6/11/02 Dep. 164:18-165:10) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; the development and nature of dry cask storage options; and the transportation of SNF to DOE. |
| PX 531 | N/A | 00/00/0000 | Excerpt from Fundamentals of Corporate Finance, 5th Edition. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br>FRE 106 - Completeness - Document appears to be missing material which | The exhibit is relevant to the opinions rendered by the Government's expert, Raymond Hartman, in this matter.<br><br>The exhibit is an excerpt of a textbook. To the extent the Government believes the document is incomplete in an unfair manner, it is free to |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | should, in fairness, be considered contemporaneously with the exhibit. | introduce the missing portions under FRE 106. |
| PX 532 | PA221971-221980 | 00/00/0000 | Report titled "Determination of Cost Effective Waste Management System Receipt Rates." | Barrett (5/10/02) Dep. Ex. 57 | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br>FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and to determining a reasonable rate and schedule for SNF acceptance.<br><br>Because the exhibit is authored or created by a DOE contractor, it consists of statements that are admissions of a party opponent, and, therefore, the exhibit is non-hearsay under FRE 801(d)(2).<br><br>The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8).<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7). Alternatively, EN will establish the authenticity of this exhibit at trial. |
| PX 533 | SN010806-010810 | 00/00/0000 | Organizational Chart for the Office of Civilian Radioactive Waste Management (1982-1984). | Rosselli (4/15/02) Dep. Ex. 1; Morgan (3/21/02) Dep. Ex. 1 | A710 (Morgan 3/21/02 Dep. 25:6-26:9); A862 (Rosselli 4/15/02 Dep. 31:5-17) | No Objection | |
| PX 534 | ENW 0650872-0651013 | 00/00/0000 | Calculation re: Reactor Building Fuel Storage Pool. | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | EN is offering the exhibit not for its truth but rather for a non-hearsay purpose, namely, as a document relied upon by EN's expert, Eric Bush, in rendering his opinions in this matter. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 535 | EXG007 000001-000016; EXG007 000017-000235 | 00/00/0000 | Group exhibit: Workpapers of R. Larry Johnson. | | | No Objection | |
| PX 536 | EXG003 000009-000010 | 00/00/0000 | Group exhibit: Workpapers of Ray Hartman. | | | No Objection | |
| PX 537 | EXG001 000001-000037 | 00/00/0000 | Group exhibit: Workpapers of Charles L. Stuart. | | | No Objection | |
| PX 538 | EXG002 000001-000237 | 00/00/0000 | Group exhibit: Contracts and invoices for the services of R. Larry Johnson. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to the credibility of the Government's expert, R. Larry Johnson. |
| PX 539 | EXG011 000001-000009 | 00/00/0000 | Group exhibit: Contracts and invoices for the services of Ray Hartman | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit is relevant to the credibility of the Government's expert, Raymond Hartman. |
| PX 540 | ENW-MPE 0009995-0010122 | 09/14/2007 | M. Emmert workpapers: Fuel Inventory Model (Binder 25 of 25).<br><br>[EN also produced an electronic version of the Emmert Spreadsheets contained in this binder at ENW-MPE 1000003.] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 541 | N/A | 05/00/1980 | Final Environmental Impact Statement, U.S. Spent Fuel Policy: Executive Summary, Vol. 1. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to SNF storage needs and the state of affairs pre-dating the Nuclear Waste Policy Act of 1982. |
| PX 542 | N/A | 05/00/1980 | Final Environmental Impact Statement, U.S. Spent Fuel Policy: Storage of U.S. Spent Power Reactor Fuel, Vol. 2. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to SNF storage needs and the state of affairs pre-dating the Nuclear Waste Policy Act of 1982. |
| PX 543 | N/A | 05/00/1980 | Final Environmental Impact Statement, U.S. Spent Fuel Policy: Storage of Foreign Spent Power Reactor Fuel, Vol. 3. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to SNF storage needs and the state of affairs pre-dating the Nuclear Waste Policy Act of 1982. |
| PX 544 | N/A | 05/00/1980 | Final Environmental Impact Statement, U.S. Spent Fuel Policy: Charge for Spent Fuel Storage, Vol. 4. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to SNF storage needs and the state of affairs pre-dating the Nuclear Waste Policy Act of 1982. |
| PX 545 | N/A | 05/00/1980 | Final Environmental Impact Statement, U.S. Spent Fuel Policy: Comment Letters on Draft Statements and Major Comments with DOE Responses, Vol. 5. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to SNF storage needs and the state of affairs pre-dating the Nuclear Waste Policy Act of 1982. |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 546 | YDK024125-024129 | 05/04/1983 | Presentation to the Institute of Nuclear Materials: Management Presentation by L. Mills, Edison Electric Company, re: Importance of Various Provisions of the Nuclear Waste Policy Act of 1982 to Electric Utility Companies | | | No Objection | |
| PX 547 | PA 142687-142903 | 09/00/1991 | Draft Mission Plan Amendment. | | | No Objection | |
| PX 548 | N/A | 01/10/1994 | Delivery Commitment Schedule Summary Report Year 2 (Preliminary Draft). | Kouts (6/12/08) Dep. Ex. 5 | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and the nature of the Delivery Commitment Schedule process. |
| PX 549 | ENW 0029355-0029362 | 02/16/2001 | Warrant No. 431930 | | | No Objection | |
| PX 550 | ENW 0055319-0055320 | 02/21/2001 | Warrant No. 431979 | | | No Objection | |
| PX 551 | ENW 0566149-0566150 | 09/20/2001 | Warrant No. 437710 | | | No Objection | |
| PX 552 | ENW 0031303-0031305 | 11/06/2001 | Warrant No. 438840 | | | No Objection | |
| PX 553 | ENW 0031371-0031372 | 11/16/2001 | Warrant No. 439115 | | | No Objection | |
| PX 554 | ENW 0565829-0565833 | 11/26/2001 | Credit Card Statement | | | No Objection | |
| PX 555 | ENW 0566038-0566039 | 12/26/2001 | Credit Card Statement | | | No Objection | |
| PX 556 | ENW 0566001-0566006 | 01/25/2002 | Credit Card Statement | | | No Objection | |
| PX 557 | ENW 0567540-0567548 | 02/20/2002 | Warrant No. 441327 | | | No Objection | |
| PX 558 | ENW 0567378-0567384 | 06/05/2002 | Warrant No. 444088 | | | No Objection | |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 559 | ENW 0658497-0658807 | 01/00/2003 | Workpapers for Payroll Time Reporting Approval Audit | | | No Objection | |
| PX 560 | ENW 0658217-0658222 | 07/10/2003 | Payroll Time Reporting Approval Audit. | | | No Objection | |
| PX 561 | CTR 478 000334-000340 | 05/26/2005 | 2005 Total System Life Cycle Cost Assumptions Document (Draft Rev. 2). | | A606 (Milner 5/1/02 Dep. 31:1-32:1); A612 (Milner 5/1/02 Dep. 54:18-54:24); A620 (Milner 5/1/02 Dep. 103:25-104:8) | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract; SNF storage requirements; transportation of SNF to DOE; the costs and financing of the SNF program; and determining a reasonable rate and schedule for SNF acceptance. |
| PX 562 | N/A | 09/14/2007 | Expert Report of Eric Bush. | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | EN is offering this exhibit not for its truth but rather for a non-hearsay purpose, namely, to explain the bases for the opinions rendered by EN's expert, Eric Bush, in this matter.<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 563 | N/A | 09/14/2007 | Expert Report of Eileen Supko re: Determination of the DOE Overall Spent Nuclear Fuel Acceptance Rate. | Kouts (6/12/08) Dep. Ex. 2 | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | EN is offering this exhibit not for its truth but rather for a non-hearsay purpose, namely, to explain the bases for the opinions rendered by EN's expert, Eileen Supko, in this matter.<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 564 | N/A | 09/14/2007 | Expert Report of Eileen Supko re: Spent Nuclear Fuel Acceptance Rights for Energy Northwest's Columbia Generating Station. | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | EN is offering this exhibit not for its truth but rather for a non-hearsay purpose, namely, to explain the bases for the opinions rendered by EN's expert, Eileen Supko, in this matter.<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 565 | N/A | 09/14/2007 | Expert Report of Michael P. Emmert. | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | EN is offering this exhibit not for its truth but rather for a non-hearsay purpose, namely, to explain the bases for the opinions rendered by EN's expert, Mike Emmert, in this matter.<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 566 | ENW-EMS 1000001 | 09/14/2007 | E. Supko workpapers: 080707 1998-900 to 3000 and 3000 LE104 to 2011.xls | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Eileen Supko, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 567 | ENW-EMS 1000019 | 09/14/2007 | E. Supko workpapers: 2005 1998 Base Case & IntraUtility Post Shutdown Comparison.xls | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Eileen Supko, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 568 | ENW-EMS 1000020 | 09/14/2007 | E.Supko workpapers: 2005 Base Case Additional Storage Requirements Calc.xls | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Eileen Supko, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursaunt to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 569 | ENW-EMS 1000054 | 09/14/2007 | E. Supko workpapers: 2005 1998 Ramp Up Sensitivity Post Shutdown Comparison.xls | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Eileen Supko, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursaunt to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 570 | ENW-EMS 1000055 | 09/14/2007 | E. Supko workpapers: 2005 Ramp Up Comparison Additional Storage.xls | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Eileen Supko, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 571 | ENW-EMS 1000053 | 09/14/2007 | E. Supko workpapers: 2005 Intra Utility Cases Additional Storage.xls | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Eileen Supko, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursaunt to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 572 | ENW-EMS 1000115 | 09/14/2007 | E. Supko workpapers: 081007 1998 Ramp Up Sensitivity Post Shutdown LE104.xls | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Eileen Supko, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursaunt to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 573 | ENW-EMS 1000116 | 09/14/2007 | E. Supko workpapers: 081007 RampUp Add Storage Req LE104 Calc.xls | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Eileen Supko, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursaunt to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 574 | ENW-EMS 1000114 | 09/14/2007 | E. Supko workpapers: 081007 LE104 Intra Utility Cases Additinal Storage.xls | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Eileen Supko, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursaunt to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 575 | ENW-EMS 1000080 | 09/14/2007 | E.Supko workpapers: 081007 1998 LE104 Base Case & Intra Post SD Comp.xls | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Eileen Supko, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 576 | ENW-EMS 1000081 | 09/14/2007 | E. Supko workpapers: 081007 Base Case Additional Storage Requirements LE104 Calc.xls | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Eileen Supko, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursaunt to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 577 | ENW-EMS 1000145 | 09/14/2007 | E. Supko workpapers: 090507 Columbia Pool Capacity Analysis.xls | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Eileen Supko, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursaunt to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 578 | ENW-EMS 1000141 | 09/14/2007 | E. Supko workpapers: 090707 Additional Storage Req v. Acceptanee Rate OFF.ppt | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Eileen Supko, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursaunt to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 579 | ENW-EMS 1000142 | 09/14/2007 | E. Supko workpapers: 090707 Additional Storage Req v. Acceptance Rate Intra company.ppt | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Eileen Supko, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 580 | ENW-ERB 1000001 | 09/14/2007 | E. Bush Workpapers: CGS New Racks.xls | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Eric Bush, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursaunt to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 581 | ENW-ERB 1000002 | 09/14/2007 | E. Bush Workpapers: Report Exhibits.xls | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Eric Bush, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursaunt to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 582 | ENW-ERB 1000003 | 11/30/2007 | E. Bush Workpapers: Rack Des-Eng-Lic Cost.xls | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Eric Bush, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 583 | N/A | 12/21/2007 | Expert Report of R. Larry Johnson. | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. [Defendant's expert reports are included on its exhibit list as a protective measure in the event that the Court overrules our hearsay objection to the reports and admits plaintiff's expert reports. In that event, defendant will move for the entry of defendant's expert reports.] | To the extent necessary, EN will offer this exhibit not for its truth but rather for a non-hearsay purpose, namely, to impeach the Government's expert, R. Larry Johnson. |
| PX 584 | N/A | 12/21/2007 | Expert Report of Raymond S. Hartman. | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. [Defendant's expert reports are included on its exhibit list as a protective measure in the event that the Court overrules our hearsay objection to the reports and admits plaintiff's expert reports. In that event, defendant will move for the entry of defendant's expert | To the extent necessary, EN will offer this exhibit not for its truth but rather for a non-hearsay purpose, namely, to impeach the Government's expert, Raymond S. Hartman. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | reports.] | |
| PX 585 | N/A | 12/21/2007 | Expert Witness Report of Charles L. Stuart. | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. [Defendant's expert reports are included on its exhibit list as a protective measure in the event that the Court overrules our hearsay objection to the reports and admits plaintiff's expert reports. In that event, defendant will move for the entry of defendant's expert reports.] | To the extent necessary, EN will offer this exhibit not for its truth but rather for a non-hearsay purpose, namely, to impeach the Government's expert, Charles L. Stuart. |
| PX 586 | ENW 1000156 | 01/17/2008 | Summary of estimated EN internal costs associated with rack expansion or rerack project. [Estimate.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Eric Bush, and a fact witness, Johnathan Hicks, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 587 | ENW-ERB 1000004 | 01/17/2008 | E. Bush Workpapers: Utility Hours.xls | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Eric Bush, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 588 | N/A | 02/22/2008 | Rebuttal Expert Report of Michael P. Emmert. | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | EN is offering this exhibit not for its truth but rather for a non-hearsay purpose, such as to explain the bases for the rebuttal opinions rendered by EN's expert, Mike Emmert, in this matter.<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 589 | N/A | 02/22/2008 | E. Supko Rebuttal Report re: the Expert Witness Report of Charles L. Stuart. | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | EN is offering this exhibit not for its truth but rather for a non-hearsay purpose, such as to explain the bases for the rebuttal opinions rendered by EN's expert, Eileen Supko, in this matter.<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 590 | | 00/00/0000 | WITHDRAWN. | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | EN has withdrawn this exhibit. |
| PX 591 | N/A | 02/22/2008 | Rebuttal Expert Report of Eric Bush in Response to Expert Witness Report of Charles L. Stuart. | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | EN is offering this exhibit not for its truth but rather for a non-hearsay purpose, such as to explain the bases for the rebuttal opinions rendered by EN's expert, Eric Bush, in this matter.<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 592 | ENW-MPE 0010457-0010508 | 02/22/2008 | M. Emmert workpapers: Supporting Analysis & Documents for Rebuttal Report (Binder 1 of 2).<br><br>[EN also produced an electronic version of the Emmert Spreadsheets contained in this binder at ENW-MPE 10000132-134.] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7];<br>Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 593 | ENW-MPE 0010509-0010648; ENW-MPE 0010952-0010970; ENW-MPE 0010668-0010892; ENW-MPE 0010971-0010973; ENW-MPE 0010896 | 02/22/2008 | M. Emmert Workpapers: Alternative NPV Analyses (Binder 2 of 2).<br><br>[EN also produced an electronic version of the Emmert Spreadsheets contained in this binder at ENW-MPE 10000115-131.] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 594 | ENW 0657305-0657319 | 00/00/0000 | Group Exhibit: chart listing interest payments on Citibank loan and Citibank statements. | | | No Objection | |
| PX 595 | ENW 0048770 | 10/04/2006 | Material Request No. 31864 | | | No Objection | |
| PX 596 | ENW 0647220 | 05/16/2007 | Material Request No. 43659 | | | No Objection | |
| PX 597 | ENW 0647272 | 05/16/2007 | Material Request No. 43118 | | | No Objection | |
| PX 598 | ENW 0647280 | 05/16/2007 | Material Request No. 40292 | | | No Objection | |
| PX 599 | ENW 1000019 | 00/00/0000 | Electronic data exported by Johnathan Hicks from PeopleSoft financial system of costs incurred by EN on the dry cask storage project from FY 2000 through 8/31/2006. | | | No Objection | |
| | | | | | | | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 600 | ENW 1000020; ENW 1000021 | 00/00/0000 | Group Exhibit: Electronic data from EN Passport A/P system. [AP Passport data Prior to 7-1-99-2.xls; AP Passport data REVISED 7-1-99 - 8-31-06.xls]. | | | No Objection | |
| PX 601 | ENW-MPE 1000002 | 09/14/2007 | M. Emmert workpapers [Extracted IQC Transactions.xls ] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 602 | ENW-MPE 1000003 | 09/14/2007 | M. Emmert fuel management model. [Fuel Management.xls] | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 603 | ENW-MPE 1000004 | 09/14/2007 | M. Emmert summary of EN Damages in the Dry Cask Procurement category. [Casks.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | This exhibit is admissible as a summary of voluminous accounting records under FRE 1006. The summary, which was prepared by EN's expert Mike Emmert, was disclosed to the Government pursuant to RCFC 26(a)(2), and the Government has had an opportunity to examine Mr. Emmert regarding the summary at his deposition. The underlying accounting records summarized, which were provided to the Government during discovery (and a portion of which are also appended to the summary itself), independently meet the business records hearsay exception, FRE 803(6), because they are records or reports of events, made at or near the time of the events or from information transmitted by a person with knowledge, that were kept in the course of EN's regularly conducted business activity, and it was EN's practice to make such records or reports.<br><br>In addition, the exhibit is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 604 | ENW 1000160 | 00/00/0000 | Electronic data exported by Johnathan Hicks from PeopleSoft financial system of costs incurred by EN on the dry cask storage project from FY 2000 through 8/31/2006. [Peoplesoft.mdb]<br><br>[Duplicate of data also produced in different software format ENW 1000019. ENW reserves the right to use either file depending on courtroom technology capability.] | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 605 | ENW-MPE 1000005 | 09/14/2007 | M. Emmert summary of EN Damages in the ISFSI Facilities category. [ISFSI.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | This exhibit is admissible as a summary of voluminous accounting records under FRE 1006. The summary, which was prepared by EN's expert Mike Emmert, was disclosed to the Government pursuant to RCFC 26(a)(2), and the Government has had an opportunity to examine Mr. Emmert regarding the summary at his deposition. The underlying accounting records summarized, which were provided to the Government during discovery (and a portion of which are also appended to the summary itself), independently meet the business records hearsay exception, FRE 803(6), because they are records or reports of events, made at or near the time of the events or from information transmitted by a person with knowledge, that were kept in the course of EN's regularly conducted business activity, and it was EN's practice to make such records or reports.<br><br>In addition, the exhibit is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 606 | ENW-MPE 1000006 | 09/14/2007 | M. Emmert workpapers. [Loading Casks Analysis.xls] | | | No Objection | |
| PX 607 | ENW-MPE 1000007 | 09/14/2007 | M. Emmert summary of EN Damages in the Dry Cask Loading and Storage category. [Loading.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | This exhibit is admissible as a summary of voluminous accounting records under FRE 1006. The summary, which was prepared by EN's expert Mike Emmert, was disclosed to the Government pursuant to RCFC 26(a)(2), and the Government has had an opportunity to examine Mr. Emmert regarding the summary at his deposition. The underlying accounting records summarized, which were provided to the Government during discovery (and a portion of |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | which are also appended to the summary itself), independently meet the business records hearsay exception, FRE 803(6), because they are records or reports of events, made at or near the time of the events or from information transmitted by a person with knowledge, that were kept in the course of EN's regularly conducted business activity, and it was EN's practice to make such records or reports.<br><br>In addition, the exhibit is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 608 | ENW-MPE 1000008 | 09/14/2007 | M. Emmert summary of EN Damages in work orders under 50,000 by category. [Other Small WOs.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | This exhibit is admissible as a summary of voluminous accounting records under FRE 1006. The summary, which was prepared by EN's expert Mike Emmert, was disclosed to the Government pursuant to RCFC 26(a)(2), and the Government has had an opportunity to examine Mr. Emmert regarding the summary at his deposition. The underlying accounting records summarized, which were provided to the Government during discovery (and a portion of which are also appended to the summary itself), independently meet the business records hearsay exception, FRE 803(6), because they are records or reports of events, made at or near the time of the events or from information transmitted by a person with knowledge, that were kept in the course of EN's regularly conducted business activity, and it was EN's practice to make such records or reports.<br><br>In addition, the exhibit is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 609 | ENW-MPE 1000009 | 09/14/2007 | M. Emmert analysis of per-cask procurement cost. [Per Cask Cost Analysis.xls] | | | No Objection | |
| PX 610 | ENW-MPE 1000010 | 09/14/2007 | M. Emmert summary of EN Damages in the Plant Modifications category. [Plant Mods.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | This exhibit is admissible as a summary of voluminous accounting records under FRE 1006. The summary, which was prepared by EN's expert Mike Emmert, was disclosed to the Government pursuant to RCFC 26(a)(2), and the Government has had an opportunity to examine Mr. Emmert regarding the summary at his deposition. The underlying accounting records summarized, which were provided to the Government during discovery (and a portion of which are also appended to the summary itself), independently meet the business records hearsay exception, FRE 803(6), because they are records or reports of events, made at or near the time of the events or from information transmitted by a person with knowledge, that were kept in the course of EN's regularly conducted business activity, and it was EN's practice to make such records or reports.<br><br>In addition, the exhibit is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 611 | ENW-MPE 1000011 | 09/14/2007 | M. Emmert summary of EN Damages in the Regulatory, Licensing, Program & Ancillary Equipment category. [Programs.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | This exhibit is admissible as a summary of voluminous accounting records under FRE 1006. The summary, which was prepared by EN's expert Mike Emmert, was disclosed to the Government pursuant to RCFC 26(a)(2), and the Government has had an opportunity to examine Mr. Emmert regarding the summary at his deposition. The underlying accounting records summarized, which were provided to the |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | Government during discovery (and a portion of which are also appended to the summary itself), independently meet the business records hearsay exception, FRE 803(6), because they are records or reports of events, made at or near the time of the events or from information transmitted by a person with knowledge, that were kept in the course of EN's regularly conducted business activity, and it was EN's practice to make such records or reports.<br><br>In addition, the exhibit is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 612 | ENW-MPE 1000012 | 09/14/2007 | M. Emmert Summary of EN damages [Summary of Damages.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | This exhibit is admissible as a summary of voluminous accounting records under FRE 1006. The summary, which was prepared by EN's expert Mike Emmert, was disclosed to the Government pursuant to RCFC 26(a)(2), and the Government has had an opportunity to examine Mr. Emmert regarding the summary at his deposition. The underlying accounting records summarized, which were provided to the Government during discovery (and a portion of which are also appended to the summary itself), independently meet the business records hearsay exception, FRE 803(6), because they are records or reports of events, made at or near the time of the events or from information transmitted by a person with knowledge, that were kept in the course of EN's regularly conducted business activity, and it was EN's practice to make such records or reports.<br><br>In addition, the exhibit is alternatively offered as a demonstrative to explain and/or illustrate the |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | opinion testimony of EN's expert. |
| PX 613 | ENW-MPE 1000013 | 09/14/2007 | M. Emmert summary of damages by expense class. [Summary of Expense Class by Category.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | This exhibit is admissible as a summary of voluminous accounting records under FRE 1006. The summary, which was prepared by EN's expert Mike Emmert, was disclosed to the Government pursuant to RCFC 26(a)(2), and the Government has had an opportunity to examine Mr. Emmert regarding the summary at his deposition. The underlying accounting records summarized, which were provided to the Government during discovery (and a portion of which are also appended to the summary itself), independently meet the business records hearsay exception, FRE 803(6), because they are records or reports of events, made at or near the time of the events or from information transmitted by a person with knowledge, that were kept in the course of EN's regularly conducted business activity, and it was EN's practice to make such records or reports.<br><br>In addition, the exhibit is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 614 | ENW-EMS 002865-002866 | 02/13/2008 | USNRC: Dry Spent Fuel Storage Designs: NRC Approved for General Use. | | | No Objection | |
| PX 615 | ENW-MPE 1000115 | 02/22/2008 | M. Emmert Alternative NPV Analysis. [Hartman Model 1392 Rerack.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert.<br><br>The exhibit is also offered to rebut the opinion testimony of the Government's expert, Raymond S. Hartman. |
| PX 616 | ENW-MPE 1000116 | 02/22/2008 | M. Emmert Alternative NPV analysis. [3000, 2010, LE, 1392 Rerack.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert.<br><br>The exhibit is also offered to rebut the opinion testimony of the Government's expert, Raymond S. Hartman. |
| PX 617 | ENW-MPE 1000117 | 02/22/2008 | M. Emmert Alternative NPV Analysis. [3000, 2010, LE, 1818 Rerack.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert.<br><br>The exhibit is also offered to rebut the opinion testimony of the Government's expert, Raymond S. Hartman. |
| PX 618 | ENW-MPE 1000118 | 02/22/2008 | M. Emmert Alternative NPV Analysis. [3000, 2017, LE, 1392 Rerack.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursaunt to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | expert.<br><br>The exhibit is also offered to rebut the opinion testimony of the Government's expert, Raymond S. Hartman. |
| PX 619 | ENW-MPE 1000119 | 02/22/2008 | M. Emmert Alternative NPV Analysis. [3000, 2017, LE, 1818 Rerack.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert.<br><br>The exhibit is also offered to rebut the opinion testimony of the Government's expert, Raymond S. Hartman. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 620 | ENW-MPE 1000120 | 02/22/2008 | M. Emmert Alternative NPV Analysis. [900R, 2010, LE, 1392 Rerack.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert.<br><br>The exhibit is also offered to rebut the opinion testimony of the Government's expert, Raymond S. Hartman. |
| PX 621 | ENW-MPE 1000121 | 02/22/2008 | M. Emmert Alternative NPV Analysis. [900R, 2010, LE, 1818 Rerack.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert.<br><br>The exhibit is also offered to rebut the opinion testimony of the Government's expert, Raymond S. Hartman. |
| PX 622 | ENW-MPE 1000122 | 02/22/2008 | M. Emmert Alternative NPV Analysis. [900R, 2017, LE, 1392 Rerack.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert.<br><br>The exhibit is also offered to rebut the opinion testimony of the Government's expert, Raymond S. Hartman. |
| PX 623 | ENW-MPE 1000123 | 02/22/2008 | M. Emmert Alternative NPV Analysis. [900R, 2017, LE, 1818 Rerack.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert.<br><br>The exhibit is also offered to rebut the opinion testimony of the Government's expert, Raymond S. Hartman. |
| PX 624 | ENW-MPE 1000124 | 02/22/2008 | M. Emmert Alternative NPV Analysis. [3000, 2010, No LE, 1392 Rerack.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | and/or illustrate the opinion testimony of EN's expert.<br><br>The exhibit is also offered to rebut the opinion testimony of the Government's expert, Raymond S. Hartman. |
| PX 625 | ENW-MPE 1000125 | 02/22/2008 | M. Emmert Alternative NPV Analysis. [3000, 2010, No LE, 1818 Rerack.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursaunt to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert.<br><br>The exhibit is also offered to rebut the opinion testimony of the Government's expert, Raymond S. Hartman. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 626 | ENW-MPE 1000126 | 02/22/2008 | M. Emmert Alternative NPV Analysis. [3000, 2017, No LE, 1392 Rerack.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert.<br><br>The exhibit is also offered to rebut the opinion testimony of the Government's expert, Raymond S. Hartman. |
| PX 627 | ENW-MPE 1000127 | 02/22/2008 | M. Emmert summary reflecting position information for employees working on the pay cash storage project. [EmployeePositionData.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | This exhibit is admissible as a summary of voluminous accounting records under FRE 1006. The summary, which was prepared by EN's expert Mike Emmert, was disclosed to the Government pursuant to RCFC 26(a)(2), and the Government has had an opportunity to examine |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | Mr. Emmert regarding the summary at his deposition. The underlying accounting records summarized, which were provided to the Government during discovery (and a portion of which are also appended to the summary itself), independently meet the business records hearsay exception, FRE 803(6), because they are records or reports of events, made at or near the time of the events or from information transmitted by a person with knowledge, that were kept in the course of EN's regularly conducted business activity, and it was EN's practice to make such records or reports.<br><br>In addition, the exhibit is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert. |
| PX 628 | ENW-MPE 1000128 | 02/22/2008 | M. Emmert Alternative NPV Analysis. [900R, 2010, No LE, 1392 Rerack.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert.<br><br>The exhibit is also offered to rebut the opinion testimony of the Government's expert, Raymond S. Hartman.. |
| PX 629 | ENW-MPE 1000129 | 02/22/2008 | M. Emmert Alternative NPV Analysis. [900R, 2010, No LE, 1818 Rerack.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursaunt to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | expert.<br><br>The exhibit is also offered to rebut the opinion testimony of the Government's expert, Raymond S. Hartman. |
| PX 630 | ENW-MPE 1000130 | 02/22/2008 | M. Emmert Alternative NPV Analysis. [900R, 2017, No LE, 1392 Rerack.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert.<br><br>The exhibit is also offered to rebut the opinion testimony of the Government's expert, Raymond S. Hartman. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 631 | ENW-MPE 1000131 | 02/22/2008 | M. Emmert Alternative NPV Analysis. [900R, 2017, No LE, 1818 Rerack.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert, or to rebut the opinion testimony of the Government's expert, R. Larry Johnson. |
| PX 632 | ENW-MPE 1000132 | 02/22/2008 | M. Emmert overtime analysis. [Overtime Analysis.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursuant to FRE 803(6) or as public records pursuant to FRE 803(8). The data |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert.<br><br>The exhibit is also offereed torebut the opinion testimony of the Government's expert, R. Larry Johnson. |
| PX 633 | ENW-MPE 1000133 | 02/22/2008 | M. Emmert rebuttal workpapers. [Summary of Johnson's Not Incremental Elements.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | The exhibit contains or reflects computer modeling or calculations performed by EN's expert, Mike Emmert, and is offered to explain the bases for EN's expert's opinions in this matter under FRE 703. The computer modeling or caculations are based on underlying non-hearsay data that is admissable in this action as business records pursaunt to FRE 803(6) or as public records pursuant to FRE 803(8). The data utilized, underlying assumptions, and calculations performed, were disclosed to the Government pursuant to RCFC 26(a)(2), and the Government had the opportunity to depose EN's experts at their depositions. The modeling should not be excluded by the hearsay rule because EN's |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | expert will testify regarding the underlying data and assumptions which provide equivalent guarantees of trustworthiness pursuant to FRE 807. See, e.g., Weinstein's Federal Evidence § 900.07[7]; Commercial Union Ins. Co. v. Boston Edison Co., 591 NE.2d 165 (Mass. 1992).<br><br>In addition, the exhibit, or a portion thereof, is alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert.<br><br>The exhibit is also offered to rebut the opinion testimony of the Government's expert, R. Larry Johnson. |
| PX 634 | ENW-MPE 1000134 | 02/22/2008 | M. Emmert Rebuttal Workpapers. [Summary of Non Incremental Employees As Designated By Johnson.xls] | | | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | This exhibit is admissible as a summary of voluminous accounting records and the workpapers of the Goverment's Expert R. Larry Johnson under FRE 1006. The summary, which was prepared by EN's expert Mike Emmert, was disclosed to the Government pursuant to RCFC 26(a)(2), and the Government has had an opportunity to examine Mr. Emmert regarding the summary at his deposition. The underlying accounting records summarized, which were provided to the Government during discovery independently meet the business records hearsay exception, FRE 803(6), because they are records or reports of events, made at or near the time of the events or from information transmitted by a person with knowledge, that were kept in the course of EN's regularly conducted business activity, and it was EN's practice to make such records or reports.<br><br>In addition, the exhibit, or a portion thereof, is |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | | alternatively offered as a demonstrative to explain and/or illustrate the opinion testimony of EN's expert, or to rebut the opinion testimony of the Government's expert, R. Larry Johnson. |
| PX 635 | N/A | 06/09/2008 | Amended Rule 30(b)(6) Notice of Deposition. | Kouts (6/12/08) Dep. Ex. 1 | A503 (Kouts 6/12/08 Dep. 5:19-6:3) | No Objection | |
| PX 636 | CTR296 2812-2816 | 00/00/0000 | History of the Annual Capacity Report (ACR): Projected Waste Acceptance Rates for Commercial Spent Nuclear Fuel. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to DOE's policies, activities, and decision-making under the Nuclear Waste Policy Act of 1982 and the Standard Contract and to determining a reasonable rate and schedule for SNF acceptance.<br><br>The exhibit is a record or report that sets forth the activities of a public office or agency and therefore meets the requirements of the public records hearsay exception, FRE 803(8).<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7). Alternatively, EN will establish the authenticity of this exhibit at trial. |
| PX 637 | ENW-EMS 001828-001836 | 00/00/0000 | Certificate of Compliance for Radioactive Material Packages Docket No. 71-9226, Rev. 1. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to the expert opinions rendered by EN's experts, Eileen Supko and Eric Bush, and by the Government's expert, Charles Stuart.<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>The exhibit is a self-authenticating domestic public document under FRE 902(1) or FRE 902(2). Alternatively, EN will establish the authenticity of this exhibit at trial. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 638 | ENW-EMS 001837-001846 | 00/00/0000 | Certificate of Compliance for Radioactive Material Packages Docket No. 71-9001, Rev. 40. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to the expert opinions rendered by EN's experts, Eileen Supko and Eric Bush, and by the Government's expert, Charles Stuart.<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>The exhibit is a self-authenticating domestic public document under FRE 902(1) or FRE 902(2). Alternatively, EN will establish the authenticity of this exhibit at trial. |
| PX 639 | ENW-EMS 001847-001852 | 00/00/0000 | Certificate of Compliance for Radioactive Material Packages Docket No. 71-9023, Rev. 9. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to the expert opinions rendered by EN's experts, Eileen Supko and Eric Bush, and by the Government's expert, Charles Stuart.<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>The exhibit is a self-authenticating domestic public document under FRE 902(1) or FRE 902(2). Alternatively, EN will establish the authenticity of this exhibit at trial. |
| PX 640 | ENW-EMS 001853-001872 | 00/00/0000 | Certificate of Compliance for Radioactive Material Packages Docket No. 71-9270, Rev. 1. | | | No Objection | |
| PX 641 | ENW-EMS 001873-001893 | 00/00/0000 | Certificate of Compliance for Radioactive Material Packages Docket No. 71-9270, Rev. 2. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 901- Authentication - Document lacks indicia which establishes that | The exhibit is relevant to the expert opinions rendered by EN's experts, Eileen Supko and Eric Bush, and by the Government's expert, Charles Stuart.<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7). |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | exhibit is what proponent claims. | The exhibit is a self-authenticating domestic public document under FRE 902(1) or FRE 902(2). Alternatively, EN will establish the authenticity of this exhibit at trial. |
| PX 642 | ENW-EMS 001894-001897 | 00/00/0000 | Certificate of Compliance for Spent Fuel Storage Casks: Docket 72-1015. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to the expert opinions rendered by EN's experts, Eileen Supko and Eric Bush, and by the Government's expert, Charles Stuart.<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>The exhibit is a self-authenticating domestic public document under FRE 902(1) or FRE 902(2). Alternatively, EN will establish the authenticity of this exhibit at trial. |
| PX 643 | ENW-EMS 001898-001901 | 00/00/0000 | Certificate of Compliance for Spent Fuel Storage Casks: Docket 72-1015, Amendment 1. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to the expert opinions rendered by EN's experts, Eileen Supko and Eric Bush, and by the Government's expert, Charles Stuart.<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>The exhibit is a self-authenticating domestic public document under FRE 902(1) or FRE 902(2). Alternatively, EN will establish the authenticity of this exhibit at trial. |
| PX 644 | ENW-EMS 001902-001905 | 00/00/0000 | Certificate of Compliance for Spent Fuel Storage Casks: Docket 72-1015, Amendment 2. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 901- Authentication - | The exhibit is relevant to the expert opinions rendered by EN's experts, Eileen Supko and Eric Bush, and by the Government's expert, Charles Stuart. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>The exhibit is a self-authenticating domestic public document under FRE 902(1) or FRE 902(2). Alternatively, EN will establish the authenticity of this exhibit at trial. |
| PX 645 | ENW-EMS 002867-002875 | 00/00/0000 | Certificate of Compliance for Radioactive Material Packages: Docket No. 71-9255, Rev. 9. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to the expert opinions rendered by EN's experts, Eileen Supko and Eric Bush, and by the Government's expert, Charles Stuart.<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>The exhibit is a self-authenticating domestic public document under FRE 902(2) or FRE 902(2). Alternatively, EN will establish the authenticity of this exhibit at trial. |
| PX 646 | ENW-EMS 002876-002884 | 00/00/0000 | Certificate of Compliance for Radioactive Material Packages: Docket No. 71-9293, Rev. 0. | | | No Objection | |
| PX 647 | ENW-EMS 002885-002894 | 00/00/0000 | Certificate of Compliance for Radioactive Material Packages: Docket No. 71-9293, Rev. 1. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to the expert opinions rendered by EN's experts, Eileen Supko and Eric Bush, and by the Government's expert, Charles Stuart.<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>The exhibit is a self-authenticating domestic public document under FRE 902(1) or FRE 902(2). Alternatively, EN will establish the authenticity of this exhibit at trial. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 648 | ENW-EMS 002897-002905 | 00/00/0000 | Certificate of Compliance for Radioactive Material Packages: Docket No. 71-9302, Rev. 0. | | | No Objection | |
| PX 649 | ENW-EMS 002906-002913 | 00/00/0000 | Certificate of Compliance for Radioactive Material Packages: Docket No. 71-9302, Rev. 1. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to the expert opinions rendered by EN's experts, Eileen Supko and Eric Bush, and by the Government's expert, Charles Stuart.<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>The exhibit is a self-authenticating domestic public document under FRE 902(2) or FRE 902(2). Alternatively, EN will establish the authenticity of this exhibit at trial. |
| PX 650 | ENW-EMS 002978-003015 | 00/00/0000 | Certificate of Compliance for Dry Spent Fuel Storage Casks. | | | No Objection | |
| PX 651 | ENW-EMS 003016-003020 | 00/00/0000 | Certificate of Compliance for Spent Fuel Storage Casks: Docket No. 72-1004, Amendment 2. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is relevant to the expert opinions rendered by EN's experts, Eileen Supko and Eric Bush, and by the Government's expert, Charles Stuart.<br><br>The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>The exhibit is a self-authenticating domestic public document under FRE 902(1) or FRE 902(2). Alternatively, EN will establish the authenticity of this exhibit at trial. |
| PX 652 | ENW-EMS 003021-003024 | 00/00/0000 | Certificate of Compliance for Spent Fuel Storage Casks: Docket No. 72-1004, Amendment 3. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to the expert opinions rendered by EN's experts, Eileen Supko and Eric Bush, and by the Government's expert, Charles Stuart. |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| | | | | | | FRE 901- Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | The exhibit is an authentic public record or report under FRE 901(b)(7).<br><br>The exhibit is a self-authenticating domestic public document under FRE 902(1) FRE 902(2). Alternatively, EN will establish the authenticity of this exhibit at trial. |
| PX 722.001 | ENW 0028436-0028441 | 09/01/1999 | Holtec Warrant No. 419725 | | | No Objection | |
| PX 722.002 | ENW 0028486-0028487 | 10/22/1999 | Holtec Warrant No. 421038 | | | No Objection | |
| PX 722.003 | ENW 0028575-0028577 | 01/04/2000 | Holtec Warrant No. 422743 | | | No Objection | |
| PX 722.004 | ENW 0028582-0028584 | 01/11/2000 | Holtec Warrant No. 422904 | | | No Objection | |
| PX 722.005 | ENW 0028616-0028618 | 02/23/2000 | Holtec Warrant No. 423905 | | | No Objection | |
| PX 722.006 | ENW 0028675-0028684 | 05/09/2000 | Holtec Warrant No. 425605 | | | No Objection | |
| PX 722.007 | ENW 0028687-0028691 | 05/12/2000 | Holtec Warrant No. 425689 | | | No Objection | |
| PX 722.008 | ENW 0028692-0028696 | 05/17/2000 | Holtec Warrant No. 425769 | | | No Objection | |
| PX 722.009 | ENW 0028722-0028725 | 06/02/2000 | Holtec Warrant No. 426178 | | | No Objection | |
| PX 722.010 | ENW 0028744-0028751 | 06/13/2000 | Holtec Warrant No. 426399 | | | No Objection | |
| PX 722.011 | ENW 0028781-0028783 | 06/28/2000 | Holtec Warrant No. 426790 | | | No Objection | |
| PX 722.012 | ENW 0028830-0028839 | 07/19/2000 | Holtec Warrant No. 427263 | | | No Objection | |
| PX 722.013 | ENW 0028853-0028855 | 07/27/2000 | Holtec Warrant No. 427469 | | | No Objection | |
| PX 722.014 | ENW 0028931-0028939 | 09/14/2000 | Holtec Warrant No. 428590 | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 722.015 | ENW 0029014-0029016 | 10/26/2000 | Holtec Warrant No. 429502 | | | No Objection | |
| PX 722.016 | ENW 0029107-0029109 | 11/29/2000 | Holtec Warrant No. 430239 | | | No Objection | |
| PX 722.017 | ENW 0029132-0029134 | 12/12/2000 | Holtec Warrant No. 430511 | | | No Objection | |
| PX 722.018 | ENW 0029135-0029138 | 12/13/2000 | Holtec Warrant No. 430568 | | | No Objection | |
| PX 722.019 | ENW 0029171-0029180 | 12/21/2000 | Holtec Warrant No. 430776 | | | No Objection | |
| PX 722.020 | ENW 0029235-0029240 | 01/17/2001 | Holtec Warrant No. 431292 | | | No Objection | |
| PX 722.021 | ENW 0029250-0029252 | 01/24/2001 | Holtec Warrant No. 431388 | | | No Objection | |
| PX 722.022 | ENW 0029313-0029325 | 02/09/2001 | Holtec Warrant No. 431787 | | | No Objection | |
| PX 722.023 | ENW 0029363-0029364 | 02/19/2001 | Holtec Warrant No. 431940 | | | No Objection | |
| PX 722.024 | ENW 0029497-0029499 | 03/12/2001 | Holtec Warrant No. 432475 | | | No Objection | |
| PX 722.025 | ENW 0029888-0029889 | 05/16/2001 | Holtec Warrant No. 434220 | | | No Objection | |
| PX 722.026 | ENW 0029947-0029956 | 05/18/2001 | Holtec Warrant No. 434301 | | | No Objection | |
| PX 722.027 | ENW 0030054-0030061 | 06/08/2001 | Holtec Warrant No. 434915 | | | No Objection | |
| PX 722.028 | ENW 0030366-0030370 | 07/03/2001 | Holtec Warrant No. 435660 | | | No Objection | |
| PX 722.029 | ENW 0030391-0030392 | 07/10/2001 | Holtec Warrant No. 435806 | | | No Objection | |
| PX 722.030 | ENW 0030393-0030395 | 07/11/2001 | Holtec Warrant No. 435862 | | | No Objection | |
| PX 722.031 | ENW 0030418-0030426 | 07/17/2001 | Holtec Warrant No. 436062 | | | No Objection | |
| PX 722.032 | ENW 0030645-0030646 | 08/13/2001 | Holtec Warrant No. 436760 | | | No Objection | |
| PX 722.033 | ENW 0030704-0030707 | 08/15/2001 | Holtec Warrant No. 436846 | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 722.034 | ENW 0030931-0030932 | 09/17/2001 | Holtec Warrant No. 437599 | | | No Objection | |
| PX 722.035 | ENW 0031154-0031160 | 10/22/2001 | Holtec Warrant No. 438443 | | | No Objection | |
| PX 722.036 | ENW 0031192-0031195 | 10/24/2001 | Holtec Warrant No. 438551 | | | No Objection | |
| PX 722.037 | ENW 0031295-0031298 | 11/05/2001 | Holtec Warrant No. 438795 | | | No Objection | |
| PX 722.038 | ENW 0031299-0031302 | 11/06/2001 | Holtec Warrant No. 438837 | | | No Objection | |
| PX 722.039 | ENW 0031487-0031490 | 12/06/2001 | Holtec Warrant No. 439586 | | | No Objection | |
| PX 722.040 | ENW 0031646-0031648 | 12/27/2001 | Holtec Warrant No. 440119 | | | No Objection | |
| PX 722.041 | ENW 0031869-0031876 | 01/18/2002 | Holtec Warrant No. 440624 | | | No Objection | |
| PX 722.042 | ENW 0032096-0032103 | 02/26/2002 | Holtec Warrant No. 441496 | | | No Objection | |
| PX 722.043 | ENW 0032109-0032113 | 02/27/2002 | Holtec Warrant No. 441544 | | | No Objection | |
| PX 722.044 | ENW 0032114-0032116 | 03/01/2002 | Holtec Warrant No. 441592 | | | No Objection | |
| PX 722.045 | ENW 0032211-0032220 | 03/12/2002 | Holtec Warrant No. 441845 | | | No Objection | |
| PX 722.046 | ENW 0032287-0032288 | 03/20/2002 | Holtec Warrant No. 442020 | | | No Objection | |
| PX 722.047 | ENW 0032308-0032309 | 03/21/2002 | Holtec Warrant No. 442066 | | | No Objection | |
| PX 722.048 | ENW 0032625-0032627 | 04/25/2002 | Holtec Warrant No. 442995 | | | No Objection | |
| PX 722.049 | ENW 0032628-0032629 | 04/26/2002 | Holtec Warrant No. 443010 | | | No Objection | |
| PX 722.050 | ENW 0032630-0032631 | 04/29/2002 | Holtec Warrant No. 443028 | | | No Objection | |
| PX 722.051 | ENW 0032640-0032641 | 05/01/2002 | Holtec Warrant No. 443122 | | | No Objection | |
| PX 722.052 | ENW 0032880-0032886 | 06/03/2002 | Holtec Warrant No. 443975 | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 722.053 | ENW 0032953-0032955 | 06/06/2002 | Holtec Warrant No. 444120 | | | No Objection | |
| PX 722.054 | ENW 0032968-0032975 | 06/12/2002 | Holtec Warrant No. 444225 | | | No Objection | |
| PX 722.055 | ENW 0032991-0032994 | 06/17/2002 | Holtec Warrant No. 444370 | | | No Objection | |
| PX 722.056 | ENW 0033052-0033053 | 06/26/2002 | Holtec Warrant No. 444642 | | | No Objection | |
| PX 722.057 | ENW 0033198-0033199 | 07/04/2002 | Holtec Warrant No. 444984 | | | No Objection | |
| PX 722.058 | ENW 0033276-0033281 | 07/19/2002 | Holtec Warrant No. 445338 | | | No Objection | |
| PX 722.059 | ENW 0033310-0033311 | 07/25/2002 | Holtec Warrant No. 445516 | | | No Objection | |
| PX 722.060 | ENW 0033326-0033328 | 07/30/2002 | Holtec Warrant No. 445640 | | | No Objection | |
| PX 722.061 | ENW 0033505-0033511 | 08/16/2002 | Holtec Warrant No. 446115 | | | No Objection | |
| PX 722.062 | ENW 0033547-0033549 | 08/26/2002 | Holtec Warrant No. 446308 | | | No Objection | |
| PX 722.063 | ENW 0033709-0033711 | 09/10/2002 | Holtec Warrant No. 446740 | | | No Objection | |
| PX 722.064 | ENW 0033749-0033754 | 09/17/2002 | Holtec Warrant No. 446887 | | | No Objection | |
| PX 722.065 | ENW 0033818-0033820 | 09/19/2002 | Holtec Warrant No. 446987 | | | No Objection | |
| PX 722.066 | ENW 0033824-0033833 | 09/24/2002 | Holtec Warrant No. 447108 | | | No Objection | |
| PX 722.067 | ENW 0033909-0033917 | 10/01/2002 | Holtec Warrant No. 447272 | | | No Objection | |
| PX 722.068 | ENW 0033930-0033933 | 10/02/2002 | Holtec Warrant No. 447320 | | | No Objection | |
| PX 722.069 | ENW 0033966-0033972 | 10/07/2002 | Holtec Warrant No. 447455 | | | No Objection | |
| PX 722.070 | ENW 0033987-0033997 | 10/08/2002 | Holtec Warrant No. 447503 | | | No Objection | |
| PX 722.071 | ENW 0034152-0034186 | 10/24/2002 | Holtec Warrant No. 447985 | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 722.072 | ENW 0034334-0034342 | 10/29/2002 | Holtec Warrant No. 448083 | | | No Objection | |
| PX 722.073 | ENW 0034375-0034401 | 11/05/2002 | Holtec Warrant No. 448332 | | | No Objection | |
| PX 722.074 | ENW 0034929-0034930 | 12/20/2002 | Holtec Warrant No. 449535 | | | No Objection | |
| PX 722.075 | ENW 0035405-0035414 | 02/11/2003 | Holtec Warrant No. 450791 | | | No Objection | |
| PX 722.076 | ENW 0035448-0035449 | 02/20/2003 | Holtec Warrant No. 451003 | | | No Objection | |
| PX 722.077 | ENW 0035551-0035557 | 03/12/2003 | Holtec Warrant No. 451574 | | | No Objection | |
| PX 722.078 | ENW 0035655-0035662 | 04/03/2003 | Holtec Warrant No. 452169 | | | No Objection | |
| PX 722.079 | ENW 0035840-0035865 | 04/24/2003 | Holtec Warrant No. 452838 | | | No Objection | |
| PX 722.080 | ENW 0035872-0035876 | 04/29/2003 | Holtec Warrant No. 452938 | | | No Objection | |
| PX 722.081 | ENW 0035893-0035899 | 04/30/2003 | Holtec Warrant No. 452987 | | | No Objection | |
| PX 722.082 | ENW 0036027-0036031 | 06/02/2003 | Holtec Warrant No. 454014 | | | No Objection | |
| PX 722.083 | ENW 0036120-0036127 | 06/19/2003 | Holtec Warrant No. 454734 | | | No Objection | |
| PX 722.084 | ENW 0036173-0036176 | 06/25/2003 | Holtec Warrant No. 454875 | | | No Objection | |
| PX 722.085 | ENW 0036239-0036254 | 07/10/2003 | Holtec Warrant No. 455472 | | | No Objection | |
| PX 722.086 | ENW 0036255-0036266 | 07/11/2003 | Holtec Warrant No. 455548 | | | No Objection | |
| PX 722.087 | ENW 0036313-0036319 | 07/28/2003 | Holtec Warrant No. 456073 | | | No Objection | |
| PX 722.088 | ENW 0036621-0036631 | 10/02/2003 | Holtec Warrant No. 457981 | | | No Objection | |
| PX 722.089 | ENW 0036655-0036664 | 10/10/2003 | Holtec Warrant No. 458175 | | | No Objection | |
| PX 722.090 | ENW 0036672-0036675 | 10/17/2003 | Holtec Warrant No. 458377 | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 722.091 | ENW 0036745-0036748 | 12/02/2003 | Holtec Warrant No. 459569 | | | No Objection | |
| PX 722.092 | ENW 0036972-0036994 | 02/20/2004 | Holtec Warrant No. 461529 | | | No Objection | |
| PX 722.093 | ENW 0037064-0037067 | 02/27/2004 | Holtec Warrant No. 461749 | | | No Objection | |
| PX 722.094 | ENW 0037586-0037590 | 04/28/2004 | Holtec Warrant No. 463296 | | | No Objection | |
| PX 722.095 | ENW 0038337-0038343 | 07/26/2004 | Holtec Warrant No. 465702 | | | No Objection | |
| PX 722.096 | ENW 0038347-0038353 | 07/27/2004 | Holtec Warrant No. 465782 | | | No Objection | |
| PX 722.097 | ENW 0038445-0038449 | 10/27/2003 | Holtec Warrant No. 468231 | | | No Objection | |
| PX 722.098 | ENW 0038552-0038557 | 01/28/2003 | Holtec Warrant No. 470561 | | | No Objection | |
| PX 722.099 | ENW 0038636-0038643 | 03/09/2005 | Holtec Warrant No. 471615 | | | No Objection | |
| PX 722.100 | ENW 0038689-0038695 | 04/27/2005 | Holtec Warrant No. 473041 | | | No Objection | |
| PX 722.101 | ENW 0038699-0038711 | 05/04/2005 | Holtec Warrant No. 473313 | | | No Objection | |
| PX 722.102 | ENW 0038787-0038791 | 07/29/2005 | Holtec Warrant No. 476148 | | | No Objection | |
| PX 722.103 | ENW 0038836-0038840 | 10/28/2005 | Holtec Warrant No. 478311 | | | No Objection | |
| PX 722.104 | ENW 0038962-0038966 | 03/02/2006 | Holtec Warrant No. 481462 | | | No Objection | |
| PX 722.105 | ENW 0038983-0038987 | 03/31/2006 | Holtec Warrant No. 482151 | | | No Objection | |
| PX 722.106 | ENW 0038988-0038993 | 04/24/2006 | Holtec Warrant No. 482722 | | | No Objection | |
| PX 722.107 | ENW 0039027-0039032 | 05/18/2006 | Holtec Warrant No. 483423 | | | No Objection | |
| PX 722.108 | ENW 0039033-0039037 | 05/22/2006 | Holtec Warrant No. 483455 | | | No Objection | |
| PX 722.109 | ENW 0039038-0039040 | 06/16/2006 | Holtec Warrant No. 484193 | | | No Objection | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 722.110 | ENW 0039057-0039064 | 08/22/2006 | Holtec Warrant No. 484358 | | | No Objection | |
| PX 722.111 | ENW 0039092-0039096 | 08/29/2006 | Holtec Warrant No. 484615 | | | No Objection | |
| PX 722.112 | ENW 0039110-0039117 | 07/19/2006 | Holtec Warrant No. 485079 | | | No Objection | |
| PX 722.113 | ENW 0039159-0039169 | 08/02/2006 | Holtec Warrant No. 485498 | | | No Objection | |
| PX 722.114 | ENW 0055137 | 02/21/2000 | Holtec Warrant No. 423861 | | | No Objection | |
| PX 722.115 | ENW 0055142 | 05/26/2000 | Holtec Warrant No. 426032 | | | No Objection | |
| PX 722.116 | ENW 0055143 | 06/01/2000 | Holtec Warrant No. 426140 | | | No Objection | |
| PX 722.117 | ENW 0055148 | 07/17/2000 | Holtec Warrant No. 427185 | | | No Objection | |
| PX 722.118 | ENW 0055149 | 07/18/2000 | Holtec Warrant No. 427220 | | | No Objection | |
| PX 722.119 | ENW 0055153 | 07/26/2000 | Holtec Warrant No. 427405 | | | No Objection | |
| PX 722.120 | ENW 0055508 | 10/11/2000 | Holtec Warrant No. 438239 | | | No Objection | |
| PX 722.121 | ENW 0100990-0100997 | 07/24/2002 | Holtec Warrant No. 445462;445516;445640 | | | No Objection | |
| PX 722.122 | ENW 0101098-0101106 | 08/16/2002 | Holtec Warrant No. 446094;446115 | | | No Objection | |
| PX 722.123 | ENW 0224015-0224016 | 03/10/2003 | Holtec Warrant No. 451478 | | | No Objection | |
| PX 733 | ENW 0054297 | 00/00/0000 | J. Hicks summary chart re: EN calculation of internal services costs. WITHDRAWN -- NOW JX 89. | | | JX 089 | |
| PX 734 | ENW 0647386-0647456 | 00/00/0000 | EN Administrative & General budgets for FY 2000-2007. WITHDRAWN -- NOW JX 90. | | | JX 090 | |

# ENERGY NORTHWEST'S RESPONSES TO DEFENDANT'S OBJECTIONS TO ENERGY NORTHWEST'S TRIAL EXHIBITS

**Energy Northwest v. The United States**
**No. 04-10C**
**Chief Judge Damich**

| Exhibit Number | Bates Range | Date | Description | Deposition/Prior Trial Exhibit Number | Foundational Testimony | Defendant's Objection(s) | EN's Response to Defendant's Objection(s) |
|---|---|---|---|---|---|---|---|
| PX 741 | ENW 1000127 | 00/00/0000 | Electonic data collected by J. Hicks reflecting information re position of ENW employees working on the dry cask storage project. [Employee Position Data.xls] | | | No Objection | |
| PX 744 | ENW 0658263-0658275 | 09/07/2006 | Cost reports for dry cask storage project for FY 1994 to FY 1999. | | | No Objection | |
| PX 745 | ENW 0187681-0188036 | 11/01/2006 | EN Finance Manual. | | | No Objection | |
| PX 746 | ENW 1000018 | 11/13/2006 | Passport system report of Material Requests related to dry cask storage project. | | | No Objection | |
| PX 747 | ENW 1000129 | 05/11/2007 | D. Larkin spreadsheet re: cask fabrication quality surveillence program. [MOU Invoice Breakout.xls] | | | No Objection | |
| PX 748 | ENW 0658262 | 07/10/2007 | Consolidated Accounting and Investment System Nuclear Waste Fund Quarterly Statement of Payments 04/01/2007 thru 6/30/2007. | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case | The exhibit is relevant to EN's performance pursuant to its contract with DOE by virtue of its payments of fees into the Nuclear Waste Fund. |
| PX 749 | ENW 0658464 | 04/14/2008 | Quarterly Statements of Payments, Nuclear Waste Fund:01/01/2008-03/31/2008 | | | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | The exhibit is relevant to EN's performance pursuant to its contract with DOE by virtue of its payments of fees into the Nuclear Waste Fund. |