**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-0010C |
| | ) | |
| v. | ) | Chief Judge Damich |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ENERGY NORTHWEST'S RESPONSE IN OPPOSITION TO THE GOVERNMENT'S MOTION TO COORDINATE DISCOVERY AND DEVELOP A LITIGATION PLAN**

On August 21, 2008, the Government filed in this case a "Motion To Coordinate Discovery And Develop A Litigation Plan For The Spent Nuclear Fuel Cases" ("Motion to Coordinate"). Apparently, the Motion to Coordinate is a "form motion" that has been filed in most every active case asserting a claim under the Standard Contract for the Disposal of Spent Nuclear Fuel and High-Level Radioactive Waste. While the Motion to Coordinate proposes that a three-judge panel be set up to issue a case management order for all cases under the Standard Contract, the 24-page Motion does not contain any allegations that are specific to this case, or any demonstration that such coordination has any benefits given the specific procedural posture of this case.

Indeed, given the posture of this case, any coordination with other cases would be completely misplaced. General fact and expert discovery have been complete for some time. The matter has long been set for trial for October 2008. And on August 18, 2008, at a telephonic status conference scheduled by the Court, three days before the Government filed the Motion to Coordinate, the Government requested a trial postponement and then agreed to a ***specific*** continuance of the trial date, to February 2008. The request for a postponement was made in

light of limited supplementation or amendment of certain pretrial materials precipitated by the Federal Circuit's recent opinion in *Pacific Gas & Electric Co. v. United States*, No. 07-5046 (Fed. Cir.). Besides this limited supplementation, there are no pretrial proceedings remaining to coordinate, and no end, except delay and complication, could be achieved by tying this case to any other at this point.

In light of this posture and history, on August 22, 2008, counsel for Energy Northwest conferred with counsel for the Government regarding the Government's intention in filing the Motion to Coordinate in this case. Counsel for the Government confirmed that the Motion was filed in essentially all pending SNF cases and that, as far as Energy Northwest's claim is concerned, the Government does not currently anticipate the motion it filed will affect the dates set in the currently-filed action by Energy Northwest.[1]

Dated: September 2, 2008

Respectfully submitted,

s/ Norman M. Hirsch

NORMAN M. HIRSCH
Jenner & Block LLP
330 N Wabash Avenue
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
April A. Otterberg
Jenner & Block LLP
330 N Wabash Avenue
Chicago, IL 60611
(312) 222-9350

*Attorneys for Plaintiff*

[1] Counsel for the Government added that the Government's Motion to Coordinate might be directed at any new actions filed by Energy Northwest, for example, to recover damages incurred after the damages cutoff in this case.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September 2008, a copy of the foregoing Energy Northwest's Response In Opposition to Government's Motion To Coordinate Discovery And Develop A Litigation Plan was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch