**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION TO SET PRE-TRIAL SCHEDULE**

Plaintiff Energy Northwest respectfully moves this Court for entry of an order adopting the additional interim pre-trial schedule agreed by the parties and as reflected in the proposed order attached as Exhibit A. In support of this motion, Energy Northwest states as follows:

1. At a status conference on August 18, 2008, the Government requested postponement of the October 20, 2008 trial date in this matter to accommodate limited supplementation or amendment of certain pre-trial materials precipitated by the Federal Circuit's recent opinions in *Pacific Gas & Electric Co. v. United States*, No. 07-5046, slip. op. (Fed. Cir. August 7, 2008), *Yankee Atomic et. al. v. United States*, Nos. 07-5025, 07-5026, 07-5027; 07-5031, 07-5032, 07-5033, slip. op. (Fed. Cir. August 7, 2008), and *Sacramento Municipal Utility District v. United States*, Nos. 07-5052, 07-5097, slip. op. (Fed. Cir. August 7, 2008).

2. On August 20, 2008, the Court entered an order postponing trial in this matter until February 2, 2009. In accordance with discussion at the August 18, 2008 status conference, the Court's August 20, 2008 Order also established certain interim dates, such as the date for filing Plaintiff's supplemental expert disclosures. In accordance with discussions at the August 18, 2008 status conference, the Court scheduled a status conference for September 17, 2008 to discuss additional interim dates.

3. Following additional discussions between counsel, on August 27, 2008 counsel for Energy Northwest proposed the following interim dates for potential agreement by the Government pending the Government's opportunity to review Plaintiff's supplemental expert reports to be submitted on September 5, 2008:

| | |
|---|---|
| October 10, 2008 | Government files supplemental expert reports responsive to Energy Northwest's supplemental expert reports. |
| October 31, 2008 | Energy Northwest files rebuttal expert reports, if any. |
| November 7, 2008 | Energy Northwest files supplement to its Memorandum of Fact and Law, limited to 10 pages. |
| November 14, 2008 | Deadline for completion of any supplemental expert depositions. |
| November 14, 2008 | Deadline for identification of supplemental exhibits limited to additional exhibits required by expert reports. |
| November 21, 2008 | Deadline for Government's Memorandum of Fact and Law. |
| January 9, 2009 | Final Pre-Trial Conference.[1] |

4. On September 5, 2008, Energy Northwest made its supplemental expert disclosures to the Government, which it also filed with the Court.

5. On September 10, 2008, counsel for the Government, Sonia Orfield, indicated that that the Government agreed with the interim dates proposed by Plaintiff on August 27, 2008.

[1] Subject to the Court's availability and preference.

WHEREFORE, Energy Northwest respectfully requests this Court adopt a pre-trial schedule reflecting interim dates agreed by the parties and as reflected in the proposed order attached as Exhibit A.

Dated: September 11, 2008

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
330 N Wabash Avenue
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Christopher Tompkins
April A. Otterberg
Jenner & Block LLP
330 N Wabash Avenue
Chicago, IL 60611
(312) 222-9350

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September 2008, a copy of the foregoing *Agreed Motion To Set Pre-Trial Schedule* was filed electronically with the Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman M. Hirsch

**EXHIBIT A**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENERGY NORTHWEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0010C |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**[Proposed] ORDER**

Before the Court is the Energy Northwest's Agreed Motion To Set Pre-Trial Schedule. In accordance with the parties' agreement, the Court adopts the parties' agreed upon interim deadlines, and ORDERS the parties to meet the following interim pre-trial deadlines:

| | |
|---|---|
| October 10, 2008 | Government files supplemental expert reports responsive to Energy Northwest's supplemental expert reports. |
| October 31, 2008 | Energy Northwest files rebuttal expert reports, if any. |
| November 7, 2008 | Energy Northwest files supplement to its Memorandum of Fact and Law, limited to 10 pages. |
| November 14, 2008 | Deadline for completion of any supplemental expert depositions. |
| November 14, 2008 | Deadline for identification of supplemental exhibits limited to additional exhibits required by expert reports. |
| November 21, 2008 | Deadline for Government's Memorandum of Fact and Law. |
| January 9, 2009 | Final Pre-Trial Conference. |

______________________________
EDWARD J. DAMICH
Chief Judge