IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ENERGY NORTHWEST,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 04-10C<br>(Chief Judge Damich) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant, the United States, respectfully requests an enlargement of time of seven days, to and including September 22, 2008, within which to file Defendant's Reply To Energy Northwest's Response In Opposition To The Government's Motion to Coordinate Discovery And Develop A Litigation Plan. Defendant's response is currently due on September 15, 2008. This is defendant's first request for an enlargement of time for this purpose. Counsel for Plaintiff, Norman Hirsch, has represented that plaintiff, Energy Northwest, does not oppose this enlargement of time.

The enlargement is necessary because counsel for the Government requires additional time to consider the responses to the Government's motion to coordinate filed by all the plaintiffs in the spent nuclear fuel ("SNF") cases pending before the Court before it files its reply in this case. Counsel for Energy Northwest filed a response to the Government's motion one week before it was due. Most of the remaining SNF plaintiffs filed their responses on Monday, September 8, 2008. Counsel for the Government is reviewing all of these responses and plans to file a reply that responds to all of the plaintiffs responses on September 15, 2008. The requested enlargement will allow counsel for the Government to consider all of these responses and

formulate a reply in this and all the other pending cases.

For these reasons, defendant respectfully requests that the Court grant the motion for an enlargement of time to file the Government's reply, to and including September 22, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/ Sharon A. Snyder by Marian E. Sullivan
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

September 12, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 12, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Marian E. Sullivan