# In the United States Court of Federal Claims

No. 04-10 C
(Filed: September 12, 2008)

****************************************
ENERGY NORTHWEST,
Plaintiff,
v.
THE UNITED STATES,
Defendant.
****************************************

## ORDER

On September 11, 2008, the Court received the parties' Agreed Motion to Set Pre-trial Schedule. The Court commends the parties on their agreement to a pre-trial schedule. Based on the parties' agreed upon deadlines, the status conference on September 17, 2008 is VACATED and the Court ORDERS the following revisions to the pretrial and trial schedule:

| | |
|---|---|
| October 10, 2008 | The Government shall file its supplemental expert reports responsive to Energy Northwest's supplemental expert reports; |
| October 31, 2008 | Energy Northwest shall file its rebuttal expert reports, if any; |
| November 7, 2008 | Energy Northwest shall file its supplemental Memorandum of Fact and Law which shall not exceed 10 pages; |
| November 14, 2008 | Deadline for completion of supplemental expert depositions; |
| November 14, 2008 | Deadline for identification of supplemental exhibits which shall be limited to additional exhibits required by expert reports; |
| November 21, 2008 | The Government shall file its Memorandum of Fact and Law; |
| January 9, 2009 | Final Pre-trial Conference at 10:00 a.m. in Washington, D.C.; and |

| | |
|---|---|
| February 2, 2009 | Trial shall begin in Washington, D.C. for 15 days. |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge